## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>        Defendant. | Case No. 2:23-CV-02848-GRB-ST |

### NOTICE OF WITHDRAWAL

Pursuant to the Rules of the United States District Court for the Eastern District of New York, the undersigned attorney hereby notifies the Court and Counsel that Maria Caceres-Boneau has left the law firm of Duane Morris LLP and is no longer Counsel for Defendants. Gerald L. Maatman, Jr., Jennifer A. Riley and Gregory S. Slotnick shall continue as counsel for Defendants Government Employees Insurance Company in this case. The Status of all other attorneys on this case remains unchanged.

**Dated: January 15, 2025**           Respectfully Submitted,

                                       By: */s/ Maria Caceres-Boneau*

Gerald L. Maatman, Jr.
Jennifer A. Riley
Gregory S. Slotnick
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Ph: 312-499-6700
Fax: 312-499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
gsslotnick@duanemorris.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2025, I caused the foregoing to be served by filing it with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.:

Michael J. Scimone
Sabine Jean
Jarron D. McAllister
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com
sjean@outtengolden.com
jmcallister@outtengolden.com

Theanne Liu Svedman
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
tliusvedman@outtengolden.com

Troy Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: 631-499-9100
Facsimile: 631-499-9120
tkesler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiffs*

By: */s/ Maria Caceres-Boneau*
Maria Caceres-Boneau