IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (GRB) (ARL)<br><br>**[PROPOSED] JOINT STIPULATION TO EXTEND CLASS CERTIFICATION BRIEFING DEADLINES** |

Plaintiffs Keith Fischer, Michael O'Sullivan, John Moeser, Louis Pia, Thomas Barden, Constance Mangan, and Charise Jones (collectively, "Plaintiffs"), and Defendant Government Employees Insurance Company ("Defendant"), by and through their attorneys of record, agree and stipulate as follows:

WHEREAS, the parties' Amended Pre-Trial Scheduling Order and Stipulation entered by the Court, *see* ECF Nos. 73 & 74, and the Court's recent Minute Order granting the parties' extension request established deadlines to brief Plaintiffs' anticipated motion for class certification, *see* Jan. 13, 2025 Min. Order;

WHEREAS, the parties have conferred and agree that good cause exists to grant a 14-day extension as to the class certification briefing deadlines because of the depositions taken by Defendant of Opt-In Plaintiffs, per their availability, and additional documents produced by Defendant;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that:

1. The briefing deadlines for Plaintiffs' anticipated motion for class certification are extended as follows, with all briefing to be filed by Plaintiffs according to the Court's "bundling rule" on the date of the last submission:

    a. Plaintiffs' motion: extended from February 26, 2025 to March 12, 2025;

    b.  Defendant's opposition: extended from March 28, 2025 to April 11, 2025;

    c.  Plaintiffs' reply: extended from April 18, 2025 to May 2, 2025;

  2.  The deadline for dispositive motions, if class certification motion not filed: extended from February 26, 2025 to March 26, 2025; and

  3.  All other deadlines in the parties' Amended Pre-Trial Scheduling Order, *see* ECF No. 73, which was approved and entered by the Court, *see* ECF No. 74, remain unchanged.

Dated:  New York, New York
         January 28, 2025

By:

  /s/ Michael J. Scimone                                           /s/ Gerald L. Maatman, Jr. 

   Michael J. Scimone                                               Gerald L. Maatman, Jr.

**OUTTEN & GOLDEN LLP**  
Michael J. Scimone  
Sabine Jean  
Jarron D. McAllister  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Telephone: (212) 245-1000  
Facsimile: (646) 509-2060  
mscimone@outtengolden.com  
sjean@outtengolden.com  
jmcallister@outtengolden.com  

**DUANE MORRIS LLP**  
Gerald L. Maatman, Jr.  
Jennifer A. Riley  
Gregory Tsonis  
Gregory S. Slotnick  
1540 Broadway  
New York, NY 10036  
Telephone: (212) 692-1000  
Facsimile: (212) 692-1020  
gmaatman@duanemorris.com  
jariley@duanemorris.com  
gtsonis@duanemorris.com  
gsslotnick@duanemorris.com  

*Attorneys for Defendant*

**KESSLER MATURA P.C.**  
Troy L. Kessler  
Garrett Kaske  
534 Broadhollow Road, Suite 275  
Melville, New York 11747  
Telephone: (631) 499-9100  
Facsimile: (631) 499-9120  
tkessler@kesslermatura.com  
gkaske@kesslermatura.com  

*Attorneys for Plaintiffs and the Putative Class and Collective*

SO ORDERED:

_____

Hon. Steven Tiscione  
United States Magistrate Judge