

March 21, 2025

**Via CM/ECF**
The Honorable Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East,
Brooklyn, NY 11201

Re: ***Fischer, et al. v. Gov't Emps. Ins. Co. d/b/a GEICO,*** **Case No. 23 Civ. 02848**

Dear Judge Bulsara:

We represent the Plaintiffs and Opt-In Plaintiffs in the above-referenced matter. We write pursuant to Rule VI(D) of this Court's Individual Practices to provide notice that Plaintiffs have served the following documents on Defendant:

(i) Notice of Motion for Class Certifacation,

(ii) Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and

(iii) Declaration of Michael J. Scimone in Support of Plaintiffs' Motion for Class Certification and Exhibits 1-63 thereto.

These documents were served by electronic mail on March 12, 2025. They will be bundled, served, and filed with the moving brief, opposition, reply, and other relevant documents when the motion is fully briefed.[1]

Respectfully submitted,

Michael J. Scimone

C: All Counsel of Record (via ECF)

---

[1] Breifing is currently scheduled to conclude May 2, 2025. The parties are currently preparing a stipulation to amend this briefing schedule.