UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
Fischer, et al.

v.

Government Employees Insurance
Company d/b/a GEICO
---------------------------------------------------------X

2:23-cv-02848

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Justin Donoho__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Duane Morris LLP__ and a member in good standing of the bar(s) of the State(s) of __Illinois__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Government Employees Insurance Company d/b/a GEICO__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 3/31/25

Respectfully submitted,

Signature of Movant
Firm Name Duane Morris LLP
Address 190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Email JRDonoho@duanemorris.com
Phone 312 499 0197

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Fischer, et al.

                   Plaintiff(s),

   v.

Government Employees Insurance
Company d/b/a GEICO

                   Defendant(s).

-----------------------------------------------------------

2:23-cv-02848

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

I, Justin Donoho, being duly sworn, hereby depose and say as follows:

1. I am a(n) Attorney with the law firm of Duane Morris, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Illinois.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: IL ARDC 6299667
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:23-cv-02848 for _____.

Date 3/31/25
Chicago, IL

Signature of Movant
Firm Name Duane Morris, LLP
Address 190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433

Email JRDonoho@duanemorris.com
Phone 312 499 0197

NOTARIZED
MARSHA SULLIVAN
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 8, 2026

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Justin Robert Donoho

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2009 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 13th day of March, 2025.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois