UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
Keith Fischer, Michael O'Sullivan, John Moeser, Louis Pia, Thomas Barden, Constance Mangan, and Charise Jones, individually and on behalf of all others similarly situated,

                       Plaintiffs,

      v.

Government Employees Insurance Company d/b/a GEICO,

                       Defendant.
------------------------------------------------------------X

23-cv-02848-SJB-SLT

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __Ryan Cowdin__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __Outten & Golden LLP__ and a member in good standing of the bar(s) of the State(s) of __Virginia, Washington D.C.__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Plaintiffs Keith Fischer, et al.__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: April 10, 2025

Respectfully submitted,

_____
Signature of Movant
Firm Name: Outten & Golden LLP
Address: 1225 New York Avenue, NW, Suite 1200B
Washington, DC 20005
Email: rcowdin@outtengolden.com
Phone: 202-929-0636