UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Keith Fischer, et al.

                         Plaintiff(s),

v.

Government Employees Insurance Company d/b/a GEICO,   Defendant(s).

---

23-CV-02848-SJB-SLT

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, __Ryan Cowdin__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __associate__ with the law firm of __Outten & Golden LLP__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __District of Virginia and Washington D.C.__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.
6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: __N/A__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __23-CV-02848__ for __Plaintiffs__ __Keith Fischer, et al.__.

Date __April 10, 2025__

__/s/ Ryan Cowdin__
Signature of Movant
Firm Name __Outten & Golden LLP__
Address __1225 New York Ave, NW, Suite 1200B__
__Washington, D.C. 20005__

Email __rcowdin@outtengolden.com__
Phone __202-929-0636__

**NOTARIZED**

District of Columbia
Signed and sworn to (or affirmed) before me
on __4/10/25__ by __RYAN COWDIN__
   Date         Name(s) of Individual(s) making Statement

__/s/__
Signature of Notarial Officer

__NOTARY__
Title of Office

My commission expires: __8/31/28__

David Veroza Rider
Notary Public, District of Columbia
My Commission Expires 08/31/2028

*[Notary Seal: David Veroza Rider, NOTARY PUBLIC, DISTRICT OF COLUMBIA, Exp. 08 31 2028]*