IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br> v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>     Defendant. | No. 23 Civ. 02848 (SJB) (SLT)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

  The motion of Ryan Cowdin, for admission *Pro Hac Vice* in the above captioned action is granted.

  Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of District of Columbia and Virginia and that his contact information is as follows:

  Applicant's Name: Ryan Cowdin

  Firm Name: Outten & Golden LLP

  Address: 1225 New York Avenue NW, Suite 1200B

  City / State / Zip: Washington, D.C. 20005

  Telephone: (202) 929 - 0636

Applicant having request admission *Pro Hac Vice* to appear for all purposes as counsel for Keith Fischer et al. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York.

Dated: _____          _____
                                                                    United States District Judge