IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | Case No. 23 Civ. 2848 (SJB) (SLT) |

### NOTICE OF APPEARANCE FOR RYAN COWDIN

PLEASE TAKE NOTICE that, I, Ryan Cowdin, hereby respectfully enter an appearance for the Plaintiffs in connection with the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice before this Court.

Dated: April 22, 2025
New York, NY

Respectfully submitted,

*/s/ Ryan Cowdin*
Ryan Cowdin *
**OUTTEN & GOLDEN LLP**
1225 Massachusetts Avenue NW
Suite 1200B
Washington, DC 20005
Telephone: 202-929-0636
Facsimile: 646-509-2060
rcowdin@outtengolden.com

* Admitted *Pro Hac Vice*

*Attorneys for Plaintiffs, the Putative Class, and Putative Collective*