# Exhibit C

Case 2:23-cv-02848-SJB-ST   Document 95-3   Filed 04/30/25   Page 1 of 3 PageID #: 1851

**Reminder Email Notice:**

Subject:        Reminder: Notice of Lawsuit on Behalf of New York GEICO Special Investigators

Body:

## IMPORTANT REMINDER REGARDING GEICO SPECIAL INVESTIGATORS OVERTIME LAWSUIT

*Important: You are NOT being sued. This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

Recently, you should have received a Collective Action Notice about New York Special Investigators' unpaid overtime claims against GEICO from the lawsuit *Fischer et al. v. Government Employees Insurance Company d/b/a GEICO*, Case No. 23-cv-2848-SJB-SLT (E.D.N.Y.). As of the date of this mailing, our records show that you have not submitted a Consent to Join this lawsuit.

IMPORTANT DEADLINE: If you wish to join this lawsuit, you must submit your Consent to Join form by [60 DAYS FROM INITIAL MAILING] or you will not be permitted to participate in the case and will not be able to participate in any recovery, if there is one.

You may submit your form by emailing the form to [administrator email] or mailing the form to the administrator postmarked by [DATE 60 DAYS FROM INITIAL MAILING]:

[Case Administrator]

[Street Address]

[City, State, Zip Code]

[Phone Number]

If you have any questions about the case or your legal rights, please contact Plaintiff's counsel (Outten & Golden LLP and Kessler Matura P.C.) at [GEICO-SIU@outtengolden.com].

**Reminder Text Notice:**

Reminder of Notice of Lawsuit: You should have received a Collective Action Notice about Special Investigators' unpaid overtime claims against GEICO from the lawsuit *Fischer et al. v. GEICO*. If you live or lived in New York and work or have worked as a Special Investigator between October 23, 2020 and the present, you may be eligible to join a collective action lawsuit. Your claim ID will be sent via email. This message was authorized by a court and was sent on behalf of Outten & Golden LLP and Kessler Matura P.C., the law firms representing Plaintiffs. If you have any questions, you can contact Plaintiffs' counsel at [GEICO-SIU@outtengolden.com].

**Reminder Postcard Notice**:

## IMPORTANT REMINDER REGARDING
## GEICO UNPAID OVERTIME CASE

*You are NOT being sued. This Notice is NOT a solicitation from a lawyer. The Court authorized this Notice.*

Recently, you should have received a Collective Action Notice about New York Special Investigators' unpaid overtime claims against GEICO from the lawsuit *Fischer et al. v. Government Employees Insurance Company d/b/a GEICO*, Case No. 23-cv-2848-SJB-SLT (E.D.N.Y.). As of the date of this mailing, our records show that you have not submitted a Consent to Join this lawsuit.

IMPORTANT DEADLINE: If you wish to join this lawsuit, you must submit your Consent to Join form by [DATE 60 DAYS FROM INITIAL MAILING] or you will not be able to participate in the case and will not be able to participate in any recovery, if there is one.

You may submit your form by emailing the form to [administrator email] or mailing the form to the administrator postmarked by [DATE 60 DAYS FROM INITIAL MAILING]:

[Case Administrator]

[Street Address]

[City, State, Zip Code]

[Phone Number]

If you have any questions about the case or your legal rights, please contact Plaintiffs' counsel (Outten & Golden LLP and Kessler Matura P.C.) at [GEICO-SIU@outtengolden.com].

[postage]

[first name] [last name]

[address] [address2]

[city], [state]  [zip]