# Exhibit 14

# SIU Field Supervisor Expectations 2020

1. **Documentation and Administrative Tasks** –

   a. Review your Workday Inbox twice daily and complete on-time and accurately all Workday Inbox tasks and business processes promptly and no later than the required deadlines; involve your manager or HR when necessary. Designate a delegate in Workday for any period when you are not able to access your Inbox and timely perform your Workday tasks.

   b. Manage your associates' attendance: (i) Counsel each associate about satisfactory attendance expectations and the impact of any unapproved absences. (ii) Maintain an accurate record of any conversation with an associate regarding his/her attendance using the Record of Attendance Conversations (D102C). (iii) Support your associate in tracking his/her use of Care Time against the 77.50 maximum usage allowed in a rolling 12-month period. (iv) Manage all FML and ADAAA situations in accordance with company policy, which includes notifying the Leave Administrator when appropriate. (v) Approve timesheets in Workday each Friday before the close of business. (vi) Timely approve or deny any absence requests in Workday and timely submit any timesheet and absence corrections in Workday.

   c. Maintain your associates' desk files (in Workday and in paper): (i) Maintain an organized paper desk file with consistent documentation for each direct report. (ii) Maintain and complete a written record of all significant conversations with associates including those involving corrective action within one work day. Provide your manager with copies of any documentation on conversations involving corrective action at least monthly. (iii) Upload to Workday any PIPs and/or Warnings once they are considered final by HR. (iv) For any associate who transfers to your team, review the associate's worker profile in Workday and the associate's desk file, including performance appraisals, corrective actions, and record of attendance conversations.

   d. Complete your department reports: Complete all required department reports accurately and by the established deadlines.

2. **Coaching and Performance Management** – Make coaching and performance management the primary focus of each day.

   a. **Individual Coaching Plans:** an up-to-date coaching plan for each associate that includes: (i) Performance Focus, (ii) Root Cause (trend analysis), (iii) Supervisor and Associate Action Plans and Results, (iv) Targets/Target Dates. Document the plan on a regular basis as needed. Include associates in creating the coaching plans and making entries in their coaching logs (including key takeaways and agreements).

   b. **Daily Coaching:** Spend the major portion of each day coaching and working with associates (Core Hours).

   c. **Conduct Ride Reviews:** Meet monthly ride review expectations, complete ride-review form and provide feedback to the investigator(s) spread evenly throughout the month.

   d. **Call Monitoring:** Meet monthly monitoring and feedback expectations, spread evenly throughout the month to benefit the associate(s).

   e. **Case Reviews:** Meet monthly case review and SPR expectations, spread evenly throughout the month to benefit the associate(s).

   f. **Corrective Action:** After consulting with your manager, take corrective action on a timely basis when associates are not following the agreed coaching plan and are not meeting performance expectations. Appropriate documentation must be in place and all PIPs and Warnings must be processed and uploaded in Workday after being reviewed by HR.

Confidential    G007935

    g. **Monthly Scorecard Discussion:** Complete scorecard discussions with each associate by the monthly deadline

    h. **Career Coaching:** Have a documented career development plan in place for each associate each year as appropriate outlining the next step he/she would like to pursue at GEICO and the action plans to help get them there. [May be part of annual performance review &/or MYDC]

    i. **Promotions/Change Job:** Ensure all compensation changes (e.g., promotions, salary adjustments, demotions, etc.) and other change job business processes are processed in Workday in a timely manner.

3. **Positive Work Environment** – Create a positive and supportive work environment for associates.

    a. **Associate Recognition:** 1) Recognize associates daily as well as weekly and monthly for their performance improvements and accomplishments. 2) Recognize and celebrate significant associate milestones including service anniversaries and birthdays where appropriate.

    b. **Positive and Supportive Atmosphere:** Maintain a positive attitude and well composed behavior and interaction at all times with all levels of associates.

    c. **Fair Share/Teamwork:** Be available to associates and work as a team to support our associates. Set the example by maintaining good attendance, arriving at work early, and being prompt for meetings/appointments.

4. **Supervisor Certifications and Exams** – Complete by required deadlines and to required standard. Your manager can provide you the most current certification requirements.

    a. **Coaching Certification:** Achieve certification based on current requirements.

    b. **Supervisor Technical Exam:** Achieve proficiency based on current requirements.

5. **Education and Training** – Complete all courses by required deadlines.

    a. **Management Education Requirements:** To be eligible for promotion or lateral transfer outside of your department, complete at least two courses every 12 months until the education requirements for management are met.

    b. **Development Courses:** (i) Complete all required supervisory development courses by required deadlines, both new and existing courses (typically Level 1 courses are completed before selection into supervision and no later than first 6 months of supervision while Level 2 courses are completed within first year). (ii) Ensure associates complete all required training courses.

    c. **Technical Training:** Complete all required training for ongoing initiatives and ensure associates complete required training and certification requirements in a timely manner.

6. **Additional Supervisor Expectations** – Achieve acceptable results on 360 Survey, AOS, skip-level meetings and other avenues for feedback. Maintain and display professionalism and good judgment.

**Acknowledgement:** I have read the above supervisor expectations. I pledge to meet, and will strive to exceed the above supervisor expectations, and understand they are critical to my success and the success of my associates.

Supervisor Printed Name: _____   Associate #: _____

Supervisor Signature: _____   Date: _____

**Manager Signature:** _____  **Date:** _____

Confidential    G007937