# Exhibit 18

## GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position:** | Senior Internal Security Investigator | **Code:** | 65116 | **Date:** | 05/18 |
| **Incumbent:** | Multiple | **Department:** | SIU | **FLSA Status:** | Nonexempt |
| **Function:** | LIA | | | | |

Primary Position Objective:

Under general supervision, INVESTIGATES suspected cases of fraud or other illegal conversion of Company assets. This is a non-field investigative position.

Essential Functions:

1. CONDUCTS investigations of suspected cases of fraud or other illegal activities against the Company, including interviewing, database inquiries, taking statements, locating sources of information and witnesses, etc.

2. USES information resources to gather, analyze and evaluate information to determine its credibility and applicability to fraud investigations.

3. REFERS and COORDINATES investigation assignments to outside agencies and criminal matters to law enforcement authorities, to include NICB and State Insurance Fraud Bureaus.

4. TRAINS and ADVISES line, staff, and management in external security controls.

5. PROVIDES training and support to all departments in claims handling processes.

6. PRIMARILY conducts desktop investigations of a complex nature which could entail corresponding field investigations, neighborhood canvasses, and surveillance when necessary.

7. ADHERES to the GEICO Code of Conduct, the GEICO Claims Code of Conduct, company policies and operating principles.

8. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers

9. MEETS the requirements specified below.

   - Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
   - Must be able to work both independently and in a team environment
   - Must be able to multi-task
   - Must be able to learn and apply large amounts of technical and procedural information
   - Must be able to communicate effectively verbally and in writing
   - Must be able to handle heavy claim volume and stressful situations.

Sensitivity: Confidential

Confidential                                                                                                                G007697