# Exhibit 19

<u>GEICO</u>

| | | | | | |
|---|---|---|---|---|---|
| **Position:** | Major Case SIU Investigator | **Code:** | 66102 | **Date:** | 10/22 |
| **Incumbent:** | Multiple | **Department:** | All regions | **FLSA Status:** | Non-Exempt |
| **Function:** | LIA | | | | |

<u>Primary Position Objective</u>:

Under general supervision, INVESTIGATES large-scale complex and highly organized major cases across multiple jurisdictions that involve fraud or other conversion of company assets.

<u>Essential Functions</u>:

1. CONDUCTS investigations into large-scale and highly organized major cases involving large numbers of claims across multiple jurisdictions with significant loss exposure (typically in excess of $5M) and suspected fraud or other suspicious activities against the company. COORDINATES investigative assets to record reviews and conduct field investigations, canvasses and surveillance.

2. ANALYZES high-level, complex fraud schemes for possible litigation under the Racketeering Influenced and Corrupt Organization Act or for referral to appropriate federal, state or local law enforcement or regulatory review.

3. CONDUCTS background and database searches and REVIEWS digital and documentary evidence to support the development of major cases.

4. USES information resources to gather, analyze and evaluate information to determine its credibility and applicability to fraud investigations.

5. INVESTIGATES statistically significant trends in claims and underwriting data to identify emerging or evolving fraud schemes. PRESENTS findings and recommendations to senior management.

6. COLLABORATES with the NICB, regulators, law enforcement and fee counsel on investigations. ASSISTS external agencies in documentation gathering to support civil prosecution and/or affirmative litigation cases.

7. PROVIDES training and support to regional SIU major case investigators in the identification of activity involving medical providers, body shops, glass harvesters, and broker fraud.

8. TRAINS and ADVISES line, staff and management in security controls and OUTLINES gaps in current protocols and procedures.

9. ADHERES to the GEICO Code of Conduct, company policies and operating principles.

10. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers.

11. MEETS the requirements specified below.

    - Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
    - Must be able to work both independently and in a team environment
    - Must be able to multi-task
    - Must be able to learn and apply large amounts of technical and procedural information
    - Must be able to communicate effectively verbally and in writing

Sensitivity: Confidential

Confidential

G007700