# Exhibit 22

## GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position:** | Claims Security Investigator | **Code:** | 63114 | **Date:** | 11/16 |
| **Incumbent:** | Multiple | **Department:** SIU (CHO, WB, MC) | | **FLSA Status:** | Nonexempt |
| **Function:** | LIA | | | | |

Primary Position Objective:

Under general supervision, CONDUCTS vendor background investigations or non-complex investigations of suspected cases of insurance fraud. This is a non-field investigative position. Investigations are conducted exclusively from an internal desk location by telephone, mail or public databases.

Essential Functions:

1. CONDUCTS telephone interviews and OBTAINS detailed recorded statements.

2. LOCATES witnesses and sources of information related to insurance fraud, vendor or individual's background.

3. GATHERS technical information and "street information" from various public resources.

4. SEARCHES public records via PC and other applicable resources.

5. CONTACTS law enforcement agencies, prosecutors, National Insurance Crime Bureau (NICB) and local State Fraud Bureaus to conduct background investigations.

6. SOLICITS information on available public data bases to identify existing and potential acts of fraud or areas of concern in party of investigation's background.

7. PROVIDES liaison with Claims, Legal and Underwriting staff members regarding fraud issues and findings.

8. ASSISTS SIU field staff or CHO on selected investigations, or initiatives, and provide backup support when PC or other technical issues arise.

9. When necessary PROVIDES courtroom testimony on selected criminal investigations.

10. ADHERES to the GEICO Code of Conduct, the GEICO Claims Code of Conduct, company policies and operating principles.

11. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers.

12. MEETS the requirements specified below.

- Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
- Must be able to speak in a professional manner by telephone
- Must be able to attain and maintain the required licenses issued by the insurance departments of various states
- Must be able to handle heavy call volume in a fast paced work environment, resolve complex business problems and handle complicated customer issues
- Must be able to follow complex instructions, resolve conflicts or facilitate conflict resolution, and have strong organization/priority setting skills
- Must be able to multi-task

Sensitivity: General/Internal

Confidential                                                                                                                                    G007711

<u>GEICO</u>

- Must be able to learn and apply large amounts of technical and procedural information
- Must be able to work varying schedules to meet staffing or phone volume needs

Sensitivity: General/Internal

Confidential                                                                                                                                         G007712