# Exhibit 27

# SPECIAL INVESTIGATIONS UNIT OPERATIONS MANUAL

REVISED:  September 28, 2017



## SIU Mission Statement:

The mission of the Special Investigations Unit is to fulfill its role in detecting, deterring, and defeating fraud.  We will effectively do this by providing GEICO Associates with a company philosophy and operating strategy; operation and logistical support, fraud fighting education and training.  Our efforts will move the company toward a better financial posture through enhanced training for SIU Investigators, fraud fighting technological advances, and expertise to reduce the vulnerability for internal fraud.

The future of SIU rests on our commitment to the team approach in accomplishing our mission.  We must be specific in identifying our goals and objectives, and then prepare to meet the challenge to make our SIU the best in the Industry.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

G010748

# Table of Contents

Getting Started ........................................................................................................... **5**

General Provisions ..................................................................................................... **5**

State Requirements ............................................................................................... 5

Law Enforcement Requests .................................................................................. 6

Criteria for Referring a Case to Law Enforcement ................................................... **6**

Providing Pretext Policies and/or Vehicles to Law Enforcement ......................... **7**

Media Contact ............................................................................................................ **7**

Equipment .................................................................................................................. **7**

Public Access to GEICO Database Information ....................................................... **8**

Case Levels and Handling ........................................................................................ **9**

Level 1 .................................................................................................................... 9

Level 2 .................................................................................................................... 9

Level 3 .................................................................................................................... 9

Level 4 .................................................................................................................... 9

Level 5 .................................................................................................................... 9

Level 6 .................................................................................................................... 9

Level 7 .................................................................................................................. 10

Level 7 Policy Investigation Guidelines .............................................................. 10

C-51 and Impact for Policy Features ...................................................................... **10**

Proactive Policy Investigations .............................................................................. **11**

Features .................................................................................................................... **11**

Impact ....................................................................................................................... **11**

When to Take Impact ........................................................................................... 11

Closing Disposition ................................................................................................. **12**

Impact and Disposition Must Align ........................................................................ **12**

Administrative Closure Specific Protocol ........................................................... 13

C-51 ........................................................................................................................... **13**

Fraud Schema ........................................................................................................... **13**

Proactive Referral (PROA) SICM Cases ................................................................. **16**

Legal/Administrative Action .................................................................................... **16**

Law Enforcement Referral ................................................................................... 17

Charges/Indictment ............................................................................................. 17

2

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

G010749

Arrests ..................................................................................................................17

Convictions ...........................................................................................................17

Administrative Board Referral ...............................................................................17

Administrative Board Action .................................................................................17

Restitution .............................................................................................................17

**Case Codes** ...........................................................................................................**18**

SPOP .....................................................................................................................18

ISOR ......................................................................................................................19

MEDP .....................................................................................................................19

NICM ......................................................................................................................19

PROA ......................................................................................................................20

MINE ......................................................................................................................20

AUTO ......................................................................................................................20

VAT .........................................................................................................................20

**Legislative Mandates** ...........................................................................................**20**

**Affirmative Actions** ..............................................................................................**21**

**Special Investigations Case Management (SICM)** ...........................................**24**

**Intake Procedures** ................................................................................................**24**

Referrals ................................................................................................................24

**Intake Desk Operations** ......................................................................................**24**

Recovered Burned Vehicles Handling Process......................................................25

Minimal Impact Injury (MIP) ..................................................................................25

Pedestrian Accident Investigation .........................................................................26

**Investigator Procedures** ....................................................................................**26**

**Safety Concerns** ..................................................................................................**27**

**Interviews** .............................................................................................................**27**

**Requests for Assistance from Other Regions** .................................................**28**

**Obtaining Certified Copies of Documents** ......................................................**28**

**Evidence** ...............................................................................................................**28**

**Examination Under Oath (EUO)** .........................................................................**30**

Requesting an EUO ...............................................................................................31

Scheduling an EUO ...............................................................................................31

No Show or Reschedule of EUO ...........................................................................31

3

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

EUO Conducted ..................................................................................................31

**Analyst Procedures** .........................................................................................**31**

**Nature and Extent** ............................................................................................**32**

    Reporting Requirements.................................................................................34

**Privacy and Security Policies** ..........................................................................**36**

    Human Resources Policies............................................................................36

    Fair Workplace Policy and Code of Conduct.................................................36

    Information Security Policies ..........................................................................36

**Accurint and CLEAR Permissible Purpose** ......................................................**36**

**TLO Terms and Conditions** ...............................................................................**37**

**ISO Privacy and Security Policy** ........................................................................**37**

**NICB Privacy and Security Policy** ......................................................................**37**

**Additional Resources** .......................................................................................**37**

**Appendices** ......................................................................................................**38**

    Appendix A – Monitoring Private Investigative (PI) Agencies........................38

    Appendix B – TCM-76 ...................................................................................39

    Appendix C – SIU Conduct ...........................................................................39

    Appendix D – Pretext Vehicle Release .........................................................41

    Appendix E – Pretext Policy Release............................................................42

    Appendix F – VAT ........................................................................................43

    Appendix G – Vendor Contracts ...................................................................44

    Appendix H – State Requirements.................................................................45

4

Sensitivity: Confidential

Confidential

G010751

## Getting Started

All new SIU associates will be required to participate in training at various periods of their career with GEICO, which may include the successful completion of the SIU Academy. No one shall be exempt from training courses mandated by the CHO Director of Claims Security and/or Regional Management. Education, as a means of professional growth, is always encouraged. Additional training opportunities will be considered with the approval of the SIU Manager or SIU Supervisor.

All SIU associates are required to complete a series of courses in GEICO University that have been specially selected to enhance their knowledge of investigating fraud within six months of enrollment. The course schedule will be posted and available to all SIU associates. If an associate fails to complete all courses within six months, corrective action will be documented in his/her desk file, with specific time frames listed for completion. If, after the time frame expires, the associate has not completed these courses, the next step as outlined in the corrective action process will be taken.

Depending on the position, associates need to complete, sign and mail forms to regional manager to start the security clearance process. Forms include:

- OP68: Acknowledgement of Receipt and Understanding of GEICO Policies on Information Security
- Electronic Communications and Non-Disclosure of Confidential Information
- D17: The Fair Credit Reporting Act ("FCRA")
- D98: Automobile Driving Record (Investigators only)
- D119: Electronic Communications Policy
- MC416: Remote Access Request (Investigators only)
- OP225: Employer-Employee Security Statement and Agreement
- GEICO Fleet Manual (Investigators only)
- D122: Outside Employment
- SIU Credential Application: complete the form and attach a .jpeg photo of yourself, forward request to CHO-SIU Operations & Training Manager for coordination of processing. (investigators only)

System installation instructions for SICM, and user guides for CLEAR, MEMEX, AT&T Phone Records, and TLO are here: SICM Installation, AT&T - Phone Records, MEMEX, CLEAR, and TLO.

## General Provisions

### State Requirements

Any state which requires the Special Investigations Unit to include state-specific statutory language or other references in this manual in order to be compliant with any provision as required by the state has been listed within the manual in the section titled "State Requirements" which is located in Appendix H of this manual.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

## Law Enforcement Requests

All requests from law enforcement officials for assistance or for copies of official company records, including claim files and SIU investigative files, shall be submitted in writing, on department letterhead, and forwarded to SIU Management for consideration. Requests must be approved by the SIU Manager prior to committing resources or providing copies of files. Copies of claim files or other non-public company records requested by law enforcement officials will be referred to the National Insurance Crime Bureau (NICB) or State Fraud Bureau for coordination with the requesting law enforcement officials. Absent local statute requiring release, if circumstances exist in which it is not feasible to coordinate the law enforcement request and copies of the files through NICB, or State Fraud Bureau, then a subpoena may be required before the release of any non-public company records. Requests from non NICB member companies should be reviewed by the regional SIU Manager before refusal or agreement to release records.

Copies of public documents, such as police reports, court records, etc., may be released directly to law enforcement officials with authorization from the SIU Manager or Supervisor.

## Criteria for Referring a Case to Law Enforcement

An SIU Investigator may independently refer a case to local law enforcement under certain circumstances. The SIU investigator must be off orientation and have prior approval by his supervisor to have the general authority. The supervisor considering granting this authority should take into account the investigator's experience, performance and knowledge of rules and procedures concerning referrals of this type. This authority once granted should be reviewed regularly to ensure the continued appropriateness of this authority. Any investigator not granted this authority must coordinate through the proper chain of command any referral of a case to an organization other than GEICO, NICB or State Fraud Bureau. Specifically, the investigator's immediate Supervisor decides whether to report the incident to law enforcement.

Once a decision to notify law enforcement is made, any written and/or oral communications with individuals in outside agencies or organizations shall be limited to matters which will expedite investigations and/or facilitate other areas relevant to the Investigator's specific function. These communications shall not reflect personal opinions of the Investigator.

Employees initiating official written communications with agencies/organizations such as law enforcement organizations shall draft this communication on GEICO letterhead, unless the agency/organization requires a standard form. GEICO employees' written and/or oral communications to such agencies/organizations should be restricted to those persons who are, or who may be, directly associated with investigations and projects in which the employee is directly involved.

It is recommended that all correspondence should be approved by the SIU Supervisor if unique or not meeting prior approved formats. Prior approval of all correspondence is required for those not having independent referral authority. Any potentially sensitive issue, an issue requiring personal information of an insured or their family, or internal proprietary information shall be approved through the SIU Manager.

Generally, only after SIU personnel have completed their investigation and the procedures set forth above have been satisfied, should an Investigator provide information obtained during the investigation to law enforcement.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

## Providing Pretext Policies and/or Vehicles to Law Enforcement

There are special funds and resources (vehicles) available to assist task forces in the investigation of fraudulent insurance activity. When an SIU associates receives a request for monetary assistance from these special funds or resources he/she will discuss the need for the monies with the SIU Manager. It is mandatory that the requesting agency provide their justification and official request on their agencies official letterhead and signed by the proper requesting authority. If there is an agreement among the local management including the Regional Claims AVP and the Regional Underwriting VP that the investigation would benefit from the additional funding, a report of justification will be generated to the CHO Director of Claims Security. The Director will consult with the Vice President, Claims Home Office for approval. This includes the issuance of pretext policies in furtherance of task force operations.

In the event that GEICO is supplying a vehicle, the appropriate release form and a title transfer must be completed before commencement of the investigation (See Appendix E – Pretext Vehicle Release). A copy of the title transfer must be forwarded to the CHO Director of Claims Security within 24 hours. On operations involving a pretext policy the appropriate release form must be completed at the time the policy is provided to the LEA (See Appendix F – Pretext Policy Release). The insured's personal data and the vehicle to be insured is provided to Sales and Underwriting Departments and they generate the pretext policy in the sales environment/New Business which is then supplied to OASIS.

Notification will be made to NICB of the request along with a request for their assistance. NICB's participation is critical since that organization provides indemnification to the company and without its participation serious consideration must be given to not participating in the investigation.

During the life of the pretext policy or the time the vehicle is being used by the requesting agency, the SIU Manager has the responsibility of tracking the progress of the case until the policy is cancelled or the vehicle is returned. The field investigator and the field supervisor have the responsibility of proper documentation and timely reporting as a SICM SPOP case.

## Media Contact

By policy, SIU Associates are prohibited from making any comments, written or verbal, either on or off the record, to any media source. All media inquiries, including requests for information or interviews, shall be directed to the Regional SIU Manager to inform them of the potential media exposure. The Regional SIU Manager will inform the Regional Vice President and forward the information to the CHO Director of Claims Security who will, when necessary, coordinate with the appropriate Claims Home Office Staff. Comments made by law enforcement or other governmental agencies to any media source with which GEICO SIU has been involved shall be reporting through the same channels as prescribed above.

## Equipment

All SIU associates must ensure that all equipment and systems they have been entrusted with are safeguarded against physical damage and theft. Systems and/or equipment shall not be left unsecured in unlocked vehicles or other areas where they are subject to theft, and shall not be used in a manner that may result in the equipment or system being damaged.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

## Public Access to GEICO Database Information

In the course of performing duties as SIU Associates, access is available to a vast amount of information that may have been entered into various databases for storage, analysis and retrieval purposes. While much of this information may well have come from public sources, access to the information contained in our databases is restricted to SIU associates. SIU associates shall use information contained in the databases only in the furtherance of their SIU investigations. Unless there are state provisions allowing for the exchange of information with SIU staff of other companies or law enforcement personnel, the information shall not be provided to individuals outside of GEICO. SIU files are confidential and considered to be on "a need to know" basis.

Access to SIU investigative databases and files where they are maintained (or can be accessed from) shall be limited to SIU associates. SIU associates having access to SIU databases will be required to sign a Corporate Security form (OP-68-B (2-97) NS).

In order to ensure we meet the security requirements set forth by ISD and IAD, at no time and under no circumstances shall the data/information obtained from SICM be stored and/or co-mingled on local/regional servers or shared drives with any other data/information whether that data/information is maintained internally or externally to GEICO. Failure to comply with the requirement will compromise the integrity and security of the database and will ultimately result in access to this data being denied by ISD.

SIU Databases: No databases shall be maintained by any GEICO SIU associate in an automated format: 1) where the reliability of the source of the information has not been evaluated and judged to be trustworthy 2) where the content of the information has not been reviewed and validity evaluated. Of special concern are those regional databases that fall outside the control of CHO-SIU and Claims Legal. In an effort to ensure the security and integrity of these regional SIU databases the following policies and procedures are being required:

- Ownership of the database rests with the regional SIU manager who will be ultimately responsible for maintaining the security and integrity of the information contained in the database. Failure to comply with any of the following requirements will result in discontinued use of the database and disciplinary action.
- A requirement that the owners (SIU Managers) of these databases provide the CHO Director of Claims Security a detailed accounting of any regional databases they possess or are actively planning.
- Possessing, a detailed report describing the measures and procedures that have been established to ensure the security of the data, and policy and procedures for annual audits and purge cycles of their databases. This accounting will include providing a summary of the data being housed and the source(s) of that data.
- The CHO Director of Claims Security will be responsible for ensuring proper review of the documentation provided by IAD, ISD – System Security and General Counsel. Continued use of the database will be continuant on review findings. The owners of the regional databases will not give direct or bulk database access to another region without the express permission of the Director.

Confidential information of the Government Employees Insurance Company

8

## Case Levels and Handling

There are 7 clearance levels in SICM:

### Level 1

All claims fraud investigations where "mobile verification" is required. "Mobile verification" means that the circumstances of the case dictate that an investigator needs to make a personal (on-site) contact with a person, business, entity or vehicle to adequately verify facts surrounding the claim.

### Level 2

All claims fraud investigations where "mobile verification" is not required to verify the facts surrounding the claim. This is where the investigation can be successfully completed using the telephone and/or computer. Any SIU investigative action, including solely data inquires, conducted on a suspected fraud claim will be documented under this level. There must be reasonable suspicion that the claim may have elements of fraud (i.e.; MIP, fraud indicator, referrer assessment) to be assigned a Level 2 status. Inside staff is to handle the majority of these levels. All SIU Referrals requesting VAT will be classified as a Level 2 investigation. If a parent case is already established, the child case will be classified as a Level 2 with VAT noted in the Case Code.

### Level 3

All non-fraud related services performed by SIU. These services to not require "mobile verification," examples include "attempts to locate," tag traces and database checks. These are not included in the critical goals (to include impact ratio), and are not included in the monthly report under FPA dollars.

### Level 4

Referrals (regardless of source), contain some suspicion of fraud but don't rise to the level of warranting an SIU investigation. Feedback/education is provided to the examiner regarding recommended actions necessary to thwart or uncover possible fraudulent activity including a brief description of the issue of concern (What is causing the suspicion of fraud?) and recommended actions to be taken (What specific actions are being recommended to resolve the suspicion or further illuminate the fraud issues? – i.e.; obtaining of certain documents, certain questions asked). Feedback via ALOG is limited to feedback only, with **no** investigative details or mention of our automated scoring system, ICE. Acceptable feedback describes recommendations that would be normally associated with the handling of claims containing some suspicion of fraud (i.e.; obtain police report, confirm prior insurance or lapse of coverage, confirm date of loss, confirm location of vehicle, obtain name of tow service, etc.).

Level 4s also contain intelligence. Any information collected and documented for intelligence purposes only.

### Level 5

Referral (regardless of source), is rejected after initial review because no fraud issue was found to be present. Analyst work products (ACAs) are also stored as a Level 5.

### Level 6

Fraud evaluation – Referrals that come to the SIU where the indicators of fraud need further review would be handled here.

9

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

## Level 7

Non-Claims Fraud Investigations (i.e.; policy fraud, internal investigations)
Note: If during the course of a claim fraud investigation, separate underwriting fraud is uncovered, such as rate evasion, a policy feature may be opened and impact taken as warranted. However, the case level should not be changed and should remain at Level 1 or 2.

A Level 7 case at minimum must have two components, an actual investigation and a completed summary portion of the report. These cases are exempt from the communication category trending items and the trending item located in file maintenance which states: file owner not correct. The communication category should be marked NA.

These cases should not be created for the sole purpose of creating a C-51. There needs to be actual investigative steps taken. In the even only a simple data run is conducted (for example, single date run with just reporting of results) or a C-51 submitted the case should be viewed as a "service only" and marked a Level 3.

In general a Level 7 should follow the same rules for taking impact as a Level 1 or a 2. However impact may not be taken if there is nothing identified as result of actual investigative steps taken. A withdrawal of a claim does not warrant policy impact, and may not warrant a C-51. As there are numerous reasons that an insured may withdraw, absolute verified evidence of claim fraud committed by the insured must be present when a customer withdraws in order to take a policy impact and send a C-51. If fraud was proven and you achieve a withdrawal you may, with manager approval and appropriate documentation in SICM notes, take policy impact due to proven fraud.

Examples of when C-51 and Impact on Policy Features can be found here.

### Level 7 Policy Investigation Guidelines
Specific handling of Level 7 policy investigations can be found on page 11 of the Performance Review Guidelines.

## C-51 and Impact for Policy Features

All policy investigations should include, at a minimum, a review of the following:

- Claims history should be reviewed to determine if they are any claims on record that already have the information we're looking to confirm or rule out.
- A thorough review of PLOGI should be done to rule out or confirm what we are looking for. We should also check and make sure the policy is still active. If it has canceled for any reason, there is no need to investigate further in most cases.
- OPIQ should be reviewed thoroughly as well, to include the transaction detail. Details such as marital status, usage rating, listed drivers, and other recent policy changes can be located here and may help an investigator determine if it's necessary to continue to investigate.
- More than one database search for information.
- Information obtained through a database search should be listed as evidence in the case file.
- Statements of fact only with regard to findings. Statements such as "it appears _____ is an operator of the vehicle," or "it appears this vehicle is used for the business associated with the insured" should not be made absent any actual evidence and verification to its truth.

10

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Statements of fact that only address what was found and do not supply information that is sensitive such as SSNs or the names of the databases used.

## Proactive Policy Investigations

Specific handling of Level 7 Proactive Policy Investigations can be found on page 12 of the Performance Review Guidelines.

## Features

Cases are generally attached to claims and what is being investigated is directly attached to features. The investigator will add the correct feature count being investigated on all Level 1, 2, & 7 cases.

A case should not have any open features, and thus no impact consideration (positive or negative) in the following scenarios:

- Voice Analysis Technology (VAT) case
- Internal investigations
- In the event a case is a child case all features and impact should be handled on the parent case only
- Assist cases
- SPOP cases (currently opened only)
- Where the investigation has NOT been "significantly completed" a disposition of "administrative closure" is to be noted and zero features are to be taken
- Level 6 cases

## Impact

The SIU investigator makes a determination as to whether the findings of his/her investigation should have an impact on the disposition of the claim (by feature investigated). The investigator is asked to make a good faith evaluation of whether his/her investigative findings warrant impact at the time of closing even though the final resolution of the claim maybe as much as months to years later. We measure the impact of the SIU investigation on the features being investigated based on SIU uncovering or substantiating material misrepresentation of factual information. Impact should be taken only where fraud is involved and only on those features affected by investigative findings. Validity of taking impact must be substantiated in SICM investigative notes. The investigator's supervisor, with possible feedback from the claims examiner, confirms the investigator's assessment that impact was warranted. In the event of any parent/child linked cases, features should only be added to the parent case and impact should only be taken on the parent case (this includes SPOP cases). Impact cannot be taken on 50 or more features without prior approval from CHO-SIU.

### When to Take Impact
Determining when impact applies is explored in further detail on page 10 of the Performance Review Guidelines.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

## Closing Disposition

Upon closure of the SICM case, the investigator will select a disposition that most accurately reflects what the investigator reasonably believes will occur as a result of their investigative findings. The disposition selected need not have occurred at the time of the closure, but there needs to be "reasonable belief" that it will occur.

The investigator's supervisor should review and concur with the disposition chosen. Choices include the following:

- Total Denial / Disclaimer – The investigation warranted a total denial.
- Partial Denial – The investigation warranted a partial denial of the claim and/or the adjuster indicates the findings will mitigate the loss.
- Withdrawn – The investigation resulted in the party (insured, claimant, attorney, etc.) withdrawing the claim.
- Recovery – Is used when our investigative efforts recover a stolen vehicle in a legitimate claim or are awarded restitution as a result of fraud.
- Underwriting Change – When investigative findings allows Underwriting to rerate, cancel, or non-renew a policy because of fraud issues.
- Administrative Closure – The investigation is being closed prior to completion, or not conducted (e.g. examiner settled file and investigation is no longer required, etc.).
- Other – The investigation validated the claim and full payment was made. Other is not an acceptable option if impact was taken. This should be used for all ACAs and intelligence only cases.
- Adjuster Notified – (to be used on Level 4 and Level 6 cases only). Designed to be used when a referral is received and has some degree of suspicion, but upon review does not rise to the level of either an inside or field investigation. These referrals contain some areas of concern and in many cases require additional documents be submitted or questions answered in order to resolve the issue or ferret out the fraud.

  These are assigned as a Level 4 case in SICM. As part of Level 4 procedures the claims examiner will be notified of the suspicious circumstances and be provided guidance on how to proceed to address the areas of concern. In every case where feedback is provided as a Level 4 the disposition will always be noted as Adjuster Notification.

## Impact and Disposition Must Align

If the taking of impact was determined to be appropriate there needs to be a corresponding affirmed disposition. There should be no circumstance where impact was taken and an affirmed disposition not recorded.

12

Confidential information of the Government Employees Insurance Company

### Administrative Closure Specific Protocol:

Any Level 1, 2, or 7 case where the investigation has NOT been "significantly completed" a disposition of "administrative closure" is to be noted and zero features are to be taken.

"Significantly completed," means that all investigative actions of substantial importance to the fact finding (all pertinent questions have been answered or attempted to be answered) have been completed.

Any Level 1, 2, or 7 case where the investigation has been "significantly completed" but an actual case closure has not yet accrued a feature needs to be added. A review of the investigative findings will determine whether "administrative closure" or another disposition type should be noted.

Any Level 1, 2, or 7 case where the case was assigned to an investigator but "no" investigation actions have been initiated (other than verifying status of claim) the case will reclassified as a Level 4, a disposition of "administrative closure" is to be noted and zero features are to be taken.

## C-51

Continued profitability depends upon the underwriting department receiving timely, accurate and objective information concerning factors that may affect underwriting criteria. When SIU discovers this behavior the investigator must complete the C-51 referral section of SICM to notify underwriting of the necessary facts.

Investigators must document with a general note any reason for not sending a referral that might otherwise be considered appropriate (i.e., the handling examiner has already sent a referral).

## Fraud Schema

At the closing of the case the investigator is required to select the fraud schema associated with the investigation. SICM will not allow closure without this selection. Only one fraud schema and one subtype can be chosen. Fraud schema should be completed regardless of whether impact was taken.

Fraud Schema options choices include the following:

- Identity Theft – An individual takes out a policy in the name of another person for the purpose of using their credit card to make the premium payments or for the purpose of remaining anonymous.
- Application Fraud/Rate Evasion – An individual provides false and/or incomplete information when obtaining a policy, such as a false residential and/or garaging address in order to obtain a lower premium; often using a prior residential address or a friend/relatives address. This also includes purposely omitting young household family members, prior claims and/or moving violations from the application in order to avoid a high premium.
- Policy Brokering – An independent person, body shop or auto dealership establishes policies for multiple people with incorrect rating information with the intent to obtain a low premium. These persons and/or businesses misrepresent themselves as being legitimate GEICO agents.
- Policy/Coverage Changes Prior to New Losses – A combination of coverage condition codes 99 or 95, and 33. This is a new loss within the first 55 days of a newly issued policy (potential loss

13

Confidential information of the Government Employees Insurance Company

occurred prior to the policy inception), or a new loss within the first 20 days of a re-issued policy. In addition coverage (collision or comprehensive) was added to the policy prior to a new loss.

- Endorsement Fraud – The insured files a partial theft claim for high dollar vehicle modifications which were endorsed on the policy, but never existed and was never purchased. Often a hand written or forged receipt is provided to the adjuster to legitimize the endorsed modifications.
- Policy Nonspecific – This option should be chosen if the policy fraud does not fall into any of the other categories.
- Catastrophe – The insured uses a natural disaster as a case of damage which would not otherwise be covered. For example; insured vehicle is having engine trouble – claims drove through flooded roads and motor ingested water.
- Salvage Recycling – The insured purchases a salvaged or heavily damaged vehicle for the sole intent of making duplicate claims for the pre-existing damage.
- Physical Damage Owner Give-Up – When the vehicle is intentionally burned or flooded for the purpose of having it declared a total loss.
- Property Damage Nonspecific – This option should be chosen if the properly damage fraud does not fall into any of the other categories.
- Phantom Vehicles – An individual insures an non-existent vehicle on which he created a counterfeit title and/or registration and then files a theft claim on the vehicle. These claims often involve expensive vehicles.
- Hit and Run – The individual insures an already damaged vehicle and then reports the vehicle was struck by an unknown subject. An insured will often call the police to the "scene" in an attempt to legitimize the loss.
- Paper Accidents – An accident that only occurs on paper. An insured will create an accident report for the purpose of filing a claim.
- Swoop and Squat – Two participating vehicles get in front of an innocent driver. The vehicle in front (the swoop vehicle) either stops suddenly or cuts in front of the second participating (squat) vehicle. The second vehicle slams on brakes, supposedly to avoid an accident and the innocent third vehicle strikes the squat vehicle.
- Drive Down – This type of accident involves an innocent person attempting to merge into traffic or change lanes. The perpetrator waves the person into traffic, strikes the vehicle and then denies waving the person into traffic. Or when a person attempts to turn out of a street or parking lot, the approaching vehicle on the cross street signals and slows as if they are going to turn into where the "victim" is exiting. This causes the "victim" to believe he can now exit and the perpetrator then turns off his signal, accelerates and strikes the "victim" claiming he violated their right of way.
- Side Swipe – This type of accident occurs when a perpetrator takes advantage of an innocent driver that drifts into another lane. The perpetrator will intentionally cause the loss the innocent victim will be at fault for being partially in another lane.
- Intentional Brake Slam – This type of loss occurs when a perpetrator drives in front of an innocent person and slams on the brakes for the purpose of causing the innocent person to rear-end the perpetrator.
- Inflated Damages – An insured claims pre-existing damage to the vehicle in addition to the legitimate damage resulting from the loss. Often this damage is in areas nowhere near the impact area and can be identified by rust. This also includes damaging more areas to have body parts repainted. For example; the left side of the insured's vehicle was keyed – the insured then keys the right side and other panels of the vehicle in order to get a completely new paint job.
- Body Shop – A body shop may enhance damage, repair instead of replace, or "cut corners" to increase their profit after a legitimate loss.

14

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Towing Fraud – Predatory towers arrive on the accident scene and advise the insured they were dispatched by the insurer (when in fact, they were not).  Instead of towing the vehicle directly to a repair shop, it is towed to a holding area.  The predatory tower contacts the insurer and arranges for a secondary tow to the shop.  Towing bills are typically unbundled and include separate, inflated fees for administrative work, fuel and scene clean up.  The secondary tower pays the inflated fees to the predatory tower and then bills the inflated amount back to the insurer.
- Non-injury Collision Nonspecific – This option should be chosen if the non-injury collision fraud does not fall into any of the other categories.
- Injured Person – Can include but is not limited to any of the following:
    - Subjective, soft tissue injuries
    - Unrelated IPs treating with same doctors on same days
    - Excessive prior claims history
    - No injuries at scene of loss or refusal of ambulatory treatment
    - Claimants unable or unwilling to provide details of treatment
- Provider Billing – Can include but is not limited to any of the following:
    - Up-coding, Unbundling, Fee splitting
    - Unnecessary ambulatory surgeries
    - Same Durable Medical Equipment (DME) issued for every IP
    - Boilerplate narratives
    - Excessive diagnostic testing
    - Excessive psychological testing
    - Medical treatments rendered on the same date as loss
    - Treatment billed on observed holidays or on weekends (ex: Sundays)
    - Demographic errors of an obvious nature, such as subject's gender, race or age
    - Diagnosis and treatment don't match
    - Clinic using a P.O. Box or mail drop
    - Facility with several names
    - Unprofessional letterhead or stationary/photocopied
- Minimal Impact Losses (MIP) – When the collision suggests the severity of the injuries are not justifiable.  Often in a MIP loss the schema will include multiple injury victims with small and often indistinguishable vehicle damage.
- Providers Medical & Legal – Can include any of the following:
    - Attorney or clinic reports loss
    - Letter of Representation (LOR) dated same day as loss
    - Clinic refers an Attorney to IP or vice versa
    - Medical bills submitted by law office (i.e. Mills & Billing Agent Relationship)
    - Excessive billing for MIP loss
    - Questionable ownership of clinic (Laymen vs. Licensed Doctor)
- Injury nonspecific – This option should be chosen if the injury fraud does not fall into any of the other categories.
- Theft Owner Give-Up – When the insured purposely hides, sells, destroys, or in any other way disavows themselves from their vehicle and then falsely reports the vehicle as stolen.
- Export – An individual purchases or rents a vehicle, insures it, and then reports the vehicle as stolen to the insurance company and law enforcement.  The vehicle is not stolen but is actually shipped overseas to be sold on the black market.  The individual then collects both the insurance company payout and the money from the vehicle sale overseas.

15

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Theft nonspecific – This option should be chosen if the theft fraud does not fall into any of the other categories.

## Proactive Referral (PROA) SICM Cases

Proactive Referrals make up a large number of the cases that are input in SICM. Therefore, it is important to have a consistent format for keying that will enable accurate accounting and reporting of the PROA activity across the country. Following is a list of PROA codes that should be used when entering cases into SICM that fall into the PROA category. PROA should still be entered into the case code field and below is a key of what should be entered into the section code field. This should take precedent over any other special coding or anything regional. This does not change or impact current coding for ISOR, MEDB, NICM, MINE, or AUTO which are all counted as PROA as well.

| INTQ | Interested Party |
|------|------------------|
| OWNQ | Owner Give Up |
| MIPQ | Minor Impact |
| CATQ | Catastrophe |
| UPDQ | UMPD Phantom |
| SITQ | Situational |
| SURQ | Surveillance |
| PWRQ | Power Sports |
| NETQ | Internet |
| MEDQ | Medical |
| UNDQ | Underwriting |
| EDR | Electronic Data Reader |
| Something Regional | OTHER |

When entering a new case into SICM that is Proactive, one of the above codes must be keyed into the proper field.

You would proceed to use SICM as you normally would. If your PROA case does not meet any of the categories above you may use the "other" category. However, if you find that you have the same kind of PROA case consistently being keyed please notify Claims Home Office to determine if a new PROA category may need to be considered for coding.

## Legal/Administrative Action

SIU Investigators should actively cooperate and assist federal, state, and local law enforcement authorities in their efforts to combat vehicle theft and insurance fraud by providing investigative and training assistance. The following is a list of some agencies and departments that an SIU investigator should be aware of: United States Attorneys, Federal Bureau of Investigation, Postal, Secret Service, State/Local District Attorney, State Police, and State Anti-Fraud. When identifying any Legal or Administrative Action taken as a result of an SIU investigation, the following categories should be reviewed for the subtype choice in SICM.

16

Confidential information of the Government Employees Insurance Company

### Law Enforcement Referral

This is for the actual referral of a case to law enforcement. This is not intended to be the automatic electronic referral, but an in-person contact. Law enforcement can be defined as local, county or federal policing agencies, as well as State Fraud Bureaus that have law enforcement powers. This also does not include the everyday NICB referral that in some jurisdictions are required to be made. Law enforcement acceptance of the case is not a prerequisite for taking a referral.

### Charges/Indictment

This section is intended for those cases that have been accepted by law enforcement and/or a prosecutor with criminal charges having been filed. Or, in those jurisdictions where a Grand Jury either passes down an indictment or a true bill.

### Arrests

This is intended for those cases where the person suspected of criminal activity is actually arrested or an arrest warrant has been issued. It is understood that law enforcement personnel may proceed with this action independent of any finding by a Grand Jury or in pursuit of an arrest warrant. This action may be because of a prima facie criminal case, as prepared and presented by the SIU investigator's official SICM report.

### Convictions

As a result of a tribunal of proper authority or pre-litigation activity, the person suspected of criminal activity has either pled guilty prior to trial or has been found guilty after trail they are obviously "convicted" of the criminal charges.

### Administrative Board Referral

Medical providers of all disciplines of the healing arts and attorneys are bound by certain statutes and codes of ethics regulating their activity. Virtually every State has established regulatory boards or agencies to regulate the activities of the persons conducting business in the States. This is for the actual referral of a case to an administrative board. This is not intended to be a form letter but a formal presentation of a case to a board.

### Administrative Board Action

Many times the punishment meted out by these administrative boards can be more devastating to the practitioner than any court ruling; i.e. sanctions, revocation or suspension of their license destroying their carrier.

### Restitution

Hopefully, in conjunction with a conviction there is a court ordered restitution. Recouping our investigate and/or claims costs is obviously a sought after and reasonable outcome to any case SIU investigates.

17

Confidential information of the Government Employees Insurance Company

## Case Codes

CHO-SIU requires the following Case Codes, formally known as Adjuster Codes, to be documented in SICM:

| CHO Required Case Coding | Description |
| --- | --- |
| ISOR | Referrals from the ISO Indicator report |
| MEDP | Referrals from medical data extracts |
| NICM | Referrals from NICB MedAWARE Alerts |
| PROA | Anything proactively found |
| MEDS | Cases generated from MedShield *currently only used by R4 |
| SPOP | Special Operations |
| AUTO | Anything comes automatically from AutoShield |

### SPOP

To be used in a situation where there is a need to have one master case (parent case) where you have organized fraud involving multiple claims expected to result in prosecution/litigation. There are several reasons when a Special Operations (SPOP) case would be warranted. These may include, but are not limited to the following: investigating wide-spread suspect conduct by a medical provider or attorney, body shop fraud, suspected fraud ring activity, and multiple related staged accidents.

A parent SICM case will be established and SPOP will be noted in the Case Code box in SICM. When support work is required to assist in the overall scope of the SPOP investigation, Assist cases should be linked as child cases. Assist cases are those where field activities such as clinic inspections, surveillance, interviewing individuals that are not associated with a particular claim, etc. are conducted in support of the SPOP. Neither the parent SPOP nor any Assist cases should be marked PROA. Only the parent SPOP case is noted with SPOP in the Case Code field. SPOP cases are excluded from case life calculations. The assigned investigator's supervisor should be the file owner on the parent SPOP case and any child assist cases. The SPOP case will be used to document the special operation investigative activities and should be treated as the central location for investigative activities such as background data, financial information, licensing information, etc. on the subject(s) of the SPOP investigation and summary details from any claim investigations associated with the scope of the SPOP.

Individual claim investigations will often need to be conducted to prove the allegations within the scope of the SPOP. Any claim investigation that is related to the scope of the SPOP either because of the principle target or type of potential fraud will be conducted in a manner in which the investigation of that particular claim should stand on its own merits as a standard claim investigation. These cases will be linked by noting the connection to the scope of the SPOP case in a general note entry in the Parent SPOP, noting the SICM case and claim number, but will not be linked as a child case. Investigation of these cases serves to document the actual investigation of a particular claim. Any findings from the investigation of an associated claim may provide details useful in the parent SPOP investigation. Any pertinent information obtained from the claim investigation related to the investigation of the subject(s) of the parent of the SPOP can be documented in the parent SPOP case if appropriate to do so. These cases will for purposes of the CHO-SIU Performance Review be evaluated as any other standard SIU investigative case. These cases can be marked PROA if they meet the required guidelines and are identified solely through proactive data analysis or queries. The appropriate number and type of features

18

Confidential information of the Government Employees Insurance Company

will be opened in these individual claim investigations (no matter if the claim is open or closed). If the features being investigated are on a closed claim file, no impact will be taken until voluntary or court order recovery (related to this claim) has occurred. In such case where recovery does occur, the case covering the individual claim investigation will be reopened, if necessary, and the impact added. Impact taken under these circumstances will be deducted from the totals included in the Impact/Features calculations in the SPOP.

All documentation related to the pursuit of prosecutions, criminal or civil actions, etc. shall be in the parent SPOP case only. A SPOP file should remain open until civil/criminal actions are filed or it is determined that no further action will occur. Impact in the parent SPOP case should be taken at the closure of the SPOP only and exclude any features and impact taken in any individual claim investigations. If the criminal/civil aspects of a case become reactivated after an initial closure, either by additional criminal activity or renewed interest by the authorities/GEICO Management/CHO Legal, the SPOP must be re-opened. Cases involving the subject(s) of the SPOP worked prior to the SPOP being opened stand on their own and should not be linked as a child case and should only be marked PROA if appropriate to do so. A notation of these additional cases should be made in a general note in the SPOP case. In the event there are 50 or more features listed in any case, approval by CHO–SIU is required.

A region may desire to create a unique Section Code identifier for each SPOP investigation to track statistics.

### ISOR
CHO-SIU receives a report directly from ISO each day that includes claims that hit on specific key indicators. The report is filtered and sent to the regions daily. All cases from the ISO Key Indicator report should be coded ISOR.

### MEDP
CHO-SIU has a process for mining, extracting, and transmitting suspicious medical billing data to each region for specific medical billing data extracts. No region is under any obligation to review all Medical Data Extracts. When the data is reviewed and when it is decided that an SIU investigation is warranted, upon assigning the investigation the case should be coded MEDP.

### NICM
An NICB Aggregated Medical Database has been created using member company's data to identify existing information on suspect providers "hard point" (such as TINs, phone numbers, and licenses) and "soft point" data (such as provider names, clinic names and address matches). The databases used are prior questionable claims, NICB case principles, ForeWARN alerts, NICB arrests, indictments, and convictions data, and medical billing data. NICB will create MedAWARE alerts by identifying alleged fraudulent actions and suspected fraudulent providers.

- An NICB MedAWARE Alert folder has been created and on a weekly basis CHO-SIU will place the appropriate data in these folders in Excel format and will send an alert email notification to the appropriate regional analyst. CHO-SIU will review the alerts coming from NICB prior to disseminating to the regions. When the data is reviewed and when it is decided that an SIU investigation is warranted, upon assigning the investigation, the Case Code section of SICM shall be annotated to indicate NICM. The Management Information and Planning Unit at CHO has modified the metrics used for the SIU Management Reports to ensure that any case with a Case

19

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Code indicating NICM will be treated as PROA. Therefore, the regions will be credited for a PROA referral on all NICM marked cases.

## PROA

In all cases where as a result of pro-active data runs and analysis is a referral is created, a SICM case assigned and the data runs and analysis were initiated by SIU, the case should be coded as PROA. For clarification: Just reviewing claims in general or medical bills does not qualify as PROA. Some form of analysis or defined data run (specific attributes) by SIU must be involved. No part (children or parent) of an SPOP is to be marked PROA.

Example: Generally reviewing all medical bills would not qualify but reviewing and assigning certain medical bills (claims) for investigation based on a specific suspect CPT code data query would.

## MINE

In all cases where as a result of ICE Mining (see Intake Procedures) a referral is created the case should be coded as MINE.

## AUTO

In all cases where our automated scoring system has created an ICE referral which is presented in the SICM queue, and after review the intake associate determines the assignment of a SICM case is appropriate, the case should be coded as AUTO.

## VAT

See Appendix F.

## Legislative Mandates

The National Associated of Insurance Commissioners (NAIC) Model Unfair Trade Practices Act (cited in Unfair Settlement TCMs and in the NAII Manual) categorizes these principles generally and specifically by state. The act prohibits unjust, dilatory, and unethical claims practices. The claims associate should be prompt, fair, and forthright. Claims should be settled timely whenever possible, on merit basis, with professional etiquette. Claims associates should be thoroughly familiar with and abide by the Unfair Claims Practices Acts and regulations in each jurisdiction, as well the GEICO Claims Code of Conduct (C-253).

Several states have passed legislation requiring insurance companies doing business within their jurisdictions to implement and file anti-fraud plans that, generally speaking, set forth the efforts of an insurance company to detect, defer, and combat fraud. GEICO's SIU must comply with these statutes. While such statutes vary in minor ways from state to state, they have certain defining characteristics. Such initiatives may include, but are not limited to:

- Fraud Investigators, who may be employees of the insurer or independent contractors; or
- An anti-fraud plan submitted to the particular state's insurance commissioner
- The statutes may also state that any such plan submitted to the commissioner is privileged and confidential, is not a public record, and shall not be subject to discovery or subpoena in a civil or criminal action.

20

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- A description of the insurer's procedures for detecting and investigating possible fraudulent insurance acts.
- A description of the insurer's procedures for mandatory reporting of such acts to the relevant state agency or authority.
- The insurer's plan for anti-fraud education and training of its employees. A description or chart outlining the organizational arrangement of the insurer's anti-fraud personnel responsible for the investigation and reporting of possible fraudulent insurance acts.

In compliance with the various and individual state filing requirements, GEICO has filed fraud plans in numerous jurisdictions which may be obtained from the regional SIU Manager or from Claims Home Office. Compliance will be an integral part of the annual performance review.

As a member of NICB, GEICO should submit all questionable claims to the NICB for entry into the NICB database. The NICB Member Company Procedures Manual, found at www.nicb.org sets forth the process for referral. In those states requiring it, all claims investigated by SIU that possess a reasonable suspicion of fraud shall be submitted.

Article IV of the NICB Bylaws outlines the NICB's responsibility to indemnify member companies as follows:

"[NICB] shall indemnify each member, and may identify such other persons or entities as determined by the Board, against expenses (including attorney's fees), judgements, fines and amounts paid in settlement and amounts actually and reasonably incurred by it in connection with any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative, in which it has been made a party, or threatened that it would be made a party, by reason of its (a) being a Member of [NICB], (b) having cooperated with [NICB] in its investigation of (c) having provided information to [NICB] at the initiative of the Member, such other person or entity of [NICB] if such Member (or other person or entity) acted in good faith and in a manner he or she reasonably believed to be in, or not opposed to, the best interests of [NICB], and, with respect to any criminal action or proceeding, had no reasonable cause to believe its or his or her conduct was unlawful."

Accordingly, NICB will not indemnify GEICO for any claims made for liability arising out of an internal GEICO SIU investigation, even if NICB is simultaneously conducting its own investigation into the same matter. Rather, NICB's duty to indemnify GEICO applies only when the claim against GEICO (1) relates to GEICO's status as an NICB member; (2) is the result of GEICO's cooperation in an NICB investigation; or (3) arises out of GEICO's providing NICB information.

## Affirmative Actions

White collar crime is defined as nonviolent crime for financial gain committed by persons whose occupational status is entrepreneurial, professional or semi-professional and utilizing their special occupational skills and opportunities. It is GEICO's position that it will fight white-collar fraud perpetrated against it and its customers. An excellent toll in fighting white-collar fraud is the instituting of civil fraud recovery against those committing the fraud. It is GEICO's intention to institute civil fraud recovery actions where appropriate. GEICO will also assist law enforcement in criminal prosecution of insurance fraud.

21

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

Corporate Counsel must approve, in advance, all regional requests to file lawsuits associated with (claims) field investigations that have produced evidence of actionable fraud and potential recovery. Of significant importance, requests for the initiation of any civil suit addressing fraudulent activity must be written in a format conducive to establishing the facts and in support of the fraud allegations. This includes singular cases and/or multiple files associated with a group of persons or entities.

When the SIU Manager believes that an SIU investigation of a claim file or group of claim files may results in a regional request for the Company to file a civil suit, that file, or group of files, must be submitted as a control file to CHO Legal. See Claim Manual Section VII, p. 55, #4. Copies of the affirmative action request will be provided to both CHO Legal and the CHO Director of Claims Security for their joint review and approval.

One of the primary tools in civil fraud recovery action is a federal law entitled "The Racketeer Influenced and Corrupt Organizations Act (RICO) – United States Code Annotated Title 18. Several states have adopted laws, civil and criminal, patterned after the Federal RICO act and these too can be extremely useful in fighting fraud. The body of the law is included here for ready reference and ease of access. The Federal RICO act states the following:

> "It shall be unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." (United States Code Annotated Title 18, Section 1962, Subsection c)

To state a prima facie claim under this federal section (most state RICO laws have similar prima facie claim requirements), the plaintiff must prove that:

- Any "person," to include "any individual" or entity capable of holding a legal or beneficial interest in property.
- Has employed a "pattern" (requires proof that underlying racketeering activities are related and that they amount to or pose a threat of continued criminal activity) of "racketeering activity" (that must include allegations of the commission of at least two predicate acts within a 10 year period which constitute "pattern" of "racketeering activity," all of which are crimes under state and federal law).
- Is conducting the affairs of an interstate "enterprise," enterprise is "an entity, a group of persons associated together for a common purpose of engaging in a course of conduct which is proved by evidence of an ongoing organization, formal or informal, and by evidence that various associates function as a continuing unit.
- There was an "injury" to business or property "by reason of" such violation.

In all but the most unusual circumstances, case file(s) being considered for civil recovery action should meet the requirements of a prima facie claim under federal or state RICO. The civil RICO plaintiff is only required to prove the defendant(s) committed these acts by a preponderance of the evidence, and not by proof beyond a reasonable doubt. It is not necessary to prove nexus to organized crime in order to obtain damages in private civil suit under this act. The private civil cause of action created by RICO statute provides that:

22

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

"Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefore in any appropriate United States District Court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fee. Civil RICO claims are subject to a four-year statute of limitations. The limitation period begins to run when the plaintiff discovers or should have discovered the RICO injury."

Existing state civil fraud recovery statutes can in many cases be used as effectively as Federal or State RICO actions in bring civil fraud recovery suits. Claims Legal and CHO Director of Claims Security will consult with Corporate Counsel to determine the most appropriate course of action.

Under the circumstances described in the TCM addressing multi-claim-investigations, both the "Summary" and the "Body of the Report" may be considered Attorney-Client Communications and therefore Privileged and Confidential. All reports and associated data are considered confidential and should be restricted to a "need to know basis."

Submitting multiple files for consideration has been identified as "IRAC" delineating the Issue, Rule of law, investigative Analysis and Conclusion. To have any meaning relative to large cases, this information, from a myriad of sources, has to be thoroughly investigated, documented, collated, analyzed and ultimately synthesized to produce a more manageable final product.

Issue(s): The obvious issue, in which we are most interested, in these multi-claims cases, is fraud. Fraud is, more often than not, criminal in nature. In the claims arena, however, there may be numerous civil issues as well. Moreover, to complicate matters, there can be and usually are several other sub-issues. For example, criminally, in addition to fraud, there may be grand theft, petty theft, theft by trick or device, conversion, auto theft, arson or conspiracy. The list can go on as far as the facts take us. On the civil side, the list is long and varied as well, to include violations of the insurance code, civil code, administrative code, all the various medical or chiropractic codes (including all the ancillary disciplines and codes) and State Bar violations; This in addition to any policy contract terms and conditions that may have been breached.

Rule: More often than not, all of the civil and criminal issues (laws) identified above are codified in any given State's annotated or revised codes. This is basically known as the black letter rule of law. Law libraries and more recently the internet are available for ready access for everyone to research these laws. It is important that each region address their own set of laws related to the States represented in their regions, as they are varied and diverse across the country. The laws, code violations or infractions must all be dissected into their respective "elements." IT's the individual elements, coupled with and applied to the facts of the case, that give us the building blocks that lead to our assumptions, inferences or outright proof that a criminal or tortuous act has been committed.

Analysis: This is the most important aspect of this process. The field investigators gather information and analysis prepare analytical case assessments that add facts, documents and witness statements, etc. that must be reviewed and those facts applied to the policy contract and/or the elements of the laws as stated above. It's the results of this field work and analysis that justifies either payment of a claim, a full denial or seeking prosecution or even filing suit. The most aggressive approach potentially requires that we prepare to defend ourselves in a court of law pursuant to our claims handling decisions.

Conclusion: All the facts of multiple files have to be synthesized and applied to the laws of the State and reported on one document setting forth the totality of the facts, as we know them, and conclusions have

23

Confidential information of the Government Employees Insurance Company

to be drawn or inferences made that the so called patter of activity can be addressed with CHO Legal, when presenting the case for their consideration.

## Special Investigations Case Management (SICM)

The SICM system is the case management and reporting system that will be used by GEICO SIU associates to document and manage our SIU investigations conducted throughout the Company. The benefits of using SICM are many, but include the ability to properly track and compile data pertaining to our investigations, standardized reporting, and a reduction in the amount of time spent updating databases and distributing reports. A copy of the SICM Manual can be found here, SICM Manual.

This manual will provide you the information you need to get you up and running as quickly as possible. It is organized to take the field investigator from receipt of an assignment, to completion and submission of the report of investigation.

### Intake Procedures

#### Referrals

Referrals are received either manually through the claims or AD venues or they are automated through RiskShield or Proactive Mining. RiskShield is the solution (software) GEICO purchased as the foundation of the automated claims scoring program, formerly known as ICE. The purpose of RiskShield is to facilitate the analysis of scoring results and can also be used for conducting operational and strategic analysis of claims fraud patterns. At the end of each day, RiskShield collects the claim numbers of every claim that had a transaction during that day and holds those claim numbers in queue for 24hrs. It then scores this information against pre-loaded fraud logic. Retrieval of this information for possible field or inside investigative assignments can be done by regional intake associates.

CHO-SIU approval is required before access to the ICE_LOG on Gnie is granted. Each region will be required to provide CHO-SIU with the names of any associate responsible for ICE mining. It is critical that those performing this function be identified and properly trained before being granted access to the ICE Log. Access to the ICE Log is strictly prohibited to anyone who has not received prior approval and training from CHO-SIU.

### Intake Desk Operations

Intake associates should conduct a thorough evaluation of the initial referral, establish appropriate case levels once accepted, provide feedback to examiners when not accepted and provide an initial package to the field investigators that address many, if not all, of the initial findings and background runs, as they relate to the principles associated with the loss and the facts of a specific referral.

It is required that Intake ensures that the following sections are completed on every referral. This is a requirement regardless if the referral was accepted or declined. However, ICE referrals which are mass declined are excluded from this requirement.

- Claim Type – On the Claim tab in the referral labeled Claim Type select the drop down and choose the type of claim that best fits the referral.

Historically, all Level 1's have to go to the field, it is hoped that a comprehensive package provided to the field investigators will facilitate the exchange of information that will allow them to establish a plan of action and address the issues more expeditiously.

The intake supervisor must ensure appropriate certification is attained prior to allowing access and use of the intake position. All new intake associates must successfully complete the Intake Certification GEICO University course in order to operate in an intake capacity.

Review of referrals should go from oldest to newest (clicking on referral # heading in the queue will place in numerical order). Manual/ECF/ATLAS referrals should take precedence over proactive and RiskShield referrals. Upon selecting 'APPROVE' intake will then determine the level needed. See clearance level descriptions for additional review.

Any data runs that are performed to determine level of investigation needed should be put in the Investigative Notes tab of the case. A list of work completed by Intake in preparation for assignment to the field should also be included in the Investigative Notes tab.

On occasion, regional intake associates will determine the referral needs to be forwarded to another region for assignment. In those instances the referring region will enter notes in the referral as to why the referral needs to be handled in the forwarding region (providing their contact information for questions) and then change the FCC to the appropriate region. Intake associates are encouraged to call the new region to confirm correct placement.

## Recovered Burned Vehicles Handling Procedures
The intake associate must contact the handling examiner to ensure that the initial statement from our insured, contact with any lien holder, and a review of historical policy information such as premium payment history and prior claims has been properly completed or attempted prior to assigning the file to the field. This is to facilitate the timely initiation of the investigation in the field.

After standard procedures are followed, if the background suggests that the insured has no coverage; or the insured has no insurable interest in the vehicle or perhaps an exonerating issue, the referral should be handled with an inside investigator immediately. Otherwise it goes to the field.

## Minimal Impact Injury (MIP)
The most important time frame in a minor or low impact accident is at the initial stage. Many times, the initial report provided no information regarding the severity of the impact or any injuries. The claim by be reported by an attorney. Providing less than comprehensive information at the initial reporting of the claim can be a tactic used by an unscrupulous claimant/insured/attorney. Accordingly intake associates must be aware of these indicators in determining the necessity for further field investigations:

- Seating positions
- Alleged injuries
- Seat belts worn
- Medical treatments (match to bills and severity of injury)

25

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Description of doctors and treatment facilities
- Photographs of damage
- ISO inquiry
- Who reported claim Doctor, Clinic, Attorney, etc.

### Pedestrian Accident Investigation

There may be an intentional effort to create the appearance that a pedestrian was struck by an automobile. This may involve the pedestrian appearing behind a vehicle backing from a parking space, striking the rear of the vehicle with the hand and deliberately falling to the ground or the pedestrian steps in front of or into the side of the insured's slow moving vehicle, usually while backing up, stopping or turning a corner. The pedestrian then submits various claims against the automobile policy of the insured driver. The intake professional must be cognizant of indicators of fraud when assessing these claims. Some of indicators may include:

- Similar claim activity as evidenced in ISO details
- Circumstances surrounding details of accident that appear questionable
- Party submitting the claim (attorney, clinic, doctors, etc.)
- Prior reporting relationships between parties

## Investigator Procedures

Every investigator will be responsible to complete and/or care for the following:

- Submission of mandatory expense and/or travel report.
- Submission of monthly training, NICB/DOI referrals and work status report.
- Required care and maintenance of assigned vehicle and equipment.
- All SIU associates will pay for investigative expenses incurred during their investigative inquiry. The SIU investigator will be reimbursed for out of pocket expenses by timely submission of a Certify expense report.

Operational reports and activities:

- Received phone and electronic messages will be returned within 24 hours.
- All investigative activity will be documented with the date and time of activity and filed in the Investigative Notes. The activities will be conducted in a fair, reasonable, and unbiased manner.
- Investigators will check their office voicemails at least two times a day.
- Investigators will conduct all investigative activities within the parameters of both civil and criminal laws.
- Investigators will communicate and interact in a professional manner with all persons associated with an investigation.
- Investigators shall maintain the highest professional standards to ensure compliance with the GEICO Code of Conduct.
- Investigators shall provide training to internal and external associates as required by SIU Management.

26

Confidential information of the Government Employees Insurance Company

- Investigators will complete appropriate job related training as identified and directed by SIU Management.
- Investigators must be prepared to work flexible hours including weekends and evenings based upon investigative requirements where legally permitted (CA).

All investigations either assigned or worked will be at the direction and authority of SIU Management. All materials, statements, documents and investigative notes are the property of GEICO and may not be shared with any person or entity unless it is with the express authorization of SIU Management.

## Safety Concerns

Company vehicles will be operated in accordance with the established safety guidelines contained in the driver information packet located in each assigned vehicle. However, at a minimum, associates will not, through carelessness or negligent operation, incur or cause damage to GEICO property or to the property of another. All associates will obey the laws of the state they are driving in and conform to procedures and regulations pertaining to the operations and maintenance of any vehicle assigned to them. Please review the REFM Fleet Manual.

Investigators shall conduct investigative activities and perform other assigned duties in a safe and acceptable manner. If during the course of an investigation, it is required to enter an area that is known to be dangerous or the circumstances dictate an additional investigator shall be assigned, the assigned investigator will contact the supervisor and arrangements will be made to properly schedule the additional associate(s).

### Interviews

It is GEICO's policy that all interviews will be conducted in a professional manner, for a specific purpose(s) and with the knowledge and consent of all participants. Interviewing can be done at a mutually agreeable location, attorney's office, or at a GEICO facility. During the interview process, concern and understanding should always be given to the person being questioned. There are several types of interviews, they are:

- Verbal interview (non-recorded)
- Recorded interview that is electronically documented
- Examination Under Oath (EUO)
- Signed Statement – to be used when there is a refusal for a recorded statement

Interviews are conducted to secure information, document facts, or identify an interviewee. Cases should always be reviewed before an interview is conducted. Investigators should have a basic idea of what the case is about before the interview is started. Those investigators authorized to administer EUO's will be required to attend and pass a training/certification course on property conducting EUOs, developed and presented by CHO-SIU and CHO Legal. Please review the Examination Under Oath Training PowerPoint for more information on how to conduct an interview.

When taking statements, SIU Investigators should utilize proper interview techniques at all times and adhere to the following policy. All recordings summarizing or otherwise discussing these statements should include the following information.

27

Confidential information of the Government Employees Insurance Company

- The time of day the statement was taken.
- The date on which the statement was taken.
- How the statement was certified.
- The location where the interview took place.
- A synopsis of the information learned during the interview.
- Comparing previous statements for inconsistencies.

In the absence of a face-to-face recorded statement, a signed statement from an interviewee is always preferable to a memorandum of the interview prepared by an Investigator. The preferred statement is one that is electronically recorded by the interviewer. Miranda warnings need not and should not be given to the interviewees. Should the interviewee request a copy of the statement, it will be provided without cost. In instances where recorded statements are either refused or otherwise unobtainable, a written statement can be obtained. In the absence of both, a memorandum of the interview shall be prepared immediately following the interview.

## Requests for Assistance from Other Regions

Each regional SIU will honor requests from other regions on a priority basis. When it is realized that a case requires the assistance of another region, the assigned investigator will make the request for assistance directly to his/her respective supervisor. Coordination for the requested assistance will be made between the involved supervisor and the intake staffs. The referral desk in the region providing the assistance will assign a child case number to the request and arrange, through the field supervisor, for the necessary assignment, including an acknowledgement to the requesting investigator. The requesting region will take features and impact credit or other disposition of the case. The region providing the assistance will close their SIU case by showing an administrative closure in the disposition field.

## Obtaining Certified Copies of Documents

An investigator may obtain documentary evidence (i.e., employment records, birth certificates, and medical records) in the course of an investigation and should obtain certified copies of these documents to establish their origin, accuracy, and evidentiary reasons. Should GEICO or another entity seek to introduce the documents at trial, all documents should be accompanied by a certification proving that the record is a true and correct copy, and bearing the signature of the person within the organization producing the document who is charged with the custody of that document. All certified copies of documents should be stored in a secure area.

## Evidence

In order to create the best opportunity for evidence to be admissible at trial, SIU investigators must adequately document their efforts and attempt to obtain the "best" investigative material.

The Best Evidence Rule requires that primary (i.e. original) evidence be introduced, rather than secondary evidence. In the context of an SIU investigation, the investigator should attempt to obtain original documents in order to comply with the best evidence rule. If the original invoice was lost, destroyed, or beyond the jurisdiction of the court, and the party offering the invoice into evidence was not

28

Confidential information of the Government Employees Insurance Company

the cause of the original's unavailability, then secondary evidence (a copy of a witness' recollection) would be admissible.

SIU Investigators should be cognizant of an individual's right to privacy when conducting an investigation. Numerous methods for obtaining evidence are available to Investigators and should be utilized with an awareness of and respect for the subject's right to privacy:

- Video Surveillance – The following rules should be observed in connection with video surveillance (1) video all activity and never edit or tamper with the contents of the original tape, which must remain intact; (2) if showing a video to a potential witness, show an edited version of the tape and advise the viewer of the fact.
- Recorded Statements – must always be accomplished overtly and with the interviewee's permission. No Investigator shall covertly record or be part of any cover recording. All recorded statements must be preserved in the evidence section of the SICM report accompanied by an written summary prepared by the Investigator, in the report details.
- Private Institution evidence includes; back records, credit card records, credit reports, prior insurance claims filed with GEICO or another insurer, bills of sale and receipt. An SIU Investigator should contact his/her SIU Manager, who will make contact through appropriate legal personnel to obtain any necessary employee information. Where necessary, a subpoena may have to be obtained for these records.
- Public Agency evidence includes; birth Certificates, Marriage Certificates, Social Security numbers, and disability claims.
- Witness Statements – All statements obtained from witnesses shall contain only information that is germane to the investigation and is of probative value. The person giving the statement must be fully identified and their permission to provide the statement acknowledged on the recording.
- Insured's Statements – As with a witness statement or any recorded statement, anytime an insured gives a statement, he/she must fully agree that the statement is being recorded. This recording approval of the insured shall be an integral part of the initial stages of the recording. In addition, an insured may be required to submit to a EUO conducted by an attorney pursuant to the terms and conditions of his/her insurance policy.

In compliance with Federal Credit Reporting Act (FCRA), asset evidence can be identified by searching one or all of the following: Bank records, Real estate records, Safety deposit box records, Motor Vehicle records, Pension plans, Profit sharing plans, Life insurance, Policy riders for jewelry or rare coins, etc., Department of Natural Resources records.

Asset freezing - is a civil action commenced against the subject of an investigation. SIU Investigators, in compliance with the FCRA, should therefore compile as much information as possible regarding a subject's assets to enable GEICO to enforce restitution remedies and a district attorney to enforce restitution criminal remedies. Seizure of assets can only be done after a court of jurisdiction orders the act to be done.

Civil Fraud Recovery Suits – various civil remedies are available to GEICO to recovery money wrongfully paid out, obtained via false pretenses, or embezzled. To ensure that remedies in these civil matters are enforceable, SIU Investigators should use their best efforts to document the assets of the target of an investigation or other potentially responsible parties through the use of the above methods.

The following experts may be used in fraud investigations with Claims and SIU management approval:

29

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Handwriting expert
- Arson/fire reconstruction expert (C&O)
- Criminologist
- Accident Reconstruction/Biomechanical experts
- Surveillance
- Private investigator
- Medical experts

In the course of an investigation, an SIU Investigator may obtain real evidence (that is, evidence that is tangible, e.g. letter) that will later be used at trial. To successfully introduce this evidence, GEICO must be able to establish a "chain of custody" for the evidence from the time the Investigator received it until the date of trail. The term, "chain of custody," refers to every person that handled or controlled the evidence as well as every place that housed the physical evidence, up to the time of trial. Accordingly, for every piece of physical evidence obtained by an SIU Investigator, the Investigator must record whom the evidence was obtained from or where it was located, and every subsequent person who controlled that evidence/every place that evidence was kept up until the time of trial. In order to establish a strong chain of custody, such evidence should not be stored in places that anyone can freely access. The SICM evidence tab shall be used to document the receipt and/or gathering of items of evidentiary value.

## Examination Under Oath (EUO)

When documenting EUOs in SICM, the goal should be consistency and clarity. The guidelines listed below should be followed when doing so.



30

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

### Requesting an EUO

If an investigator requested an EUO he/she should open an investigative note with the investigative note event type of EUO. IP should be filled out and the type of EUO should be selected (liability, policy, SIU related). There should be on EUO event (one IP) per requested EUO. The note should be documented stating something along the lines of, "I have requested an EUO of person A by Staff Counsel."

### Scheduling an EUO

When the EUO is scheduled the investigator should update the notes (note field only). Example: Scheduled EUO for Monday, December 1st at 10:00am.

### No Show or Reschedule of EUO

Once there is a no show or a reschedule, the appropriate box (no show or reschedule) should be checked. **Under no condition should these boxes be unchecked once checked and saved (doing so will effect MIP reports).** The notes should be updated. Example: "IP failed to show on the appointed date and time."

### EUO Conducted

Once the EUO is actually conducted, populate who conducted the EUO (SIU, Staff counsel, fee). Populate the disposition of the EUO (an educated and informed opinion of what the disposition will be), mark if the transcript is in file, populate the date the EUO was conducted. The notes should be updated. Example: "An EUO was conducted with IP on…"

## Analyst Procedures

The analyst work product should be documented in SICM. Any analytical assignment beyond a basic query should be documented by setting up a case in SICM. The analyst should set up their SICM cases by clicking the New Case button and assigning the case to themselves as a Level 5 investigation. The section code of the case should say ACAS; the case code should be STRA, TACT, OPER, or something regional if it does not fall into one of the three categories. Non-analytical work should be marked OTHR (or have a region specific code) and will not be subject to audit. The analyst is not required to populate any of the maintenance fields in SICM. A referral is not required to be attached to the case. If assisting an investigation the ACA case may be linked as a child to the parent.

Documentation can occur by uploading the typical ACA form into evidence and copying and pasting the summary into the summary section of the report. Alternatively, if the analyst can use investigative notes to document their steps and create a SICM report without using the ACA form. If investigative notes are used, unlike an investigator, the analyst is allowed to put all documentation in a general note and only needs to add one interested party for the purpose of the requirement to save a note. All interested parties are not required to be documented. Analysts are not allowed to take impact or add features to their cases. The disposition on all analytical cases should be OTHER. Fraud schema may be selected appropriately.

Additional resources available to the analyst can be found here.

Sensitivity: Confidential

## Nature and Extent

Understanding objectively the nature of claims fraud, both first and third party, in each regional facilitates
the ability to effectively manage resources to combat it. Nature and Extent Analysis in the insurance
industry is a set of systemic, processes directed at providing timely and pertinent information relative to
fraud patterns and trend correlations to assist management with resource planning and it aids with the
investigative process. Within this context, Nature and Extent Analysis can also support a number of
departmental processes outside the SIU arena.

Starting Nature and Extent Analysis is a 7 step process. Maintaining Nature and Extent Analysis is a 5
step process as illustrated below:



Confidential information of the Government Employees Insurance Company

32

Interviewing selected field investigators, claims associates and AD adjusters should be conducted to obatin their perspective on past and current fraud patterns and schema. It is also helpful for identifying sources of data. Conducting topical web searches is also valuable for determining possible areas of study, rood casuation and potential sources of data. These searches will help define spatial, temporal, economic, and demographic units for data collection and analysis.

- Data Collection – Data collection should be conducted from the micro to the macro and analysis of that data should include a macro to micro approach. We initally take in a lot of information and then distil it to the salient facts and issues.
    - Three traditions provide guidance for micro to macro data collection. Starting with the tradition that economic crimes are committed principal to the offender's motive for economic gain, data collection should start with collecting localized data relating to highly generalized schema and the characteristics of those thought to be involved in the schema. For instance, if Anecdotal Information Input suggests minor impact injuries as a serious threat for claims fraud, the first tradition would suggest that data needs to be collected related to who is making the money on the scheme. That could be the insured, the claimant(s), and/or providers.
    - The second tradition suggests that victims of these crimes incur an economic cost. That would be GEICO. Beyond collecting data relative to payments made by GEICO to the insured, the claimant(s), and/or providers, data related to the schema used for minor impact fraud should also be collected.
    - The third tradition involves assessing factors influencing the data collected for the first two traditions. Using our minor impact example, Anecdotal Information Input may have indicated some demographic or geographical specifically to the data acquired for the first tradition. Understanding changes in or in/out migrations for a specific jurisdiction may not only shed light on populations at risk for participating in minor fraud impact schemes, but will also help forecast the risk into the future. Published changes and forecasts in economic crime rates may help as well.
- Data Evaluation – In terms of fraud fighting, data evaluation relates to Source Reliability and Content Validity. Source Reliability addresses data authenticity. This is more applicable to information collected from individuals such as that gathered during the Anecdotal Information Input. When gathering information from a human source, care should be taken to insure that the person being interviewed has direct access to the desired information, has no reason for deception, and is in a position to interpret the information appropriately and with a superior knowledge. Source Reliability also applies to issues such as researching and obtaining data from .com, .org, and .edu sources. All sources of this type of data should be also researched for credibility. For instance, data provided by an .org source relating to illegal immigration rates, may be tainted toward the charter of the organization producing the data. Even (especially) GEICO data needs to be authenticated. For instance, statistical loss data may be obtained concerning the average number of passengers in a vehicle on minor impact claims. The results of this data will be straight forward. But if the data is not checked for accuracy, in the way the statistical loss data is populated for this field, misleading data can be obtained. That is because the number of passengers is a voluntary field. If a claims associate places a number in this field, an equal number of information screens appear that must be filled out by the associate. Consequently, even though the number of passenger is known, that field can be erroneously populated.
- Content Validity speaks to information verification. Verification is a simple matter of ensuring that data collection efforts never lead to a single source analysis. If for instance, data is collected from an .org it should be corroborated using similar data from a non .org source.

33

Confidential information of the Government Employees Insurance Company

- Data Collation – Once collected and evaluated, the data should be collated by and for its intended use. Data should be categorized for analysis by demographic features, geographic dispersion, spatial limitations and economic influences.
- Data Analysis – Nature and Extent Analysis is predicated on determining former and current fraud patterns for the explicit use in forecasting future occurrences. Pattern analysis is a statistical process of determining frequencies over time. Forecasting is enhanced when causation correlations are determined.
- Information Dissemination – Information Dissemination is guided by your knowledge of the customer and the customer's needs. The customer's needs dictate the timing and structure of the information being provided and the timeframe in which it is provided. In all cases, Information and Dissemination is cyclic as to the way it is collected.
- Feedback – When Anecdotal Information is collected from human sources, those sources should be advised as to the applicability of the information that they provided. When open sources of information are queried, the validity of those sources should be recorded based on the results of the analysis, and when GEICO data is used and limitations and/or inconsistencies in the information is revealed, these discoveries should be documented and forwarded to the appropriate authorities for review.

## Reporting Requirements

There are basic reporting benchmarks for Nature and Extent Analysis. First, is an annual assessment of the Nature and Extent of actionable fraud at the various regional levels. This report, to achieve maximum effective, must be timed for release just prior to the budget planning process. The assessment should illustrate fraud patterns over time, location and category and must project anticipated trends. Second, a quarterly assessment of data key to the annual report is desirable. This information should be suitable for Claims AVP consumption and contain data surveillance models, data quality models and adjustments/changes to projections proffered in the annual Nature and Extent Analysis. Finally, monthly core data assessments (ICE_log) are essential to ensure timely identification of temporal and spatial changes to fraud schema and to ensuring ICE_log mining efforts conducted by the SIU Intake associates are targeted down current and emerging threats.

The Annual Nature and Extent Analysis should address each state within the region and include matching and/or contiguous state comparisons. The indicia from which state comparisons are made should be drawn from the smallest jurisdictional level possible within the individual state.

At a minimum, the Annual Nature and Extent Analysis should include:

- Executive Summary: This section should present brief narratives relating to the fraud situation, ongoing anti-fraud initiatives, fraud Forecasts and Recommendations.
- Summary: The Summary should clearly state the Purpose of the assessment and expectations for its use. The Summary should also address the Status of On-going Initiatives including those undertaken by GEICO, Allied Disciplines, Agencies, Taskforces and Working Groups. It should also list all resources allocated in support of those initiatives including the names and location of SIU, NICB, IASIU, and other assets.
- Nature and Extent of the Problem: Included in this detailed narrative should be an assessment of the regional actionable fraud potential problems, Demographic and Economic Profiles, Economic Crime Profiles, Interest Party Impact, GEICO's Position, State Insurance Commission/Fraud Bureau Activities, Pending State Insurance Anti-Fraud legislation, GEICO statistical fraud information, and GEICO Insurance Fraud by Type and Schema.

34

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

- Forecast:  The Forecast portion of the Annual Nature and Extent Analysis must include projected increase/decrease in identified fraud threats and volume.  The premise from which these inferences are drawn must be established and documented in this section of the report.  All inferences must be substantiated by the information and data.
- Operations and Programs:  Every known ongoing antifraud initiative should be addressed.  On a state-by-state roster basis, this section should include the lead and signatory participants, goals for the initiative, duration of the initiative and the perceived strengths and weaknesses of the program.
- Recommendations:  Any recommendation made as a result of the Nature and Extent Assessment must be based on issues addressed in the report. They should target budget, resource management, training, GEICO data quality, and program needs and/or processes.

The Quarterly Assessment of Key Claims Fraud Data should be limited in scope and not exceed annual assessment and reporting requirements.  Its purpose is to ensure that SIU keeps the regional claims management abreast of issues presented and forecast in the annual assessment.  This report should include:

- Summary:  This section should be an updated encapsulation of the Summary and Nature and Extent portion of the Prospectus as they relate to the Status of On-going Initiatives, Interested Party Impact, GEICO's Position, State Insurance Commission Activities, State Department of Insurance Enforcement Results, Pending State Insurance Anti-Fraud legislation, GEICO Fraud Numbers, and GEICO Insurance Fraud Type and Schema.
- Investigation Highlights:  This part of the Assessment should provide a detailed narrative of GEICO and GEICO supported investigative efforts directed at issues defined in the "GEICO Insurance Fraud by Type and Schema" portion of the Summary to this report.
- Fraud Pattern Surveillance:  This area of the assessment should be devoted to the metric pattern representation and analysis of monthly data collected and maintained in support of the Prospectus.
- Findings and Forecast:  This section of the Assessment is intended to be used to correct and adjust/update inferences drawn in the Annual Assessment caused by unanticipated changes in the analysis of the underlying data used to construct the Annual Assessment.

The quarterly reports will comply strictly with this instruction and will be accompanied by two spreadsheets.  The first sheet must contain a "yes," "no," "unknown" frequency analysis of all regional ICE inputs.  The second spreadsheet will compare each ICE input to the same input above the regional fraud threshold.  This sheet shall also contain the number of total claims scored and the category threshold, the score quality threshold, and the name of the .mds file used for the frequency analysis.  Distribution of this report shall include CHO-SIU no later than the 15th of each month following the end of the quarter.  These spreadsheets should deal with percentages of "rate of change" and not absolute values.

The Monthly Core Date Assessment is meant to be a multiple spreadsheet document tracking ICE data patterns along with an attached summary of noted changes in patterns.  The pattern analysis should be directed toward data quality, for the consumption of claims supervisors and management, automated claims scoring inputs and rules.  As well as for use by SIU Intake ICE mining for referrals, and prioritizing and directing investigative efforts toward significant and emerging threats.  The Monthly Core Data Assessment is also intended to support the quarterly assessment of key claims fraud reporting

35

Confidential information of the Government Employees Insurance Company

requirements. Again, the spreadsheets should deal with percentages or rate of change and not absolute values.

## Privacy and Security Policies

The GEICO Associate Handbook covers in detail the following:

### Human Resources Policies

- Confidentiality of Customer Information
- Email; Internet and GEICO Intranet; Social Media Policy; Internet Kiosks; Telephone Calls; Monitoring of Business Telephone Systems; IM Policy; Internet Chat Content Policy
- Cell Phone Policy; Portable Device (Laptop, PDA, USB Port) Security Policy
- Photographing and Recording
- Security Passcard Policy; Visitor Security Policy; Service of Legal Papers, Non-Solicitation Policy
- Policy against Workplace Violence
- Alcohol and Drug Policy; Non-Tobacco Policy
- Dependability; Request/Reporting Leave
- Dress and Appearance Guidelines
- Travel Guidelines
- Waiver of Liability for Fitness Facilities
- At-Will Employment Agreement
- Employment outside of GEICO – D122

### Fair Workplace Policy and Code of Conduct

- Sarbanes-Oxley Letters
- Berkshire Hathaway Code of Business Conduct and Ethics

### Information Security Policies

- GEICO Information Users Policy; Information Security Policy; Acceptable Use Policy
- Internet and Electronic Communications Policy
- Email and Fax Content Policy
- Electronic Mail Security Policy Password Security Policy

Although there are no statutory enactments relating to the conduct of an insurance fraud investigation, the National Association of Insurance Commissioners (NAIC) has drafted a Model Privacy Act for any corporation to use should they need one.

## Accurint and CLEAR Permissible Purpose

Can be viewed here

36

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

## TLO Terms and Conditions

Can be viewed here

## ISO Privacy and Security Policy

Can be viewed here

## NICB Privacy and Security Policy

Can be viewed here

All public record vendors, IAD, CHO-SIU, and regional SIU management are required to randomly conduct audits of searches conducted in CLEAR's public records databases to ensure there appropriateness. CLEAR and Accurint have provided a reference field to help link a particular search to a business need (i.e.; SIU case, claim, etc.).

Anyone conducting a public records search is required to fill out the reference field when conducting a public record search. This is a mandatory requirement by all public record vendors and GEICO. This space should contain the SICM case number, claim number, policy number, or other indicator (minimum 4 digits) referencing the reason for conducting the search.

## Additional Resources

New SIU Analyst
New SIU Associate
New Field Investigator To Do List
Core Course Requirements

37

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

G010784

# Appendices

## Appendix A – Monitoring Private Investigative (PI) Agencies

Administrative files for each private investigator will be maintained by the regional SIU Manager, and should, at a minimum, include the following information:

- Copy of business license
- Copy of resumes of all investigators employed by the private investigation agency (PI).
- PI bonding and liability insurance information

PI activities should be assigned to a supervisor/investigator(s) for monitoring of activity, timeliness of reports, and control of expenditures. Results of assignments to the PI will also be tracked to determine the impact ratio.

A thorough background inquiry must be conducted to determine if the PI Agency utilized is properly licensed in the state they are requested to conduct SIU assignments. Updated background investigations should be conducted on each existing PI firm at least once every two years. This is the responsibility of the regional SIU Manager, or his designee.

Periodically, the assigned supervisor/investigator will evaluate the performance of the PI firm and make written recommendation, based on performance, to the SIU Manager to determine whether the firm is meeting GEICO's standards or not. Based on the recommendation the SIU Manager will decide if the firm will continue to be used. All evaluations should be kept and monitored by the SIU Manager or designee so that a clear indication of the job performance of that private investigation firm is available.

Quality Standard for PI Agencies, Contractual Surveillance & Investigative Firms:

- Background Check will perform on all outside contractors and their employees
- Driving Records will be reviewed for individuals performing investigations on behalf of GEICO.
- All investigative companies who receive assignments will only utilize their regular personnel to conduct an investigation. At no time, once an assignment has been received, shall it be reassigned or sub-contracted out to another firm.
- All investigations shall maintain a high ethical standard and shall not take any action that is illegal or unlawful during the course of the investigation.
- All investigations shall be aware of the trespassing laws and regulations for the jurisdiction in which they conduct investigations, and should at all times abide by such laws and regulations. All investigators shall be aware of and give full respect to the privacy of an individual during the course of any investigation.
- Investigators should remain constantly aware of the fact that during the course of an investigation, they are representing the interests and professional reputation of GEICO.
- It is imperative that the video evidence clearly illustrated the subject of the video in order that a positive identification can be made. The video evidence shall also include the date and time during any filming. This will help to insure the integrity of the video. Video should not be edited under any circumstance, and maintained in its original condition.
- The investigation report should contain only true facts learned during the course of the investigation. Reports should not contain or reflect the investigators personal opinions or

38

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

assumptions. The investigation report must reflect and include the date, the day, and the beginning and end times for each time period in which work was completed. All billing must be in support of and consistent with these times.

- It is imperative that the integrity of the evidence be controlled and maintained by utilizing the proper chain of custody procedures. All original evidence obtained such as a video documentation, Digital photos, recorded statements, and any other evidence should be maintained by the investigative firm who produced it, in a safe secure holding area. Copies of all evidence obtained should be made by the contract investigator and provide to GEICO as requested.

- These quality assurance standards are not all-inclusive and are subject to change when deemed appropriate and necessary. Each firm will be notified of any changes as they occur.

- Video labeling should include the following:
    - The firm's name
    - The firm's file number
    - Claimant name
    - Dates of the film
    - Claim number
    - Approximate video time for each day

- Each label should include the time and date a photo ID can be seen of the claimant

## Appendix B – TCM-76

TCM-76, Control of Issued Checks, establishes the policy and procedures for the handling, storage and disposal of GEICO company checks. Within TCM-76, SIU is required to conduct unannounced "spot checks" of supervisors, to be notified of any unusual activity, and maintain completed check logs.

Please review the TCM for proper handling.

## Appendix C – SIU Conduct

An investigators' ability to effectively perform his/her responsibilities is predicated upon maintaining the highest level of cooperation and integrity with representatives of the criminal justice system (i.e.; law enforcement, court officials, etc.). SIU associates are routinely called upon to communicate with law enforcement, insure the integrity of evidence, and testify in court. The integrity of the SIU associate's actions as well as the truthfulness of their statements cannot be questioned or the ability to fulfil their SIU duties has been seriously compromised. To achieve this cooperation and trust SIU must insure the integrity and lawfulness of its associates. Therefore, an SIU associate will immediately or as soon as practical, notify an SIU Supervisor or Manager when he/she:

- Is charged with a crime.
- Is a suspect in a criminal investigation by a law enforcement agency, regardless of jurisdiction.
- Is arrested for driving a vehicle while intoxicated or under the influence of alcohol or drugs or operating the vehicle in an unsafe or reckless manner.
- Has been served with an ex-parte or other related protective order.
- Commits any act of serious misconduct warranting an immediate investigation.

An SIU associate coming into knowledge of the above circumstances regarding another SIU associate will also be required to notify his/her supervisor.

39

Confidential information of the Government Employees Insurance Company

When a supervisor receives the notification from an investigator, immediate contact will be made with the SIU Manager and a brief description of the circumstances will be given. The SIU Manager will be responsible for notifying the CHO Director of Claims Security. The Director will be responsible for ensuring prompt notification of the Internal Audit Department (IAD) and Human Resources (HR).

After consulting with representatives from IAD and HR, the CHO Director of Claims Security may initiate or have initiated an investigation into the circumstances surrounding the incident to determine the facts. HR may use the findings of the report to make a determination as to whether the SIU associate's actions violate the GEICO Code of Ethics, involves misconduct as put forth in the GEICO Human Resources Manual, has negatively impacted his/her ability to perform his/her job duties or has placed GEICO at financial risk due to inappropriate or illegal acts. The Plaza Human Relations Division will be consulted prior to determining steps to be taken in each individual situation as a result of the associates actions.

SIU Associates are prohibited from undertaking any of the following actions except with the approval of the CHO Director of Claims Security.

- Searches of workstations, company cars, and/or computers and other electronic equipment
- Electronic monitoring and surveillance of voicemail, e-mail phones, or phone records; and random drug testing

Annually each one of us is expected to review the Claims Code of Conduct and certify understanding of the company's policies regarding our Claim handling, customer service policies, investigation, conduct, and expectations with regard to the company and its reputation. In addition, many states have Unfair Trade Practices that speak specifically to what is acceptable and unacceptable conduct for an Insurance Professional. All associates are expected to adhere not only to the company's published guidelines but to any and all statutory provision or Acts for acceptable practices. The Special Investigation Unit and those who work within it, handle situations that can often times be adverse and challenging. SIU investigators meet face to face with the public, much like our Auto Damage Department associates. All Investigators are expected to adhere to the same professional standards as all Claims associates and refrain from any conduct that may reflect poorly on the company. This includes, but is not limited to, making defamatory statements about any party involved in an investigation. At no time should an investigator inappropriately smear, belittle, berate, or insult an individual or group in any of our reporting and case management system documentation or verbally to anyone. No investigator should attempt to influence current or future claim handling regarding a party that is outside the scope of an investigative finding. Regardless of an investigator's beliefs or investigative findings, our work should speak for itself and it is unacceptable to further any suspicion of wrongdoing or opinion by editorializing or making statements that may be harmful or defame others. An investigator should be guided by evidence and facts and speak only to investigative findings. The company's corrective action policy will be followed in any event that an investigator has failed to comply with policies set forth for the professional conduct of all associates, up to and including termination.

40

Sensitivity: Confidential

## Appendix D – Pretext Vehicle Release

GEICO hereby acknowledges a request from_____(Law Enforcement Agency (LEA)) to lend a vehicle for use in an undercover investigation. The LEA and GEICO agree that a loaned vehicle must have a completed title transfer to the operative of the investigation before the commencement of the operation. A copy of the title transfer will be supplied to GEICO. Both parties further agree that this vehicle will be used exclusively by the LEA in its' undercover operation and any extension of this investigation must be mutually acceptable if the borrowed resources are continued to be needed. Upon completion of the investigation the vehicle will be titled back and returned to GEICO.

The LEA does hereby release GEICO from any and all suits arising from any claims or activities generated from this vehicle loan as a result of any action by any employee, agent, or designee during the term of this agreement. It is also agreed that GEICO will be assisted by the LEA with state insurance customer complaints or any litigation arising out the use of this vehicle

Further, the LEA hereby agrees to defend, indemnify, and hold harmless GEICO, and any of its affiliates, subsidiaries, etc., from and against any and all claims, causes of actions, administrative proceedings, judgments, suits and/or demands, arising out of, caused by, or in any way related to the use, possession, etc., of the vehicle in any manner and for whatever purpose after the date of transfer of title from GEICO, or any other GEICO entity.

It is agreed that GEICO will set the limit of its loss exposure and payments associated with this policy. It is also agreed that upon completion of this law enforcement activity, the appropriate legal authority representing the municipality responsible for the LEA will aggressively pursue restitution for any loss payments.

BY:                                                    BY:

_____                            _____

TITLE                                              SIU Manager
AGENCY                                             GEICO

Date:                                              Date:

_____                            _____

Confidential information of the Government Employees Insurance Company

41

Sensitivity: Confidential

Confidential

## Appendix E – Pretext Policy Release

GEICO hereby acknowledges a request from_____(Law Enforcement Agency (LEA)) to issue a pretext policy for use in an undercover investigation. The LEA and GEICO agree that this pretext policy will commence on (date)_____and continue no later than (date). Both parties further agree that this policy will be used exclusively by the LEA in its undercover operation and any extension of this investigation must be mutually acceptable if the borrowed resources are continued to be needed.

The LEA does hereby release GEICO from any and all suits arising from any claims or activities generated from this policy as a result of any action by any employee, agent, or designee during the term of this agreement. It is also agreed that GEICO will be assisted by the LEA with state insurance customer complaints or any litigation arising out of the use of this policy.

It is agreed that GEICO will set the limit of its loss exposure and payments associated with this policy. It is also agreed that upon completion of this law enforcement activity, restitution for any loss payments made, as part of, or in furtherance of, any undercover operation will be aggressively pursued by the appropriate legal authority representing the municipality responsible for the LEA which shall also be the party or entity executing this agreement on behalf of the LEA representing such legal authority's agreement to be bound to pursue said restitution.

However, the LEA hereby agrees to defend, indemnify, and hold harmless GEICO, and any of its affiliates, subsidiaries, etc., from and against any and all claims, causes of actions, administrative proceedings, judgments, suits and/or demands, arising out of, caused by, or in any way related to the issuance of the insurance policy to the LEA, by GEICO, or any of its affiliated or related companies.

BY:                                          BY:

_____          _____
     TITLE                                            SIU Manager
     AGENCY                                        GEICO

Date:                                        Date:

_____          _____

Confidential information of the Government Employees Insurance Company

42

## Appendix F – VAT

VAT is an investigative aid used in conjunction with, but not as a substitute for, a thorough and proper investigation. The VAT may be employed to assist in verifying, corroborating or refuting statements; obtaining additional investigative leads and assisting in internal investigations, only with prior approval my CHO Director of Claims Security or CHO-SIU Operations & Training Manager.

The results of VAT analysis will **not** be the basis for claims denial purposes; it is solely an investigative aid. The results of the analysis will not be divulged to the principles of the voice analysis, unless required.

GEICO's VAT use is conducted on legally recorded sound. The interviewee is not present during the analysis. The certified operator is conducting an examination of evidence much like the examination of fingerprints or DNA left at the scene of a crime. VAT will only be conducted on legally recorded interviews.

VAT may only be documented in the Investigative Notes section of SICM but may **not** be added to the final report.

The following procedures will be followed when requesting the use of VAT.

- Cases referred for VAT will be requested through the CHO-SIU Operations & Training manager. A parent case is initiated, then, a child case opened for the VAT. No feature will be taken for the child file. Impact will be associated with the parent investigation based on the facts of the investigation.
- The request will contain the investigations SICM number, type of fraud being investigated and associate making the request.
- The referral will then be made to the next available VAT operation by the CHO-SIU Operations & Training Manager. Once established the following bullets will apply.
  - VAT operators will note VAT in the Case Code section of SICM
  - If multiple recordings are requested for individual SICM investigations each recording will be assigned an individual SICM child number referring to the original parent SICM case. Each will be recorded individually in the Investigative Notes of the parent SICM case.
  - The primary investigator is responsible for providing the SIU VAT Operator with all pertinent information concerning the case and for reviewing, clarifying or elaborating on that information as the examiner may deem necessary.
  - If the subject does not speak English, there will need to be a transcript of the interview in English.
  - The SIU VAT Operator shall independently interpret the off-line results and discuss with the requesting investigator.

The following paragraph will be included in the Summary portion of all VAT reports completed by VAT trained operators.

*Voice Analysis Technologies (VAT) was requested from GEICO Special Investigative Unit (SIU) Investigator John Doe, Region 10, Mingo, West Virginia from an interview conducted on 20070123 with claimant/insured related to parent SICM #99999.*

*Results derived from Voice Analysis Technologies (VAT) are not to be used for decisions to deny or honor claims, but must be decided on fact based investigative findings.*

43

Confidential information of the Government Employees Insurance Company

The Summary portion of the report will contain one of three possible scenarios, all based on the findings of the VAT Operator:

1. VAT analysis indicated on relevant issues that "deception was detected" pertaining to _____. Further investigative inquiry does or does not appear warranted based on these findings.
2. VAT analysis was found to be "inconclusive" based on identified issues as articulated in the Details of Investigation.
3. VAT analysis determined "no deception," _____ during analysis of the aforementioned recording.

In addition, Investigative Notes should indicate whether the following statements were found to be relevant to the inquiry and then be provided as follows:

- Deception (DI) – Here they will list the results of the analysis.
- No Deception (NDI) – Here they will list the results of the analysis.
- Inconclusive (INC) – Here they will list the results of the analysis.
- In order to evaluate the findings of this analysis it is requested that the investigator will contact the VAT Operator for further clarification of findings.

Recordings used for VAT will be stored in the Evidence Tab of SICM under the parent case.

## Appendix G – Vendor Contracts
On occasion SIU will require investigative services from other firms or vendors. In the event that the need to secure these services arises, the company has a standard vendor contract which should be used. This contract, along with the TCM covering the usage of it, can be found here. Any SIU who has occasion to use vendor services should be aware of the requirements for this contract page.

Confidential information of the Government Employees Insurance Company

Sensitivity: Confidential

Confidential

## Appendix H – State Requirements
**New Jersey**

- Distribution of Manuals – This manual will be made available for Claims Adjusters, Underwriting personnel, and all of the Special Investigation Unit by access the manual electronically as linked here.
- Investigation guidelines for Underwriters – Underwriting personnel can find guidelines for investigation can be located on page 4 of the manual which covers Requirements for Special Investigation. These guidelines are located here.
- Duties and Functions of the Special Investigation Unit – The duties and functions of the Special Investigation Unit are located on page 9 of the manual for New Jersey and can be located here.
- Fraud Indicators – Various types of fraud have different indicators that may lead to further investigation by a Claims Adjuster, Underwriting personnel, or the Special Investigations Unit. A listing of these indicators can be located within the Requirements of the Special Investigation Unit, which can be located here.
- Changes to the Operations Manual – Effective with this revision date of June 25, 2014, a separate document tracking changes to the manual, to include page numbers, and content changes will be maintained along with the newly revised version of each manual but as a separate document. The revision date and the date of the prior version will be listed within this document.
- General Investigation Guidelines for Claim Handlers – A collection of general investigation guidelines for claim handlers can be located here.
- General Investigation Guidelines for SIU Specialists – A collection of general investigation guidelines for SIU specialist can be located here.
- Statues for Reference – the following applicable New Jersey Statutes are available for reference and guidance as outlined below:
    - NJSA 17:29 – Trade Practices Regulated (Automobile Insurers) can be located here.
    - N.J.A.C. 13:45F (Identity Theft) can be located here.

45

Confidential information of the Government Employees Insurance Company