# Exhibit 28

Confidential

# FLSA COMMUNICATION TO ASSOCIATES

Includes Non-California Salaried Nonexempt

Corporate Human Resources

G009144

Confidential

# FLSA Changes for Salaried Nonexempt Associates

- We are making changes to your exemption status to comply with an update to the Fair Labor Standards Act (FLSA) regulations.

- These changes will take effect 11/26/2016.

- What this means is you will no longer receive an annual salary and will be classified as Salaried Nonexempt.

- You will now be paid a weekly salary and will be eligible for overtime.
    - You will receive an hourly "premium payment" for work time in excess of 38.75 hours/week in addition to your weekly salary.
    - The "premium payment" is calculated using the "Fluctuating Work Week" (FWW) method, which is a way to pay overtime under the FLSA.

- The hourly "premium payment" is equal to 50% of your hourly rate for the week. The hourly rate is calculated by dividing your weekly salary by the total number of hours worked in that week. Because the number of additional hours you may work differs from week to week, the amount of the premium payment will "fluctuate."

G009145