# Exhibit 29

SIU DEMAND LETTER-ANALYSIS   CONFIDENTIAL   4/15/22

|  | Hire | Term Date | Work Location | Last | |
|---|---|---|---|---|---|
| Louis Caniglia, Jr. | 4/11/2011 | A | NY | $ 41.60 | |
| Louis Caniglia, Sr. | 1/29/2001 | 12/1/2020 | NY | $ 43.29 | |
| Danielle Ennis | 3/26/2018 | 9/10/2021 | CT | $ 35.59 | |
| Keith Fischer | 5/10/1999 | 12/28/2020 | NY | $ 49.60 | |
| Margaret Fischer | 9/17/2001 | 10/29/2020 | NY | $ 41.95 | |
| Anthony Geraci | 11/5/2001 | 5/3/2021 | NY | $ 42.73 | |
| Mark Giambalvo | 4/29/2002 | 9/17/2020 | NY | $ 45.99 | |
| Constance Mangan | 4/9/2004 | 7/1/2020 | NY | $ 41.16 | |
| George McManus | 6/8/1998 | 4/1/2021 | NY | $ 50.76 | |
| John Moeser | 10/3/2005 | 4/30/2021 | NY | $ 41.00 | |
| Joseph Neenan | 11/5/2001 | 8/21/2019 | NY | $ 83,000.00 | *Salary Plan pay |
| Michael Reed | 11/14/2005 | A | NY | $ 42.21 | |
| Thomas Barden | 9/30/1019 | A | NY | $ 31.94 | |
| Craig Costanzo | 8/4/2014 | A | NY | $ 42.94 | |
| Daniel King | 8/8/2005 | 5/13/2022 | NY | $ 40.94 | |
| Mark Sowell | 5/30/2017 | 8/10/2021 | NY | $ 33.82 | |
| Michael O'Sullivan | 11/17/2003 | 4/25/2022 | NY | $ 41.84 | |
| Michael Grey | 4/7/2003 | A | NY | $ 40.31 | |
| John Gillen | 12/10/2001 | 9/30/2019 | NY | $ 75,600.00 | *Salary Plan pay |

Note: SIU investigators were paid by salary until January 4, 2020.

Sensitivity: General/Internal