# Exhibit 30

# Compensation Contents

**Compensation** 1

Pay Information ... 1
Pay Periods - Pay Frequency ... 1
Final Pay ... 1
Payroll Deductions ... 1
Garnishment ... 2
Total Compensation ... 2
Salary Administration Program ... 3
Salary Administration for Part-Time Associates ... 3
Salary Schedule ... 3
Performance and Salary ... 3
Attendance and Salary ... 3
Timing of Merit Increases ... 3
Salary Reviews ... 3
Denied Salary Reviews ... 4
Newly-Hired Associates Salary Review ... 4
Promotion Salary Increase Guidelines ... 4
Lateral Transfer Performance Appraisal and Salary Action ... 4
Demotion Salary Action ... 5
Job Evaluation ... 5
Reclassification Policy ... 5
Reclassification: Salary Action ... 6
Evening, Night, and Weekend Work Shifts ... 6
Overtime Eligibility ... 8
Hourly Nonexempt Associates ... 9
Catastrophe Pay ... 9
Compensation for Marketing Events ... 9
Charitable Events ... 10

Sensitivity: Confidential

Confidential G000044

Confidential

G000045

Case 2:23-cv-02848-SJB-SIL   Document 97-16   Filed 06/11/25   Page 3 of 14 PageID #: 10216

Confidential

G000045

# Compensation

## Pay Information

### Pay Periods - Pay Frequency

Associates are paid biweekly (once every two weeks), with each pay period ending on Friday and covering all the time worked in the preceding two weeks. The biweekly pay does not cover any time in the week it is received.

Associates receive pay via direct deposit or Aline VISA pay card. All pay is automatically deposited into the account designated by the associate or loaded onto the associate's Aline VISA pay card. All pay is available on Thursday of pay week. Associates have access to an electronic copy of their pay advice in Workday. Associates also may view their pay slips and other documents stored in Workday by entering "View Worker Documents" in the search bar in Workday and then selecting "My Worker Documents." When the Thursday payday falls on a Company observed holiday, the pay date is moved to the Wednesday preceding the Thursday payday.

### Final Pay

A nonexempt associate must complete their final timesheet in Workday indicating any overtime hours in their final pay week. The timesheet may be completed after the manager in Workday (direct supervisor) processes the termination in Workday. Likewise, an exempt or non-exempt associate must enter any time off taken in their final pay week on their absence calendar in Workday. The time off may be entered in the absence calendar after the manager processes the termination in Workday.

A terminating associate receives pay for any accrued and vested but unused vacation and any accrued **and vested** but unused floating holidays in their final pay check, which is normally deposited the payday following their termination of employment, unless laws provide otherwise.

Unless state law requires an earlier payment, and in the case of voluntary resignations, the associate's final pay is deposited into the associate's designated account or Aline Visa pay card on the next regular pay day. Any terminated associate will have access to Workday to view/print their payslips for up to three years after termination of employment. If the termination of employment is involuntary, the associate's final pay is deposited within the requirements specified by applicable state law.

### Payroll Deductions

Payroll deductions are made either automatically or only on the associate's authorization. Deductions are taken from associate pay as indicated below:

| Deduction | Starts When | Pay Period in Month | | |
|---|---|---|---|---|
| | | First | Second | Third |
| **Full & Part-Time Associates:** | | | | |

Sensitivity: Confidential

Confidential G000046

| | | | | |
|---|---|---|---|---|
| Federal, State, City, County taxes | Automatic | x | x | x |
| Medicare (MED/EE) | Automatic | x | x | x |
| Social Security (OASDI/EE) | Automatic | x | x | x |
| 401(k) Associate Contribution* | Automatic | x | x | x |
| Profit Sharing Loan Repayments | Automatic | x | x | |
| Medical Insurance | Associate authorizes | x | x | x |
| Voluntary Group Accident Insurance (AD&D) | Associate authorizes | x | x | x |
| Public Transportation, Parking or Van Pool | Associate authorizes | x | x | x |
| GEICO Credit Union | Associate authorizes | x | x | x |
| United Way | Associate authorizes | x | x | x |
| **Full-Time Associates:** | | | | |
| Dental Insurance | Associate authorizes | x | x | x |
| Vision Insurance | Associate authorizes | x | x | x |
| Flexible Spending Health Account | Associate authorizes | x | x | x |
| Flexible Spending Dependent Care Account | Associate authorize | x | x | x |
| Optional Life Insurance | Associate authorizes | x | x | x |
| LTD Buy-Up | Associate authorizes | x | x | x |
| Voluntary LTD | Associate authorizes | x | x | x |

## Garnishment

Garnishment of wages is the process of deducting a portion of an associate's wages due to a court order or an order from an authorized governmental agency (a "valid garnishment order"). A garnishment is deducted from the associate's wages before the Company pays the wages to the associate. Failure to comply with a valid garnishment order could subject the Company to fines and penalties. The associate's full and prompt cooperation is required in assisting the Company in complying with any garnishment.

Garnishments can be taken for any type of debt but common examples of debt that result in garnishments include:

- Child support
- Credit card debt
- State or federal taxes
- Student loans in default

Federal law limits the amount of an associate's wages subject to the garnishment order to 25% of the associate's disposable income. When processing payroll, if there is not enough money in the associate's net pay to satisfy multiple garnishments, certain priority rules apply. For example, in a case with federal tax, local tax, and credit card garnishments, the first garnishment taken would be the federal tax garnishments, then the local tax garnishments, and finally, credit card garnishments.

Certain states do not allow wage garnishment at all except for debts related to taxes, child support, federally-granted student loans, and court-ordered fines or restitution for a crime the debtor committed. Several other states observe maximum thresholds that are lower than the 25% maximum provided by federal law.

Any questions concerning the Company's handling of or compliance with a garnishment order should be referred to ADP Garnishment Services at 1-866-324-5191.

# Total Compensation

GEICO's total compensation package consists of three components:

Sensitivity: Confidential

Confidential G000047

- Salary Administration{ XE "Salary Administration" } - offers merit increases and promotional increases that reward associates for their job performance{ XE "Performance" \r "D2HBPerformance3" }.
- Profit Sharing Program - allows associates to share in improvements in the Company's value considering profit and growth.
- 401(k) Savings Program - offers associates the opportunity to save for the future through pre-tax deductions or through post-tax deductions via the Roth option.

For information on the 401(k) and Profit Sharing portions of the total compensation package, refer to the Profit Sharing Plan in Benefits Handbook 2.

# Salary Administration Program

The Company's salary administration program is designed to attract, retain and motivate competent associates who perform their jobs in a "good" or better manner. Salary levels are competitive within the industry and with local employers. Opportunities are provided for associates to grow in their jobs and within the Company.

The salary program is administered without regard to any associate's race, color, religious creed, national origin, ancestry, age, sex, gender, pregnancy, sexual orientation, gender identity, marital status, familial status, disability, or genetic information.

The Company's compensation philosophy is that compensation is granted according to the associate's job performance. The program is intended to encourage associate growth consistent with abilities and overall contributions.

## Salary Administration for Part-Time Associates

The salary administration policy and procedures applicable for part-time associates is the same as that outlined for full-time associates, except for work shifts which do not apply to part-time associates.

## Salary Schedule

Each work location is assigned to a salary schedule, based on salaries paid for comparable jobs in the local area.

## Performance and Salary

Pay and merit increases are based on job performance in comparison to other associates in the same department. Overall performance is a key determinant in any merit increase. How well each goal is achieved, attendance, and behavior are important measures of performance.

Associate ranking compared to other associates in the department is also an important determinant of any merit increase. Rankings consider performance, individual contributions, team participation, and overall impact on the success of the unit.

## Attendance and Salary

Attendance is an essential requirement of all jobs and one of the objective measures management considers in evaluating each associate's overall contributions and any pay recommendations. Customers and fellow associates expect each associate to be available when scheduled to work.

Attendance expectations are an inherent part of every position and are not explicitly stated as an individual goal. Failure to meet attendance expectations may result in a delay or refusal of a pay increase and may restrict an associate's ability to apply for another job. Click here to review the Company's Attendance Policy.

# Timing of Merit Increases

## Salary Reviews

Sensitivity: Confidential

Confidential G000048

Associates are eligible for regular merit reviews. Pay increases are at the completion of each merit review. The amount of a pay increase is based on an associate's performance, attendance, behavior, their comparatio in relation to midpoint, and overall contribution to the goals of their department.

### Denied Salary Reviews

A merit increase may be denied if an associate's performance has not met acceptable standards. An associate rated below Good (3.0) on their performance appraisal is not eligible to receive a merit increase.

### Newly-Hired Associates Salary Review

At the successful completion of an associate's Orientation period (usually six months), a new associate is eligible for a review of their performance, which includes attendance, and behavior, meets established goals and standards. Based on the associate's performance, they may receive a merit increase pro-rated by the number of months in the job. An associate's pay is then reviewed as part of the companywide merit reviews.

## Promotion Salary Increase Guidelines

Promotional salary increases are recommended to be the greater of six percent (6.0%) of their current base salary or the amount required to bring the associate to the minimum pay rate of the new job.

Promotional salary increases are not recommended to increase the promoted associate's base salary over the midpoint of the new grade.

If a promoted associate does not receive at least the suggested minimum of the new grade level due to management discretion (e.g., associate is promoted more than one grade level), the manager (direct supervisor) may award an additional pay increase based on performance at the end of the associate's orientation period.

The manager (direct supervisor) releasing the associate completes a closeout review in Workday prior to the promotion job change effective date. The review period should cover the time since the associate's last review, up to the date of promotion.
Management: please refer to the Supervisor's HR Guide and Associate Handbook 1 for additional information regarding Administrative Performance Ratings. Please review any questions with your HR Business Partner.

## Lateral Transfer Performance Appraisal and Salary Action

The manager (direct supervisor) releasing the associate is responsible for completing a performance appraisal and rating of the transferred associate at the time of the transfer. The review period should cover the time since the associate's last review, up to the date of transfer. The releasing manager should provide both the performance appraisal and rating to the hiring manager/supervisor.

An associate's lateral transfer does not typically result in a pay action unless the associate transfers to a location on a higher salary schedule. In this event, the associate's pay is increased to the minimum for their grade on the new location's schedule. If the associate's current pay is above the maximum of the salary schedule of the new location, the associate's pay is typically reduced to the maximum for their grade on the new location's schedule.

An associate who transfers laterally will be considered for a merit salary increase during the next merit review period. The amount of the merit increase will be based on the performance rating given by the previous manager, a performance rating or ranking given by the current manager (since the transfer), the comparative ranking during the current period and the associate's comparatio (the associate's base pay divided by the midpoint of their grade).

Management: please refer to Associate Handbook 1 for additional information regarding the handling of lateral transfers.

Sensitivity: Confidential

Confidential G000049

# Demotion Salary Action

An associate may be demoted to a job in a lower grade if the associate is unable to meet requirements of the present job, if they specifically request a demotion including job posting and selection for a job in a lower grade, or it is in the best interest of the Company that such a demotion takes place.

Demotions are without regard to the associate's race, color, creed, age, sex, gender, sexual orientation, marital status, national origin, disability or genetic information.

If the salary of the demoted associate is above the salary range maximum of the new role (grade), the recommendation is to reduce the salary of the associate to the salary range maximum of the new grade. In some instances, the recommendation may be to keep the salary the same.

# Job Evaluation

The job evaluation process evaluates job duties, not an individual, and classifies the job by job grade.

- The functional area requesting a job to be evaluated or re-evaluated provides Compensation with a current description of the job's duties and responsibilities.
- The description and request for evaluation must be approved by the Vice President (VP) responsible for the functional area* and the Compensation Business Partner responsible for the functional area.
- Results of the evaluation will be shared with the VP, HR Business Partner, and requesting parties.

*All positions above GR72 should also be approved by Senior Leadership.

**Internal Equity:** The Company's objective of internal equity is achieved through the formal job evaluation program. Systematic and internally equitable job evaluations establish each position's current value within the Company.

All jobs are evaluated based on the following factors:

- Knowledge and skills required. The total of the knowledge, abilities and/or skills required for the performance of the job, regardless of how and where the knowledge and skills must be acquired.
- Mental effort involved. The concentration, decision making, judgment, and problem-solving required of the job.
- Accountability. The responsibility for results, errors, and failures in the incumbent's and subordinates' efforts; this includes accountability for the prevention of loss, the decrease of expenses and meeting goals.

**External Competitiveness:** External equity is maintained through the salary administration and job evaluation processes. An important element of the overall job evaluation program is the development of fully competitive salary ranges as measured against the marketplace. Fully competitive salary ranges are achieved through the application of proven compensation analysis techniques.

Benchmark positions are used for pay comparison because the positions are easily defined and represent positions existing in other companies. Comparison of nonexempt positions focus on the current pay practices of companies and industries in the local area. Comparisons of exempt positions focus on other large property casualty insurance companies as well as financial companies or pay for similar positions in the general marketplace.

# Reclassification Policy

**Reclassification of associate(s) may result from:**

- A re-evaluation of the job due to external or internal comparisons
- A shifting workload
- The abolition, absorption, or combining of an associate's job duties

**Reclassification is moving an associate:**

Sensitivity: Confidential

Confidential G000050

- To a higher-grade level without an increase of responsibility or job duties: **Upgrade**
- To a job within the same grade: **Lateral**
- To a lower grade for a reason other than the associate's performance: **Downgrade**

## Reclassification: Salary Action

**A Reclassification is a change job transaction in Workday.**

**Upgrade:** An associate moved to a higher grade stays at the same pay at the time of reclassification unless their pay is below the new minimum. If the associate is meeting minimum departmental standards, their pay will be raised to the new minimum. The associate's merit review will follow the companywide merit review schedule. No special performance appraisal or orientation review is necessary at the time of the reclassification.

**Lateral:** An associate moved within the same job grade stays at the same salary at the time of reclassification. If the associate is laterally reclassified into a different job, a closeout review is completed by the manager of the job from where the associate is transferred. The associate's new supervisor or manager will complete an orientation review and add goals for the new job.

The associate's merit review will follow the regular merit review schedule. Their performance rating or ranking will be prorated based on the rating or ranking given for the time in the prior job code and the performance rating or ranking given for the time in the current job code.

**Downgrade:** Following a reclassification downgrade, the associate's merit review will follow the regular merit review schedule. One year after the reclassification to the lower grade, if the associate's base pay is above the maximum for the grade, their pay will be reduced to the maximum for the grade.

# Evening, Night, and Weekend Work Shifts

A work shift differential is a premium paid to an associate who is specifically assigned to and who regularly works an evening, night, and/or weekend shift to meet the needs of the business. A nonexempt associate is considered to regularly work an evening, night, and/or weekend shift if the majority of hours worked in the workweek qualify for the respective work shift.

A bilingual work shift differential is a premium paid to an associate who is specifically assigned to a bilingual job family in Workday. A nonexempt associate in the bilingual job family is eligible to receive bilingual differential if the majority of hours worked in the workweek qualify for the respective work shift. A nonexempt associate in the bilingual job family who regularly works evening, night, and/or weekend shift will receive the respective work shift noted below.

Work shift differentials apply to full-time associates in all grades. Part-time, seasonal and temporary associates are not eligible for work shift differential.

A new associate is not paid the work shift differential while attending training classes unless the classes are conducted during the eligible work shift. An associate in IT who works evening, night and/or weekend hours in support of patches, outages or upgrades is not eligible for work shift differential.

Intermittent absences, holidays, and other paid leave are paid at the appropriate work shift differential pay rate.

The work shift differential applies to the days of the week the associate's work hours are eligible for shift differential, including overtime pay. An associate must be specifically assigned to, and regularly work, a work shift as outlined below to be eligible for the applicable differential. If an associate's start times vary, a work shift differential is paid for those days that qualify for work shift differential. All other days are paid at the regular rate.

For nonexempt associates, the appropriate work shift differential is entered on the timesheet for the number of hours worked each day the associate is eligible to be paid a work shift differential.

**Evening Work Shift Differential (10%)**

- A pay differential of 10% may be paid to associates who are specifically assigned to, and who regularly work, an evening work shift.
- The 10% evening work shift differential applies if the shift begins between 1:00 p.m. and 8:00 p.m. OR begins before 1:00 p.m. provided the associate works to 9:00 p.m. or later.

Sensitivity: Confidential

Confidential G000051

- The associate who regularly works an evening work shift that qualifies for the 10% pay differential must have the evening work shift designated on the associate's position in Workday.

**Night Work Shift Differential (15%)**

- A pay differential of 15% may be paid to associates who are specifically assigned to, and who regularly work, a night work shift.
- The 15% night work shift differential applies if the shift begins between 8:00 p.m. and 4:00 a.m. OR begins before 8:00 p.m. provided the associate works to 5:00 a.m. or later.
- The associate who regularly works a night work shift that qualifies for the 15% pay differential must have the night work shift designated on the associate's position in Workday.

**Weekend Work Shift Differential (20%)**

- At the discretion of the planning center manager and based on business and staffing needs, a weekend work shift pay differential of 20% may be paid to associates who are specifically assigned to, and who regularly work, the weekend work shift.
- The weekend work shift begins between 12:01 a.m., Saturday and 11:59 p.m., Sunday OR begins before 12:01 a.m., Saturday if the shift ends at 5:00 a.m. or later on Saturday.
- The weekend work shift differential may be paid for work shifts beginning on either or both Saturday and Sunday, depending on business need and staffing levels. The weekend work shift differential should not be designated to the associate's position for working every weekend. It must be either added on the timesheet for nonexempt associates or via one-time payment for exempt associates.
- The weekend work shift differential may also be paid for three-day work shifts that include both Saturday and Sunday, depending on business need and staffing levels. If the weekend work shift differential is determined to be paid to an associate who regularly works a three-day work shift as described above, the weekend work shift should be designated on the associate's position in Workday.

**Bilingual Differential (10%)**

- A pay differential of 10% may be paid to associates who are specifically assigned to a bilingual job profile.

**Bilingual Evening Shift (20%)**

- A pay differential of 20% may be paid to associates who are specifically assigned to a bilingual job profile, and who regularly work an evening work shift.
- This applies if the shift begins between 1:00 p.m. and 8:00 p.m. OR begins before 1:00 p.m. provided the associate works to 9:00 p.m. or later.
- The associate who is in the bilingual job profile and who regularly works an evening work shift that qualifies for the 20% pay differential must have Bilingual Evening Shift designated on the associate's position in Workday.

**Bilingual Night Shift (25%)**

- A pay differential of 25% may be paid to associates who are specifically assigned to a bilingual job profile, and who regularly work a night work shift.
- This applies if the shift begins between 8:00 p.m. and 4:00 a.m. OR begins before 8:00 p.m. provided the associate works to 5:00 a.m. or later.
- The associate who is in the bilingual job profile and who regularly works a night work shift that qualifies for the 25% pay differential must have Bilingual Night Shift designated on the associate's position in Workday.

**Bilingual Weekend Shift (30%)**

- At the discretion of the planning center manager and based on business and staffing needs, a bilingual weekend work shift pay differential of 30% may be paid to associates who are specifically assigned to a bilingual job profile, and who regularly work, the weekend work shift.
- The weekend work shift begins between 12:01 a.m., Saturday and 11:59 p.m., Sunday OR begins before 12:01 a.m., Saturday if the shift ends at 5:00 a.m. or later on Saturday.
- The bilingual weekend work shift differential may be paid for work shifts beginning on either or both Saturday and Sunday, depending on business need and staffing levels.
- The bilingual weekend work shift differential may also be paid for three-day work shifts that include both Saturday and Sunday, depending on business need and staffing levels. If the weekend work shift differential is determined to

Sensitivity: Confidential

Confidential G000052

be paid to an associate who regularly works a three-day work shift as described above, the weekend work shift is to be designated on the associate's position in Workday.

**An exempt associate whose assigned schedule does not entitle them to all 38.75 hours of work shift in a week should not have work shift designated to their position.** Management should issue a One-Time Payment to pay exempt associates for the work shift that is owed since exempt associates do not complete a timesheet.

### Split Work Shifts

If an associate works a split shift, the applicable work shift differential applies to the portion of the work hours that falls within the time parameters outlined above.

**Example:** *An associate works 8:00 a.m. to 12:00 noon with a break until 5:00 p.m. and then resumes work from 5:00 p.m. to 10:00 p.m. The evening work shift differential applies only to the portion of the work shift beginning after 1:00 p.m. (5:00 p.m. to 10:00 p.m.). Nonexempt associates should split the work shifts on their timesheet. Enter 8:00 a.m. to 12:00 noon as 4 hours worked. Add 5:00 p.m. to 10:00 p.m. separately with the evening shift differential. Exempt associates should receive a One-Time Payment with comments explaining the split shift.*

### For Telephone Units only

If an associate in a telephone unit (Sales, Service, CSR/ICS, etc.) works additional hours at the request of management, and the hours worked that day qualify for work shift differential, shift differential may be paid for that day (or for those hours starting after 1:00 p.m. if working a split work shift).

**Example:** An associate's regularly scheduled hours are 10:00 a.m. to 6:30 p.m. and at the request of management, the associate works until 9:00 p.m. The associate may be paid work shift differential because the hours worked qualify for work shift differential.

**Example:** An associate's regularly scheduled hours are 12:00 p.m. to 8:30 p.m. and the associate is on a call for 45 minutes until 9:15pm. The associate is not paid work shift differential because the associate's regular work shift does not qualify for work shift differential.

If an associate in a telephone unit (Sales, Service, CSR/ICS, etc.) changes their schedule for a day at the request of management to a work shift that qualifies for work shift differential, work shift differential may be paid for that day.

**Example:** An associate's regular work shift is 8:00 a.m. to 4:30 p.m. and at the request of management the associate works from 1:00 p.m. to 9:30 p.m., work shift differential may be paid for that day.

Work shift differential does not apply to additional hours worked on a scheduled day off unless the hours worked qualify for work shift differential.

**Example:** An associate's regular shift is 3:00 p.m. to 11:30 p.m. and the associate works 11:00 a.m. to 6:00 p.m. on a scheduled day off. Work shift differential is not paid for that day.

## Overtime Eligibility

Associates are classified as exempt or nonexempt in accordance with the provisions of the Fair Labor Standards Act (FLSA).

- An exempt associate is paid a weekly salary for all hours worked.
- A nonexempt associate is paid time and one-half their regular rate of pay for all hours worked in excess of 40 hours in a work week. Any leave taken is not included as hours worked and does not count towards the 40-hour threshold that must be exceeded to receive overtime pay.

In California, a nonexempt associate is paid:

- Overtime (time and one half their regular rate of pay) for time worked over 8 hours in one work day and over 40 in the workweek
- Double time (two times their regular rate of pay) for hours worked over 12 in one work day
- Overtime for the first 8 hours worked on a 7th consecutive day in a work week

Sensitivity: Confidential

Confidential G000053

- Double time for time over 8 hours worked on the 7th consecutive day in a work week

If an exempt associate works only a portion of a day and does not have Vacation, Floating Holiday, or Sick time off (as applicable) to use for the portion they do not work, the time off must be coded as Personal time off so the associate's pay for the day is not reduced unless the time off is recorded as FML.

Associates may be granted reasonable personal time off as needed; the reasonable limit falls within the equivalent of 15.50 hours per rolling 12 months. However, circumstances as described above may require a manager (direct supervisor) to grant time off above the reasonable limit so as to not jeopardize the associate's exempt status under the FLSA and state law.

All nonexempt associates are required to accurately record their hours worked and absences taken weekly (exception: California records time daily). All exempt associates are required to accurately record their absences taken. A nonexempt associate who feels they did not receive pay for all their hours worked and an exempt associate who feels their pay incorrectly reflects a deduction for an absence should immediately contact their supervisor, local HR management or Corporate Human Resources. Changes cannot be made to hours worked or absences taken more than three prior pay periods.

## Hourly Nonexempt Associates

A nonexempt associate is paid overtime pay (time and one-half the hourly rate of pay) in accordance with the Overtime Eligibility Policy. Any absence taken during the week is not included as hours worked and does not count towards the threshold of hours worked that must be exceeded to receive overtime pay (i.e., in all states except California).

A nonexempt associate must receive permission in advance to work more than their regular work hours. Failure to do so may result in disciplinary action, up to and including termination of employment. Nevertheless, all overtime hours will be paid. The associate's timesheet must show the exact day(s) the hours are worked. Job training that is required or compulsory staff meetings before and after regular work hours are considered hours worked for purposes of overtime pay for nonexempt associates.

# Catastrophe Pay

In the event of a natural disaster, such as a flood or hurricane, a Catastrophe Team may handle the extraordinary work load. Even though the associates may be exempt, the Company will pay a bonus to those associates who are members of a Catastrophe Team for the long work hours and time away from home and family.

An associate must be a designated member of a Catastrophe Team and work solely on catastrophe losses to qualify for catastrophe compensation. A Catastrophe Team member may be required to work up to 13 days without a day off and is required to meet productivity standards.

For further details regarding compensation during catastrophe duty, consult the Claims Catastrophe Manual.

**NOTE:** For purpose of clarification, all references to weekdays and weekends mean **working** days. There is **no** CAT compensation for those not actually handling losses. Catastrophe pay must be approved by the appropriate level of management.

# Compensation for Marketing Events

An associate whose primary function is **not** marketing or public affairs, but who, on an occasional ad-hoc basis works at marketing events organized by the Marketing department must be compensated because they are performing work for the company.

A **management associate** (manager through CEO) is not eligible for additional marketing event pay above their normal salary.

A **supervisor** or **exempt associate** who works at a marketing event above their regular work schedule is paid via an Additional Pay One-Time Payment at their regular hourly rate.

Sensitivity: Confidential

Confidential G000054

**Nonexempt associate**: There are two main options to compensate a nonexempt associate and a third combination option:

1. Pay overtime for hours worked over 40 in the work week. If time working at their primary job and at marketing event(s) results in the associate working more than 40-hours (and/or 8-hours in a day in California) in the work week (Saturday-Friday), then any hours worked over 40 (and/or over 8-hours in a day in California) must be paid as overtime pay in accordance with wage and hour rules.
2. Adjust the associate's work schedule so that their regular work schedule is reduced by the same amount of time that the associate works at the marketing event, including compensable travel time, during the same work week (Saturday-Friday).
   - Schedule adjustments may only be made during the same work week (not the same two week pay period).
   - If a schedule adjustment cannot be made during the same work week, then the associate must be paid per option one above.
   - Even if a schedule adjustment is made, any nonexempt associate must be paid time and one-half overtime for any hours worked over 40 in one work week (and over 8-hours in a day in California).
   - Correct Example: Associate works 7.75 hours at a marketing event on Saturday (1st day of the work week), then the associate's schedule is adjusted so they only work 38.75 hours in the work week.
   - Incorrect Example: Associate works 4 hours at a marketing event on Friday (last day of the work week), then the associate's schedule is reduced by 4 hours the *following* Monday. This is not allowed because the schedule adjustment is over two different work weeks.
3. Combination of Pay and Schedule Adjustment – Options 1 and 2 above can be combined so part of the associate's compensation is pay and part is a schedule adjustment.
   - Correct Example: Associate works 7.75 hours at a marketing event on Saturday (1st day of GEICO's work week), then associate's schedule is adjusted so they leave two hours early on Friday (36.75 hours at regular job and 7.75 hours at marketing job = total of 44.5 hours).
   - If this is a nonexempt associate, the 4.5 hours pay would be at time and one-half overtime, since it is for hours over 40 in a work week.
   - If this is an exempt associate, the 4.5 hours pay would be at the regular hourly rate as an Additional Pay One-Time Payment, since an exempt associate is not eligible for overtime pay.

**Travel Time** must be paid per the usual travel time rules. Generally, travel time does not include typical commuting time to work or commuting time from home from an event.

- Travel from home to a marketing event that is a greater distance than the associate's regular commute to work is compensable travel time that should be paid according to the travel time rules. An example would be travel to a different city or state for a marketing event, farther away from the associate's commute to the office.
- If an associate commutes first to their regular office location and then travels to the marketing event, travel time to the marketing event is part of their marketing event work and should be included as work hours for the event.

# Charitable Events

An associate who volunteers at GEICO-sponsored charitable event(s) is *not* entitled to compensation, unless the event meets the criteria for Volunteer Time.

When an associate attends GEICO-sponsored public affairs and/or GEICO Cares events, they are volunteering, because the associate's tasks are to further the civic or charitable purposes of an unaffiliated charity, occur outside of the associate's normal working hours, and are under the direction and control of the unaffiliated charity.

An associate who attends a GEICO-sponsored or supported charitable event must sign the Volunteer Acknowledgment form on the GEICO Cares site to acknowledge the event is a non-compensable volunteer activity.

Sensitivity: Confidential

Confidential G000055

**Exception:** An associate who dresses up as the Gecko and acts as the Company's mascot at any event, including a charitable event, is working, not volunteering. Serving as the Gecko is compensable work since the Company directs and controls how an associate acts as the Gecko. Specifically, the Company has certain guidelines that an associate serving as the Gecko must follow, such as the associate may not speak while in costume as the Gecko. The associate acting as the Gecko should be compensated under the guidelines for event marketing.

Sensitivity: Confidential

Confidential G000056