# Exhibit 31

# Compensation Contents

| | |
|---|---:|
| **Compensation** | **5-1** |
| Pay Information | 5-1 |
|     Pay Periods - Pay Frequency | 5-1 |
|     Final Pay | 5-1 |
|     Payroll Deductions | 5-1 |
|     Garnishment | 5-2 |
| Total Compensation | 5-3 |
| Salary Administration Program | 5-3 |
|     Salary Administration for Part-Time Associates | 5-3 |
|     Salary Midpoint | 5-3 |
|     Salary Schedule | 5-3 |
|     Performance and Salary | 5-3 |
|     Attendance and Salary | 5-4 |
| Timing of Salary Reviews | 5-4 |
|     Annual Salary Review Schedule | 5-4 |
|     Denied Salary Reviews | 5-4 |
|     Newly-Hired Associates Salary Review | 5-4 |
| Promotion Salary Increase Guidelines | 5-4 |
| Lateral Transfer Performance Appraisal and Salary Action | 5-5 |
| Demotion Salary Action | 5-5 |
|     Demotion in Sales, Service, CSR Job Families | 5-6 |
| Job Evaluation | 5-7 |
| Reclassification Policy | 5-8 |
|     Reclassification: Salary Action | 5-8 |
| Evening, Night, and Weekend Work Shifts | 5-8 |
| Overtime Eligibility | 5-9 |
|     Hourly Nonexempt Associates (includes Auto Damage Adjusters and Field SIU Investigators in Alaska, California, New Mexico and Pennsylvania) | 5-10 |
|     Salaried Nonexempt Associates | 5-10 |
| Catastrophe Pay | 5-11 |
| Premium Pay Applicable to Salaried Nonexempt Associates | 5-11 |
| Compensation for Marketing Events | 5-12 |
| Charitable Events | 5-13 |

Confidential

G000029

# Compensation

## Pay Information

### Pay Periods - Pay Frequency

Associates are paid biweekly (once every two weeks), with each pay period ending on Friday and covering all the time worked in the preceding two weeks. The biweekly pay does not cover any time in the week it is received.

Associates receive pay via direct deposit or Aline VISA pay card. All pay is automatically deposited into the account designated by the associate or loaded onto the associate's Aline VISA pay card. All pay is available on Thursday of pay week. Associates have access to an electronic copy of their pay advice in Workday. When the Thursday payday falls on a Company observed holiday, the pay schedule is moved to the Wednesday preceding the Thursday payday.

### Final Pay

A non-exempt associate must complete his/her final timesheet in Workday indicating any overtime hours in his/her final pay week. The timesheet may be completed after the supervisor processes the termination in Workday. Likewise, an exempt or non-exempt associate must enter any time off taken in his/her final pay week on the associate's absence calendar in Workday and the absence calendar may be completed after the supervisor processes the termination in Workday. If an associate has worked for GEICO longer than six months, the associate's final pay will include accrued but unused vacation and floating holidays.

An associate who is eligible for retirement may "run out" accrued vacation and floating holidays. No other associate is eligible to run out his/her accrued vacation and floating holidays. See Retirement Policy in the Employment chapter of the Associate Handbook 1.

Unless state law requires an earlier payment, and in the case of voluntary resignations, the associate's final pay is deposited into the associate's designated account or Aline Visa pay card on the next regular pay day. Any terminated associate will have access to Workday to view/print his/her payslips for up to three years after termination of employment. If the termination of employment is involuntary, the associate's final pay is deposited within the requirements specified by applicable state law.

The Company does not pay severance.

### Payroll Deductions

Payroll deductions are made either automatically or only on the associate's authorization. Deductions are taken from associate pay as indicated below:

| Deduction | Starts When | Pay Period in Month | | |
|---|---|---|---|---|
| | | First | Second | Third |
| **Full & Part-Time Associates:** | | | | |
| Federal, State, City, County taxes | Automatic | x | x | x |
| Medicare (MED/EE) | Automatic | x | x | x |
| Social Security (OASDI/EE) | Automatic | x | x | x |
| 401(k) 3% associate contribution* | Automatic | x | x | x |
| Profit Sharing Loan Repayments | Automatic | x | x | |
| Medical Insurance | Associate authorizes | x | x | x |
| Long Term Care | Associate authorizes | x | | |
| Voluntary Group Accident Ins. (AD&D) | Associate authorizes | x | x | x |
| Public Transportation, Parking or Van Pool | Associate authorizes | x | x | x |
| Credit Union | Associate authorizes | x | x | x |
| United Way | Associate authorizes | x | x | x |
| **Full-Time Associates:** | | | | |
| Dental Insurance | Associate authorizes | x | x | x |
| Vision Insurance | Associate authorizes | x | x | x |
| Flexible Spending Health Account | Associate authorizes | x | x | x |
| Flexible Spending Dependent Care Account | Associate authorize | x | x | x |
| Optional Life Insurance | Associate authorizes | x | x | x |
| LTD Buy-Up | Associate authorizes | x | x | x |
| Voluntary LTD | Associate authorizes | x | x | x |

\* Associate must contact Vanguard to increase or decrease the contribution to his/her 401(k) savings plan.

## Garnishment

Garnishment of wages is the process of deducting a portion of an associate's wages as a result of a court order or an order from an authorized governmental agency (a "valid garnishment order"). The garnishment is deducted from the associate's wages before the Company pays the wages to the associate. Failure to comply with a valid garnishment order could subject the Company to fines and penalties. The associate's full and prompt cooperation is required in assisting the Company in complying with any valid garnishment.

Garnishments can be taken for any type of debt but common examples of debt that result in garnishments include:
- Child support
- Credit card debt
- State or federal taxes
- Student loans in default

Federal law limits the amount of an associate's wages subject to the garnishment order to 25% of the associate's disposable income. When processing payroll, if there is not enough money in the associate's net pay to satisfy multiple garnishments, certain priority rules apply. For example, in a case with federal tax, local tax, and credit card garnishments, the first garnishment taken would be the federal tax garnishments, then the local tax garnishments, and finally, garnishments for the credit card.

Confidential    G000031

Certain states do not allow wage garnishment at all except for debts related to taxes, child support, federally guaranteed student loans, and court-ordered fines or restitution for a crime the debtor committed. Several other states observe maximum thresholds that are lower than the 25% maximum provided by federal law.

Any questions concerning the Company's handling of or compliance with a garnishment order should be referred to ADP Garnishment Services at 1-866-324-5191.

# Total Compensation

GEICO's total compensation package consists of three components:
- Salary Administration{ XE "Salary Administration" } - this program is designed to offer merit salary increases and promotional salary increases that rewards associates for their job performance{ XE "Performance" \r "D2HBPerformance3" }.
- Profit Sharing Plan - allows you to share in the profits of the Company in accordance with plan provisions.
- 401(k) Savings Program - offers you the opportunity to save for your future through pre-tax deductions or through post-tax deductions via the Roth option.

For information on the 401(k) and Profit Sharing portions of your total compensation package, refer to the Profit Sharing Plan in Benefits Handbook 2.

# Salary Administration Program

The Company's salary administration program is designed to attract, retain and motivate competent associates who perform their jobs in a "good" or better manner. Salary levels are established to be competitive within the industry and with local employers. Opportunities are provided for associates to grow in their jobs and within the Company.

The salary program is administered without regard to any associate's race, color, religion, age, gender, sexual orientation, national origin, marital status, disability, or genetic information.

The philosophy of the program is that compensation will be granted according to the position you are in and your performance in your position. The program is intended to encourage your growth consistent with your abilities and overall contributions.

## Salary Administration for Part-Time Associates

The salary administration policy and procedures applicable for part-time associates is the same as that outlined for full-time associates, except for work shifts which do not apply to part-time associates.

## Salary Midpoint

The Company's salary administration program is based on the midpoint concept. The midpoint is considered the "market rate" paid to a worker who is 100% trained, working with limited supervision, at a consistently "good" (3) or better level of performance over time. The midpoint{ XE "midpoint" } of each salary range is used to compute all merit and promotional increases.

A five-point rating scale is used to rate performance. The amount of a salary increase is based on the associate's performance, as well as other factors that help reflect overall job performance. The relationship of the associate's current salary to the midpoint of his/her salary grade (or comparatio) is also a factor to consider when making a salary increase decision.

## Salary Schedule

Each work location is assigned to a salary schedule which is based on salaries paid for comparable jobs in the local area.

## Performance and Salary

Confidential                                                                                          G000032

Your salary is based on your job, and how well you perform in it in comparison to other associates in the department. Your overall performance is a key determinant in any merit increase. How well you achieve your goals, your attendance, and your behavior are important measures of your performance. As a results-oriented Company, we rely on competent associates to achieve our business goals.

Your ranking compared to other associates in the department is also an important determinant of any merit increase. Rankings take into account your performance, individual contributions, team participation, and your overall effect on the success of the unit. You should consider your performance compared to other associates in the department when evaluating your own performance and in your merit increase expectations.

## Attendance and Salary

Attendance is an essential requirement of all jobs and one of the objective measures your supervisor will consider in evaluating your overall contributions and making any salary recommendation. Our customers and your fellow associates expect you to be available when you are scheduled to work.

Attendance expectations are an inherent part of every position and may not be explicitly stated as one of your individual goals. Failure to meet your attendance expectations may result in a delay or refusal of salary actions and may restrict your ability to "job post" for another job. Click here to review the Company's Attendance Policy.

# Timing of Salary Reviews

## Annual Salary Review Schedule

The salaries of all associates hired more than six months prior to the merit increase effective date will be reviewed in February or March each year. Salary actions will be effective the first full pay period beginning in March. The amount of a salary increase will be based on an associate's performance, attendance, behavior, **associate's comparatio in relation to midpoint,** and overall contribution to the goals of his/her department.

## Denied Salary Reviews

A salary increase may be denied if an associate's performance has not met acceptable standards. An associate rated below Good (3.0) on his/her performance appraisal, or is on a Warning, is not eligible to receive a merit increase.

## Newly-Hired Associates Salary Review

At the successful completion of an associate's Orientation period (usually six months), a new associate is eligible for a salary review if his/her performance, which includes attendance, and behavior, meets established goals and standards. Based on the associate's performance, he/she will receive a merit salary increase pro-rated by the number of months in the job. During the first March after the associate's Orientation period salary review, the associate will receive another pro-rated merit increase based on the number of months that have elapsed since his/her Orientation period salary review. Thereafter, an associate's salary will be reviewed each March when a merit salary action will be considered.

# Promotion Salary Increase Guidelines

A promoted associate may receive a promotional increase of five percent (5.0%) of his/her current midpoint or be moved to the minimum pay rate of the new job, whichever is more, at the time of his/her promotion, unless the promotional increase will take the associate above the midpoint of the new grade. The associate may receive the portion of the promotional increase that will take his/her salary to the midpoint of the new grade. The new salary may not exceed the midpoint of the new grade. If the associate's present salary is at or above the midpoint of the new grade, there will be no salary adjustment.

No **merit** salary increase should be given at the time of promotion. An associate who is promoted will be considered for a merit salary review during the annual review period in March.

Confidential                                                                                   G000033

The manager/supervisor releasing the associate is responsible for completing a performance appraisal and rating of the promoted associate at the time of the promotion. The review period should cover the time since the associate's last review, up to the date of promotion. The releasing manager/supervisor should provide both the performance appraisal and rating to the hiring manager/supervisor.

Management: please refer to the Supervisor's HR Guide for additional information regarding Administrative Performance Ratings and Promotion Salary Action.

# Lateral Transfer Performance Appraisal and Salary Action

The manager/supervisor releasing the associate is responsible for completing a performance appraisal and rating of the transferred associate at the time of the transfer. The review period should cover the time since the associate's last review, up to the date of transfer. The releasing manager/supervisor should provide both the performance appraisal and rating to the hiring manager/supervisor.

An associate's lateral transfer will not result in a salary action unless the associate transfers to a location on a higher salary schedule. In this event, the associate's salary is increased to the minimum for his/her grade on the new location's schedule. If the associate's current salary is above the maximum of the salary schedule of the new location, the associate's salary will be reduced to the maximum for his/her grade on the new location's schedule.

An associate who transfers laterally will be considered for a merit salary increase during the annual review period in March. The amount of the merit increase will be based on the performance rating given by the previous supervisor, a performance rating given by the current supervisor (since the transfer), the comparative ranking during the current period and the associate's comparatio (the associate's salary divided by the midpoint of his/her grade).

**Illustration: Calculating a lateral performance rating when the associate's lateral transfer is effective October 5th.**

|   |   | Calculation |
|---|---|---|
| 1 | January – September (prior position) | Prior manager: 4 rating x 9 months = 36 points |
| 2 | October – December (in new position) | New manager: 3.3 rating x 3 months = 9.9 points |
| 3 | Composite rating | 36 + 9.9 = 45.9 divided by 12 months = 3.825 round to 3.8 |
| 4 | Apply composite rating | Associate is eligible for a merit salary increase because the composite rating is "Good", (3) or better. |

Management: please refer to the Supervisor's HR Guide for additional information regarding the handling of lateral transfers.

# Demotion Salary Action

An associate may be demoted to a job in a lower grade if the associate is unable to meet requirements of the present job, if he/she specifically requests a demotion including job posting and selection for a job in a lower grade, or it is in the best interest of the Company that such a demotion takes place. Demotions are without regard to the associate's race, color, creed, age, gender, sexual orientation, marital status, national origin, disability or genetic information.

### Demoted Associates employed less than 12 months:

The associate's salary is reduced to the minimum of the new salary grade (any merit increases received are added to the new minimum to establish the new salary).

### Demoted Associates employed more than 12 months:

The amount by which the associate's salary is reduced depends upon whether the associate is demoted to a grade lower than one he/she previously held as outlined below. Merit increases always remain in the salary. If the salary adjustment

Confidential                                                                                          G000034

would result in a salary lower than 85% of the midpoint of the new grade, the salary is moved to 85% of the midpoint of the new grade. The adjusted salary may NOT exceed the maximum of the new grade.

- If an associate is demoted to a grade no lower than one he/she previously held, the associate's salary is reduced by any increases received as a result of the promotion to the current grade (including any increase to the new minimum as part of the promotion).

  *Example:* An associate was hired at grade 60, promoted to grade 61, and then promoted to grade 64. The associate is now being demoted to grade 62. The associate's salary is reduced by the amount of the promotional increase when the associate was promoted from grade 61 to 64.

  *Example:* An associate was hired at grade 61, promoted to grade 62, and then promoted to grade 63. The associate is now demoted to grade 61. The associate's salary is reduced by the amount of the promotional increases from grade 62 to grade 63 and from grade 61 to grade 62.

- If an associate is demoted to a grade lower than one he/she previously held, the associate's salary is reduced by any increases received from the grades held to the current grade (including any increase to the new minimum as part of the promotion) and 5% of the midpoint for each grade the associate has not held below the lowest grade ever held, including the grade he/she is entering. Use current midpoints for each grade to calculate the 5% reduction for grade not held.

  *Example:* An associate was hired at grade 60, promoted to grade 61, and then promoted to grade 63. The associate is now being demoted to grade 57. The associate's salary is reduced by the amount of the promotional increases when the associate was promoted from grade 60 to 61, grade 61 to grade 63 and 5% of the midpoint for grade 58 and 57.

- If an underwriter or telephone center associate, who possesses the skills and abilities to perform his/her job on a proficient level, and is rated 3 or above, voluntarily accepts a demotion from a Sales, Service, Underwriter or Claims Service Representative position to transfer to a lower graded Sales, Service, Underwriter or Claims Service Representative position to change his/her career path, management may use discretion in determining if a salary adjustment is appropriate. Although different job families, associates in these job families are required to possess and demonstrate similar customer service skills and computer systems knowledge which will enable the associates to perform the duties of the new position in a shorter timeframe than someone new to those positions. There is also an expectation that these associates will be promoted at a faster pace than those new to these positions.

**NOTE: It is the responsibility of the hiring supervisor or manager to advise the associate of the new salary as a result of the demotion.**

### Future Salary Review Following Demotion

The demoted associate will be considered for a merit increase effective the following pay period in March. The amount of the merit increase will be based on the performance rating given by the previous supervisor, a performance rating given by the current supervisor (since demotion), and the associate's comparative current ranking in his/her new unit.

Management: please refer to the Supervisor's HR Guide for additional information regarding the handling of demotions.

## Demotion in Sales, Service, CSR Job Families

This policy applies to the demotion of an associate from a higher graded position in the sales, service or CSR job family to a lower graded position in that job family previously held by the associate. The demotion should occur when the associate is not able to maintain at least a proficient level of performance in the higher graded position over time but has demonstrated a sustained ability to meet the goals of a lower grade in the same job family.

An associate may opt to take a demotion before or during the Performance Improvement Plan (PIP) and/or Warning process and management may allow that only if the performance meets the standards of the lower grade. Absent an associate's request for a demotion, the corrective action process outlined below should be executed as part of the demotion review. All proposed demotions under this policy must be discussed with the location's human resources manager.

Confidential                                                                                                                G000035

- A PIP should be issued for an overall rating below Good (3.0) for at least 60 days. The PIP should include step goals and should not be for more than 90 days. Progress toward meeting the goals may result in extending the PIP for an additional 30 days.
- A Warning following the PIP process may be issued if the associate's overall rating continues to be below Good (3.0). The regular Warning process applies and should not be for more than 90 days including step goals. There should be no extensions of Warnings.

The associate may be demoted to the grade level associated with his/her current performance level but no lower than grade 61 (i.e., under no circumstances will an associate be demoted to the grade 60 "trainee" position). After consulting with Human Resources, management will discuss the following with the associate:

- The associate's results and appropriate grade demotion based on those results.
- The appropriate salary reduction impact, which is the exact amount of promotional increase(s) between the current grade and the new grade is taken away. In some instances, this may result in taking away two promotional increases (e.g., if the demotion is from a grade 63 to a grade 61). Merit increases are not taken away. In no case can the new demoted salary exceed the salary maximum of the lower graded job.
- The associate's ability to post for a lower graded position outside of the job family (sales, service, CSR) if management approves the post based on level of effort to attempt to meet the goals of the current job and the associate's demonstrated work ethic, attitude, attendance and fitness for the position for which he/she want to post.

Once the demotion is effective, the associate must meet and maintain at least a Good (3.0) overall rating at the new grade. Any Warning in place will be amended to incorporate the appropriate goals for the new grade. Failure to maintain the goals of the new grade for a reasonable time period as stated in the amended Warning will result in further action as outlined in the "Action to be Taken" section of the Warning. If the associate fails to meet the amended Warning, management will consult with local Human Resources before taking any further action. If the associate performs at a Good (3.0) or better overall rating at the demoted grade for at least 90 days, the associate is eligible for consideration during the next annual merit review schedule the following March.

To post or be considered for a promotion within the same job family, the associate must have met and maintained goals in the current grade for a minimum of one year.

# Job Evaluation

The job evaluation process evaluates job duties, not an individual, and classifies the job by job grade. The Planning Center wishing a job to be evaluated or re-evaluated provides the Compensation division in Corporate Human Resources with a current description of the job's duties and responsibilities. The description and request for evaluation must be approved by the Planning Center Manager responsible for the function. Results of the evaluation will be shared with the Planning Center Manager and requesting parties.

**Internal Equity:** The Company's objective of internal equity is achieved through the formal procedure of job evaluation. Systematic and internally equitable job evaluations establish each position's current value within the Company.

All jobs are evaluated based on the following factors:

- Knowledge and skills required. The total of the knowledge, abilities and/or skills required for the performance of the job, regardless of how and where the knowledge and skills must be acquired.
- Mental effort involved. The concentration, decision making, judgment, and problem-solving required of the job.
- Accountability. The responsibility for results, errors, and failures in the incumbent's and subordinates' efforts; this includes accountability for the prevention of loss, the decrease of expenses and meeting goals.

**External Competitiveness:** External equity is maintained through the salary administration and job evaluation processes. An important element of the overall job evaluation program is the development of fully competitive salary ranges as measured against the marketplace. Fully competitive salary ranges are achieved through the application of proven compensation analysis techniques.

Benchmark positions are used for pay comparison because the positions are easily defined and represent positions existing in other companies. Comparison of nonexempt positions focus on the current pay practices of companies and industries in the local area. Comparisons of exempt positions focus on other large property casualty insurance companies as well as financial companies or pay for similar positions in the general marketplace.

## Reclassification Policy

**Reclassification of associate(s) may result from:**
- A re-evaluation of the job due to external or internal comparisons
- A shifting workload
- The abolition, absorption, or combining of an associate's job duties

**Reclassification is moving an associate:**
- To a higher grade level without an increase of responsibility or job duties: **Upgrade**
- To a job within the same grade: **Lateral**
- To a lower grade for a reason other than the associate's performance: **Downgrade**

**NOTE:** An increase in level of responsibility or job duties may be considered a promotion, **not** a reclassification. The Compensation Division of Corporate Human Resources will make that determination.

### Reclassification: Salary Action

**Upgrade:** An associate moved to a higher grade stays at the same salary at the time of reclassification unless his/her salary is below the new minimum. If the associate is meeting goals, his/her salary will be raised to the new minimum. The associate's merit review will follow the regular annual merit review schedule (the following March) when the new midpoint will be used to determine the merit increase. No special Performance Appraisal or Orientation Period form is necessary at the time of the reclassification.

**Lateral:** An associate moved within the same job grade stays at the same salary at the time of reclassification. If the associate is laterally reclassified into a different job, a Performance Appraisal form (D91) is completed by the manager of the job from where the associate is transferred. The associate's new supervisor or manager will complete an Orientation Period form (ER-12) with goals for the new position.

The associate's merit review will follow the regular annual merit review schedule the following March. His/her performance rating will be prorated based on the rating given for the time in the prior job code and the performance rating given for the time in the current job code.

**Downgrade:** Following a reclassification downgrade, the associate's merit review will follow the regular annual merit review schedule the following March. One year after the reclassification to the lower grade, if the associate's salary is above the maximum for the grade, his/her salary will be reduced to the maximum for the grade.

## Evening, Night, and Weekend Work Shifts

A work shift differential is a premium paid to associates who are specifically assigned to and who regularly work an evening, night, or weekend shift. Work shift differentials apply to full-time associates in all grades. New associates are not paid the work shift differential while attending training classes unless the classes are conducted during the eligible work shift. Associates in IT who work evening or night hours in support of patches, outages or upgrades are not eligible for work shift differential.

Intermittent absences, holidays, and other paid leave up to two consecutive weeks are paid at the differential pay rate. Leave that exceeds 77.50 consecutive scheduled work hours is not eligible for work shift differential pay.

The work shift differential applies to the days of the week the associate's work hours are eligible for shift differential, including overtime pay. If an associate's start times vary, a work shift differential is paid for those days that qualify for work shift differential. All other days will be paid at the regular rate.

**Evening Work Shift Differential (10%)**

- A pay differential of 10% may be paid to associates who are specifically assigned to, and who regularly work, on the evening work shift. The evening work shift is defined as beginning between 1:00 p.m. and 8:00 p.m.
- A pay differential of 10% may be paid to associates whose work shift begins prior to 1:00 p.m. if the associate works to 9:00 p.m. or later.

**Night Work Shift Differential (15%)**
- A pay differential of 15% may be paid to associates who are specifically assigned to, and who regularly work, on the night work shift. The night work shift is defined as beginning between 8:00 p.m. and 4:00 a.m.
- A pay differential of 15% may be paid to associates whose work shift begins prior to 8:00 p.m. if the associate works to 5 a.m. or later.

**Weekend Work Shift Differential (20%)**
- A pay differential of 20% may be paid to associates who are specifically assigned to, and who regularly work, on the weekend work shift. The weekend work shift is defined as beginning between 12:01 a.m. on Saturday and 11:59 p.m. on Sunday.
- A pay differential of 20% may be paid to associates whose work shift begins prior to 12:01 a.m. on Saturday if the associate works to 5 a.m. or later on Saturday.

All associates who regularly work a work shift that qualifies for a pay differential must have the appropriate work shift designated on the associate's position in Workday. All intermittent absences and other paid leave up to two consecutive weeks are paid at the work shift differential pay rate designated on the position regardless if the time out of the office qualifies for the pay differential.

For nonexempt and salaried nonexempt associates, the appropriate work shift differential is entered on the timesheet for the number of hours worked each day the associate is eligible to be paid a work shift differential.

For exempt associates, the appropriate work shift differential is paid as a percentage of an associate's base salary.

## Split Work Shifts

If an associate works a split work shift where his/her hours are, for example, 8 a.m. to 12 noon with a break until 5 p.m., and then resumes work from 5 p.m. to 10 p.m., the evening work shift differential applies to the portion of the work shift beginning after 1 p.m. (5 p.m. to 10 p.m.).

## For Telephone Units only

If an associate in a telephone unit (Sales, Service, CSR, etc.) works additional hours at the request of management, and the hours worked that day qualify for work shift differential, shift differential may be paid for that day (or for those hours starting after 1:00 p.m. if working a split work shift).

> **Example:** *An associate's regularly scheduled hours are 10:00 a.m. to 6:30 p.m. and at the request of management, the associate works until 9:00 p.m. The associate may be paid work shift differential because the hours worked qualify for work shift differential.*

> **Example**: *An associate's regularly scheduled hours are 12:00 p.m. to 8:30 p.m. and the associate is on a call for 45 minutes until 9:15pm. The associate is not paid work shift differential because the associate's regular work shift does not qualify for work shift differential.*

If an associate in a telephone unit (Sales, Service, CSR, etc.) changes his/her schedule for a day at the request of management to a work shift that qualifies for work shift differential, work shift differential may be paid for that day.

> **Example:** *An associate's regular work shift is 8:00 a.m. to 4:30 p.m. and at the request of management the associate works from 1:00 p.m. to 9:30 p.m., work shift differential may be paid for that day.*

Work shift differential will not apply to additional hours worked on a scheduled day off unless the hours worked qualify for work shift differential.

> **Example:** *An associate's regular shift is 3:00 p.m. to 11:30 p.m. and the associate works 11:00 a.m. to 6:00 p.m. on a scheduled day off. Work shift differential is not paid for that day.*

# Overtime Eligibility

Confidential                                                                                                   G000038

The work week is 12:01 am Saturday to 12:00 pm Friday.

Associates are classified as exempt, hourly nonexempt, or salaried nonexempt in accordance with the provisions of the Fair Labor Standards Act.

- <u>An exempt</u> associate is paid a weekly salary for all hours worked.
- <u>An hourly nonexempt</u> associate is paid time and one-half his/her hourly rate of pay for all hours actually worked in excess of 40 in a work week. Any leave taken is not included as hours actually worked and does not count towards the 40-hour threshold that must be exceeded to receive overtime pay.
- <u>A salaried nonexempt</u> associate is paid a weekly salary and a premium payment for all hours actually worked above 38.75 hours.

In California, a nonexempt associate is paid:
- Overtime for time worked over 8 hours in one work day
- Double time for hours worked over 12 in one work day
- Time and one-half for the first 8 hours of a 7th consecutive day in a work week
- Double time for time over 8 hours on the 7th consecutive day in a work week

If an exempt associate works for only a portion of a day and does not have vacation, floating holiday, or sick/care time accrued time off (if applicable) to use for the portion he/she does not work, the time off must be coded as personal leave so the associate's salary for the day is not reduced unless the time off is recorded as FML. Associates may be granted reasonable personal leave as needed; reasonable limit falls within the equivalent of 15.50 hours per rolling 12 months. However, circumstances as described above may require a supervisor to grant time off above the reasonable limit so as to not jeopardize the associate's exempt status under the Fair Labor Standards Act.

If a salaried nonexempt associate works for only a portion of a week and does not have vacation, floating holiday, or sick/care time accrued time off (if applicable) to use for the portion he/she does not work, the absence must be coded as personal leave, so the associate's salary for the week is not reduced unless the leave is recorded as FML. If the salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded on the timesheet as FML LWOP.

All nonexempt associates are required to accurately record their hours worked and absences taken. All exempt associates are required to accurately record their absences taken. A nonexempt associate who feels he/she did not receive pay for all his/her hours worked and an exempt or salaried nonexempt associate who feels his/her pay incorrectly reflects a deduction for an absence should contact his/her supervisor, local human resources manager or corporate human resources.

## Hourly Nonexempt Associates (includes Auto Damage Adjusters and Field SIU Investigators in Alaska, California, New Mexico and Pennsylvania)

An hourly nonexempt associate is paid overtime pay (time and one-half the hourly rate of pay) for all hours actually worked in excess of 40 in the work week. Any absence taken is not included as hours actually worked and does not count towards the 40-hour threshold that must be exceeded to receive overtime pay.

An hourly nonexempt associate must receive permission in advance to work more than his/her regular work hours. The associate's timesheet must show the exact day(s) the hours are worked. Job training that is required or compulsory staff meetings before and after regular work hours are considered hours worked for purposes of overtime pay for hourly nonexempt associates.

## Salaried Nonexempt Associates

Associates classified as salaried nonexempt under the Fair Labor Standards Act (in states other than AK, CA, NM and PA) are paid a weekly salary for all hours worked and a premium payment for all hours actually worked above 38.75 hours. Premium pay is calculated by the "fluctuating work week" method, which is a way to pay overtime under the Fair Labor Standards Act. A salaried nonexempt associate is encouraged to contact his supervisor with any questions about how premium pay is calculated.

Confidential                                                                                                    G000039

If a salaried nonexempt associate works for only a portion of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced.

If a salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded as FML LWOP.

A salaried nonexempt associate may not have his pay docked for partial week absences. If the salaried nonexempt associate has applicable accrued time off, the applicable time off code must be coded on the associate's timesheet. If the salaried nonexempt associate is absent for part of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced. If the salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded on the timesheet as FML LWOP.

A salaried nonexempt associate who is absent for an entire work week and does not have any applicable accrued time off is not paid for that week. The week's absence must be recorded on the timesheet as LWOP.

**NOTE:** The above compensation rules only apply to associates who are classified as salaried nonexempt, who are paid using the fluctuating work week method.

# Catastrophe Pay

In the event of a natural disaster, such as a flood or hurricane, the Company may at its sole discretion designate a Catastrophe Team to handle the extraordinary work load associated with a natural disaster. Even though the associates may be exempt, the Company will pay a bonus to those associates who are members of a Catastrophe Team for the long work hours and time away from home and family.

An associate must be a designated member of a Catastrophe Team and work solely on catastrophe losses to qualify for catastrophe compensation. A Catastrophe Team member may be required to work up to 13 days without a day off and is required to meet productivity standards.

For further details regarding compensation during catastrophe duty, consult the Claims Catastrophe Manual.

**NOTE:** For purpose of clarification, all references to weekdays and weekends mean **working** days. There is **no** CAT compensation for those not actually handling losses. Catastrophe pay must be approved by the appropriate level of management.

# Premium Pay Applicable to Salaried Nonexempt Associates

1. A salaried nonexempt associate will earn his/ her weekly salary if he/she works more or less than 38.75 hours in the work week. In addition, a salaried nonexempt associate will receive a "premium payment" for working time in excess of 38.75 hours per week. This includes time above 38.75 hours in the work week spent in a meeting, class or seminar and training time. The salaried nonexempt associate will enter the total hours worked using the Hours Worked time entry code. The Workday system is programmed to automatically calculate premium pay.

2. The "premium payment" a salaried nonexempt associate receives is calculated using the "fluctuating work week" method, which is a way to pay overtime under the Fair Labor Standards Act. The hourly "premium payment" received is 50% of the associate's hourly rate. The hourly rate is computed by taking the associate's weekly salary and dividing it by the total number of hours worked in that week. Because the number of additional hours worked may differ from week to week, the amount of the premium payment will "fluctuate."

***Example***: *Weekly salary = $2,000; hours worked during week = 45*
*$2,000/45 = $44.44 x .50 = $22.22 premium pay per additional hour over 38.75 in a week*
*Hours worked over 38.75 = 6.25 (45 - 38.75 = 6.25)*

Confidential                                                                                                         G000040

*In this example, the associate would receive a premium payment for the week of $138.88 ($22.22 x 6.25 = $138.88)*

3. Uninterrupted lunch breaks in excess of 30 minutes or uninterrupted rest breaks in excess of 20 minutes are not considered working time and should not be recorded as working time. Personal errands should be conducted on non-work time.

4. Travel time that is considered work time for a salaried nonexempt associate will start when the associate reaches his/her first field appointment. Travel time that is considered work time will end at the conclusion of work at the site of the last appointment. Travel from one work location to another during the work day is considered work time. If a field associate travels to a local GEICO office and the associate lives in the same metropolitan area as the office, the work day starts when he/she gets to the office. Travel to and from the local GEICO office is not considered work time. If the associate travels to a local GEICO office but lives outside the office's metropolitan area, the work day starts when he/she leaves his//her home office to travel to the local GEICO office. The travel time is counted as work time.

5. Work time beyond 38.75 hours in a week is not allowed without prior management approval. An associate should not begin work prior to his/her arrival at their first appointment. Work should be concluded before leaving his/her final appointment. An associate may work at home prior to or after field appointments only with prior approval of his/her management. If such work is performed it must be recorded and compensated whether it is approved or not.

6. Picking up and dropping off mail should be done during working time, between the associate's first and last appointment. This may require relocating an associate's post office box.

7. Additional payments for catastrophe duty, if applicable, will remain unchanged.

8. All hours worked on a holiday will be paid at a holiday incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours worked on the Holiday using the Holiday Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet.

9. All approved hours worked on a Saturday or Sunday outside of the associate's regular schedule will be paid at an incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code for themselves. If a Saturday or Sunday is a part of the associate's regular schedule, the associate is not eligible to receive incentive pay and the hours worked should be coded as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

10. An associate will also be paid at an incentive rate equivalent to time and one-half the associate's hourly rate if the associate is required by management to work after hours beyond the normal work day due to a last minute absence of a regularly scheduled associate. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet. Incentive pay should not be issued for an associate performing his/her own work. If an associate works beyond the normal work day to perform his/her own work, the time should be reported as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

## Compensation for Marketing Events

An associate whose primary function is **not** marketing or public affairs, but who, on an occasional ad-hoc basis works at marketing events organized by the Marketing department and/or the Regional Event Marketing Coordinator in his/her location must be compensated because he/she is performing work for the company.

A **management associate** (manager through CEO) is not eligible for additional marketing event pay above his/her normal salary.

A **supervisor** or **exempt associate** who works at a marketing event above his/her regular work schedule is paid via an Additional Pay One-Time Payment at his/her regular hourly rate.

**Nonexempt associate**: There are two main options to compensate a nonexempt associate and a third combination option:

1. Pay overtime for hours worked over 40 in the work week. If time working at his/her primary job and at marketing event(s) results in the associate working more than 40-hours (and/or 8-hours in a day in California) in the work week (Saturday-Friday), then any hours worked over 40 (and/or over 8-hours in a day in California) must be paid as overtime pay in accordance with wage and hour rules.

2. Adjust the associate's work schedule so that his/her regular work schedule is reduced by the same amount of time that the associate works at the marketing event, including compensable travel time, during the same work week (Saturday-Friday).

    - Schedule adjustments may only be made during the same work week (not the same two week pay period).
    - If a schedule adjustment cannot be made during the same work week, then the associate must be paid per option one above.
    - Even if a schedule adjustment is made, any nonexempt associate must be paid time and one-half overtime for any hours worked over 40 in one work week (and over 8-hours in a day in California).
    - Correct Example:  Associate works 7.75 hours at a marketing event on Saturday (1st day of the work week), then the associate's schedule is adjusted so he/she only work 38.75 hours in the work week.
    - Incorrect Example: Associate works 4 hours at a marketing event on Friday (last day of the work week), then the associate's schedule is reduced by 4 hours the *following* Monday. This is not allowed because the schedule adjustment is over two different work weeks.

3. Combination of Pay and Schedule Adjustment – Options 1 and 2 above can be combined so part of the associate's compensation is pay and part is a schedule adjustment.

    - Correct Example:  Associate works 7.75 hours at a marketing event on Saturday (1st day of GEICO's work week), then associate's schedule is adjusted so he/she leaves two hours early on Friday (36.75 hours at regular job and 7.75 hours at marketing job = total of 44.5 hours).
    - If this is a nonexempt associate, the 4.5 hours pay would be at time and one-half overtime, since it is for hours over 40 in a work week.
    - If this is an exempt associate, the 4.5 hours pay would be at the regular hourly rate as an Additional Pay One-Time Payment, since an exempt associate is not eligible for overtime pay.

**Travel Time** must be paid per the usual travel time rules. Generally, travel time does not include typical commuting time to work and likewise does not include commuting time from home to an event.

- However, travel from home to a marketing event that is a greater distance than the associate's regular commute to work is compensable travel time that should be paid according to the travel time rules. An example would be travel to a different city or state for the marketing event that is farther away from the associate's home than the office.
- If an associate commutes first to his/her regular office location and then travels to the marketing event, travel time to the marketing event is part of his/her marketing event work and should be included as work hours for the event.

# Charitable Events

An associate who volunteers at GEICO-sponsored charitable event is *not* entitled to compensation. Such volunteer activity is not work.

When an associate attends GEICO-sponsored public affairs and/or GEICO Corporate Community Citizens (GCCC) events, he/she is volunteering, because the associate's tasks are to further the civic or charitable purposes of an unaffiliated charity, occur outside of the associate's normal working hours, and are under the direction and control of the unaffiliated charity.

To make it clear to an associate who attends a GEICO-sponsored or supported charitable event is a non-compensable volunteer activity, the associate is to sign the Volunteer Acknowledgment form available on HR Associate Forms.

**Exception:** An associate who dresses up as the Gecko and acts as the Company's mascot at any event, including a charitable event, is working, not volunteering. Serving as the Gecko is compensable work since the Company directs and controls how an associate acts as the Gecko. Specifically, the Company has certain guidelines that an associate serving as the Gecko must follow, such as the associate may not speak while in costume as the Gecko. The associate acting as the Gecko should be compensated under the guidelines for event marketing.

Confidential                                                                                                         G000043