# Exhibit 32

## **AD & SIU Talking Points**

Announcement regarding change in how overtime will be paid.

As an organization, GEICO continually evaluates its HR policies, procedures, and benefits. As the result of the most recent evaluation, the decision to eliminate the overtime concept of the fluctuating work week will take effect January 4, 2020 and overtime will be paid as time and a half based on the non-exempt associate's hourly rate.

The following talking points are to be used when sharing this change with your teams or if you receive questions about the change:

- Expectations around handling of overtime do not change.
    - Overtime must still be approved by management.
    - Management authorization of overtime should be consistent with how management authorized overtime in the past.
    - Management must pay overtime worked, even if the additional hours were not authorized, and follow the company's progressive disciplinary process if overtime worked was not approved.

## **FAQ**

- Why is the company making the change?
    - From time to time the company re-evaluates and updates its policies, procedures and benefits and separate overtime policies are no longer necessary.
    - This change is a benefit to associates.
    - Overtime remains available according to business need.
- If I worked overtime prior to January 4, 2020, will I receive the updated calculation of time and a half?
    - No, any overtime for work prior to the effective date of this change will be calculated in accordance with policies in place at the time the overtime was worked.
- Will management discontinue scheduling overtime?
    - Overtime has always been available based on business need. There are no changes to this practice.
- Does eliminating the fluctuating work week mean I am not able to make up time during the same pay week?
    - No, the expectation will be to work or used accrued leave for 38.75 scheduled hours within the scheduled week. For example, if you leave an hour early on Tuesday, you can make up that hour, with supervisor approval, some other time during the week. (This does not apply in CA.)

Sensitivity: General/Internal

Confidential

G010294