# Exhibit 37

| | | | **Tot Yr** | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Y130-5 SIU** | **90101** | **Loss Payments Credit** | **Actual** | **(89,420)** | **(58)** | **(38)** | **(679)** | **(6,142)** | **(32,694)** | **(37,809)** | **(2,000)** | **(2,000)** | **(2,000)** | **(2,000)** | **(2,000)** | **(2,000)** |
| Y130-5 SIU | 90101 | Loss Payments Credit | Plan | (76,585) | (4,721) | (4,721) | (4,721) | (4,721) | (4,721) | (24,658) | (4,721) | (4,721) | (4,721) | (4,721) | (4,721) | (4,721) |
| **Y130-5 SIU** | **90103** | **Affirmative Action Recovery** | **Actual** | **(2,679,647)** | **(362,917)** | **(151,471)** | **(275,441)** | **(53,000)** | **(360,559)** | **(350,000)** | **(66,904)** | **(206,094)** | **(260,816)** | **(197,482)** | **(197,482)** | **(197,482)** |
| **Y130-5 SIU** | **90140** | **Unalloc Investigative Exp** | **Actual** | **129,756** | **(18,395)** | **11,934** | **35,310** | **11,310** | **10,426** | **11,310** | **11,310** | **11,310** | **11,310** | **11,310** | **11,310** | **11,310** |
| Y130-5 SIU | 90140 | Unalloc Investigative Exp | Plan | 279,785 | 20,875 | 44,505 | 21,595 | 21,300 | 21,915 | 21,215 | 21,390 | 22,540 | 21,115 | 20,840 | 21,640 | 20,855 |
| **Y130-5 SIU** | **90804** | **OT Salaries** | **Actual** | **34,330** | **1,404** | **1,892** | **2,083** | **4,857** | **4,402** | **4,400** | **4,000** | **3,084** | **2,207** | **2,000** | **2,000** | **2,000** |
| Y130-5 SIU | 90804 | OT Salaries | Plan | 32,145 | 3,050 | 2,365 | 2,602 | 2,482 | 2,722 | 2,878 | 2,951 | 3,084 | 2,207 | 2,720 | 2,601 | 2,483 |
| **Y130-5 SIU** | **90932** | **Training and Education - Course Fees** | Actual | 7,426 | | | | | | | 616 | 4,370 | 1,230 | 270 | 670 | 270 |
| Y130-5 SIU | 90932 | Training and Education - Course Fees | Plan | 11,904 | - | 516 | - | 4,530 | 346 | 280 | 4,100 | 626 | 960 | - | 446 | 100 |
| **Y130-5 SIU** | **91490** | **Miscellaneous Equipment Purchases** | **Actual** | **7,499** | **460** | **4,128** | **2,646** | **135** | **130** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| Y130-5 SIU | 91490 | Miscellaneous Equipment Purchases | Plan | 2,718 | 508 | - | 471 | 945 | 236 | - | - | 471 | 87 | - | - | - |

| | | |
|---|---|---|
| 90101 | Reviewed prior two years. Removed outliers.  Average approx. 1,700 to 2,000 of payments from individuals.  Maintaining 2k/month for remainder of the year as a conservative estimate.  Vision Auto Glass is 35k coming in June. | 1472.5 |
| 90103 | We have monthly payments scheduled that vary between 40-55k/month.  We have 4 active AA's that may yield a possible 395k in restitution but we most likely will receive some up front and spread the remainder across 12-18 months.  We have 14 aa's filed of which 8 may result in restitution.  Of those 8 cases we have made 4.5 million in voluntary payments which may result in restitution of 1.3 million over time.  Depending on payment plans we may realize half of that by the end of the year = 650k.  We averaged out the 395k and the 650k through the remainder of the year.  June will finish strong with Parisien and a few other cases that have come in.  With what we have on the books already plus our estimate our projection is 2, 679, 647 | 231.5789474<br>6.6<br>1520 |
| 90140 | We no longer have TML and that accounted for approx. 9-10k/month.  In January we received a 1 time 40k accrual from TML. | |
| 90804 | 4,400 = 231 hours spread across approx 35 associates which averages 6.6 hours.  We will announce our field investigator this week and hopefully have him up and running by August which is why there is a reduction.  We have the post up externally and hopefully will have that associate hired and up and running in September.  We have experienced increase case load but have recently shifted who works it to lessen OT in the field. | |
| 90932 | Majority of the budget was allocated for EDR training. We recently started utilizing our existing equipment and will look to add more in September.  The remaining balance is misc. training we will get caught up on and complete by the end of the year. | |
| 91490 | Corporate purchases for standing orders hit this budget  in Feb and March.  We have enot seen any since.  The remaining charges that were in this budget attributable to the region were for printers and laptops.  At this time we had 3 associates resign from the field and have their equipment and will repurpose for new hires. | |