# Exhibit 38

# Special Pay Program Acknowledgement (Exempt)

| | | | |
|---|---|---|---|
| **Location:** | Woodbury | **Program Name:** | Social Media OT Project |
| **Date Program Begins:** | 11/19/2018 | **Reason for Special Pay Program:** | Reduce Social Media Pending |
| **Date Program Ends:** | 12/15/2018 | **Department:** | SIU |
| **HR Manager/ Director:** | R. Mahler | **Department Manager:** | Bill Newport |
| **Incentive:** (Hourly Rate) | $40/hour (approx. mp of 65) | **Job Code(s) and Job Title(s) of Eligible Associates:** | SIU Field Associates 65111/65162/65178/66140 |

**Eligibility:** Associates in the job codes listed who are fully trained, meet current performance goals and are not on a Performance Improvement Plan or a performance, behavior and/or dependability warning. This program can be ended at any time at the discretion of management.

**Program Details:** Additional hours are being offered for special pay in SIU. Siu associates will be reviewing social media referrals, completing background checks and working the oldest cases to closure.

Any hours being worked for this project should be keyed as one time payments in workday since the associates are exempt. Associates may not work special pay program on days they are out of the office for the regular shift as a result of utilizing unplanned leave.

**Associate Acknowledgement:**
*I understand this pledge is not intended to be, and does not constitute, an employment contract. I acknowledge that the Company may modify any of the provisions of the program at any time. I acknowledge that I am employed on an "at-will" basis and that nothing in this document alters my status as an at-will associate. I understand that the definition of an at-will associate is defined in the GEICO Associate Handbook and it is available for my review on Gnie.*

**Associate Signature:** _____   **Date:** _____

**Supervisor/Manager Signature:** _____   **Date:** _____

D232-AE (02-14)

Sensitivity: Confidential

Confidential                                                                                                   G011552