# Exhibit 39

Message

| | |
|---|---|
| **From:** | Hoagland, Rick [RHoagland@geico.com] |
| **Sent:** | 11/23/2018 1:06:30 PM |
| **To:** | Newport, Bill [WNewport@geico.com] |
| **CC:** | Ottman, Kim [KOttman@geico.com] |
| **Subject:** | RE: OT for Social Media |

Bill,

You have approval for the OT campaign under a few conditions.

You can offer the OT initially for 5 days to allow us to track the productivity and effectiveness of these reviews.    I would like you to track the following and report on the following:
1)      # hours worked by associate and # social media reviews completed (you can add a ratio to show the productivity differences)
2)      % valid referrals (to verify that this isn't just an automatic step by claims examiners)
a.      Track this one by level, manager, supervisor and manager
3)      Number of full and partial denial opportunities

Based on the findings, we can decide to continue to OT campaign.

This will also help us evaluate the opportunities to evaluate the process and to determine if we should look for a 100% vendor supported product CW.

Thanks,

Rick

---

**From:** Newport, Bill
**Sent:** Tuesday, November 20, 2018 1:25 PM
**To:** Hoagland, Rick
**Subject:** RE: OT for Social Media

Hello Rick,

We are looking to offer overtime to our non-exempt associates and special pay to   our salaried associates.   The overtime will be voluntary but we anticipate internal and external associates to participate.    For our internal non-exempt associates they will receive time and half for the hours worked over 40 hours and we will offer $40/hour (MP of 65) to our salaried field staff.

We had unexpected turnover and an associate go out on extended leave which have caused the pending to build.    The job was posted and we finished interviews last week and will have a matrix submitted this week.    We are seeking 1,000 hours of overtime to run through 12/15 to clean out the pending while at the same time entering into a pilot to reduce received.

    << File: Non Exempt SIU OT Request.docx >>    << File: Siu Special Project Exempt.docx >>
Pending by month:

Confidential                                                                                                                              G010848

| Month | Total |
|---|---|
| Sept | 50 |
| Oct | 372 |
| Nov | 259 |
| Grand Total | 681 |

Received by month:

| Activity Month | New Assigned Cases | Closed Cases | Feature Impact Ratio | Assign to SIU Close Without EUO/EUO Attend | D3 Partial Denial |
|---|---|---|---|---|---|
| 2018-11 | 310 | 155 | 13.60% | 28.3 | 21 |
| 2018-10 | 606 | 326 | 15.70% | 19.6 | 52 |
| 2018-09 | 273 | 270 | 16.70% | 23.2 | 42 |
| 2018-08 | 415 | 414 | 16.30% | 19.7 | 68 |
| 2018-07 | 397 | 321 | 17.70% | 16.7 | 59 |
| 2018-06 | 398 | 375 | 12.20% | 12.8 | 44 |
| 2018-05 | 526 | 475 | 16.60% | 7.9 | 80 |
| 2018-04 | 343 | 361 | 15.40% | 9 | 57 |
| 2018-03 | 381 | 362 | 15.60% | 7.9 | 58 |
| 2018-02 | 415 | 368 | 11.10% | 5.8 | 42 |
| 2018-01 | 260 | 254 | 17.40% | 6.1 | 48 |
| Total: | 4,324 | 3,681 | 15.30% | 13.3 | 571 |

Sensitivity: Confidential

---

**From:** Hoagland, Rick
**Sent:** Monday, November 19, 2018 1:36 PM
**To:** Newport, Bill
**Subject:** RE: OT for Social Media

There's an OT approval form that you will need to complete.   Alex has the template.   Please update and return to me for approval.   Thanks

---

**From:** Newport, Bill
**Sent:** Monday, November 19, 2018 1:33 PM
**To:** Hoagland, Rick
**Subject:** RE: OT for Social Media

We were not able to get it on a sliding scale.   The $125 was a volume based reduction from their standard price of $250 and we need to mark the cases as part of the pilot to receive the discount.

Sensitivity: Confidential

---

**From:** Hoagland, Rick
**Sent:** Monday, November 19, 2018 1:03 PM
**To:** Newport, Bill
**Subject:** RE: OT for Social Media

I thought we were going to negotiate lower than $125 based on volume.    Was that unsuccessful?

---

**From:** Newport, Bill
**Sent:** Monday, November 19, 2018 1:01 PM
**To:** Hoagland, Rick
**Subject:** OT for Social Media

Good Afternoon Rick,

We experienced external turnover and we have another associate on extended leave which is    impacting our ability to return cases timely.    We have a Jobpost Matrix that will be completed and submitted to you this week with our recommendations.

In the beginning of the year we were sending these cases to all    SIU Investigators and it was impacting our field received. We decided to move it inside in June and we knew it would impact case life.    We communicated with claims that if they need an immediate response to call us and we'll do it right away.    At this time we have a pending of 600 cases and we want to get them back to claims as soon as possible to end the year strong in SIU and Liability.

In the meantime I'd like to offer overtime to the internal associates who can work these cases. These associates are paid by the minute and would receive time and half once they hit 40 hours. I'd like to offer 10 hours per associate this week and an additional 10 hours next week.    The OT this week would not impact us as much financially since the holiday is on Thursday.

| Activity Month | New Assigned Cases | Closed Cases | Feature Impact Ratio | Assign to SIU Close Without EUO/EUO Attend | D3 Partial Denial |
|---|---|---|---|---|---|
| 2018-11 | 310 | 155 | 13.60% | 28.3 | 21 |
| 2018-10 | 606 | 326 | 15.70% | 19.6 | 52 |
| 2018-09 | 273 | 270 | 16.70% | 23.2 | 42 |
| 2018-08 | 415 | 414 | 16.30% | 19.7 | 68 |
| 2018-07 | 397 | 321 | 17.70% | 16.7 | 59 |
| 2018-06 | 398 | 375 | 12.20% | 12.8 | 44 |
| 2018-05 | 526 | 475 | 16.60% | 7.9 | 80 |
| 2018-04 | 343 | 361 | 15.40% | 9 | 57 |
| 2018-03 | 381 | 362 | 15.60% | 7.9 | 58 |
| 2018-02 | 415 | 368 | 11.10% | 5.8 | 42 |
| 2018-01 | 260 | 254 | 17.40% | 6.1 | 48 |
| Total: | 4,324 | 3,681 | 15.30% | 13.3 | 571 |

**Pilot with Vendor**

Confidential

G010850

Alan negotiated the cost of $125/case which matches our cost when we do it internally.   If we send 30% of the referrals directly to the vendor it will cost between 15-20k per month.   I'm requesting we utilize them to help offset the received and do a side by side comparison with their turnaround time and quality after 2 months to determine if it's worth using them as a long term option.

Thank you,
Bill


Sensitivity: Confidential

Confidential

G010851