# Exhibit 42

# Employment Contents

## Your Employment                                                                        2-1

Full-time Employment ............................................................................................2-1
Part-time Employment ...........................................................................................2-1
Temporary Employment .........................................................................................2-1
Classifications .......................................................................................................2-1
    Nonexempt Associates .................................................................................2-1
    Exempt Associates.......................................................................................2-2
    Officers......................................................................................................2-2
Benefits.................................................................................................................2-2
    A full-time associate is eligible for the following benefits:..............................2-2
    A part-time associate is eligible for the following benefits: ...................................2-3
    A temporary associate is eligible for the following benefits: ...............................2-4
Required Documentation for New and Rehired Associates...................................2-5
Rehires and Service Dates ....................................................................................2-5
First Day at Work – GEICO 101 .............................................................................2-5
Orientation Period.................................................................................................2-6
    Purpose of Orientation Period .....................................................................2-6
    Length and Extension of Orientation Period .................................................2-6
    Unsatisfactory Performance during Orientation Period...................................2-6
    Orientation Period Responsibilities ..............................................................2-7
    Promotion, Demotion, Lateral Transfer........................................................2-7
        Administrative Performance Ratings ...................................... 2-7
        Orientation Period Following Promotion, Demotion or Lateral Transfer . 2-8
Performance Appraisal ..........................................................................................2-8
    Frequency and Timing of Performance Appraisals ........................................2-8
    Components of the Performance Appraisal ...................................................2-8
    Goal Setting................................................................................................2-9
    Performance Appraisals and Job Development .............................................2-9
    Performance Appraisal Ratings....................................................................2-10
Mid-Year Development Conference (MYDC) ..........................................................2-11
    Performance Support Factors ......................................................................2-11
    Associate Self-Appraisal .............................................................................2-12
    Writing a Good Action Plan .........................................................................2-12
    Mid-Year Development Conference Outcomes ..............................................2-12
Job Post.................................................................................................................2-13
    What is Job Post? .......................................................................................2-13
    Requirements for Job Post Consideration.....................................................2-13
        Promotion.......................................................................... 2-13
        Lateral transfers and posts for lower level position............................ 2-14
    Job Post Application Procedure....................................................................2-14
Education Requirements for Management Positions ...........................................2-14
    Why Education Requirements? .....................................................................2-14
    Core Courses .............................................................................................2-15
    Definition of Actively Pursuing ....................................................................2-16
    Verification of Education Requirements When Posting for a Management Position2-16

Moving and Transfer ............................................................................................................2-16
    Reimbursement of Moving Expenses ...................................................2-17
Job Rotation ...........................................................................................................................2-17
    Associate Job Rotation ........................................................................2-17
    Job Rotation Policy..............................................................................2-17
    Reimbursable Expenses – for Job Rotation .........................................2-17
        Housing - Currently Renting at the Home Location.............................. 2-17
        Housing - Currently a "Homeowner" in the Home Location ................. 2-18
        Additional and Necessary Living Expenses .......................................... 2-18
    Time Allowed for Moving to a Temporary Location ...........................2-18
    Visiting Home during a Temporary Job Rotation ...............................2-18
    Salary Adjustments/Bonus Considerations..........................................2-19
    Taxes ...................................................................................................2-19
    Limited Moving Package for Job Rotation...........................................2-19
    Job Rotation Expense Responsibilities.................................................2-20
        Department Heads ................................................................................ 2-20
        Associate ............................................................................................. 2-20
    Termination of a Rotational Assignment..............................................2-20
Corrective Action Policy .......................................................................................................2-20
    Administrative Leave ...........................................................................2-21
    Gross Misconduct ................................................................................2-22
Personal Conduct off the Job ................................................................................................2-22
Resignation of Employment ..................................................................................................2-22
    Voluntary Resignation .........................................................................2-23
    Exit Interview......................................................................................2-23
    Retirement Policy ................................................................................2-23
Employment and Income Verification ...................................................................................2-24
Use of Premises .....................................................................................................................2-24
    Office Safety........................................................................................2-24
        Preventing Slip, Trip and Fall Accidents ............................................. 2-24
        Workplace Safety Precautions ............................................................. 2-24
        Report Accidents and Injuries Immediately.......................................... 2-25
    Audio/Visual Equipment Use in the Workplace...................................2-25
    Social Functions ..................................................................................2-25
Vehicle Use for Company Business ......................................................................................2-25
    Use of Company Fleet Vehicles ...........................................................2-26

Confidential

G000162

# Your Employment

## Full-time Employment

Candidates who are hired on a full-time basis with an expected tenure of more than three months are hired as full-time associates.

Full-time associates are eligible for benefit programs after meeting any specific length-of-service requirements.

The Company has many different work shifts. These shifts are necessary to provide service to customers 24 hours a day, 365 days a year.

## Part-time Employment

Associates who regularly work less than 38.75 hours a week or are hired for a short term (less than three months) are considered part-time associates. If a part-time associate works full-time hours and the employment status changes so that the tenure is going to exceed six months, the associate should be reclassified to full-time status in Workday, the human resources and payroll systems used by the Company.

## Temporary Employment

A temporary associate generally is hired for three months or less to complete special projects and/or to participate in the Company's college or high school intern program. The temporary associate's employment may occasionally extend beyond three months but should not last more than six months. If the temporary associate remains employed beyond six months, his/her associate type should be reclassified from temporary to regular status in Workday.

NOTE: All temporary associates must be coded as part-time in Workday, regardless of the number of hours worked in a work week or pay period.

## Classifications

### Nonexempt Associates

Nonexempt associates are those whose principal duties generally involve following established procedures or repetitive functions, the clerical processing functions of our Company or who work in maintenance jobs. Nonexempt associates are eligible for overtime pay based on the Fair Labor Standards Act. All associates in Grades 51 through 58 and certain positions in Grades 60 and above, in order to comply with the Fair Labor Standards Act, are always nonexempt, and the incumbents are eligible for overtime pay.

Confidential                                                                    G000163

## Exempt Associates

Exempt associates are those whose jobs require exercising discretion and independent judgment. Discretion and independent judgment means making an independent choice in matters of significance free from immediate supervision and with respect to matters of significance.

Exempt associates are not eligible for overtime pay. Exempt associates may be expected to work some hours outside of their regular work schedule.

## Officers

Officers are elected by and serve at the discretion of the Board of Directors and are subject to annual re-election.

# { XE "Benefits" \r "D2HBBenefits4" }Benefits

Please consult the Benefits Handbooks on the Human Resources site for more detailed information on benefits.

**The following benefits are available for full-time and part-time associates:**
- Profit Sharing Plan
- Associate Assistance Program (AAP)
- Voluntary Group Accident Insurance (AD&D)
- Travel Accident Plan
- Medical Plan (available for full-time associates and <u>eligible</u> part-time associates; ineligible part-time associates are working retirees; temporary associates (e.g., college and high school interns or other summer/seasonal associates) also are ineligible)

**The following benefits are available for full-time associates only:**
- Dental Plan
- Vision Plan
- Flexible Spending Account
- Group Life Insurance Plan
- Long Term Disability Plan
- Adoption Assistance Program

## A full-time associate is eligible for the following benefits:

*in first month:*
- 401(k) Savings Plan (automatically enrolled at a 3% pretax contribution level in the 401(k) Savings Plan; associate may choose to contribute at a different percent or opt out of contributing)
- Adoption Assistance Program
- Associate Assistance Program (AAP) (click here for AAP site)
- Dependent Care Flexible Spending Account (if elected)
- Health Care Flexible Spending Account (if elected)
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Voluntary Long Term Disability Insurance (if elected)
- Basic Group Life Insurance
- Optional Additional Group Life Insurance
- Holidays (six regular, plus four floating holidays are paid)
- Bereavement Leave
- Jury Duty Leave
- Military Leave
- Personal Leave
- Work Injury Leave
- GEICO Federal Credit Union

- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)
- Matching Educational Contributions (matched two to one up to $10,000 annually)
- GEICO Learning Center
- Fitness Center (some locations)

### after 76 – 89 days (the waiting period for the following benefits varies due to the two-week pay periods):

- Medical Insurance (if elected)
- Dental Insurance  (if elected)
- Vision Coverage (if elected)
  **NOTE:** Medical, dental and vision coverage is effective on the first day of the pay period following 76 days of service provided the associate completes and submits in Workday an online benefit election and supporting documentation (e.g., birth certificate, marriage certificate) within 31 days from the associate's date of hire.

### after three months:

- Sick Time Off (Care Time)

### after six months:

- Vacation Time Off
- Tuition Reimbursement (following completion of Orientation Period)
- Insurance Studies Program (following completion of Orientation Period)

### after one year:

- Profit sharing award, if any, including Company contribution portion of Profit Sharing Plan held at Vanguard. Note the full-time associate must meet a six months service requirement to become a participant under the Profit Sharing Plan.  A full-time associate hired in January becomes an eligible participant under the Company contribution portion of the Profit Sharing Plan if the associate is credited with six months of service by the following December 31.
- Scholarships for associates' children for private high school, vocational school and college
  - The Snyder Family Education Assistance Program *(high school)*
  - GEICO Family Scholars Program *(vocational school and college)*
  - Betty Gael Davidson and the Lorimer A. Davidson Scholarships *(college)*
  - Davidson Distinguished Scholars Program (*college*)
  - Georgie and William B. Snyder Scholarships *(college)*
  - Dorothy and Jack Byrne Scholarship (*college*)
  - David Lloyd and Carmen Kreeger Scholarship for The Arts *(college)*

### after three continuous years:

- Basic and Buy-up Long-term Disability Plan

## A part-time associate is eligible for the following benefits:

### in first month:

- 401(k) Savings Plan: (automatically enrolled at a 3% pretax contribution level in the 401(k) Savings Plan; associate may choose to contribute at a different percent or opt out of contributing)
- Associate Assistance Program (AAP) (click here for AAP site)
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Holidays (if regularly scheduled to work on Company observed holiday)
- Jury Duty Leave
- Bereavement Leave
- Work Injury Leave
- GEICO Federal Credit Union

---

Confidential

G000165

- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)
- Matching Educational Contributions (matched two to one up to $10,000 annually)
- GEICO Learning Center
- Fitness Center (some locations)

### after 76 – 89 days (the waiting period varies due to the two-week pay periods):

- Medical Insurance (if elected)
  **NOTE:** Coverage is effective on the first day of the pay period following 76 days* of service provided the associate completes and submits in Workday an online benefit election and supporting documentation (e.g., birth certificate, marriage certificate) within 31 days from the associate's date of hire.

### after 85 days (if associate works in a Jurisdictional Paid Sick (JPS) location):

- Sick Time Off (Care Time)

### after six months:

- Vacation Time Off

### after one year:

Profit sharing award, if any, including Company contribution portion of Profit Sharing Plan held at Vanguard. Note the part-time associate must meet a service requirement - at least 1,000 hours in the part-time associate's first year of employment or any year thereafter – to become a participant under the Profit Sharing Plan. A part-time associate hired in January becomes an eligible participant under the Company contribution portion of the Profit Sharing Plan if the associate works at least 1,000 hours by the following December 31.

### after three continuous years:

- Scholarships for associates' children for vocational school and college:
  - GEICO Family Scholars Program *(vocational school and college)*
  - Betty Gael Davidson and the Lorimer A. Davidson Scholarships *(college)*
  - Davidson Distinguished Scholars Program *(college)*
  - Georgie and William B. Snyder Scholarships *(college)*
  - Dorothy and Jack Byrne Scholarship *(college)*
  - David Lloyd and Carmen Kreeger Scholarship for The Arts *(college)*

## A temporary associate is eligible for the following benefits:

### in first month:

- 401(k) Savings Plan: automatically enrolled at a 3% pretax contribution level in the 401(k) Savings Plan; associate may choose to contribute at a different percent or opt out of contributing
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Jury Duty Leave
- Bereavement Leave
- Work Injury Leave
- GEICO Federal Credit Union
- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)
- Matching Educational Contributions (matched two to one up to $10,000 annually)
- GEICO Learning Center
- Fitness Center (some locations)

Confidential                    G000166

# Required Documentation for New and Rehired Associates

In addition to the electronic application an associate completed when seeking a job with the Company, INS Form I-9, required by the Immigration Reform and Control Act of 1986, must be completed when the newly hired associate first reports to work or returns to work after being rehired.

Under the Immigration Reform and Control Act of 1986, the Company must verify that every new associate is either a U.S. citizen or authorized to be employed in the U.S. In compliance with IRCA, the associate and the Company must complete INS Form I-9, verifying the associate's identity and indicating that the associate is authorized to work in the U.S.

The INS Form I-9 must be completed no earlier than the associate's first day of work and eligibility verification must be completed within three (3) business days of the associate's first day of work. If an associate is unable to provide the document or documents necessary for verification within the required time, he/she must present a receipt for application for such documents within three (3) days of the associate's first day of work and present the required documents within 21 days of the associate's first day of work.

Once an associate *no longer works for the company*, the INS Form I-9 must be retained for either three years from the date of the associate's first day of work or one year after the associate's termination of employment date, whichever is the later date.

*NOTE: A newly hired associate's INS Form I-9 must be maintained by the location's Human Resources Department where the associate is hired. The INS Form I-9 must always be maintained in a file separate from the associate's personnel and benefit records. The INS Form I-9 is to be maintained in the file once the form is completed by the associate. If the associate transfers to a new location, the Form I-9 is NOT to be sent to the new location.*

Other forms and documentation, which may be in paper or electronic form, required of new and rehired associates include:

1. Acknowledgement of Receipt of GEICO Information Users Policy (OP68-B) for all associates issued a userid or when a new userid is issued.

2. Work Permits for associates less than 18 years of age (unless local law permits exclusion).

3. Outside Employment (D122).

4. Profit Sharing New Hire Automatic Payroll Deduction Acknowledgement (D404A).

5. Acknowledgement of Receipt of Policies and Availability of Handbooks.

# Rehires and Service Dates

The hire date reflected in Workday for an associate who terminates and is subsequently rehired is the associate's most recent date of hire by the Company. Workday also reflects the associate's original hire date. The time off service date in Workday is the date used to determine the rehired associate's time off accruals. The associate's seniority date is an adjusted service date to reflect the interruption in his/her employment. Contact local Human Resources with any questions about a rehired associate's service records in Workday.

Also refer to the Attendance and Leave Policies section in the Associate Handbook 1 for information regarding the impact of being rehired on leave accruals and being rehired after Military Leave.

# First Day at Work – GEICO 101

All new and rehired full-time and part-time associates will report to local Human Resources at the start of their first day of work, usually a Monday, unless otherwise instructed. All new associates are expected to attend an in-person onboarding session called GEICO 101. During GEICO 101, the new associates will learn more about the Company's history, the operating principles, benefit programs, key HR information, and commitment to providing excellent

customer service. All new and rehired associates complete various onboarding steps through Workday, including their tax withholding elections, signing up for direct deposit of their pay, completing benefits enrollment, verifying their personal information, and providing their emergency contact information.

Following GEICO 101, the new or rehired associate will be taken to his/her training area/new work area by a representative from the department where the new or rehired associate will work.

# Orientation Period

An associate is considered on "Orientation" when the associate is:
- newly hired or rehired
- promoted, demoted, or laterally reclassified

An Orientation Period form (ER-12) is the official document used to record the progress of an associate during his/her Orientation period, although other means of documenting the Orientation period may be used.

## Purpose of Orientation Period

The Orientation period:

- Does not imply or guarantee any length of service or alter the at-will employment relationship.

- Provides an opportunity to determine if the job is right for the associate.

- Provides the associate an opportunity to demonstrate fitness for the job by performing the job responsibilities at an acceptable rate of progress while the associate is a trainee. Once the associate becomes fully trained, the associate must perform at the good level or better; however, the associate is to complete the entire Orientation period even though he/she becomes fully trained prior to its completion. This allows the associate to demonstrate fitness for the position for an appropriate period of time.

- Provides an opportunity for the Company to evaluate the associate's performance, behavior and attendance to determine suitability for continued assignment to those responsibilities.

- Provides the associate time to determine if he/she has made the right job choice.

## Length and Extension of Orientation Period

The Orientation period generally runs six months or up to nine months for certain jobs that require a longer training period (i.e., service, telephone claims representative). The Orientation period may be extended beyond the initial six months (up to nine months, if applicable) by the associate's supervisor as needed if the associate is making satisfactory progress in his/her job and it is believed that given a reasonable amount of additional time, the associate will be able to perform the job in a satisfactory manner. The Orientation period is not to be extended in cases of poor attitude, behavioral problems, or unsatisfactory attendance/tardiness.

During the Orientation period, the supervisor will conduct periodic performance reviews. These will be as frequent as necessary to keep the associate updated on how he/she is performing.

After completion of the associate's Orientation period, regularly scheduled performance appraisals of the associate by the supervisor provide further opportunities to review the associate's progress and performance.

## Unsatisfactory Performance during Orientation Period

During the initial Orientation Period, an associate who is newly hired into the Company and does not perform at a level satisfactory for a trainee within a reasonable length of time may be removed from that job and his/her employment terminated.

A promoted, demoted, or laterally transferred associate who has not successfully completed his/her Orientation Period will:

Confidential                                                                                              G000168

- return to the job last held, if open, in which the associate's ability to perform satisfactorily has been demonstrated, or

- transfer to an open job more appropriate to the associate's demonstrated abilities, or

- be placed on corrective action for performance or be allowed to resign if neither of the above alternatives is feasible.

An associate transferred to another job classification because he/she has not demonstrated satisfactory performance during his/her Orientation period will begin a new Orientation period as of the date assigned to the new job classification.

**NOTE:** At **any time** during the Orientation period, a decision may be made to remove the associate from the job through transfer, demotion, or termination of employment. If the associate is reclassified or demoted, the associate's new supervisor will initiate a new six month Orientation period beginning with the date the change in job is effective.

## Orientation Period Responsibilities

### *The associate is responsible for:*

1. Discussing with the supervisor the required job knowledge to meet or exceed the Orientation period requirements.

2. Demonstrating fitness for retention in the job classification through performance which meets or exceeds the Orientation period requirements.

3. Following up with the supervisor when goals cannot be met because of factors beyond the control of the associate (e.g., additional training needed, work flow problems, etc.).

4. Commenting on personal progress toward achieving the goal tasks to be learned in each segment of the Orientation period in the "ASSOCIATE'S COMMENTS" section of the form. Suggestions on methods to improve training are welcomed.

### *The immediate supervisor is responsible for:*

1. Initiating the Orientation period form (ER-12) for any new, promoted, reclassified or demoted associate and returning completed Orientation period forms within five days of the Orientation period termination date.

2. Using a Performance Guide & Appraisal (D-91) upon completion of the Orientation Period to set goals applicable to the next Performance Appraisal date. The associate and supervisor complete Section I.

3. Initiating a salary action, if appropriate, upon the associate's satisfactory completion of his/her Orientation period. See *Salary Action Following Orientation Period for Newly Hired Associates* in the Salary Administration chapter of the Supervisor's HR Guide.

### *The Human Resources department is responsible for:*

1. Auditing the Orientation period forms to ensure the forms are properly completed and returned on schedule.

2. Assisting the supervisor in taking the appropriate employment action when the supervisor determines the associate on orientation should **not** be retained or should be reassigned or demoted.

## Promotion, Demotion, Lateral Transfer

### *Administrative Performance Ratings*

If an associate is laterally transferred, promoted, or demoted from one position to another, an administrative performance rating will be completed by the supervisor transferring the associate. This will be used as the basis for recommending a salary action during the annual merit review process in March. The salary recommendation will be determined by prorating the amount of the increase by the amount of time spent in each job and by the performance in each job.

For example, an associate worked six months in one position, was rated "Good" (3) and would have been eligible for a 4% salary increase on an annualized basis. The associate also worked for six months in another job, was rated "Very

Confidential                                                                                                            G000169

Good" (4) and would have received a 6% increase on an annualized basis. In this example, the associate would receive 6/12 of 4% = 2%; and 6/12 of 6% = 3%; for a 5% annual merit salary increase (2% + 3% = 5%).

### *Orientation Period Following Promotion, Demotion or Lateral Transfer*

When an associate enters a new position through a promotion, demotion, or lateral transfer, the associate will be placed on Orientation status by the immediate supervisor receiving the associate and goals must be set for the Orientation period.

At the conclusion of the Orientation period, the associate and his/her supervisor must establish goals on the Performance Appraisal form (D-91) to cover the period of time until the next regular Performance Appraisal review, usually during the January/February time period.

When an associate has completed Orientation in TCR 1, TCR 2, PIP or Continuing Unit, the associate may be eligible for a salary increase of up to 3% based on his/her performance while on Orientation. The new annual salary may not exceed the grade's midpoint. This salary action is not intended to result in a prorated annual salary adjustment during the during the annual merit review process.

Any other associate who has completed Orientation is not eligible for a salary action. The associate's salary review period will be based on the salary review guidelines.

# Performance Appraisal

The concept of performance appraisal is based on the belief that each associate needs to know what his/her responsibilities and job goals are, and that each associate is entitled to objective feedback on his/her personal performance in relation to those goals and responsibilities. The Performance Appraisal process in Workday is built upon the working relationship between the associate and his/her immediate supervisor.

To ensure that individual performance is evaluated and recognized in a logical manner, the Performance Appraisal process in Workday is based principally upon work-oriented criteria.

An associate's job performance is a primary factor in determining his/her salary within the salary pay range. Other factors may include rate of progress, attendance and each associate's current position in the pay range for his/her grade.

## Frequency and Timing of Performance Appraisals

After the initial Orientation Period, Performance Appraisals for all associates are conducted during January and February of the year following the appraisal year. All associates are rated (performance rating) and then ranked against other associates in their department. Rankings take into account performance, individual contributions, team participation, and an associate's overall effect on the success of the unit.

## Components of the Performance Appraisal

**Goals:** A goal is a specific written statement of the results to be achieved. A goal reflects the "Good" rating level unless otherwise indicated on the form. Goals should attempt to cover 80% or more of the job being performed.

As much as possible, a goal should be:
- **Measurable -** to enable periodic evaluation of its attainment
- **Attainable -** not beyond the capacity of a trained, competent associate
- **Challenging -** aimed at eliciting performance beyond that currently being produced
- **Scheduled -** containing a target date for evaluation of its attainment
- **Significant -** directly related to a key results area of the job

**Core Goals:** Goals are weighted based on the focus of the Company and can change in weight over time. However, if any of the core goals is rated lower than a Good (3.0), even if the final rating is a Good (3.0) or better, management must take appropriate action including but not limited to Performance Improvement Plan (PIP), Warning, and/or no merit increase.

**Measurement of Achievement:** A measurement of achievement is a specific reference by which the degree of achievement is identified. Examples include standards, reasonable expectancies, reports, statistics, records and/or observable results.

**Target Date:** A specific date by which an established goal is to be accomplished. This date must be realistic for the accomplishment of the goal.

**Other Factors:** Other Factors are those characteristics which will contribute significantly to the associate's job success during the rating period. Examples include timeliness, accuracy, speed and neatness, among others.

**Personal Development:** Those goals and activities that will aid the associate in further developing current job skills and/or preparing for the future job opportunities. These goals do not include **required** training or experience necessary as part of the present job.

**Accomplishments:** Accomplishments are statements of what was actually achieved during the rating period. These statements should include specific measures of these achievements whenever possible.

## Goal Setting

**Establishing Performance Goals:** Goals are specific written statements of the results to be achieved by the associate. The establishment of a goal raises the stature of "work" to that of accomplishment when the goal is reached. It is essential that each goal is realistically attainable and represents a "good" level of performance unless otherwise indicated on the form.

A goal setting session should be conducted with each associate and should be an identification of the individual's specific goals based on job duties and the Company/departmental plans for the coming review period. The goal-setting meeting between the associate and the supervisor should begin by reviewing the associate's job description and defining those areas which are basic and essential to "Good" performance in the job. After this has been completed, the supervisor and associate should review each of the following items which are applicable to the particular associate's situation:

- existing standards
- departmental plans and goals, identifying those areas for which the associate is responsible
- areas of the associate's performance which offer opportunity for improvement
- other areas that should be maintained for the associate to continue to be successful

**Establishing a Target Date:** Once the goals and measurements of achievement are agreed upon, an estimated target date for attainment of each goal should be identified. Target dates must be realistic, taking into account the strengths and limitations of the associate based on past and potential performance.

## Performance Appraisals and Job Development

**Appraising Performance Results:** As the end of the appraisal period approaches, the supervisor and associate must prepare for a face-to-face discussion of what results have been achieved in relation to each of the associate's goals.

The meeting to discuss results or the "appraisal interview" should be scheduled with enough advance notice to permit each party to review all pertinent, available facts, prepare a rough draft appraisal and outline tentative future goals.

Prior to the interview, the associate must complete a self-appraisal documenting his/her contributions and offer his/her own opinions. This will give the associate a chance to rate actual performance against agreed upon goals.

Supervisors will complete Performance Appraisals evaluating each associate's job performance since the last appraisal.

The supervisor and associate meet to discuss performance, contributions, any areas that need to improve and the associate's job development:

- to discuss how his/her performance compares to performance standards and review contributions and any areas that may need to improve
- to review the associate's career development plans
- a way to identify and measure individual strengths and weaknesses by discussing attainment of goals and rate of progress on the job
- a format and specific time to set new performance goals and work out a program to meet those goals

Confidential                                                                                                 G000171

- to list training, education and developmental action plans
- a basis for salary recommendations

## Performance Appraisal Ratings

The end result of the performance appraisal process is the identification of how well the associate has carried out designated goals (the degree of success achieved) and the performance rating.

The performance rating an associate may receive ranges from Unsatisfactory (1.0) to Outstanding (5.0). Performance ratings are based on the achievement of goals, attendance, attitude, contributions to the overall success of the work unit, and other objective and subjective factors that may be useful in determining an individual's overall work performance.

Associates rated less than Good (3.0) are not eligible for a salary increase and will be placed on a Performance Improvement Plan (PIP) or a Warning if warranted. The purpose of the PIP is to help the associate improve his/her performance to an acceptable level through regular progress reviews by the supervisor. Associates whose performance continues to be rated less than Good (3.0) will be subject to further corrective action up to and including terminataion of employment.

| PA Rating | Description and Definition |
|-----------|---------------------------|
| 1.0 – 1.9 | **Unsatisfactory:** Consistently fails to meet standards/goals for job. A Performance Improvement Plan is required or if warranted, a written warning. Transfer to a more suitable job, or further corrective action up to and including termination of employment may be necessary if significant improvement is not made. |
| 2.0 – 2.9 | **Fair:** Meets most standards/goals for job. Level of performance is less than expected in some areas. Areas for improvement are needed and noted in appraisal. |
| 3.0 – 3.9 | **Good:** Consistently meets and occasionally exceeds standards/goals for job. Makes full use of ability and experience to produce the desired results expected from a qualified associate. |
| 4.0 – 4.9 | **Very Good:** Consistently meets and often exceeds standards/goals for job. Actively contributes to the achievement of overall unit, department and Company goals. The performance is well above the good level. |
| 5.0 | **Outstanding:** Consistently exceeds all standards/goals for job. Seeks new and better ways to accomplish tasks. Very capable and versatile in adjusting priorities to current unit, department and Company needs. |

## Performance Ratings for Associates in Training

A five-point rating scale will be used for each Trainee once his/her Orientation Period is completed. During the Orientation Period, a trainee's performance is reviewed at least every 60 days. A thorough review and discussion of the trainee's performance and progress are the center of each interim Orientation Period review.

The five summary ratings for associates in Training are:

| PA Rating | Description and Definition |
|-----------|---------------------------|
| 1.0 – 1.9 | **Unsatisfactory:** Trainee has not made satisfactory progress in acquiring the knowledge, skills and experience necessary to perform the major tasks of the job. Does not achieve training goals. |
| 2.0 – 2.9 | **Fair:** Trainee has made adequate progress in learning the job but improvement is necessary as noted in the Orientation Period review or performance appraisal. Usually achieved training goals but level if performance is less than expected. |
| 3.0 – 3.9 | **Good:** Trainee has learned the job at a consistent and expected rate. Achieved training goals. |
| 4.0 – 4.9 | **Very Good:** Trainee has learned the job at a faster than expected rate. Consistently met and occasionally exceeded training goals. Performance is well above the good level for trainees. |
| 5.0 | **Outstanding:** Trainee quickly mastered new job. Exceeded all training goals for job. |

# Mid-Year Development Conference (MYDC)

The Mid-Year Development Conference (MYDC) is a one-on-one meeting held typically from June to August between an associate and his or her supervisor. It is required for all levels of management. The mid-year review is intended to support management development efforts as well as overall associate development.

- The conference centers on:
  - o assessing the associate's leadership strengths and opportunities,
  - o identifying developmental opportunities,
  - o creating developmental action plans, and
  - o reviewing the associate's performance appraisal goals.

- **The MYDC is NOT a Performance Appraisal,** in that it differs in its focus. During the annual performance appraisal meetings, the focus is on performance evaluation, ranking and salary recommendations.

- **The focus of the MYDC is on individual development**. Current performance is reviewed, but used as a factor for determining developmental needs. This provides an opportunity for associates to be more open when identifying and discussing their developmental needs.

- **The emphasis is on leadership**. Current leadership skills and abilities are evaluated and discussed. The associate evaluates his or her leadership strengths against an array of leadership characteristics and behaviors, depending on the level of management within the Company, such as accountability, driving to be the best, coaching, business acumen, strategic and analytical thinking, fact based management, and value driven customer focus.

**The MYDC covers seven areas:**

1. The associate's progress on performance appraisal goals covering the period from January 1.

2. The identification of any actions needed to improve the associate's performance and to prepare him/her for future job opportunities.

3. The associate's progress toward meeting the Company's education requirements for management associates and the associate's education plan if those requirements are not yet met.

4. The associate's leadership strengths and opportunities.

5. The associate's progress on existing developmental action plans and activities.

6. An update or revision of development plans that the associate has been unable to implement or that have not resulted in the desired improvement.

7. An identification of additional areas for development and the creation of new developmental action plans.

The Management Development Tracker (MDT) is used to record the leadership assessment process and to certify completion of the Mid-Year Development Conference. Resources for the MYDC can be found on the <u>Talent Management site</u>.

## Performance Support Factors

Performance support factors are aspects of an associate's performance that contribute to success in the job. Attention should be given to these factors when considering the associate's performance and developmental needs. The performance support factors include but are not limited to:

- **Customer Focus:** Associate gives high priority to customer satisfaction (internal/external). Seeks to provide all customers with an "A" level experience.

- **Work Organization and Time Management:** Associate effectively organizes desk, materials, files and procedures. Manages time to achieve results. Focuses on work priorities.

- **Problem Solving/Decision Making:** Associate gets to the root causes of problems. Develops workable and creative solutions. Make decisions within the scope of his/her authority.

- **Attendance:** Associate meets all standards for attendance/punctuality, adheres to work schedules and completes assignments on time.

- **Teamwork/People Skills:** Associate relates well to other associates and functions well as a team member. Listens and builds rapport to achieve and maintain constructive and effective relationships. .

- **Communication:** Associate expresses ideas clearly in oral and written form.

- **Initiative:** Associate takes independent actions appropriate to the job. Makes suggestions to improve business processes.

## Associate Self-Appraisal

**Prior to the MYDC**, the associate should complete a Leadership Assessment Form (LAF) self-appraisal to include:

- Developmental accomplishments including progress on developmental action plans, classes/training completed and special projects

- College and core course requirements (if member of management or aspiring to be in management)

- Areas for development

- Developmental action plans

- Performance accomplishments, including numerical results and ratings

In completing the self-appraisal, the associate should consider the following questions:

- What critical skills or abilities does my job require?  To what extent do I demonstrate them?

- What goals or standards am I not meeting?  What development activities will help me better achieve my goals?

- What are the development activities that will help prepare me for future job opportunities?

## Writing a Good Action Plan

Action plans are the keys to ongoing associate development. The more specifically written, the more likely the action plan will result in the associate's growth.

Action plans must include three components:

- **Specific action to be taken:**  Explicit act - a detailed description of what the associate will do.

- **Clear target dates for follow-up/evaluation:**  A timetable that clearly shows key dates and deadlines.

- **Precise measure of success:** A measurement that will be used to monitor progress or measure success or failure of the actions taken.

The associate writes the action plans and the supervisor reviews/edits them to ensure they are appropriately specific while including all components.

## Mid-Year Development Conference Outcomes

A successful MYDC will provide the associate with a meaningful developmental dialogue resulting in actionable items concerning:

- **Performance Goals:** A clear understanding of the associate's performance in relation to departmental goals.

- **Areas for Development:** A better understanding of the developmental areas where improvement will contribute to the associate's current job performance and increase future job opportunities.

- **Progress Achieved:** Feedback on how effectively the associate has implemented current developmental plans.

- **Developmental Goals:** Three to five developmental goals for the associate to pursue over the next six to 12 months.

Confidential                                                                                              G000174

# Job Post

## What is Job Post?

The Company tries to fill jobs from within whenever possible. In rare instances, the Company may decide to fill jobs from outside the ranks of our associates (e.g., when a better qualified candidate is available or in support of a business objective as identified by senior management). In all cases, candidates who job post or apply from outside are selected solely on the basis of qualifications without regard to race, color, religion, gender, sexual orientation, age, national origin, marital status, disability, or genetic information.

Job Post is an equal opportunity employment program offered by the Company. It provides information about available opportunities and gives associates the opportunity to express interest in being considered for posted job opportunities and to pursue new positions. Job Post provides a system for associates to apply for jobs that open up within the Company and to be considered on the basis of qualifications for promotion or transfer.

Job Post provides managers with a tool to recruit qualified internal candidates. The manager with a job opening (i.e., the hiring manager) submits a Job Post online indicating the essential functions of the job and required skills/education to perform the job. In some instances, management may choose not to Job Post a position. These exceptions must be approved by Corporate Human Resources.

Associates may apply or be considered for job opportunities as they occur, regardless of whether the openings are in the associates' current department. The hiring manager is to interview every qualified Job Post candidate.

To provide adequate notice of job openings, all positions must be listed on Job Post for at least seven full calendar days. In addition, because the Company tries to fill jobs from within whenever possible; a position may not be advertised on the outside until the seven day timeframe has been met. Any exceptions to the seven day job posting requirement (including the number of days before advertising the position on the outside) must be approved by the location's Human Resources manager.

Candidates applying from outside the Company must complete an online application at www.geico.jobs and then may be interviewed and considered for a vacant job if they are more qualified than the internal Job Post applicants.

After a position is filled, it is the responsibility of the manager who posted the job to remove the job from the Job Post system.

## Requirements for Job Post Consideration

Sales, service and claims positions may require licensing depending on individual state laws. It is the associate's responsibility to inquire whether the position he/she is applying for requires a license, and if it does, to notify the hiring manager if the associate has any concerns about his/her ability to become licensed.

An associate must have satisfactory attendance to job post for promotion, lateral or demotion.

### Promotion

Any associate may apply for promotional opportunities if he/she:

1. Has successfully completed the Orientation Period,

2. Is rated and performing in his/her current position at or above the performance rating set by the posting location which cannot be less than a rating of "good" (3.0),

3. Has satisfactory attendance,

4. Has requisite educational background, experience and work habits needed to succeed in a higher level position,

5. Can be expected with guidance and normal training to handle the functions of a higher level position.

6. Meets or is actively pursuing the Company's education requirements if the Job Post is for a management position. See the following Education Requirements section or click the link to review the site with detailed information and FAQ's: **Education Requirements for Management Associates**.

Confidential                                                                                    G000175

Once an associate is selected for a promotional opportunity, the associate is to be released by the department as soon as practical, usually within 30 days unless other arrangements are made.

### Lateral transfers and posts for lower level position

An associate may apply for posted positions to pursue future career development opportunities or explore new job opportunities made available or necessitated by operational changes or departmental changes, or the manager and associate believe there would be a better fit in another department.

The associate must complete orientation to be eligible to post for a lateral position. To post for a lateral position or a demotion, the associate must have satisfactory attendance and must be rated in the current position at or above the performance rating set by the posting location (which cannot be less than Fair (2.0)). If the associate's rating is Fair (2.0 - 2.9) or at the standard set by the posting location, the supervisor is to carefully evaluate the associate to ensure the requirements of the other job are not linked to the weaknesses demonstrated in the current position.

Once an associate is selected for a specific lateral transfer, the associate is to be released by the department as soon as practical, usually within 30 days unless other arrangements are made.

**NOTE**:  Management associates must pursue the education requirements to be eligible for promotion to any other management job or for a lateral transfer outside of his/her current area (e.g., claims, underwriting, IT, etc.).

## Job Post Application Procedure

To post for a promotion, lateral position or a demotion, the associate must have satisfactory attendance and must be rated in the current position at or above the performance rating set by the posting location (which cannot be less than Fair (2.0)).  If the associate's rating is Fair (2.0 - 2.9) or at the standard set by the posting location, the supervisor is to carefully evaluate the associate to ensure the requirements of the other job are not linked to the weaknesses demonstrated in the current position.  Once an associate is selected for a promotion, lateral position or demotion, the associate is to be released by the department as soon as practical, usually within 30 days unless other arrangements are made.

# Education Requirements for Management Positions

Candidates for management positions must meet the Company's undergraduate degree and core courses requirements to be eligible to post for promotional opportunities or other management positions.  These education requirements help ensure that candidates for these positions have the necessary knowledge and skills for the job.

Being successful in the insurance business is difficult and challenging. The need to absorb, analyze and understand information is critical for success, and it gets more critical every day. The Company needs highly motivated and dedicated people. It also needs smart and well-educated people – especially those who make up the management team. To help ensure that management associates have the education necessary to meet the challenges of the job, they must meet the following education requirements:

- Have an undergraduate degree or be actively pursuing one.
- Have completed the core courses or be actively pursuing core courses completion.

## Why Education Requirements?

**An undergraduate degree helps to:**

- Provide the knowledge and skills that contribute to greater effectiveness in a management position through better:
  - Business knowledge (given a business-based education)
  - Analytical skills
  - Communication skills
  - Interpersonal skills
- Demonstrate an acceptable level of intellectual capability

- Demonstrate the individual can commit to and achieve a long-term goal
- Demonstrate the ability to manage time

**The core courses help to:**

- Provide a foundation for understanding business or IT operations
- Improve an individual's understanding of financial and other performance reports
- Support analysis of business processes and results

## Core Courses

The eight core courses requirement is met with the five required courses listed below under (A) and three elective courses from the list below under (B).

**A. Required Core Courses (must have all five):**
1. Accounting 1
2. Accounting 2
3. Economics (Macro or Micro)
4. Finance
5. Statistics

**B. Elective Core Courses (must have three from among the following):**
1. Organizational Behavior
2. HR Management
3. Leadership Theory and Practice
4. Business Ethics
5. Data Science/Analytics
6. Project Management
7. Risk Management
8. Marketing
9. Management Information Systems
10. Business Writing
11. Business Law
12. Negotiation Skills
13. Public Speaking

The eight core courses requirement for IT management positions may be met with the five required courses listed below under (A) and three elective courses from the list below under (B).

**A. Required Core Courses (must have all five):**
1. Programming
2. Project Management
3. Management Information Systems
4. Finance
5. Statistics

**B. Elective Core Courses (must have three from among the following):**
1. Accounting 1
2. Accounting 2
3. Economics (Macro or Micro)
4. Data Science/Analytics
5. Organizational Behavior
6. HR Management
7. Leadership Theory and Practice
8. Business Ethics
9. Risk Management
10. Marketing
11. Business Writing

---

12. Business Law
13. Negotiation Skills
14. Public Speaking

Certain CPCU courses substitute for core courses:

- CPCU 540 substitutes for the Finance course.
- CPCU 551/555 substitutes for the Risk Management course.
- CPCU 530 substitutes for the Business Law course.
- AIDA designation substitutes for the Data Science/Analytics

Under the prior CPCU curriculum:

- CPCU 2 substitutes for the Risk Management course
- CPCU 6 substitutes for the Business Law Course
- CPCU 8 substitutes for the Accounting I course
- CPCU 9 substitutes for the Economics course

The Toastmasters Competent Communicator certification substitutes for the Public Speaking course.

**Graduate level classes** are acceptable to meet the core courses requirement when certain conditions are met. See Graduate Level Classes Not Part of an Approved Graduate Degree Program in the *Training and Education* chapter of Associate Handbook 1.

## Definition of Actively Pursuing

An associate is considered to be actively pursuing his/her undergraduate degree if he/she has completed at least six semester hours during the last 12 months. To meet the education requirements for management, the associate is expected to thereafter complete a minimum of six semester hours every 12 months until the degree is completed

An associate is considered to be actively pursuing his/her core courses if he/she has completed at least two core courses (six semester hours) during the past 12 months. To meet the education requirements for management, the associate is expected to thereafter complete a minimum of two core courses every 12 months until all eight core courses have been completed.

If an associate does not have an undergraduate degree and has not completed all of the core courses, he/she must complete at least one core course for every other college course completed. The college degree and core courses requirements run concurrently.

For all education requirements, "completed" means a course passed with a grade of C- or better for an undergraduate course and B- or better if a graduate level course. A course is not considered completed until an official transcript (an official document from the school even if it is an unofficial transcript) is available. An associate's application to Job Post should not be approved based on the associate's representation that he/she has completed the course and regardless of whether the instructor has sent an email certifying the grade the associate received for the class.

Availability of core courses by location can be found on the Gnie site: **Education Requirements for Management Associates**.

## Verification of Education Requirements When Posting for a Management Position

An associate who posts for a promotion into or within management may be required to submit college or university grade transcripts to local Human Resources to verify the associate has met the education requirements.

# Moving and Transfer

Confidential

## Reimbursement of Moving Expenses

Transfers are sometimes necessary to fill specific talent needs of the Company and also serve as developmental opportunities for associates who have demonstrated the ability to assume greater responsibilities.

It is the Company policy to reimburse associates for allowable expenses when they are moved from one location to another at the Company's request. Such moves must clearly be in the best interests of the Company and should usually, but not always, represent a promotional opportunity for the associate. The skill and expertise level of the selected associate must be sufficient to warrant the expense of the move.

The policy is intended to ease the inconvenience and financial expense to the associate during relocation. At the same time, the associate should consider the Company's interests and arrange the move in a manner to keep expenses within reasonable limits. Associates should carefully read the policy. A full discussion between the prospective transferee and management of the gaining unit covering all aspects of the proposed job and relocation should **precede** the acceptance of the transfer. **Any unusual potential financial costs should be covered during this discussion, and if they are not specifically covered in this policy, must be referred for approval to the VP of Human Resources and the Planning Center Manager before any commitment is made.**

The Company policy on reimbursement of any expenses to a transferred associate is based on the expectation of his/her continued employment with the Company. The associate will be required to reimburse the Company for those expenses should he/she voluntarily resign from or otherwise terminate employment prior to serving one year at the new location. For specific information on reimbursable expenses, contact the Relocation Specialist in Corporate Human Resources.

Associate-initiated moves are not eligible for reimbursement.

Supervisors: see additional information in the Supervisor's HR Guide under Relocation.

# Job Rotation

## Associate Job Rotation

A job rotation is a temporary assignment generally not to exceed 24 months. It is not considered a permanent move eligible for reimbursement under the Company's Moving and Transfer Policy.

In some instances a "rotation" may involve a change in office location. The department or planning center from which the associate is moving must agree to place the associate in a comparable position at the end of the rotation period, on the condition that the associate's performance is acceptable, and if GEICO and the associate mutually agree to continue the employment relationship. The expectation is that the temporary assignment will enrich the associate by adding to his/her business experience and knowledge and in most cases prepare him/her to assume a position of greater responsibility.

## Job Rotation Policy

The Company will reimburse an associate for the difference in major household expenses he/she incurs if a job rotation includes a temporary change of work location. All expenses must be incurred, reasonable and necessary.

Any job rotation that requires a change of work location must be coordinated with the Corporate Relocation Specialist.

## Reimbursable Expenses – for Job Rotation

### *Housing - Currently Renting at the Home Location*

If the associate's temporary assignment requires a move to a new work location which has a higher average rental housing cost than the "home" location the Company will pay a monthly differential during the temporary assignment. Housing differentials are based on the actual rental cost at the "home" location and the cost for similar housing at the temporary location based on current market rates. The associate must establish his/her current rental housing cost by submitting a copy of his/her rental or lease agreement. Rental expense must actually be incurred to be reimbursable.

When the temporary assignment is located at GEICO Plaza, the Corporate Relocation Specialist will consult with Real Estate and Facilities Management (RE/FM) regarding the availability of corporate housing.

In any location, the Human Resources department, local newspapers, the internet and an associate's supervisor or manager may be sources of housing information.

### Housing - Currently a "Homeowner" in the Home Location

An associate who will work in a new location on a temporary basis is generally expected to return to his/her home location. Consequently, the Moving and Transfer Policy will not apply to the temporary assignment and the Company does not pay ordinary expenses associated with an associate's permanent residence (except as provided below).

The Company will pay the cost of reasonable and suitable housing during the temporary assignment at the new location if duplicate housing expenses are incurred. The Company will pay any difference in housing expenses if the cost of reasonable housing at the new temporary location exceeds the cost of the associate's expenses of his/her permanent residence. The cost of renters' insurance and utilities including gas, electric, water, cable, telephone, internet and other expenses incurred by the associate at the new location will be reimbursed only if those expenses are duplicative of those incurred and necessary to continue for safety purposes or if the associate's immediate family members (spouse, children) continue to occupy the permanent residence.

If the associate's family does not continue to occupy the permanent residence and moves with the associate to the temporary location then only the utility expenses that are required for the safety and operation of the permanent residence will be reimbursed. In this case, cable, internet, telephone, etc., will not be reimbursed.

The Company will pay expenses that the associate incurs at the permanent residence as a result of his/her absence, for example, a home minder service, grass cutting, etc., if the permanent residence is left vacant.

If an associate chooses to rent his/her permanent residence while on temporary assignment, the Company will apply a credit against incurred expenses at the temporary location of the net proceeds realized from the rental. The associate is expected to disclose any rental arrangement of his/her permanent residence while on temporary assignment.

If an associate chooses to sell his/her owned permanent residence at his/her home location, the associate may do so at his/her own expense.

In rare cases, it may be economically advantageous for an associate and the Company that the associate sell his/her permanent residence. With the approval of the new Planning Center Manager and the Vice President of Human Resources, the Moving and Transfer Policy home sale and purchase option may apply to the move to the temporary location. Each case will be reviewed on a case-by-case basis taking into consideration the relevant facts and circumstances.

### Additional and Necessary Living Expenses

If an associate incurs an extraordinary expense(s) at his/her temporary location that would otherwise not be incurred in the permanent location, the Company will consider reimbursement of those expenses. There should be no expectation that any expense will be paid prior to approval by the Planning Center Manager and the Vice President of Human Resources.

## Time Allowed for Moving to a Temporary Location

Time allowed for moving to a new location depends on the circumstances of the move. An associate who is leaving a rental property and packs a few belongings and flies to a new location may only need a day or two. An associate who drives from California to New York may need up to a week. Common sense should be applied to each situation. Time off for moving must be approved by the Planning Center Manager and treated as time worked.

## Visiting Home during a Temporary Job Rotation

In situations where an associate's immediate family (spouse, children) choose to remain at the "home" location during the associate's temporary assignment the Company will pay for travel to the home location. Generally, the frequency of reimbursed travel to the home location is once every three weeks over a weekend. With the permission of the Planning Center Manager, an associate may choose to use vacation or floating holidays to extend the trip.

An associate's spouse may travel to visit the associate at the temporary location as an alternative to the associate traveling to the home location if the expenses submitted for reimbursement do not exceed those the associate would have incurred on a trip home.

## Salary Adjustments/Bonus Considerations

Associates will be paid according to the grade of the temporary job at the temporary location.

There is no salary policy provision that requires consistent salary comparatios from one location to another location.  For example, an associate whose salary is 90% of the salary grade mid-point at the home location will not <u>automatically</u> have his/her salary increased to 90% of the grade mid-point at the temporary location <u>solely</u> because the salary schedule is higher at the new location.  All salary discussions should be fully addressed and agreed to in writing prior to assigning an associate to a rotational position.

Any exceptions to this policy must be discussed with and approved by the Vice President of Human Resources.

Payment of any bonus, incentive, or other monetary consideration used to "encourage" an associate to fill a rotational position must be discussed and approved by the Vice President of Human Resources before any discussion with an associate.

## Taxes

Some expenses that are reimbursed during a temporary job rotation are fully tax deductible, others are partially deductible, and some are fully taxed.

The Company will "gross up" expenses that are considered taxable income by the Internal Revenue Service by the amount equivalent to the increased income tax liability as determined by the Company.

**"Gross up"** is a process whereby the Company pays the IRS additional withholding tax on behalf of the associate.  The Company will provide the associate with information necessary to file his/her tax return.

**Note:**  For more information on the "gross up" process or other rotation related tax issues, contact the Payroll Service Center at PASC@geico.com.

If a temporary assignment requires an associate to pay additional **state income tax,** the Company will pay the associate a differential equal to the difference in state tax twice a year.  The associate must submit his/her tax filing to the Payroll Department.  The Company will "gross up" any additional payments for taxes.

## Limited Moving Package for Job Rotation

An associate who accepts a job rotation assignment is eligible for a limited move package to relocate to the job rotation site and then return to the associate's home location.  A limited move package pays certain covered moving expenses subject to a dollar limit or maximum total amount paid for the move.  The terms and conditions of a limited move package are at the discretion of the Planning Center Manager of the new location for the rotating associate.

Rotations that result in temporary moves differ and circumstances vary from associate to associate.  Therefore, the items listed below may or may not be covered.  Each rotating associate is advised to contact his/her hiring manager or new location Planning Center Manager for more information on the specific items and move allowance available to the associate under his/her limited move package.

The following list outlines some of the standard relocation expenses that **may** be available to an associate who receives a limited move package for job rotation.  If covered, the expense is paid out of the associate's moving allowance amount **up to the predetermined limit.**

- Moving of household goods
- Vehicle transport for one car
- Pet transport for one companion pet (dog, cat, bird) – no exotic or farm animals
- House hunting trip expenses - includes reasonable cost for moderately priced lodging and meals (include receipts), mileage on own vehicle or fuel for rental car and/or airfare
- Final trip expenses - includes reasonable cost for moderately priced lodging and meals (include receipts), mileage on own vehicle or fuel for rental car and/or airfare

Confidential                                                                                                    G000181

- Storage of household goods for up to 30 days
- Temporary living expenses – includes reasonable cost for moderately priced lodging and meals (excluding lunch) for up to 30 days (include receipts) after reporting to the rotation work location if housing is not immediately available; meals are not reimbursed if the temporary lodging provides cooking facilities (this category does not apply if the associate is renting Company housing).
- Utility hook-up fees, installation fees – (no deposits)
- Driver's license and vehicle registration/transfer
- Lease break penalties, forfeit of security deposit - (**old** location rental – some restrictions apply); the Company will reimburse the associate for the loss of a security deposit provided the loss was not caused by the associate's negligence in maintaining the rental property; proof of loss or forfeiture must be presented before reimbursement is made
- Application fees, non-refundable deposits/fees - (**new** location rental – some restrictions apply); no security deposits
- Miscellaneous moving expenses – moving supplies, boxes, packing tape, etc.

## Job Rotation Expense Responsibilities

### Department Heads

The Planning Center Manager of the planning center where the associate has his/her temporary assignment is responsible for advising the associate of these guidelines.

The associate's supervisor or manager is responsible for completing the **Job Rotation Statement of Understanding form (D-43),** listing the amount of each expense to be reimbursed, and securing the signed approval of the Planning Center Manager and the Corporate Relocation Specialist. After approval, the supervisor or manager will review the form with the associate and obtain the associate's signature. The original agreement is maintained by the Corporate Relocation Specialist. The supervisor/manager and the associate will also receive copies.

The Corporate Relocation Specialist will coordinate expense payments with the Payroll Department.

### Associate

Within two weeks after expenses have been incurred the associate must submit the **Relocation Expense Reimbursement Report (AC-206)** with supporting documentation and receipts to the associate's supervisor or manager for approval by the Planning Center Manager of the planning center where associate has his/her temporary assignment. The form is then forwarded to the Corporate Relocation Specialist for final approval and processing.

## Termination of a Rotational Assignment

Management or the associate may terminate a temporary or rotational assignment for any reason or for no reason with or without notice. The Company, at its sole discretion, may choose to return the associate to his/her "home" location or to terminate the associate's employment with the Company. Nothing in this policy changes the employment at will doctrine under which the Company provides employment and the associate accepts employment.

# Corrective Action Policy

The Corrective Action Policy is designed to address performance, behavior and attendance problems. The Company always retains the right to decide the level and extent of discipline appropriate in any particular situation. The Company may change the policy at any time. Nothing in the policy creates or is intended to create an expressed or implied contract of employment for any set term or under any specific conditions.

Like all organizations, the Company requires order and discipline to succeed and to promote safety, efficiency, productivity and teamwork among associates. The Company is an at will employer, which means the Company or an associate may terminate the employment relationship at any time, with or without a reason, provided the termination is lawful and non-discriminatory.

Confidential                                                                                      G000182

As part of his/her job responsibilities, an associate's supervisor provides the associate with on the job coaching and counseling to help improve performance, correct behavior problems or address attendance concerns. Depending on the nature of the performance, behavioral or attendance problem, the Company's Corrective Action Policy may provide for the associate's employment to be terminated or it may provide an opportunity for an associate to meet satisfactory performance, behavior or attendance standards.

If an associate is given the opportunity to correct inappropriate or unsatisfactory **behavior**, the associate is to be issued a Warning (called "Disciplinary Action" in Workday) that any reoccurrence of such behavior issue will subject the associate to further disciplinary action up to and including termination of employment. The Warning must include in the goals the expectation that the appropriate or satisfactory behavior be achieved and maintained. Consequently, no additional Warnings for the same inappropriate or unsatisfactory behavior should need to be issued. Depending on the length of time between the original Warning and any repeat of the inappropriate or unsatisfactory behavior, and the facts and circumstances underlying the situation, management may decide to restate the Warning. The local Human Resources department is expected to review the Warning.

If an associate is given the opportunity to correct an **attendance** concern, the associate is to be issued a Warning that any reoccurrence of unapproved absences (including tardies) will subject the associate to further disciplinary action up to and including termination of employment. The Warning must include in the goals that satisfactory attendance must be maintained and therefore, no additional Warnings for attendance concerns should be issued. Depending on the length of time between the original Warning and any future unapproved absence, and the facts and circumstances underlying the attendance situation, management may decide to restate the Warning. The local Human Resources department is expected to review the Warning.

**Note:** Supervisors click here for an example of a Warning and click here for instructions how to write a Warning located in the Supervisor's Toolbox.    Access to the Supervisor's Toolbox is restricted to management associates.

If an associate is given the opportunity to correct a **performance** problem, the associate is to be placed on a Performance Improvement Plan. The Performance Improvement Plan should set timeframes within which certain levels of performance must be met. Failure to meet the performance levels contained in the Performance Improvement Plan within the set timeframes will subject the associate to disciplinary action up to and including termination of employment. A Performance Improvement Plan is not a required "step" in the progressive discipline process and is issued only at the discretion of management. Any Performance Improvement Plan should include a goal to maintain the goals once met so it is not necessary to issue a new Performance Improvement Plan for the same performance deficiencies.

If an associate is provided an opportunity to correct performance, behavior or attendance problems, and he/she corrects such problems, the associate must meet and maintain that satisfactory performance, behavior or attendance at all times in the future or be subject to further disciplinary action up to and including termination of employment.

Any Performance Improvement Plan issued to an associate is to be uploaded to the associate's "worker" record in Workday using the "Start Performance Improvement Plan" business process, which is found in the Team Performance worklet. Any Warning issued to an associate is to be uploaded to the associate's worker record in Workday using the "Start Disciplinary Action" business process, which also is found in the Team Performance worklet.

If the associate has achieved and maintained satisfactory performance and/or behavior for 24 months, the supervisor, at the associate's request, may upload a memorandum to the associate's "worker" record in Workday, reflecting the associate has not had a recurrence of the performance or behavioral problem. The original Performance Improvement Plan or Warning will remain in the associate's worker record in Workday. If the associate has maintained satisfactory attendance for six months, the supervisor, at the associate's request, may upload a memorandum to the associate's worker record in Workday, reflecting the associate has not had a recurrence of the attendance concern.

## Administrative Leave

Unpaid administrative leave may be imposed when a violation of workplace behavior/conduct or safety rules has occurred or is suspected to have occurred. Administrative leave is not imposed for performance or attendance deficiencies.

The Company, at its sole discretion, may decide that an associate's allegation of misconduct warrants his/her removal from the workplace while the investigation is conducted.

Confidential                                                                                                 G000183

Before placing an associate on administrative leave, approval must be obtained from both the local Human Resources Department and Corporate Human Relations or the Office of General Counsel. Such administrative leave will be unpaid, unless otherwise noted.

Nonexempt associates will have hourly pay suspended at the beginning of the first hour after administrative leave becomes effective.

Exempt associates will have pay suspended at the beginning of the first work day following the start of the administrative leave.

An associate may also be placed on administrative leave pending the conclusion of an investigation into the facts and circumstances of a matter involving Company policies or practices. If it is determined that the associate did not violate a Company policy or practice the associate may be paid the salary they would have received during the time of the administrative leave. If the investigation reveals that an associate violated a Company policy or practice, the administrative leave will be without pay.

## Gross Misconduct

In cases of gross misconduct, an associate's employment may be terminated immediately.

Gross misconduct includes the following activities:

1. Deliberate or willful falsification, alteration, destruction, theft or removal of Company records or property including, but not limited to, employment applications, personnel records, time cards, claim, sales, underwriting data, software or other confidential information.

2. Consumption, possession or sale of illegal drugs or consumption of alcohol on Company property (including Company vehicles and "on site" areas) or while conducting Company business.

3. Reporting for work under the influence of alcohol or illegal drugs.

4. Unlawful harassment of any nature, including sexual harassment; unlawful discrimination; retaliating against any associate for raising concerns or complaints about harassment or discrimination.

5. Theft, unauthorized possession or removal of property belonging to another associate or customer.

6. Fighting on Company property or threats of personal harm.

7. Bringing dangerous or unauthorized materials such as explosives, firearms, weapons or other similar items onto Company property, except where specifically permitted by state law, or having such items in the associate's possession while conducting Company business.

8. Any unauthorized use of the Company's name or accounts to purchase unauthorized goods or services.

9. Violation of Company policies involving money or fiduciary responsibilities.

As a general rule, associates should not engage in any activity that is illegal, unethical, or interferes with his/her work or the work of others.

Management must discuss each recommended termination of employment with local Human Resources and Corporate Human Relations or the Office of General Counsel.

# Personal Conduct off the Job

The Company wants to avoid involvement in the personal non-work related activities of associates unless, in the opinion of the Company, an associate's non-work related activities become detrimental to the operation, best interest, or negatively affect the Company's reputation. The Company may take disciplinary action to protect the perception and/or reputation of other associates and/or the perception and/or reputation of the Company. Each associate should conduct his/her personal activities in a manner that will reflect favorably upon himself/herself and the Company.

# Resignation of Employment

Confidential                                                    G000184

## Voluntary Resignation

If an associate decides to leave the Company, or circumstances require the associate to leave, it is customary to provide two weeks' notice (except as noted in the retirement policy). The associate should give notice of his/her intention to resign in writing to include the last day of work and the reasons for resigning. The Company, in its discretion, may accept a resignation that is effective more than two weeks in advance. Once an associate's resignation has been accepted, the Company is not required to allow the associate to rescind the resignation.

All GEICO property assigned to or in the possession of the associate must be returned to the appropriate coordinator. GEICO property includes but is not limited to a fleet vehicle, Company credit card, SecureID, cell phone, laptop (and related cases, cords, and equipment). If the associate has any outstanding travel advance(s), expenditures for Company travel, and/or any outstanding moving and transfer (relocation) expenditures reimbursable to the Company, all pertinent paperwork and refund(s) must be submitted before the associate's last day at work.

If the associate resigns and is not eligible for retirement, the Benefits Checklist (D191) provides important benefits information to the associate.

See *Final Pay* in the Compensation chapter of the Associate Handbook 1.

## Exit Interview

During the associate's last week of work, his/her supervisor will arrange for the associate's exit interview with Human Resources. On the associate's last day of work, the associate is expected to return his/her pass card or identification badge and, if possible, any parking permit or decal. A representative of the Human Resources Department will discuss group term life insurance conversion, profit sharing, COBRA and other information with the associate. The associate also will be asked to complete a brief exit interview questionnaire to share feedback about his/her employment experience with the Company.

## Retirement Policy

An associate who participates in the Pension Plan (hired prior to September 1, 2004) is eligible to "retire" from the Company when the associate terminates employment after attaining age 50 and completing 15 years of service or age 65 with 5 years of participation in the Pension Plan.

An associate who is **not** eligible for the Pension Plan (hired after August 31, 2004) is considered eligible to "retire" when the associate terminates employment after attaining age 55 and 20 years of employment or age 65 and 10 years of employment.

An associate who wishes to retire must notify the Corporate HR Retirement Division at the Plaza at least 90 days prior to his or her last day at work.

- The retirement analyst will provide a Notification of Retirement form to complete and return to the retirement analyst.

- The retirement analyst will process the associate's retirement in Workday to end the associate's employment with the Company.

The associate is encouraged to give his or her supervisor notice of pending retirement at least 30 days before the last day at work. The Retirement Division will notify the supervisor of the associate's election to retire approximately 30 days before his or her last day of work.

**Pre-Retirement Interviews:** The Retirement Division will conduct several interviews with the associate prior to retirement.

**Benefits:** The Retirement Division will review the benefits with the retiree during several counseling sessions. In addition, each retiree will receive a letter that summarizes the Pension Plan benefit payment options, other benefits of retirement status and any forms that must be completed.

**Recognition:** The retiring associate may be reimbursed up to $250 for a social activity to celebrate his/her retirement either at work or in a private celebration with family and friends. In addition, the retiree will also be mailed a catalog from which to select a retirement gift.

Confidential                                                            G000185

**Exit Interview:** On the retiring associate's last day of work, the associate is expected to participate in an exit interview with his or her location's HR office. At that time, the retiring associate will return his/her pass card or identification badge and, if possible, any parking permit or decal.

**Effective Date:** The effective date of the end of employment is the last day the associate is employed by the Company. This will be the same as the associate's last day of work, unless the associate elects to "run out" his/her accrued vacation and floating holidays. In that instance, the effective date of the end of the associate's employment is the last day any accrued vacation and floating holidays run out. The associate's retirement date is the first day of the month that coincides with or next follows the associate's end of employment.

**Final Pay:** The final pay will include pay for any accrued but unused vacation and floating holidays and will be deposited on the regular pay day following the associate's end of employment.

# Employment and Income Verification

When needed for personal reasons, all associate employment and income verification information, with the exception of officers' information, is supplied by Employers Unity. Officers who need such information should contact Corporate Human Resources or Payroll directly.

Employment and income verification information is often required by mortgage lenders, banks, and apartment complexes. An associate's information is available to these third parties, with the associate's permission, by accessing the Employers Unity website, verify.employersunity.com. Associates can access their employment and income information directly from the website once a year.

Federal legislation governing confidentiality of personal information makes it critical that information be supplied only from a central source. **Company associates, including managers and supervisors, are not permitted to give out information or provide letters of reference.**

The following information will be supplied by Employers Unity:
- Dates of employment
- Name
- Termination date (if no longer employed)
- Total time with GEICO
- Job title
- Income information (only when the associate creates and authorizes a one-time access "Salary Key")

# Use of Premises

## Office Safety

### Preventing Slip, Trip and Fall Accidents

Slips, trips, and falls are very common office accidents. They account for 10% to 30% of injuries to employees and the general public, and can also result in thousands of dollars in medical bills and loss of income. Slips, trips and falls are the second leading cause of accidental deaths.

Slips, trips, and falls may occur on level surfaces as well as on ramps, stairs, and parking lots. Major hazards are slippery surfaces, holes or broken surfaces, poor drainage or the inadequate cleanup of spills, or mud, ice, and water during inclement weather. Falls are often the result of both unsafe conditions and unsafe acts.

Materials used to prevent slips may become tripping hazards. These include mats with curled edges, tears or warps. Mats that have become wet and dirty may transfer moisture and dirt to the soles of shoes rather than drying and cleaning them.

### Workplace Safety Precautions

The safety rules that follow help our associates prevent slips, trips, and fall accidents to themselves, coworkers and customers:

- Wear proper footwear. Avoid high heels. Shoes should have a rubber heel with grooves (to displace water as the associate steps).  Rubber soles (with grooves) on shoes are preferable over leather soles.

- Clothing should fit neatly. Loose pant cuffs, long skirts or dresses and untied shoelaces can cause associates to stumble.

- Running or walking too fast can cause associates to trip and fall.

- Be particularly cautious during wet or icy weather conditions. Walk only in cleared areas of the parking lot. Associates are to thoroughly wipe their feet when entering a building. Associates are advised to test footing as they walk (inside buildings and outdoors as well). Report slick areas needing salt to building management or the security staff.

- Carry objects in a manner that does not block vision.

- Watch out for obstructions. These include cracks and potholes in sidewalks, rippled carpeting, floor mats with curled edges, packages, and electrical cords.

- Keep desk and file cabinet drawers closed when not in use.

- Put a lid on drinks before carrying them.

- Housekeeping is everyone's responsibility. Take responsibility for reporting spills, leaks, and other safety hazards.  Pick up papers and other materials that fall onto walking surfaces.

- All slip, trip, and fall incidents and accidents should be thoroughly investigated, looking for the cause (check the condition of the floor, lighting, housekeeping conditions, footwear, etc.), and ways to prevent a recurrence.

- Report any unsafe condition and obstructions to building management or the security staff.

- Never run up or down stairs, and always use the hand rail.  Keep one hand free for support or to break a fall.

### Report Accidents and Injuries Immediately

If an associate has an accident on Company property the associate must report the accident immediately to his/her supervisor or any other member of management if possible, and follow the instructions as outlined on the Emergency Procedures page on Gnie.

The supervisor must complete the Incident Investigation Report (D241) for any accident that occurs, no matter how minor.

## Audio/Visual Equipment Use in the Workplace

The Company attempts to provide a work environment that is free of distractions and that allows associates to work in a productive and accurate manner. To that end, the use of any form of audio/visual device is prohibited during an associate's work time. The use of this type of personal device or equipment other than during work time (i.e., breaks and meals) is permitted as long as it does not interfere or disturb other associates.  All members of management are responsible for insuring that this policy is enforced equitably.

## Social Functions

The Company suggests that parties, showers, and other social functions for co-workers be held after working hours or during lunch hours and break times.  Departmental management is responsible for seeing that the nature, frequency, cost, and spirit of the parties remain within the bounds of good business judgment.

# Vehicle Use for Company Business

Confidential                                                            G000187

**Seat Belts:**  The driver and all occupants of any vehicles used on Company business or in any Company owned or operated vehicle are required to wear seat belts at all times.  Failure to comply with this policy may result in disciplinary action, up to and including termination of employment.

**Private Vehicle:**  When an associate has only an occasional need to use a vehicle on Company business, he/she is reimbursed for using his/her own car at the Company announced rate per mile.

**NOTE:**  The rate per mile at which an associate is reimbursed for use of his/her own vehicle and for which he/she reimburses the Company for personal use of a Company fleet vehicle is based on the business mileage rate for the year set by the Internal Revenue Service.

**Motor Vehicle Report (MVR) Review:**  An MVR review will be performed for an associate only if he or she will be operating a Company owned vehicle.

**Proof of Insurance:**  An associate using his or her own car while on Company business is expected to carry personal auto insurance in compliance with the laws of his/her state.

**Accident involving associate's personal automobile used on Company business:**  In the event of an accident or comprehensive damage to an associate's own car used on Company business, the associate's personal insurance will be primary.  If the associate does not carry physical damage coverage, GEICO will not be primary for any physical damage repairs, towing and/or ERS expenses related to the associate's personal automobile.

The Company will reimburse the associate up to $500 for out of pocket expenses (e.g., the collision deductible).  The associate's Planning Center is responsible for reimbursing the associate for the out of pocket expenses.

## Use of Company Fleet Vehicles

When an associate is considered for a position requiring the occasional or full time use of a Company fleet vehicle, the associate must complete the Fleet Vehicle Underwriting Application-Associate (D98A). This form must be reviewed and approved by the local Underwriting department before the associate is assigned to the position or granted permission to drive a Company vehicle.  The Fleet Manager is responsible for keeping a copy of the D-98A and updating it annually for full-time fleet vehicle drivers and bi-annually for occasional fleet vehicle drivers.

The following rules govern the use of Company fleet vehicles by an associate, regardless of the frequency of use:

a)  The associate must wear a seat belt and ensure that all occupants wear seat belts at all times.

b)  The associate must not use a hand held cell phone, smartphone or any other handheld communication device while operating a Company vehicle or while driving on Company business.

c)  Radar detectors are prohibited in any Company vehicle.

d)  The associate must adhere strictly to all laws and traffic regulations, pay any fines for violations and report such to his/her supervisor no later than the end of the following work day.

e)  The associate must report any accidents immediately to his/her supervisor.

f)  Insurance coverage is provided for and paid by the Company on Company vehicles.

g)  No smoking is allowed in company vehicles.

h)  The use, consumption, possession, sale, transfer, distribution or abuse of illegal drugs, drug paraphernalia, alcohol, or prescription drugs that have not been prescribed by a doctor is not permitted at any time in any Company vehicle or in any private or rented vehicles while on Company business.  Driving a Company vehicle, a vehicle rented for Company business, or a private vehicle while on Company business after consuming, using, or abusing illegal drugs, alcohol or prescription drugs that have not been prescribed by a doctor is strictly forbidden.  Driving a Company vehicle or a vehicle rented for Company business, while not on Company business, after consuming, using, or abusing illegal drugs, alcohol or prescription drugs that have not been prescribed by a doctor is strictly forbidden.

i)  The associate is responsible for following all maintenance regulations and procedures prescribed by Real Estate & Facilities Management, as stated in the GEICO Fleet Manual.

j)  The associate is responsible for reporting all personal mileage driven in a Company vehicle and paying for such mileage at the Company announced rate per mile or participating in a flat rate personal mileage program. Driving a

vehicle directly from the associate's home to the office (or vice versa) is considered commuting and, therefore, falls under the definition of "personal" use.

k) If the associate's first stop after leaving home at the beginning of the day or the last stop before returning home at the end of the day is a personal business stop (other than the office), this also is considered commuting mileage and falls under the definition of "personal" use.

Violation of this policy may result in disciplinary action, up to and including termination of employment.

Confidential                                                                                                          G000189

Confidential                                                                                G000190