# Exhibit 43

# Employment Contents

## Your Employment 1

Full-time Employment ........ 1
Part-time Employment ........ 1
Temporary Employment ........ 1
Classifications of Associates ........ 1
Nonexempt Associates ........ 1
Exempt Associates ........ 2
Officers ........ 2
Reasonable Accommodation Policy ........ 2
Hours of Work ........ 3
Minutes Conversion Charts ........ 3
Work Day ........ 4
Full-Time Associates 4
Part-Time Associates 5
Work Week and Pay Period ........ 5
Minors ........ 5
Recording Time Worked ........ 5
Correction of Time Worked ........ 6
Daylight Saving Time ........ 6
Work from Home Policy ........ 6
Schedule Flexibility Allowed under New York City Law ........ 8
Commonly used terms ........ 8
Allowable Personal Events ........ 9
Requesting a Temporary Schedule Change ........ 9
Management Review of Request ........ 9
Entering the Temporary Schedule Change in Workday ........ 9
Benefits ........ 10
A full-time associate is eligible for the following benefits: ........ 10
A part-time associate is eligible for the following benefits: ........ 11
A temporary associate is eligible for the following benefits: ........ 12
Required Documentation for New and Rehired Associates ........ 12
Rehires and Service Dates ........ 13
First Day at Work – GEICO 101 ........ 13
Orientation Period ........ 13
Purpose of Orientation ........ 13
Length and Extension of Orientation ........ 14
Unsatisfactory Performance during Orientation ........ 14
Orientation Responsibilities ........ 14
Associate 14
Manager (Direct supervisor) 15
Associate Relations 15
Performance Appraisals ........ 15
Performance Appraisal in Workday ........ 15
Components of the Performance Appraisal Review Template ........ 15
Performance Appraisal Ratings ........ 16

Sensitivity: Confidential

Confidential G000191

Performance Appraisal Ratings for Associates in Training ........ 16
Ongoing Coaching and Review of Performance Results ........ 16
Principles of Coaching ........ 16
The Associate ........ 17
GROW Model 17
General One on One 17
Timeframe 17
Methods of Coaching 17
The Supervisor ........ 18
Responsibilities of the Associate and the Supervisor 19
Openness to Feedback 19
Creativity 19
Accountability 19
Resources 19
Review of Performance Results ........ 19
Career Connect ........ 20
Requirements for Certain Jobs ........ 20
Promotion 20
Lateral transfers and applications for lower level position 21
Verification of Education Requirements When Posting for a Management Position 21
Relocation Policy ........ 21
Relocation Authorization Form ........ 21
Approval Limit ........ 22
Relocation Policy and Process ........ 22
Cornerstone Relocation Group ........ 22
Time Off During Relocation ........ 23
Associate Travel Expenses ........ 23
Allowable Travel Expenses ........ 24
Taxes ........ 24
Associate Checklist of Reimbursable Expenses ........ 25
House Hunting – Apartment Hunting Trip 25
Moving and Storage of Household Goods 25
Final Trip to the New Location 26
Temporary Living Expenses 26
Visits Home During an Associate's Relocation 26
Miscellaneous Moving Expenses for Limited Relocations 26
Supplemental Relocation Payment for FULL Relocations 27
Assistance to Homeowners ........ 27
Home Selling Assistance 28
Home Selling Expenses Eligible for Company Assistance 28
Equity Advance 29
Repayment of Equity Advance to Company 29
Duplicate Mortgage Payments 29
Reimbursement of Duplicate Housing Payments to Company 29
Reimbursable Home Purchasing Expenses 30
Assistance to Renters ........ 30
Unexpired Lease Fee and Loss of Security Deposit 30
Duplicate Rent 30
Limited Relocations ........ 30
Early Termination of Relocation Agreement ........ 31
Job Rotation ........ 31
Associate Job Rotation ........ 31
Reimbursable Expenses – for Job Rotation ........ 31
Housing - Currently Renting at the Home Location 31
Housing - Currently a "Homeowner" in the Home Location 31
Additional and Necessary Living Expenses 32

Sensitivity: Confidential

Confidential G000192

Time Allowed for Moving to a Temporary Location ........ 32
Visiting Home during a Temporary Job Rotation ........ 32
Salary Adjustments/Bonus Considerations ........ 32
Taxes ........ 33
Limited Moving Package for Job Rotation ........ 33
Job Rotation Expense Responsibilities ........ 33
Hiring Managers 33
Termination of a Rotational Assignment ........ 33
Corrective Action Policy ........ 34
Performance Below Acceptable Level ........ 34
Performance Measured by Core Metrics 34
Performance Not Measured by Departmental Minimum Standards 34
Behavior Concerns ........ 35
Administrative Leave 35
Attendance Concerns ........ 36
Gross Misconduct ........ 36
Personal Conduct When Not Working ........ 36
Resignation of Employment ........ 37
Voluntary Resignation ........ 37
Exit Interview ........ 37
Retirement ........ 37
Employment and Income Verification ........ 38
Use of Premises ........ 39
Office Safety ........ 39
Preventing Slip, Trip and Fall Accidents 39
Workplace Safety Precautions 39
Report Accidents and Injuries Immediately 39
Audio/Visual Equipment Use in the Workplace ........ 40
Social Functions ........ 40
Vehicle Use for Company Business ........ 40
Use of Company Fleet Vehicles ........ 40

Sensitivity: Confidential

Confidential G000193

Confidential

G000194

# Your Employment

## Full-time Employment

Candidates who are hired on a full-time basis with an expected tenure of more than three months are hired as full-time associates.

Full-time associates are eligible for benefit programs after meeting any specific length-of-service requirements.

The Company has many different work shifts. These shifts are necessary to provide service to customers 24 hours a day, 365 days a year.

## Part-time Employment

Associates who regularly work less than 38.75 hours a week or are hired for a short term (less than three months) are considered part-time associates. If a part-time associate works full-time hours and the employment status changes so that the tenure is going to exceed six months, the associate should be reclassified to full-time status in Workday.

## Temporary Employment

A temporary associate generally is hired for three months or less to complete special projects and/or to participate in the Company's college or high school intern program. The temporary associate's employment may occasionally extend beyond three months but should not last more than six months. If the temporary associate remains employed beyond six months, their associate type should be reclassified from temporary to regular status in Workday.

**NOTE:** All temporary associates are reflected as part-time in Workday, regardless of the number of hours worked in a work week or pay period.

## Classifications of Associates

### Nonexempt Associates

Nonexempt associates are those whose principal duties generally involve following established procedures or repetitive functions, the clerical processing functions of our Company or who work in maintenance jobs. Nonexempt associates are eligible for overtime pay based on the Fair Labor Standards Act. All associates in Grades 51 through 58 and certain positions in Grades 60 and above, in order to comply with the Fair Labor Standards Act, are always nonexempt, and the incumbents are eligible for overtime pay.

**Non-exempt associates are never allowed to work "off the clock."** Working off the clock violates Company policy and will result in disciplinary action, up to and including termination of employment. Associates also must not work

Sensitivity: Confidential

during an off-duty meal or rest break. Also, no work is permitted when associates are on an unpaid leave of absence or otherwise inactive status.

No officer, manager or supervisor may require, encourage or suggest that a non-exempt associate work off the clock. Any associate who works off the clock, or believes they are being asked to work without reporting time or being properly compensated for time worked, must immediately contact Associate Relations or the Berkshire Hathaway ethics hotline (800-261-8651, or https://brk-hotline.com), about the matter.

## Exempt Associates

Exempt associates are those whose jobs require exercising discretion and independent judgment. Discretion and independent judgment mean making an independent choice in matters of significance free from immediate supervision and with respect to matters of significance.

Exempt associates are not eligible for overtime pay. Exempt associates may be expected to work some hours outside of their regular work schedule.

## Officers

Officers are elected by and serve at the discretion of the Board of Directors and are subject to annual re-election.

# Reasonable Accommodation Policy

GEICO provides reasonable accommodations to qualified individuals with disabilities under the Americans With Disabilities Act as amended and applicable state and local law. A reasonable accommodation is a modification or adjustment to a job, an employment practice or the work environment that makes it possible for qualified individuals with disabilities to receive equal employment opportunity, perform the essential functions of the job and/or to enjoy equal privileges and benefits of employment. This policy applies equally to associates and job applicants.

Reasonable accommodations are provided to enable qualified individuals to receive equal employment opportunity and/or perform the essential functions of their job, and/or to enjoy equal privileges and benefits of employment, unless such accommodation imposes an undue hardship to the Company. A review of any request for accommodation will include interactive communications with each associate and an individualized assessment to determine what accommodations are reasonable and effective given the circumstances of a qualified disabled individual.

The GEICO Leave Team shall address all requests from applicants for reasonable accommodations. Any associate seeking an accommodation, including returning to work from a medical leave of absence, shall initiate the process by contacting the GEICO Leave Team.

An associate who requests an accommodation from a supervisor will be referred to the GEICO Leave Team.

The GEICO Leave Team will engage in the ineractive process with the associate. The associate must provide medical documentation to support the request for an accommodation. The GEICO Leave Team will notify the associate if the associate fails to provide any documentation to support the request for accommodation, or if the documentation is incomplete or does not support the associate's disability. Also see Time Off or Leave as an ADA Accommodation.

GEICO reviews each request for an accommodation on an individual basis, and will communicate the decision to an associate who has requested an accommodation.

Requests for reasonable accommodations during the hiring process will be reviewed by the GEICO Leave Team to initiate the interactive process.

Any violation of this policy should be brought to the attention of Associate Relations.

# Hours of Work

The Company has many different work shifts (scheduled hours). The Company, at its sole discretion, sets hours of work that are appropriate for maintaining successful business operations and providing customer service 24 hours a day, 365 days a year.

Each associate is required to adhere to their scheduled hours. Each nonexempt associate is responsible for the accurate and electronic reporting of all hours worked and each nonexempt and exempt associate is responsible for the accurate and electronic reporting of all absences. Time worked and absences taken are electronically reported in Workday.

The default work schedule in Workday is Monday through Friday, 7.75 hours per day. If an associate works a schedule other than the default schedule, it is their responsibility to change their work schedule in Workday through the Request Work Schedule process. For each day worked, the work hours must mathematically convert to whole minutes. See the minutes conversion charts below. It is the responsibility of management to assist their associates in finding a work schedule in Workday.

## Minutes Conversion Charts

| Minutes Conversion Chart for Associates other than California Non-Exempt Associates | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Min.** | **Conv.** | **Min.** | **Conv.** | **Min.** | **Conv.** | **Min.** | **Conv.** |
| 01 | .02 | 16 | .27 | 31 | .52 | 46 | .77 |
| 02 | .03 | 17 | .28 | 32 | .53 | 47 | .78 |
| 03 | .05 | 18 | .30 | 33 | .55 | 48 | .80 |
| 04 | .07 | 19 | .32 | 34 | .57 | 49 | .82 |
| 05 | .08 | 20 | .33 | 35 | .58 | 50 | .83 |
| 06 | .10 | 21 | .35 | 36 | .60 | 51 | .85 |
| 07 | .12 | 22 | .37 | 37 | .62 | 52 | .87 |
| 08 | .13 | 23 | .38 | 38 | .63 | 53 | .88 |
| 09 | .15 | 24 | .40 | 39 | .65 | 54 | .90 |
| 10 | .17 | 25 | .42 | 40 | .67 | 55 | .92 |
| 11 | .18 | 26 | .43 | 41 | .68 | 56 | .93 |
| 12 | .20 | 27 | .45 | 42 | .70 | 57 | .95 |
| 13 | .22 | 28 | .47 | 43 | .72 | 58 | .97 |
| 14 | .23 | 29 | .48 | 44 | .73 | 59 | .98 |
| 15 | .25 | 30 | .50 | 45 | .75 | 60 | 1.00 |

| Minutes Conversion Chart for California Non-Exempt Associates | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Min.** | **Conv.** | **Min.** | **Conv.** | **Min.** | **Conv.** | **Min.** | **Conv.** |
| 01 | 0.016667 | 16 | 0.266667 | 31 | 0.516667 | 46 | 0.766667 |
| 02 | 0.033333 | 17 | 0.283333 | 32 | 0.533333 | 47 | 0.783333 |
| 03 | 0.050000 | 18 | 0.300000 | 33 | 0.550000 | 48 | 0.800000 |
| 04 | 0.066667 | 19 | 0.316667 | 34 | 0.566667 | 49 | 0.816667 |
| 05 | 0.083333 | 20 | 0.333333 | 35 | 0.583333 | 50 | 0.833333 |
| 06 | 0.100000 | 21 | 0.350000 | 36 | 0.600000 | 51 | 0.850000 |
| 07 | 0.116667 | 22 | 0.366667 | 37 | 0.616667 | 52 | 0.866667 |
| 08 | 0.133333 | 23 | 0.383333 | 38 | 0.633333 | 53 | 0.883333 |
| 09 | 0.150000 | 24 | 0.400000 | 39 | 0.650000 | 54 | 0.900000 |
| 10 | 0.166667 | 25 | 0.416667 | 40 | 0.666667 | 55 | 0.916667 |
| 11 | 0.183333 | 26 | 0.433333 | 41 | 0.683333 | 56 | 0.933333 |

Sensitivity: Confidential

Confidential G000197

| 12 | 0.200000 | 27 | 0.450000 | 42 | 0.700000 | 57 | 0.950000 |
|---|---|---|---|---|---|---|---|
| 13 | 0.216667 | 28 | 0.466667 | 43 | 0.716667 | 58 | 0.966667 |
| 14 | 0.233333 | 29 | 0.483333 | 44 | 0.733333 | 59 | 0.983333 |
| 15 | 0.250000 | 30 | 0.500000 | 45 | 0.750000 | 60 | 1.000000 |

## Work Day

An associate's work day constitutes the time from when the associate actually begins work for the Company until their work is finished for the day, except for unpaid break time. Arriving early or leaving late for the associate's own convenience is not to be included in working time, provided the associate performs no duties for the Company during that time.

Except for overnight associates (see below), the work day is defined as the 24-hour period constituting the calendar day.

- **Work day for non-California Overnight Associates:** For an associate whose work schedule crosses midnight, the work day is defined as the 24-hour period that begins with the beginning of the associate's work schedule.
- **Work day for California Overnight Associates:** For an associate working in California whose work schedule crosses midnight, the work day is defined as 4:00 p.m. Pacific Time to 3:59 p.m. Pacific Time on the following calendar day.

### *Full-Time Associates*

The Company's regular paid work day for a full-time associate is 7.75 hours. A full-time associate who works a 5-day work schedule receives two 15-minute paid rest breaks daily. A full-time associate who works a 4-day work schedule receives two 20-minute paid rest breaks for three days and two 15-minute paid rest breaks for one day. The number and length of breaks may vary subject to the location's business need. (No additional pay is given for break periods not taken.) The 45-minute meal break is unpaid, i.e. it is not included in the full-time associate's paid work day. The associate is relieved of all work-related duties during all rest and meal breaks. Work-related duties include, but are not limited to, checking emails, taking phone calls, or performing any work the associate would typically perform during the work day. Neither the 15 or 20-minute paid rest breaks or 45-minute unpaid meal break may occur immediately at the start or end of the work day.

**California Associates:** A California non-exempt associate who works a 7.75 hour work day receives two 15-minute paid rest breaks and one 45-minute unpaid meal break. The 45-minute meal break must begin no later than the end of the associate's fifth hour of work. The first 15-minute paid rest break should occur between the start of the shift and the meal break; the second 15-minute paid rest break should occur between the end of the meal break and the end of the shift.

Regardless of the length of shift, each California non-exempt associate who works more than five hours in a work day is provided an unpaid, uninterrupted, duty-free meal break of at least 30 minutes beginning no later than the end of the associate's fifth hour of work. In the event a California non-exempt associate works more than 10 hours in a work day, the associate is provided a second unpaid, uninterrupted, duty-free meal break of at least 30 minutes beginning no later than the end of the associate's tenth hour of work. Nonexempt California associates must accurately record the start and end times for each unpaid, duty-free meal break.

Further, for every four hours of work or major fraction thereof, each California nonexempt associate is permitted and authorized to take a paid, duty-free, uninterrupted rest break of at least 10 minutes. Company policy permits associates to take 15-minute rest breaks, but the rest break must be at least 10 minutes. The rest period should be taken in the middle of each four hours of work to the extent practicable. No rest break is authorized for associates whose total daily work time is less than three and one-half hours. Accordingly, the associate is permitted and authorized to take at least 10 minutes of rest break time for shifts lasting three and one-half hours up to six hours, 20 minutes (split into two 10-minute rest breaks) for shifts lasting more than six hours up to 10 hours, 30 minutes for shifts lasting more than 10 hours and up to 14 hours (split into three 10-minute rest breaks), etc. Rest breaks are counted as paid time worked. While the Company will make a good faith effort to provide rest breaks in the middle of the work day, it retains flexibility regarding the timing of those breaks based on business needs.

During rest breaks and meal breaks, the associate is relieved of all duties and permitted to leave the premises. Rest breaks may not be combined with meal breaks. Rest breaks and meal breaks may not be taken at the end of the shift in

Sensitivity: Confidential

Confidential G000198

order to leave early. If a rest break or meal break is missed, shortened, interrupted or delayed, the associate is required to immediately inform their supervisor. Failure to do so may result in disciplinary action up to and including termination of employment.

### *Part-Time Associates*

A part-time associate does not receive breaks on days when they work four hours or less. On days when a part-time associate works more than four hours but less than a regular work day for a full-time associate (7.75 hours), the manager determines the number and length of breaks from the options below using common sense and sound business judgment (taking into consideration the type of work being performed, the time of day, and the amount of time worked beyond four hours):

- No breaks and pay only for time worked;
- An unpaid meal break of up to 45 minutes; or
- One paid 15-minute rest break.

A part-time associate who works a regular schedule corresponding with the regular work day of a full-time associate (7.75 hours) is granted the same amount of time for their meal break (non-paid) and other breaks (paid) as a full-time associate.

---

**EXCEPTION:** In California, a non-exempt associate who works three -and -one-half or more hours in a day is permitted and authorized to take a paid, duty-free, uninterrupted rest break of at least 10 minutes for every four hours of work or major fraction thereof. Accordingly, the associate is permitted and authorized to take at least 10 minutes of rest break time for shifts lasting three and one-half hours up to six hours, at least 20 minutes (split into two 10-minute rest breaks) for shifts lasting more than six hours up to 10 hours, etc. Rest breaks should be taken in the middle of each four hours of work to the extent practicable. The time for rest breaks is counted as hours worked for pay purposes. A non-exempt associate in California who works more than five hours in a day but less than a regular work day for a full-time associate (7.75 hours) is also entitled to an unpaid, duty-free, uninterrupted meal break of at least 30 minutes.

The associate is relieved of all duties and permitted to leave the premises during rest breaks and meal breaks. Rest breaks may not be combined with meal breaks. Rest breaks and meal breaks may not be taken at the end of the shift in order to leave early. While the Company will make a good faith effort to furnish rest breaks in the middle of the work period, it retains flexibility regarding the timing based on business needs.

If a rest break or meal break is missed, shortened, interrupted or delayed, the associate is required to immediately inform their supervisor. Failure to do so may result in disciplinary action, up to and including termination of employment.

---

## Work Week and Pay Period

The **work week** consists of 38.75 hours. The work week is from 12:00 a.m. Saturday through 11:59 p.m. Friday. The **pay period** covers two work weeks (77.50 hours). There are 26 pay periods in a year or 2,015 hours.

## Minors

The laws governing hours of minors vary from state to state. Management is to consult Associate Relations for the applicable regulations in a particular state.

## Recording Time Worked

Workday is the legal record of attendance and is the electronic system used to record all hours worked (including overtime hours) by non-exempt associates and all absences by exempt and non-exempt associates. All non-exempt associates must accurately report all hours worked (including the start and end of each work period and for any California non-exempt, including before and after the meal break), absences taken, overtime worked, etc. in Workday. Time worked is reported on the Workday timesheet and absences taken are reported on the absence calendar in Workday or on the timesheet. All exempt associates, including officers, must accurately report all absences in Workday.

Sensitivity: Confidential

Confidential G000199

Non-exempt associates are generally expected to submit daily timesheets; associates are advised to consult with their management as to the desired frequency of timesheet submission for their work location or department. Absence requests should be submitted in Workday as soon as the associate knows of need for the absence.

It is the responsibility of management to promptly review in Workday the accuracy of all time worked by a non-exempt associate and all absences submitted by an associate, whether exempt or nonexempt.

Timesheets for a pay period must be approved no later than the Friday of each week in the pay period. Timesheets remain open in Workday for input and review until 6:00 p.m. local time on the first Saturday of the next pay period.

Workday records are official business records and may not be falsified in any way. Non-exempt associate's are required to certify that their Workday record is accurate. An associate's failure to properly report time worked or absences may lead to disciplinary action, up to and including termination of employment.

Please review the Workday Resources site for useful links and quick reference documents, how-to videos, e-Learning and management resources.

## Correction of Time Worked

Any correction of timesheets and absences in Workday for an associate in any state other than California, New York, Texas, or Indiana must be submitted no later than the third pay period following the period being corrected. Any correction for an associate in California, New York, Texas or Indiana can only be processed by the location's Local HR Timekeeper or the GEICO Leave Team. It is the responsibility of the associate's supervisor to contact the location's HR Timekeeper to make any corrections.

**NOTE:** Corrections after three pay periods cannot be made in Workday, regardless of the associate's work location.

## Daylight Saving Time

**Shift to Daylight Saving Time:** An associate whose regular work schedule includes the shift to Daylight Saving Time (i.e., clock moves forward from 2:00 a.m. to 3:00 a.m.) is to receive pay for the hour lost in the change. This hour of non-worked but paid time is to be recorded on the timesheet at the regular pay rate.

**Shift from Daylight Saving Time:** An associate whose regular work schedule includes the shift from Daylight Saving Time (i.e., clock moved back from 2:00 a.m. to 1:00 a.m.) is expected to work an extra hour. This extra hour is to be recorded on the timesheet as both regular pay and overtime pay.

# Work from Home Policy

Associates working from home shall abide by the terms and conditions outlined in this Work from Home Policy ("Policy"), which supersedes all prior Work from Home Agreement(s) offered by GEICO. Lack of adherence to this Policy may result in the loss of your work from home privileges, as well as other disciplinary action(s) up to and including employment termination.

All of GEICO's workplace policies apply to your home worksite or any other location from which you may work just as they do to your regular worksite, whether a GEICO office or elsewhere. These policies address, among other things, schedule adherence, overtime, time recording, time off, and the protection of sensitive information and GEICO property. Working from home does not relieve an associate of having to comply with these policies; neither does it change an associate's job duties and responsibilities in any respect.

In addition to GEICO's regular workplace policies, the privilege of working from home gives rise to some special responsibilities. These are as follows:

1. **EMERGENCY CLOSURE AND EARLY DISMISSALS:** Because working from home does not ordinarily require a commute, your work schedule may be unaffected by emergencies leading to the closure of or dismissal from the traditional worksite, e.g., weather related closings. During an emergency dismissal or closure, you may be

Sensitivity: Confidential

Confidential G000200

required to continue to work at your home worksite, even if that day is not a regular remote working day or a day with specific approval for situational/episodic telework.

2. **POWER OUTAGES AND LOST INTERNET CONNECTIVITY:** In the event of a power outage or loss of internet connectivity while working from home, you must notify your management or supervisor immediately. Be sure to note the time the power or connectivity was lost. If you are a nonexempt associate, your management or supervisor may direct you to end your shift early. In these circumstances, just as if you were sent home early from an office, you must use applicable accrued leave and update your hours worked in Workday. If you do not have any accrued leave, you may have the option of coming into the office.

3. **TRAVELING TO THE OFFICE:** You may be required, by your management or supervisor, to travel to the GEICO office at which you regularly work (the "Reporting Location") to attend trainings, critical meetings and other mandatory in-person events. You must be able to travel to your Reporting Location on short notice. The company will make reasonable efforts to inform you of such travel in advance. Unless otherwise required by law, the company may not reimburse you for travel expenses when asked to report to in-person events.

4. **MOVING FOR PERSONAL REASONS:** Where an associate lives is a personal decision. Associates may live where they wish, although an associate's job duties, performance, and/or other obligations to GEICO may require work to be performed in a specific GEICO office or field location. If an associate can perform their duties as required and where required by GEICO, GEICO imposes no restrictions on where an associate may live. Note, however, working outside the United States is generally prohibited. For more information on this point, please see Working Outside the United States.

If an associate moves to a location which interferes with their ability to meet these requirements, they should consult with management to determine if their current role and reporting structure can be maintained or if other options can be pursued to maintain their employment. Employment laws, among other things, vary by state. Accordingly, associates who move to a different state must inform their management prior to their move. Associates are responsible for ensuring their home and work address(es) in Workday are correct for tax, licensing, and other purposes. Tax obligations arising from a move are each associate's sole responsibility. Licensing requirements, including resident and non-resident license compliance, are the associate's responsibility.

Associates who relocate for personal reasons (i.e., not at GEICO's request or in connection with their GEICO employment) are not entitled to a salary increase to reflect their new location's suggested minimum salary level, nor are they entitled to be reimbursed for moving expenses. GEICO, in its sole discretion, shall determine where an associate's work can and must be performed, regardless of the associate's chosen place of residence. Associates who move to a location outside a reasonable commuting distance from their Reporting Location have no right to receive reimbursement for expenses incurred by traveling to their Reporting Location whether voluntarily or at GEICO's request.

5. **BACKGROUND NOISE:** An associate's work environment should be reasonably free of distraction and, if the associate is in a phone unit, background noise. Unreasonably audible or unprofessional background noise on GEICO calls is prohibited. GEICO's monitoring and recording of extraneous background noise is limited in purpose to determining call quality, and GEICO disclaims any affirmative duty to address contents of background noise except for this purpose.

6. **REIMBURSEMENT OF HOME BUSINESS EXPENSES:** Unless otherwise required by law, GEICO does not reimburse expenses incurred while working from home, including use of a personal mobile phone and/or installation or use of other equipment. States where reimbursement is required by law: California, District of Columbia, Illinois, Iowa, New Hampshire, North Dakota, Montana, and South Dakota. If you work in one of these states, to the extent your job requires you to use your personal phone, home internet, or computer, please notify your management to arrange for reimbursement. You must provide supporting documentation of business expenses actually incurred, unless prohibited by law.

7. **EQUIPMENT AND SUPPLIES:** GEICO-issued equipment may not be used by any person other than you and must be kept in a secure location. You are prohibited from taking equipment outside of the United States without prior management approval. The equipment, supplies, and other property provided by the company must be returned upon completion of the remote work period, revocation of your Work from Home privileges, GEICO's request, or termination of your employment with GEICO. Failure to return equipment upon demand or upon separation of employment may be considered theft by GEICO and could lead to criminal and/or civil prosecution. Further, if

Sensitivity: Confidential

Confidential                                                                                                                     G000201

equipment is not returned by the applicable return date, GEICO has the right to invoice you for the present value of the equipment and/or deduct the value of the equipment from your final paycheck, subject to applicable federal, state and local laws.

8. **REPORTING INJURIES:** You must report any work-related injuries to your supervisor promptly, but no later than 24 hours after such injury occurs, using the standard injury reporting process. It may be necessary for a company representative to visit your home to investigate an injury report.

9. **HOME WORKSITE SAFETY:** To access a list of recommendations for home worksite safety, visit the Ergonomics/Accident Prevention page.

# Schedule Flexibility Allowed under New York City Law

Any full-time or part-time associate who has worked 80 hours or more in a calendar year in a New York City work location and who has been employed by the Company for at least 120 days is entitled under New York City Law (the "Schedule Flexibility Law") to a temporary schedule change for an Allowable Personal Event. The Company permits the following types of temporary schedule changes in work hours:

- A change in the regular start time or scheduled hours expected to work
- The use of accrued time off
- Unpaid time off

**Example:** Associate is Requesting a Temporary Schedule Change to come to work two hours late on Monday due to an Allowable Personal Event. The associate may request the option to work two hours later than they are regularly scheduled, or the associate may request the option to use the applicable accrued time off, or the associate may request the option to use unpaid time off. Note: Management has the discretion to deny a request to work two hours past the regularly scheduled work hours if there is no business need to do so.

An associate is entitled to a temporary schedule change to their work day for a maximum of two scheduled days per calendar year.

**Example:** Associate is Requesting a Temporary Schedule Change to come to work two hours late on Monday and Tuesday due to an Allowable Personal Event and the associate's supervisor approves the schedule change. Because the associate's schedule was temporarily changed for both days, the associate has exhausted both days of the temporary schedule change entitlement for the current calendar year.

Contact Associate Relations with any questions about the schedule flexibility entitlement.

## Commonly used terms

For purposes of understanding the schedule flexibility entitlement, the following terms apply:

- Caregiver: an associate who provides ongoing or direct care to a minor child or care recipient.
- Care recipient: a person with a disability who is a member of the associate's family or household and who relies on the associate for medical care or to meet daily living needs.
- Family member means:
  - Any individual whose close association with the associate is the equivalent of family;
  - Child (biological, adopted, or foster child; legal ward; child of an associate standing in loco parentis);
  - Grandchild;
  - Spouse (current or former regardless of whether they reside together);
  - Domestic partner (current or former regardless of whether they reside together);
  - Parent;
  - Grandparent;

Sensitivity: Confidential

Confidential G000202

- Child or Parent of an associate's spouse or domestic partner;
- Sibling (including a half, adopted, or step sibling);
- Any other individual related by blood to the associate.

- Minor child: a biological, adopted, or foster son or daughter; a stepson or stepdaughter; a legal ward, a son or daughter of a domestic partner; or the person to whom the associate stands in loco parentis under the age of 18.
- Domestic partner: a person who is in a legal relationship permitted under the laws of the State and City of New York for couples that have a close and committed personal relationship.

## Allowable Personal Events

An associate may request a temporary change to their regular start time or scheduled hours for the following personal events:

- Care for a minor child for whom the associate provides direct and ongoing care; or
- Care for an individual with a disability for whom the associate provides direct and ongoing care to meet the needs of daily living and who is a family member or who resides in the associate's household; or
- Attend a legal proceeding or hearing for public benefits for an associate, an associate's family member, or an associate's minor child or an individual with a disability as defined above.

## Requesting a Temporary Schedule Change

As soon as an associate becomes aware of the need for a temporary change to their regular start time or scheduled hours, the associate must request the temporary change from their supervisor. The request may be made verbally or in writing and must specify:

- The date or dates of the temporary schedule change;
- The change is due to a personal event;
- The proposed type of temporary schedule change, such as a change in work hours or the use of accrued time off or unpaid time off.

To request the temporary schedule change, the associate must submit to their supervisor a written request using the New York City Schedule Flexibility Request Form (Form D304-NYC). If the associate verbally requests a temporary schedule change, the associate must submit the New York City Schedule Flexibility Request Form (Form D304-NYC) to their supervisor within two business days after they return to work.

## Management Review of Request

If the associate verbally requests the temporary schedule change, the supervisor is to notify the associate immediately upon request if the temporary change is approved or denied. Once the associate submits a written request using the New York City Schedule Flexibility Request Form (Form D304-NYC), the supervisor must provide a written response within 14 days using Form D304-NYC. The supervisor may only deny the request for one of the reasons outlined on Form D304-NYC. Once the supervisor approves or denies the request, the supervisor is to upload the completed Form to the associate's worker documents in Workday.

If the associate verbally requests the temporary schedule change but does not submit a written request using the New York City Schedule Flexibility Request Form (Form D304-NYC), the supervisor is to (1) advise the associate that the time taken would qualify as a temporary schedule change, (2) complete Form D304-NYC, and (3) upload the completed Form to the associate's worker documents in Workday.

## Entering the Temporary Schedule Change in Workday

**Modified schedule:** If the associate is approved to change their work schedule, the associate can choose to work an adjusted schedule or another day within the same pay week (Saturday through Friday).

Sensitivity: Confidential

Confidential G000203

**Use of accrued time off:** If the associate fails to submit a request for a temporary schedule change to their work schedule for a qualifying allowable personal event, and the associate has accrued time off available, they may use the available time off for the absence; the time off is to be reflected in Workday as approved. **Note:** If the event was related to a JPS event, time off is to be reflected in Workday as Care Time (self, child, other).

**Approved time off:** If the associate fails to submit a request for a temporary schedule change to their work schedule for an Allowable Personal Event and does not have any accrued time off available, the supervisor is to enter Approved Time Off (ATO) in Workday.

# { XE "Benefits" \r "D2HBBenefits4" }Benefits

Please consult the Benefits Handbook and the Profit Sharing Handbook on the Human Resources site for more information on benefits.

**The following benefits are available for full-time and part-time associates:**

- Profit Sharing Plan
- Associate Assistance Program (AAP)
- Voluntary Group Accident Insurance (AD&D)
- Travel Accident Plan

**The following benefits are available for full-time associates only:**

- Dental Plan
- Vision Plan
- Flexible Spending Account
- Group Life Insurance Plan
- Long Term Disability Plan
- Adoption Assistance Program

## A full-time associate is eligible for the following benefits:

***in first month:***

- 401(k) Savings Plan (automatically enrolled at a 5% pretax contribution level in the 401(k) Savings Plan portion of the Profit Sharing Plan; associate may choose to contribute at a different percent or opt out of contributing)
- Medical, Dental and Vision coverage
- Adoption Assistance Program
- Associate Assistance Program (AAP) (click here for AAP site)
- Dependent Care Flexible Spending Account (if elected)
- Health Care Flexible Spending Account (if elected)
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Voluntary Long Term Disability Insurance (if elected)
- Basic Group Life Insurance
- Optional Additional Group Life Insurance
- Holidays (six regular, plus four floating holidays)
- Bereavement Leave
- Jury Duty Leave
- Military Leave
- Personal Leave
- Work Injury Leave
- GEICO Credit Union
- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)

Sensitivity: Confidential

Confidential G000204

- Matching Educational Contributions (matched two to one up to $10,000 annually)
- Fitness Center (some locations)

***After first pay period:***

- Sick Time Off (Care Time)
- Vacation Time Off

***after six months:***

- Insurance Studies Program (following completion of Orientation Period)
- Recovery Leave

***after one year:***

- Profit sharing award, if any, including Company contribution portion of Profit Sharing Plan held at Vanguard (full-time associates must meet the service requirement to become a participant under the Profit Sharing Plan; a full-time associate hired in January becomes an eligible participant if the associate is credited with six months of service by the following December 31).
- Recovery Leave
- Paid Bonding Leave
- Scholarships for associates' children for private high school, vocational school and college
  - The Snyder Family Education Assistance Program *(high school)*
  - GEICO Family Scholars Program *(vocational school and college)*
  - Betty Gael Davidson and the Lorimer A. Davidson Scholarships *(college)*
  - Davidson Distinguished Scholars Program *(college)*
  - Georgie and William B. Snyder Scholarships *(college)*
  - Dorothy and Jack Byrne Scholarship *(college)*
  - David Lloyd and Carmen Kreeger Scholarship for The Arts *(college)*

***after three continuous years:***

- Basic and Buy-up Long-term Disability Plan

## A part-time associate is eligible for the following benefits:

***in first month:***

- 401(k) Savings Plan: (automatically enrolled at a 4% pretax contribution level in the 401(k) Savings Plan portion of the Profit Sharing Plan; associate may choose to contribute at a different percent or opt out of contributing)
- Medical coverage
- Associate Assistance Program (AAP) (click here for AAP site)
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Holidays (if regularly scheduled to work on Company observed holiday)
- Military Leave
- Jury Duty Leave
- Bereavement Leave
- Work Injury Leave
- GEICO Credit Union
- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)
- Matching Educational Contributions (matched two to one up to $10,000 annually)
- Fitness Center (some locations)

**NOTE:** Medical coverage is effective on the first day of the pay period following the hire date, provided the associate completes and submits in Workday an online benefit event with supporting documentation (e.g., birth certificate, marriage certificate) within 30 days from the associate's date of hire.

Sensitivity: Confidential

Confidential G000205

***After first pay period:***

- Sick Time Off (Care Time)
- Vacation Time Off

***after one year:***

Profit sharing award, if any, including Company contribution portion of Profit Sharing Plan held at Vanguard (Part-time associates must meet a service requirement to become a participant under the Profit Sharing Plan; a part-time associate hired in January becomes an eligible participant if the associate works at least 1,000 hours by the following December 31).

***after three continuous years:***

- Scholarships for associates' children for vocational school and college:
  - GEICO Family Scholars Program *(vocational school and college)*
  - Betty Gael Davidson and the Lorimer A. Davidson Scholarships *(college)*
  - Davidson Distinguished Scholars Program (*college)*
  - Georgie and William B. Snyder Scholarships *(college)*
  - Dorothy and Jack Byrne Scholarship (*college)*
  - David Lloyd and Carmen Kreeger Scholarship for The Arts *(college)*

### A temporary associate is eligible for the following benefits:

***in first month:***

- 401(k) Savings Plan (automatically enrolled at a 4% pretax contribution level in the 401(k) Savings Plan portion of the Profit Sharing Plan; associate may choose to contribute at a different percent or opt out of contributing)
- Voluntary Group Accident Insurance (AD&D) (if elected)
- Travel Accident Insurance
- Jury Duty Leave
- Bereavement Leave
- Work Injury Leave
- GEICO Credit Union
- Discounts (click a location on the left side of discount site, click a category, then click the document to review information about the specific discount)
- Matching Charitable Contributions (matched one to one up to $1,000 annually)
- Matching Educational Contributions (matched two to one up to $10,000 annually)
- Fitness Center (some locations)

## Required Documentation for New and Rehired Associates

In addition to the electronic application an associate completed when seeking a job with the Company, INS Form I-9, required by the Immigration Reform and Control Act of 1986, must be completed when the newly hired associate first reports to work or, when required*, returns to work after being rehired.

Under the Immigration Reform and Control Act of 1986, the Company must verify that every new associate is either a U.S. citizen or authorized to be employed in the U.S. In compliance with IRCA, the associate and the Company must complete INS Form I-9, verifying the associate's identity and indicating that the associate is authorized to work in the U.S.

The INS Form I-9 must be completed no earlier than the associate's first day of work and eligibility verification must be completed within three (3) business days of the associate's first day of work. If an associate is unable to provide the document or documents necessary for verification within the required time, they must present a receipt for application

Sensitivity: Confidential

Confidential G000206

for such documents within three (3) days of their first day of work and present the required documents within 21 days of the associate's first day of work.

*Once an associate ***no longer works for the company***, the INS Form I-9 must be retained for either three years from the date of the associate's first day of work or one year after the associate's termination of employment date, whichever is the later date. If an associate's rehire date falls after the later date, a new I-9 must be completed in accordance with the new hire instructions.

# Rehires and Service Dates

The hire date reflected in Workday for an associate who terminates and is subsequently rehired is the associate's most recent date of hire by the Company. Workday also reflects the associate's original hire date. The time off service date in Workday is the date used to determine the rehired associate's time off accruals. The associate's seniority date is an adjusted service date to reflect the interruption in their employment. Contact Shared Services with any questions about a rehired associate's service records in Workday.

# First Day at Work – GEICO 101

All new and rehired full-time and part-time associates will report to the specified contact/location listed in their offer letter at the start of their first day of work, usually a Monday, unless otherwise instructed. All new associates are expected to attend an onboarding session, GEICO 101. During GEICO 101, new associates receive a high-level overview of GEICO's history and practices. New hires also receive all the required information and resources to make the best possible benefits elections for themselves and their family, as well as learn more about the Company's history, operating principles, benefit programs, key HR information, and commitment to providing excellent customer service.

All new and rehired associates receive guidance on completing the required onboarding steps in Workday, including their tax withholding elections, signing up for direct deposit of their pay, completing new hire benefits enrollment, verifying their personal information, and providing their emergency contact information.

# Orientation Period

An associate is considered on Orientation when the associate is:

- newly hired or rehired
- promoted, demoted, or laterally reclassified to another position

Orientation typically lasts about six (6) months, or until the associate successfully completes the department's training and orientation certification process.

To monitor progress throughout the Orientation period, the manager (direct supervisor) is required to initiate a Rating Period Interim Review in Workday.

When the associate successfully finishes orientation, the manager (direct supervisor) is required to initiate an End of Orientation Review in Workday by following the steps in the HR Guide and the Interim Reviews job aid, found on the Workday Resources site.

## Purpose of Orientation

An associate's Orientation is not intended to imply or guarantee any length of service or alter the at-will employment relationship. The purpose of the Orientation period is to provide an opportunity to determine if the job is right for the associate. The Orientation period provides the associate an opportunity to demonstrate fitness for the job by performing the job responsibilities at an acceptable rate of progress while the associate is a trainee.

The Orientation period also provides the associate time to determine if they made the right job choice. Once the associate becomes fully trained, the associate must perform at the good level or better; however, the associate is to complete the entire Orientation period even though they became fully trained prior to its completion. This allows the associate to

Sensitivity: Confidential

Confidential G000207

demonstrate fitness for the position for an appropriate period of time. The Orientation period also provides an opportunity for the Company to evaluate the associate's performance, behavior and attendance to determine suitability for continued assignment to those responsibilities.

## Length and Extension of Orientation

The Orientation period generally runs six months or up to nine months for certain jobs that require a longer training period. In some cases, Orientation may be extended by the associate's manager (direct supervisor) if the associate is making satisfactory progress in their job and the department expects that given a reasonable amount of additional time, the associate will be able to perform the job in a satisfactory manner. Orientation is not to be extended in cases of poor attitude, behavioral problems, or unsatisfactory attendance/tardiness. Corrective action policies apply in these situations.

Throughout the Orientation period, the manager (direct supervisor) must conduct periodic Rating Period Reviews, as directed by their department. These will be as frequent as necessary to keep the associate updated on how they are performing.

After completion of the associate's Orientation period, the manager (direct supervisor) conducts an End of Orientation Review. Going forward, the manager conducts regularly scheduled performance appraisals of the associate to provide further opportunities to review the associate's progress and performance.

## Unsatisfactory Performance during Orientation

An associate newly hired into the Company who, within a reasonable length of time after hire does not perform at a level satisfactory for a trainee, may be removed from that job and their employment terminated.

The following actions may be appropriate for an existing associate who was promoted, demoted, or laterally transferred and has not successfully completed Orientation:

- the associate may return to the job last held, if open, in which the associate's ability to perform satisfactorily has been demonstrated;
- the associate may apply to an open position more appropriate to the associate's demonstrated abilities; and
- the associate may be placed on corrective action for performance.

An associate who changes jobs or reverts to a previously held position because they have not demonstrated satisfactory performance during their Orientation period will begin a new Orientation period upon the job change becoming effective.

## Orientation Responsibilities

### *Associate*

1. Discusses with the manager (direct supervisor) the required job knowledge to meet or exceed Orientation requirements.
2. Demonstrates fitness for retention in the job classification through performance which meets or exceeds the Orientation requirements.
3. Follows up with the manager (direct supervisor) when goals cannot be met because of factors beyond the control of the associate (e.g., additional training needed, work flow problems, etc.).
4. Acknowledges and comments on progress in Rating Period Reviews throughout Orientation, as appropriate, including suggestions on how to improve training.
5. Completes the Self Evaluation for the End of Orientation Review, as requested by the manager (direct supervisor) during the final 1:1 Orientation conversation.

Sensitivity: Confidential

Confidential G000208

### *Manager (Direct supervisor)*

1. Initiates the Rating Period Review for any new, promoted, reclassified or demoted associate, as directed by their department.
2. Initiates the End of Orientation Review and ensures its timely completion for each associate that successfully completes Orientation.
3. Assigns applicable goals for the rest of the calendar year.
4. Initiates a salary action, if appropriate, upon the associate's satisfactory completion of Orientation. See Salary Action Following Orientation Period for Newly Hired Associates in the Salary Administration chapter of the Supervisor's HR Guide.

### *Associate Relations*

1. Audits the Performance Reviews by Organization Report in Workday to ensure compliance.
2. Assists management in taking the appropriate employment action when the department determines the associate on Orientation should not be retained or should be reassigned or demoted.

# Performance Appraisals

Performance Appraisals for eligible associates are conducted every six months in January and July. Eligible associates are rated or ranked by their manager and then ranked against other associates in their department. Rankings take into account performance to include minimum departmental standards, complimentary metrics, individual contributions, team participation, and an associate's overall effect on the success of the department. An associate's performance in their position, the rate of progress in their position, and the associate's salary level within the salary range for their grade are all factors in determining the associate's salary.

## Performance Appraisal in Workday

The PA process for an associate begins by setting goals in Workday for that associate. Those goals are then pulled into the Performance Appraisal template to be used for that associate. The associate then completes the Self Evaluation and the manager complete the Manager Evaluation. Once the PA is complete, the associate and manager meet to discuss the performance results.

## Components of the Performance Appraisal Review Template

**Goals:** A goal is a specific statement of expected performance by the associate. A goal description typically reflects the performance necessary to achieve the "Good" (3.0) rating, unless otherwise indicated. Performance Appraisal Ratings defines ratings. Goals set for an associate should cover 100% of the position being performed.

A goal should be:

- **Measurable -** to enable periodic evaluation of its attainment
- **Attainable -** not beyond the capacity of a trained, competent associate
- **Challenging -** aimed at eliciting performance beyond that currently being produced
- **Significant -** directly related to a key results area of the job

**Accomplishments:** Accomplishments are professional achievements attained during the rating period. These accomplishments should be relevant to the associate's job expectations.

**Supporting Documents:** Upload any supporting documents relevant to the associate's job expectations and performance.

**Overall:** The PA Rating indicates the overall performance of the associate achieved in the rating period.

Sensitivity: Confidential

Confidential G000209

# Performance Appraisal Ratings

The result of the performance appraisal (PA) process in Workday is a performance rating ("Rating") for the associate.

The Rating an associate receives may range from Unsatisfactory (1.0) to Outstanding (5.0) or be evaluated on a ranking basis. Ratings are based on the achievement of goals and professional accomplishments as they relate to the associate's overall job performance.

An associate rated less than Good (3.0) is not eligible for a merit increase and may be placed on a Warning. An associate's performance that continues to be rated less than Good (3.0) will be subject to further corrective action, up to and including termination of employment.

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Consistently fails to meet goals for the position. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 2.0 – 2.9 | **Fair:** Consistently meets most goals for the position with an unacceptable level of performance for some goals. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 3.0 – 3.9 | **Good:** Consistently meets and occasionally exceeds goals for the position. Makes full use of abilities and experience to produce desired results. |
| 4.0 – 4.9 | **Very Good:** Consistently meets and often exceeds goals for the position. Actively contributes to the achievement of overall unit, department and Company goals. |
| 5.0 | **Outstanding:** Consistently exceeds all goals for the position. Seeks new and better ways to accomplish tasks. Highly capable and versatile in adjusting priorities to current unit, department and Company needs. |

## Performance Appraisal Ratings for Associates in Training

During the Orientation Period, an associate's performance is reviewed at least every 60 days. At the center of each Orientation Period review is a thorough review and discussion of performance and progress.

The five summary ratings for associates on Orientation are:

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Does not make satisfactory progress in acquiring the knowledge, skills and experience necessary to perform the major tasks of the job. Does not achieve training goals. |
| 2.0 – 2.9 | **Fair:** Progress in learning the job, but improvement is necessary to achieve orientation goals. |
| 3.0 – 3.9 | **Good:** Learns the job at a consistent and expected rate. Achieved orientation goals. |
| 4.0 – 4.9 | **Very Good:** Learns the job at a faster than expected rate. Consistently met and occasionally exceeded orientation goals. Performance is well above the Good level. |
| 5.0 | **Outstanding:** Masters new job quickly. Exceeds orientation goals. |

# Ongoing Coaching and Review of Performance Results

## Principles of Coaching

Each associate needs to know the responsibilities and goals of the position they hold. Each associate should also receive objective ongoing feedback on their performance in relation to those responsibilities and goals. The associate and their direct supervisor (referred to in Workday as "manager") are to meet regularly to discuss the associate's performance against the assigned goals. The manager and associate may also review departmental plans and goals, as well as areas of the associate's current performance which offer opportunity for improvement.

Sensitivity: Confidential

Confidential G000210

Coaching is aimed at applying positive influence to improve the behavior or performance of an associate. Effective coaching provides structure and support to meet personal goals. With this positive approach, we can help all associates enhance their performance and achieve their full potential.

All associates, regardless of current performance, should receive regular, high-quality coaching from their supervisor. Coaching is focused on areas where improvements are required to achieve performance goals set by management. It is also encouraged for associates to communicate and collaborate on areas where they would like additional development (e.g., a personal goal of achieving Chairman's Club), which their supervisor can support in the coaching process.

The associate and their supervisor should be clear and aligned on both the focus of the coaching and the plan to enhance performance. This can be accomplished through agreement on the coaching focus, the root cause of performance gaps, and the plan to enhance performance. Formalizing this collaborative process into a "Coaching Focus" document will contribute towards a successful outcome for both the associate and GEICO.

## The Associate

A strong coaching relationship between an associate and their supervisor should be focused on improving performance and achieving goals. Coaching should be a highly collaborative process and therefore, there is not a single methodology all leaders will utilize. The supervisor should adhere to clear expectations and best practices when coaching their associates, which are outlined below.

### *GROW Model*

The supervisor typically executes coaching conversations using the GROW Model. Utilizing this coaching framework increases collaboration and agreement on how to improve performance.

- G: Goal – What are we trying to accomplish?
- R: Reality – What is getting in the way?
- O: Options – What is the solution?
- W: Way Forward – How do we know we are winning?

### *General One on One*

A one on one meeting is a regular weekly face to face (in person or video on in WFH environment) check-in between the associate and their supervisor. It is used to provide feedback, keep each other in the loop, resolve issues, and help the associate grow in their current role and prepare for future roles. There are two types of one on one meetings:

- Monthly one on one: review of the associate's prior month results, progress on the "Coaching Focus", and agreement on adjustments needed in the "Coaching Focus"
- Weekly one on one: follow-up on "Coaching Focus," identification and removal of barriers, and any needed adjustments; review coaching provided for the previous week to evaluate trends and progress

### *Timeframe*

The supervisor determines the adequate amount of coaching for each associate based upon the actions in the "Coaching Focus" document. There is no "one size fits all" timeframe for coaching. Therefore, it is imperative that the associate work with their supervisor on the right structure to provide the most adequate coaching expectations possible to enhance performance. Throughout the coaching experience, the associate should be clear on the goal, be focused on their action plans, demonstrate a motivation to improve through observable behaviors, and embrace feedback to enhance their performance.

### *Methods of Coaching*

The supervisor uses a variety of individual coaching techniques, which include but are not limited to:

- Side by Sides
- Live monitoring
- Recorded call reviews
- Drills
- Targeted audits/spot checks

Sensitivity: Confidential

Confidential G000211

- Feedback on calls and surveys
- Reviewing weekly numbers
- Role playing

## The Supervisor

The supervisor plays an important role in supporting the associate and ensuring they achieve personal goals. The supervisor is responsible for three main areas:

- **Performance Management**
  - Communicating changes
  - Handling common customer friction points and tough conversations
  - Conducting root cause analysis to identify areas of focus for coaching
  - Using data to identify opportunities to improve performance
  - See "Methods of Coaching" for how these are achieved

- **Positive Work Environment**
  - Addressing associate concerns
  - Encouraging teamwork
  - Recognizing good performance
  - Interacting daily with associates and peers

- **Documentation and Administrative Work**
  - Attendance reporting (time off requests, FML process)
  - Timesheet completion
  - Documenting coaching conversations with areas of improvement and evaluation of weekly performance

Managers also play an important role in coaching and supporting supervisors to be effective coaches for their associates. The weekly one on one meeting between the supervisor and their manager is the primary method used.

- **Start of the month/Week 1:**
  - Review the supervisor's coaching documentation to support the associates' Coaching Focus and monthly framework
  - Establish monthly focus and goals
  - Determine rewards and recognition for the team
  - Identify self-development and career development opportunities (team and supervisor)

- **Weeks 2 and 3:**
  - Prior to meeting, the manager reviews coaching documentation to identify trends, strengths, opportunities to discuss with the supervisor
  - The manager provides feedback to the supervisor and asks questions to determine areas where help is needed; the manager and supervisor should calibrate on areas where improvement is needed and how to address any barriers; the manager and supervisor also should identify if any Coaching Focus needs to be redefined

- **Week 4:**
  - Prior to meeting, the manager reviews coaching documentation to identify trends, strengths, opportunities to discuss with the supervisor
  - The manager provides feedback to the supervisor and asks questions to determine areas where help is needed; the manager and supervisor should calibrate on areas where improvement is needed and how to address any barriers; the manager and supervisor also should identify if any Coaching Focus needs to be redefined
  - The manager should review results as the month ends and calibrate with the supervisor on Coaching Focus updates for upcoming month

Sensitivity: Confidential

Confidential G000212

  - The manager should inform the director, AVP and HR monthly about any associate who has not received adequate coaching or who may need to be placed on corrective action

### *Responsibilities of the Associate and the Supervisor*

It is important to understand that a coaching relationship requires openness and accountability from both the associate and the supervisor.

### *Openness to Feedback*

The supervisor is responsible for providing regular and candid feedback. The associate should remain open to feedback and engage in the conversation. Doing so accelerates progress toward improving and meeting the performance goals.

### *Creativity*

There are many ways to enhance performance. As the associate and supervisor work together, plans can evolve over time. The supervisor may try a new approach or implement an idea from a peer. Associates respond differently to coaching, so creativity in coaching is encouraged. Supervisors and associates may look to top performers to identify best practices. Modeling is also an effective form of coaching and allows associates to "see" and "hear" how they can be more effective.

### *Accountability*

The associate is expected to display their best effort when executing the actions outlined in the "Coaching Focus" document. It is their responsibility to work hard to meet expectations and to be open with management when they need additional or different support to achieve goals. The supervisor is expected to execute adequate coaching to every associate. This is demonstrated through execution of the "Coaching Focus" document, regular follow-up, and documentation of progress.

### *Resources*

The GEICO Management Academy provides additional coaching support and guidance for leaders located at the links below:

1. Real Leadership: Creating the Coaching Relationship
2. Real Leadership: Trending Results & Behaviors
3. Real Leadership: Creating a Plan
4. Real Leadership: Coaching the Plan
5. Real Leadership: Evaluating the Plan

Other useful resources on a variety of topics related to performance management are available through the GEICO Management Academy. Please reach out directly to GMA for assistance.

## Review of Performance Results

At the end of the PA process, the associate and manager meet to discuss performance results. This is called the 1:1 Meeting. The 1:1 Meeting is scheduled after the Self Evaluation and Manager Evaluation have been completed in Workday.

During the meeting, the following topics may be discussed:

- attainment of goals and rate of progress on the job
- performance achieved compared to performance standards
- individual strengths and weaknesses
- areas for improvement
- career development plans
- training, education and other professional accomplishments
- new performance goals for the upcoming rating period

Sensitivity: Confidential

Confidential G000213

# Career Connect

The Company tries to fill jobs from within whenever possible. In rare instances, the Company may decide to fill jobs from outside the ranks of our associates (e.g., when a better qualified candidate is available or in support of a business objective). In all cases, candidates who apply for a position internally or from outside are selected solely on the basis of qualifications without regard to race, color, religious creed, national origin, ancestry, age, sex, gender, pregnancy, sexual orientation, gender identity, marital status, familial status, disability or genetic information, in compliance with applicable federal, state and local law. GEICO hires and promotes individuals solely on the basis of their qualifications for the job to be filled.

Career Connect is an equal opportunity employment program offered by the Company. It provides information about available opportunities and gives associates the opportunity to express interest in being considered for available job opportunities and to pursue new positions. Career Connect provides an opportunity for associates to apply for jobs that open up within the Company and to be considered on the basis of qualifications for promotion or transfer.

Career Connect provides managers with a tool to recruit qualified internal candidates. The manager with an open position (i.e., the hiring manager) submits a job posting online indicating the essential functions of the job and required skills/education to perform the job. In some instances, management may choose to fill an open position without posting the position through Career Connect. These exceptions must be approved by Corporate Human Resources.

Associates may apply to be considered for job opportunities as they occur, regardless of whether the openings are in the associates' current department. The hiring manager is to interview every qualified candidate. At the discretion of the hiring manager, pre-work may be assigned to candidates to determine who is qualified to be interviewed.

To provide adequate notice of job openings, all positions must be listed on Career Connect for at least seven full calendar days.

Candidates applying from outside the Company must complete an online application at www.geico.jobs and then may be interviewed and considered for a vacant job if they are more qualified than the internal applicants.

After a position is filled, it is the responsibility of the manager who posted the job to remove the job from Career Connect.

## Requirements for Certain Jobs

Sales, service and claims positions may require licensing depending on individual state laws. Attorney positions also require licensing. It is the associate's responsibility to inquire whether the position they apply for requires a license, and if it does, to notify the hiring manager if they have any concerns about their ability to become licensed.

An associate must have satisfactory attendance to apply for promotion, lateral or demotion.

### *Promotion*

Any associate is eligible for promotional opportunities if at the time of the application they:

1. Have successfully completed the Orientation Period for their current position and rated "good" (3.0) or better;
2. Have satisfactory attendance;
3. Meet the experience, skills and education expectations for the higher level position.

Once an associate is selected for a promotional opportunity, the associate is to be released as soon as practical, usually within 30 days unless other arrangements are made.

Sensitivity: Confidential

Confidential G000214

### *Lateral transfers and applications for lower level position*

**Requirements for a lateral transfer**

A lateral transfer is one in which the associate's salary grade is not adjusted as a result of the change. Typically, an associate should complete Orientation in their current job to be eligible to apply for a lateral transfer. However, with director approval, an associate may apply for a lateral transfer while still on orientation.

**Requirements for either a lateral or an application for a lower level position**

An associate must have satisfactory attendance in order to apply to a lateral or lower-level (i.e., lower salary grade than the associate's present job) position. An associate must meet the minimum departmental standard in their current position to apply to any job in the Company, whether a lateral transfer or demotion. If the associate is not meeting the minimum departmental standard set by the posting location, the supervisor is to carefully evaluate the associate to ensure the requirements of the job to which the associate has applied are not implicated by the performance weaknesses demonstrated in the associate's current position.

An associate's lateral transfer does not typically result in a pay action unless the associate transfers to a location on a higher salary schedule. In this event, the associate's pay is increased to the minimum for their grade on the new location's schedule. If the associate's current pay is above the maximum of the salary schedule of the new location, the associate's pay is typically reduced to the maximum for their grade on the new location's schedule.

Once an associate is selected for a specific lateral transfer or a lower level position, the associate is to be released by the department as soon as practicable, usually within 30 days unless other arrangements are made.

## Verification of Education Requirements When Posting for a Management Position

An associate who posts for a promotion into or within management may be required to submit college or university grade transcripts to Shared Services to verify the associate has met the education requirements.

---

# Relocation Policy

The Relocation Policy is based on the expectation that the associate will continue their employment with the Company. The associate will be required to reimburse the Company for all relocation expenses paid by the Company if they resign from or otherwise terminate employment before serving one year at the new location.

An associate's relocation to another work location is sometimes necessary to fill the Company's specific talent needs. The Company may, upon approval, reimburse an associate's allowable expenses when they move from one location to another **at the Company's request.** All relocation requests must demonstrate specific business need.

Any relocation **not at the Company's request** is considered a voluntary relocation and is not covered by the Relocation Policy. The Company will not reimburse expenses for voluntary relocations.

The Relocation Policy covers two types of relocations: full relocations and limited relocations.

- A full relocation is typically available only to an associate who is director level and above. The Company will cover the specific expenses outlined in this policy for a full relocation. Exceptions require approval from compensation management.
- A limited relocation covers the specific expenses outlined in this policy and is subject to a maximum total amount paid for the relocation.

## Relocation Authorization Form

Sensitivity: Confidential

Confidential G000215

Click here to view the Relocation Authorization Form (D42).

## Approval Limit

It is the hiring manager's responsibility to receive relocation related expense estimates from the Corporate Relocation Analyst and secure all necessary approvals.

- A **full relocation** requires approval from the head of the functional area or line of business (Executive Leadership), Chief Financial Officer, and Chief People Officer.
    - Any full relocation estimated to cost over $150,000 also requires Chief Operating Officer approval
- A **limited relocation** requires manager and Vice President approval.
    - If the relocation is between $5,000 and $50,000, it requires additional approval by compensation management.
    - If the relocation is more than $50,000, approval from head of functional area or line of business (Executive Leadership) is required.

## Relocation Policy and Process

Once a required relocation approval is obtained and the associate accepts the offered position in the new location, management is responsible for submitting the approval to the Corporate Relocation Analyst.

- For a limited relocation, a completed Relocation Authorization form (D42) must be sent to the Corporate Relocation Analyst.
- For a full relocation, all final executive leadership approvals must be sent to the Corporate Relocation Analyst.

The Corporate Relocation Analyst then contacts the associate and schedules an initial call. During the initial call, the Corporate Relocation Analyst:

- Explains the relocation process
- Notifies the associate whether limited or full relocation is approved
- Answers any questions, and
- Outlines the information needed to ensure all services are completed in a timely manner
- Provides the associate a copy of the Relocation Policy, the applicable Relocation Statement of Understanding form and the Relocation Expense Reimbursement form (AC206), The Corporate Relocation Analyst reviews the policy and forms with the associate.

The associate is responsible for reading the Relocation Policy and all related forms discussing any questions and submitting all required forms promptly.

### Exception Handling

The Company administers a Relocation Policy that is fair and consistent to similarly situated associate, and closely manages Company expenses. In the event that circumstances support the need for the Company to cover or reimburse expenses outside the terms of the Relocation Policy:

- The need for the exception must be identified by the hiring manager during the job offer process and escalated for review by compensation management and may require additional executive leadership approval.

  Approval of an exception to the Relocation Policy must be secured before any commitment to pay for relocation expenses not specifically covered under the Relocation Policy is communicated to the associate.

## Cornerstone Relocation Group

Sensitivity: Confidential

Confidential G000216

The Company has partnered with Cornerstone, a global relocation management company, to facilitate relocation services to associates. Cornerstone will coordinate, consult, and provide relocation services for approved relocations, as authorized. Cornerstone's relocation services include processing and reimbursing expenses requests and assisting with home sale and/or purchase.

After the relocating associate executes the required forms via DocuSign, the Corporate Relocation analyst will notify Cornerstone about the relocation, after which a Cornerstone Consultant will contact the associate within 24 hours to acknowledge the relocation assistance request. The Consultant will further explain the relocation process, answer questions, and outline everything needed to ensure services are completed timely. The Consultant will also provide credentials to access TrackStar, the Cornerstone website the relocating associate will use to submit reimbursement expenses.

If selling and/or purchasing a house, Cornerstone also will begin the vendor selection process (for destination real estate agents mortgage lender, departure real estate agent, etc.) and schedule an approximately 1-hour call with the associate and/or the associate's spouse. The relocating associate will also receive an initiation package which will include the necessary relocation forms and documents. The Cornerstone Consultant will be the relocating associate's primary contact throughout the relocation process.

## Time Off During Relocation

The relocating associate is expected to request and receive approval for time-off from their current supervisor before making any travel arrangements. The associate may be granted up to six days of leave, collectively, for the house-hunting trip and the actual move to the new location.

- For a nonexempt associate, relocation time off is considered "hours worked", and, as such, will be reported on the associate's timesheet in Workday.

- For an exempt associate, relocation time off is considered compensatory time and will not be reflected in Workday.

The associate's current supervisor is expected to keep an accurate record of the associate's time off from work for relocation purposes on the Record of Attendance Conversations (D102). If the associate requests time off beyond the maximum six days permitted under the relocation policy, the associate is expected to use their accrued leave (vacation or floating holiday) for the additional time off.

## Associate Travel Expenses

The following guidelines cover the relocating associate's reimbursement for allowable travel expenses. Costs may differ and the specific relocation requirements may very based on location.

The associate is expected to consider the Company's interests and arrange their affairs in a manner that helps keep relocation expenses reasonable. For example, hotel, meal and incidentals costs must be moderate, not extravagant.

The associate **must** substantiate all travel expenses to qualify for reimbursement in a similar manner as the Internal Revenue Service would require for claimed expenses deductions on a personal tax return.

The Company maintains its right to request proof of travel expenses submitted for reimbursement.

1. Travel Reservations: All reservations (air travel, other transportation, hotel) **must** be made through GEICO Travel (800-555-9126 or GEICOTravel@geico.com).

2. Expense Reimbursement: After allowable expenses have been incurred, the associate must submit supporting documentation and receipts to the Corporate Relocation Analyst or Cornerstone, as applicable. Receipts are required to substantiate all items other than tips and car mileage.

All relocation expenses are charged to cost center HR1002 using spend category Transfer of Employees.

**NOTE:** Do not submit through Certify or use a Company credit card for relocation expenses; expenses charged to a Company credit card will be charged to the wrong cost center and account.

Sensitivity: Confidential

Confidential                                                                                                    G000217

## Allowable Travel Expenses

The following expenses (with receipts) are considered allowable, subject to the limitations indicated.

| Type Expense | Limitations |
|---|---|
| Airline | Economy/Coach fare |
| Railroad | If appropriate and more efficient than air travel |
| Taxi/Rideshare | When less expensive than an available private automobile when common carrier/subway and/or airport van service is not available. |
| Personal Automobile | Current IRS per mile guidelines for trips, plus parking/toll charges; fuel expenses are not reimbursable. |
| Automobile Rental | Compact car.<br>The Enterprise Rental Car account agreement should be used. However, based on the local conditions of your city of destination, you may use another rental agency if lower rates prevail. |
| Insurance on Rented Automobiles | Associates who rent will waive (not pay) the Collision Damage Waiver. Any charges arising for a claim under the deductible will be paid by the Company and charged to the associate's department.<br>Travel accident insurance purchased in addition to coverage automatically provided associates on Company business is not a reimbursable expense. |
| Parking Fees | Reasonable fees |
| Ferry Fees | Reasonable fees |
| Bridge, Road & Tunnel tolls | Actual incurred fees |
| Lodging | The cost of accommodations should be moderate (e.g., Fairfield Inn, Holiday Inn, Ramada Inn, Days Inn, Hampton Inn, etc.). The Travel Office may help to obtain a GEICO rate. |
| Meals | A per diem of $70 per adult and child 12 years and older, $35 per child 11 years and younger; no meal receipts required; the per diem is inclusive of tax and tip. |
| Tips | $2.00 per bag/suitcase; 20% on taxi fares. |
| Childcare | Childcare expenses subject to a daily maximum of $100 per child. |
| Baggage Fees | 1 standard checked bag per person during the house hunting trip, and 2 standard checked bags per person during the final trip. |
| Hotel Pet Fees | During the final move and while in temporary living. |

- Travel expenses beyond the acceptable expenses detailed in the above chart, or occasioned by special circumstances, must be referred to and reviewed by compensation management and may require additional management approval for reimbursement.
- Approval of any exception to the acceptable travel expenses must be secured before communicating any commitment to the associate.

## Taxes

Amounts reimbursed by the Company for relocation expenses are included in the associate's gross income for tax purposes. Some reimbursed amounts are fully deductible, others are partially deductible, and some are fully taxed. To assist the associate in the payment of additional taxes they will owe for non-deductible items, the Company will "gross up" income by an amount equal to the approximate income tax liability for all such items for which the Company designates agreement to do so.

Sensitivity: Confidential

Confidential G000218

**"Grossing up"** is the process whereby the Company remits to the Internal Revenue Service the additional withholding tax on behalf of the associate. The associate's Form W-2 for the year in which the amounts are included in gross income will reflect the gross up.

**Note:** For more information on the gross-up process or other relocation related tax issues, contact Payroll via the Workday Help App.

## Associate Checklist of Reimbursable Expenses

### *House Hunting – Apartment Hunting Trip*

The associate may make a trip for the purpose of finding residence in the new location. Transportation, meals, and accommodations for a house-hunting trip will be paid as outlined above.

The benefit extends to the associate and their spouse/partner if that spouse/partner resides with the associate in the old location.

### *Moving and Storage of Household Goods*

The Corporate Relocation Analyst will provide the associate with contact information for the approved moving company. It is the associate's responsibility to establish packing, loading, and unloading dates directly with the moving company. The Corporate Relocation Analyst will ensure the moving costs associated with packing, shipping, and unpacking the associate's household goods, as well as insurance for moving the household goods is directly billed to the Company. The Company will pay the additional charges that the moving company may charge to protect certain items (e.g., stereo, wash machine, etc.) in transit.

1. **Insurance**

   Insurance regulations hold the moving company responsible for safely delivering the associate's goods. The industry standard values the shipment at $1.25 per pound. Under this Relocation Policy, the Company has directed the moving company to value the associate's shipment at full replacement value.

   If the associate's household goods contain articles of value beyond normal worth or the value indicated above (antiques, original artwork, etc.), a separate appraisal and appropriate insurance coverage may be obtained with prior approval from the Corporate Relocation Analyst.

2. **Pickup and Storage**

   Household goods are to be picked up only at one location and delivered only to one location.

   If the associate moves from their old residence before the new residence is available and needs to store furniture and other household goods, the associate must arrange storage with the moving company on a storage-in-transit basis. However, the associate is expected to make every effort to avoid storage-in-transit because it is an additional expense and results in additional handling and wear and tear of the associate's goods. Vice President and compensation management approval are required for storage-in-transit greater than 60 days..

3. **Tips**

   Tips to the moving company's personnel are not reimbursable.

4. **Vehicles to New Location**

   The Company pays the cost of shipping up to two vehicles to the new location if the distance to the new location exceeds 500 miles. If the distance to the new location does not exceed 500 miles, the associate is expected to drive their vehicle(s) to the new location.

   - The Company does not cover the cost of shipping the associate's third, fourth or more vehicles regardless of the distance to the new location.
   - The Company does not pay or reimburse the associate for shipping more than two vehicles, antique/hobby cars, boats, and/or motor homes.
   - The Company will pay for a rental car while the associate vehicle is in transit to the new location.

Sensitivity: Confidential

Confidential G000219

### Final Trip to the New Location

The Company pays the cost of transporting the associate and the associate's family (spouse and dependent children living with the associate) by the most direct route to the new location. Transportation, meals, and accommodations are paid as outlined above. The associate is expected to complete their final trip expeditiously, without any unwarranted delay. Any additional charges (e.g., storage, lodging, meals, etc.) caused by such delay are not reimbursed. If the associate drives to the new location, the daily driving expectation is at least 350 miles.

If the associate starts working at the new location before their family's final trip to the new location and special circumstances make it necessary for the associate to accompany their family on the final trip, the Company will consider covering reasonable transportation expenses for the associate for this purpose.

### Temporary Living Expenses

Moving directly from one house or apartment to another creates the least inconvenience for the associate and their family and the least expense to the Company. The associate is expected to time their move directly from the old residence to the new residence.

The Company recognizes that such direct moves are not always possible. If the Company requests the associate to start working at the new location before the associate's family moves to the new location, the Company will reimburse the associate's reasonable lodging expenses plus $70 per day for the associate's meals if the temporary lodging does not provide cooking facilities. The associate is expected to arrange reasonable accommodations, such as a furnished apartment or an extended stay hotel, once the associate learns they are expected to start work at the new location before the associate's family relocates. The associate also is expected to arrange for their family to move to the new location as soon as possible after the associate starts working at the new location. Temporary living expenses are generally covered for up to 60 days.

The Company will pay reasonable expenses for meals and lodging if, when the associate and their family arrive in the new location to move into the new residence, there is a delay between the date of arrival and the arrival of the household goods. The associate must try to time their arrival or the family's arrival to minimize any delay.

If the associate requests reimbursements because the new residence will not be ready for occupancy at the end of 60 days or the family is unable to move to the new location within 60 days, Vice President approval and compensation management approval are required for reimbursement.

### Visits Home During an Associate's Relocation

If the Company requests the associate to start working at the new location before the associate's family moves to the new location, the Company will reimburse the associate for one weekend round trip home every 30 days(flight or mileage if driving), to include the trip to meet the movers for the final move. Additional trips home will be at the associate's expense unless the cost of commuting is less than the cost would have been had the associate remained at the new location.

The Company may reimburse expenses for the associate's spouse to travel to visit the associate at the new location once every 30 days, in lieu of the associate traveling to their old location, if the costs do not exceed those the associate would have incurred on a trip home.

### Miscellaneous Moving Expenses for Limited Relocations

For limited relocations, the Company will reimburse the associate for approved, common expenses incurred by the associate and the associate's dependents who live and are moving with the associate. These expenses include:

- Telephone installation fees
- Application fees, non-refundable deposits/fees
- Pet boarding and transport
- Normal utility hookup fees (gas, electric, water, phone, basic cable); the Company does not pay or reimburse the associate for any deposits on utilities
- Auto tags and title fees

Sensitivity: Confidential

Confidential                                                                                          G000220

- Driver's license fees
- State inspection fees
- County sticker fees

### *Supplemental Relocation Payment for FULL Relocations*

The Company will provide a Supplemental Payment of $5,000 net of taxes to any associate receiving full relocation assistance to cover relocation expenses that are not authorized under this Relocation Policy. The associate is not required to document how they use the Supplemental Payment.

This Supplemental Payment will be issued by the Corporate Relocation Analyst after the associate completes the move to their new location. Payment will be made in the paycheck issued after the following pay cycle, or earlier if possible. The Supplemental Payment should be charged to the cost center HR1002 using spend category Transfer of Employees.

The following lists some of the items the Supplemental Payment is intended to cover:

- Telephone installation fees
- Pet boarding and transport
- Fees outlined as non-refundable (application fees, pet fees, amenities fees)
- Utilities, normal utility hookup fees and deposit (gas, electric, water, phone, basic cable); the Company does not pay or reimburse the associate for any deposits on utilities
- Auto tags and title fees
- Driver's license fees
- State Inspection fees
- County sticker fees
- Cords of firewood, coal, or fuel oil
- Perishables or frozen food
- Plants
- Replacement of appliances which must remain at the former residence and are not provided at the new residence
- Altering drapes, curtains, rugs
- New locks
- Dismantling and reassembling special equipment
- Loss of tuition payments or sports fees
- Cleaning and maid service
- Any expenses you may incur by hiring friends or relatives to assist you in your move
- Tips to moving personnel

## Assistance to Homeowners

Because the Company recognizes that associates who own a home may incur unique expenses when relocating, the Company provides several forms of financial assistance. To qualify for this assistance, the associate must receive full relocation assistance and own an eligible home as listed below at the time they relocate:

**Eligible Homes**

- Primary home (owner-occupied)
- Single family residence (on a lot not to exceed five acres, unless zoning requires additional acreage)

Sensitivity: Confidential

Confidential G000221

- Condominium
- Townhome

**The following types of property are NOT eligible:**

- Mobile homes
- Summer or vacation homes
- Multiple dwelling homes, co-ops, apartment buildings, and/or other income producing property
- Any real property outside the U.S.

### *Home Selling Assistance*

Any associate receiving full relocation assistance who wants to sell their home in the old location and receive Company home selling assistance or an equity advance must use "The Buyer Value Option (BVO) Program." Under the BVO Program the Company may assist the associate by directly paying for certain home selling expenses (see below) without the associate incurring additional taxable income to the associate. The Company contract with Cornerstone to manage the BVO Program. The BVO Program requires the associate to list their home with a Cornerstone selected realtor.

In addition, to receive Company assistance on certain home selling expenses and to receive an equity advance:

- The associate must agree to set the initial selling price of the home within 103% of two BMAs (Buyer Market Analysis). Cornerstone will provide a listing of real estate agents for the new location. The associate will select one agent from the list and the Company will select another agent from the list. If the two BMAs vary by more than five percent (5%), a third BMA performed by an agent mutually agreed upon by the associate and the Company will be included in the average. The cost of performing the BMAs is borne by the Company.
- The associate must agree to make reasonable improvements to the home (e.g., painting, landscaping, cleaning) at their expense as recommended by the selected realtor and/or Cornerstone.
- The associate must in good faith entertain all reasonable offers when considering whether to accept or reject offers from prospective buyers.
- If the associate wants an equity advance:
  - The associate must agree to a termite inspection and a radon protection plan as requested by the selected Cornerstone realtor, or the Company. If extermination is necessary or if repairs are required as a result of the radon protection plan, the associate is responsible for the expense.
  - The associate must submit all required documentation to Cornerstone. Including but not limited to outstanding mortgage statements and as title searches (to determine whether there are outstanding liens or judgments on the property).

If the associate does not agree to abide by the preceding conditions, the Company does not provide any home selling assistance and the associate will not be eligible for any equity advance.

In all cases, it is the associate's decision to sell the old home and to adjust the listing price. Any loss on sale is the associate's responsibility.

### *Home Selling Expenses Eligible for Company Assistance*

Eligible home selling expenses for reimbursement include:

- Real estate commission based on the standard commission percentage for the geographic area not to exceed 6%
- Mortgage cancellation fees
- Title clearance or abstract fees
- State and city transfer taxes
- Deed preparation fees, when necessary
- Documentation and recording fees
- Penalty charges for mortgage prepayment
- Transfer taxes

The Company will not reimburse the following home selling expenses:

Sensitivity: Confidential

Confidential G000222

- Points negotiated with the buyer that would enable the buyer to obtain a below-market rate of interest
- Home Warranty as an inducement to purchase

### *Equity Advance*

An associate receiving full relocation assistance who meets the conditions set forth under the Home Selling Assistance section and who is required to report to their new location before the old residence is sold is eligible to receive an advance against the equity in the old residence for the down payment on the purchase of a residence in the new location.

The **maximum** equity advance up to 80 percent of eligible equity based on the average of the expected sale prices in the 2 BMAs. Equity is calculated as the estimated sale price less all outstanding mortgages, and applicable pro-rations for taxes, interest, association dues, etc. to the anticipated vacate date.

To request an equity advance, the associate must notify the Corporate Relocation Analyst of the requested, equity advance, the date by which the equity advance is needed (which must be no more than two weeks before the closing date on the new home) and the address and purchase price of the new home. The associate must also provide the Relocation Analyst with copies of any requested documents relating to purchase of the home, such as a sales agreements or estimated settlement sheet.

### *Repayment of Equity Advance to Company*

The associate must submit a notarized promissory note which is signed by the associate(and spouse, if applicable) before any equity advance is provided to the associate. **The promissory note must be signed, notarized and on file with the Company before the Company advances any monies**. Monies advanced to the associate must be repaid in full to the Company immediately following settlement on the old residence, regardless of the sales price on the old residence; however, if the associate does not sell their old residence within 12 months of receiving the equity advance, the associate must repay the equity advance in full no later than 12 months after receiving the equity advance.

### *Duplicate Mortgage Payments*

An associate is eligible for duplicate housing payments assistance for the associate's old home when it is on the market and the associate has already closed on a home at their new location or is already renting in the new location. Mortgage payments on the new residence start on the mortgage statement date, not necessarily the date of settlement, and are limited to the regular mortgage payments on the old home plus any HOA fees, provided the amount does not exceed the payments on the new home or rental. Such assistance is intended to relieve the associate of any substantially increased financial burden caused by the move. The Company may make such advances to the associate for mortgage payments for a period not to exceed 18 months. These payments are made directly to the associate and the Company does not assume any ownership or management of the associate's property by making such payments.

**The following information must be provided to the Corporate Relocation Analyst before duplicate housing payments commence:**

- A copy of a monthly mortgage statement for both properties (which must reflect the date payment is due) and supporting documents for any HOA fees.
- If renting in the new location, a copy of the rental agreement and any supporting documents for any mandatory monthly fees, such as parking or pet fees.

### *Reimbursement of Duplicate Housing Payments to Company*

It is the associate's responsibility to keep the Company informed of the status of the sale of their old residence.

The associate is not required to repay any duplicate housing payments made by the Company for the first six-month period the old residence is on the market.

Upon sale of the old residence or after the old residence is on the market for 18 months, whichever occurs first, the associate is required to reimburse the Company as follows:

- 50% of any duplicate housing payments made for months seven through 12 when the old residence is on the market; and

Sensitivity: Confidential

- 100% of any duplicate housing payments made for months 13 through 18 when the old residence is on the market.

Any repayment of duplicate housing payments must be made via personal check payable to GEICO and forwarded to the Corporate Relocation Analyst.

### *Reimbursable Home Purchasing Expenses*

**The Company will cover home purchase expenses only if the associate has received a full relocation AND is selling an eligible home in their old location.**

The Company will cover the closing costs on a home in the new location when the associate submits documentation associated with the purchase of the new home **and** purchases a residence in the new location within one year of assignment to the new location.

Home purchase expenses eligible for payment by the Company include:

- Title policy insurance premium
- Attorney's or title company's fees
- Settlement fees
- Notary fees
- State, county, and/or transfer taxes customarily charged to the buyer
- Appraiser fees
- Credit report
- Survey fees
- Document and recording fee
- Bank service charge for originating new mortgage

The following items are excluded from reimbursement:

- Taxes and interest charges
- Remaining fees for water, trash collection, etc.
- Points required by the lender

## Assistance to Renters

### *Unexpired Lease Fee and Loss of Security Deposit*

If an associate leases or rents on a month-to-month basis, the associate is to immediately notify the landlord of their intention to move once the relocation is approved.

If the associate is required to pay a rent penalty for breaking the lease, the Company will reimburse the associate for a period not to exceed two months' rent to include lease cancellation fees and loss of security deposits due to lease cancellation. A copy of the lease and correspondence from the landlord substantiating the lease-break penalty must be attached to the associate's request.

If the associate plans to rent their new residence, the associate is expected to request that the new lease include a clause that allows the associate to cancel the lease upon payment of two month's rent if later transferred.

### *Duplicate Rent*

If the associate pays duplicate rent (in the old location and the new location), the Company will reimburse the average of the rent amounts of the two residences for a period up to 60 days. A copy of both rental agreements, rental receipts, or cancelled checks must be submitted to the Corporate Relocation Analyst to qualify for the reimbursement.

## Limited Relocations

A limited relocation may be provided to the associate after the Corporate Relocation Analyst receives the following:

- Authorization Relocation Statement (D42) form signed by the hiring manager and the Vice President; and

Sensitivity: Confidential

Confidential G000224

- Limited Relocation Statement of Understanding (D42B) form signed by the associate.

A limited relocation of more than $5,000 is reimbursement-based and follows the same guidelines as a full relocation, unless the policy otherwise notes the benefit is restricted to full relocations only.

See Summary of Limited Relocation Assistance form for a brief listing of the various expenses associated with limited relocation assistance.

## Early Termination of Relocation Agreement

The Relocation Policy is based on the expectation that the associate will continue their employment with the Company. The associate will be required to reimburse the Company for all relocation expenses paid by the Company if they resign from or otherwise terminate employment before serving one year at the new location.

The required repayment amount is calculated on a straight-line pro-rata basis for the 12-month period following relocation. The associate is required to pay the calculated amount to the Company before the associate's employment termination date and any outstanding amount is deducted from the associate's last paycheck.

# Job Rotation

## Associate Job Rotation

A job rotation is a temporary assignment generally not to exceed 24 months. In some instances, a "rotation" may involve a change in office location. The expectation is that the temporary assignment will enrich the associate by adding to their business experience and knowledge and in most cases, prepare them to assume a position of greater responsibility.

The Company will reimburse an associate for the difference in major household expenses they incur if a job rotation includes a temporary change of work location. All expenses must be incurred, reasonable and necessary.

Any job rotation that requires a change of work location must be coordinated with the Corporate Relocation Specialist.

## Reimbursable Expenses – for Job Rotation

### *Housing - Currently Renting at the Home Location*

If the associate's temporary assignment requires a move to a new work location which has a higher average rental housing cost than the "home" location the Company will pay a monthly differential during the temporary assignment. Housing differentials are based on the actual rental cost at the "home" location and the cost for similar housing at the temporary location based on current market rates. The associate must establish their current rental housing cost by submitting a copy of their rental or lease agreement. Rental expense must actually be incurred to be reimbursable.

When the temporary assignment is located at GEICO Plaza, the Corporate Relocation Specialist will consult with Real Estate and Facilities Management (RE/FM) regarding the availability of corporate housing.

In any location, the Talent department, local newspapers, the internet and an associate's supervisor or manager may be sources of housing information.

### *Housing - Currently a "Homeowner" in the Home Location*

An associate who will work in a new location on a temporary basis is generally expected to return to their home location. Consequently, the Moving and Transfer Policy will not apply to the temporary assignment and the Company does not pay ordinary expenses associated with an associate's permanent residence (except as provided below).

The Company will pay the cost of reasonable and suitable housing during the temporary assignment at the new location if duplicate housing expenses are incurred. The Company will pay any difference in housing expenses if the cost of reasonable housing at the new temporary location exceeds the cost of the associate's expenses of their permanent residence. The cost of renters insurance and utilities including gas, electric, water, cable, telephone, internet and other expenses incurred by the associate at the new location will be reimbursed only if those expenses are duplicative of those

Sensitivity: Confidential

Confidential G000225

incurred and necessary to continue for safety purposes or if the associate's immediate family members (spouse, children) continue to occupy the permanent residence.

If the associate's family does not continue to occupy the permanent residence and moves with the associate to the temporary location, then only the utility expenses that are required for the safety and operation of the permanent residence will be reimbursed. In this case, cable, internet, telephone, etc., will not be reimbursed.

The Company will pay expenses that the associate incurs at the permanent residence because of their absence, for example, a home minder service, grass cutting, etc., if the permanent residence is left vacant.

If an associate chooses to rent their permanent residence while on temporary assignment, the Company will apply a credit against incurred expenses at the temporary location of the net proceeds realized from the rental. The associate is expected to disclose any rental arrangement of their permanent residence while on temporary assignment.

If an associate chooses to sell their owned permanent residence at their home location, the associate may do so at their own expense.

In rare cases, it may be economically advantageous for an associate and the Company that the associate sells their permanent residence. With the approval of the new Planning Center Manager (PCM) and the Executive Vice President (EVP) or Chief Human Resources Officer (CHRO), the Moving and Transfer Policy home sale and purchase option may apply to the move to the temporary location. Each case will be reviewed on a case-by-case basis taking into consideration the relevant facts and circumstances.

### *Additional and Necessary Living Expenses*

If an associate incurs an extraordinary expense(s) at their temporary location that would otherwise not be incurred in the permanent location, the Company will consider reimbursement of those expenses. There should be no expectation that any expense will be paid to an associate prior to approval by the Executive Vice President (EVP) or Chief Human Resources Officer (CHRO).

## Time Allowed for Moving to a Temporary Location

The relocating associate is expected to discuss all requests for time off with their current supervisor and hiring manager before making any travel arrangements. The associate may be granted up to three days of time off from work for house-hunting trips. The associate also may be granted up to three days of time off for the final trip to the new location. The time off from work for a nonexempt associate is to be coded as "Hours Worked" on the associate's timesheet in Workday. The time off from work for an exempt associate is considered compensatory time and not reflected in Workday. In both instances, the associate's current supervisor is expected to keep a record of the time off from work for relocation purposes on the Record of Attendance Conversations (D102). If the associate requests additional time off beyond the maximum noted above, the associate is expected to use accrued time off (vacation or floating holidays).

## Visiting Home during a Temporary Job Rotation

In situations where an associate's immediate family (spouse, children) choose to remain at the "home" location during the associate's temporary assignment the Company will pay for travel to the home location. Generally, the frequency of reimbursed travel to the home location is once every three weeks over a weekend. With the permission of the Planning Center Manager (PCM), an associate may choose to use vacation or floating holidays to extend the trip.

An associate's spouse may travel to visit the associate at the temporary location as an alternative to the associate traveling to the home location if the expenses submitted for reimbursement do not exceed those the associate would have incurred on a trip home.

## Salary Adjustments/Bonus Considerations

Associates will be paid according to the grade of the temporary job at the temporary location.

There is no salary policy provision that requires consistent salary comparatios from one location to another location. For example, an associate whose salary is 90% of the salary grade mid-point at the home location will not automatically have their salary increased to 90% of the grade mid-point at the temporary location solely because the salary schedule is

Sensitivity: Confidential

Confidential G000226

higher at the new location. All salary discussions should be fully addressed and agreed to in writing prior to assigning an associate to a rotational position.

Payment of any bonus, incentive, or other monetary consideration used to "encourage" an associate to fill a rotational position must be discussed and approved by the Executive Vice President (EVP) or Chief Human Resources Officer (CHRO) and the Planning Center Manager (PCM) before any discussion with an associate.

## Taxes

Relocation expenses that are reimbursed during a temporary job rotation are considered taxable income by the Internal Revenue Service. The Company will "gross up" these expenses by the amount equivalent to the increased income tax liability as determined by the Company.

**"Gross up"** is a process whereby the Company pays the IRS additional withholding tax on behalf of the associate. The Company will provide the associate with information necessary to file their tax return.

**Note:** For more information on the "gross up" process or other rotation related tax issues, contact the Payroll Service Center at PASC@geico.com.

If a temporary assignment requires an associate to pay additional **state income tax,** the Company will pay the associate a differential equal to the difference in state tax twice a year. The associate must submit their tax filing to the Payroll Department. The Company will "gross up" any additional payments for taxes.

## Limited Moving Package for Job Rotation

An associate who accepts a job rotation assignment is eligible for a limited relocation package to relocate to the job rotation site and then return to the associate's home location. A limited relocation package pays certain covered moving expenses subject to a dollar limit or maximum total amount paid for the move. The terms and conditions of a limited move package are at the discretion of the Planning Center Manager (PCM) of the new location for the rotating associate. Limited relocations of $5,000 or less are paid as a grossed-up lump sum payment to the associate after the Corporate Relocation Specialist has received all necessary forms from the hiring manager and the associate. Limited relocations of more than $5,000 are reimbursement based and follow all of the same guidelines as outlined in the Relocation Policy unless it is noted in the policy that the benefit is restricted to full relocations only.

Rotations that result in temporary moves differ and circumstances vary from associate to associate. Each rotating associate is advised to contact their hiring manager or new location Planning Center Manager (PCM) for more information on the specific items and move allowance available to the associate under their limited relocation package.

## Job Rotation Expense Responsibilities

### *Hiring Managers*

The hiring manager is responsible for advising the associate of the rotational guidelines.

The associate's hiring manager is responsible for completing the Job Rotation Statement of Understanding form (D43), listing the amount of each monthly housing/utility expense to be reimbursed, and securing the signed approval of the Planning Center Manager. (PCM) After approval, the hiring manager will review the form with the associate and obtain the associate's signature. The original agreement is to be sent to the Corporate Relocation Specialist along with supporting documentation such as copies of both leases and utility bills. The hiring manager and the associate should retain a copy of this agreement.

After receiving the appropriate documentation, The Corporate Relocation Specialist will set up reoccurring monthly payments to cover the duplicate housing expenses agreed to be paid during the length of the rotation and will coordinate expense payments for items covered under our limited relocation package.

## Termination of a Rotational Assignment

Management or the associate may terminate a temporary or rotational assignment for any reason or for no reason with or without notice. The Company, at its sole discretion, may choose to return the associate to their "home" location or to

Sensitivity: Confidential

terminate the associate's employment with the Company. Nothing in this policy changes the employment at will doctrine under which the Company provides employment and the associate accepts employment. Limited relocation assistance to ship the associate's household goods to their former or new work location may be provided after the rotation based on the discretion of the Planning Center Manager (PCM).

# Corrective Action Policy

The Corrective Action Policy is designed to address performance, behavior and attendance problems by any associate who has completed their new hire orientation. The Company always retains the right to decide the level and extent of discipline appropriate in any particular situation. The Company may change the policy at any time. Nothing in the policy creates or is intended to create an expressed or implied contract of employment for any set term or under any specific conditions. The Company is an at will employer, which means the Company, or an associate may terminate the employment relationship at any time, with or without reason, provided the information is lawful and non-discriminatory.

It is the responsibility of an associate's supervisor to provide the associate with the coaching and counseling to help improve performance, correct behavior problems or address attendance concerns. Depending on the nature of the performance, behavioral or attendance problem, the Corrective Action Policy provides an opportunity for the associate to meet satisfactory performance, behavior or attendance standards through the issuance of a Warning or for the associate's employment to be terminated. A Warning is to be issued if it is expected the associate will display meaningful progress in improving and maintaining their performance, behavior, or attendance.

## Performance Below Acceptable Level

Coaching provides an associate with the opportunity to display meaningful progress in improving their performance and maintaining the improved performance to remain employed. A coaching focus must reflect the expected satisfactory performance level to be achieved with a specified period of time and then maintained once achieved. The coaching focus must also state that any reoccurrence of such unsatisfactory performance or failure to meet the satisfactory performance level will subject the associate to further disciplinary action up to and including termination of employment.

### *Performance Measured by Core Metrics*

An associate's performance is measured by a departmental minimum standard. The measurement period for determining whether performance is below acceptable level is evaluated at each MAP review cycle which is six calendar months.

If performance is below acceptable level of the departmental minimum standard when the coaching has been adequate during the six month period, management is to move forward terminating the associate's employment.

- If the associate has not received adequate coaching during the six month period, coaching will be extended for 90 days and appropriate action taken to address the supervisor's failure to adequately coach.
- If associate meets the minimum departmental standard, then fails to maintain the minimum departmental standard during the following six months period, management is to move forward terminating the associate's employment.

If the associate has maintained acceptable performance for at least one year, the supervisor, at the associate's request, may upload a memorandum to the associate's worker record in Workday, reflecting the associate has not had a recurrence of the performance concern.

### *Performance Not Measured by Departmental Minimum Standards*

For an associate whose performance is not measured by core metrics, the measurement period for determining whether performance is below acceptable level is generally 90 consecutive days.

Performance is below acceptable level when for the measurement period the associate's results are below 3.0 overall or below 3.0 on any productivity or quality goal. The following action is to be taken when performance is below acceptable level:

Sensitivity: Confidential

- **Below 3.0 overall:** Associate is to receive 30 days of targeted coaching with the coaching reviewed by the manager and director and/or officer to ensure it is adequate; if insufficient improvement in performance during the 30 days of targeted and adequate coaching, then associate issued a Warning.
- **Above 3.0 overall but between 2.0 and 2.99 on productivity or quality goal:** Associate is to receive 60 days of targeted coaching with the coaching to be reviewed by the manager and director and/or officer to ensure it is adequate; if insufficient improvement in performance during the 60 days of targeted and adequate coaching, then associate issued a Warning.
- **Above 3.0 overall but below 2.0 on one or more goals:** Associate is to receive 30 days of targeted coaching with the coaching reviewed by the manager and director and/or officer to ensure it is adequate, if insufficient improvement in performance during the 30 days of targeted and adequate coaching, then associate issued a Warning.

The Warning period is 30 days; however, management has the discretion to set a Warning period of up to 60 days depending on the performance concern.

During the Warning period, the supervisor is expected to continue to provide targeted and adequate coaching with the coaching reviewed by the manager and director and/or officer to ensure it is adequate. To meet the terms of the performance Warning and remain employed, the associate must show meaningful progress in improving their performance and maintaining the improved performance.

If the associate fails to meet the terms of the Warning and coaching has been adequate, management is to move forward terminating the associate's employment.

If the associate has not received adequate coaching during the Warning period, the Warning period is to be extended by 30 days and appropriate action taken to address the supervisor's failure to adequately coach.

If associate meets the terms of the Warning and then fails to maintain the terms of the Warning during the following six months, management is move forward terminating the associate's employment

If the associate has maintained acceptable performance for at least one year, the supervisor, at the associate's request, may upload a memorandum to the associate's worker record in Workday, reflecting the associate has not had a recurrence of the performance concern.

## Behavior Concerns

If an associate displays inappropriate or unsatisfactory behavior in the workplace (including the violation of safety rules), the associate's management is to decide whether a Warning is appropriate for the particular situation. Any Warning issued to the associate shall include in the Goals section that the appropriate or satisfactory behavior be achieved and maintained, and any reoccurrence of such behavior will subject the associate to further disciplinary action up to and including termination of employment. Consequently, no additional Warning for the same inappropriate or unsatisfactory behavior is required to be issued. Depending on the length of time between the original Warning and any repeat of the inappropriate or unsatisfactory behavior, and the facts and circumstances underlying the situation, management may decide to restate the Warning. Associate Relations is expected to review the Warning before it is issued to the associate.

If the associate has maintained appropriate or satisfactory behavior for at least six months, the supervisor, at the associate's request, may upload a memorandum to the associate's worker record in Workday, reflecting the associate has not had a recurrence of the behavioral concern.

### *Administrative Leave*

An associate may be placed on an administrative leave, with or without notice, to permit the Company to review or investigate circumstances including credible allegations of dishonesty, theft or misappropriation of Company funds, property, or information; behavior that is harmful or offensive to GEICO customers, potential customers, or claimants; violence or threats of violence; gross safety, negligence or acts endangering others; insubordination; or any other conduct that warrants removing the associate from the workplace or suspending an associate's access to GEICO systems.

The decision to place an associate on administrative leave is made by the associate's management. Before placing the associate on administrative leave, management must obtain approval from Associate Relations or their designated HR Business Partner. All instances of administrative leave should be reported to Associate Relations as soon as practicable.

Sensitivity: Confidential

Confidential G000229

If the associate being placed on administrative leave is a member of management, an attorney in the Office of General Counsel must be consulted before the leave commences.

Administrative leave will be unpaid unless otherwise noted. A nonexempt associate will have their hourly pay suspended at the beginning of the first hour after administrative leave becomes effective. An exempt associate will have their pay suspended at the beginning of the first work day following the start of the administrative leave.

If the investigation reveals the associate did not violate a Company policy or practice the associate may be paid the salary they would have received during the time of the administrative leave. If the investigation reveals the associate violated a Company policy or practice, the administrative leave will be without pay.

**Note:** Administrative leave is not imposed for performance or attendance issues.

## Attendance Concerns

If an associate is given the opportunity to correct an attendance concern, the associate is to be issued a Warning that includes in the Goals section that satisfactory attendance must be maintained and any reoccurrence of unapproved absences (including tardies) will subject the associate to further disciplinary action up to and including termination of employment. Consequently, no additional Warnings for attendance concerns should need to be issued. Depending on the length of time between the original Warning and any future unapproved absence, and the facts and circumstances underlying the situation, management may decide to restate the Warning. Associate Relations is expected to review the Warning before it is issued to the associate.

If the associate has maintained satisfactory attendance for at least six months, the supervisor, at the associate's request, may upload a memorandum to the associate's worker record in Workday, reflecting the associate has not had a recurrence of the attendance concern.

## Gross Misconduct

In cases of gross misconduct, management may decide to terminate an associate's employment immediately. Management must discuss their decision to terminate the associate's employment due to gross misconduct with Associate Relations or the Office of General Counsel.

Gross misconduct includes the following activities:

1. Deliberate or willful falsification, alteration, destruction, theft or removal of Company records or property including, but not limited to, employment applications, personnel records, time cards, claim, sales, underwriting data, software or other confidential information.
2. Consumption, possession or sale of illegal drugs or consumption of alcohol on Company property (including Company vehicles and "on site" areas) or while conducting Company business.
3. Reporting for work under the influence of alcohol or illegal drugs.
4. Unlawful harassment of any nature, including sexual harassment; unlawful discrimination; retaliating against any associate for raising concerns or complaints about harassment or discrimination.
5. Theft, unauthorized possession or removal of property belonging to another associate or customer.
6. Threats of personal harm or fighting on Company property.
7. Bringing dangerous or unauthorized materials such as explosives, firearms, weapons or other similar items onto Company property, except where specifically permitted by state law, or having such items in the associate's possession while conducting Company business.
8. Any unauthorized use of the Company's name or accounts to purchase unauthorized goods or services.
9. Any activity that is illegal or unethical, or violates Company policies involving money or fiduciary responsibilities.

# Personal Conduct When Not Working

Sensitivity: Confidential

Confidential G000230

The Company wants to avoid involvement in the personal non-work related activities of associates unless, in the opinion of the Company, an associate's non-work related activities become detrimental to the operation or best interest of the Company, or negatively affect the Company's reputation. The Company may take disciplinary action to protect the perception and/or reputation of other associates and/or the perception and/or reputation of the Company. Each associate is expected to conduct their personal activities in a manner that will reflect favorably upon themselves and the Company.

# Resignation of Employment

## Voluntary Resignation

If an associate decides to leave the Company, or circumstances require the associate to leave, it is customary to provide two weeks' notice (except as noted in the retirement policy). The associate should give notice of their intention to resign in writing to include the last day of work and the reasons for resigning. The Company, in its discretion, may accept a resignation that is effective more than two weeks in advance. Once an associate's resignation has been accepted, the Company is not required to allow the associate to rescind the resignation.

All GEICO property assigned to or in the possession of the associate must be returned to the Company no later than their last day of work. GEICO property includes but is not limited to a fleet vehicle, Company credit card, SecureID, cell phone, laptop (and related cases, cords, and equipment). If the associate has any outstanding travel advance(s), expenditures for Company travel, and/or any outstanding moving and transfer (relocation) expenditures reimbursable to the Company, all pertinent documentation and refund(s) must be submitted before the associate's last day at work.

If the associate resigns and is not eligible for retirement, the Benefits Checklist (D191) provides important benefits information to the associate.

See Final Pay in the Compensation chapter of the Associate Handbook 1.

## Exit Interview

The associate is encouraged to complete an exit interview questionnaire which will be sent to their personal email address one week after their exit date. Following the termination date, documents will be available in Workday regarding how the termination affects their benefits, including group term life insurance conversion, and COBRA.

## Retirement

An associate who participates in the Pension Plan (hired prior to September 1, 2004) is eligible to "retire" from the Company when the associate terminates employment after attaining age 50 and completing 15 years of service or age 65 with 5 years of participation in the Pension Plan.

An associate who is **not** eligible for the Pension Plan (hired after August 31, 2004) is considered eligible to "retire" when the associate terminates employment after attaining age 55 and 20 years of employment or age 65 and 10 years of employment.

An associate who wishes to retire must notify Corporate Retirement at least 60 days before their last day at work. The last day of work is the last day the associate performs their job duties.

- Corporate Retirement will provide a Retirement Election Form to complete and return.

- The Corporate Retirement Analyst will process the associate's retirement in Workday to end the associate's employment with the Company.

The associate is encouraged to give their manager (direct supervisor) notice of their pending retirement 30 days before their last day of work. Corporate Retirement will notify the associate's manager (direct supervisor) of the associate's pending retirement.

The retiring associate's final pay will include pay for any accrued Vacation and Floating Holiday hours and will be deposited on the regular pay day following the associate's last day of employment.

Sensitivity: Confidential

Confidential                                                                         G000231

Once an associate has notified Corporate Retirement of their intent to retire as of a specific date by submitting a Retirement Election Form, the associate cannot rescind their retirement without prior approval from management and Corporate Retirement.

An associate's request to rescind retirement will not be considered by their management and Corporate Retirement unless the associate is requesting to return and continue to work, and for no other reason.

An associate who has indicated their intention to retire as of a specific date by submitting a Retirement Election Form to Corporate Retirement may not use accrued sick time off after their last day of work, unless otherwise provided by State law.

# Employment and Income Verification

All associate employment and income verification information (except for officer information) is supplied by The Work Number. Officers who need this information should contact Corporate Human Resources or Payroll directly.

**GEICO associates, including managers and supervisors, are not permitted to give out information or provide letters of reference.**

The following information will be supplied by The Work Number*:

- Name
- Dates of employment
- Current or last Job Title
- Termination date (if no longer employed)
- Tenure with GEICO
- Income Information (only when an associate creates and authorizes a one-time access Salary Key)

**For more detailed information, please contact The Work Number at www.theworknumber.com or call 1-800-367-2884.*

### The Work Number

The Work Number is an automated service giving associates the ability to quickly provide proof of their employment and income. Associates benefit from having control of the process, since they authorize access to their information. The Work Number provides verification services for more than 80 million workers. The Work Number can be used anytime, anywhere, and is available 24 hours a day, 7 days a week.

### For Proof of Employment and Income

An associate starts the proof of employment/income process by accessing The Work Number and following the steps below.

1. Access The Work Number via the web: https://www.theworknumber.com
2. Select the Employee option to log in or sign up (if first time user). To log in, have the following information:
   a. GEICO Employer code: 20613
   b. Associate's Social Security Number
3. If the associate's income needs to be verified, the associate must create a Salary Key. A Salary Key is the 6-digit number that allows one-time access to the associate's salary information. Once logged in, the associate select the "Create a Salary Key" option and writes down the 6-digit Salary Key.
4. Give the person needing proof of the associate's employment and income (Verifier) the following information:
   a. Associate's Social Security Number
   b. GEICO Employer code: 20613
   c. Associate's salary key (From Step 3)
   d. The Work Number Access Options for Verifiers: www.theworknumber.com or 1-800-367-5690

Public Service Agencies should visit the Social Services page at www.theworknumber.com or call 1-800-660-3399.

Sensitivity: Confidential

Confidential G000232

If associates need verbal support the The Work Number Client Service Center is available at 1-800-367-2884 or 1-800-424-0253 (TTY – Deaf), Monday – Friday, 8 a.m. – 9p.m. (ET).

# Use of Premises

## Office Safety

### *Preventing Slip, Trip and Fall Accidents*

Slips, trips, and falls are very common office accidents. They account for 30% to 40% of injuries at GEICO, and can result in thousands of dollars in medical bills and loss of income.

Slips, trips, and falls may occur on level surfaces as well as on ramps, stairs, and parking lots. Major hazards are slippery surfaces, mats or carpet with curled edges, tears or warps, holes or broken surfaces and inadequate cleanup of spills, or mud, ice, and water during inclement weather. Falls are often the result of both unsafe conditions and unsafe acts.

### *Workplace Safety Precautions*

The safety guidelines that follow help our associates prevent slips, trips, and fall accidents to themselves, coworkers and customers:

- **Wear proper footwear.** Avoid high heels. Shoes should have a rubber heel with grooves (to displace water as the associate steps). Rubber soles (with grooves) on shoes are preferable over leather soles.

- **Clothing should fit neatly.** Loose pant cuffs, long skirts or dresses and untied shoelaces can cause associates to stumble.

- **Do not run or walk too fast.** Running or walking too fast can cause associates to trip and fall.

- **Be cautious during wet or icy weather conditions.** Walk only in cleared areas of the parking lot. Associates are to thoroughly wipe their feet when entering a building. Associates are advised to test footing as they walk (inside buildings and outdoors as well). Report slick areas needing salt to building management or the security staff.

- **Do not block your vision.** Carry objects in a manner that does not block your ability to see where you are going.

- **Watch out for obstructions.** These include cracks and potholes in sidewalks, rippled carpeting, floor mats with curled edges, packages, and electrical cords.

- **Keep desk and file cabinet drawers closed** when not in use.

- **Put a lid on drinks** before carrying them.

- **Housekeeping is everyone's responsibility.** Take responsibility for reporting spills, leaks, and other safety hazards. Pick up papers and other materials that fall onto walking surfaces.

- **Report any unsafe condition and obstructions** to building management or the security staff.

- **Never run up or down stairs,** and always use the hand rail. Keep one hand free for support or to break a fall.

### *Report Accidents and Injuries Immediately*

All slip, trip, and fall incidents and accidents should be thoroughly investigated, looking for the cause (check the condition of the floor, lighting, housekeeping conditions, footwear, etc.), and ways to prevent a recurrence.

If an associate has an accident on Company property the associate must report the accident immediately to their supervisor or any other member of management if possible, and follow the instructions as outlined on the Associate Injury and Emergency Procedures page on Gnie.

Sensitivity: Confidential

Confidential                                                                                         G000233

The supervisor must complete the Incident Investigation Report (D241) for any accident that occurs, no matter how minor.

## Audio/Visual Equipment Use in the Workplace

The Company attempts to provide a work environment that is free of distractions and that allows associates to work in a productive and accurate manner. To that end, the use of any form of audio/visual device is prohibited during an associate's work time. The use of this type of personal device or equipment other than during work time (i.e., breaks and meals) is permitted as long as it does not interfere or disturb other associates. All members of management are responsible for insuring that this policy is enforced equitably.

## Social Functions

The Company suggests that parties, showers, and other social functions for co-workers be held after working hours or during lunch hours and break times. Departmental management is responsible for seeing that the nature, frequency, cost, and spirit of the parties remain within the bounds of good business judgment.

# Vehicle Use for Company Business

**Seat Belts:** The driver and all occupants of any vehicles used on Company business or in any Company owned or operated vehicle are required to wear seat belts at all times. Failure to comply with this policy may result in disciplinary action, up to and including termination of employment.

**Private Vehicle:** When an associate has only an occasional need to use a vehicle on Company business, they are reimbursed for using their own car at the Company announced rate per mile.

**NOTE:** The rate per mile at which an associate is reimbursed for use of their own vehicle and for which they reimburse the Company for personal use of a Company fleet vehicle is based on the business mileage rate for the year set by the Internal Revenue Service.

**Motor Vehicle Report (MVR) Review:** An MVR review will be performed for an associate only if they will be operating a Company owned vehicle.

**Proof of Insurance:** An associate using their own car while on Company business is expected to carry personal auto insurance in compliance with the laws of their state.

**Accident involving associate's personal automobile used on Company business:** In the event of an accident or damage to an associate's own car used on Company business, the associate's personal insurance will be primary. If the associate does not carry physical damage coverage, GEICO will not be primary for any physical damage repairs, towing and/or ERS expenses related to the associate's personal automobile.

The Company will reimburse the associate up to $500 for out of pocket expenses (e.g., the collision deductible). The associate's Planning Center is responsible for reimbursing the associate for the out of pocket expenses.

## Use of Company Fleet Vehicles

When an associate is considered for a position requiring the occasional or full time use of a Company fleet vehicle, the associate must complete the Fleet Vehicle Underwriting Application-Associate (D98A). This form must be reviewed and approved by the Underwriting department before the associate is assigned to the position or granted permission to drive a Company vehicle. The Fleet Manager is responsible for keeping a copy of the D-98A and updating it annually for full-time fleet vehicle drivers and bi-annually for occasional fleet vehicle drivers.

Full-time drivers must complete the online GEICO Fleet Car Guide training module and pass a short quiz with a score of 90% or better within ninety days from hire or 2 weeks from the annual module assignment date. It is the responsibility of the Regional Fleet Coordinator to work with Regional Management to ensure the training modules are completed timely.

The following rules govern the use of Company fleet vehicles by an associate, regardless of the frequency of use:

Sensitivity: Confidential

a) The associate must wear a seat belt and ensure that all occupants wear seat belts at all times, whether in a Company-owned, leased or rented vehicle, including owned or leased travel or cargo vans.

b) The associate must not use a hand held cell phone, smartphone or any other handheld communication device while operating a Company-owned, leased or rented vehicle or while driving on Company business.

c) Radar detectors or dashboard cameras are prohibited in any Company vehicle.

d) The associate must adhere strictly to all laws and traffic regulations, pay any fines for violations and report such to their supervisor no later than the end of the following work day.

e) The associate must report any accidents immediately to their supervisor.

f) Insurance coverage is provided for and paid by the Company on Company vehicles.

g) No smoking, use of tobacco products, or smokeless, vapor or e-cigarettes is allowed in Company-owned, leased or rented vehicles.

h) No household pets or any other animals are allowed in Company vehicles.

i) The use, consumption, possession, sale, transfer, distribution or abuse of illegal drugs, drug paraphernalia, alcohol, or prescription drugs that have not been prescribed by a doctor is not permitted at any time in any Company vehicle or in any private or rented vehicles while on Company business. Driving a Company vehicle, a vehicle rented for Company business, or a private vehicle while on Company business after consuming, using, or abusing illegal drugs, alcohol or prescription drugs that have not been prescribed by a doctor is strictly forbidden. Driving a Company vehicle or a vehicle rented for Company business, while not on Company business, after consuming, using, or abusing illegal drugs, alcohol or prescription drugs that have not been prescribed by a doctor is strictly forbidden.

j) The associate is responsible for following all maintenance regulations and procedures prescribed by Real Estate & Facilities Management, as stated in the GEICO Fleet Manual.

k) The associate is responsible for reporting all personal mileage driven in a Company vehicle and paying for such mileage at the Company announced rate per mile or participating in a flat rate personal mileage program. Driving a vehicle directly from the associate's home to the office (or vice versa) is considered commuting and, therefore, falls under the definition of "personal" use.

l) If the associate's first stop after leaving home at the beginning of the day or the last stop before returning home at the end of the day is a personal business stop (other than the office), this also is considered commuting mileage and falls under the definition of "personal" use.

m) The fleet vehicle must be taken back from an associate once the associate has been out of work for six or more weeks.

Violation of this policy may result in disciplinary action, up to and including termination of employment.

Sensitivity: Confidential

Confidential                                                                                   G000235