# Exhibit 50

# SIU Case Investigations

## Overview:

Use this report to track your investigator's performance for the following metrics.

- Number of cases assigned
- Number of Features Investigated
- Number of Features Impacted
- Number of Cases Impacted
- Case Impact Ratio
- Total Impact Dollar Amount
- Impact Dollar Amount per Feature.
- Investigator Productivity.
- Customer Feedback: Survey Ratings, Quality Score and Compliance Ratio.
- Case Life
- Closed Case Disposition Frequency

## Important Things to Consider:

### While looking at Summary Report:

1. By default, all metrics are shown for clearance levels 1, 2, 6 and 7, which are also "Core Metrics".
2. **Productivity, adjusted productivity, clearance level implied adjusted factor & tenure adjusted factor** will be shown only when the default clearance level filter is selected.
3. **The Productivity is calculated first with the tenure adjustment.**
   Tenure adjustment for the new to the job code investigators is applied as follows:

   | Time Period | Tenure (or implied tenure factor) |
   |---|---|
   | 1st Month | 1.5 |
   | 2nd Month | 1.4 |
   | 3rd Month | 1.25 |
   | 4th Month onwards | 1 |

4. Cases with Adjuster Codes "SPOP" (special operations) and "MAJR" (parent) are excluded from Case Life calculations.
5. Some cases may not be generated by a referral. Nevertheless, Investigators who worked on these cases will get the credit. The Referral Type for these cases would be "unknown".
6. A Case can have multiple claim numbers and/or multiple referral ids and/or multiple coverages associated with it. In these instances, up to 3 claim numbers, 3 referral ids per and 3 coverages per case will be shown on the detail report.
7. New Opened Features is sourced from Liability Feature Workload Report and excludes Centralized Adjusters.
8. Impact Dollar Amount is sourced from Daily Closed Feature Average Loss Payments report. We match each SICM coverage, case closed month and loss state to the corresponding average payment amount in the ALP report. Since "POL" is not a claim coverage, we source this impact dollar amount from the SICM database. Except for NJ

1

## SIU Case Investigations

PIP, <= 100K amount is used. Impact amount will be shown only for Clearance Levels 1, 2 and 7.

9. Number of hours worked by an associate is sourced from ETAS data, and is used to calculate investigator productivity. The ETAS hours worked excludes vacation, sick, personal and other leave, but includes company paid vacations.
For all the internal investigators and field investigators, the time spent on other work related activities such as 'Training', 'Trial/Travel' & 'Special' projects approved by manager are categorized as 'Adjusted Hours' and these should be excluded from the productivity calculation since these may impede time devoted to case investigations.

10. ETAS data is available around 15th of the month and is updated once in a month.
For Ex. If you are looking at the report that was updated on 16th May 2010, you have to select 30th April 2010 (or the whole month) in your **end date** filter to look at productivity.
11. Closed Cases for Productivity shows the closed cases by Investigators (both Inside and Field) that are used to calculate the productivity. Cases closed by SIU staff other than Investigators, such as Supervisors, Managers, Analysts, are excluded from Productivity calculations. Job codes are used to decide if an associate is an investigator or not.
12. New Features Column will be shown on the report only for few sum-by options, in the same way productivity will be shown only for few sum-by or filter selections. The following table shows for which sum-by/filter options these columns will be populated, and for which they will not.

| Sum-by/Filter option | Show New Features Open? | Show Productivity? |
|---|---|---|
| Activity Yr | Yes | Yes |
| Activity Qtr | Yes | Yes |
| Activity Mth | Yes | Yes |
| Activity Wk | Yes | Yes |
| Activity Day | Yes | Yes |
| Investigator Region | Yes | Yes |
| Investigator FCC | Yes | Yes |
| Current Manager | No | Yes |
| Current Supervisor | No | Yes |
| Section | No | Yes |
| Investigator Name | No | Yes |
| Referral Type | No | No |
| Investigator Type | No | No |
| Loss Region | Yes | Yes |
| Loss FCC | Yes | Yes |
| Case Coverage | Yes | No |
| Loss State | Ye s | No |
| Rated State | Yes | No |
| Loss County | Yes | No |
| Line of Business | Yes | No |
| Loss Description | Yes | No |

2

Sensitivity: Confidential

Confidential                                                                                                  G017293

## SIU Case Investigations

| | | |
|---|---|---|
| Current GEICO Territory | Yes | No |
| Market Sector | Yes | No |
| Company | Yes | No |
| Referral Zip | No | No |
| Referral Loss County | No | No |
| CAT Name | No | No |
| CAT Indicator | No | No |
| SPOP Indicator | No | No |

13. For Admin Board or Law Enforcement Referrals, InvEvent date, Legal Agency and other related information has been shown on the detail report as long as it is available in the system.
14. When "the sum-by" or "the selection" is Coverage, the number of assigned cases, closed cases and pending cases etc. will change as a Case can have one or more coverage associated with it.
15. In Closed Case Distribution, D6 column in not shown as this disposition is not an active disposition.
16. Occasionally, a new referral is made on a closed date and referral date is not changed. In these situations, the difference between closed date and referral date is a negative number which brings down the average Case Life. To avoid that, if the difference between any Case Life calculations is a negative number, then that case is excluded from the Case Life calculations.

**While looking at Detail Report:**

1. **Survey** information (comments, questions, responses, etc) will show up on the detail report only when the hyperlink for Surveys is clicked. There are 4 questions in a Survey for each case, but still the survey is counted as 1 survey.
2. **Case Life** numbers (Loss to SIU Close, Referral to SIU Close and Assign to SIU Close) will show up on the detail report only when the hyperlink for Closed Cases is selected. Any periods period between closing and reopenings are excluded.
3. **Quality Score** will be shown on the detail report for all the hyperlinks except Surveys and Investigative Event Subtypes.
4. **InvEventID and Investigative Event Creation Date** will show up on the detail report for the hyperlinks of Investigative Event Subtypes.
5. To look at information about number of **Features Investigated and Features Impacted**, you have to select the respective hyperlinks.
6. **Cases Impacted** information will be displayed on the detail report only when the hyperlink for cases impacted is clicked.

The primary source of the data for this report is the Special Investigations Case Management (SICM) database. The report is updated weekly on Monday mornings, and includes all cases entered into the SICM database through the end of the prior week (Friday). Records in SICM database are dynamic, they might get deleted or updated. The report shows the snap shot of the data as of the latest update.

## SIU Case Investigations

**Report Summary/Filter Options:**

**Activity Date:**
- For New Assigned Cases, it is the date when the case was assigned.
- For Closed Cases, it is the date when the case was closed.
- For Pending, it is the Friday of the previous week when the report data last got updated. If you would want to see the number of pending cases your activity date range should contain the Friday of the previous week.
  **Example:**
  If the report is updated on 7th December 2009 (which is Monday), the pending cases activity date would be 4th December 2009 (Friday of the previous week). Your date range selection should include 4th December 2009. Or else, pending cases will be shown as zeros.
- For Investigative Events, it is the Investigative Event created date.
- For Surveys, it is the Survey created date.

**Location Type:** The "Loss FCC" is the office assigned for handling the claim based on the Loss State. The "Investigator FCC" is the location of the investigator assigned to handle the case. In most instances, you will want to see results for the FCC of the investigator who is handling the case, especially if you're looking at results summed by manager, supervisor or associate.

**Referral Type:** Referrals have been categorized as follows:
1. **ICE (AUTO):** Referrals made through Riskshield/ICE product.
2. **Manual (or ECF):** Referrals made by a claims associate.
3. **Proactive Mine:** Referrals that are created by mining through the ICE log.
4. **Proactive Auto:** Self generated referrals using any other method that's not using Riskshield such as SAS run or pro-active run.
5. **Unknown:** Cases that do not originate from a referral.

**Investigator Type:** This is based on job grade.
 1. Internal Investigator = Associates with job codes are considered as Internal Investigators:
    63114, 63101, 64125, 64100, 64138, 65116, 65118 and 65119.
 2. Field Investigator = Associates with job codes are considered as Field Investigators:
    65111, 65108, 65144, 65160, 65161, 65162, 66140, 66100 and 66148.

Other SIU associates (such as supervisors, managers, etc) who worked on cases and whose job code is not in the above list, have been categorized as Non Investigators.

**Rollup of Sections to Current Supervisor and Current Manager:** The Human Resources EAP (electronic associate profile) identifies each associate's supervisor. It often takes several days for updates to an associate's EAP to flow through to this report. Note that this report shows only who is the **current** supervisor or manager for a section.

**Loss Description:** Use this report filter to track number of investigations for specific loss descriptions such as "Total Theft".

**SIU Case Investigations**

**Drill to Claim Number Detail.** Please note that we limit the drill down capability to counts of 5000 or less. This limitation makes the report have a quicker response time for all of our users. Case Manager, Case Supervisor and Case Investigator information along with the other related fields have been shown in the detail report. Drill-down to detail is also available on Countrywide data as long as the counts are less than or equal to 5000.

**Report Measures:**

| Measure | Definition and/or Formula used in calculations |
|---|---|
| New Assigned Cases | The number of cases assigned for the activity date range. |
| Closed Cases | The number of cases closed for the activity date range. |
| Pending Cases | Cases those are still active. The activity date of pending cases would be Friday of the previous week the report data last got updated. |
| Legal Admin or Law Enforcement Referrals | Cases that have been referred to Legal Admin or Law Enforcement agencies. |
| New Features Opened | This is sourced from the "new open" column of the Liability Feature Workload Report. We are excluding Glass, ERS, MBI and Rental claims. |
| Features Investigated | Number of Features that have been investigated for closed Cases. |
| Features Impacted | Number of Features that have Impacted for closed cases. |
| Feature Impact Ratio | It is the ratio of number of features impacted over number of features investigated.<br><br>`Feature Impact Ratio=Number of features impacted /Number of features investigated` |
| Total Impact Amount | Impact Dollar Amount is sourced from Daily Closed Feature Average Loss Payments report. We match each SICM coverage, case closed month and loss state to the corresponding average payment amount in the ALP report. Since "POL" is not a claim coverage, we source this impact dollar amount from the SICM database.<br><br>`Total Impact Amount = ALP * Number of Features Impacted` |
| Avg Impact Per Feature | It is the average impact amount per feature.<br><br>`Avg impact amount= total impact amount /Number of features impacted` |
| Cases Impacted | A case is impacted if one or more features on that case have been impacted. |
| Case Impact Ratio | It is the ratio of cases impacted over number of closed cases.<br>`Case impact Ratio= Number of cases impacted / Number of closed cases` |
| Closed Cases for Productivity | Cases that have been closed by investigators with clearance levels 1, 2, 6 and 7. These cases are considered in the productivity calculations. |
| Hours Worked | Number of hours worked per associate, sourced from ETAS data. This excludes vacation, sick, personal and other leave, but includes company paid vacations. |
| Adjusted Hours | Number of hours worked on 'Training, Travel/Trial, and Special' Projects other than Case Investigative Projects and which are approved by the |

Sensitivity: Confidential

Confidential                                                                                                                     G017296

**SIU Case Investigations**

| | |
|---|---|
| | Manager. |
| Total Hours Worked | Total Hours Worked = Hours Worked – Adjusted Hours. |
| **Tenure Adjusted Factor** | Productivity weight will be assessed based on the tenure of SIU Investigators who are new to the job.<br><br>Time Period                    Tenure (or implied tenure factor)<br>1st Month                         1.5<br>2nd Month                        1.4<br>3rd Month                         1.25<br>4th Month onwards          1 |
| Productivity | The number of cases closed (with clearance levels 1, 2 or 7 & with **Tenure factor**) per 155 hours worked with .( 155 hours worked is roughly the average number of hours worked by an associate in one month's time.)<br><br>```<br>Productivity= (number of closed cases for productivity<br>* Tenure (or implied tenure factor)/Total hours worked<br>) * 155<br>``` |
| Implied Adjusted Factor | Productivity weight will be assessed based on the case level as follows:<br><br>Prior to 2016<br>   Level        Case Type                              Weight (or implied factor)<br>   Level 1     Field Claim Investigation          1.25<br>   Level 2     Non-field Claim Investigation   .75<br>   Level 7     Policy Investigation                  1.0<br><br>2016 thru 2018<br>   Level        Case Type                              Weight (or implied factor)<br>   Level 1     Field Claim Investigation          1.25<br>   Level 2     Non-field Claim Investigation   1.0<br>   Level 6     Fraud Evaluation                      0.75<br>   Level 7     Policy Investigation                  1.0<br><br>2019 on wards<br>   Level        Case Type                              Weight (or implied factor)<br>   Level 1     Field Claim Investigation          1.00<br>   Level 2     Non-field Claim Investigation   0.75<br>   Level 6     Fraud Evaluation                      0.375<br>   Level 7     Policy Investigation                  1.0 |
| **Adjusted Productivity** | The number of cases closed (with clearance levels 1, 2 or 7 & with tenure factor) per 155 hours worked. 155 hours worked is roughly the average number of hours worked by an associate in one month's time.<br><br>```<br>Adjusted Productivity =<br>   (number of closed cases for productivity * Tenure<br>   (or implied tenure factor) *<br>Weight (or implied Adjusted factor) / Total hours<br>worked) * 155;<br>``` |

6

Sensitivity: Confidential

Confidential                                                                                                               G017297

## SIU Case Investigations

| | |
|---|---|
| Customer Feedback Surveys | ```Feedback survey=``` <br> ```(Number of Excellent Survey responses) /``` <br> ```    (# of survey questions)``` |
| Average Quality Score | ```Average Quality Score =``` <br> ```(Total Quality Score) / (Number of Rated Cases)``` |
| Compliance Ratio | It is the percentage of quality ratings that are rated 3 or higher. <br><br> ```Compliance Ratio =``` <br> ```(Total Number of Closed Cases Rated greater than 3) /``` <br> ```(Total Number of Rated Cases)``` |
| Case Life (With EUO/EUO Attend): Loss Report to SIU Closed | It is the average number of days elapsed between the loss reported date to case closed date per number of closed cases. <br><br> ```Loss report to SIU Closed = (Closed Date - Loss Report date) / Number of closed cases``` <br><br> Cases with Adjuster Code "SPOP" (special operations) and "MAJR" (parent) are excluded from Case Life calculations. |
| Case Life (With EUO/EUO Attend):: Referral to SIU Closed | It is the average number of days elapsed between the referral created date to case closed date per number of closed cases. <br><br> ```Referral to SIU Closed = (Closed Date - Referral Created date) / Number of closed cases``` <br><br> Cases with Adjuster Code "SPOP" (special operations) and "MAJR" (parent) are excluded from Case Life calculations. |
| Case life (With EUO/EUO Attend):: Assigned to SIU Closed | It is the average number of days elapsed between the case assigned date to case closed date per number of closed cases. <br><br> ```Assigned to SIU Closed = (Closed Date - Case Assigned date) / Number of closed cases``` <br><br> Cases with Adjuster Code "SPOP" (special operations) and "MAJR" (parent) are excluded from Case Life calculations. |
| Case Life (Without EUO/EUO Attend): Loss Report to SIU Closed | It is the average number of days elapsed between the loss reported date to case closed date per number of closed cases. <br><br> ```Loss report to SIU Closed = (Closed Date - Loss Report date) / Number of closed cases``` <br><br> Cases with Adjuster Code "SPOP" (special operations), "MAJR" (parent) and Investigative events as "EUO" and "EUO Attend" are excluded from Case Life calculations. |
| Case Life (Without EUO/EUO Attend):: Referral to SIU Closed | It is the average number of days elapsed between the referral created date to case closed date per number of closed cases. <br><br> ```Referral to SIU Closed = (Closed Date - Referral Created date) / Number of closed cases``` <br><br> Cases with Adjuster Code "SPOP" (special operations), "MAJR" (parent) and Investigative events as "EUO" and "EUO Attend" are excluded from Case Life calculations. |

Confidential                                                                                                           G017298

## SIU Case Investigations

| | |
|---|---|
| Case life (Without EUO/EUO Attend):: Assigned to SIU Closed | It is the average number of days elapsed between the case assigned date to case closed date per number of closed cases.<br><br>`Assigned to SIU Closed = (Closed Date - Case Assigned date) / Number of closed cases`<br><br>Cases with Adjuster Code "SPOP" (special operations), "MAJR" (parent), and Investigative events as "EUO" and "EUO Attend" are excluded from Case Life calculations. |
| Investigative Events Type and Subtypes | Investigative Events have been categorized as per the below categories:<br><br>InvEventSubtypeID    Description<br>2    Face-to-Face<br>3    Phone<br>4    Recorded<br>5    Hospital<br>6    Neighborhood<br>7    Telephone - Recorded<br>8,17    Law Enforcement Referral<br>9    Charges/Indictment<br>10    Arrest<br>11    Conviction<br>12    Admin Board Referral<br>13    Admin Board Action<br>14    Restitution |
| Closed Case Distribution Counts / Dispositions | Upon closure of the individual SICM file, the investigator will select a disposition that most accurately reflects what the investigator reasonably believes will occur as a result of their investigative findings. On this report, we have shown the % of individual dispositions after the cases have been closed. Occasionally the investigators may assign the disposition to the case before the case has been closed.<br><br>There are 11 different dispositions out of which 10 are active currently and are defined as below:<br>1. Administrative Closure: The investigation is being closed prior to completion or not conducted.<br>2. Total Denial: The investigation warranted a total denial.<br>3. Partial Denial: The investigation warranted a partial denial of the claim.<br>4. Closed Without Payment: The claim was closed without payment.<br>5. Withdrawn: The investigation resulted in the party (insured, claimant, attorney, etc.) withdrawing the claim.<br>6. *Full Pay: This is no longer active.*<br>7. Recovery: When the stolen vehicle is recovered in a legitimate claim or investigative efforts are awarded restitution as a result of a fraud.<br>8. Other: The investigation validated the claim and full payment was made. Or, when the case closure doesn't fall under any other pre-defined category.<br>9. Pending: Case potentially impacted but unable to establish a |

8

Sensitivity: Confidential

Confidential

G017299

**SIU Case Investigations**

| | |
|---|---|
| | disposition at the time of closure and a decision had not yet been determined by the examiner.<br>10. Adjuster Notified: Adjuster is notified.<br>11. Underwriting Change: If underwriting change takes place because of the investigation.<br>Unknown: Some of the cases when they were closed (or if they are still open and no disposition has been assigned yet) were not assigned any dispositions i.e., Disposition field is blank. These have been grouped as unknowns. |
| Quartiles | Core Metrics have been divided into 4 ranks. For any metrics 1st is the best and 4th is not so good.<br><br>For the following metrics, the more the better rank is given.<br><br>1. Features Investigated.<br>2. Features Impacted.<br>3. Feature Impact Ratio.<br>4. Avg. Impact per Feature.<br>5. Cases Impacted.<br>6. Case Impact Ratio.<br>7. Productivity.<br>8. Performance Review.<br>9. Quality Score.<br>10. Compliance Ratio.<br><br>For the following metrics, lower the better rank.<br>1. Assign to SIU Close -- ascending -- the less the better. |