# Exhibit 52

## Notes

**SIU New Cases Assigned (As a % of Loss Reports)-** (New Cases Assigned/Loss Reports)
    New Cases Assigned
        Clearance Levels 1,2,6 and 7-Core Metrics
        SPOP Indicator – No
        CM Job Type –Investigator
    Loss Report Application -
        RP/NC = Regular
        Business FCC
        Auto + theft

**Effectiveness Ratio** - (MIP SIU Case Investigations - sum of Closed Cases with Total Denial, Withdrawal Disposition and Underwriting Change / Total Closed Cases excluding social media)
    D2 Total Denial + D5 Withdrawn + D11 Underwriting Change
    Cases Closed
        Levels 1, 2, and 7
        Exclude SICM Section Codes: NETQ and SMSL
        Exclude SICM Adjuster Codes: SMSL and SPOP
        CM Job- Investigator
* Region 8 data excludes SICM Section and SICM Adjuster Code ASST starting on July 1st, 2018

**Market Sector**
Market Sectors selected are those that have the highest PIF
    Open Counts
        Clearance Levels 1,2,6 and 7-Core Metrics
        SPOP Indicator – No
        CM Job Type –Investigator

**Adjusted Productivity Metric -** (number of closed cases for productivity * Tenure (or implied tenure factor) * Weight (or implied Adjusted factor) / Total hours worked) * 155
    Clearance Level 1,2,6,7
    Core Metric Job Type: Investigator
* Region 8 data excludes SICM Section and SICM Adjuster Code ASST starting on July 1st, 2018

**Average Case Life** - (Assign to SIU Close) - It is the average number of days elapsed between the loss reported date to case closed date per number of closed cases.
    Assigned to SIU Closed = (Closed Date – Case Assigned date) / Number of closed cases
    Clearance Level 1,2,6,7
    Core Metric Job Type: Investigator

**# of Features Investigated**
    Clearance Level 1,2,6,7
    Core Metric Job Type: Investigator
    Excludes SICM Adjuster Code: SPOP

**% of Features Investigated** (# of Features Investigated/New Features Open)
    Clearance Level 1,2,6,7
    Core Metric Job Type: Investigator
    Excludes SICM Adjuster Code: SPOP

**Referral Ratio** (Referrals/ Loss Reports)
Referrals
    Referral Count
Loss Report Application -
    RP/NC = Regular
    Auto + theft

| Metric | Link |
|---|---|
| New Cases Assigned | SIU Case Investigations |
| Loss Report Application | Loss Report Application |
| Effectiveness | Effectiveness Ratio |
| Adjusted Productivity | Adjusted Productivity |
| Average Case Life | Case Life |
| Features Investigated | Features Investigated |
| Referral Ratio | Referral Ratio |

Return Home