# Exhibit 56

# Investigator Core Metric Weights

| | Weights | |
|---|---|---|
| **Metric** | **2018** | **2019 Proposed** |
| Productivity | 40% | 40% |
| Quality | 40% | 40% |
| Case Life | 20% | 20% |

*** Note: Weights are the same in 2019 from 2018***

Sensitivity: Confidential

Confidential

G007960



2018: field case = 1.25 factor, desk = 1.0 factor and social media = .75 factor
2019: field case = 1.00 factor, desk = .75 factor and social media = .375 factor

** As per CMC, Supervisor Prod in 2019 will be the same as investigator**, backed out outliers (those with excessive or minimal cases), backed out R8 due to assist, backed out names from Managers for those doing "special" projects. Social Media included at a .375 , field case is now 1.0



As per CMC, Supervisor Ranges match Investigators**



Backed out R8 due to assist & names of those doing special projects, Per CMC, 2019 is the same as 2018



R8 backed out & Manager names, Matched Desk Investigator Prod as per CMC, backed out manager names for special projects & outliers (those with minimal or excessive cases. Desk cases are now .75 of a case.

# Desk Investigator & Supervisor Case Life

| 2018 Desk Investigator | | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Goal | >10 | 9 to 10 | 5 to 8 | 1 to 4 | <1 |
| # Inv | 5 | 10 | 20 | 14 | 4 |
| % Inv | 9% | 19% | 37% | 26% | 7% |

| 2019 Desk Proposed | | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Goal | >10 | 9 to 10 | 5 to 8 | 1 to 4 | <1 |
| # Inv | 5 | 10 | 20 | 14 | 4 |
| % Inv | 9% | 19% | 37% | 26% | 7% |

| 2018 |
|---|
| %Proficient |
| 70.0% |
| Average Score |
| 3.04 |

| 2019 Proposed |
|---|
| %Proficient |
| 70.0% |
| Average Score |
| 3.04 |



Desk Investigator Case Life 2018



Desk Investigator Case Life 2019 Proposed

Sensitivity: Confidential

Backed out R8 and names from managers for those doing special projects, backed out outiers, 2019 will be the same as 2018.

# Supervisor Core Metric Weights

|  | Weights | |
| --- | --- | --- |
| **Metric** | **2018** | **2019 Proposed** |
| Productivity | 30% | 30% |
| Quality | 30% | 30% |
| Case Life | 10% | 10% |
| Effectiveness | 30% | 30% |

*** Note: Weights are the same in 2019 from 2018***

Sensitivity: Confidential

Confidential                                                                                                G007966

# Supervisor 2018 Rating Results
# For Proposed 2019

| Metric | 2018 Detail Weight sup | 2018 Rating Results | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R1 | R2 | R3 | R4 | R5 | R6 | R7 | R8 | R9 | R10 |
| Case Life Field | 10% | 4 | 2 | 3 | 3.5 | 3 | 1 | 4 | Backed Out | 4 | 3 |
| Case Life Desk | | Backed Out | 1 | 4 | 2 | 3 | 4 | 3 | Backed Out | 2 | Backed Out |
| Effectiveness Total Denial/Withdrawal/Underwriting Change/Partial Denial/Recovery | 30% | 4 | 3 | 4 | 3 | 3 | 4 | 3 | 2 | 3 | 3 |
| Productivity Field Inv. | 15.00% | 3 | Backed Out | 4 | 2 | 3 | 4 | 4 | Backed Out | 3 | Backed Out |
| Productivity Desk Inv. | 15.00% | 4 | Backed Out | 5 | 2 | 4 | 5 | 3 | Backed Out | 3 | Backed Out |
| Quality CHO SIU Audit | 30% | 3 | 4 | 3 | 2 | 3 | 3 | 2 | 3 | 3 | 3 |

Sensitivity: Confidential

Backed out R8 due to Assist cases, backed out R2 & R10 due to extreme outliers.

Confidential                                                                 G007967



Effectiveness is level1,2,6,7  (ASST is backed out for R8 only), SPOP is excluded. Disposition includes: Total Denial, Withdrawal, Partial Denial, Recovery & Underwriting Changes, Backed out R3

# 2019 SIU Core Metrics Managers

| Metric | 2019 Detail Weight MGR | 2019 Scales | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| New Case Assigned | 25% | <2.80% | 2.90% | 4.20% | 4.5% | >4.5% |
| Effectiveness Total Denial/Withdrawal/Underwriting Change/Partial Denial/Recovery | 25% | <17% | 33.9% | 48.9% | 56% | >56% |
| Productivity Field Inv. | 12.5% | <14 | 17.2 | 21.5 | 24.6 | >24.6 |
| Productivity Desk Inv. | 12.5% | <19 | 22.2 | 27.9 | 42.3 | >42.3 |
| Quality CHO SIU Audit | 25% | <90.3% | 93.1% | 97.7% | 99.9% | 100% |

*Matched Supervisor Metrics for 2019 as per CMC*

Sensitivity: Confidential

Confidential

G007969

# Manager 2018 Rating Results
# For Proposed 2019

| Metric | 2018 Detail Weight | 2018 Rating Results | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | MGR | R1 | R2 | R3 | R4 | R5 | R6 | R7 | R8 | R9 | R10 |
| New Case Assigned | 25% | 3 | 3 | 5 | 3 | 2 | 1 | 3 | Backed out | 3 | 4 |
| Effectiveness Total<br>Denial/Withdrawal/Underwriting Change/Partial Denial/Recovery | 25% | 4 | 3 | 4 | 3 | 3 | 4 | 3 | 2 | 3 | 3 |
| Productivity<br>Field Inv. | 12.50% | 3 | Backed Out | 4 | 2 | 3 | 4 | 4 | Backed Out | 3 | Backed Out |
| Productivity<br>Desk Inv. | 12.50% | 4 | Backed Out | 5 | 2 | 4 | 5 | 3 | Backed Out | 3 | Backed Out |
| Quality<br>CHO SIU Audit | 25% | 3 | 4 | 3 | 2 | 3 | 3 | 2 | 3 | 3 | 3 |

Sensitivity: Confidential

Backed out R8 due to Assist, backed out R2/10 due to outliers

# Manager Field/Desk New Case Assigned

| | 2019 Manager Proposed | | | | |
|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 |
| Goal | <2.80% | 2.80% to 2.9% | 3.0% to 4.20% | 4.21% to 4.5% | >4.5% |
| # MGR | 1 | 1 | 5 | 1 | 1 |
| % MGR | 11% | 11% | 56% | 11% | 11% |

**2019 Proposed**

| %Proficient |
|---|
| 78.0% |

| Average Score |
|---|
| 3.00 |



Manager New Case Assigned 2019 Proposed

Sensitivity: Confidential

Backed out R8 due to assist

G007971