# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

## INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Transcript Excerpts of Deposition of Charise Jones |
| 2 | Transcript Excerpts of Deposition of Margaret Fischer |
| 3 | Transcript Excerpts of Deposition of Keith Fischer |
| 4 | Transcript Excerpts of Deposition of Louis Pia |
| 5 | Transcript Excerpts of Deposition of Constance Mangan |
| 6 | Transcript Excerpts of Deposition of Daniel King |
| 7 | Transcript Excerpts of Deposition of Thomas Barden |
| 8 | Transcript Excerpts of Deposition of Michael Reed |
| 9 | Transcript Excerpts of Deposition of Maria Munoz |
| 10 | Transcript Excerpts of Deposition of Michael O'Sullivan |
| 11 | Transcript Excerpts of Deposition of Louis Caniglia, Jr. |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 12 | Transcript Excerpts of Deposition of Craig Costanzo |
| 13 | Transcript Excerpts of Deposition of William Newport |
| 14 | Transcript Excerpts of Deposition of Albert Brust |
| 15 | Transcript Excerpts of Deposition of John Moeser |
| 16 | Transcript Excerpts of Deposition of Gerry Cassagne |
| 17 | Transcript Excerpts of Rule 30(b)(6) Deposition of GEICO |
| 18 | Transcript Excerpts of Deposition of Michael Grey |
| 19 | Transcript Excerpts of Deposition of Catherine O'Neil |
| 20 | G000195-196 |
| 21 | G000039 |
| 22 | G012464-65 |
| 23 | G015179 |
| 24 | G012482 |
| 25 | G012010 |
| 26 | G012903 |
| 27 | G011080 |
| 28 | G011586 |
| 29 | G016068 |
| 30 | G012062 |
| 31 | G021788 |
| 32 | Fischer OT Emails |
| 33 | Louis Caniglia, Jr. Overtime Approvals |
| 34 | Albert Brust Overtime Approvals |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 35 | Charise Jones Overtime Approvals |
| 36 | Daniel King Overtime Approvals |
| 37 | Evan Teatum Overtime Approvals |
| 38 | Louis Pia Overtime Approvals |
| 39 | Ted Wendling Overtime Approvals |
| 40 | Michael Grey Overtime Approvals |
| 41 | Supervisors' Communications on Overtime (G012001; G012004; G012010; G012042; G012062; G012076; G012091; G012453; G012464; G012482; G015179) |
| 42 | G011379 |
| 43 | G012550 |
| 44 | G011932 |
| 45 | G012091 |
| 46 | G010856 |
| 47 | G010797 |
| 48 | G006603 |
| 49 | G010804 |
| 50 | G011860 |
| 51 | Catherine O'Neil Notes |
| 52 | Declaration of Courtney Wolfe |
| 53 | Declaration of William Newport |
| 54 | Declaration of April Neyland |
| 55 | Declaration of Andrew Gelderman |
| 56 | Declaration of David McDermott |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 57 | Declaration of Paul Koenig |
| 58 | Declaration of Jessica Sheppard |
| 59 | Declaration of Marie Butler |
| 60 | Declaration of Theresa Bishop |
| 61 | Declaration of Jeanne Carbonaro |
| 62 | Declaration of Sarah Greenman |
| 63 | Declaration of Kristin Slack |
| 64 | Declaration of Brian Portnoy |
| 65 | Declaration of Matthew R. Thompson |