# EXHIBIT 13

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf of
all others similarly situated,

                         Plaintiffs, Docket No.
                                     23CIV.02848
                                     (GRB)(ARL)

            -against-

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                         Defendant.

-------------------------------------x

                         Zoom Deposition
                         New York
                         January 13, 2025
                         9:26 a.m.

              CONFIDENTIAL

        Examination Before Trial of WILLIAM
NEWPORT, pursuant to Notice, before Deirdre
Plevritis, a Notary Public of the State of New
York.



```
 1                                            2
 2   A P P E A R A N C E S:
 3   OUTTEN & GOLDEN LLP
 4   Attorneys for Plaintiffs
 5        685 Third Avenue - 25th Floor
 6        New York, New York 10017
 7   BY:   MICHAEL J. SCIMONE, ESQ.
 8
 9   DUANE MORRIS LLP
10   Attorneys for Defendant
11        190 South LaSalle Street - Suite
12           3700
13        Chicago, Illinois 60603
14   BY:   GREGORY TSONIS, ESQ.
15
16
17   ALSO PRESENT:
18        ZARKA DSOUZA, ESQ., Outten & Golden
19        LLP
20
21
22
23
24
25
```



Page 3

```
 1                                    3
 2            THE COURT REPORTER:  This
 3      examination before trial of WILLIAM
 4      NEWPORT is being conducted remotely
 5      by using a Zoom platform.
 6                The attorneys participating
 7      in this examination acknowledge
 8      that I am not physically present in
 9      the deposition room and that I will
10      be reporting this deposition
11      remotely.
12                They further acknowledge that
13      in lieu of an oath being
14      administered in person, the witness
15      will verbally declare that her (or
16      his) testimony in this matter is
17      under penalty of perjury.
18                The parties and their counsel
19      consent to this arrangement and
20      waive any objections to this manner
21      of swearing in the witness.
22                Counsels, please indicate
23      your agreement on the record.
24            MR. SCIMONE:  We agree on
25      behalf of plaintiffs.
```



Page 4

```
 1                                      4
 2           MR. TSONIS:  That's fine with
 3      me, on behalf of defendant.
 4  W I L L I A M   N E W P O R T, the
 5  Witness herein, having been first duly
 6  sworn by a Notary Public in and of the
 7  State of New York, was examined and
 8  testified as follows:
 9           THE VIDEOGRAPHER:  We are now
10      on the record.  This begins
11      videotape number 1 in the
12      deposition of William Newport in
13      the matter of Keith Fischer, et al,
14      v. Government Employees Insurance
15      Co., doing business as GEICO.
16           Today is January 13th, 2025
17      and the time is 9:26 a.m. Eastern.
18      The deposition is being taken
19      virtually at the request of Outten
20      and Golden, LLP.
21           The videographer is Joseph
22      Calvarese from Magna Legal
23      Services.  The court reporter is
24      Deirdre Plevritis of Magna Legal
25      Services.
```



1                                                    5

2              Will all Counsel and all

3        parties present state their

4        appearances and who they represent.

5              MR. SCIMONE:  Good morning.

6              My name is Michael Scimone

7        with Outten & Golden.  I represent

8        the plaintiffs in this action.

9              MS. DSOUZA:  Good morning.

10             This is Zarka Dsouza, also

11       from Outten & Golden, also

12       representing plaintiffs in this

13       action.

14             MR. TSONIS:  This is Greg

15       Tsonis on behalf of Duane Morris,

16       LLP, representing defendant GEICO.

17             THE VIDEOGRAPHER:  And will

18       the court reporter swear in the

19       witness.

20       Q     Please state your name for

21  the record.

22       A     William Newport.

23       Q     Please state your address on

24  the record.

25       A     149 Bellevue Avenue,



1                                    39

2         Q      After the change in which

3    Ms. Wolff was added in 2018 or 2019,

4    about that timeframe, you named some of

5    the people who reported to you or work in

6    your unit, but can you just list some of

7    the job titles that reported to you at

8    that time?

9         A      In the beginning or after the

10   split, sir?

11        Q      This was after the split.

12        A      Sure.

13               So there were a number of job

14   titles.  There were field investigators.

15   We had two different levels of field

16   investigators depending on the timeframe

17   we are discussing.  There were desk

18   investigators.  There were major case

19   desk investigators.  We had a clerical

20   unit.  We had analysts.  We had some

21   differing responsibilities within, you

22   know, the different jobs that we had.

23   There were what is considered intake,

24   they were called intake analysts.  They

25   were responsibile for reviewing our



Page 40

```
 1                                    40
 2   referrals.
 3             I had supervisors during that
 4   timeframe, both internal supervisors and
 5   filed supervisors.  At one point in that
 6   stretch we had a trainer.  We -- I
 7   believe as far as I can remember
 8   that's -- again, there was some
 9   variations within those titles perhaps,
10   but I think that covers most of the
11   staff.
12        Q    So three of the titles or
13   categories you mentioned were field
14   investigators, desks investigators and
15   major case desk investigators.
16             So notwithstanding the split,
17   the major case investigators continue to
18   be under your chain of command?
19        A    Yes, these would have been
20   different than what would have been under
21   Courtney's.  I don't know.  I don't want
22   to get into the weeds.  There was
23   specific major cases Courtney's side
24   would work versus what my team would
25   work.
```



Page 41

                                                        41

1

2               There wasn't -- she was more

3    concentrated on providers where that was

4    not part of my responsibility, medical

5    providers to be more specific.

6          Q    Apart from those three

7    categories, field investigators, desk

8    investigators and major case desk

9    investigators, were there other job

10   titles you supervised that worked on case

11   investigations, directly worked on the

12   case investigations themselves?

13               MR. TSONIS:  Object to form.

14               You can answer.

15         A    I mean did they,

16   specifically, work, like, investigate and

17   work on investigations, there were a

18   couple of roles that would have supported

19   an investigator, like, an analyst where

20   they would have contributed information

21   to help investigators at different times.

22   Before the majority of cases were

23   investigated, as you stated, it was most

24   likely those three from what I recall.

25         Q    Is it fair to say that the



Page 101

```
 1                                 101
 2   field.  So do these two rows show a
 3   breakdown between as you described them
 4   earlier, desk investigators for inside
 5   and field investigators for field?
 6        A     Yeah, it looks like that
 7   would be the distinction made on the
 8   exhibit.
 9        Q     Where do major case desk
10   investigators fall?
11        A     So they wouldn't be in either
12   of these calculations.  They would have
13   been separate.
14        Q     Did you track productivity
15   for major case investigators?
16        A     That varied over time.  It
17   wasn't -- we were always looking for the
18   right way to evaluate our major case
19   teams, and at some point, maybe, we
20   attempted case closures, but I don't
21   believe that was ever -- it was never the
22   best metric.  So in this case, I mean on
23   your exhibit it is not on there, so we
24   must have had other things in place or,
25   maybe, Denise wasn't working -- looking
```



Page 102

```
1                                      102
2   for it.  I don't recall.
3       Q     The last row in this block is
4   quality.  What does that describe or
5   show?
6       A     So in this instance, it looks
7   like this would have been claims home
8   office audits done based on what is in
9   A1.  It looks like CHO audits.  It is
10  kind of defined at the top.  CHO audits
11  would have related to quality for this
12  chart.  So that would have been their
13  review of our case handling and how we
14  were doing based on their review.
15      Q     How does -- how did GEICO
16  arrive at a score for quality where the
17  number is reflected here as a percentage?
18  How is that arrived at?
19      A     So what was scored changed
20  over time and what was reviewed changed
21  over time.  The basis of it and how you
22  got, you know, a percentage there where
23  there were different categories for each,
24  you know, file review or file audit and
25  depending on how you might have done on
```



```
 1                                    148
 2   different things that took place.
 3             In the context of this email
 4   it looks like we would have wanted them
 5   to have been more productive, but that is
 6   not necessarily a direct correlation to
 7   workload only instead of volume.
 8       Q     I think I understand what you
 9   are saying.  So are you saying the
10   productivity isn't necessarily a direct
11   correlation with number of cases?
12       A     So, yeah, different times
13   that we have talked about today between
14   '18 and '23, and even in the spreadsheet
15   you and I just went over, there was that
16   adjusted productivity for '21,
17   productivity '22 and forward and then
18   there was additional charges during that
19   timeframe also.
20             So if someone was assigned a
21   number of cases and went out on the field
22   on more of them, that is an example of
23   how they would have more productivity
24   than if someone was assigned five cases
25   and didn't go in the field at all.
```



```
 1                            149
 2              So I am just saying there are
 3    other -- productivity isn't always just a
 4    straight closed case; if you will.
 5    That's all.
 6         Q    Understood.
 7              From what you are saying
 8    though, it does sound to me like it is a
 9    greater quantity of work; is that fair to
10    say?
11              MR. TSONIS:  Object to form.
12              Misstates testimony.
13              You can answer.
14         A    Um -- can you do the question
15    one more time, Michael?
16         Q    Sure.
17              If someone has a higher
18    productivity goal relative to someone
19    else, does that generally correlate to a
20    greater quantity of work for that person?
21              MR. TSONIS:  Same objection.
22              You can answer.
23         A    Not always.  Not always.  And
24    there were probably periods of time that
25    the 66 ran, aligned with the 65.  There
```



Page 157

```
 1                                    157
 2    the region, claims home office and, you
 3    know, my superiors, to determine what the
 4    right levels might be or the goals, in
 5    general.
 6         Q     And did, as the outcome of
 7    that process, were the same core metrics
 8    used across regions or different ones?
 9         A     It varied.  Even within
10    regions you had multiple sets of goals.
11    I am not familiar with what the other
12    regions would have instituted and how
13    many goal packages they would have had.
14         Q     I want to draw a distinction
15    here in the question I am asking between
16    sort of two different determinations.
17    One is what the metric would be.  So, for
18    example, we want to measure productivity
19    as to what the specific goal would be.
20              So, for example, we want
21    productivity to be at sort of this level
22    or above to be rated a five, as an
23    example.
24              So with that distinction, in
25    terms of selecting which core metrics to
```



Page 158

1                                          158

2    look at, was the outcome of that process

3    you described to come up with a common

4    set of core metrics across regions?

5          A     We would do our best to be

6    consistent, but again, there was some --

7    some information left to the regions, and

8    if we had, say at the time, a different

9    team, let's say, on my group, like, major

10   case would be an example, they would have

11   a much different set of core metrics, or

12   even in the field you might have

13   different teams that are field

14   investigators, they may have some

15   differences between their -- what we

16   would define as core metrics, which would

17   be from region 8, which would be

18   different from region 3.

19               So typically, at the

20   investigator level what was attempted to

21   be, and I don't remember if it was always

22   the case would be, like, the weighting of

23   the measurements on the core metrics.  So

24   what was reviewed and the weight they

25   held within the metrics.  If we were



Page 159

```
 1                                    159
 2    consistent anywhere, that was probably
 3    the best bet.
 4          Q      And moving to the second part
 5    of that distinction, which is what the
 6    particular level is for each core metric
 7    and what counts as a, you know, one score
 8    relative to another score was that common
 9    across regions or was that region
10    specific?
11                Sorry.  Let me clarify one
12    point.  You raised the point that there
13    might be a specific team in your region,
14    such as major cases.  I guess what I am,
15    in asking my question, I am thinking
16    about kind of apples to apples, so if you
17    have investigators in similar kinds of
18    work, to the extent the investigators are
19    doing similar kinds of cases across
20    regions, was there an effort to set a
21    common level across regions or was that
22    region specific?
23          A      It changed over time for a
24    portion of this duration.  It was
25    probably different in different areas
```



Page 241

1                                      241

2   categories like that for SIU?

3        A     I would say something of the

4   effect of if they got caught in traffic,

5   perhaps, or you know, a recorded

6   interview went wrong would be an example,

7   perhaps.

8        Q     The second bullet point is:

9   "Overtime will be evaluated and approved

10  based on business needs."  So what is

11  your understanding of what that means?

12       A     It would be evaluating --

13  exactly how it reads.  It would be in

14  order to have pre-approved overtime,

15  probably have to have some information

16  and discuss it, and same for me as it

17  would be for an investigator before we

18  approved overtime, we would evaluate it

19  and discuss it with whoever needed to

20  approve it.

21            MR. SCIMONE:  We will mark it

22        as Exhibit 15, the document Bates

23        stamped 11859 through 11862.

24            (Document Bates stamped 11859

25        through 11862 referred to received



Page 250

1                                    250

2    overtime?

3         A      In this context, not having

4    -- I'm not sure how it would have been

5    defined in this document.

6         Q      Well, putting aside the

7    document, you worked at GEICO in 2018 as

8    a manager.  You agree that this is

9    consistent with your understanding of the

10   policy.  So based on that, do you have an

11   understanding of what it means for

12   someone in your position or for a

13   supervisor to manage the amount of

14   overtime being worked?

15        A      I would be responsible for

16   it.  If someone was going to work

17   overtime, have an understanding of why

18   they needed the time, did they discuss it

19   with you?  Did they make sure that they

20   keyed it in?  Do we have an understanding

21   as to why it was needed and is there an

22   alternative?  Is there something that we

23   can help them with?  Could we have moved

24   cases?  Can we close them?  Can we -- you

25   look at a variety of different things.  I



Page 251

```
 1                                    251
 2   would say all of that would be
 3   encompassed in what you categorized as
 4   manage overtime.
 5        Q    Do those things you are
 6   describing include alternatives to
 7   working overtime, like closing them from
 8   receiving new cases or if they would have
 9   fewer hours of work that week?
10             MR. TSONIS:  Objection to
11        form.
12             Misstates testimony.
13             You can answer.
14        A    It wouldn't necessarily be
15   fewer hours.  It would take away new
16   received cases if they felt they needed
17   to work their open pending as it sat.  So
18   we would close them from new openings to
19   work cases.
20        Q    Isn't the goal of that though
21   to make sure that they don't then have a
22   need to work overtime?
23             MR. TSONIS:  Object to form.
24             You can answer.
25        A    Yeah, it was a matter of --
```



Page 252

```
 1                                      252
 2   if we had the ability to withhold an
 3   opening so they would get some time back
 4   in their day to work their existing
 5   pending that they felt they needed
 6   overtime for, it was a way for us to help
 7   them manage their work, their cases.
 8        Q    That would be a way of
 9   avoiding the need to incur overtime in
10   the first place?
11             MR. TSONIS:  Object to form.
12        A    I don't, if I -- avoiding
13   sounds a lot different than trying to do
14   the right thing for someone if they felt
15   they needed overtime to work cases and we
16   had other things that we can help them
17   with and different alternatives.  It
18   wasn't avoiding overtime.  It was trying
19   to help them through whatever they were
20   working through.
21        Q    Mr. Newport, I am not
22   interested in how we characterize it.  I
23   want to just be very clear about the
24   facts though.  You're saying that one
25   thing that you would do to manage
```



Page 253

```
 1                                        253
 2   overtime could be to close a person out
 3   from receiving new cases so they could,
 4   as you put it, get back time.  In other
 5   words, to be able to spend their time on
 6   whatever task might have caused them to
 7   work overtime otherwise.
 8              Just in preterms, isn't the
 9   point of that then avoiding having that
10   person of having to need to work
11   overtime?
12              MR. TSONIS:  Object to form.
13              You can answer.
14        A    It was a way to help them
15   manage their time.  I don't.
16        Q    A way to help them manage
17   their time so that they would not need to
18   work overtime, correct?
19              MR. TSONIS:  Object to form.
20              Asked and answered.
21        A    Sure.
22        Q    Thank you.
23              The next line says:
24              "Review acceptable overtime
25   with managers who are allowing associates
```



Page 254

```
 1                                254
 2   to work outside of their normal hours."
 3               Do you have an understanding
 4   of what acceptable overtime means?
 5       A     I am just pulling back up.  I
 6   am not certain as it is written here what
 7   that definition would be.
 8       Q     Based on your experience as a
 9   manager, do you have an understanding of
10   what acceptable overtime means?
11               MR. TSONIS:  Object to form.
12               Foundation.
13               You can answer.
14       A     It would be an example of
15   some of the items we went over earlier.
16   If they -- if they called and they needed
17   a couple of hours, it would be reviewed
18   on a case-by-case basis.  We would look
19   for alternatives.  We would in some cases
20   approve it as needed if they were stuck
21   on a call.  Those would be on a
22   case-by-case basis in any opinion to be
23   defined as acceptable reasons.
24       Q     And you would approve it to
25   the extent that you had permission to
```



Page 311

```
 1                                311
 2       Q      In May of 2022, would 10.75
 3   hour days be out of pattern for SIU?
 4              MR. TSONIS:  Object to form.
 5              You can answer.
 6       A      Out of form, I suspect it
 7   would, and Mr. King would have been
 8   responsible for updating his own time
 9   sheets and keying the time.  Our process
10   has always been for whatever time is
11   worked.  It should be entered by the
12   associate and approved.
13       Q      Well, I don't mean to argue
14   with you, but didn't we see earlier a
15   statement for Shane Wheeler that it is
16   management's responsibility to make sure
17   that people don't work unpaid time?
18              MR. TSONIS:  Object to
19          form --
20       A      I believe Shane Wheeler's
21   statement was --
22              MR. TSONIS:  Hold on, Bill.
23              Object to form.
24              Argumentative,
25          mischaracterizes evidence.
```



1                                    326

2          Q      What recollection do you have

3     on the use of the overtime hours that

4     were pre-approved by investigators in

5     region 2?

6                 MR. SCIMONE:  Objection.

7          A      We had some associates that

8     took advantage of utilizing the overtime.

9     We had some that used some and to my

10    recollection, we had associates that

11    didn't participate in the overtime.

12         Q      What ability did field

13    investigators have to determine what they

14    would be working on a day-to-day basis?

15         A      They had ownership of their

16    schedule.  They had an idea of their

17    pending cases.  They could -- if they

18    determine an efficient way for their day

19    would be to, you know, get out in the

20    morning or, you know, take some time.

21    They had a little bit more -- they had a

22    more flexible arrangement in an effort to

23    get their work completed efficiently.

24         Q      Did those skilled

25    investigators ultimately determine, you



Page 334

```
 1                                        334
 2         A      It was given as an example in
 3    terms of how it may vary in terms of the
 4    approval process and the communication
 5    between an investigator and a supervisor,
 6    using as an example.
 7         Q      And you were essentially
 8    filling in the blank of what you thought
 9    a supervisor might say in the
10    circumstance?
11         A      Yes.
12                MR. SCIMONE:  Thank you.
13                I have no further questions.
14                MR. TSONIS:  I have one
15         follow-up question.
16    EXAMINATION BY
17    MR. TSONIS:
18         Q      Mr. Newport, what was your
19    instruction to your supervisors regarding
20    time spent working by investigators?
21                MR. SCIMONE:  Objection.
22         A      Any time working needed to be
23    accurately reflected in the time card.
24    That was always the end all, be all, if
25    they are working, you need to get paid
```



Page 335

1                                    335

2    for it.

3        Q    Did that direction to your

4    supervisors ever change?

5        A    Never.

6            MR. TSONIS:  No further

7        questions.

8            MR. SCIMONE:  All right.  I

9        think we are done for the day.

10            THE VIDEOGRAPHER:  Off the

11        record, 5:29.

12            THE COURT REPORTER:

13        Mr. Tsonis, will you be ordering a

14        copy?

15            MR. TSONIS:  Yes, an

16        electronic copy.

17            (TIME NOTED:  5:29 P.M.)

18

19

20

21

22

23

24

25



Page 341

```
 1                                341

 2            C E R T I F I C A T E

 3   STATE OF NEW YORK   )

 4                       ) ss.:

 5   COUNTY OF NASSAU    )

 6            I, Deirdre Plevritis, a

 7       Notary Public within and for the

 8       State of New York, do hereby certify:

 9            That WILLIAM NEWPORT, the

10       witness whose deposition is

11       hereinbefore set forth, was duly

12       sworn by me and that such

13       deposition is a true record of the

14       testimony given by such witness.

15            I further certify that I am not

16       related to any of the parties to this

17       action by blood or marriage; and that I

18       am in no way interested in the outcome

19       of this matter.

20            IN WITNESS WHEREOF, I have

21       hereunto set my hand this 16th day

22       of January, 2025.

23                 Deirdre Plevritis
                 ___Deirdre Plevritis_____

24                 DEIRDRE PLEVRITIS

25
```

