# EXHIBIT 32

Message

| | |
|---|---|
| From: | Fischer, Keith [KFischer@geico.com] |
| Sent: | 8/10/2017 11:44:40 PM |
| To: | Cassagne, Gerard [GCassagne@geico.com] |
| Subject: | 4 HOURS Overtime |

GEERY WORKED 4 HOURS OT TODAY

7AM LEFT HOUSE TO 113 PCT
113 PCT 730AM -820AM POLICE RECORDS 5 CASES PLATE READERS DET GREG LEVINE
830AM TO 850AM JAMAICA TOWING 92-15 170 STREET JAMAICA RECOVERING A STOLEN CAR  CASE#1544715 MARION TABI
905 TO 1015 EUO QUEENS DEITZ
1100AM ARRIVE HOME TAKE A 31 MINUTE RECORDED INTERVIEW 1115 TO 1145 FROM AYANNA BLAKE CASE#1543892
1200PM TO PLAINVIEW FOR FACE TO FACE INTERVIEW CASE# 1543765
1:00PM TO 4PM OPEN  2 NEW CASES I RECEIVED TODAY  1)PKD 1545437  2)THEFT 1545108 CALL EXAMINERS, START INITIAL CASE ASS AND BACKGROUND CHECKS TO 4PM
RECORDED INTERVIEW MAGGIE RAMIREZ 1543892
TYPE SOME OF TODAYS EVENTS IN SICM OTHERS WILL BE COMPLETED TOMORROW

7AM TO 730PM THANKS

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

| | |
|---|---|
| **From:** | Fischer, Keith [KFischer@geico.com] |
| **Sent:** | 8/24/2017 2:09:56 AM |
| **To:** | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject:** | OVERTIME 4 HOURS |

GERRY, I WORKED 4 HOURS OVERTIME TODAY

730AM SIGNED ON UPDATE CASES
8:15AM TO 145PM
MIKES AUTO REPAIR 122 & FARMERS BLVD, QUEENS CASE1548628
QUEENS CARE AUTO REPAIR 185-24 MERRICK BLVD CASE#1548628
113TH POLICE PRECINCT NYPD PLATE READERS FOR MULTIPLE CASES, SECURE ACCIDENT REPORT

SUFFOLK COUNTY PD
SECURE THEFT AND IMPOUND REPORT CASE#1549979

3PM TO 10PM ON AND OFF TYPING CASES UPDATING TODAYS WORK LOAD
REVIEW EUO FILES FOR TOMORROWS 2 EUO'S IN QUEENS 1530812 AND 1530817


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

---

**From:** Fischer, Keith [KFischer@geico.com]
**Sent:** 8/25/2017 12:18:50 AM
**To:** Cassagne, Gerard [GCassagne@geico.com]
**Subject:** 4 Hours Overtime

GERRY, I DID 4 HOURS OVERTIME AGAIN TODAY (28 CASES SO FAR THIS MONTH)
730AM SIGN ON
UPDATE CASES, MAKE CALLS, SEND EMAILS
9:00AM TO QUEENS  FOR 2 EUO'S
1000AM TO 12:20PM 2 EUOS CONDUCTED 1530812 AND 1530817 PARKING SLIP CREDIT CARD
1245- 1PM CANVASS 67-04 PARSONS BLVD PHOTOS 2 CARS VANDALSIM CLAIMS, BUSINESS CARD INSURED'S APARTMENT  #1548815
1:15- 1:30 CANVASS 144-24 222 STREET LAUELTON, GEICO GRAM AND PHOTOS 1550666 STAGED
1:45-2:15-840 MERRICK ROAD BALDWIN 1530812 AND 1530817
3:00PM TO 8:00PM HONE UPDATE 2 CASES (CANVASS) DOWN LOAD PHOTOS EVIDENCE SEE ABOVE
OPEN 2 NEW CASES I RECEIVED TODAY AND COMPLETE INITIAL ASSESSMENT AND BACKGROUNDS AONI AND CC99 1551190 AND 1551622
WRITE UP TODAYS EUO'S CASES ABOUT HALFWAY-PARTIAL ENTRY MADE

THANKS BROTHER


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

| | |
|---|---|
| **From:** | Fischer, Keith [KFischer@geico.com] |
| **Sent:** | 11/29/2017 1:29:45 AM |
| **To:** | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject:** | Overtime Today |

GERRY I WORKED A TOTAL OF 6 HOURS OVERTIME TODAY AS FOLLOWS;


6:00AM SIGNED ON
6:45AM LEFT MY RESIDENCE FOR 3 BROOKLYN EUO'S 26 COURT STREET
ARRIVED 9:15AM PARKED IN GARAGE
3 EUO'S CASE# 1550666 FROMK 10AM TO 12PM
DROVE HOME/ ARRIVED 1:45PM
Parking receipt verifying such.

2PM TO 8:30PM
CLOSED CASE# 1594468 RECOVERED STOLEN CAR BROOKLYN
UPDATED CDR FOR UPCOMING TRAINING IN FLORIDA
TYPED EUO REPORT, CLOSED CASE #1550666
OPENED NEW CASE AND DID BACKGROUND CHECKS ON CASE RECEIVED TODAY #1596211

HAVE 3 EUO'S ON THURSDAY 11/30 AND 2 EUO'S ON FRIDAY 12/1
WEDNESDAY IS MORE TYPING AND TRIP TO QUEENS 113 PCT FOR POLICE RECORDS
THIS IS WHY IT ALL HAD TO BE DONE TODAY AS I LEAVE SUNDAY FOR FLORIDA FOR CDR TRAINING


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

**From:** Fischer, Keith [KFischer@geico.com]
**Sent:** 12/20/2017 3:01:11 AM
**To:** Cassagne, Gerard [GCassagne@geico.com]
**Subject:** OVERTIME TODAY 4 HOURS

GERRY, I COMPLETED 4 HOURS OVERTIME THIS DATE.

7AM SIGNED ON
7:15AM LEFT RESIDENCE FOR BROOKLYN 3 EUO'S 26 COURT STREET
9:25AM ARRIVED PAREKING GARAGE
10:00AM - 1:00PM CONDUCTED 3 EUO'S CASE # 1584054
1:00PM LEFT BRROKLYN
2:30PM ARRIVED HOME AND TO 3:30PM RETURNED PHONE CALLS ANSWERED EMAILS

8 ½ HOURS

6PM-10PM
TYPED CASE AND  CLOSED EUO CASE FROM TODAY
OPENED AND REVIEWED 2 NEW CASES RECEIVED THIS DATE

INTERVIEWS, CANVASS  IN QUEENS 10AM TOMORROW WITH POLICE PERSONNEL
EUO ON THURSDAY


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Confidential                                                                                                                                                         G011491