# EXHIBIT 33

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | 101245 | 06/24/2017 | 07/07/2017 | 07/13/2017 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,069.71 | 495.21 | 664.68 | 500.11 | 1,409.71 |
| YTD | 54,628.71 | 7,780.84 | 13,824.34 | 6,736.50 | 26,287.03 |

| Earnings | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| FMLA Sick | | 0 | | | 560.81 | OASDI | 189.12 | 3,370.09 |
| Floating Holiday | | 0 | | | 603.08 | Medicare | 44.23 | 788.17 |
| FML JPS | | 0 | | | 659.19 | Federal Withholding | 300.41 | 6,820.96 |
| Jurisdictional Paid Sick | | 0 | | | 596.15 | State Tax - NY | | 2,698.60 |
| PP2 | | 0 | | | 306.06 | State Tax - NY | 129.72 | 129.72 |
| Sick Medical Appt JPS | | 0 | | | 298.08 | NY SDI - NYSDI | 1.20 | 16.80 |
| Holiday Pay | 07/01/2017 - 07/07/2017 | 7.75 | 39.3548 | 305.01 | 1,206.16 | | | |
| Premium Payment | 06/24/2017 - 06/30/2017 | 1 | | 19.68 | 137.68 | | | |
| Profit Sharing Payout | | 0 | | | 11,700.34 | | | |
| Regular Overtime | | 0 | | | 53.85 | | | |
| Regular Pay | 06/24/2017 - 07/07/2017 | 69.75 | 39.3548 | 2,745.02 | 2,745.02 | | | |
| Regular Pay | | 0 | | | 33,065.76 | | | |
| Vacation | | 0 | | | 2,696.53 | | | |
| Total: | | 78.5 | | 3,069.71 | 54,628.71 | Total: | 664.68 | 13,824.34 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Catch-Up | 260.87 | 2,869.57 | AD&D | 1.02 | 14.28 |
| 401k Profit Sharing | | 1,755.05 | RTHHCE | | 121.19 |
| 401(k) | 214.88 | 214.88 | Optional Life | 53.55 | 743.70 |
| Delta Dental Standard | 12.46 | 174.44 | PS Loan (08) | 223.46 | 4,786.22 |
| EyeMed Vision | 7.00 | 98.00 | PS Loan (09) | 156.77 | 156.77 |
| HCE401 | | 2,668.90 | Other | 65.31 | 914.34 |
| Total: | 495.21 | 7,780.84 | Total: | 500.11 | 6,736.50 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 1.22 | 1.22 | OASDI - Taxable Wages | 3,050.25 | 54,356.27 |
| Basic LTD - ER | 8.02 | 111.38 | Medicare - Taxable Wages | 3,050.25 | 54,356.27 |
| Delta Dental Standard - ER | 29.06 | 29.06 | Federal Withholding - Taxable Wages | 2,574.50 | 46,847.87 |
| Group Life ER | 2.10 | 29.15 | State Withholding (Resident) - Taxable Wages | 0.00 | 44,273.37 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,574.50 | 2,574.50 |
| Total: | 40.40 | 548.59 | | | |

| Absence Plans | | | |
|---------------|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1319.43 |
| Vacation | 5.96 | 0 | 119.54 |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,409.71   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002401

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Louis Caniglia | | | 101245 | 08/05/2017 | 08/18/2017 | 08/24/2017 | |

| Department | Location | Job Title | | Annual Salary |
|---|---|---|---|---|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr  Outside Scrty Invest | | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,128.74 | 499.35 | 680.97 | 500.11 | 1,448.31 |
| YTD | 64,030.67 | 9,279.99 | 15,871.58 | 8,236.83 | 30,642.27 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| FMLA Sick | | | 0 | | 560.81 | OASDI | 192.77 | 3,949.39 |
| Floating Holiday | | | 0 | | 908.09 | Medicare | 45.09 | 923.65 |
| FML JPS | | | 0 | | 659.19 | Federal Withholding | 308.64 | 7,749.08 |
| Jurisdictional Paid Sick | | | 0 | | 596.15 | State Tax - NY | | 2,698.60 |
| PP2 | | | 0 | | 306.06 | State Tax - NY | 133.27 | 530.46 |
| Sick Medical Appt.JPS | | | 0 | | 298.08 | NY SDI - NYSDI | 1.20 | 20.40 |
| Holiday Pay | | | 0 | | 1,206.16 | | | |
| Paid Sick | | | 0 | | 305.01 | | | |
| Premium Payment | 08/12/2017 - 08/18/2017 | 4 | 0 | 78.72 | 216.40 | | | |
| Profit Sharing Payout | | | 0 | | 11,700.34 | | | |
| Regular Overtime | | | 0 | | 53.85 | | | |
| Regular Pay | 08/05/2017 - 08/18/2017 | 77.5 | 39.3548 | 3,050.02 | 10,238.23 | | | |
| Regular Pay | | | 0 | | 33,065.76 | | | |
| Vacation | | | 0 | | 3,916.54 | | | |
| Total: | | 81.5 | | 3,128.74 | 64,030.67 | Total: | 680.97 | 15,871.58 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Catch-Up | 260.87 | 3,652.18 | AD&D | 1.02 | 17.34 |
| 401k Profit Sharing | | 1,755.05 | RTHHCE | | 121.19 |
| 401(k) | 219.02 | 873.00 | Optional Life | 53.55 | 904.35 |
| Delta Dental Standard | 12.46 | 211.82 | PS Loan (08) | 223.46 | 5,456.60 |
| EyeMed Vision | 7.00 | 119.00 | PS Loan (09) | 156.77 | 627.08 |
| HCE401 | | 2,668.90 | Other | 65.31 | 1,110.27 |
| Total: | 499.35 | 9,279.99 | Total: | 500.11 | 8,236.83 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | | 2.44 | OASDI - Taxable Wages | 3,109.28 | 63,699.85 |
| Basic LTD - ER | 8.02 | 135.44 | Medicare - Taxable Wages | 3,109.28 | 63,699.85 |
| Delta Dental Standard - ER | 29.06 | 116.24 | Federal Withholding - Taxable Wages | 2,629.39 | 54,750.68 |
| Group Life ER | 2.10 | 35.45 | State Withholding (Resident) - Taxable Wages | 0.00 | 44,273.37 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,629.39 | 10,477.31 |
| Total: | 39.18 | 667.35 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1325.35 |
| Vacation | 5.96 | 0 | 106.42 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,448.31   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002404

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|--|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | | | 101245 | 09/16/2017 | 09/29/2017 | 10/05/2017 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,211.40 | 505.13 | 703.78 | 500.11 | 1,502.38 |
| YTD | 73,342.13 | 10,772.80 | 17,893.83 | 9,737.16 | 34,938.34 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| FMLA Sick | | | 0 | | 560.81 | OASDI | 197.90 | 4,523.08 |
| Floating Holiday | | | 0 | | 908.09 | Medicare | 46.29 | 1,057.82 |
| FML JPS | | | 0 | | 659.19 | Federal Withholding | 320.17 | 8,664.57 |
| Jurisdictional Paid Sick | | | 0 | | 596.15 | State Tax - NY | | 2,698.60 |
| PP2 | | | 0 | | 306.06 | State Tax - NY | 138.22 | 925.76 |
| Sick Medical Appt.JPS | | | 0 | | 298.08 | NY SDI - NYSDI | 1.20 | 24.00 |
| Holiday Pay | | | 0 | | 1,511.17 | | | |
| Paid Sick | 09/16/2017 - 09/22/2017 | 7.75 | 39.3548 | 305.01 | 610.02 | | | |
| Premium Payment | 09/23/2017 - 09/29/2017 | 3.4 | 0 | 66.92 | 283.32 | | | |
| Profit Sharing Payout | | | 0 | | 11,700.34 | | | |
| Regular Overtime | | | 0 | | 53.85 | | | |
| Regular Pay | 09/16/2017 - 09/29/2017 | 72.15 | 39.3548 | 2,839.47 | 16,432.73 | | | |
| Regular Pay | | | 0 | | 33,065.76 | | | |
| Vacation | | | 0 | | 6,356.56 | | | |
| Total: | | 83.3 | | 3,211.40 | 73,342.13 | Total: | 703.78 | 17,893.83 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Catch-Up | 260.87 | 4,434.79 | AD&D | 1.02 | 20.40 |
| 401k Profit Sharing | | 1,755.05 | RTHHCE | | 121.19 |
| 401(k) | 224.80 | 1,524.86 | Optional Life | 53.55 | 1,065.00 |
| Delta Dental Standard | 12.46 | 249.20 | PS Loan (08) | 223.46 | 6,126.98 |
| EyeMed Vision | 7.00 | 140.00 | PS Loan (09) | 156.77 | 1,097.39 |
| HCE401 | | 2,668.90 | Other | 65.31 | 1,306.20 |
| Total: | 505.13 | 10,772.80 | Total: | 500.11 | 9,737.16 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 1.22 | 4.88 | OASDI - Taxable Wages | 3,191.94 | 72,952.93 |
| Basic LTD - ER | 8.02 | 159.50 | Medicare - Taxable Wages | 3,191.94 | 72,952.93 |
| Delta Dental Standard - ER | 29.06 | 203.42 | Federal Withholding - Taxable Wages | 2,706.27 | 62,569.33 |
| Group Life ER | 2.10 | 41.75 | State Withholding (Resident) - Taxable Wages | 0.00 | 44,273.37 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,706.27 | 18,295.96 |
| Total: | 40.40 | 787.33 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.61 | 7.75 | 1331.15 |
| Vacation | 5.96 | 0 | 62.3 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,502.38    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | | 101245 | 12/09/2017 | 12/22/2017 | 12/28/2017 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|-----------------|--------------------|---------|
| Current | 3,089.38 | 496.58 | 673.40 | 500.11 | 1,419.29 |
| YTD | 91,681.65 | 13,738.58 | 21,863.42 | 12,357.59 | 43,722.06 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|-----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Bereavement | | | 0 | | 915.02 | OASDI | 190.33 | 5,652.89 |
| FMLA Sick | | | 0 | | 560.81 | Medicare | 44.52 | 1,322.05 |
| Floating Holiday | | | 0 | | 908.09 | Federal Withholding | 303.15 | 10,456.02 |
| FML JPS | | | 0 | | 659.19 | State Tax - NY | | 2,698.60 |
| Jurisdictional Paid Sick | | | 0 | | 596.15 | State Tax - NY | 130.91 | 1,699.37 |
| PP2 | | | 0 | | 306.06 | NY SDI - NYSDI | 1.20 | 31.20 |
| Sick Medical Appt JPS | | | 0 | | 298.08 | New York Paid Family Leave - NYPF | 3.29 | 3.29 |
| Holiday Pay | | | 0 | | 1,816.18 | | | |
| Paid Sick | | | 0 | | 1,525.03 | | | |
| Premium Payment | 12/09/2017 - 12/15/2017 | 2 | 0 | 39.36 | | | | |
| Profit Sharing Payout | | | 0 | | 11,700.34 | | | |
| Regular Overtime | | | 0 | | 53.85 | | | |
| Regular Pay | 12/09/2017 - 12/22/2017 | 77.5 | 39.3548 | 3,050.02 | 31,072.84 | | | |
| Regular Pay | | | 0 | | 33,065.76 | | | |
| Vacation | | | 0 | | 7,881.57 | | | |
| Total: | | 79.5 | | 3,089.38 | 91,681.65 | Total: | 673.40 | 21,863.42 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Catch-Up | 260.86 | 6,000.00 | AD&D | 1.02 | 26.52 |
| 401k Profit Sharing | | 1,755.05 | RTHHCE | | 121.19 |
| 401(k) | 216.26 | 2,808.67 | Optional Life | 53.55 | 1,386.30 |
| Delta Dental Standard | 12.46 | 323.96 | PS Loan (08) | 223.46 | 7,244.28 |
| EyeMed Vision | 7.00 | 182.00 | PS Loan (09) | 156.77 | 1,881.24 |
| HCE401 | | 2,668.90 | Other | 65.31 | 1,698.06 |
| Total: | 496.58 | 13,738.58 | Total: | 500.11 | 12,357.59 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | | 7.32 | OASDI - Taxable Wages | 3,069.92 | 91,175.69 |
| Basic LTD - ER | 8.02 | 207.62 | Medicare - Taxable Wages | 3,069.92 | 91,175.69 |
| Delta Dental Standard - ER | 29.06 | 377.78 | Federal Withholding - Taxable Wages | 2,592.80 | 77,943.07 |
| Group Life ER | 2.10 | 54.35 | State Withholding (Resident) - Taxable Wages | 0.00 | 44,273.37 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,592.80 | 33,669.70 |
| Total: | 39.18 | 1,024.85 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1334.72 |
| Vacation | 5.96 | 0 | 59.31 |

| Payment Information | | | | | |
|--------------------|--|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,419.29 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Caniglia | 101245 | 01/20/2018 | 02/02/2018 | 02/08/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr  Outside Scrty Invest | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,144.51 | 649.74 | 597.87 | 497.11 | 1,399.79 |
| YTD | 9,244.58 | 1,514.92 | 1,890.81 | 1,491.33 | 4,347.52 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | 01/27/2018 - 02/02/2018 | 7.75 | 39.3548 | 305.01 | 610.02 | OASDI | 193.67 | 569.29 |
| Holiday Pay | | | 0 | | 610.02 | Medicare | 45.29 | 133.14 |
| Premium Payment | 01/20/2018 - 01/26/2018 | 4.8 | 0 | 94.47 | 94.47 | Federal Withholding | 231.41 | 790.34 |
| Regular Pay | 01/20/2018 - 02/02/2018 | 62 | 39.3548 | 2,440.02 | 7,625.06 | State Tax - NY | 123.01 | 384.57 |
| Vacation | 01/27/2018 - 02/02/2018 | 7.75 | 39.3548 | 305.01 | 305.01 | NY SDI - NYSDI | 1.20 | 3.60 |
| | | | | | | New York Paid Family Leave - NYPF | 3.29 | 9.87 |
| Total: | | 82.3 | | 3,144.51 | 9,244.58 | Total: | 597.87 | 1,890.81 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 628.91 | 1,452.43 | AD&D | 1.02 | 3.06 |
| Delta Dental Standard | 12.46 | 37.38 | Optional Life | 53.55 | 160.65 |
| EyeMed Vision | 8.37 | 25.11 | PS Loan (08) | 223.46 | 670.38 |
| | | | PS Loan (09) | 156.77 | 470.31 |
| | | | Personal Mileage | 62.31 | 186.93 |
| Total: | 649.74 | 1,514.92 | Total: | 497.11 | 1,491.33 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 0.69 | OASDI - Taxable Wages | 3,123.68 | 9,182.09 |
| Basic LTD - ER | 5.40 | 16.20 | Medicare - Taxable Wages | 3,123.68 | 9,182.09 |
| Delta Dental Standard - ER | 29.06 | 87.18 | Federal Withholding - Taxable Wages | 2,494.77 | 7,729.66 |
| Group Life ER | 2.10 | 6.30 | State Withholding (Work) - Taxable Wages | 2,494.77 | 7,729.66 |
| Total: | 36.79 | 110.37 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 7.75 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1348.13 |
| Vacation | 5.96 | 7.75 | 69.44 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,399.79   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | | 101245 | 02/03/2018 | 02/16/2018 | 02/22/2018 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 79,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|-----------------|---------------------|---------|
| Current | 3,144.48 | 649.73 | 596.66 | 497.11 | 1,400.98 |
| YTD | 21,586.91 | 2,164.65 | 6,127.07 | 1,988.44 | 11,306.75 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 610.02 | OASDI | 193.66 | 1,333.22 |
| Holiday Pay | | | 0 | | 610.02 | Medicare | 45.29 | 311.80 |
| Paid Sick | 02/03/2018 - 02/09/2018 | 15.5 | 39.3548 | 610.01 | 610.01 | Federal Withholding | 231.41 | 3,045.28 |
| Premium Payment | 02/10/2018 - 02/16/2018 | 2 | 0 | 39.36 | 133.83 | State Tax - NY | 123.01 | 1,392.41 |
| Profit Sharing Payout | | | | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 02/03/2018 - 02/16/2018 | 63.4 | 39.3548 | 2,495.11 | 10,120.17 | New York Paid Family Leave - NYPF | 3.29 | 13.16 |
| Vacation | | | 0 | | 305.01 | | | |
| Total: | | 80.9 | | 3,144.48 | 21,586.91 | Total: | 596.66 | 6,127.07 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 628.90 | 2,081.33 | AD&D | 1.02 | 4.08 |
| Delta Dental Standard | 12.46 | 49.84 | Optional Life | 53.55 | 214.20 |
| EyeMed Vision | 8.37 | 33.48 | PS Loan (08) | 223.46 | 893.84 |
| | | | PS Loan (09) | 156.77 | 627.08 |
| | | | Personal Mileage | 62.31 | 249.24 |
| Total: | 649.73 | 2,164.65 | Total: | 497.11 | 1,988.44 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 0.92 | OASDI - Taxable Wages | 3,123.65 | 21,503.59 |
| Basic LTD - ER | 5.40 | 21.60 | Medicare - Taxable Wages | 3,123.65 | 21,503.59 |
| Delta Dental Standard - ER | 29.06 | 116.24 | Federal Withholding - Taxable Wages | 2,494.75 | 19,422.26 |
| Group Life ER | 2.10 | 8.40 | State Withholding (Work) - Taxable Wages | 2,494.75 | 19,422.26 |
| Total: | 36.79 | 147.16 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.55 | 15.5 | 1337.18 |
| Vacation | 5.96 | 0 | 75.4 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,400.98   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | 101245 | 03/03/2018 | 03/16/2018 | 03/22/2018 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 81,900.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,170.32 | 654.90 | 602.44 | 498.91 | 1,414.07 |
| YTD | 39,668.19 | 3,450.39 | 11,959.61 | 2,984.46 | 21,273.73 |

| Earnings | | | | | | Employee Taxes | | |
|----------|------|-------|------|--------|-----|----------------|--------|--------|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 610.02 | OASDI | 195.27 | 2,451.68 |
| Holiday Pay | | | 0 | | 610.02 | Medicare | 45.67 | 573.38 |
| Paid Sick | | | 0 | | 610.01 | Federal Withholding | 233.89 | 6,110.92 |
| Premium Payment | 03/03/2018 - 03/09/2018 | 1 | 0 | 20.32 | 154.15 | State Tax - NY | 124.32 | 2,775.98 |
| Profit Sharing Payout | | | 0 | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 03/03/2018 - 03/16/2018 | 77.5 | 40.6452 | 3,150.00 | 16,320.19 | New York Paid Family Leave - NYPF | 3.29 | 16.45 |
| Settlement Payment | | | 0 | | 11,860.94 | | | |
| Vacation | | | 0 | | 305.01 | | | |
| Total: | | 78.5 | | 3,170.32 | 39,668.19 | Total: | 602.44 | 11,959.61 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--------|----------|---------------------|--------|----------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 634.07 | 3,325.41 | AD&D | 1.02 | 6.12 |
| Delta Dental Standard | 12.46 | 74.76 | Optional Life | 55.35 | 323.10 |
| EyeMed Vision | 8.37 | 50.22 | PS Loan (08) | 223.46 | 1,340.76 |
| | | | PS Loan (09) | 156.77 | 940.62 |
| | | | Personal Mileage | 62.31 | 373.86 |
| Total: | 654.90 | 3,450.39 | Total: | 498.91 | 2,984.46 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--------|--------|---------------|----------|-----------|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 1.38 | OASDI - Taxable Wages | 3,149.49 | 39,543.21 |
| Basic LTD - ER | 5.58 | 32.58 | Medicare - Taxable Wages | 3,149.49 | 39,543.21 |
| Delta Dental Standard - ER | 29.06 | 174.36 | Federal Withholding - Taxable Wages | 2,515.42 | 36,217.80 |
| Group Life ER | 2.16 | 12.66 | State Withholding (Work) - Taxable Wages | 2,515.42 | 36,217.80 |
| Total: | 37.03 | 220.98 | | | |

| Absence Plans | | | |
|---------------|---------|---------|-----------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1346.12 |
| Vacation | 5.96 | 0 | 87.32 |

| Payment Information | | | | |
|---------------------|--------------|----------------|------------|--------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,414.07    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Caniglia | 101245 | 03/17/2018 | 03/30/2018 | 04/05/2018 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 81,900.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|--------------------|---------|
| Current | 3,256.68 | 672.17 | 621.70 | 498.91 | 1,463.90 |
| YTD | 42,924.87 | 4,122.56 | 12,581.31 | 3,483.37 | 22,737.63 |

| Earnings | | | | | | Employee Taxes | | |
|----------|------|-------|------|--------|-----|----------------|--------|-----|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 610.02 | OASDI | 200.62 | 2,652.30 |
| Holiday Pay | | | 0 | | 610.02 | Medicare | 46.92 | 620.30 |
| Paid Sick | | | 0 | | 610.01 | Federal Withholding | 242.18 | 6,353.10 |
| Premium Payment | 03/17/2018 - 03/30/2018 | 5.25 | 0 | 106.68 | 260.33 | State Tax - NY | 128.69 | 2,904.67 |
| Profit Sharing Payout | | | 0 | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 03/17/2018 - 03/30/2018 | 77.5 | 40.6452 | 3,150.00 | 19,470.19 | New York Paid Family Leave - NYPI | 3.29 | 19.74 |
| Settlement Payment | | | 0 | | 11,860.94 | | | |
| Vacation | | | 0 | | 305.01 | | | |
| Total: | | 82.75 | | 3,256.68 | 42,924.87 | Total: | 621.70 | 12,581.31 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--------|----------|---------------------|--------|----------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 651.34 | 3,976.75 | AD&D | 1.02 | 7.14 |
| Delta Dental Standard | 12.46 | 87.22 | Optional Life | 55.35 | 378.45 |
| EyeMed Vision | 8.37 | 58.59 | PS Loan (08) | 223.46 | 1,564.22 |
| | | | PS Loan (09) | 156.77 | 1,097.39 |
| | | | Personal Mileage | 62.31 | 436.17 |
| Total: | 672.17 | 4,122.56 | Total: | 498.91 | 3,483.37 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--------|--------|---------------|--------|-----------|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 1.61 | OASDI - Taxable Wages | 3,235.85 | 42,779.06 |
| Basic LTD - ER | 5.58 | 38.16 | Medicare - Taxable Wages | 3,235.85 | 42,779.06 |
| Delta Dental Standard - ER | 29.06 | 203.42 | Federal Withholding - Taxable Wages | 2,584.51 | 38,802.31 |
| Group Life ER | 2.16 | 14.82 | State Withholding (Work) - Taxable Wages | 2,584.51 | 38,802.31 |
| Total: | 37.03 | 258.01 | | | |

| Absence Plans | | | |
|---------------|---------|---------|-----------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1350.59 |
| Vacation | 5.96 | 0 | 93.28 |

| Payment Information | | | | |
|---------------------|--------------|----------------|-----------|--------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,463.90  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002424

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|------|------|------|------|------|------|
| Louis Caniglia | | 101245 | 04/14/2018 | 04/27/2018 | 05/03/2018 | |

| Department | Location | Job Title | Annual Salary |
|------|------|------|------|
| Y135 SIU Long Island 1 | NY New York - JPS | Sr. Outside Scrty Invest | 81,900.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|------|------|------|------|------|------|
| Current | 3,401.97 | 701.23 | 655.10 | 498.91 | 1,546.73 |
| YTD | 49,476.84 | 5,474.62 | 13,834.96 | 4,481.19 | 25,686.07 |

| Earnings | | | | | | Employee Taxes | | |
|------|------|------|------|------|------|------|------|------|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 610.02 | OASDI | 209.63 | 3,055.94 |
| Holiday Pay | | | 0 | | 610.02 | Medicare | 49.03 | 714.70 |
| Paid Sick | | | 0 | | 1,555.01 | Federal Withholding | 256.13 | 6,841.17 |
| Premium Payment | 04/14/2018 - 04/27/2018 | 12.4 | 0 | 251.97 | 512.80 | State Tax - NY | 136.05 | 3,164.01 |
| Profit Sharing Payout | | | 0 | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 04/14/2018 - 04/27/2018 | 77.5 | 40.6452 | 3,150.00 | 24,825.19 | New York Paid Family Leave - NYPI | 4.26 | 27.94 |
| Settlement Payment | | | 0 | | 11,860.94 | | | |
| Vacation | | | 0 | | 305.01 | | | |
| Total: | | 89.9 | | 3,401.97 | 49,476.84 | Total: | 655.10 | 13,834.96 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 680.40 | 5,287.15 | AD&D | 1.02 | 9.18 |
| Delta Dental Standard | 12.46 | 112.14 | Optional Life | 55.35 | 489.15 |
| EyeMed Vision | 8.37 | 75.33 | PS Loan (08) | 223.46 | 2,011.14 |
| | | | PS Loan (09) | 156.77 | 1,410.93 |
| | | | Personal Mileage | 62.31 | 560.79 |
| Total: | 701.23 | 5,474.62 | Total: | 498.91 | 4,481.19 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.07 | OASDI - Taxable Wages | 3,381.14 | 49,289.37 |
| Basic LTD - ER | 5.58 | 49.32 | Medicare - Taxable Wages | 3,381.14 | 49,289.37 |
| Delta Dental Standard - ER | 29.06 | 261.54 | Federal Withholding - Taxable Wages | 2,700.74 | 44,002.22 |
| Group Life ER | 2.16 | 19.14 | State Withholding (Work) - Taxable Wages | 2,700.74 | 44,002.22 |
| Total: | 37.03 | 332.07 | | | |

| Absence Plans | | | |
|------|------|------|------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1336.28 |
| Vacation | 5.96 | 0 | 105.2 |

| Payment Information | | | | |
|------|------|------|------|------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,546.73    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Caniglia | 101245 | 08/18/2018 | 08/31/2018 | 09/06/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY New York - JPS | Senior Field Security Investigator | 81,900.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,190.64 | 658.96 | 607.67 | 275.45 | 1,648.56 |
| YTD | 77,948.78 | 11,356.48 | 19,249.29 | 7,920.77 | 39,422.24 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 1,240.02 | OASDI | 196.53 | 4,809.58 |
| Holiday Pay | | | 0 | | 1,240.02 | Medicare | 45.96 | 1,124.82 |
| Paid Sick | | | 0 | | 1,555.01 | Federal Withholding | 235.84 | 8,940.33 |
| Premium Payment | 08/18/2018 - 08/24/2018 | 2 | 0 | 40.64 | 553.44 | State Tax - NY | 125.35 | 4,279.80 |
| Profit Sharing Payout | | | 0 | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 08/18/2018 - 08/31/2018 | 77.5 | 40.6452 | 3,150.00 | 46,956.49 | New York Paid Family Leave - NYPFI | 3.99 | 63.56 |
| Settlement Payment | | | 0 | | 11,860.94 | | | |
| Vacation | | | 0 | | 5,345.01 | | | |
| Total: | | 79.5 | | 3,190.64 | 77,948.78 | Total: | 607.67 | 19,249.29 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 638.13 | 10,981.54 | AD&D | 1.02 | 18.36 |
| Delta Dental Standard | 12.46 | 224.28 | Optional Life | 55.35 | 987.30 |
| EyeMed Vision | 8.37 | 150.66 | PS Loan (08) | | 3,128.44 |
| | | | PS Loan (09) | 156.77 | 2,665.09 |
| | | | Personal Mileage | 62.31 | 1,121.58 |
| Total: | 658.96 | 11,356.48 | Total: | 275.45 | 7,920.77 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 4.14 | OASDI - Taxable Wages | 3,169.81 | 77,573.84 |
| Basic LTD - ER | 5.58 | 99.54 | Medicare - Taxable Wages | 3,169.81 | 77,573.84 |
| Delta Dental Standard - ER | 29.06 | 523.08 | Federal Withholding - Taxable Wages | 2,531.68 | 66,592.30 |
| Group Life ER | 2.16 | 38.58 | State Withholding (Work) - Taxable Wages | 2,531.68 | 66,592.30 |
| Total: | 37.03 | 665.34 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1376.63 |
| Vacation | 5.96 | 0 | 34.84 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,648.56    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|-------------|------------------|---------------|-----------|--------------|
| Louis Caniglia | | 101245 | 10/13/2018 | 10/26/2018 | 11/01/2018 | |

| Department | Location | Job Title | Annual Salary |
|-----------|----------|-----------|---------------|
| Y135 SIU Long Island 1 | NY New York - JPS | Senior Field Security Investigator | 81,900.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,210.96 | 663.03 | 612.23 | 356.39 | 1,579.31 |
| YTD | 90,609.74 | 13,972.00 | 21,554.30 | 9,103.51 | 45,979.93 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | 0 | | | 1,240.02 | OASDI | 197.79 | 5,589.39 |
| Holiday Pay | | 0 | | | 1,555.02 | Medicare | 46.26 | 1,307.20 |
| Paid Sick | | 0 | | | 1,555.01 | Federal Withholding | 237.79 | 9,805.98 |
| Premium Payment | 10/13/2018 - 10/26/2018 | 3 | 0 | 60.96 | 614.40 | State Tax - NY | 126.37 | 4,741.13 |
| Profit Sharing Payout | | 0 | | | 9,197.85 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 10/13/2018 - 10/26/2018 | 77.5 | 40.6452 | 3,150.00 | 59,241.49 | New York Paid Family Leave - NYPF | 4.02 | 79.40 |
| Settlement Payment | | 0 | | | 11,860.94 | | | |
| Vacation | | 0 | | | 5,345.01 | | | |
| Total: | | 80.5 | | 3,210.96 | 90,609.74 | Total: | 612.23 | 21,554.30 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 642.20 | 13,513.74 | AD&D | 1.02 | 22.44 |
| Delta Dental Standard | 12.46 | 274.12 | Optional Life | 55.35 | 1,208.70 |
| EyeMed Vision | 8.37 | 184.14 | PS Loan (08) | | 3,128.44 |
| | | | PS Loan (09) | 156.77 | 3,292.17 |
| | | | PS Loan (10) | 80.94 | 80.94 |
| | | | Personal Mileage | 62.31 | 1,370.82 |
| Total: | 663.03 | 13,972.00 | Total: | 356.39 | 9,103.51 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 5.06 | OASDI - Taxable Wages | 3,190.13 | 90,151.48 |
| Basic LTD - ER | 5.58 | 121.86 | Medicare - Taxable Wages | 3,190.13 | 90,151.48 |
| Delta Dental Standard - ER | 29.06 | 639.32 | Federal Withholding - Taxable Wages | 2,547.93 | 76,637.74 |
| Group Life ER | 2.16 | 47.22 | State Withholding (Work) - Taxable Wages | 2,547.93 | 76,637.74 |
| Total: | 37.03 | 813.46 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 6.71 | 0 | 1394.52 |
| Vacation | 5.96 | 0 | 55.7 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| The Bank of NY | The Bank of NY ******4927 | ******4927 | | 1,579.31    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential