# EXHIBIT 34

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Albert Brust | | 227880 | 05/23/2020 | 06/05/2020 | 06/11/2020 | |
| **Department** | | **Location** | | **Job Title** | | **Hourly Rate** |
| Y138 SIU Metro | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 32.58 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,993.31 | 307.71 | 560.30 | 71.15 | 2,054.15 |
| YTD | 30,779.05 | 2,819.88 | 5,449.88 | 853.67 | 21,655.62 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Holiday Pay | 05/23/2020 - 05/29/2020 | 7.75 | 32.58 | 252.50 | 747.74 |
| Overtime 1.5 | 05/30/2020 - 06/05/2020 | 8.75 | 48.87 | 427.62 | 427.62 |
| Regular Overtime | 05/30/2020 - 06/05/2020 | 1.25 | 32.58 | 40.73 | 40.73 |
| Regular Pay | 05/23/2020 - 06/05/2020 | 69.75 | 32.58 | 2,272.46 | 29,502.96 |
| Total: | | 87.5 | | 2,993.31 | 30,779.05 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.06 | 1,898.35 |
| Medicare | 43.28 | 443.97 |
| Federal Withholding | 192.50 | 1,711.73 |
| State Tax - NY | 130.20 | 1,298.81 |
| NY SDI - NYSDI | 1.20 | 14.40 |
| New York Paid Family Leave - NYPF | 8.06 | 82.62 |
| Total: | 560.30 | 5,449.88 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 299.34 | 2,719.44 |
| EyeMed Vision | 8.37 | 100.44 |
| Total: | 307.71 | 2,819.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 27.72 |
| Optional Life | 6.53 | 78.23 |
| Personal Mileage | 62.31 | 747.72 |
| Total: | 71.15 | 853.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.76 |
| Group Life ER | 1.02 | 12.24 |
| Total: | 1.25 | 15.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,984.94 | 30,618.61 |
| Medicare - Taxable Wages | 2,984.94 | 30,618.61 |
| Federal Withholding - Taxable Wages | 2,685.60 | 27,899.17 |
| State Withholding (Work) - Taxable Wages | 2,685.60 | 27,899.17 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 3.37 | 0 | 57.01 |
| Vacation | 2.98 | 0 | 56.62 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 2,054.15 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Albert Brust | | 227880 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | | Location | | Job Title | | Hourly Rate |
|---|---|---|---|---|---|---|
| Y138 SIU Metro | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 32.58 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,335.41 | 341.92 | 647.89 | 71.15 | 2,274.45 |
| YTD | 34,114.46 | 3,161.80 | 6,097.77 | 924.82 | 23,930.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Holiday Pay | | | 0 | | 747.74 |
| Overtime 1.5 | 06/06/2020 - 06/19/2020 | 9.75 | 48.87 | 476.49 | 904.11 |
| Paid Sick | 06/13/2020 - 06/19/2020 | 7.75 | 32.58 | 252.50 | 252.50 |
| Regular Overtime | 06/06/2020 - 06/19/2020 | 2.5 | 32.58 | 81.46 | 122.19 |
| Regular Pay | 06/06/2020 - 06/19/2020 | 77.5 | 32.58 | 2,524.96 | 32,027.92 |
| Total: | | 97.5 | | 3,335.41 | 34,114.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 206.28 | 2,104.63 |
| Medicare | 48.24 | 492.21 |
| Federal Withholding | 229.56 | 1,941.29 |
| State Tax - NY | 153.63 | 1,452.44 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPF | 8.98 | 91.60 |
| Total: | 647.89 | 6,097.77 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 333.55 | 3,052.99 |
| EyeMed Vision | 8.37 | 108.81 |
| Total: | 341.92 | 3,161.80 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 30.03 |
| Optional Life | 6.53 | 84.76 |
| Personal Mileage | 62.31 | 810.03 |
| Total: | 71.15 | 924.82 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.99 |
| Group Life ER | 1.02 | 13.26 |
| Total: | 1.25 | 16.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,327.04 | 33,945.65 |
| Medicare - Taxable Wages | 3,327.04 | 33,945.65 |
| Federal Withholding - Taxable Wages | 2,993.49 | 30,892.66 |
| State Withholding (Work) - Taxable Wages | 2,993.49 | 30,892.66 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 3.75 | 7.75 | 53.01 |
| Vacation | 2.98 | 0 | 59.6 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 2,274.45 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Senior Field Security Investigator | 32.58 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,993.31 | 307.71 | 565.11 | 71.15 | 2,049.34 |
| YTD | 37,107.77 | 3,469.51 | 6,662.88 | 995.97 | 25,979.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 32.58 | 252.50 | 1,000.24 |
| Overtime 1.5 | 06/20/2020 - 06/26/2020 | 8.75 | 48.87 | 427.62 | 1,331.73 |
| Paid Sick | | | 0 | | 252.50 |
| Regular Overtime | 06/20/2020 - 06/26/2020 | 1.25 | 32.58 | 40.73 | 162.92 |
| Regular Pay | 06/20/2020 - 07/03/2020 | 69.75 | 32.58 | 2,272.46 | 34,300.38 |
| Total: | | 87.5 | | 2,993.31 | 37,107.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.07 | 2,289.70 |
| Medicare | 43.28 | 535.49 |
| Federal Withholding | 192.62 | 2,133.91 |
| State Tax - NY | 134.88 | 1,587.32 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPF | 8.06 | 99.66 |
| Total: | 565.11 | 6,662.88 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 299.34 | 3,352.33 |
| EyeMed Vision | 8.37 | 117.18 |
| Total: | 307.71 | 3,469.51 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 32.34 |
| Optional Life | 6.53 | 91.29 |
| Personal Mileage | 62.31 | 872.34 |
| Total: | 71.15 | 995.97 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.22 |
| Group Life ER | 1.02 | 14.28 |
| Total: | 1.25 | 17.50 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,984.94 | 36,930.59 |
| Medicare - Taxable Wages | 2,984.94 | 36,930.59 |
| Federal Withholding - Taxable Wages | 2,685.60 | 33,578.26 |
| State Withholding (Work) - Taxable Wages | 2,685.60 | 33,578.26 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 3.37 | 0 | 56.38 |
| Vacation | 2.98 | 0 | 62.58 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 2,049.34 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                            G000506

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 07/04/2020 | 07/17/2020 | 07/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Senior Field Security Investigator | 32.58 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,993.31 | 307.71 | 565.11 | 71.15 | 2,049.34 |
| YTD | 40,101.08 | 3,777.22 | 7,227.99 | 1,067.12 | 28,028.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Holiday Pay | | | 0 | | 1,000.24 |
| Overtime 1.5 | 07/11/2020 - 07/17/2020 | 8.75 | 48.87 | 427.62 | 1,759.35 |
| Paid Sick | | | 0 | | 252.50 |
| Regular Overtime | 07/11/2020 - 07/17/2020 | 1.25 | 32.58 | 40.73 | 203.65 |
| Regular Pay | 07/11/2020 - 07/17/2020 | 38.75 | 32.58 | 1,262.48 | 35,562.86 |
| Vacation | 07/04/2020 - 07/10/2020 | 38.75 | 32.58 | 1,262.48 | 1,262.48 |
| Total: | | 87.5 | | 2,993.31 | 40,101.08 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.06 | 2,474.76 |
| Medicare | 43.29 | 578.78 |
| Federal Withholding | 192.62 | 2,326.53 |
| State Tax - NY | 134.88 | 1,722.20 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPF | 8.06 | 107.72 |
| Total: | 565.11 | 7,227.99 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 299.34 | 3,651.67 |
| EyeMed Vision | 8.37 | 125.55 |
| Total: | 307.71 | 3,777.22 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 34.65 |
| Optional Life | 6.53 | 97.82 |
| Personal Mileage | 62.31 | 934.65 |
| Total: | 71.15 | 1,067.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Group Life ER | 1.02 | 15.30 |
| Total: | 1.25 | 18.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,984.94 | 39,915.53 |
| Medicare - Taxable Wages | 2,984.94 | 39,915.53 |
| Federal Withholding - Taxable Wages | 2,685.60 | 36,263.86 |
| State Withholding (Work) - Taxable Wages | 2,685.60 | 36,263.86 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 3.37 | 0 | 59.75 |
| Vacation | 2.98 | 38.75 | 26.81 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 2,049.34  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G000507

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 07/18/2020 | 07/31/2020 | 08/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Senior Field Security Investigator | 32.58 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,608.27 | 369.20 | 713.93 | 71.15 | 2,453.99 |
| YTD | 43,709.35 | 4,146.42 | 7,941.92 | 1,138.27 | 30,482.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Holiday Pay | | | 0 | | 1,000.24 |
| Overtime 1.5 | 07/18/2020 - 07/31/2020 | 20.5 | 48.87 | 1,001.85 | 2,761.20 |
| Paid Sick | | | 0 | | 252.50 |
| Regular Overtime | 07/18/2020 - 07/31/2020 | 2.5 | 32.58 | 81.46 | 285.11 |
| Regular Pay | 07/18/2020 - 07/31/2020 | 77.5 | 32.58 | 2,524.96 | 38,087.82 |
| Vacation | | | 0 | | 1,262.48 |
| Total: | | 100.5 | | 3,608.27 | 43,709.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 223.20 | 2,697.96 |
| Medicare | 52.19 | 630.97 |
| Federal Withholding | 259.03 | 2,585.56 |
| State Tax - NY | 168.59 | 1,890.79 |
| NY SDI - NYSDI | 1.20 | 19.20 |
| New York Paid Family Leave - NYPF | 9.72 | 117.44 |
| Total: | 713.93 | 7,941.92 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 360.83 | 4,012.50 |
| EyeMed Vision | 8.37 | 133.92 |
| Total: | 369.20 | 4,146.42 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 36.96 |
| Optional Life | 6.53 | 104.35 |
| Personal Mileage | 62.31 | 996.96 |
| Total: | 71.15 | 1,138.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.68 |
| Group Life ER | 1.02 | 16.32 |
| Total: | 1.25 | 20.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,599.90 | 43,515.43 |
| Medicare - Taxable Wages | 3,599.90 | 43,515.43 |
| Federal Withholding - Taxable Wages | 3,239.07 | 39,502.93 |
| State Withholding (Work) - Taxable Wages | 3,239.07 | 39,502.93 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 3.87 | 0 | 63.62 |
| Vacation | 2.98 | 0 | 29.79 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 2,453.99 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential	G000508

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 01/28/2023 | 02/10/2023 | 02/16/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,362.77 | 1,017.21 | 690.64 | 71.67 | 1,583.25 |
| YTD | 12,432.62 | 3,400.49 | 2,618.73 | 285.30 | 6,128.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 906.99 |
| Overtime 1.5 | 02/04/2023 - 02/10/2023 | 1.600001 | 61.98 | 99.17 | 99.17 |
| Paid Sick | | | 0 | | 604.66 |
| Regular Overtime | 01/28/2023 - 02/03/2023 | 0.233334 | 41.32 | 9.65 | |
| Regular Overtime | 02/04/2023 - 02/10/2023 | 1.25 | 41.32 | 51.65 | 61.30 |
| Regular Pay | 01/28/2023 - 02/03/2023 | 38.75 | 41.32 | 1,601.15 | |
| Regular Pay | 02/04/2023 - 02/10/2023 | 38.75 | 41.32 | 1,601.15 | 10,760.50 |
| Total: | | 80.583 | | 3,362.77 | 12,432.62 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 207.98 | 768.75 |
| Medicare | 48.64 | 179.79 |
| Federal Withholding | 311.70 | 1,204.78 |
| State Tax - NY | 105.86 | 404.19 |
| NY SDI - NYSDI | 1.20 | 4.80 |
| New York Paid Family Leave - NYPF | 15.26 | 56.42 |
| Total: | 690.64 | 2,618.73 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 1,008.84 | 3,367.01 |
| EyeMed Vision | 8.37 | 33.48 |
| Total: | 1,017.21 | 3,400.49 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 9.24 |
| NY: SDI Offset (EE) | -1.20 | -4.80 |
| Optional Life | 8.25 | 31.62 |
| Personal Mileage | 62.31 | 249.24 |
| Total: | 71.67 | 285.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 1.43 |
| Basic LTD - ER | 5.47 | 20.98 |
| Group Life ER | 1.30 | 5.02 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 4.80 |
| Total: | 8.37 | 32.23 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,354.40 | 12,399.14 |
| Medicare - Taxable Wages | 3,354.40 | 12,399.14 |
| Federal Withholding - Taxable Wages | 2,345.56 | 9,032.13 |
| State Withholding (Work) - Taxable Wages | 2,345.56 | 9,032.13 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 23.25 |
| Sick | 3.1 | 0 | 144.19 |
| Vacation | 2.98 | 0 | 86.97 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,583.25  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Albert Brust | | 227880 | 02/11/2023 | 02/24/2023 | 03/02/2023 | |

| Department | | Location | | Job Title | | Hourly Rate |
|---|---|---|---|---|---|---|
| SI3800 SIU | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 41.32 |

| | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | | 3,443.69 | 1,041.48 | 732.11 | 71.67 | 1,598.43 |
| YTD | | 15,876.31 | 4,441.97 | 3,350.84 | 356.97 | 7,726.53 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 906.99 | OASDI | 212.99 | 981.74 |
| Overtime 1.5 | 02/11/2023 - 02/17/2023 | 2.816667 | 61.98 | 174.58 | 273.75 | Medicare | 49.81 | 229.60 |
| Paid Sick | 02/18/2023 - 02/24/2023 | 15.5 | 41.32 | 640.46 | 1,245.12 | Federal Withholding | 343.50 | 1,548.28 |
| Regular Overtime | 02/11/2023 - 02/17/2023 | 1.25 | 41.32 | 51.65 | 112.95 | State Tax - NY | 108.98 | 513.17 |
| Regular Pay | 02/11/2023 - 02/17/2023 | 38.75 | 41.32 | 1,601.15 | | NY SDI - NYSDI | 1.20 | 6.00 |
| Regular Pay | 02/18/2023 - 02/24/2023 | 23.61666 | 41.32 | 975.85 | 13,337.50 | New York Paid Family Leave - NYPF | 15.63 | 72.05 |
| Total: | | 81.933 | | 3,443.69 | 15,876.31 | Total: | 732.11 | 3,350.84 |

| Pre-Tax Deductions | | | | Post Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| 401(k) | | 1,033.11 | 4,400.12 | AD&D | 2.31 | 11.55 |
| EyeMed Vision | | 8.37 | 41.85 | NY: SDI Offset (EE) | -1.20 | -6.00 |
| | | | | Optional Life | 8.25 | 39.87 |
| | | | | Personal Mileage | 62.31 | 311.55 |
| Total: | | 1,041.48 | 4,441.97 | Total: | 71.67 | 356.97 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | | 0.40 | 1.83 | OASDI - Taxable Wages | 3,435.32 | 15,834.46 |
| Basic LTD - ER | | 5.47 | 26.45 | Medicare - Taxable Wages | 3,435.32 | 15,834.46 |
| Group Life ER | | 1.30 | 6.32 | Federal Withholding - Taxable Wages | 2,402.21 | 11,434.34 |
| NY: State Disability Insurance - Employer Paid | | 1.20 | 6.00 | State Withholding (Work) - Taxable Wages | 2,402.21 | 11,434.34 |
| Total: | | 8.37 | 40.60 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 23.25 |
| Sick | 3.15 | 15.5 | 131.84 |
| Vacation | 2.98 | 0 | 89.95 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,598.43   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 02/25/2023 | 03/10/2023 | 03/16/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,647.53 | 1,102.63 | 773.60 | 71.67 | 1,699.63 |
| YTD | 19,523.84 | 5,544.60 | 4,124.44 | 428.64 | 9,426.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 906.99 |
| Overtime 1.5 | 02/25/2023 - 03/03/2023 | 4.099999 | 61.98 | 254.12 | |
| Overtime 1.5 | 03/04/2023 - 03/10/2023 | 1.416667 | 61.98 | 87.81 | 615.68 |
| Paid Sick | | | 0 | | 1,245.12 |
| Regular Overtime | 02/25/2023 - 03/03/2023 | 1.25 | 41.32 | 51.65 | |
| Regular Overtime | 03/04/2023 - 03/10/2023 | 1.25 | 41.32 | 51.65 | 216.25 |
| Regular Pay | 02/25/2023 - 03/03/2023 | 38.75 | 41.32 | 1,601.15 | |
| Regular Pay | 03/04/2023 - 03/10/2023 | 38.75 | 41.32 | 1,601.15 | 16,539.80 |
| Total: | | 85.517 | | 3,647.53 | 19,523.84 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 225.62 | 1,207.36 |
| Medicare | 52.77 | 282.37 |
| Federal Withholding | 360.62 | 1,908.90 |
| State Tax - NY | 116.83 | 630.00 |
| NY SDI - NYSDI | 1.20 | 7.20 |
| New York Paid Family Leave - NYPF | 16.56 | 88.61 |
| Total: | 773.60 | 4,124.44 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 1,094.26 | 5,494.38 |
| EyeMed Vision | 8.37 | 50.22 |
| Total: | 1,102.63 | 5,544.60 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 13.86 |
| NY: SDI Offset (EE) | -1.20 | -7.20 |
| Optional Life | 8.25 | 48.12 |
| Personal Mileage | 62.31 | 373.86 |
| Total: | 71.67 | 428.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 2.23 |
| Basic LTD - ER | 5.47 | 31.92 |
| Group Life ER | 1.30 | 7.62 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 7.20 |
| Total: | 8.37 | 48.97 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,639.16 | 19,473.62 |
| Medicare - Taxable Wages | 3,639.16 | 19,473.62 |
| Federal Withholding - Taxable Wages | 2,544.90 | 13,979.24 |
| State Withholding (Work) - Taxable Wages | 2,544.90 | 13,979.24 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Sick | 3.29 | 0 | 135.13 |
| Vacation | 2.98 | 0 | 92.93 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,699.63 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G000579

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 03/11/2023 | 03/24/2023 | 03/30/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,437.83 | 1,039.72 | 730.90 | 71.67 | 1,595.54 |
| YTD | 22,961.67 | 6,584.32 | 4,855.34 | 500.31 | 11,021.70 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 906.99 | OASDI | 212.63 | 1,419.99 |
| Overtime 1.5 | 03/11/2023 - 03/17/2023 | 1.916667 | 61.98 | 118.80 | | Medicare | 49.72 | 332.09 |
| Overtime 1.5 | 03/18/2023 - 03/24/2023 | 0.216667 | 61.98 | 13.43 | 747.91 | Federal Withholding | 343.00 | 2,251.90 |
| Paid Sick | | | 0 | | 1,245.12 | State Tax - NY | 108.75 | 738.75 |
| Regular Overtime | 03/11/2023 - 03/17/2023 | 1.25 | 41.32 | 51.65 | | NY SDI - NYSDI | 1.20 | 8.40 |
| Regular Overtime | 03/18/2023 - 03/24/2023 | 1.25 | 41.32 | 51.65 | 319.55 | New York Paid Family Leave - NYPF | 15.60 | 104.21 |
| Regular Pay | 03/11/2023 - 03/17/2023 | 38.75 | 41.32 | 1,601.15 | | | | |
| Regular Pay | 03/18/2023 - 03/24/2023 | 38.75 | 41.32 | 1,601.15 | 19,742.10 | | | |
| Total: | | 82.133 | | 3,437.83 | 22,961.67 | Total: | 730.90 | 4,855.34 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 1,031.35 | 6,525.73 | AD&D | 2.31 | 16.17 |
| EyeMed Vision | 8.37 | 58.59 | NY: SDI Offset (EE) | -1.20 | -8.40 |
| | | | Optional Life | 8.25 | 56.37 |
| | | | Personal Mileage | 62.31 | 436.17 |
| Total: | 1,039.72 | 6,584.32 | Total: | 71.67 | 500.31 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 2.63 | OASDI - Taxable Wages | 3,429.46 | 22,903.08 |
| Basic LTD - ER | 5.47 | 37.39 | Medicare - Taxable Wages | 3,429.46 | 22,903.08 |
| Group Life ER | 1.30 | 8.92 | Federal Withholding - Taxable Wages | 2,398.11 | 16,377.35 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 8.40 | State Withholding (Work) - Taxable Wages | 2,398.11 | 16,377.35 |
| Total: | 8.37 | 57.34 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 23.25 |
| Sick | 3.16 | 0 | 138.29 |
| Vacation | 2.98 | 0 | 95.91 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,595.54   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G000580

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Albert Brust | | | | 227880 | 04/08/2023 | 04/21/2023 | 04/27/2023 | |

| Department | | | | Location | | Job Title | | Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| SI3800 SIU | | | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 41.32 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 3,460.56 | 1,046.54 | 735.54 | 71.67 | 1,606.81 |
| YTD | | | | 29,690.65 | 8,619.76 | 6,287.31 | 643.65 | 14,139.93 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 320.23 | OASDI | 214.04 | 1,836.15 |
| Holiday Pay | | | 0 | | 906.99 | Medicare | 50.05 | 429.42 |
| Overtime 1.5 | 04/08/2023 - 04/14/2023 | 1.483333 | 61.98 | 91.94 | | Federal Withholding | 344.91 | 2,925.58 |
| Overtime 1.5 | 04/15/2023 - 04/21/2023 | 1.016668 | 61.98 | 63.02 | 902.87 | State Tax - NY | 109.63 | 950.61 |
| Paid Sick | | | 0 | | 1,245.12 | NY SDI - NYSDI | 1.20 | 10.80 |
| Regular Overtime | 04/08/2023 - 04/14/2023 | 1.25 | 41.32 | 51.65 | | New York Paid Family Leave - NYPF | 15.71 | 134.75 |
| Regular Overtime | 04/15/2023 - 04/21/2023 | 1.25 | 41.32 | 51.65 | 460.73 | | | |
| Regular Pay | 04/08/2023 - 04/14/2023 | 38.75 | 41.32 | 1,601.15 | | | | |
| Regular Pay | 04/15/2023 - 04/21/2023 | 38.75 | 41.32 | 1,601.15 | 25,854.71 | | | |
| Total: | | 82.5 | | 3,460.56 | 29,690.65 | Total: | 735.54 | 6,287.31 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 1,038.17 | 8,544.43 | AD&D | 2.31 | 20.79 |
| EyeMed Vision | 8.37 | 75.33 | NY: SDI Offset (EE) | -1.20 | -10.80 |
| | | | Optional Life | 8.25 | 72.87 |
| | | | Personal Mileage | 62.31 | 560.79 |
| Total: | 1,046.54 | 8,619.76 | Total: | 71.67 | 643.65 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 3.43 | OASDI - Taxable Wages | 3,452.19 | 29,615.32 |
| Basic LTD - ER | 5.47 | 48.33 | Medicare - Taxable Wages | 3,452.19 | 29,615.32 |
| Group Life ER | 1.30 | 11.52 | Federal Withholding - Taxable Wages | 2,414.02 | 21,070.89 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 10.80 | State Withholding (Work) - Taxable Wages | 2,414.02 | 21,070.89 |
| Total: | 8.37 | 74.08 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.17 | 0 | 144.5 |
| Vacation | 2.98 | 0 | 101.87 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,606.81   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 04/22/2023 | 05/05/2023 | 05/11/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,359.67 | 1,016.28 | 715.01 | 71.67 | 1,556.71 |
| YTD | 33,050.32 | 9,636.04 | 7,002.32 | 715.32 | 15,696.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 320.23 |
| Holiday Pay | | 0 | | | 906.99 |
| Overtime 1.5 | 04/29/2023 - 05/05/2023 | 0.983334 | 61.98 | 60.95 | 963.82 |
| Paid Sick | 04/22/2023 - 04/28/2023 | 15.5 | 41.32 | 640.46 | 1,885.58 |
| Regular Overtime | 04/29/2023 - 05/05/2023 | 1.25 | 41.32 | 51.65 | 512.38 |
| Regular Pay | 04/22/2023 - 04/28/2023 | 24.33333 | 41.32 | 1,005.46 | |
| Regular Pay | 04/29/2023 - 05/05/2023 | 38.75 | 41.32 | 1,601.15 | 28,461.32 |
| Total: | | 80.817 | | 3,359.67 | 33,050.32 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 207.78 | 2,043.93 |
| Medicare | 48.60 | 478.02 |
| Federal Withholding | 336.44 | 3,262.02 |
| State Tax - NY | 105.74 | 1,056.35 |
| NY SDI - NYSDI | 1.20 | 12.00 |
| New York Paid Family Leave - NYPF | 15.25 | 150.00 |
| Total: | 715.01 | 7,002.32 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 1,007.91 | 9,552.34 |
| EyeMed Vision | 8.37 | 83.70 |
| Total: | 1,016.28 | 9,636.04 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 23.10 |
| NY: SDI Offset (EE) | -1.20 | -12.00 |
| Optional Life | 8.25 | 81.12 |
| Personal Mileage | 62.31 | 623.10 |
| Total: | 71.67 | 715.32 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.83 |
| Basic LTD - ER | 5.47 | 53.80 |
| Group Life ER | 1.30 | 12.82 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 12.00 |
| Total: | 8.37 | 82.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,351.30 | 32,966.62 |
| Medicare - Taxable Wages | 3,351.30 | 32,966.62 |
| Federal Withholding - Taxable Wages | 2,343.39 | 23,414.28 |
| State Withholding (Work) - Taxable Wages | 2,343.39 | 23,414.28 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 23.25 |
| Sick | 3.11 | 15.5 | 132.11 |
| Vacation | 2.98 | 0 | 104.85 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,556.71 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G000583

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 05/06/2023 | 05/19/2023 | 05/25/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,315.60 | 1,003.05 | 706.04 | 71.67 | 1,534.84 |
| YTD | 36,365.92 | 10,639.09 | 7,708.36 | 786.99 | 17,231.48 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 320.23 |
| Holiday Pay | | | 0 | | 906.99 |
| Overtime 1.5 | 05/06/2023 - 05/12/2023 | 0.450001 | 61.98 | 27.90 | 991.72 |
| Paid Sick | | | 0 | | 1,885.58 |
| Regular Overtime | 05/06/2023 - 05/12/2023 | 1.25 | 41.32 | 51.65 | |
| Regular Overtime | 05/13/2023 - 05/19/2023 | 0.816667 | 41.32 | 33.75 | 597.78 |
| Regular Pay | 05/06/2023 - 05/12/2023 | 38.75 | 41.32 | 1,601.15 | |
| Regular Pay | 05/13/2023 - 05/19/2023 | 38.75 | 41.32 | 1,601.15 | 31,663.62 |
| Total: | | 80.017 | | 3,315.60 | 36,365.92 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 205.05 | 2,248.98 |
| Medicare | 47.95 | 525.97 |
| Federal Withholding | 332.74 | 3,594.76 |
| State Tax - NY | 104.05 | 1,160.40 |
| NY SDI - NYSDI | 1.20 | 13.20 |
| New York Paid Family Leave - NYPF | 15.05 | 165.05 |
| Total: | 706.04 | 7,708.36 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 994.68 | 10,547.02 |
| EyeMed Vision | 8.37 | 92.07 |
| Total: | 1,003.05 | 10,639.09 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 25.41 |
| NY: SDI Offset (EE) | -1.20 | -13.20 |
| Optional Life | 8.25 | 89.37 |
| Personal Mileage | 62.31 | 685.41 |
| Total: | 71.67 | 786.99 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 4.23 |
| Basic LTD - ER | 5.47 | 59.27 |
| Group Life ER | 1.30 | 14.12 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 13.20 |
| Total: | 8.37 | 90.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,307.23 | 36,273.85 |
| Medicare - Taxable Wages | 3,307.23 | 36,273.85 |
| Federal Withholding - Taxable Wages | 2,312.55 | 25,726.83 |
| State Withholding (Work) - Taxable Wages | 2,312.55 | 25,726.83 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Sick | 3.08 | 0 | 135.19 |
| Vacation | 2.98 | 0 | 107.83 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,534.84 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Albert Brust | | | | 227880 | 06/03/2023 | 06/16/2023 | 06/22/2023 | |

| Department | | | | Location | | Job Title | | Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| SI3800 SIU | | | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 41.32 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 3,311.81 | 1,001.92 | 705.27 | 90.13 | 1,514.49 |
| YTD | | | | 42,895.19 | 12,614.62 | 9,099.68 | 948.79 | 20,232.10 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 640.46 | OASDI | 204.82 | 2,652.76 |
| Holiday Pay | | | 0 | | 1,227.22 | Medicare | 47.90 | 620.40 |
| Overtime 1.5 | 06/03/2023 - 06/09/2023 | 0.299999 | 61.98 | 18.60 | 1,010.32 | Federal Withholding | 332.42 | 4,251.67 |
| Paid Sick | | | 0 | | 1,885.58 | State Tax - NY | 103.90 | 1,364.57 |
| Regular Overtime | 06/03/2023 - 06/09/2023 | 1.25 | 41.32 | 51.65 | | NY SDI - NYSDI | 1.20 | 15.60 |
| Regular Overtime | 06/10/2023 - 06/16/2023 | 0.949999 | 41.32 | 39.26 | 688.69 | New York Paid Family Leave - NYPF | 15.03 | 194.68 |
| Regular Pay | 06/03/2023 - 06/09/2023 | 38.75 | 41.32 | 1,601.15 | | | | |
| Regular Pay | 06/10/2023 - 06/16/2023 | 38.75 | 41.32 | 1,601.15 | 37,442.92 | | | |
| Total: | | 80 | | 3,311.81 | 42,895.19 | Total: | 705.27 | 9,099.68 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 993.55 | 12,505.81 | AD&D | 2.31 | 30.03 |
| EyeMed Vision | 8.37 | 108.81 | NY: SDI Offset (EE) | -1.20 | -15.60 |
| | | | Optional Life | 8.25 | 105.87 |
| | | | Personal Mileage | 80.77 | 828.49 |
| Total: | 1,001.92 | 12,614.62 | Total: | 90.13 | 948.79 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 5.03 | OASDI - Taxable Wages | 3,303.44 | 42,786.38 |
| Basic LTD - ER | 5.47 | 70.21 | Medicare - Taxable Wages | 3,303.44 | 42,786.38 |
| Group Life ER | 1.30 | 16.72 | Federal Withholding - Taxable Wages | 2,309.89 | 30,280.57 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 15.60 | State Withholding (Work) - Taxable Wages | 2,309.89 | 30,280.57 |
| Total: | 8.37 | 107.56 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.08 | 0 | 141.26 |
| Vacation | 2.98 | 0 | 113.79 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,514.49   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 06/17/2023 | 06/30/2023 | 07/06/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,318.35 | 1,003.88 | 706.59 | 90.13 | 1,517.75 |
| YTD | 46,213.54 | 13,618.50 | 9,806.27 | 1,038.92 | 21,749.85 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 640.46 | OASDI | 205.21 | 2,857.97 |
| Holiday Pay | | | 0 | | 1,227.22 | Medicare | 48.00 | 668.40 |
| Overtime 1.5 | 06/24/2023 - 06/30/2023 | 0.483334 | 61.98 | 29.96 | 1,040.28 | Federal Withholding | 332.97 | 4,584.64 |
| Paid Sick | | | 0 | | 1,885.58 | State Tax - NY | 104.15 | 1,468.72 |
| Regular Overtime | 06/17/2023 - 06/23/2023 | 0.833334 | 41.32 | 34.44 | | NY SDI - NYSDI | 1.20 | 16.80 |
| Regular Overtime | 06/24/2023 - 06/30/2023 | 1.25 | 41.32 | 51.65 | 774.78 | New York Paid Family Leave - NYPF | 15.06 | 209.74 |
| Regular Pay | 06/17/2023 - 06/23/2023 | 38.75 | 41.32 | 1,601.15 | | | | |
| Regular Pay | 06/24/2023 - 06/30/2023 | 38.75 | 41.32 | 1,601.15 | 40,645.22 | | | |
| Total: | | 80.067 | | 3,318.35 | 46,213.54 | Total: | 706.59 | 9,806.27 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 995.51 | 13,501.32 | AD&D | 2.31 | 32.34 |
| EyeMed Vision | 8.37 | 117.18 | NY: SDI Offset (EE) | -1.20 | -16.80 |
| | | | Optional Life | 8.25 | 114.12 |
| | | | Personal Mileage | 80.77 | 909.26 |
| Total: | 1,003.88 | 13,618.50 | Total: | 90.13 | 1,038.92 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 5.43 | OASDI - Taxable Wages | 3,309.98 | 46,096.36 |
| Basic LTD - ER | 5.47 | 75.68 | Medicare - Taxable Wages | 3,309.98 | 46,096.36 |
| Group Life ER | 1.30 | 18.02 | Federal Withholding - Taxable Wages | 2,314.47 | 32,595.04 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 16.80 | State Withholding (Work) - Taxable Wages | 2,314.47 | 32,595.04 |
| Total: | 8.37 | 115.93 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.08 | 0 | 144.34 |
| Vacation | 2.98 | 0 | 116.77 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,517.75   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 07/15/2023 | 07/28/2023 | 08/03/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,454.02 | 1,044.58 | 734.21 | 90.13 | 1,585.10 |
| YTD | 52,881.57 | 15,635.66 | 11,225.83 | 1,219.18 | 24,800.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 640.46 |
| Holiday Pay | | | 0 | | 1,547.45 |
| Overtime 1.5 | 07/22/2023 - 07/28/2023 | 2.616666 | 61.98 | 162.19 | 1,202.47 |
| Paid Sick | 07/15/2023 - 07/21/2023 | 4 | 41.32 | 165.28 | 2,050.86 |
| Regular Overtime | 07/22/2023 - 07/28/2023 | 1.25 | 41.32 | 51.65 | 826.43 |
| Regular Pay | 07/15/2023 - 07/21/2023 | 35.66666 | 41.32 | 1,473.75 | |
| Regular Pay | 07/22/2023 - 07/28/2023 | 38.75 | 41.32 | 1,601.15 | 45,012.75 |
| Vacation | | | 0 | | 1,601.15 |
| Total: | | 82.283 | | 3,454.02 | 52,881.57 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 213.63 | 3,270.35 |
| Medicare | 49.96 | 764.84 |
| Federal Withholding | 344.36 | 5,253.20 |
| State Tax - NY | 109.38 | 1,678.23 |
| NY SDI - NYSDI | 1.20 | 19.20 |
| New York Paid Family Leave - NYPF | 15.68 | 240.01 |
| Total: | 734.21 | 11,225.83 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 1,036.21 | 15,501.74 |
| EyeMed Vision | 8.37 | 133.92 |
| Total: | 1,044.58 | 15,635.66 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 36.96 |
| NY: SDI Offset (EE) | -1.20 | -19.20 |
| Optional Life | 8.25 | 130.62 |
| Personal Mileage | 80.77 | 1,070.80 |
| Total: | 90.13 | 1,219.18 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 6.23 |
| Basic LTD - ER | 5.47 | 86.62 |
| Group Life ER | 1.30 | 20.62 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 19.20 |
| Total: | 8.37 | 132.67 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,445.65 | 52,747.65 |
| Medicare - Taxable Wages | 3,445.65 | 52,747.65 |
| Federal Withholding - Taxable Wages | 2,409.44 | 37,245.91 |
| State Withholding (Work) - Taxable Wages | 2,409.44 | 37,245.91 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.16 | 4 | 146.49 |
| Vacation | 2.98 | 0 | 83.98 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,585.10   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Albert Brust | 227880 | 08/12/2023 | 08/25/2023 | 08/31/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,355.19 | 1,014.93 | 714.10 | 90.13 | 1,536.03 |
| YTD | 59,473.50 | 17,629.99 | 12,629.91 | 1,399.44 | 27,814.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 640.46 |
| Holiday Pay | | | 0 | | 1,547.45 |
| Overtime 1.5 | 08/12/2023 - 08/18/2023 | 0.483333 | 61.98 | 29.96 | |
| Overtime 1.5 | 08/19/2023 - 08/25/2023 | 0.316667 | 61.98 | 19.63 | 1,252.06 |
| Paid Sick | | | 0 | | 2,050.86 |
| Regular Overtime | 08/12/2023 - 08/18/2023 | 1.25 | 41.32 | 51.65 | |
| Regular Overtime | 08/19/2023 - 08/25/2023 | 1.25 | 41.32 | 51.65 | 964.17 |
| Regular Pay | 08/12/2023 - 08/18/2023 | 38.75 | 41.32 | 1,601.15 | |
| Regular Pay | 08/19/2023 - 08/25/2023 | 38.75 | 41.32 | 1,601.15 | 49,816.20 |
| Vacation | | | 0 | | 3,202.30 |
| Total: | | 80.8 | | 3,355.19 | 59,473.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 207.51 | 3,678.02 |
| Medicare | 48.53 | 860.18 |
| Federal Withholding | 336.06 | 5,915.37 |
| State Tax - NY | 105.57 | 1,884.81 |
| NY SDI - NYSDI | 1.20 | 21.60 |
| New York Paid Family Leave - NYPF | 15.23 | 269.93 |
| Total: | 714.10 | 12,629.91 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 1,006.56 | 17,479.33 |
| EyeMed Vision | 8.37 | 150.66 |
| Total: | 1,014.93 | 17,629.99 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 41.58 |
| NY: SDI Offset (EE) | -1.20 | -21.60 |
| Optional Life | 8.25 | 147.12 |
| Personal Mileage | 80.77 | 1,232.34 |
| Total: | 90.13 | 1,399.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 7.03 |
| Basic LTD - ER | 5.47 | 97.56 |
| Group Life ER | 1.30 | 23.22 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 21.60 |
| Total: | 8.37 | 149.41 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,346.82 | 59,322.84 |
| Medicare - Taxable Wages | 3,346.82 | 59,322.84 |
| Federal Withholding - Taxable Wages | 2,340.26 | 41,843.51 |
| State Withholding (Work) - Taxable Wages | 2,340.26 | 41,843.51 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Sick | 3.11 | 0 | 152.61 |
| Vacation | 2.98 | 0 | 51.19 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,536.03   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                         G000591

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Albert Brust | | | | 227880 | 09/09/2023 | 09/22/2023 | 09/28/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,235.36 | 978.98 | 689.70 | 90.13 | 1,476.55 |
| YTD | 66,015.16 | 19,609.23 | 14,023.76 | 1,579.70 | 30,802.47 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 960.69 | OASDI | 200.07 | 4,082.56 |
| Holiday Pay | | | 0 | | 1,867.68 | Medicare | 46.79 | 954.79 |
| Overtime 1.5 | | | 0 | | 1,252.06 | Federal Withholding | 326.00 | 6,573.33 |
| Paid Sick | | | 0 | | 2,050.86 | State Tax - NY | 100.96 | 2,089.46 |
| Regular Overtime | 09/09/2023 - 09/15/2023 | 0.016666 | 41.32 | 0.69 | | NY SDI - NYSDI | 1.20 | 24.00 |
| Regular Overtime | 09/16/2023 - 09/22/2023 | 0.783334 | 41.32 | 32.37 | 997.23 | New York Paid Family Leave - NYPF | 14.68 | 299.62 |
| Regular Pay | 09/09/2023 - 09/15/2023 | 38.75 | 41.32 | 1,601.15 | | | | |
| Regular Pay | 09/16/2023 - 09/22/2023 | 38.75 | 41.32 | 1,601.15 | 55,684.34 | | | |
| Vacation | | | 0 | | 3,202.30 | | | |
| Total: | | 78.3 | | 3,235.36 | 66,015.16 | Total: | 689.70 | 14,023.76 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 970.61 | 19,441.83 | AD&D | 2.31 | 46.20 |
| EyeMed Vision | 8.37 | 167.40 | NY: SDI Offset (EE) | -1.20 | -24.00 |
| | | | Optional Life | 8.25 | 163.62 |
| | | | Personal Mileage | 80.77 | 1,393.88 |
| Total: | 978.98 | 19,609.23 | Total: | 90.13 | 1,579.70 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 7.83 | OASDI - Taxable Wages | 3,226.99 | 65,847.76 |
| Basic LTD - ER | 5.47 | 108.50 | Medicare - Taxable Wages | 3,226.99 | 65,847.76 |
| Group Life ER | 1.30 | 25.82 | Federal Withholding - Taxable Wages | 2,256.38 | 46,405.93 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 24.00 | State Withholding (Work) - Taxable Wages | 2,256.38 | 46,405.93 |
| Total: | 8.37 | 166.15 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.01 | 0 | 158.7 |
| Vacation | 2.98 | 0 | 57.15 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase | Chase Checking | ******9373 | | 1,476.55   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G000593

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Albert Brust | | 227880 | 09/23/2023 | 10/06/2023 | 10/12/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,283.57 | 993.45 | 699.51 | 90.13 | 1,500.48 |
| YTD | 69,298.73 | 20,602.68 | 14,723.27 | 1,669.83 | 32,302.95 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 960.69 |
| Holiday Pay | | | 0 | | 1,867.68 |
| Overtime 1.5 | | | 0 | | 1,252.06 |
| Paid Sick | | | 0 | | 2,050.86 |
| Regular Overtime | 09/23/2023 - 09/29/2023 | 1.25 | 41.32 | 51.65 | |
| Regular Overtime | 09/30/2023 - 10/06/2023 | 0.716667 | 41.32 | 29.62 | 1,078.50 |
| Regular Pay | 09/23/2023 - 09/29/2023 | 38.75 | 41.32 | 1,601.15 | |
| Regular Pay | 09/30/2023 - 10/06/2023 | 38.75 | 41.32 | 1,601.15 | 58,886.64 |
| Vacation | | | 0 | | 3,202.30 |
| Total: | | 79.467 | | 3,283.57 | 69,298.73 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 203.06 | 4,285.62 |
| Medicare | 47.49 | 1,002.28 |
| Federal Withholding | 330.05 | 6,903.38 |
| State Tax - NY | 102.81 | 2,192.27 |
| NY SDI - NYSDI | 1.20 | 25.20 |
| New York Paid Family Leave - NYPF | 14.90 | 314.52 |
| Total: | 699.51 | 14,723.27 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 985.08 | 20,426.91 |
| EyeMed Vision | 8.37 | 175.77 |
| Total: | 993.45 | 20,602.68 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 48.51 |
| NY: SDI Offset (EE) | -1.20 | -25.20 |
| Optional Life | 8.25 | 171.87 |
| Personal Mileage | 80.77 | 1,474.65 |
| Total: | 90.13 | 1,669.83 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 8.23 |
| Basic LTD - ER | 5.47 | 113.97 |
| Group Life ER | 1.30 | 27.12 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 25.20 |
| Total: | 8.37 | 174.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,275.20 | 69,122.96 |
| Medicare - Taxable Wages | 3,275.20 | 69,122.96 |
| Federal Withholding - Taxable Wages | 2,290.12 | 48,696.05 |
| State Withholding (Work) - Taxable Wages | 2,290.12 | 48,696.05 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.06 | 0 | 161.76 |
| Vacation | 2.98 | 0 | 60.13 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase | Chase Checking | ******9373 | | 1,500.48 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential　　G000594