# EXHIBIT 37

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 09/16/2017 | 09/29/2017 | 10/05/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y134 SIU Hudson | NY Rockland-Westchester County - NYC JPS | Sr. Outside Scrty Invest | 76,800.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,063.40 | 50.93 | 754.36 | 281.91 | 1,976.20 |
| YTD | 69,209.57 | 1,018.47 | 18,865.92 | 5,440.11 | 43,885.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 590.77 |
| Jurisdictional Paid Sick | | | 0 | | 1,252.27 |
| Holiday Pay | | | 0 | | 1,457.70 |
| Paid Sick | | | 0 | | 1,358.11 |
| Premium Payment | 09/16/2017 - 09/22/2017 | 5.75 | 0 | 109.54 | 109.54 |
| Profit Sharing Payout | | | 0 | | 10,398.78 |
| Quote Referral Program | | | 0 | | 105.00 |
| Regular Pay | 09/16/2017 - 09/29/2017 | 77.5 | 38.1141 | 2,953.86 | 16,541.61 |
| Regular Pay | | | 0 | | 31,793.08 |
| Vacation | | | 0 | | 5,602.71 |
| Total: | | 83.25 | | 3,063.40 | 69,209.57 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 186.77 | 4,227.85 |
| Medicare | 43.68 | 988.77 |
| Federal Withholding | 366.10 | 9,646.76 |
| State Tax - NY | | 2,922.02 |
| State Tax - NY | 156.61 | 1,056.52 |
| NY SDI - NYSDI | 1.20 | 24.00 |
| Total: | 754.36 | 18,865.92 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Delta Dental Standard | 12.46 | 249.20 |
| FSA Medical | 38.47 | 769.27 |
| Total: | 50.93 | 1,018.47 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.57 | 91.66 |
| LTD Buy-UP | 6.73 | 133.50 |
| Optional Life | 11.55 | 229.50 |
| PS Loan (03) | 195.75 | 3,719.25 |
| Personal Mileage | 62.31 | 1,246.20 |
| United Way (Long Island) | 1.00 | 20.00 |
| Total: | 281.91 | 5,440.11 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 1.22 | 4.88 |
| Basic LTD - ER | 7.77 | 154.15 |
| Delta Dental Standard - ER | 29.06 | 203.42 |
| Group Life ER | 2.05 | 40.75 |
| DENTALER | | 377.78 |
| Total: | 40.10 | 780.98 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,012.47 | 68,191.10 |
| Medicare - Taxable Wages | 3,012.47 | 68,191.10 |
| Federal Withholding - Taxable Wages | 3,012.47 | 68,191.10 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 47,746.05 |
| State Withholding (Work) - Taxable Wages | 3,012.47 | 20,445.05 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 635.5 |
| Vacation | 4.47 | 0 | 121.62 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 1,976.20   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                    G001435

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Evan Teatum | | 125438 | 05/23/2020 | 06/05/2020 | 06/11/2020 | |
| **Department** | | **Location** | | **Job Title** | | **Hourly Rate** |
| Y135 SIU Long Island 1 | | NY Rockland-Westchester County - NYC JPS | | Senior Field Security Investigator | | 42.43 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,786.90 | 1,442.25 | 621.13 | 81.96 | 1,641.56 |
| YTD | 50,155.55 | 20,530.91 | 8,804.62 | 980.97 | 19,839.05 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | 05/23/2020 - 05/29/2020 | 7.75 | 42.43 | 328.84 | 967.32 |
| Overtime 1.5 | 05/30/2020 - 06/05/2020 | 7 | 63.645 | 445.52 | 445.52 |
| Paid Sick | | | 0 | | 2,282.65 |
| Profit Sharing Payout | | | 0 | | 10,646.97 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Overtime | 05/30/2020 - 06/05/2020 | 1.25 | 42.43 | 53.04 | 53.04 |
| Regular Pay | 05/23/2020 - 06/05/2020 | 69.75 | 42.43 | 2,959.50 | 33,495.42 |
| Vacation | | | 0 | | 2,234.63 |
| Total: | | 85.75 | | 3,786.90 | 50,155.55 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 234.27 | 3,103.46 |
| Medicare | 54.79 | 725.81 |
| Federal Withholding | 211.24 | 3,247.72 |
| State Tax - NY | 109.43 | 1,592.42 |
| NY SDI - NYSDI | 1.20 | 14.40 |
| New York Paid Family Leave - NYPF | 10.20 | 120.81 |
| Total: | 621.13 | 8,804.62 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Catch-Up | 260.00 | 2,860.00 |
| 401(k) | 1,173.94 | 12,247.70 |
| Delta Dental Standard | 8.31 | 99.72 |
| Profit Sharing 401(k) Deferral | | 5,323.49 |
| Total: | 1,442.25 | 20,530.91 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 49.80 |
| LTD Buy-UP | 5.06 | 60.02 |
| Optional Life | 10.44 | 123.43 |
| Personal Mileage | 62.31 | 747.72 |
| Total: | 81.96 | 980.97 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.76 |
| Basic LTD - ER | 5.81 | 68.92 |
| Delta Dental Standard - ER | 19.38 | 232.56 |
| Group Life ER | 1.33 | 15.81 |
| Total: | 26.75 | 320.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,778.59 | 50,055.83 |
| Medicare - Taxable Wages | 3,778.59 | 50,055.83 |
| Federal Withholding - Taxable Wages | 2,344.65 | 29,624.64 |
| State Withholding (Work) - Taxable Wages | 2,344.65 | 29,624.64 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 4.95 | 0 | 158.61 |
| Vacation | 4.47 | 0 | 217.52 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 1,641.56 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                    G001515

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 42.43 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,532.32 | 1,363.33 | 569.20 | 81.96 | 1,517.83 |
| YTD | 53,687.87 | 21,894.24 | 9,373.82 | 1,062.93 | 21,356.88 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 967.32 |
| Overtime 1.5 | 06/06/2020 - 06/12/2020 | 3 | 63.645 | 190.94 | 636.46 |
| Paid Sick | | | 0 | | 2,282.65 |
| Profit Sharing Payout | | | 0 | | 10,646.97 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Overtime | 06/06/2020 - 06/12/2020 | 1.25 | 42.43 | 53.04 | 106.08 |
| Regular Pay | 06/06/2020 - 06/19/2020 | 77.5 | 42.43 | 3,288.34 | 36,783.76 |
| Vacation | | | 0 | | 2,234.63 |
| Total: | | 81.75 | | 3,532.32 | 53,687.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 218.49 | 3,321.95 |
| Medicare | 51.10 | 776.91 |
| Federal Withholding | 190.16 | 3,437.88 |
| State Tax - NY | 98.74 | 1,691.16 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPF | 9.51 | 130.32 |
| Total: | 569.20 | 9,373.82 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Catch-Up | 260.00 | 3,120.00 |
| 401(k) | 1,095.02 | 13,342.72 |
| Delta Dental Standard | 8.31 | 108.03 |
| Profit Sharing 401(k) Deferral | | 5,323.49 |
| Total: | 1,363.33 | 21,894.24 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 53.95 |
| LTD Buy-UP | 5.06 | 65.08 |
| Optional Life | 10.44 | 133.87 |
| Personal Mileage | 62.31 | 810.03 |
| Total: | 81.96 | 1,062.93 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.99 |
| Basic LTD - ER | 5.81 | 74.73 |
| Delta Dental Standard - ER | 19.38 | 251.94 |
| Group Life ER | 1.33 | 17.14 |
| Total: | 26.75 | 346.80 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,524.01 | 53,579.84 |
| Medicare - Taxable Wages | 3,524.01 | 53,579.84 |
| Federal Withholding - Taxable Wages | 2,168.99 | 31,793.63 |
| State Withholding (Work) - Taxable Wages | 2,168.99 | 31,793.63 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 4.72 | 0 | 163.33 |
| Vacation | 4.47 | 0 | 221.99 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 1,517.83 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G001516

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 42.43 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,659.62 | 1,102.10 | 649.57 | 81.96 | 1,825.99 |
| YTD | 57,347.49 | 22,996.34 | 10,023.39 | 1,144.89 | 23,182.87 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 06/27/2020 - 07/03/2020 | 23.25 | 42.43 | 986.50 | 986.50 |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 42.43 | 328.84 | 1,296.16 |
| Overtime 1.5 | 06/20/2020 - 06/26/2020 | 5 | 63.645 | 318.23 | 954.69 |
| Paid Sick | | | 0 | | 2,282.65 |
| Profit Sharing Payout | | | 0 | | 10,646.97 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Overtime | 06/20/2020 - 06/26/2020 | 1.25 | 42.43 | 53.04 | 159.12 |
| Regular Pay | 06/20/2020 - 06/26/2020 | 38.75 | 42.43 | 1,644.17 | 38,427.93 |
| Vacation | 06/27/2020 - 07/03/2020 | 7.75 | 42.43 | 328.84 | 2,563.47 |
| Total: | | 83.75 | | 3,659.62 | 57,347.49 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 226.38 | 3,548.33 |
| Medicare | 52.94 | 829.85 |
| Federal Withholding | 236.79 | 3,674.67 |
| State Tax - NY | 122.40 | 1,813.56 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPF | 9.86 | 140.18 |
| Total: | 649.57 | 10,023.39 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Catch-Up | 260.00 | 3,380.00 |
| 401(k) | 833.79 | 14,176.51 |
| Delta Dental Standard | 8.31 | 116.34 |
| Profit Sharing 401(k) Deferral | | 5,323.49 |
| Total: | 1,102.10 | 22,996.34 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 58.10 |
| LTD Buy-UP | 5.06 | 70.14 |
| Optional Life | 10.44 | 144.31 |
| Personal Mileage | 62.31 | 872.34 |
| Total: | 81.96 | 1,144.89 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.22 |
| Basic LTD - ER | 5.81 | 80.54 |
| Delta Dental Standard - ER | 19.38 | 271.32 |
| Group Life ER | 1.33 | 18.47 |
| Total: | 26.75 | 373.55 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,651.31 | 57,231.15 |
| Medicare - Taxable Wages | 3,651.31 | 57,231.15 |
| Federal Withholding - Taxable Wages | 2,557.52 | 34,351.15 |
| State Withholding (Work) - Taxable Wages | 2,557.52 | 34,351.15 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 23.25 | 0 |
| Reserved Sick Bank | 4.83 | 0 | 168.16 |
| Vacation | 4.47 | 7.75 | 218.71 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 1,825.99  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G001517

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 07/04/2020 | 07/17/2020 | 07/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 42.43 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,617.19 | 1,008.31 | 655.50 | 81.96 | 1,871.42 |
| YTD | 60,964.68 | 24,004.65 | 10,678.89 | 1,226.85 | 25,054.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 986.50 | OASDI | 223.75 | 3,772.08 |
| Holiday Pay | | | 0 | | 1,296.16 | Medicare | 52.33 | 882.18 |
| Overtime 1.5 | 07/04/2020 - 07/17/2020 | 3.5 | 63.645 | 222.77 | 1,177.46 | Federal Withholding | 242.95 | 3,917.62 |
| Paid Sick | | | 0 | | 2,282.65 | State Tax - NY | 125.53 | 1,939.09 |
| Profit Sharing Payout | | | 0 | | 10,646.97 | NY SDI - NYSDI | 1.20 | 18.00 |
| Quote Referral Program | | | 0 | | 30.00 | New York Paid Family Leave - NYPF | 9.74 | 149.92 |
| Regular Overtime | 07/04/2020 - 07/17/2020 | 2.5 | 42.43 | 106.08 | 265.20 | | | |
| Regular Pay | 07/04/2020 - 07/17/2020 | 77.5 | 42.43 | 3,288.34 | 41,716.27 | | | |
| Vacation | | | 0 | | 2,563.47 | | | |
| Total: | | 83.5 | | 3,617.19 | 60,964.68 | Total: | 655.50 | 10,678.89 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Catch-Up | 1,000.00 | 4,380.00 | AD&D | 4.15 | 62.25 |
| 401(k) | 0.00 | 14,176.51 | LTD Buy-UP | 5.06 | 75.20 |
| Delta Dental Standard | 8.31 | 124.65 | Optional Life | 10.44 | 154.75 |
| Profit Sharing 401(k) Deferral | | 5,323.49 | Personal Mileage | 62.31 | 934.65 |
| Total: | 1,008.31 | 24,004.65 | Total: | 81.96 | 1,226.85 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.45 | OASDI - Taxable Wages | 3,608.88 | 60,840.03 |
| Basic LTD - ER | 5.81 | 86.35 | Medicare - Taxable Wages | 3,608.88 | 60,840.03 |
| Delta Dental Standard - ER | 19.38 | 290.70 | Federal Withholding - Taxable Wages | 2,608.88 | 36,960.03 |
| Group Life ER | 1.33 | 19.80 | State Withholding (Work) - Taxable Wages | 2,608.88 | 36,960.03 |
| Total: | 26.75 | 400.30 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.82 | 0 | 172.98 |
| Vacation | 4.47 | 0 | 223.18 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 1,871.42   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                                                           G001518

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 07/18/2020 | 07/31/2020 | 08/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y135 SIU Long Island 1 | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 42.43 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,951.32 | 1,008.31 | 742.42 | 81.96 | 2,118.63 |
| YTD | 64,916.00 | 25,012.96 | 11,421.31 | 1,308.81 | 27,172.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 986.50 |
| Holiday Pay | | | 0 | | 1,296.16 |
| Overtime 1.5 | 07/18/2020 - 07/31/2020 | 8.75 | 63.645 | 556.90 | 1,734.36 |
| Paid Sick | | | 0 | | 2,282.65 |
| Profit Sharing Payout | | | 0 | | 10,646.97 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Overtime | 07/18/2020 - 07/31/2020 | 2.5 | 42.43 | 106.08 | 371.28 |
| Regular Pay | 07/18/2020 - 07/31/2020 | 77.5 | 42.43 | 3,288.34 | 45,004.61 |
| Vacation | | | 0 | | 2,563.47 |
| Total: | | 88.75 | | 3,951.32 | 64,916.00 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 244.47 | 4,016.55 |
| Medicare | 57.17 | 939.35 |
| Federal Withholding | 283.05 | 4,200.67 |
| State Tax - NY | 145.88 | 2,084.97 |
| NY SDI - NYSDI | 1.20 | 19.20 |
| New York Paid Family Leave - NYPFL | 10.65 | 160.57 |
| Total: | 742.42 | 11,421.31 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) Catch-Up | 1,000.00 | 5,380.00 |
| 401(k) | 0.00 | 14,176.51 |
| Delta Dental Standard | 8.31 | 132.96 |
| Profit Sharing 401(k) Deferral | | 5,323.49 |
| Total: | 1,008.31 | 25,012.96 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 66.40 |
| LTD Buy-UP | 5.06 | 80.26 |
| Optional Life | 10.44 | 165.19 |
| Personal Mileage | 62.31 | 996.96 |
| Total: | 81.96 | 1,308.81 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.68 |
| Basic LTD - ER | 5.81 | 92.16 |
| Delta Dental Standard - ER | 19.38 | 310.08 |
| Group Life ER | 1.33 | 21.13 |
| Total: | 26.75 | 427.05 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,943.01 | 64,783.04 |
| Medicare - Taxable Wages | 3,943.01 | 64,783.04 |
| Federal Withholding - Taxable Wages | 2,943.01 | 39,903.04 |
| State Withholding (Work) - Taxable Wages | 2,943.01 | 39,903.04 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 5.12 | 0 | 178.1 |
| Vacation | 4.47 | 0 | 227.65 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,118.63   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                                                     G001519

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 01/28/2023 | 02/10/2023 | 02/16/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,783.18 | 378.32 | 923.35 | 133.60 | 2,347.91 |
| YTD | 14,613.06 | 1,461.32 | 3,522.67 | 486.38 | 9,142.69 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 1,083.00 | OASDI | 234.56 | 906.01 |
| Regular Overtime | 01/28/2023 - 02/03/2023 | 0.416668 | 48.44 | 20.19 | | Medicare | 54.86 | 211.89 |
| Regular Overtime | 02/04/2023 - 02/10/2023 | 0.183332 | 48.44 | 8.89 | 29.08 | Federal Withholding | 451.40 | 1,702.70 |
| Regular Pay | 01/28/2023 - 02/03/2023 | 38.75 | 48.44 | 1,877.05 | | State Tax - NY | 164.12 | 630.77 |
| Regular Pay | 02/04/2023 - 02/10/2023 | 38.75 | 48.44 | 1,877.05 | 11,335.01 | NY SDI - NYSDI | 1.20 | 4.80 |
| Vacation | | | 0 | | 2,165.97 | New York Paid Family Leave - NYPF | 17.21 | 66.50 |
| Total: | | 78.1 | | 3,783.18 | 14,613.06 | Total: | 923.35 | 3,522.67 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 378.32 | 1,461.32 | AD&D | 4.15 | 16.60 |
| | | | Accidental Injury Insurance | 2.31 | 6.93 |
| | | | Critical Illness Insurance | 22.93 | 68.79 |
| | | | LTD Buy-UP | 5.63 | 21.86 |
| | | | NY: SDI Offset (EE) | -1.20 | -4.80 |
| | | | Other | 99.78 | 377.00 |
| Total: | 378.32 | 1,461.32 | Total: | 133.60 | 486.38 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 1.43 | OASDI - Taxable Wages | 3,783.18 | 14,613.06 |
| Basic LTD - ER | 6.42 | 24.93 | Medicare - Taxable Wages | 3,783.18 | 14,613.06 |
| Group Life ER | 1.52 | 5.87 | Federal Withholding - Taxable Wages | 3,404.86 | 13,151.74 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 4.80 | State Withholding (Work) - Taxable Wages | 3,404.86 | 13,151.74 |
| Total: | 9.54 | 37.03 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 0 | 7.75 |
| Sick | 4.51 | 0 | 271.69 |
| Vacation | 5.96 | 0 | 99.68 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,347.91   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 02/11/2023 | 02/24/2023 | 03/02/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,767.02 | 376.71 | 918.03 | 133.60 | 2,338.68 |
| YTD | 18,380.08 | 1,838.03 | 4,440.70 | 619.98 | 11,481.37 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | 0 | | | 1,083.00 |
| Regular Overtime | 02/11/2023 - 02/17/2023 | 0.066667 | 48.44 | 3.23 | |
| Regular Overtime | 02/18/2023 - 02/24/2023 | 0.199999 | 48.44 | 9.69 | 42.00 |
| Regular Pay | 02/11/2023 - 02/17/2023 | 38.75 | 48.44 | 1,877.05 | |
| Regular Pay | 02/18/2023 - 02/24/2023 | 38.75 | 48.44 | 1,877.05 | 15,089.11 |
| Vacation | | 0 | | | 2,165.97 |
| Total: | | 77.767 | | 3,767.02 | 18,380.08 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 233.55 | 1,139.56 |
| Medicare | 54.62 | 266.51 |
| Federal Withholding | 448.20 | 2,150.90 |
| State Tax - NY | 163.32 | 794.09 |
| NY SDI - NYSDI | 1.20 | 6.00 |
| New York Paid Family Leave - NYPFL | 17.14 | 83.64 |
| Total: | 918.03 | 4,440.70 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 376.71 | 1,838.03 |
| Total: | 376.71 | 1,838.03 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 20.75 |
| Accidental Injury Insurance | 2.31 | 9.24 |
| Critical Illness Insurance | 22.93 | 91.72 |
| LTD Buy-UP | 5.63 | 27.49 |
| NY: SDI Offset (EE) | -1.20 | -6.00 |
| Other | 99.78 | 476.78 |
| Total: | 133.60 | 619.98 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 1.83 |
| Basic LTD - ER | 6.42 | 31.35 |
| Group Life ER | 1.52 | 7.39 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 6.00 |
| Total: | 9.54 | 46.57 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,767.02 | 18,380.08 |
| Medicare - Taxable Wages | 3,767.02 | 18,380.08 |
| Federal Withholding - Taxable Wages | 3,390.31 | 16,542.05 |
| State Withholding (Work) - Taxable Wages | 3,390.31 | 16,542.05 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.49 | 0 | 276.18 |
| Vacation | 5.96 | 0 | 105.64 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,338.68  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                                                                                G001588

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Evan Teatum | | | 125438 | 02/25/2023 | 03/10/2023 | 03/16/2023 | |
| **Department** | | | **Location** | | **Job Title** | | **Hourly Rate** |
| SI3800 SIU | | | NY Rockland-Westchester County - NYC JPS | | Senior Field Security Investigator | | 48.44 |

| | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|
| Current | | | 3,814.66 | 419.62 | 923.20 | 133.60 | 2,338.24 |
| YTD | | | 22,194.74 | 2,257.65 | 5,363.90 | 753.58 | 13,819.61 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 1,083.00 | OASDI | 236.51 | 1,376.07 |
| Regular Overtime | 02/25/2023 - 03/03/2023 | 0.55 | 48.44 | 26.65 | | Medicare | 55.31 | 321.82 |
| Regular Overtime | 03/04/2023 - 03/10/2023 | 0.700001 | 48.44 | 33.91 | 102.56 | Federal Withholding | 449.24 | 2,600.14 |
| Regular Pay | 02/25/2023 - 03/03/2023 | 38.75 | 48.44 | 1,877.05 | | State Tax - NY | 163.58 | 957.67 |
| Regular Pay | 03/04/2023 - 03/10/2023 | 38.75 | 48.44 | 1,877.05 | 18,843.21 | NY SDI - NYSDI | 1.20 | 7.20 |
| Vacation | | | 0 | | 2,165.97 | New York Paid Family Leave - NYPF | 17.36 | 101.00 |
| Total: | | 78.75 | | 3,814.66 | 22,194.74 | Total: | 923.20 | 5,363.90 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 419.62 | 2,257.65 | AD&D | 4.15 | 24.90 |
| | | | Accidental Injury Insurance | 2.31 | 11.55 |
| | | | Critical Illness Insurance | 22.93 | 114.65 |
| | | | LTD Buy-UP | 5.63 | 33.12 |
| | | | NY: SDI Offset (EE) | -1.20 | -7.20 |
| | | | Other | 99.78 | 576.56 |
| Total: | 419.62 | 2,257.65 | Total: | 133.60 | 753.58 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 2.23 | OASDI - Taxable Wages | 3,814.66 | 22,194.74 |
| Basic LTD - ER | 6.42 | 37.77 | Medicare - Taxable Wages | 3,814.66 | 22,194.74 |
| Group Life ER | 1.52 | 8.91 | Federal Withholding - Taxable Wages | 3,395.04 | 19,937.09 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 7.20 | State Withholding (Work) - Taxable Wages | 3,395.04 | 19,937.09 |
| Total: | 9.54 | 56.11 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.54 | 0 | 280.72 |
| Vacation | 5.96 | 0 | 111.6 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,338.24   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 03/11/2023 | 03/24/2023 | 03/30/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,952.71 | 434.80 | 968.72 | 133.60 | 2,415.59 |
| YTD | 26,147.45 | 2,692.45 | 6,332.62 | 887.18 | 16,235.20 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 1,083.00 |
| Overtime 1.5 | 03/18/2023 - 03/24/2023 | 1.900001 | 72.66 | 138.06 | 138.06 |
| Regular Overtime | 03/18/2023 - 03/24/2023 | 1.25 | 48.44 | 60.55 | 163.11 |
| Regular Pay | 03/11/2023 - 03/17/2023 | 38.75 | 48.44 | 1,877.05 | |
| Regular Pay | 03/18/2023 - 03/24/2023 | 38.75 | 48.44 | 1,877.05 | 22,597.31 |
| Vacation | | | 0 | | 2,165.97 |
| Total: | | 80.65 | | 3,952.71 | 26,147.45 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 245.07 | 1,621.14 |
| Medicare | 57.32 | 379.14 |
| Federal Withholding | 476.27 | 3,076.41 |
| State Tax - NY | 170.88 | 1,128.55 |
| NY SDI - NYSDI | 1.20 | 8.40 |
| New York Paid Family Leave - NYPF | 17.98 | 118.98 |
| Total: | 968.72 | 6,332.62 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 434.80 | 2,692.45 |
| Total: | 434.80 | 2,692.45 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 29.05 |
| Accidental Injury Insurance | 2.31 | 13.86 |
| Critical Illness Insurance | 22.93 | 137.58 |
| LTD Buy-UP | 5.63 | 38.75 |
| NY: SDI Offset (EE) | -1.20 | -8.40 |
| Other | 99.78 | 676.34 |
| Total: | 133.60 | 887.18 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 2.63 |
| Basic LTD - ER | 6.42 | 44.19 |
| Group Life ER | 1.52 | 10.43 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 8.40 |
| Total: | 9.54 | 65.65 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,952.71 | 26,147.45 |
| Medicare - Taxable Wages | 3,952.71 | 26,147.45 |
| Federal Withholding - Taxable Wages | 3,517.91 | 23,455.00 |
| State Withholding (Work) - Taxable Wages | 3,517.91 | 23,455.00 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.65 | 0 | 285.37 |
| Vacation | 5.96 | 0 | 117.56 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,415.59 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 03/25/2023 | 04/07/2023 | 04/13/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,912.34 | 430.36 | 955.39 | 133.60 | 2,392.99 |
| YTD | 30,059.79 | 3,122.81 | 7,288.01 | 1,020.78 | 18,628.19 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 1,083.00 |
| Overtime 1.5 | | | 0 | | 138.06 |
| Paid Sick | 03/25/2023 - 03/31/2023 | 7.75 | 48.44 | 375.41 | 375.41 |
| Regular Overtime | 04/01/2023 - 04/07/2023 | 1.200002 | 48.44 | 58.13 | 221.24 |
| Regular Pay | 03/25/2023 - 03/31/2023 | 33.06666 | 48.44 | 1,601.75 | |
| Regular Pay | 04/01/2023 - 04/07/2023 | 38.75 | 48.44 | 1,877.05 | 26,076.11 |
| Vacation | | | 0 | | 2,165.97 |
| Total: | | 80.767 | | 3,912.34 | 30,059.79 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 242.57 | 1,863.71 |
| Medicare | 56.73 | 435.87 |
| Federal Withholding | 468.36 | 3,544.77 |
| State Tax - NY | 168.73 | 1,297.28 |
| NY SDI - NYSDI | 1.20 | 9.60 |
| New York Paid Family Leave - NYPF | 17.80 | 136.78 |
| Total: | 955.39 | 7,288.01 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 430.36 | 3,122.81 |
| Total: | 430.36 | 3,122.81 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 33.20 |
| Accidental Injury Insurance | 2.31 | 16.17 |
| Critical Illness Insurance | 22.93 | 160.51 |
| LTD Buy-UP | 5.63 | 44.38 |
| NY: SDI Offset (EE) | -1.20 | -9.60 |
| Other | 99.78 | 776.12 |
| Total: | 133.60 | 1,020.78 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.03 |
| Basic LTD - ER | 6.42 | 50.61 |
| Group Life ER | 1.52 | 11.95 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 9.60 |
| Total: | 9.54 | 75.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,912.34 | 30,059.79 |
| Medicare - Taxable Wages | 3,912.34 | 30,059.79 |
| Federal Withholding - Taxable Wages | 3,481.98 | 26,936.98 |
| State Withholding (Work) - Taxable Wages | 3,481.98 | 26,936.98 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.66 | 7.75 | 282.28 |
| Vacation | 5.96 | 0 | 123.52 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,392.99 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential G001591

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Evan Teatum | | | | 125438 | 04/08/2023 | 04/21/2023 | 04/27/2023 | |

| Department | | | Location | | Job Title | | | Hourly Rate |
|---|---|---|---|---|---|---|---|---|
| SI3800 SIU | | | NY Rockland-Westchester County - NYC JPS | | Senior Field Security Investigator | | | 48.44 |

| | | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Current | | | | | 3,904.68 | 429.52 | 952.85 | 133.60 | 2,388.71 |
| YTD | | | | | 33,964.47 | 3,552.33 | 8,240.86 | 1,154.38 | 21,016.90 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 1,083.00 | OASDI | 242.09 | 2,105.80 |
| Overtime 1.5 | 04/15/2023 - 04/21/2023 | 0.95 | 72.66 | 69.03 | 207.09 | Medicare | 56.61 | 492.48 |
| Paid Sick | | | 0 | | 375.41 | Federal Withholding | 466.86 | 4,011.63 |
| Regular Overtime | 04/08/2023 - 04/14/2023 | 0.433333 | 48.44 | 21.00 | | State Tax - NY | 168.32 | 1,465.60 |
| Regular Overtime | 04/15/2023 - 04/21/2023 | 1.25 | 48.44 | 60.55 | 302.79 | NY SDI - NYSDI | 1.20 | 10.80 |
| Regular Pay | 04/08/2023 - 04/14/2023 | 38.75 | 48.44 | 1,877.05 | | New York Paid Family Leave - NYPF | 17.77 | 154.55 |
| Regular Pay | 04/15/2023 - 04/21/2023 | 38.75 | 48.44 | 1,877.05 | 29,830.21 | | | |
| Vacation | | | 0 | | 2,165.97 | | | |
| Total: | | 80.133 | | 3,904.68 | 33,964.47 | Total: | 952.85 | 8,240.86 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 429.52 | 3,552.33 | AD&D | 4.15 | 37.35 |
| | | | Accidental Injury Insurance | 2.31 | 18.48 |
| | | | Critical Illness Insurance | 22.93 | 183.44 |
| | | | LTD Buy-UP | 5.63 | 50.01 |
| | | | NY: SDI Offset (EE) | -1.20 | -10.80 |
| | | | Other | 99.78 | 875.90 |
| Total: | 429.52 | 3,552.33 | Total: | 133.60 | 1,154.38 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 3.43 | OASDI - Taxable Wages | 3,904.68 | 33,964.47 |
| Basic LTD - ER | 6.42 | 57.03 | Medicare - Taxable Wages | 3,904.68 | 33,964.47 |
| Group Life ER | 1.52 | 13.47 | Federal Withholding - Taxable Wages | 3,475.16 | 30,412.14 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 10.80 | State Withholding (Work) - Taxable Wages | 3,475.16 | 30,412.14 |
| Total: | 9.54 | 84.73 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.62 | 0 | 286.9 |
| Vacation | 5.96 | 0 | 129.48 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,388.71   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Evan Teatum | | | 125438 | 04/22/2023 | 05/05/2023 | 05/11/2023 | |
| **Department** | | | **Location** | | **Job Title** | | **Hourly Rate** |
| SI3800 SIU | | | NY Rockland-Westchester County - NYC JPS | | Senior Field Security Investigator | | 48.44 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 3,954.33 | 434.98 | 969.25 | 133.60 | 2,416.50 |
| YTD | | | | 37,918.80 | 3,987.31 | 9,210.11 | 1,287.98 | 23,433.40 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 1,083.00 | OASDI | 245.17 | 2,350.97 |
| Overtime 1.5 | 04/29/2023 - 05/05/2023 | 0.299999 | 72.66 | 21.80 | 228.89 | Medicare | 57.34 | 549.82 |
| Paid Sick | 04/22/2023 - 04/28/2023 | 7.75 | 48.44 | 375.41 | 750.82 | Federal Withholding | 476.58 | 4,488.21 |
| Regular Overtime | 04/29/2023 - 05/05/2023 | 1.25 | 48.44 | 60.55 | 363.34 | State Tax - NY | 170.97 | 1,636.57 |
| Regular Pay | 04/22/2023 - 04/28/2023 | 33.43333 | 48.44 | 1,619.52 | | NY SDI - NYSDI | 1.20 | 12.00 |
| Regular Pay | 04/29/2023 - 05/05/2023 | 38.75 | 48.44 | 1,877.05 | 33,326.78 | New York Paid Family Leave - NYPF | 17.99 | 172.54 |
| Vacation | | | 0 | | 2,165.97 | | | |
| Total: | | 81.483 | | 3,954.33 | 37,918.80 | Total: | 969.25 | 9,210.11 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 434.98 | 3,987.31 | AD&D | 4.15 | 41.50 |
| | | | Accidental Injury Insurance | 2.31 | 20.79 |
| | | | Critical Illness Insurance | 22.93 | 206.37 |
| | | | LTD Buy-UP | 5.63 | 55.64 |
| | | | NY: SDI Offset (EE) | -1.20 | -12.00 |
| | | | Other | 99.78 | 975.68 |
| Total: | 434.98 | 3,987.31 | Total: | 133.60 | 1,287.98 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 3.83 | OASDI - Taxable Wages | 3,954.33 | 37,918.80 |
| Basic LTD - ER | 6.42 | 63.45 | Medicare - Taxable Wages | 3,954.33 | 37,918.80 |
| Group Life ER | 1.52 | 14.99 | Federal Withholding - Taxable Wages | 3,519.35 | 33,931.49 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 12.00 | State Withholding (Work) - Taxable Wages | 3,519.35 | 33,931.49 |
| Total: | 9.54 | 94.27 | | | |

| Absence Plans | | | | |
|---|---|---|---|---|
| Description | | Accrued | Reduced | Available |
| Floating Holiday | | 7.75 | 0 | 15.5 |
| Sick | | 4.7 | 7.75 | 283.85 |
| Vacation | | 5.96 | 0 | 135.44 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,416.50   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 06/03/2023 | 06/16/2023 | 06/22/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,846.15 | 423.08 | 933.52 | 152.06 | 2,337.49 |
| YTD | 49,359.55 | 5,245.81 | 11,978.70 | 1,707.24 | 30,427.80 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 750.82 | OASDI | 238.46 | 3,060.29 |
| Holiday Pay | | | 0 | | 1,458.41 | Medicare | 55.77 | 715.71 |
| Overtime 1.5 | | | 0 | | 228.89 | Federal Withholding | 455.40 | 5,835.28 |
| Paid Sick | 06/03/2023 - 06/09/2023 | 7.75 | 48.44 | 375.41 | 1,126.23 | State Tax - NY | 165.19 | 2,127.23 |
| Regular Overtime | 06/10/2023 - 06/16/2023 | 0.35 | 48.44 | 16.96 | 423.90 | NY SDI - NYSDI | 1.20 | 15.60 |
| Regular Pay | 06/03/2023 - 06/09/2023 | 32.55000 | 48.44 | 1,576.73 | | New York Paid Family Leave - NYPF | 17.50 | 224.59 |
| Regular Pay | 06/10/2023 - 06/16/2023 | 38.75 | 48.44 | 1,877.05 | 43,205.33 | | | |
| Vacation | | | 0 | | 2,165.97 | | | |
| Total: | | 79.4 | | 3,846.15 | 49,359.55 | Total: | 933.52 | 11,978.70 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 423.08 | 5,245.81 | AD&D | 4.15 | 53.95 |
| | | | Accidental Injury Insurance | 2.31 | 27.72 |
| | | | Critical Illness Insurance | 22.93 | 275.16 |
| | | | LTD Buy-UP | 5.63 | 72.53 |
| | | | NY: SDI Offset (EE) | -1.20 | -15.60 |
| | | | Other | 118.24 | 1,293.48 |
| Total: | 423.08 | 5,245.81 | Total: | 152.06 | 1,707.24 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 5.03 | OASDI - Taxable Wages | 3,846.15 | 49,359.55 |
| Basic LTD - ER | 6.42 | 82.71 | Medicare - Taxable Wages | 3,846.15 | 49,359.55 |
| Group Life ER | 1.52 | 19.55 | Federal Withholding - Taxable Wages | 3,423.07 | 44,113.74 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 15.60 | State Withholding (Work) - Taxable Wages | 3,423.07 | 44,113.74 |
| Total: | 9.54 | 122.89 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Sick | 4.58 | 7.75 | 289.73 |
| Vacation | 5.96 | 0 | 153.32 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,337.49 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G001596

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Evan Teatum | 125438 | 06/17/2023 | 06/30/2023 | 07/06/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Rockland-Westchester County - NYC JPS | Senior Field Security Investigator | 48.44 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,007.20 | 440.80 | 986.71 | 152.06 | 2,427.63 |
| YTD | 53,366.75 | 5,686.61 | 12,965.41 | 1,859.30 | 32,855.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 750.82 |
| Holiday Pay | | | 0 | | 1,458.41 |
| Overtime 1.5 | 06/24/2023 - 06/30/2023 | 2.483334 | 72.66 | 180.44 | 409.33 |
| Paid Sick | | | 0 | | 1,126.23 |
| Regular Overtime | 06/17/2023 - 06/23/2023 | 0.25 | 48.44 | 12.11 | |
| Regular Overtime | 06/24/2023 - 06/30/2023 | 1.25 | 48.44 | 60.55 | 496.56 |
| Regular Pay | 06/17/2023 - 06/23/2023 | 38.75 | 48.44 | 1,877.05 | |
| Regular Pay | 06/24/2023 - 06/30/2023 | 38.75 | 48.44 | 1,877.05 | 46,959.43 |
| Vacation | | | 0 | | 2,165.97 |
| Total: | | 81.483 | | 4,007.20 | 53,366.75 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 248.45 | 3,308.74 |
| Medicare | 58.11 | 773.82 |
| Federal Withholding | 486.93 | 6,322.21 |
| State Tax - NY | 173.79 | 2,301.02 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPF | 18.23 | 242.82 |
| Total: | 986.71 | 12,965.41 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 440.80 | 5,686.61 |
| Total: | 440.80 | 5,686.61 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.15 | 58.10 |
| Accidental Injury Insurance | 2.31 | 30.03 |
| Critical Illness Insurance | 22.93 | 298.09 |
| LTD Buy-UP | 5.63 | 78.16 |
| NY: SDI Offset (EE) | -1.20 | -16.80 |
| Other | 118.24 | 1,411.72 |
| Total: | 152.06 | 1,859.30 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 5.43 |
| Basic LTD - ER | 6.42 | 89.13 |
| Group Life ER | 1.52 | 21.07 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 16.80 |
| Total: | 9.54 | 132.43 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,007.20 | 53,366.75 |
| Medicare - Taxable Wages | 4,007.20 | 53,366.75 |
| Federal Withholding - Taxable Wages | 3,566.40 | 47,680.14 |
| State Withholding (Work) - Taxable Wages | 3,566.40 | 47,680.14 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Sick | 4.7 | 0 | 294.43 |
| Vacation | 5.96 | 0 | 159.28 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******1279 | ******1279 | | 2,427.63 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G001597