# EXHIBIT 38

Government Employees Insurance Company     One Geico Plaza Washington, DC 20076     +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Louis Pia | | 115833 | 08/05/2017 | 08/18/2017 | 08/24/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,291.97 | 505.44 | 892.22 | 109.11 | 1,785.20 |
| YTD | 62,196.51 | 8,485.38 | 17,870.31 | 1,847.37 | 33,993.45 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | 08/12/2017 - 08/18/2017 | 15.5 | 41.9355 | 650.01 | 960.78 | OASDI | 193.18 | 3,670.43 |
| PP2 | | | 0 | | 76.28 | Medicare | 45.18 | 858.41 |
| Holiday Pay | | | 0 | | 1,271.55 | Federal Withholding | 510.62 | 10,265.60 |
| Premium Payment | 08/05/2017 - 08/11/2017 | 2 | 0 | 41.94 | 182.68 | State Tax - NY | | 2,494.63 |
| Profit Sharing Payout | | | 0 | | 7,303.80 | State Tax - NY | 142.04 | 560.84 |
| Quote Referral Program | | | 0 | | 15.00 | NY SDI - NYSDI | 1.20 | 20.40 |
| Regular Overtime | | | 0 | | 80.20 | | | |
| Regular Pay | 08/05/2017 - 08/18/2017 | 62 | 41.9355 | 2,600.02 | 10,400.07 | | | |
| Regular Pay | | | 0 | | 37,695.37 | | | |
| Vacation | | | 0 | | 4,210.78 | | | |
| Total: | | 79.5 | | 3,291.97 | 62,196.51 | Total: | 892.22 | 17,870.31 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 329.20 | 5,489.30 | Optional Life | 31.80 | 533.10 |
| Delta Dental Standard | 12.46 | 211.82 | Personal Mileage | 62.31 | 1,059.27 |
| UHC Choice Plus | 163.78 | 2,784.26 | United Way (Long Island) | 15.00 | 255.00 |
| Total: | 505.44 | 8,485.38 | Total: | 109.11 | 1,847.37 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | | 2.44 | OASDI - Taxable Wages | 3,115.73 | 59,200.43 |
| Basic LTD - ER | 8.55 | 143.45 | Medicare - Taxable Wages | 3,115.73 | 59,200.43 |
| Delta Dental Standard - ER | 29.06 | 116.24 | Federal Withholding - Taxable Wages | 2,786.53 | 53,711.13 |
| Group Life ER | 2.26 | 37.92 | State Withholding (Resident) - Taxable Wages | 0.00 | 42,678.28 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,786.53 | 11,032.85 |
| UHC Choice Plus - ER | 459.61 | 7,813.37 | | | |
| Total: | 499.48 | 8,491.20 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 15.5 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1403.63 |
| Vacation | 4.47 | 0 | 70.06 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,785.20     USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Pia | 115833 | 10/14/2017 | 10/27/2017 | 11/02/2017 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|------|-----------|---------------------|----------------|---------------------|---------|
| Current | 3,306.96 | 506.94 | 898.01 | 109.11 | 1,792.90 |
| YTD | 78,545.50 | 11,001.51 | 22,291.91 | 2,392.92 | 42,859.16 |

| Earnings | | | | | | Employee Taxes | | |
|----------|------|-------|------|--------|-----|----------------|--------|-----|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | 0 | | | 960.78 | OASDI | 194.10 | 4,629.43 |
| PP2 | | 0 | | | 76.28 | Medicare | 45.40 | 1,082.69 |
| Holiday Pay | | 0 | | | 1,596.56 | Federal Withholding | 514.00 | 12,793.77 |
| Premium Payment | 10/14/2017 - 10/20/2017 | 2 | 0 | 41.94 | 266.56 | State Tax - NY | | 2,494.63 |
| Profit Sharing Payout | | 0 | | | 7,303.80 | State Tax - NY | 143.31 | 1,264.99 |
| Quote Referral Program | 10/21/2017 - 10/27/2017 | 0 | 0 | 15.00 | 30.00 | NY SDI - NYSDI | 1.20 | 26.40 |
| Regular Overtime | | 0 | | | 80.20 | | | |
| Regular Pay | 10/14/2017 - 10/27/2017 | 77.5 | 41.9355 | 3,250.02 | 24,700.16 | | | |
| Regular Pay | | 0 | | | 37,695.37 | | | |
| Vacation | | 0 | | | 5,835.79 | | | |
| Total: | | 79.5 | | 3,306.96 | 78,545.50 | Total: | 898.01 | 22,291.91 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--------|----------|---------------------|--------|----------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 330.70 | 7,124.23 | Optional Life | 31.80 | 692.10 |
| Delta Dental Standard | 12.46 | 274.12 | Personal Mileage | 62.31 | 1,370.82 |
| UHC Choice Plus | 163.78 | 3,603.16 | United Way (Long Island) | 15.00 | 330.00 |
| Total: | 506.94 | 11,001.51 | Total: | 109.11 | 2,392.92 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--------|-----------|----------------|----------|-----------|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 1.22 | 6.10 | OASDI - Taxable Wages | 3,130.72 | 74,668.22 |
| Basic LTD - ER | 8.55 | 186.20 | Medicare - Taxable Wages | 3,130.72 | 74,668.22 |
| Delta Dental Standard - ER | 29.06 | 261.54 | Federal Withholding - Taxable Wages | 2,800.02 | 67,543.99 |
| Group Life ER | 2.26 | 49.22 | State Withholding (Resident) - Taxable Wages | 0.00 | 42,678.28 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,800.02 | 24,865.71 |
| UHC Choice Plus - ER | 459.61 | 10,111.42 | | | |
| Total: | 500.70 | 10,992.26 | | | |

| Absence Plans | | | |
|---------------|---------|---------|-----------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1425.98 |
| Vacation | 4.47 | 0 | 53.66 |

| Payment Information | | | | |
|---------------------|--------------|----------------|------------|--------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,792.90    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Pia | 115833 | 10/28/2017 | 11/10/2017 | 11/16/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,291.96 | 505.44 | 892.21 | 109.11 | 1,785.20 |
| YTD | 81,837.46 | 11,506.95 | 23,184.12 | 2,502.03 | 44,644.36 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | 0 | | | 960.78 | OASDI | 193.17 | 4,822.60 |
| PP2 | | 0 | | | 76.28 | Medicare | 45.18 | 1,127.87 |
| Holiday Pay | | 0 | | | 1,596.56 | Federal Withholding | 510.62 | 13,304.39 |
| Premium Payment | 11/04/2017 - 11/10/2017 | 2 | 0 | 41.94 | 308.50 | State Tax - NY | | 2,494.63 |
| Profit Sharing Payout | | 0 | | | 7,303.80 | State Tax - NY | 142.04 | 1,407.03 |
| Quote Referral Program | | 0 | | | 30.00 | NY SDI - NYSDI | 1.20 | 27.60 |
| Regular Overtime | | 0 | | | 80.20 | | | |
| Regular Pay | 10/28/2017 - 11/10/2017 | 77.5 | 41.9355 | 3,250.02 | 27,950.18 | | | |
| Regular Pay | | 0 | | | 37,695.37 | | | |
| Vacation | | 0 | | | 5,835.79 | | | |
| Total: | | 79.5 | | 3,291.96 | 81,837.46 | Total: | 892.21 | 23,184.12 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 329.20 | 7,453.43 | Optional Life | 31.80 | 723.90 |
| Delta Dental Standard | 12.46 | 286.58 | Personal Mileage | 62.31 | 1,433.13 |
| UHC Choice Plus | 163.78 | 3,766.94 | United Way (Long Island) | 15.00 | 345.00 |
| Total: | 505.44 | 11,506.95 | Total: | 109.11 | 2,502.03 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | | 6.10 | OASDI - Taxable Wages | 3,115.72 | 77,783.94 |
| Basic LTD - ER | 8.55 | 194.75 | Medicare - Taxable Wages | 3,115.72 | 77,783.94 |
| Delta Dental Standard - ER | 29.06 | 290.60 | Federal Withholding - Taxable Wages | 2,786.52 | 70,330.51 |
| Group Life ER | 2.26 | 51.48 | State Withholding (Resident) - Taxable Wages | 0.00 | 42,678.28 |
| DENTALER | | 377.78 | State Withholding (Work) - Taxable Wages | 2,786.52 | 27,652.23 |
| UHC Choice Plus - ER | 459.61 | 10,571.03 | | | |
| Total: | 499.48 | 11,491.74 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1430.45 |
| Vacation | 4.47 | 0 | 58.13 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,785.20    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002511

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Pia | 115833 | 01/20/2018 | 02/02/2018 | 02/08/2018 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|-----------------|--------------------|---------|
| Current | 3,291.97 | 514.23 | 805.37 | 109.11 | 1,863.26 |
| YTD | 9,792.03 | 1,534.31 | 2,471.98 | 327.33 | 5,458.41 |

| Earnings | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | 01/20/2018 - 01/26/2018 | 7.75 | 41.9355 | 325.01 | 325.01 | OASDI | 192.63 | 572.69 |
| Holiday Pay | | | 0 | | 650.02 | Medicare | 45.05 | 133.94 |
| Premium Payment | 01/27/2018 - 02/02/2018 | 2 | 0 | 41.94 | 41.94 | Federal Withholding | 423.62 | 1,337.92 |
| Regular Pay | 01/20/2018 - 02/02/2018 | 69.75 | 41.9355 | 2,925.02 | 8,775.06 | State Tax - NY | 139.58 | 413.96 |
| | | | | | | NY SDI - NYSDI | 1.20 | 3.60 |
| | | | | | | New York Paid Family Leave - NYPI | 3.29 | 9.87 |
| Total: | | 79.5 | | 3,291.97 | 9,792.03 | Total: | 805.37 | 2,471.98 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 329.20 | 979.22 | Optional Life | 31.80 | 95.40 |
| Delta Dental Standard | 8.31 | 24.93 | Personal Mileage | 62.31 | 186.93 |
| UHC Choice Plus | 176.72 | 530.16 | United Way (Long Island) | 15.00 | 45.00 |
| Total: | 514.23 | 1,534.31 | Total: | 109.11 | 327.33 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 0.69 | OASDI - Taxable Wages | 3,106.94 | 9,236.94 |
| Basic LTD - ER | 5.75 | 17.25 | Medicare - Taxable Wages | 3,106.94 | 9,236.94 |
| Delta Dental Standard - ER | 19.38 | 58.14 | Federal Withholding - Taxable Wages | 2,777.74 | 8,257.72 |
| Group Life ER | 2.26 | 6.78 | State Withholding (Work) - Taxable Wages | 2,777.74 | 8,257.72 |
| UHC Choice Plus - ER | 475.70 | 1,427.10 | | | |
| Total: | 503.32 | 1,509.96 | | | |

| Absence Plans | | | |
|---------------|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 7.75 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1457.27 |
| Vacation | 4.47 | 0 | 84.95 |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,863.26    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002518

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|--|-------------|------------------|----------------|------------|--------------|
| Louis Pia | | | 115833 | 03/03/2018 | 03/16/2018 | 03/22/2018 | |

| Department | Location | Job Title | Annual Salary |
|------------|----------|-----------|---------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr Outside Scrty Invest | 87,700.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,416.60 | 526.69 | 845.49 | 110.31 | 1,934.11 |
| YTD | 29,406.12 | 3,081.08 | 8,730.48 | 655.86 | 16,938.70 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 325.01 | OASDI | 200.36 | 1,754.35 |
| Holiday Pay | | | 0 | | 650.02 | Medicare | 46.86 | 410.29 |
| Premium Payment | 03/10/2018 - 03/16/2018 | 2 | 0 | 43.52 | 85.46 | Federal Withholding | 448.30 | 4,750.28 |
| Profit Sharing Payout | | | 0 | | 9,697.45 | State Tax - NY | 146.68 | 1,767.91 |
| Regular Pay | 03/03/2018 - 03/16/2018 | 77.5 | 43.5236 | 3,373.08 | 18,648.18 | NY SDI - NYSDI | 0.00 | 31.20 |
| | | | | | | New York Paid Family Leave - NYPF | 3.29 | 16.45 |
| Total: | | 79.5 | | 3,416.60 | 29,406.12 | Total: | 845.49 | 8,730.48 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 341.66 | 1,970.90 | Optional Life | 33.00 | 192.00 |
| Delta Dental Standard | 8.31 | 49.86 | Personal Mileage | 62.31 | 373.86 |
| UHC Choice Plus | 176.72 | 1,060.32 | United Way (Long Island) | 15.00 | 90.00 |
| Total: | 526.69 | 3,081.08 | Total: | 110.31 | 655.86 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 1.38 | OASDI - Taxable Wages | 3,231.57 | 28,295.94 |
| Basic LTD - ER | 5.97 | 34.72 | Medicare - Taxable Wages | 3,231.57 | 28,295.94 |
| Delta Dental Standard - ER | 19.38 | 116.28 | Federal Withholding - Taxable Wages | 2,889.91 | 26,325.04 |
| Group Life ER | 2.32 | 13.62 | State Withholding (Work) - Taxable Wages | 2,889.91 | 26,325.04 |
| UHC Choice Plus - ER | 475.70 | 2,854.20 | | | |
| Total: | 503.60 | 3,020.20 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1470.68 |
| Vacation | 4.47 | 0 | 98.36 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,934.11    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002522

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Louis Pia | | 115833 | 03/31/2018 | 04/13/2018 | 04/19/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 87,700.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,416.60 | 526.69 | 846.26 | 110.31 | 1,933.34 |
| YTD | 36,195.80 | 4,130.11 | 10,407.80 | 876.48 | 20,781.41 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 325.01 | OASDI | 200.35 | 2,152.36 |
| Holiday Pay | | | 0 | | 650.02 | Medicare | 46.86 | 503.38 |
| Premium Payment | 04/07/2018 - 04/13/2018 | 2 | 0 | 43.52 | 128.98 | Federal Withholding | 448.30 | 5,638.26 |
| Profit Sharing Payout | | | 0 | | 9,697.45 | State Tax - NY | 146.68 | 2,058.79 |
| Regular Pay | 03/31/2018 - 04/13/2018 | 77.5 | 43.5236 | 3,373.08 | 25,394.34 | NY SDI - NYSDI | 0.00 | 31.20 |
| | | | | | | New York Paid Family Leave - NYPf | 4.07 | 23.81 |
| Total: | | 79.5 | | 3,416.60 | 36,195.80 | Total: | 846.26 | 10,407.80 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 341.66 | 2,649.87 | Optional Life | 33.00 | 258.00 |
| Delta Dental Standard | 8.31 | 66.48 | Personal Mileage | 62.31 | 498.48 |
| UHC Choice Plus | 176.72 | 1,413.76 | United Way (Long Island) | 15.00 | 120.00 |
| Total: | 526.69 | 4,130.11 | Total: | 110.31 | 876.48 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 1.84 | OASDI - Taxable Wages | 3,231.57 | 34,715.56 |
| Basic LTD - ER | 5.97 | 46.66 | Medicare - Taxable Wages | 3,231.57 | 34,715.56 |
| Delta Dental Standard - ER | 19.38 | 155.04 | Federal Withholding - Taxable Wages | 2,889.91 | 32,065.69 |
| Group Life ER | 2.32 | 18.26 | State Withholding (Work) - Taxable Wages | 2,889.91 | 32,065.69 |
| UHC Choice Plus - ER | 475.70 | 3,805.60 | | | |
| Total: | 503.60 | 4,027.40 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1479.62 |
| Vacation | 4.47 | 0 | 107.3 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 1,933.34    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002524

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|-------------|------------------|----------------|------------|--------------|
| Louis Pia | | 115833 | 01/18/2020 | 01/31/2020 | 02/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|------------|----------|-----------|-------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 47.455559 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|----------------|---------------------|---------|
| Current | 3,861.73 | 591.13 | 982.11 | 91.44 | 2,197.05 |
| YTD | 11,217.39 | 1,736.61 | 2,824.21 | 274.32 | 6,382.25 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 735.58 | OASDI | 226.72 | 657.36 |
| Overtime 1.5 | 01/18/2020 - 01/24/2020 | 1.75 | 71.19 | 124.59 | 124.59 | Medicare | 53.03 | 153.74 |
| Regular Overtime | 01/18/2020 - 01/24/2020 | 1.25 | 47.4556 | 59.32 | 59.32 | Federal Withholding | 525.46 | 1,503.55 |
| Regular Pay | 01/18/2020 - 01/31/2020 | 77.5 | 47.4556 | 3,677.82 | 10,297.90 | State Tax - NY | 165.83 | 477.33 |
| | | | | | | NY SDI - NYSDI | 1.20 | 3.60 |
| | | | | | | New York Paid Family Leave - NYPI | 9.87 | 28.63 |
| Total: | | 80.5 | | 3,861.73 | 11,217.39 | Total: | 982.11 | 2,824.21 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 386.18 | 1,121.76 | Optional Life | 29.13 | 87.39 |
| Delta Dental Standard | 8.31 | 24.93 | Personal Mileage | 62.31 | 186.93 |
| UHC Choice Plus | 196.64 | 589.92 | | | |
| Total: | 591.13 | 1,736.61 | Total: | 91.44 | 274.32 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 0.69 | OASDI - Taxable Wages | 3,656.78 | 10,602.54 |
| Basic LTD - ER | 6.51 | 19.53 | Medicare - Taxable Wages | 3,656.78 | 10,602.54 |
| Delta Dental Standard - ER | 19.38 | 58.14 | Federal Withholding - Taxable Wages | 3,270.60 | 9,480.78 |
| Group Life ER | 1.48 | 4.44 | State Withholding (Work) - Taxable Wages | 3,270.60 | 9,480.78 |
| UHC Choice Plus - ER | 508.40 | 1,525.20 | | | |
| Total: | 536.00 | 1,608.00 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.64 | 0 | 1674.55 |
| Vacation | 5.96 | 0 | 115.28 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 2,197.05   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002573

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Louis Pia | 115833 | 05/23/2020 | 06/05/2020 | 06/11/2020 | |

| Department | Location | Job Title | Hourly Rate |
|------------|----------|-----------|-------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|----------------|---------------------|---------|
| Current | 4,490.85 | 654.04 | 1,200.11 | 92.29 | 2,544.41 |
| YTD | 57,732.35 | 7,038.75 | 16,333.33 | 1,103.23 | 33,257.04 |

| Earnings | | | | | | Employee Taxes | | |
|----------|---|---|---|---|---|----------------|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | 05/23/2020 - 05/29/2020 | 7.75 | 48.88 | 378.82 | 1,114.40 | OASDI | 265.72 | 3,426.92 |
| Overtime 1.5 | 05/30/2020 - 06/05/2020 | 8.75 | 73.32 | 641.55 | 766.14 | Medicare | 62.15 | 801.46 |
| Profit Sharing Payout | | | 0 | | 11,939.26 | Federal Withholding | 658.05 | 8,831.72 |
| Regular Overtime | 05/30/2020 - 06/05/2020 | 1.25 | 48.88 | 61.10 | 120.42 | State Tax - NY | 201.42 | 3,109.61 |
| Regular Pay | 05/23/2020 - 06/05/2020 | 69.75 | 48.88 | 3,409.38 | 43,424.34 | NY SDI - NYSDI | 1.20 | 14.40 |
| Vacation | | 0 | | | 367.79 | New York Paid Family Leave - NYPF | 11.57 | 149.22 |
| Total: | | 87.5 | | 4,490.85 | 57,732.35 | Total: | 1,200.11 | 16,333.33 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|---|---|---------------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 449.09 | 4,579.35 | Optional Life | 29.98 | 355.51 |
| Delta Dental Standard | 8.31 | 99.72 | Personal Mileage | 62.31 | 747.72 |
| UHC Choice Plus | 196.64 | 2,359.68 | | | |
| Total: | 654.04 | 7,038.75 | Total: | 92.29 | 1,103.23 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|---|---|---------------|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.76 | OASDI - Taxable Wages | 4,285.90 | 55,272.95 |
| Basic LTD - ER | 6.70 | 79.45 | Medicare - Taxable Wages | 4,285.90 | 55,272.95 |
| Delta Dental Standard - ER | 19.38 | 232.56 | Federal Withholding - Taxable Wages | 3,836.81 | 50,693.60 |
| Group Life ER | 1.55 | 18.25 | State Withholding (Work) - Taxable Wages | 3,836.81 | 50,693.60 |
| UHC Choice Plus - ER | 508.40 | 6,100.80 | | | |
| Total: | 536.26 | 6,433.82 | | | |

| Absence Plans | | | |
|---------------|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 5.05 | 0 | 1715.36 |
| Vacation | 5.96 | 0 | 161.17 |

| Payment Information | | | | |
|---------------------|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 2,544.41   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Louis Pia | | | 115833 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,193.50 | 724.30 | 1,451.91 | 92.29 | 2,925.00 |
| YTD | 62,925.85 | 7,763.05 | 17,785.24 | 1,195.52 | 36,182.04 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| Holiday Pay | | | 0 | | 1,114.40 |
| Overtime 1.5 | 06/06/2020 - 06/19/2020 | 17.5 | 73.32 | 1,283.10 | 2,049.24 |
| Profit Sharing Payout | | | 0 | | 11,939.26 |
| Regular Overtime | 06/06/2020 - 06/19/2020 | 2.5 | 48.88 | 122.20 | 242.62 |
| Regular Pay | 06/06/2020 - 06/19/2020 | 77.5 | 48.88 | 3,788.20 | 47,212.54 |
| Vacation | | | 0 | | 367.79 |
| Total: | | 97.5 | | 5,193.50 | 62,925.85 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 309.29 | 3,736.21 |
| Medicare | 72.33 | 873.79 |
| Federal Withholding | 809.82 | 9,641.54 |
| State Tax - NY | 245.80 | 3,355.41 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPFI | 13.47 | 162.69 |
| Total: | 1,451.91 | 17,785.24 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | 519.35 | 5,098.70 |
| Delta Dental Standard | 8.31 | 108.03 |
| UHC Choice Plus | 196.64 | 2,556.32 |
| Total: | 724.30 | 7,763.05 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Optional Life | 29.98 | 385.49 |
| Personal Mileage | 62.31 | 810.03 |
| Total: | 92.29 | 1,195.52 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.99 |
| Basic LTD - ER | 6.70 | 86.15 |
| Delta Dental Standard - ER | 19.38 | 251.94 |
| Group Life ER | 1.55 | 19.80 |
| UHC Choice Plus - ER | 508.40 | 6,609.20 |
| Total: | 536.26 | 6,970.08 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 4,988.55 | 60,261.50 |
| Medicare - Taxable Wages | 4,988.55 | 60,261.50 |
| Federal Withholding - Taxable Wages | 4,469.20 | 55,162.80 |
| State Withholding (Work) - Taxable Wages | 4,469.20 | 55,162.80 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 5.62 | 0 | 1720.98 |
| Vacation | 5.96 | 0 | 167.13 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 2,925.00   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002584

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|--|-------------|------------------|----------------|------------|--------------|
| Louis Pia | | 115833 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |

| Department | Location | Job Title | Hourly Rate |
|------------|----------|-----------|-------------|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|--|-----------|--------------------|-----------------| --------------------|---------|
| Current | 5,028.53 | 707.81 | 1,392.13 | 92.29 | 2,836.30 |
| YTD | 67,954.38 | 8,470.86 | 19,177.37 | 1,287.81 | 39,018.34 |

| Earnings | | | | | | Employee Taxes | | |
|----------|--|--|--|--|--|----------------|--|--|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 48.88 | 378.82 | 1,493.22 | OASDI | 299.06 | 4,035.27 |
| Overtime 1.5 | 06/20/2020 - 06/26/2020 | 10.75 | 73.32 | 788.19 | 2,837.43 | Medicare | 69.94 | 943.73 |
| Profit Sharing Payout | | | 0 | | 11,939.26 | Federal Withholding | 774.18 | 10,415.72 |
| Regular Overtime | 06/20/2020 - 07/03/2020 | 1.5 | 48.88 | 73.32 | 315.94 | State Tax - NY | 234.73 | 3,590.14 |
| Regular Pay | 06/20/2020 - 07/03/2020 | 77.5 | 48.88 | 3,788.20 | 51,000.74 | NY SDI - NYSDI | 1.20 | 16.80 |
| Vacation | | | 0 | | 367.79 | New York Paid Family Leave - NYPFL | 13.02 | 175.71 |
| Total: | | 97.5 | | 5,028.53 | 67,954.38 | Total: | 1,392.13 | 19,177.37 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|--------------------|--|--|---------------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 502.86 | 5,601.56 | Optional Life | 29.98 | 415.47 |
| Delta Dental Standard | 8.31 | 116.34 | Personal Mileage | 62.31 | 872.34 |
| UHC Choice Plus | 196.64 | 2,752.96 | | | |
| Total: | 707.81 | 8,470.86 | Total: | 92.29 | 1,287.81 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------------------------|--|--|---------------|--|--|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.22 | OASDI - Taxable Wages | 4,823.58 | 65,085.08 |
| Basic LTD - ER | 6.70 | 92.85 | Medicare - Taxable Wages | 4,823.58 | 65,085.08 |
| Delta Dental Standard - ER | 19.38 | 271.32 | Federal Withholding - Taxable Wages | 4,320.72 | 59,483.52 |
| Group Life ER | 1.55 | 21.35 | State Withholding (Work) - Taxable Wages | 4,320.72 | 59,483.52 |
| UHC Choice Plus - ER | 508.40 | 7,117.60 | | | |
| Total: | 536.26 | 7,506.34 | | | |

| Absence Plans | | | |
|---------------|--|--|--|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 5.62 | 0 | 1726.6 |
| Vacation | 5.96 | 0 | 173.09 |

| Payment Information | | | | |
|---------------------|--|--|--|--|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 2,836.30    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Pia | 115833 | 07/04/2020 | 07/17/2020 | 07/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 5,193.50 | 724.30 | 1,451.93 | 92.29 | 2,924.98 |
| YTD | 73,147.88 | 9,195.16 | 20,629.30 | 1,380.10 | 41,943.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 1,493.22 |
| Overtime 1.5 | 07/04/2020 - 07/17/2020 | 17.5 | 73.32 | 1,283.10 | 4,120.53 |
| Profit Sharing Payout | | | 0 | | 11,939.26 |
| Regular Overtime | 07/04/2020 - 07/17/2020 | 2.5 | 48.88 | 122.20 | 438.14 |
| Regular Pay | 07/04/2020 - 07/17/2020 | 77.5 | 48.88 | 3,788.20 | 54,788.94 |
| Vacation | | | 0 | | 367.79 |
| Total: | | 97.5 | | 5,193.50 | 73,147.88 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 309.30 | 4,344.57 |
| Medicare | 72.34 | 1,016.07 |
| Federal Withholding | 809.82 | 11,225.54 |
| State Tax - NY | 245.80 | 3,835.94 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPI | 13.47 | 189.18 |
| Total: | 1,451.93 | 20,629.30 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 519.35 | 6,120.91 |
| Delta Dental Standard | 8.31 | 124.65 |
| UHC Choice Plus | 196.64 | 2,949.60 |
| Total: | 724.30 | 9,195.16 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Optional Life | 29.98 | 445.45 |
| Personal Mileage | 62.31 | 934.65 |
| Total: | 92.29 | 1,380.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Basic LTD - ER | 6.70 | 99.55 |
| Delta Dental Standard - ER | 19.38 | 290.70 |
| Group Life ER | 1.55 | 22.90 |
| UHC Choice Plus - ER | 508.40 | 7,626.00 |
| Total: | 536.26 | 8,042.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,988.55 | 70,073.63 |
| Medicare - Taxable Wages | 4,988.55 | 70,073.63 |
| Federal Withholding - Taxable Wages | 4,469.20 | 63,952.72 |
| State Withholding (Work) - Taxable Wages | 4,469.20 | 63,952.72 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 5.62 | 0 | 1732.22 |
| Vacation | 5.96 | 0 | 179.05 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citibank | Citibank ******0055 | ******0055 | | 2,924.98 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002586

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Pia | 115833 | 07/18/2020 | 07/31/2020 | 08/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,930.77 | 698.03 | 1,351.48 | 92.29 | 2,788.97 |
| YTD | 78,078.65 | 9,893.19 | 21,980.78 | 1,472.39 | 44,732.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | | 0 | 1,493.22 | OASDI | 293.00 | 4,637.57 |
| Overtime 1.5 | 07/25/2020 - 07/31/2020 | 12.75 | 73.32 | 934.83 | 5,055.36 | Medicare | 68.52 | 1,084.59 |
| Profit Sharing Payout | | | | 0 | 11,939.26 | Federal Withholding | 753.07 | 11,978.61 |
| Regular Overtime | 07/25/2020 - 07/31/2020 | 1.25 | 48.88 | 61.10 | 499.24 | State Tax - NY | 228.16 | 4,064.10 |
| Regular Pay | 07/18/2020 - 07/31/2020 | 41.75 | 48.88 | 2,040.74 | 56,829.68 | NY SDI - NYSDI | 1.20 | 19.20 |
| Vacation | 07/18/2020 - 07/24/2020 | 38.75 | 48.88 | 1,894.10 | 2,261.89 | New York Paid Family Leave - NYPF | 7.53 | 196.71 |
| Total: | | 94.5 | | 4,930.77 | 78,078.65 | Total: | 1,351.48 | 21,980.78 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 493.08 | 6,613.99 | Optional Life | 29.98 | 475.43 |
| Delta Dental Standard | 8.31 | 132.96 | Personal Mileage | 62.31 | 996.96 |
| UHC Choice Plus | 196.64 | 3,146.24 | | | |
| Total: | 698.03 | 9,893.19 | Total: | 92.29 | 1,472.39 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.68 | OASDI - Taxable Wages | 4,725.82 | 74,799.45 |
| Basic LTD - ER | 6.70 | 106.25 | Medicare - Taxable Wages | 4,725.82 | 74,799.45 |
| Delta Dental Standard - ER | 19.38 | 310.08 | Federal Withholding - Taxable Wages | 4,232.74 | 68,185.46 |
| Group Life ER | 1.55 | 24.45 | State Withholding (Work) - Taxable Wages | 4,232.74 | 68,185.46 |
| UHC Choice Plus - ER | 508.40 | 8,134.40 | | | |
| Total: | 536.26 | 8,578.86 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 5.45 | 0 | 1737.67 |
| Vacation | 5.96 | 38.75 | 146.26 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Citibank | Citibank ******0055 | ******0055 | | 2,788.97    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002587

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Louis Pia | 115833 | 08/01/2020 | 08/14/2020 | 08/20/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Investigator | 48.88 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,788.20 | 583.77 | 948.02 | 92.29 | 2,164.12 |
| YTD | 81,866.85 | 10,476.96 | 22,928.80 | 1,564.68 | 46,896.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 1,493.22 |
| Overtime 1.5 | | | 0 | | 5,055.36 |
| Profit Sharing Payout | | | 0 | | 11,939.26 |
| Regular Overtime | | | 0 | | 499.24 |
| Regular Pay | 08/01/2020 - 08/14/2020 | 77.5 | 48.88 | 3,788.20 | 60,617.88 |
| Vacation | | | 0 | | 2,261.89 |
| Total: | | 77.5 | | 3,788.20 | 81,866.85 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 222.16 | 4,859.73 |
| Medicare | 51.96 | 1,136.55 |
| Federal Withholding | 510.90 | 12,489.51 |
| State Tax - NY | 161.80 | 4,225.90 |
| NY SDI - NYSDI | 1.20 | 20.40 |
| New York Paid Family Leave - NYPf | 0.00 | 196.71 |
| Total: | 948.02 | 22,928.80 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 378.82 | 6,992.81 |
| Delta Dental Standard | 8.31 | 141.27 |
| UHC Choice Plus | 196.64 | 3,342.88 |
| Total: | 583.77 | 10,476.96 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Optional Life | 29.98 | 505.41 |
| Personal Mileage | 62.31 | 1,059.27 |
| Total: | 92.29 | 1,564.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.91 |
| Basic LTD - ER | 6.70 | 112.95 |
| Delta Dental Standard - ER | 19.38 | 329.46 |
| Group Life ER | 1.55 | 26.00 |
| UHC Choice Plus - ER | 508.40 | 8,642.80 |
| Total: | 536.26 | 9,115.12 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,583.25 | 78,382.70 |
| Medicare - Taxable Wages | 3,583.25 | 78,382.70 |
| Federal Withholding - Taxable Wages | 3,204.43 | 71,389.89 |
| State Withholding (Work) - Taxable Wages | 3,204.43 | 71,389.89 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 23.25 |
| Reserved Sick Bank | 4.47 | 0 | 1742.14 |
| Vacation | 5.96 | 0 | 152.22 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citibank | Citibank ******0055 | ******0055 | | 2,164.12 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002588