# EXHIBIT 39

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 09/11/2021 | 09/24/2021 | 09/30/2021 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| WB3800 DNU - WB SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 33.32 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,132.12 | 219.25 | 653.61 | 69.88 | 2,189.38 |
| YTD | 64,332.81 | 3,463.31 | 15,249.84 | 1,689.14 | 43,930.52 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | 09/18/2021 - 09/24/2021 | 9 | 33.32 | 449.82 | 449.82 |
| Catastrophe Pay | 09/18/2021 - 09/24/2021 | 0 | 0 | 100.00 | 100.00 |
| Floating Holiday | 09/11/2021 - 09/17/2021 | 7.75 | 33.32 | 258.23 | 1,273.96 |
| Holiday Pay | | | 0 | | 1,268.23 |
| Paid Sick | | | 0 | | 1,773.21 |
| Personal Mileage Use | | | 0 | | 394.87 |
| Profit Sharing Payout | | | 0 | | 13,054.43 |
| Regular Pay | 09/11/2021 - 09/17/2021 | 31 | 33.32 | 1,032.92 | |
| Regular Pay | 09/18/2021 - 09/24/2021 | 38.75 | 33.32 | 1,291.15 | 45,139.21 |
| Vacation | | | 0 | | 1,273.95 |
| Total: | | 86.5 | | 3,132.12 | 64,727.68 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 194.20 | 4,013.12 |
| Medicare | 45.41 | 938.55 |
| Federal Withholding | 247.54 | 6,440.36 |
| State Tax - NY | 149.25 | 3,503.07 |
| NY SDI - NYSDI | 1.20 | 24.00 |
| New York Paid Family Leave - NYPF | 16.01 | 330.74 |
| Total: | 653.61 | 15,249.84 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 219.25 | 3,463.31 |
| Total: | 219.25 | 3,463.31 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 92.40 |
| NY: SDI Offset (EE) | -1.20 | -22.80 |
| Optional Life | 4.15 | 83.00 |
| PS Loan (01) | | 290.34 |
| Personal Mileage | 62.31 | 1,246.20 |
| Total: | 69.88 | 1,689.14 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 4.60 |
| Group Life ER | 1.05 | 20.52 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 22.80 |
| Company Short Term Disability - ER | 1.08 | 20.52 |
| Total: | 3.56 | 68.44 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,132.12 | 64,727.68 |
| Medicare - Taxable Wages | 3,132.12 | 64,727.68 |
| Federal Withholding - Taxable Wages | 2,912.87 | 61,264.37 |
| State Withholding (Work) - Taxable Wages | 2,912.87 | 61,264.37 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 7.75 | 7.75 |
| Reserved Sick Bank | 0 | 0 | 93.57 |
| Sick | 0 | 0 | 23.25 |
| Vacation | 2.98 | 0 | 49.44 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,189.38 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 01/28/2023 | 02/10/2023 | 02/16/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,316.80 | 265.35 | 789.52 | 102.14 | 2,159.79 |
| YTD | 12,458.70 | 996.72 | 2,888.02 | 408.56 | 8,165.40 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 02/04/2023 - 02/10/2023 | 7.75 | 40.99 | 317.68 | 317.68 |
| Holiday Pay | | 0 | | | 914.19 |
| Paid Sick | | 0 | | | 914.19 |
| Regular Overtime | 01/28/2023 - 02/03/2023 | 1.033334 | 40.99 | 42.36 | 42.36 |
| Regular Pay | 01/28/2023 - 02/03/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 02/04/2023 - 02/10/2023 | 33.38333 | 40.99 | 1,368.39 | 10,270.28 |
| Total: | | 80.917 | | 3,316.80 | 12,458.70 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 205.64 | 772.44 |
| Medicare | 48.09 | 180.65 |
| Federal Withholding | 373.65 | 1,330.95 |
| State Tax - NY | 145.85 | 542.48 |
| NY SDI - NYSDI | 1.20 | 4.80 |
| New York Paid Family Leave - NYPF | 15.09 | 56.70 |
| Total: | 789.52 | 2,888.02 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 265.35 | 996.72 |
| Total: | 265.35 | 996.72 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 18.48 |
| NY: SDI Offset (EE) | -1.20 | -4.80 |
| Optional Life | 4.15 | 16.60 |
| PS Loan (01) | 32.26 | 129.04 |
| Personal Mileage | 62.31 | 249.24 |
| Total: | 102.14 | 408.56 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 1.43 |
| Basic LTD - ER | 5.43 | 21.06 |
| Group Life ER | 1.30 | 5.02 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 4.80 |
| Total: | 8.33 | 32.31 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,316.80 | 12,458.70 |
| Medicare - Taxable Wages | 3,316.80 | 12,458.70 |
| Federal Withholding - Taxable Wages | 3,051.45 | 11,461.98 |
| State Withholding (Work) - Taxable Wages | 3,051.45 | 11,461.98 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 7.75 | 0 |
| Sick | 3.11 | 0 | 87.12 |
| Vacation | 2.98 | 0 | 79.22 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,159.79 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                                                                  G003734

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 02/11/2023 | 02/24/2023 | 03/02/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,208.86 | 256.71 | 753.47 | 102.14 | 2,096.54 |
| YTD | 15,667.56 | 1,253.43 | 3,641.49 | 510.70 | 10,261.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 914.19 |
| Paid Sick | | 0 | | | 914.19 |
| Regular Overtime | 02/11/2023 - 02/17/2023 | 0.483333 | 40.99 | 19.82 | |
| Regular Overtime | 02/18/2023 - 02/24/2023 | 0.300001 | 40.99 | 12.30 | 74.48 |
| Regular Pay | 02/11/2023 - 02/17/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 02/18/2023 - 02/24/2023 | 38.75 | 40.99 | 1,588.37 | 13,447.02 |
| Total: | | 78.283 | | 3,208.86 | 15,667.56 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 198.95 | 971.39 |
| Medicare | 46.53 | 227.18 |
| Federal Withholding | 351.80 | 1,682.75 |
| State Tax - NY | 140.39 | 682.87 |
| NY SDI - NYSDI | 1.20 | 6.00 |
| New York Paid Family Leave - NYPF | 14.60 | 71.30 |
| Total: | 753.47 | 3,641.49 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 256.71 | 1,253.43 |
| Total: | 256.71 | 1,253.43 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 23.10 |
| NY: SDI Offset (EE) | -1.20 | -6.00 |
| Optional Life | 4.15 | 20.75 |
| PS Loan (01) | 32.26 | 161.30 |
| Personal Mileage | 62.31 | 311.55 |
| Total: | 102.14 | 510.70 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 1.83 |
| Basic LTD - ER | 5.43 | 26.49 |
| Group Life ER | 1.30 | 6.32 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 6.00 |
| Total: | 8.33 | 40.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,208.86 | 15,667.56 |
| Medicare - Taxable Wages | 3,208.86 | 15,667.56 |
| Federal Withholding - Taxable Wages | 2,952.15 | 14,414.13 |
| State Withholding (Work) - Taxable Wages | 2,952.15 | 14,414.13 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Sick | 3.01 | 0 | 90.13 |
| Vacation | 2.98 | 0 | 82.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,096.54   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 02/25/2023 | 03/10/2023 | 03/16/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,199.30 | 287.94 | 741.48 | 102.14 | 2,067.74 |
| YTD | 18,866.86 | 1,541.37 | 4,382.97 | 612.84 | 12,329.68 |

| Earnings ||||||| Employee Taxes |||
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 317.68 | OASDI | 198.36 | 1,169.75 |
| Holiday Pay | | | 0 | | 914.19 | Medicare | 46.39 | 273.57 |
| Paid Sick | | | 0 | | 914.19 | Federal Withholding | 342.83 | 2,025.58 |
| Regular Overtime | 02/25/2023 - 03/03/2023 | 0.316667 | 40.99 | 12.99 | | State Tax - NY | 138.14 | 821.01 |
| Regular Overtime | 03/04/2023 - 03/10/2023 | 0.233335 | 40.99 | 9.57 | 97.04 | NY SDI - NYSDI | 1.20 | 7.20 |
| Regular Pay | 02/25/2023 - 03/03/2023 | 38.75 | 40.99 | 1,588.37 | | New York Paid Family Leave - NYPF | 14.56 | 85.86 |
| Regular Pay | 03/04/2023 - 03/10/2023 | 38.75 | 40.99 | 1,588.37 | 16,623.76 | | | |
| Total: | | 78.05 | | 3,199.30 | 18,866.86 | Total: | 741.48 | 4,382.97 |

| Pre-Tax Deductions ||| Post Tax Deductions |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 287.94 | 1,541.37 | AD&D | 4.62 | 27.72 |
| | | | NY: SDI Offset (EE) | -1.20 | -7.20 |
| | | | Optional Life | 4.15 | 24.90 |
| | | | PS Loan (01) | 32.26 | 193.56 |
| | | | Personal Mileage | 62.31 | 373.86 |
| Total: | 287.94 | 1,541.37 | Total: | 102.14 | 612.84 |

| Employer Paid Benefits ||| Taxable Wages |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 2.23 | OASDI - Taxable Wages | 3,199.30 | 18,866.86 |
| Basic LTD - ER | 5.43 | 31.92 | Medicare - Taxable Wages | 3,199.30 | 18,866.86 |
| Group Life ER | 1.30 | 7.62 | Federal Withholding - Taxable Wages | 2,911.36 | 17,325.49 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 7.20 | State Withholding (Work) - Taxable Wages | 2,911.36 | 17,325.49 |
| Total: | 8.33 | 48.97 | | | |

| Absence Plans ||||
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Sick | 3 | 0 | 93.13 |
| Vacation | 2.98 | 0 | 85.18 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,067.74 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 03/11/2023 | 03/24/2023 | 03/30/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,215.68 | 289.42 | 746.89 | 69.88 | 2,109.49 |
| YTD | 22,082.54 | 1,830.79 | 5,129.86 | 682.72 | 14,439.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 317.68 |
| Holiday Pay | | | 0 | | 914.19 |
| Paid Sick | | | 0 | | 914.19 |
| Regular Overtime | 03/11/2023 - 03/17/2023 | 1.15 | 40.99 | 47.14 | 144.18 |
| Regular Pay | 03/11/2023 - 03/17/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 03/18/2023 - 03/24/2023 | 38.55 | 40.99 | 1,580.17 | 19,792.30 |
| Total: | | 78.45 | | 3,215.68 | 22,082.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 199.37 | 1,369.12 |
| Medicare | 46.63 | 320.20 |
| Federal Withholding | 346.10 | 2,371.68 |
| State Tax - NY | 138.96 | 959.97 |
| NY SDI - NYSDI | 1.20 | 8.40 |
| New York Paid Family Leave - NYPF | 14.63 | 100.49 |
| Total: | 746.89 | 5,129.86 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 289.42 | 1,830.79 |
| Total: | 289.42 | 1,830.79 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 32.34 |
| NY: SDI Offset (EE) | -1.20 | -8.40 |
| Optional Life | 4.15 | 29.05 |
| PS Loan (01) | | 193.56 |
| Personal Mileage | 62.31 | 436.17 |
| Total: | 69.88 | 682.72 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 2.63 |
| Basic LTD - ER | 5.43 | 37.35 |
| Group Life ER | 1.30 | 8.92 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 8.40 |
| Total: | 8.33 | 57.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,215.68 | 22,082.54 |
| Medicare - Taxable Wages | 3,215.68 | 22,082.54 |
| Federal Withholding - Taxable Wages | 2,926.26 | 20,251.75 |
| State Withholding (Work) - Taxable Wages | 2,926.26 | 20,251.75 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Sick | 3.02 | 0 | 96.15 |
| Vacation | 2.98 | 0 | 88.16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,109.49 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 03/25/2023 | 04/07/2023 | 04/13/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,311.33 | 298.02 | 813.59 | 182.13 | 2,017.59 |
| YTD | 25,393.87 | 2,128.81 | 5,943.45 | 864.85 | 16,456.76 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 914.19 |
| Paid Sick | | 0 | | | 914.19 |
| Regular Overtime | 03/25/2023 - 03/31/2023 | 1 | 40.99 | 40.99 | 185.17 |
| Regular Pay | 03/25/2023 - 03/31/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 04/01/2023 - 04/07/2023 | 33.28333 | 40.99 | 1,364.29 | 22,744.96 |
| Vacation | 04/01/2023 - 04/07/2023 | 7.75 | 40.99 | 317.68 | 317.68 |
| Total: | | 80.783 | | 3,311.33 | 25,393.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 205.30 | 1,574.42 |
| Medicare | 48.01 | 368.21 |
| Federal Withholding | 400.26 | 2,771.94 |
| State Tax - NY | 143.75 | 1,103.72 |
| NY SDI - NYSDI | 1.20 | 9.60 |
| New York Paid Family Leave - NYPF | 15.07 | 115.56 |
| Total: | 813.59 | 5,943.45 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 298.02 | 2,128.81 |
| Total: | 298.02 | 2,128.81 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 36.96 |
| NY: SDI Offset (EE) | -1.20 | -9.60 |
| Optional Life | 4.15 | 33.20 |
| PS Loan (01) | 32.26 | 225.82 |
| PS Loan (02) | 79.99 | 79.99 |
| Personal Mileage | 62.31 | 498.48 |
| Total: | 182.13 | 864.85 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.03 |
| Basic LTD - ER | 5.43 | 42.78 |
| Group Life ER | 1.30 | 10.22 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 9.60 |
| Total: | 8.33 | 65.63 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,311.33 | 25,393.87 |
| Medicare - Taxable Wages | 3,311.33 | 25,393.87 |
| Federal Withholding - Taxable Wages | 3,013.31 | 23,265.06 |
| State Withholding (Work) - Taxable Wages | 3,013.31 | 23,265.06 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Sick | 3.11 | 0 | 99.26 |
| Vacation | 2.98 | 7.75 | 83.39 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,017.59   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G003738

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 04/08/2023 | 04/21/2023 | 04/27/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,178.11 | 286.03 | 769.44 | 182.13 | 1,940.51 |
| YTD | 28,571.98 | 2,414.84 | 6,712.89 | 1,046.98 | 18,397.27 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 914.19 |
| Paid Sick | | 0 | | | 914.19 |
| Regular Overtime | 04/08/2023 - 04/14/2023 | 0.233332 | 40.99 | 9.57 | 194.74 |
| Regular Pay | 04/08/2023 - 04/14/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 04/15/2023 - 04/21/2023 | 38.55 | 40.99 | 1,580.17 | 25,913.50 |
| Vacation | | 0 | | | 317.68 |
| Total: | | 77.533 | | 3,178.11 | 28,571.98 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 197.04 | 1,771.46 |
| Medicare | 46.08 | 414.29 |
| Federal Withholding | 373.58 | 3,145.52 |
| State Tax - NY | 137.08 | 1,240.80 |
| NY SDI - NYSDI | 1.20 | 10.80 |
| New York Paid Family Leave - NYPF | 14.46 | 130.02 |
| Total: | 769.44 | 6,712.89 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 286.03 | 2,414.84 |
| Total: | 286.03 | 2,414.84 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 41.58 |
| NY: SDI Offset (EE) | -1.20 | -10.80 |
| Optional Life | 4.15 | 37.35 |
| PS Loan (01) | 32.26 | 258.08 |
| PS Loan (02) | 79.99 | 159.98 |
| Personal Mileage | 62.31 | 560.79 |
| Total: | 182.13 | 1,046.98 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.43 |
| Basic LTD - ER | 5.43 | 48.21 |
| Group Life ER | 1.30 | 11.52 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 10.80 |
| Total: | 8.33 | 73.96 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,178.11 | 28,571.98 |
| Medicare - Taxable Wages | 3,178.11 | 28,571.98 |
| Federal Withholding - Taxable Wages | 2,892.08 | 26,157.14 |
| State Withholding (Work) - Taxable Wages | 2,892.08 | 26,157.14 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Sick | 2.98 | 0 | 102.24 |
| Vacation | 2.98 | 0 | 86.37 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,940.51 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Ted Wendling | | | 227892 | 04/22/2023 | 05/05/2023 | 05/11/2023 | |

| Department | | | Location | | Job Title | | Hourly Rate |
|---|---|---|---|---|---|---|---|
| SI3800 SIU | | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 40.99 |

| | | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|---|
| Current | | | | | 3,263.51 | 293.72 | 797.75 | 182.13 | 1,989.91 |
| YTD | | | | | 31,835.49 | 2,708.56 | 7,510.64 | 1,229.11 | 20,387.18 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 317.68 | OASDI | 202.34 | 1,973.80 |
| Holiday Pay | | | 0 | | 914.19 | Medicare | 47.32 | 461.61 |
| Overtime 1.5 | 04/22/2023 - 04/28/2023 | 0.133332 | 61.485 | 8.20 | 8.20 | Federal Withholding | 390.68 | 3,536.20 |
| Paid Sick | | | 0 | | 914.19 | State Tax - NY | 141.36 | 1,382.16 |
| Regular Overtime | 04/22/2023 - 04/28/2023 | 1.25 | 40.99 | 51.24 | | NY SDI - NYSDI | 1.20 | 12.00 |
| Regular Overtime | 04/29/2023 - 05/05/2023 | 0.666668 | 40.99 | 27.33 | 273.31 | New York Paid Family Leave - NYPF | 14.85 | 144.87 |
| Regular Pay | 04/22/2023 - 04/28/2023 | 38.75 | 40.99 | 1,588.37 | | | | |
| Regular Pay | 04/29/2023 - 05/05/2023 | 38.75 | 40.99 | 1,588.37 | 29,090.24 | | | |
| Vacation | | | 0 | | 317.68 | | | |
| Total: | | 79.55 | | 3,263.51 | 31,835.49 | Total: | 797.75 | 7,510.64 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 293.72 | 2,708.56 | AD&D | 4.62 | 46.20 |
| | | | NY: SDI Offset (EE) | -1.20 | -12.00 |
| | | | Optional Life | 4.15 | 41.50 |
| | | | PS Loan (01) | 32.26 | 290.34 |
| | | | PS Loan (02) | 79.99 | 239.97 |
| | | | Personal Mileage | 62.31 | 623.10 |
| Total: | 293.72 | 2,708.56 | Total: | 182.13 | 1,229.11 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 3.83 | OASDI - Taxable Wages | 3,263.51 | 31,835.49 |
| Basic LTD - ER | 5.43 | 53.64 | Medicare - Taxable Wages | 3,263.51 | 31,835.49 |
| Group Life ER | 1.30 | 12.82 | Federal Withholding - Taxable Wages | 2,969.79 | 29,126.93 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 12.00 | State Withholding (Work) - Taxable Wages | 2,969.79 | 29,126.93 |
| Total: | 8.33 | 82.29 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 0 | 7.75 |
| Sick | 3.06 | 0 | 105.3 |
| Vacation | 2.98 | 0 | 89.35 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,989.91   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G003740

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 05/06/2023 | 05/19/2023 | 05/25/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,281.28 | 295.32 | 803.64 | 182.13 | 2,000.19 |
| YTD | 35,116.77 | 3,003.88 | 8,314.28 | 1,411.24 | 22,387.37 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 317.68 |
| Holiday Pay | | | 0 | | 914.19 |
| Overtime 1.5 | 05/06/2023 - 05/12/2023 | 0.566666 | 61.485 | 34.85 | 43.05 |
| Paid Sick | | | 0 | | 914.19 |
| Regular Overtime | 05/06/2023 - 05/12/2023 | 1.25 | 40.99 | 51.24 | |
| Regular Overtime | 05/13/2023 - 05/19/2023 | 0.45 | 40.99 | 18.45 | 343.00 |
| Regular Pay | 05/06/2023 - 05/12/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 05/13/2023 - 05/19/2023 | 38.75 | 40.99 | 1,588.37 | 32,266.98 |
| Vacation | | | 0 | | 317.68 |
| Total: | | 79.767 | | 3,281.28 | 35,116.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 203.44 | 2,177.24 |
| Medicare | 47.58 | 509.19 |
| Federal Withholding | 394.24 | 3,930.44 |
| State Tax - NY | 142.25 | 1,524.41 |
| NY SDI - NYSDI | 1.20 | 13.20 |
| New York Paid Family Leave - NYPF | 14.93 | 159.80 |
| Total: | 803.64 | 8,314.28 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 295.32 | 3,003.88 |
| Total: | 295.32 | 3,003.88 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 50.82 |
| NY: SDI Offset (EE) | -1.20 | -13.20 |
| Optional Life | 4.15 | 45.65 |
| PS Loan (01) | 32.26 | 322.60 |
| PS Loan (02) | 79.99 | 319.96 |
| Personal Mileage | 62.31 | 685.41 |
| Total: | 182.13 | 1,411.24 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 4.23 |
| Basic LTD - ER | 5.43 | 59.07 |
| Group Life ER | 1.30 | 14.12 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 13.20 |
| Total: | 8.33 | 90.62 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,281.28 | 35,116.77 |
| Medicare - Taxable Wages | 3,281.28 | 35,116.77 |
| Federal Withholding - Taxable Wages | 2,985.96 | 32,112.89 |
| State Withholding (Work) - Taxable Wages | 2,985.96 | 32,112.89 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 3.07 | 0 | 108.37 |
| Vacation | 2.98 | 0 | 92.33 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,000.19 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G003741

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 06/03/2023 | 06/16/2023 | 06/22/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,254.63 | 292.92 | 794.79 | 200.59 | 1,966.33 |
| YTD | 41,602.80 | 3,587.63 | 9,896.18 | 1,793.96 | 26,325.03 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 317.68 | OASDI | 201.78 | 2,579.37 |
| Holiday Pay | | | 0 | | 1,231.87 | Medicare | 47.19 | 603.24 |
| Overtime 1.5 | | | 0 | | 43.05 | Federal Withholding | 388.90 | 4,703.59 |
| Paid Sick | | | 0 | | 1,231.87 | State Tax - NY | 140.91 | 1,805.07 |
| Regular Overtime | 06/03/2023 - 06/09/2023 | 0.8 | 40.99 | 32.80 | | NY SDI - NYSDI | 1.20 | 15.60 |
| Regular Overtime | 06/10/2023 - 06/16/2023 | 1.1 | 40.99 | 45.09 | 420.89 | New York Paid Family Leave - NYPF | 14.81 | 189.31 |
| Regular Pay | 06/03/2023 - 06/09/2023 | 38.75 | 40.99 | 1,588.37 | | | | |
| Regular Pay | 06/10/2023 - 06/16/2023 | 38.75 | 40.99 | 1,588.37 | 38,039.76 | | | |
| Vacation | | | 0 | | 317.68 | | | |
| Total: | | 79.4 | | 3,254.63 | 41,602.80 | Total: | 794.79 | 9,896.18 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 292.92 | 3,587.63 | AD&D | 4.62 | 60.06 |
| | | | NY: SDI Offset (EE) | -1.20 | -15.60 |
| | | | Optional Life | 4.15 | 53.95 |
| | | | PS Loan (01) | 32.26 | 387.12 |
| | | | PS Loan (02) | 79.99 | 479.94 |
| | | | Personal Mileage | 80.77 | 828.49 |
| Total: | 292.92 | 3,587.63 | Total: | 200.59 | 1,793.96 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.40 | 5.03 | OASDI - Taxable Wages | 3,254.63 | 41,602.80 |
| Basic LTD - ER | 5.43 | 69.93 | Medicare - Taxable Wages | 3,254.63 | 41,602.80 |
| Group Life ER | 1.30 | 16.72 | Federal Withholding - Taxable Wages | 2,961.71 | 38,015.17 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 15.60 | State Withholding (Work) - Taxable Wages | 2,961.71 | 38,015.17 |
| Total: | 8.33 | 107.28 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 3.05 | 0 | 106.7 |
| Vacation | 2.98 | 0 | 98.29 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,966.33 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 06/17/2023 | 06/30/2023 | 07/06/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,261.13 | 293.51 | 796.96 | 200.59 | 1,970.07 |
| YTD | 44,863.93 | 3,881.14 | 10,693.14 | 1,994.55 | 28,295.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 1,231.87 |
| Overtime 1.5 | 06/17/2023 - 06/23/2023 | 0.116667 | 61.485 | 7.18 | 50.23 |
| Paid Sick | | 0 | | | 1,231.87 |
| Regular Overtime | 06/17/2023 - 06/23/2023 | 1.25 | 40.99 | 51.24 | 472.13 |
| Regular Pay | 06/17/2023 - 06/23/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 06/24/2023 - 06/30/2023 | 31.63333 | 40.99 | 1,296.66 | 40,924.79 |
| Vacation | 06/24/2023 - 06/30/2023 | 7.75 | 40.99 | 317.68 | 635.36 |
| Total: | | 79.5 | | 3,261.13 | 44,863.93 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 202.19 | 2,781.56 |
| Medicare | 47.29 | 650.53 |
| Federal Withholding | 390.20 | 5,093.79 |
| State Tax - NY | 141.24 | 1,946.31 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPFL | 14.84 | 204.15 |
| Total: | 796.96 | 10,693.14 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 293.51 | 3,881.14 |
| Total: | 293.51 | 3,881.14 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 64.68 |
| NY: SDI Offset (EE) | -1.20 | -16.80 |
| Optional Life | 4.15 | 58.10 |
| PS Loan (01) | 32.26 | 419.38 |
| PS Loan (02) | 79.99 | 559.93 |
| Personal Mileage | 80.77 | 909.26 |
| Total: | 200.59 | 1,994.55 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 5.43 |
| Basic LTD - ER | 5.43 | 75.36 |
| Group Life ER | 1.30 | 18.02 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 16.80 |
| Total: | 8.33 | 115.61 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,261.13 | 44,863.93 |
| Medicare - Taxable Wages | 3,261.13 | 44,863.93 |
| Federal Withholding - Taxable Wages | 2,967.62 | 40,982.79 |
| State Withholding (Work) - Taxable Wages | 2,967.62 | 40,982.79 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 3.06 | 0 | 109.76 |
| Vacation | 2.98 | 7.75 | 93.52 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,970.07 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G003744

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Ted Wendling | 227892 | 07/29/2023 | 08/11/2023 | 08/17/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,277.17 | 294.95 | 802.26 | 200.59 | 1,979.37 |
| YTD | 54,543.09 | 4,752.29 | 12,888.39 | 2,597.52 | 34,304.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 1,549.55 |
| Overtime 1.5 | 07/29/2023 - 08/04/2023 | 0.133333 | 61.485 | 8.20 | 58.43 |
| Paid Sick | | 0 | | | 2,184.90 |
| Regular Overtime | 07/29/2023 - 08/04/2023 | 1.25 | 40.99 | 51.24 | |
| Regular Overtime | 08/05/2023 - 08/11/2023 | 1 | 40.99 | 40.99 | 564.36 |
| Regular Pay | 07/29/2023 - 08/04/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 08/05/2023 - 08/11/2023 | 38.75 | 40.99 | 1,588.37 | 47,644.44 |
| Vacation | | 0 | | | 2,223.73 |
| Total: | | 79.883 | | 3,277.17 | 54,543.09 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 203.18 | 3,381.67 |
| Medicare | 47.51 | 790.87 |
| Federal Withholding | 393.42 | 6,104.43 |
| State Tax - NY | 142.04 | 2,342.83 |
| NY SDI - NYSDI | 1.20 | 20.40 |
| New York Paid Family Leave - NYPF | 14.91 | 248.19 |
| Total: | 802.26 | 12,888.39 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 294.95 | 4,752.29 |
| Total: | 294.95 | 4,752.29 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 78.54 |
| NY: SDI Offset (EE) | -1.20 | -19.20 |
| Optional Life | 4.15 | 70.55 |
| PS Loan (01) | 32.26 | 516.16 |
| PS Loan (02) | 79.99 | 799.90 |
| Personal Mileage | 80.77 | 1,151.57 |
| Total: | 200.59 | 2,597.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 6.63 |
| Basic LTD - ER | 5.43 | 91.65 |
| Group Life ER | 1.30 | 21.92 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 19.20 |
| Total: | 8.33 | 139.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,277.17 | 54,543.09 |
| Medicare - Taxable Wages | 3,277.17 | 54,543.09 |
| Federal Withholding - Taxable Wages | 2,982.22 | 49,790.80 |
| State Withholding (Work) - Taxable Wages | 2,982.22 | 49,790.80 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 15.5 |
| Sick | 3.07 | 0 | 95.59 |
| Vacation | 2.98 | 0 | 62.55 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,979.37  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ted Wendling | | 227892 | 08/12/2023 | 08/25/2023 | 08/31/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,183.58 | 286.53 | 771.28 | 88.34 | 2,037.43 |
| YTD | 57,726.67 | 5,038.82 | 13,659.67 | 2,685.86 | 36,342.32 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 1,549.55 |
| Overtime 1.5 | | 0 | | | 58.43 |
| Paid Sick | | 0 | | | 2,184.90 |
| Regular Overtime | 08/12/2023 - 08/18/2023 | 0.016667 | 40.99 | 0.69 | |
| Regular Overtime | 08/19/2023 - 08/25/2023 | 0.15 | 40.99 | 6.15 | 571.20 |
| Regular Pay | 08/12/2023 - 08/18/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 08/19/2023 - 08/25/2023 | 38.75 | 40.99 | 1,588.37 | 50,821.18 |
| Vacation | | 0 | | | 2,223.73 |
| Total: | | 77.667 | | 3,183.58 | 57,726.67 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 197.38 | 3,579.05 |
| Medicare | 46.17 | 837.04 |
| Federal Withholding | 374.68 | 6,479.11 |
| State Tax - NY | 137.36 | 2,480.19 |
| NY SDI - NYSDI | 1.20 | 21.60 |
| New York Paid Family Leave - NYPF | 14.49 | 262.68 |
| Total: | 771.28 | 13,659.67 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 286.53 | 5,038.82 |
| Total: | 286.53 | 5,038.82 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 83.16 |
| NY: SDI Offset (EE) | -1.20 | -20.40 |
| Optional Life | 4.15 | 74.70 |
| PS Loan (01) | | 516.16 |
| PS Loan (02) | | 799.90 |
| Personal Mileage | 80.77 | 1,232.34 |
| Total: | 88.34 | 2,685.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 7.03 |
| Basic LTD - ER | 5.43 | 97.08 |
| Group Life ER | 1.30 | 23.22 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 20.40 |
| Total: | 8.33 | 147.73 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,183.58 | 57,726.67 |
| Medicare - Taxable Wages | 3,183.58 | 57,726.67 |
| Federal Withholding - Taxable Wages | 2,897.05 | 52,687.85 |
| State Withholding (Work) - Taxable Wages | 2,897.05 | 52,687.85 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 2.99 | 0 | 98.58 |
| Vacation | 2.98 | 0 | 65.53 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 2,037.43 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Ted Wendling | | 227892 | 09/09/2023 | 09/22/2023 | 09/28/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Long Island - NYC JPS | Senior Field Security Investigator | 40.99 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,264.54 | 293.81 | 798.09 | 200.59 | 1,972.05 |
| YTD | 64,180.26 | 5,619.65 | 15,230.83 | 3,087.04 | 40,242.74 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | 0 | | | 317.68 |
| Holiday Pay | | 0 | | | 1,867.23 |
| Overtime 1.5 | 09/16/2023 - 09/22/2023 | 0.316666 | 61.485 | 19.48 | 77.91 |
| Paid Sick | | 0 | | | 2,285.33 |
| Regular Overtime | 09/09/2023 - 09/15/2023 | 0.416667 | 40.99 | 17.08 | |
| Regular Overtime | 09/16/2023 - 09/22/2023 | 1.25 | 40.99 | 51.24 | 639.52 |
| Regular Pay | 09/09/2023 - 09/15/2023 | 38.75 | 40.99 | 1,588.37 | |
| Regular Pay | 09/16/2023 - 09/22/2023 | 38.75 | 40.99 | 1,588.37 | 56,133.51 |
| Vacation | | 0 | | | 2,859.08 |
| Total: | | 79.483 | | 3,264.54 | 64,180.26 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 202.41 | 3,979.18 |
| Medicare | 47.33 | 930.61 |
| Federal Withholding | 390.89 | 7,245.77 |
| State Tax - NY | 141.41 | 2,759.23 |
| NY SDI - NYSDI | 1.20 | 24.00 |
| New York Paid Family Leave - NYPFL | 14.85 | 292.04 |
| Total: | 798.09 | 15,230.83 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 293.81 | 5,619.65 |
| Total: | 293.81 | 5,619.65 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 4.62 | 92.40 |
| NY: SDI Offset (EE) | -1.20 | -22.80 |
| Optional Life | 4.15 | 83.00 |
| PS Loan (01) | 32.26 | 580.68 |
| PS Loan (02) | 79.99 | 959.88 |
| Personal Mileage | 80.77 | 1,393.88 |
| Total: | 200.59 | 3,087.04 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 7.83 |
| Basic LTD - ER | 5.43 | 107.94 |
| Group Life ER | 1.30 | 25.82 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 22.80 |
| Total: | 8.33 | 164.39 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,264.54 | 64,180.26 |
| Medicare - Taxable Wages | 3,264.54 | 64,180.26 |
| Federal Withholding - Taxable Wages | 2,970.73 | 58,560.61 |
| State Withholding (Work) - Taxable Wages | 2,970.73 | 58,560.61 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Sick | 3.06 | 0 | 102.18 |
| Vacation | 2.98 | 0 | 55.99 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Betpage Federal Credit Union | Teds account | ******1259 | | 1,972.05 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.