# EXHIBIT 40

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 03/11/2023 | 03/24/2023 | 03/30/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,350.62 | 525.44 | 595.53 | 139.95 | 2,089.70 |
| YTD | 22,902.21 | 3,601.43 | 4,046.10 | 1,365.47 | 13,889.21 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 53.52 |
| Holiday Pay | | | 0 | | 947.91 |
| Paid Sick | | | 0 | | 1,445.34 |
| Personal Leave | | | 0 | | 112.12 |
| Regular Overtime | 03/18/2023 - 03/24/2023 | 0.583334 | 42.81 | 24.98 | 68.51 |
| Regular Pay | 03/11/2023 - 03/17/2023 | 23.43333 | 42.81 | 1,003.19 | |
| Regular Pay | 03/18/2023 - 03/24/2023 | 38.75 | 42.81 | 1,658.89 | 18,759.65 |
| Vacation | 03/11/2023 - 03/17/2023 | 15.5 | 42.81 | 663.56 | 1,515.16 |
| Total: | | 78.267 | | 3,350.62 | 22,902.21 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 189.70 | 1,297.79 |
| Medicare | 44.37 | 303.52 |
| Federal Withholding | 214.10 | 1,441.63 |
| State Tax - NY | 132.24 | 899.54 |
| NY SDI - NYSDI | 1.20 | 8.40 |
| New York Paid Family Leave - NYPF | 13.92 | 95.22 |
| Total: | 595.53 | 4,046.10 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 234.55 | 1,631.32 |
| Delta Dental Standard | 12.52 | 87.64 |
| EyeMed Vision | 8.37 | 58.59 |
| FSA Medical | 60.00 | 360.00 |
| Independent Health | 210.00 | 1,463.88 |
| Total: | 525.44 | 3,601.43 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 16.17 |
| LTD Buy-UP | 4.97 | 34.10 |
| NY: SDI Offset (EE) | -1.20 | -8.40 |
| Optional Life | 68.10 | 456.91 |
| PS Loan (13) | | 409.76 |
| Other | 65.77 | 456.93 |
| Total: | 139.95 | 1,365.47 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 2.63 |
| Basic LTD - ER | 5.67 | 38.88 |
| Delta Dental Standard - ER | 31.06 | 217.42 |
| Group Life ER | 1.36 | 9.34 |
| Independent Health - ER | 691.39 | 4,764.52 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 8.40 |
| Total: | 731.08 | 5,041.19 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,059.73 | 20,932.10 |
| Medicare - Taxable Wages | 3,059.73 | 20,932.10 |
| Federal Withholding - Taxable Wages | 2,825.18 | 19,300.78 |
| State Withholding (Work) - Taxable Wages | 2,825.18 | 19,300.78 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 14.25 |
| Sick | 4.52 | 0 | 1348.39 |
| Vacation | 5.96 | 15.5 | 92.01 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 2,089.70   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                      G004026

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 03/25/2023 | 04/07/2023 | 04/13/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,449.78 | 532.38 | 619.69 | 242.39 | 2,055.32 |
| YTD | 26,351.99 | 4,133.81 | 4,665.79 | 1,607.86 | 15,944.53 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 03/25/2023 - 03/31/2023 | 7.75 | 42.81 | 331.78 | 385.30 |
| Holiday Pay | | | 0 | | 947.91 |
| Paid Sick | | | 0 | | 1,445.34 |
| Personal Leave | | | 0 | | 112.12 |
| Regular Overtime | | | 0 | | 68.51 |
| Regular Pay | 03/25/2023 - 03/31/2023 | 34.08333 | 42.81 | 1,459.11 | 20,218.76 |
| Vacation | 04/01/2023 - 04/07/2023 | 38.75 | 42.81 | 1,658.89 | 3,174.05 |
| Total: | | 80.583 | | 3,449.78 | 26,351.99 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 195.85 | 1,493.64 |
| Medicare | 45.80 | 349.32 |
| Federal Withholding | 225.16 | 1,666.79 |
| State Tax - NY | 137.31 | 1,036.85 |
| NY SDI - NYSDI | 1.20 | 9.60 |
| New York Paid Family Leave - NYPF | 14.37 | 109.59 |
| Total: | 619.69 | 4,665.79 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 241.49 | 1,872.81 |
| Delta Dental Standard | 12.52 | 100.16 |
| EyeMed Vision | 8.37 | 66.96 |
| FSA Medical | 60.00 | 420.00 |
| Independent Health | 210.00 | 1,673.88 |
| Total: | 532.38 | 4,133.81 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 18.48 |
| LTD Buy-UP | 4.97 | 39.07 |
| NY: SDI Offset (EE) | -1.20 | -9.60 |
| Optional Life | 68.10 | 525.01 |
| PS Loan (13) | 102.44 | 512.20 |
| Other | 65.77 | 522.70 |
| Total: | 242.39 | 1,607.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.03 |
| Basic LTD - ER | 5.67 | 44.55 |
| Delta Dental Standard - ER | 31.06 | 248.48 |
| Group Life ER | 1.36 | 10.70 |
| Independent Health - ER | 691.39 | 5,455.91 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 9.60 |
| Total: | 731.08 | 5,772.27 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,158.89 | 24,090.99 |
| Medicare - Taxable Wages | 3,158.89 | 24,090.99 |
| Federal Withholding - Taxable Wages | 2,917.40 | 22,218.18 |
| State Withholding (Work) - Taxable Wages | 2,917.40 | 22,218.18 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 7.75 | 6.5 |
| Sick | 4.65 | 0 | 1353.04 |
| Vacation | 5.96 | 38.75 | 59.22 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 2,055.32 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G004027

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Grey | | 112290 | 04/08/2023 | 04/21/2023 | 04/27/2023 | |
| Department | | Location | | Job Title | | Hourly Rate |
| SI3800 SIU | | NY Buffalo (Field) - JPS | | Senior Field Security Investigator | | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,466.92 | 533.58 | 623.89 | 242.39 | 2,067.06 |
| YTD | 29,818.91 | 4,667.39 | 5,289.68 | 1,850.25 | 18,011.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 385.30 |
| Holiday Pay | | | 0 | | 947.91 |
| Overtime 1.5 | 04/08/2023 - 04/14/2023 | 0.466667 | 64.215 | 29.97 | 29.97 |
| Paid Sick | 04/15/2023 - 04/21/2023 | 7.75 | 42.81 | 331.78 | 1,777.12 |
| Personal Leave | | | 0 | | 112.12 |
| Regular Overtime | 04/08/2023 - 04/14/2023 | 1.25 | 42.81 | 53.52 | 122.03 |
| Regular Pay | 04/08/2023 - 04/14/2023 | 38.75 | 42.81 | 1,658.89 | |
| Regular Pay | 04/15/2023 - 04/21/2023 | 32.53333 | 42.81 | 1,392.76 | 23,270.41 |
| Vacation | | | 0 | | 3,174.05 |
| Total: | | 80.75 | | 3,466.92 | 29,818.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 196.92 | 1,690.56 |
| Medicare | 46.05 | 395.37 |
| Federal Withholding | 227.08 | 1,893.87 |
| State Tax - NY | 138.19 | 1,175.04 |
| NY SDI - NYSDI | 1.20 | 10.80 |
| New York Paid Family Leave - NYPF | 14.45 | 124.04 |
| Total: | 623.89 | 5,289.68 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 242.69 | 2,115.50 |
| Delta Dental Standard | 12.52 | 112.68 |
| EyeMed Vision | 8.37 | 75.33 |
| FSA Medical | 60.00 | 480.00 |
| Independent Health | 210.00 | 1,883.88 |
| Total: | 533.58 | 4,667.39 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 20.79 |
| LTD Buy-UP | 4.97 | 44.04 |
| NY: SDI Offset (EE) | -1.20 | -10.80 |
| Optional Life | 68.10 | 593.11 |
| PS Loan (13) | 102.44 | 614.64 |
| Other | 65.77 | 588.47 |
| Total: | 242.39 | 1,850.25 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.43 |
| Basic LTD - ER | 5.67 | 50.22 |
| Delta Dental Standard - ER | 31.06 | 279.54 |
| Group Life ER | 1.36 | 12.06 |
| Independent Health - ER | 691.39 | 6,147.30 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 10.80 |
| Total: | 731.08 | 6,503.35 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,176.03 | 27,267.02 |
| Medicare - Taxable Wages | 3,176.03 | 27,267.02 |
| Federal Withholding - Taxable Wages | 2,933.34 | 25,151.52 |
| State Withholding (Work) - Taxable Wages | 2,933.34 | 25,151.52 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 6.5 |
| Sick | 4.66 | 7.75 | 1349.95 |
| Vacation | 5.96 | 0 | 65.18 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 2,067.06 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 04/22/2023 | 05/05/2023 | 05/11/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,571.45 | 540.90 | 649.37 | 242.39 | 2,138.79 |
| YTD | 33,390.36 | 5,208.29 | 5,939.05 | 2,092.64 | 20,150.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 04/29/2023 - 05/05/2023 | 6 | 42.81 | 256.86 | 642.16 |
| Holiday Pay | | | | 0 | 947.91 |
| Overtime 1.5 | 04/22/2023 - 04/28/2023 | 0.049998 | 64.215 | 3.22 | 33.19 |
| Paid Sick | | | | 0 | 1,777.12 |
| Personal Leave | | | | 0 | 112.12 |
| Regular Overtime | 04/22/2023 - 04/28/2023 | 1.25 | 42.81 | 53.52 | 175.55 |
| Regular Pay | 04/22/2023 - 04/28/2023 | 38.75 | 42.81 | 1,658.89 | |
| Regular Pay | 04/29/2023 - 05/05/2023 | 37.34999 | 42.81 | 1,598.96 | 26,528.26 |
| Vacation | | | 0 | | 3,174.05 |
| Total: | | 83.4 | | 3,571.45 | 33,390.36 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 203.39 | 1,893.95 |
| Medicare | 47.57 | 442.94 |
| Federal Withholding | 238.74 | 2,132.61 |
| State Tax - NY | 143.54 | 1,318.58 |
| NY SDI - NYSDI | 1.20 | 12.00 |
| New York Paid Family Leave - NYPF | 14.93 | 138.97 |
| Total: | 649.37 | 5,939.05 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 250.01 | 2,365.51 |
| Delta Dental Standard | 12.52 | 125.20 |
| EyeMed Vision | 8.37 | 83.70 |
| FSA Medical | 60.00 | 540.00 |
| Independent Health | 210.00 | 2,093.88 |
| Total: | 540.90 | 5,208.29 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 23.10 |
| LTD Buy-UP | 4.97 | 49.01 |
| NY: SDI Offset (EE) | -1.20 | -12.00 |
| Optional Life | 68.10 | 661.21 |
| PS Loan (13) | 102.44 | 717.08 |
| Other | 65.77 | 654.24 |
| Total: | 242.39 | 2,092.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 3.83 |
| Basic LTD - ER | 5.67 | 55.89 |
| Delta Dental Standard - ER | 31.06 | 310.60 |
| Group Life ER | 1.36 | 13.42 |
| Independent Health - ER | 691.39 | 6,838.69 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 12.00 |
| Total: | 731.08 | 7,234.43 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,280.56 | 30,547.58 |
| Medicare - Taxable Wages | 3,280.56 | 30,547.58 |
| Federal Withholding - Taxable Wages | 3,030.55 | 28,182.07 |
| State Withholding (Work) - Taxable Wages | 3,030.55 | 28,182.07 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 6 | 8.25 |
| Sick | 4.81 | 0 | 1354.76 |
| Vacation | 5.96 | 0 | 71.14 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 2,138.79   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 05/06/2023 | 05/19/2023 | 05/25/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,419.10 | 530.23 | 612.22 | 242.39 | 2,034.26 |
| YTD | 36,809.46 | 5,738.52 | 6,551.27 | 2,335.03 | 22,184.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 642.16 |
| Holiday Pay | | | 0 | | 947.91 |
| Overtime 1.5 | | | 0 | | 33.19 |
| Paid Sick | 05/06/2023 - 05/12/2023 | 3.75 | 42.81 | 160.54 | 1,937.66 |
| Personal Leave | | | 0 | | 112.12 |
| Regular Overtime | 05/13/2023 - 05/19/2023 | 0.183333 | 42.81 | 7.85 | 183.40 |
| Regular Pay | 05/06/2023 - 05/12/2023 | 37.18333 | 42.81 | 1,591.82 | |
| Regular Pay | 05/13/2023 - 05/19/2023 | 38.75 | 42.81 | 1,658.89 | 29,778.97 |
| Vacation | | | 0 | | 3,174.05 |
| Total: | | 79.867 | | 3,419.10 | 36,809.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 193.95 | 2,087.90 |
| Medicare | 45.36 | 488.30 |
| Federal Withholding | 221.74 | 2,354.35 |
| State Tax - NY | 135.74 | 1,454.32 |
| NY SDI - NYSDI | 1.20 | 13.20 |
| New York Paid Family Leave - NYPF | 14.23 | 153.20 |
| Total: | 612.22 | 6,551.27 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 239.34 | 2,604.85 |
| Delta Dental Standard | 12.52 | 137.72 |
| EyeMed Vision | 8.37 | 92.07 |
| FSA Medical | 60.00 | 600.00 |
| Independent Health | 210.00 | 2,303.88 |
| Total: | 530.23 | 5,738.52 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 25.41 |
| LTD Buy-UP | 4.97 | 53.98 |
| NY: SDI Offset (EE) | -1.20 | -13.20 |
| Optional Life | 68.10 | 729.31 |
| PS Loan (13) | 102.44 | 819.52 |
| Other | 65.77 | 720.01 |
| Total: | 242.39 | 2,335.03 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 4.23 |
| Basic LTD - ER | 5.67 | 61.56 |
| Delta Dental Standard - ER | 31.06 | 341.66 |
| Group Life ER | 1.36 | 14.78 |
| Independent Health - ER | 691.39 | 7,530.08 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 13.20 |
| Total: | 731.08 | 7,965.51 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,128.21 | 33,675.79 |
| Medicare - Taxable Wages | 3,128.21 | 33,675.79 |
| Federal Withholding - Taxable Wages | 2,888.87 | 31,070.94 |
| State Withholding (Work) - Taxable Wages | 2,888.87 | 31,070.94 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 8.25 |
| Sick | 4.61 | 3.75 | 1355.62 |
| Vacation | 5.96 | 0 | 77.1 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 2,034.26 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Grey | | 112290 | 06/03/2023 | 06/16/2023 | 06/22/2023 | |
| **Department** | | **Location** | | **Job Title** | | **Hourly Rate** |
| SI3800 SIU | | NY Buffalo (Field) - JPS | | Senior Field Security Investigator | | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,356.47 | 525.85 | 596.96 | 260.85 | 1,972.81 |
| YTD | 43,679.22 | 6,801.20 | 7,990.33 | 2,838.27 | 26,049.42 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 642.16 |
| Holiday Pay | | | 0 | | 1,279.69 |
| Overtime 1.5 | | | 0 | | 33.19 |
| Paid Sick | 06/03/2023 - 06/09/2023 | 7.02 | 42.81 | 300.53 | 2,281.00 |
| Personal Leave | | | 0 | | 112.12 |
| Personal Mileage Use | | | 0 | | 800.92 |
| Regular Overtime | 06/10/2023 - 06/16/2023 | 0.099999 | 42.81 | 4.29 | 187.69 |
| Regular Pay | 06/03/2023 - 06/09/2023 | 32.53333 | 42.81 | 1,392.76 | |
| Regular Pay | 06/10/2023 - 06/16/2023 | 38.75 | 42.81 | 1,658.89 | 35,969.32 |
| Vacation | | | 0 | | 3,174.05 |
| Total: | | 78.403 | | 3,356.47 | 44,480.14 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 190.07 | 2,527.41 |
| Medicare | 44.45 | 591.09 |
| Federal Withholding | 214.75 | 2,897.46 |
| State Tax - NY | 132.54 | 1,773.31 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPF | 13.95 | 185.46 |
| Total: | 596.96 | 7,990.33 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 234.96 | 3,085.75 |
| Delta Dental Standard | 12.52 | 162.76 |
| EyeMed Vision | 8.37 | 108.81 |
| FSA Medical | 60.00 | 720.00 |
| Independent Health | 210.00 | 2,723.88 |
| Total: | 525.85 | 6,801.20 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 30.03 |
| LTD Buy-UP | 4.97 | 63.92 |
| NY: SDI Offset (EE) | -1.20 | -15.60 |
| Optional Life | 68.10 | 865.51 |
| PS Loan (13) | 102.44 | 1,024.40 |
| Other | 84.23 | 870.01 |
| Total: | 260.85 | 2,838.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 5.03 |
| Basic LTD - ER | 5.67 | 72.90 |
| Delta Dental Standard - ER | 31.06 | 403.78 |
| Group Life ER | 1.36 | 17.50 |
| Independent Health - ER | 691.39 | 8,912.86 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 15.60 |
| Total: | 731.08 | 9,427.67 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,065.58 | 40,764.69 |
| Medicare - Taxable Wages | 3,065.58 | 40,764.69 |
| Federal Withholding - Taxable Wages | 2,830.62 | 37,678.94 |
| State Withholding (Work) - Taxable Wages | 2,830.62 | 37,678.94 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 8.25 |
| Sick | 4.52 | 7.02 | 1356.85 |
| Vacation | 5.96 | 0 | 89.02 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 1,972.81 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G004032

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 06/17/2023 | 06/30/2023 | 07/06/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,367.02 | 526.59 | 599.53 | 260.85 | 1,980.05 |
| YTD | 47,046.24 | 7,327.79 | 8,589.86 | 3,099.12 | 28,029.47 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 06/24/2023 - 06/30/2023 | 7.75 | 42.81 | 331.78 | 973.94 |
| Holiday Pay | | | 0 | | 1,279.69 |
| Overtime 1.5 | | | 0 | | 33.19 |
| Paid Sick | | | 0 | | 2,281.00 |
| Personal Leave | | | 0 | | 112.12 |
| Personal Mileage Use | | | 0 | | 800.92 |
| Regular Overtime | 06/17/2023 - 06/23/2023 | 0.55 | 42.81 | 23.55 | 211.24 |
| Regular Pay | 06/17/2023 - 06/23/2023 | 38.75 | 42.81 | 1,658.89 | |
| Regular Pay | 06/24/2023 - 06/30/2023 | 23.85 | 42.81 | 1,021.02 | 38,649.23 |
| Vacation | 06/24/2023 - 06/30/2023 | 7.75 | 42.81 | 331.78 | 3,505.83 |
| Total: | | 78.65 | | 3,367.02 | 47,847.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 190.72 | 2,718.13 |
| Medicare | 44.60 | 635.69 |
| Federal Withholding | 215.93 | 3,113.39 |
| State Tax - NY | 133.08 | 1,906.39 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPF | 14.00 | 199.46 |
| Total: | 599.53 | 8,589.86 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 235.70 | 3,321.45 |
| Delta Dental Standard | 12.52 | 175.28 |
| EyeMed Vision | 8.37 | 117.18 |
| FSA Medical | 60.00 | 780.00 |
| Independent Health | 210.00 | 2,933.88 |
| Total: | 526.59 | 7,327.79 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 32.34 |
| LTD Buy-UP | 4.97 | 68.89 |
| NY: SDI Offset (EE) | -1.20 | -16.80 |
| Optional Life | 68.10 | 933.61 |
| PS Loan (13) | 102.44 | 1,126.84 |
| Other | 84.23 | 954.24 |
| Total: | 260.85 | 3,099.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 5.43 |
| Basic LTD - ER | 5.67 | 78.57 |
| Delta Dental Standard - ER | 31.06 | 434.84 |
| Group Life ER | 1.36 | 18.86 |
| Independent Health - ER | 691.39 | 9,604.25 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 16.80 |
| Total: | 731.08 | 10,158.75 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,076.13 | 43,840.82 |
| Medicare - Taxable Wages | 3,076.13 | 43,840.82 |
| Federal Withholding - Taxable Wages | 2,840.43 | 40,519.37 |
| State Withholding (Work) - Taxable Wages | 2,840.43 | 40,519.37 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 7.75 | 0.5 |
| Sick | 4.54 | 0 | 1361.39 |
| Vacation | 5.96 | 7.75 | 87.23 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 1,980.05 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Michael Grey | 112290 | 07/29/2023 | 08/11/2023 | 08/17/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,381.29 | 527.59 | 603.00 | 260.85 | 1,989.85 |
| YTD | 57,263.62 | 8,915.69 | 10,416.80 | 3,881.67 | 34,049.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 973.94 |
| Holiday Pay | | | 0 | | 1,611.47 |
| Overtime 1.5 | | | 0 | | 33.19 |
| Personal Leave | | | 0 | | 112.12 |
| Personal Mileage Use | | | 0 | | 800.92 |
| Regular Overtime | 07/29/2023 - 08/04/2023 | 0.883334 | 42.81 | 37.82 | |
| Regular Overtime | 08/05/2023 - 08/11/2023 | 0.6 | 42.81 | 25.69 | 274.75 |
| Regular Pay | 07/29/2023 - 08/04/2023 | 38.75 | 42.81 | 1,658.89 | |
| Regular Pay | 08/05/2023 - 08/11/2023 | 38.75 | 42.81 | 1,658.89 | 46,534.15 |
| Vacation | | | 0 | | 4,832.95 |
| FMLA Sick | 07/08/2023 - 07/14/2023 | 6.5 | 42.81 | 278.27 | 278.27 |
| Paid Sick | 07/08/2023 - 07/14/2023 | -6.5 | 42.81 | -278.27 | 2,612.78 |
| Total: | | 78.983 | | 3,381.29 | 58,064.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 191.60 | 3,297.50 |
| Medicare | 44.81 | 771.19 |
| Federal Withholding | 217.52 | 3,774.16 |
| State Tax - NY | 133.81 | 2,311.58 |
| NY SDI - NYSDI | 1.20 | 20.40 |
| New York Paid Family Leave - NYPF | 14.06 | 241.97 |
| Total: | 603.00 | 10,416.80 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 236.70 | 4,036.68 |
| Delta Dental Standard | 12.52 | 212.84 |
| EyeMed Vision | 8.37 | 142.29 |
| FSA Medical | 60.00 | 960.00 |
| Independent Health | 210.00 | 3,563.88 |
| Total: | 527.59 | 8,915.69 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 39.27 |
| LTD Buy-UP | 4.97 | 83.80 |
| NY: SDI Offset (EE) | -1.20 | -20.40 |
| Optional Life | 68.10 | 1,137.91 |
| PS Loan (13) | 102.44 | 1,434.16 |
| Other | 84.23 | 1,206.93 |
| Total: | 260.85 | 3,881.67 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 6.63 |
| Basic LTD - ER | 5.67 | 95.58 |
| Delta Dental Standard - ER | 31.06 | 528.02 |
| Group Life ER | 1.36 | 22.94 |
| Independent Health - ER | 691.39 | 11,678.42 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 20.40 |
| Total: | 731.08 | 12,351.99 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,090.40 | 53,185.53 |
| Medicare - Taxable Wages | 3,090.40 | 53,185.53 |
| Federal Withholding - Taxable Wages | 2,853.70 | 49,148.85 |
| State Withholding (Work) - Taxable Wages | 2,853.70 | 49,148.85 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 8.25 |
| Sick | 4.56 | 0 | 1360.91 |
| Vacation | 5.96 | 0 | 74.11 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 1,989.85 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G004036

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Michael Grey | | 112290 | 08/26/2023 | 09/08/2023 | 09/14/2023 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| SI3800 SIU | NY Buffalo (Field) - JPS | Senior Field Security Investigator | 42.81 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,342.05 | 524.84 | 593.43 | 260.85 | 1,962.93 |
| YTD | 63,909.18 | 9,962.67 | 11,594.28 | 4,300.93 | 38,051.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 973.94 |
| Holiday Pay | 09/02/2023 - 09/08/2023 | 7.75 | 42.81 | 331.78 | 1,943.25 |
| Overtime 1.5 | | | 0 | | 33.19 |
| Paid Sick | | | 0 | | 2,612.78 |
| Personal Leave | | | 0 | | 112.12 |
| Personal Mileage Use | | | 0 | | 800.92 |
| Regular Overtime | 08/26/2023 - 09/01/2023 | 0.166667 | 42.81 | 7.14 | 281.89 |
| Regular Pay | 08/26/2023 - 09/01/2023 | 38.75 | 42.81 | 1,658.89 | |
| Regular Pay | 09/02/2023 - 09/08/2023 | 31.4 | 42.81 | 1,344.24 | 51,181.90 |
| Vacation | | | 0 | | 6,491.84 |
| FMLA Sick | | | 0 | | 278.27 |
| Total: | | 78.067 | | 3,342.05 | 64,710.10 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 189.17 | 3,673.46 |
| Medicare | 44.24 | 859.11 |
| Federal Withholding | 213.14 | 4,196.14 |
| State Tax - NY | 131.80 | 2,573.21 |
| NY SDI - NYSDI | 1.20 | 22.80 |
| New York Paid Family Leave - NYPF | 13.88 | 269.56 |
| Total: | 593.43 | 11,594.28 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 233.95 | 4,501.88 |
| Delta Dental Standard | 12.52 | 237.88 |
| EyeMed Vision | 8.37 | 159.03 |
| FSA Medical | 60.00 | 1,080.00 |
| Independent Health | 210.00 | 3,983.88 |
| Total: | 524.84 | 9,962.67 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 2.31 | 43.89 |
| LTD Buy-UP | 4.97 | 93.74 |
| NY: SDI Offset (EE) | -1.20 | -22.80 |
| Optional Life | 68.10 | 1,274.11 |
| PS Loan (13) | 102.44 | 1,536.60 |
| Other | 84.23 | 1,375.39 |
| Total: | 260.85 | 4,300.93 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.40 | 7.43 |
| Basic LTD - ER | 5.67 | 106.92 |
| Delta Dental Standard - ER | 31.06 | 590.14 |
| Group Life ER | 1.36 | 25.66 |
| Independent Health - ER | 691.39 | 13,061.20 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 22.80 |
| Total: | 731.08 | 13,814.15 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,051.16 | 59,249.31 |
| Medicare - Taxable Wages | 3,051.16 | 59,249.31 |
| Federal Withholding - Taxable Wages | 2,817.21 | 54,747.43 |
| State Withholding (Work) - Taxable Wages | 2,817.21 | 54,747.43 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 8.25 |
| Sick | 4.5 | 0 | 1369.86 |
| Vacation | 5.96 | 0 | 47.26 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Citizens Bk | Citizens Bk ******8507 | ******8507 | | 1,962.93  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                      G004038