# EXHIBIT 43

Message

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 5/12/2020 3:04:33 PM |
| **To:** | Diniso, Vito [VDiNiso@geico.com] |
| **Subject:** | RE: EUO's |

Vito,

For now work your 7.75 hours and not a second more.  We are working on a few items to see what we can do.

---

Sensitivity: General/Internal

**From:** Diniso, Vito
**Sent:** Tuesday, May 12, 2020 8:29 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: EUO's

Dara,

6 euo cases, only 1 has been scheduled... if these 2 go through, I'll have 3 scheduled, 3 remaining

I need overtime to keep up with the ridiculous workload – I'm 51% over what I had last year by this date.  At this rate, I'll get 72 cases this month



**Vito DiNiso** | Senior SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-813-6424 | Fax: 914-613-1356
Email: vdiniso@geico.com

Confidentiality Notice:
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, May 12, 2020 8:24 AM
**To:** Diniso, Vito <VDiNiso@geico.com>
**Subject:** RE: EUO's

Good deal. You have a lot more in your pending?

---

Sensitivity: General/Internal

**From:** Diniso, Vito
**Sent:** Tuesday, May 12, 2020 8:19 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: EUO's

Dara,

G012549

SIU #2108598 – Claim #0281048050101097, Cathy Lowell – 2IPs, 9:00 AM and 11:00 AM June 1

SIU #2131367 - Claim #0648602500000001, Lucy Guillo – 1 IP, 9:00 AM June 5



**Vito DiNiso** | Senior SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-813-6424 | Fax: 914-613-1356
Email: vdiniso@geico.com

Confidentiality Notice:
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, May 12, 2020 8:11 AM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** EUO's

We have time slots for EUO's for first week in June.  Go ahead and submit a case each as follows:
June 1 George and Vito
June 2 Rob and STeve
June 3 Evan and Lou
June 4 Joe and John
June 5 George and Vito

We still cannot proceed on Rivkin cases.  If you cant fill the slots for your days let me know.  Shot me an email with the case number, date and number of IP's once you schedule it with the girls.



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Sensitivity: General/Internal