# EXHIBIT 46

# Investigator Core Metric Weights

| Metric | Weights 2018 | Weights 2019 Proposed |
|---|---|---|
| Productivity | 40% | 40% |
| Quality | 40% | 40% |
| Case Life | 20% | 20% |

** Note: Weights are the same in 2019 from 2018**



# Field Investigator Productivity

| 2018 Field Investigator Scale | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Goal | <17 | 17 to 19 | 20 to 23 | 24 to 25 | >25 |
| # Inv | 6 | 10 | 67 | 47 | 130 |
| % Inv | 2% | 4% | 26% | 18% | 50% |

| 2019 Field Investigator Proposal | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Goal | <18.8 | 18.8 to 22.2 | 22.3 to 26.8 | 26.7 to 30.5 | >30.5 |
| # Inv | 7 | 41 | 87 | 47 | 21 |
| % Inv | 3% | 20% | 43% | 23% | 10% |

| 2018 | |
|---|---|
| %Proficient | 94.0% |
| Average Score | 4.10 |

| 2019 Proposed | |
|---|---|
| %Proficient | 76.0% |
| Average Score | 3.17 |

Sensitivity: Confidential

Confidential   G010856