# EXHIBIT 47

DOCUMENT PRODUCED NATIVELY

Confidential

G010797

| | | |
|---|---|---|
| **Investigator Name:** | | Tom Barden |
| **Months Worked** | | |

| Month | Tip | Prod | Activity | Quality | Overall | YTD |
|---|---|---|---|---|---|---|
| January | 5.00 | 2.94 | | **5.00** | **4.07** | **4.07** |
| February | 5.00 | 3.36 | | **5.00** | **4.26** | **4.17** |
| March | 5.00 | 5.00 | | **5.00** | **5.00** | **4.12** |
| April | | | | #VALUE! | #VALUE! | |

| **January** | |
|---|---|
| Overall | 4.07 |
| TIP (hours) 15% | 5.00 |
| Closed Cases/Productivity 40% | 2.94 |
| File Quality 30% | 5.00 |

| **February** | |
|---|---|
| Overall | 4.26 |
| TIP (hours) 15% | 5.00 |
| Closed Cases/Productivity 40% | 3.36 |
| File Quality 30% | 5.00 |

| **March** | |
|---|---|
| Overall | 5.00 |
| TIP (hours) 15% | 5.00 |
| Closed Cases/Productivity 40% | 5.00 |
| File Quality 30% | 5.00 |

| **ICA Hours** | |
|---|---|
| Enter Result Here --> | 0.55 |
| Rating --> | 5.00 |
| 1 | 20.1 |
| 2 | 20.09 |
| 3 | 15 |
| 4 | 10 |
| 5 | 5 |

| **ICA Hours** | |
|---|---|
| Enter Result Here --> | 5 |
| Rating --> | 5.00 |
| 1 | 20.1 |
| 2 | 20.09 |
| 3 | 15 |
| 4 | 10 |
| 5 | 5 |

| **ICA Hours** | |
|---|---|
| Enter Result Here --> | 1.84 |
| Rating --> | 5.00 |
| 1 | 20.1 |
| 2 | 20.09 |
| 3 | 15 |
| 4 | 10 |
| 5 | 5 |

21.4 | 22.5 | 

| **Coverage Prod** | |
|---|---|
| Enter Result Here --> | 32.742 |
| Rating --> | 2.94 |
| 1 | 28.99 |
| 2 | 29 |
| 3 | 33 |
| 4 | 37 |
| 5 | 41 |

| **Coverage Prod** | |
|---|---|
| Enter Result Here --> | 34.425 |
| Rating --> | 3.36 |
| 1 | 28.99 |
| 2 | 29 |
| 3 | 33 |
| 4 | 37 |
| 5 | 41 |

| **Coverage Prod** | |
|---|---|
| Enter Result Here --> | 49.8 |
| Rating --> | 5.00 |
| 1 | 28.99 |
| 2 | 29 |
| 3 | 33 |
| 4 | 37 |
| 5 | 41 |

66 | 87 | 108

| **Coverage Activities** | |
|---|---|
| Enter Result Here --> | 100.98 |
| Rating --> | 1.88 |
| | 114.99 |
| 2 | 115 |
| 3 | 156 |
| 4 | 197 |
| 5 | 238 |

| **Coverage Activities** | |
|---|---|
| Enter Result Here --> | 133.11 |
| Rating --> | 2.44 |
| 1 | 114.99 |
| 2 | 115 |
| 3 | 156 |
| 4 | 197 |
| 5 | 238 |

| **Coverage Activities** | |
|---|---|
| Enter Result Here --> | 108 |
| Rating --> | 1.94 |
| 1 | 114.99 |
| 2 | 115 |
| 3 | 156 |
| 4 | 197 |
| 5 | 238 |

| **Quality** | |
|---|---|
| Enter Result Here --> | 100 |
| Rating --> | 5.00 |
| 1 | 90.3 |
| 2 | 90.31 |
| 3 | 93.2 |
| 4 | 97.8 |
| 5 | 100 |

| **Quality** | |
|---|---|
| Enter Result Here --> | 100 |
| Rating --> | 5.00 |
| 1 | 90.3 |
| 2 | 90.31 |
| 3 | 93.2 |
| 4 | 97.8 |
| 5 | 100 |

| **Quality** | |
|---|---|
| Enter Result Here --> | 100 |
| Rating --> | 5.00 |
| 1 | 90.3 |
| 2 | 90.31 |
| 3 | 93.2 |
| 4 | 97.8 |
| 5 | 100 |

Sensitivity: General/Internal

| | Investigator Name: | Craig Costanzo |
|---|---|---|
| | Months Worked | 3 |

| Month | Tip | Prod | Activity | Quality | Overall | YTD |
|---|---|---|---|---|---|---|
| January | 5.00 | 4.20 | 5.00 | **5.00** | **4.68** | **4.68** |
| February | 5.00 | 5.00 | 5.00 | **5.00** | **5.00** | **4.84** |
| March | 5.00 | 5.00 | 4.73 | **5.00** | **4.96** | **4.88** |
| April | | | | | #VALUE! | #VALUE! |

| January | | | February | | | March | | | April | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Theft** | | | **Theft** | | | **Theft** | | | **Theft** | |
| TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | |
| Closed Cases/Productivity 40% | 4.20 | | Closed Cases/Productivity 40% | 5.00 | | Closed Cases/Productivity 40% | 5.00 | | Closed Cases/Productivity 40% | |
| Inv. Activities 15% | 5.00 | | Inv. Activities 15% | 5.00 | | Inv. Activities 15% | 4.73 | | Inv. Activities 15% | |
| File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | |
| Overall | 4.68 | | Overall | 5.00 | | Overall | 4.96 | | Overall | #VALUE! |

| **ICA Hours** | | | **ICA Hours** | | | **ICA Hours** | | | **ICA Hours** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 1.17 | | Enter Result Here --> | 1.55 | | Enter Result Here --> | 1.67 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 |
| 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 |
| 3 | 15 | | 3 | 15 | | 3 | 15 | | 3 | 15 |
| 4 | 10 | | 4 | 10 | | 4 | 10 | | 4 | 10 |
| 5 | 5 | | 5 | 5 | | 5 | 5 | | 5 | 5 |
| | 24.7 | | | 27.4 | | | | | | |

| **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 37.791 | | Enter Result Here --> | 41.922 | | Enter Result Here --> | 52.8 | | Enter Result Here --> | |
| Rating --> | 4.20 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 |
| 2 | 29 | | 2 | 29 | | 2 | 29 | | 2 | 29 |
| 3 | 33 | | 3 | 33 | | 3 | 33 | | 3 | 33 |
| 4 | 37 | | 4 | 37 | | 4 | 37 | | 4 | 37 |
| 5 | 41 | | 5 | 41 | | 5 | 41 | | 5 | 41 |
| | 199 | | | 186 | | | | | | |

| **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 304.47 | | Enter Result Here --> | 284.58 | | Enter Result Here --> | 227 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 4.73 | | Rating --> | |
| 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 |
| 2 | 115 | | 2 | 115 | | 2 | 115 | | 2 | 115 |
| 3 | 156 | | 3 | 156 | | 3 | 156 | | 3 | 156 |
| 4 | 197 | | 4 | 197 | | 4 | 197 | | 4 | 197 |
| 5 | 238 | | 5 | 238 | | 5 | 238 | | 5 | 238 |

| **Quality** | | | **Quality** | | | **Quality** | | | **Quality** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 |
| 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 |
| 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 |
| 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 |
| 5 | 100 | | 5 | 100 | | 5 | 100 | | 5 | 100 |

| | Investigator Name: | Brain Crozier |
|---|---|---|
| | **Months Worked** | 3 |

| Month | Tip | Prod | Activity | Quality | Overall | YTD |
|---|---|---|---|---|---|---|
| January | 5.00 | 5.00 | 5.00 | **5.00** | **5.00** | **5.00** |
| February | 5.00 | 5.00 | 3.75 | **5.00** | **4.81** | **4.91** |
| March | 5.00 | 3.45 | 2.41 | **5.00** | **3.99** | **4.60** |
| April | | | | | #VALUE! | #VALUE! |

| **January** | | | **February** | | | **March** | | | **April** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Theft | | | Theft | | | Theft | | | Theft | |
| TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | |
| Closed Cases/Productivity 40% | 5.00 | | Closed Cases/Productivity 40% | 5.00 | | Closed Cases/Productivity 40% | 3.45 | | Closed Cases/Productivity 40% | |
| Inv. Activities 15% | 5.00 | | Inv. Activities 15% | 3.75 | | Inv. Activities 15% | 2.41 | | Inv. Activities 15% | |
| File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | |
| Overall | 5.00 | | Overall | 4.81 | | Overall | 3.99 | | Overall | #VALUE! |

| **ICA Hours** | | | **ICA Hours** | | | **ICA Hours** | | | **ICA Hours** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 1.05 | | Enter Result Here --> | 1.38 | | Enter Result Here --> | 1.1 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 |
| 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 |
| 3 | 15 | | 3 | 15 | | 3 | 15 | | 3 | 15 |
| 4 | 10 | | 4 | 10 | | 4 | 10 | | 4 | 10 |
| 5 | 5 | | 5 | 5 | | 5 | 5 | | 5 | 5 |

| | 28.6 | | | 27.5 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | |
| Enter Result Here --> | 43.758 | | Enter Result Here --> | 42.075 | | Enter Result Here --> | 34.8 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 3.45 | | Rating --> | |
| 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 |
| 2 | 29 | | 2 | 29 | | 2 | 29 | | 2 | 29 |
| 3 | 33 | | 3 | 33 | | 3 | 33 | | 3 | 33 |
| 4 | 37 | | 4 | 37 | | 4 | 37 | | 4 | 37 |
| 5 | 41 | | 5 | 41 | | 5 | 41 | | 5 | 41 |

| | 160 | | | 122 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | |
| Enter Result Here --> | 244.8 | | Enter Result Here --> | 186.66 | | Enter Result Here --> | 132 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 3.75 | | Rating --> | 2.41 | | Rating --> | |
| 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 |
| 2 | 115 | | 2 | 115 | | 2 | 115 | | 2 | 115 |
| 3 | 156 | | 3 | 156 | | 3 | 156 | | 3 | 156 |
| 4 | 197 | | 4 | 197 | | 4 | 197 | | 4 | 197 |
| 5 | 238 | | 5 | 238 | | 5 | 238 | | 5 | 238 |

| **Quality** | | | **Quality** | | | **Quality** | | | **Quality** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 |
| 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 |
| 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 |
| 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 |
| 5 | 100 | | 5 | 100 | | 5 | 100 | | 5 | 100 |

Sensitivity: General/Internal

|   | Investigator Name: | Mike Grey |
|---|---|---|
|   | **Months Worked** | 3 |

| Month | Tip | Prod | Activity | Quality | Overall | YTD |
|---|---|---|---|---|---|---|
| January | 5.00 | 4.62 | 5.00 | **5.00** | **4.85** | **4.85** |
| February | 5.00 | 4.31 | 3.90 | **5.00** | **4.56** | **4.70** |
| March | 5.00 | 5.00 | 3.02 | **5.00** | **4.70** | **4.70** |
| April |   |   |   | #VALUE! | #VALUE! |   |

| January | | | February | | | March | | | April | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Theft** | | | **Theft** | | | **Theft** | | | **Theft** | |
| TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | 5.00 | | TIP (hours) 15% | |
| Closed Cases/Productivity 40% | 4.62 | | Closed Cases/Productivity 40% | 4.31 | | Closed Cases/Productivity 40% | 5.00 | | Closed Cases/Productivity 40% | |
| Inv. Activities 15% | 5.00 | | Inv. Activities 15% | 3.90 | | Inv. Activities 15% | 3.02 | | Inv. Activities 15% | |
| File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | 5.00 | | File Quality 30% | |
| Overall | 4.85 | | Overall | 4.56 | | Overall | 4.70 | | Overall | #VALUE! |

| ICA Hours | | | ICA Hours | | | ICA Hours | | | ICA Hours | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 0.82 | | Enter Result Here --> | 1.58 | | Enter Result Here --> | 4.7 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 |
| 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 |
| 3 | 15 | | 3 | 15 | | 3 | 15 | | 3 | 15 |
| 4 | 10 | | 4 | 10 | | 4 | 10 | | 4 | 10 |
| 5 | 5 | | 5 | 5 | | 5 | 5 | | 5 | 5 |

|   | 25.8 |   |   | 25 |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|
| **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | | | **Coverage Prod** | |
| Enter Result Here --> | 39.474 | | Enter Result Here --> | 38.25 | | Enter Result Here --> | 48.5 | | Enter Result Here --> | |
| Rating --> | 4.62 | | Rating --> | 4.31 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 |
| 2 | 29 | | 2 | 29 | | 2 | 29 | | 2 | 29 |
| 3 | 33 | | 3 | 33 | | 3 | 33 | | 3 | 33 |
| 4 | 37 | | 4 | 37 | | 4 | 37 | | 4 | 37 |
| 5 | 41 | | 5 | 41 | | 5 | 41 | | 5 | 41 |

|   | 158 |   |   | 126 |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|---|
| **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | | | **Coverage Activities** | |
| Enter Result Here --> | 241.74 | | Enter Result Here --> | 192.78 | | Enter Result Here --> | 157 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 3.90 | | Rating --> | 3.02 | | Rating --> | |
| 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 |
| 2 | 115 | | 2 | 115 | | 2 | 115 | | 2 | 115 |
| 3 | 156 | | 3 | 156 | | 3 | 156 | | 3 | 156 |
| 4 | 197 | | 4 | 197 | | 4 | 197 | | 4 | 197 |
| 5 | 238 | | 5 | 238 | | 5 | 238 | | 5 | 238 |

| **Quality** | | | **Quality** | | | **Quality** | | | **Quality** | |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | 100 | | Enter Result Here --> | |
| Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | 5.00 | | Rating --> | |
| 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 |
| 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 |
| 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 |
| 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 |
| 5 | 100 | | 5 | 100 | | 5 | 100 | | 5 | 100 |

|  | Investigator Name: | Geoff Mills |
|---|---|---|
|  | **Months Worked** |  |

| Month | Tip | Prod | Activity | Quality | Overall | YTD |
|---|---|---|---|---|---|---|
| January |  |  |  |  | **#VALUE!** | **#VALUE!** |
| February |  |  |  |  | **#VALUE!** | **#VALUE!** |
| March |  |  |  |  | **#VALUE!** | **#VALUE!** |
| April |  |  |  |  | **#VALUE!** | **#VALUE!** |

| **January** |  | | **February** |  | | **March** |  | | **April** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| **Theft** |  | | **Theft** |  | | **Theft** |  | | **Theft** |  |
| TIP (hours) 15% |  | | TIP (hours) 15% |  | | TIP (hours) 15% |  | | TIP (hours) 15% |  |
| Closed Cases/Productivity 40% |  | | Closed Cases/Productivity 40% |  | | Closed Cases/Productivity 40% |  | | Closed Cases/Productivity 40% |  |
| Inv. Activities 15% |  | | Inv. Activities 15% |  | | Inv. Activities 15% |  | | Inv. Activities 15% |  |
| File Quality 30% |  | | File Quality 30% |  | | File Quality 30% |  | | File Quality 30% |  |
| Overall | #VALUE! | | Overall | #VALUE! | | Overall | #VALUE! | | Overall | #VALUE! |

| **ICA Hours** |  | | **ICA Hours** |  | | **ICA Hours** |  | | **ICA Hours** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  |
| Rating --> |  | | Rating --> |  | | Rating --> |  | | Rating --> |  |
| 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 | | 1 | 20.1 |
| 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 | | 2 | 20.09 |
| 3 | 15 | | 3 | 15 | | 3 | 15 | | 3 | 15 |
| 4 | 10 | | 4 | 10 | | 4 | 10 | | 4 | 10 |
| 5 | 5 | | 5 | 5 | | 5 | 5 | | 5 | 5 |

| **Coverage Prod** |  | | **Coverage Prod** |  | | **Coverage Prod** |  | | **Coverage Prod** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  |
| Rating --> |  | | Rating --> |  | | Rating --> |  | | Rating --> |  |
| 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 | | 1 | 28.99 |
| 2 | 29 | | 2 | 29 | | 2 | 29 | | 2 | 29 |
| 3 | 33 | | 3 | 33 | | 3 | 33 | | 3 | 33 |
| 4 | 37 | | 4 | 37 | | 4 | 37 | | 4 | 37 |
| 5 | 41 | | 5 | 41 | | 5 | 41 | | 5 | 41 |

| **Coverage Activities** |  | | **Coverage Activities** |  | | **Coverage Activities** |  | | **Coverage Activities** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  |
| Rating --> |  | | Rating --> |  | | Rating --> |  | | Rating --> |  |
|  | 114.99 | | 1 | 114.99 | | 1 | 114.99 | | 1 | 114.99 |
| 2 | 115 | | 2 | 115 | | 2 | 115 | | 2 | 115 |
| 3 | 156 | | 3 | 156 | | 3 | 156 | | 3 | 156 |
| 4 | 197 | | 4 | 197 | | 4 | 197 | | 4 | 197 |
| 5 | 238 | | 5 | 238 | | 5 | 238 | | 5 | 238 |

| **Quality** |  | | **Quality** |  | | **Quality** |  | | **Quality** |  |
|---|---|---|---|---|---|---|---|---|---|---|
| Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  | | Enter Result Here --> |  |
| Rating --> |  | | Rating --> |  | | Rating --> |  | | Rating --> |  |
| 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 | | 1 | 90.3 |
| 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 | | 2 | 90.31 |
| 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 | | 3 | 93.2 |
| 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 | | 4 | 97.8 |
| 5 | 100 | | 5 | 100 | | 5 | 100 | | 5 | 100 |