# EXHIBIT 50

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [GCassagne@geico.com] |
| **Sent**: | 4/17/2018 11:40:27 PM |
| **To**: | Kilgen, Richard [RKilgen@geico.com]; D'Agata, Toni [TDagata@geico.com]; Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: Meeting Agenda |

**Topics**

**1.      Calendars**
Make sure both the EUO and the outlook calendar is completed every day.

**2.      Receipts**
Put all case numbers on all receipts. Make sure the receipt matches your EUO/field schedule times and locations.

**3.      Case Load/Overtime**
Workday is 7.75 hours. If you work more than 7.75, overtime must be put in. Case load is not going down. We cannot ask for additional staff if we are handling current case load without overtime.

**4.      Plate Checks**
New procedure will be set up for plate checks. Supervisors have to clear the current backlog first.

**5.      CHO Audits**
Region 2 score was **73.85%.** Country wide was 78.0%.        2017 R2 Audit Results: **96.3%**

| Supervisor | Sum of ADJ Rating | Count of ADJ Rating2 | |
|---|---|---|---|
| Cassagne,Gerard D | 7 | 13 | 53.85% |
| D'Agata,Toni A | 7 | 10 | 70.00% |
| Janik,Chester J | 14 | 15 | 93.33% |
| Kilgen,Richard R | 7 | 10 | 70.00% |
| Newport,William M | 7 | 9 | 77.78% |
| Neyland,April | 6 | 8 | 75.00% |
| Grand Total | 48 | 65 | 73.85% |

The main downgrades were on the following:

•       Make sure the recorded interview is properly downloaded into SICM
•       Make sure that when you do a recorded interview, you put on tape that you are getting permission and that the person knows that they are being recorded. IT HAS TO BE RECORDED.
•       Make sure when you contact the examiner, adjuster, etc – you either put the email into the associated evidence or you specify that the contact was make by a phone call
•       Make sure there is an impact statement in the sicm notes
•       Make sure that you  "touch" the case every several days. Make some entry that you reviewed the case, you updated the examiner, you made phone calls, etc. A case was failed because there were no entries for two weeks.
•       Make sure the closing level is right. No field work – level 2.
•       Make sure you document that you reviewed plogi and opiq on underwriting issues. It must be documented that you looked at these sites.
•       Make sure the policy impact is warranted. There are only a couple of things we are allowed to take policy impact on. I will send everybody the list.

Confidential

***

**Newport Action Plans:**
-      Moving forward we will not use the term "contacted". We will be specific in our notes to include whether or not we communicated via email or called the adjusters. For example: I contacted claims… Should be: I emailed claims… or.. I called claims…

Ri's
-      Supervisors will review notes to see if an RI was secured and if so it is loaded into evidence
-      When completing audits supervisors will listen to the beginning of RI's to verify the permission to record is present
-      Anytime an associate misses 24 tip on an audit supervisors are required to review 3 new openings per week to verify TIP is within 24 hours

***

## Discipline and Diligence
◦It is management's responsibility to manage the amount of overtime being worked and be diligent in avoiding unpaid work hours.

Review acceptable overtime with managers before allowing associates to work outside of their normal hours.

Situations may arise where an associate continues to work extra time after you have told them to discontinue – review these situations with HR.

**Remember unauthorized overtime is a disciplinary matter, not a compensation issue. If you told the associate not to work extra time, but the associate did not listen, you should pay the additional work time and begin the disciplinary process.**

Do not allow casual overtime. Stopping at the normal quitting time, but spending another 15 minutes putting things away or sending a few last minute e-mails is still work and must be paid.

Can a salaried nonexempt associate work a flex schedule, of 4 shifts of 8 hours during week one and work 45.5 hours during week two?
No, **flex schedules must be within the work week**, not the pay period for salaried nonexempt associates.

---

**From:** Cassagne, Gerard
**Sent:** Tuesday, April 17, 2018 7:38 PM
**To:** Kilgen, Richard; D'Agata, Toni; Campbell, Dara
**Subject:** Meeting Agenda

**Topics**
1.      **Calendars**
Make sure both the EUO and the outlook calendar is completed every day.

2.      **Receipts**
Put all case numbers on all receipts. Make sure the receipt matches your EUO/field schedule times and locations.

3.      **Case Load/Overtime**
Workday is 7.75 hours. If you work more than 7.75, overtime must be put in. Case load is not going down. We cannot ask for additional staff if we are handling current case load without overtime.

Confidential

G011860

**4.     Plate Checks**
New procedure will be set up for plate checks. Supervisors have to clear the current backlog first.

**5.     CHO Audits**
Region 2 score was **73.85%**. Country wide was 78.0%.        2017 R2 Audit Results: **96.3%**

| Supervisor | Sum of ADJ Rating | Count of ADJ Rating2 | |
|---|---|---|---|
| Cassagne,Gerard D | 7 | 13 | 53.85% |
| D'Agata,Toni A | 7 | 10 | 70.00% |
| Janik,Chester J | 14 | 15 | 93.33% |
| Kilgen,Richard R | 7 | 10 | 70.00% |
| Newport,William M | 7 | 9 | 77.78% |
| Neyland,April | 6 | 8 | 75.00% |
| Grand Total | 48 | 65 | 73.85% |

The main downgrades were on the following:

- Make sure the recorded interview is properly downloaded into SICM
- Make sure that when you do a recorded interview, you put on tape that you are getting permission and that the person knows that they are being recorded. IT HAS TO BE RECORDED.
- Make sure when you contact the examiner, adjuster, etc – you either put the email into the associated evidence or you specify that the contact was make by a phone call
- Make sure there is an impact statement in the sicm notes
- Make sure that you "touch" the case every several days. Make some entry that you reviewed the case, you updated the examiner, you made phone calls, etc. A case was failed because there were no entries for two weeks.
- Make sure the closing level is right. No field work – level 2.
- Make sure you document that you reviewed plogi and opiq on underwriting issues. It must be documented that you looked at these sites.
- Make sure the policy impact is warranted. There are only a couple of things we are allowed to take policy impact on. I will send everybody the list.

**Newport Action Plans:**
-       Moving forward we will not use the term "contacted".  We will be specific in our notes to include whether or not we communicated via email or called the adjusters.  For example:  I contacted claims… Should be: I emailed claims… or.. I called claims…

Ri's
-       Supervisors will review notes to see if an RI was secured and if so it is loaded into evidence
-       When completing audits supervisors will listen to the beginning of RI's to verify the permission to record is present
-       Anytime an associate misses 24 tip on an audit supervisors are required to review 3 new openings per week to verify TIP is within 24 hours

**Gerry Cassagne**
**SIU Field Supervisor**
**Region 2**
**917-940-6644**
**516-704-2134 - Fax**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or

*copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Confidential                                                                                                                                                                G011862