IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　　　　Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## PLAINTIFFS' NOTICE OF MOTION FOR CLASS CERTIFICATION

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Class Certification, and the accompanying Declaration of Michael J. Scimone and exhibits attached thereto, Plaintiffs, by and through undersigned counsel, will move this Court for an Order (1) certifying a Class pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), (2) designating Plaintiffs as Class Representatives, and (3) appointing Outten & Golden LLP and Kessler Matura P.C. as Class Counsel pursuant to Fed. R. Civ. P. 23(g).

| | |
|---|---|
| Dated: March 12, 2025 | Respectfully submitted,<br><br>*/s/ Michael J. Scimone*<br><br>Michael J. Scimone<br>Sabine Jean<br>Jarron D. McAllister<br>OUTTEN & GOLDEN LLP<br>685 Third Avenue, 25th Floor<br>New York, NY 10017<br>Telephone: 212-245-1000<br>Fax: 646-509-2060 |

mscimone@outtengolden.com
sjean@outtengolden.com
jmcallister@outtengolden.com

Troy L. Kessler
Garrett Kaske
KESSLER MATURA P.C.
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: 631-499-9100
Facsimile: 631-499-9120
tkesler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiffs and the Putative Class and Collective*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing document has been served via email on March 12, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system, including the following:

Gerald L. Maatman, Jr. (gmaatman@duanemorris.com)
Gregory S. Slotnick (gsslotnick@duanemorris.com)
Jennifer A. Riley (jariley@duanemorris.com)
Gregory Tsonis (gtsonis@duanemorris.com)
Tiffany Alberty (TEAlberty@duanemorris.com)

Dated: March 12, 2025                                   Respectfully submitted,

                                                        /s/ Michael J. Scimone

                                                        Michael J. Scimone
                                                        OUTTEN & GOLDEN LLP
                                                        685 Third Avenue, 25th Floor
                                                        New York, NY 10017
                                                        Telephone: 212-245-1000
                                                        Fax: 646-509-2060
                                                        mscimone@outtengolden.com