# Exhibit 10

Case 2:23-cv-02848-SJB-ST    Document 98-12    Filed 06/11/25    Page 2 of 7 PageID #: 2997

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
1—4

**Page 1**

```
 1
 2          IN THE UNITED STATES DISTRICT COURT
 3          FOR THE EASTERN DISTRICT OF NEW YORK
 4   -------------------------------------------X
     KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
 5   LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN,
     and CHARISE JONES, individually and on behalf
 6   of all others similarly situated,
 7                    Plaintiffs,
 8   -against-                    Case No.
                               2:23 Civ. 2848 (GRB) (ARL)
 9
10   GOVERNMENT EMPLOYEES INSURANCE COMPANY
     d/b/a GEICO,
11
12                    Defendant.
13   -------------------------------------------X
14                  August 13, 2024
15                  10:00 a.m.
16
17       EXAMINATION BEFORE TRIAL of LOUIS PIA,
18   a Plaintiff, taken by counsel for the
19   Defendants, pursuant to Order, held at Duane
20   Morris, L.L.P., 1540 Broadway, New York, before
21   Tiffanie Jones, a Notary Public for and within
22   the State of New York.
23
24
25
```

**Page 2**

```
 1
 2   A P P E A R A N C E S :
 3
 4       OUTTEN & GOLDEN, L.L.P.
 5         Attorneys for the Plaintiffs
 6         685 Third Avenue, 25th Floor
 7         New York, New York 10017
 8
 9       BY:   MICHAEL J. SCIMONE, ESQUIRE
10             mscimone@outtengolden.com
11
12             ZARKA SHABIR DSOUZA, ESQUIRE
13             zdsouza@outtengolden.com
14
15
16
17       DUANE MORRIS, L.L.P.
18         Attorneys for the Defendant
19         1540 Broadway
20         New York, New York 10036
21
22       BY:   GREGORY SLOTNICK, ESQUIRE
23             GSSlotnick@duanemorris.com
24
25
```

**Page 3**

```
 1
 2            S T I P U L A T I O N S
 3
 4       IT IS HEREBY STIPULATED AND AGREED by and
 5   between the attorneys for the respective parties
 6   herein, that filing, sealing and certification,
 7   and the same are, hereby waived.
 8
 9       IT IS FURTHER STIPULATED AND AGREED that
10   all objections except as to the form of the
11   question shall be reserved to the time of the
12   trial.
13
14       IT IS FURTHER STIPULATED AND AGREED that
15   the within deposition may be signed and sworn to
16   by an officer authorized to administer an oath,
17   with the same force and effect as if signed and
18   sworn to before the Court.
19
20
21
22
23
24
25
```

**Page 4**

```
 1       PROCEEDINGS
 2       THE VIDEOGRAPHER:  Good morning.  We
 3   are on the record, and the time is
 4   approximately 10:00 a.m.  Today's date
 5   is August 13th, 2024.  This is Media 1
 6   of the video deposition of Louis Pia, in
 7   the matter of Keith Fischer, versus
 8   Government Employees Insurance Company.
 9   The Index Number is 2:23 Civ. 2848 (GRB)
10   (ARL).
11       My name is Ben Peretz, legal
12   videographer with Shereck Video, in
13   association with Esquire.  Today, we're
14   at the office of the Duane Morris,
15   L.L.P., located at 1540 Broadway, New
16   York City.
17       Would counsel please voice-identify
18   yourself, and state whom you represent.
19       MR. SLOTNICK:  Good morning.  My
20   name is Greg Slotnick, on behalf of
21   GEICO, from Duane Morris.
22       MR. SCIMONE:  Michael Scimone,
23   Outten & Golden, on behalf of
24   Plaintiffs.
25       MS. DSOUZA:  Zarka Shabir Dsouza,
```



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
33–36

Page 33

1              L. PIA
2    Q.  Got it.
3       Did you work in any employment
4  positions after the Police Department, before
5  you went to GEICO?
6    A.  Before I went to GEICO, yeah, I was a
7  -- affiliated with the -- a -- a security firm,
8  Top Security, Incorporated.
9    Q.  What was your job position with Top
10  Security?
11    A.  Scheduling security for retail stores.
12  The -- the name of the company was Circuit
13  City.  They're no longer in business.
14    Q.  And how long did you work in that
15  position for?
16    A.  I would say -- would this be an
17  estimate or a guess?  I would say ten years
18  approximately.
19    Q.  And do you recall when you first
20  started working at GEICO?
21    A.  Yes, it was in the year 2003.
22    Q.  And just to confirm, did you, in fact,
23  receive a pension from the Police Department?
24    A.  Yes.
25    Q.  And that was based on your years of

Page 34

1              L. PIA
2  service; correct?
3    A.  Yes.
4    Q.  Are you currently employed?
5    A.  Yes.
6    Q.  Where do you work?
7    A.  I work for Flanagan Security,
8  approximately three to four days a month.
9    Q.  Is Flanagan Security a private
10  company?
11    A.  Yes.
12    Q.  Are they based in New York?
13    A.  Yes.
14    Q.  And you work for them three to four
15  times a month, you said?
16    A.  Yes.
17    Q.  When did you first start working for
18  Flanagan?
19       MR. SCIMONE:  Objection to this line
20    of questioning.  I'll give you a little
21    leeway, but go ahead.
22       THE WITNESS:  I'm going to say about
23    a year ago.
24  BY MR. SLOTNICK:
25    Q.  And what's your rate of pay at

Page 35

1              L. PIA
2  Flanagan?
3    A.  45 --
4       MR. SCIMONE:  Objection.
5       THE WITNESS:  It was --
6       MR. SCIMONE:  Objection, but go
7    ahead.
8       THE WITNESS:  -- $45 an hour.
9  BY MR. SLOTNICK:
10    Q.  Okay.  So you do not currently work
11  for GEICO; correct?
12    A.  At this time?
13    Q.  Yes.
14    A.  No.
15    Q.  And what titles did you hold while you
16  did work at GEICO?
17    A.  Before I retired?
18    Q.  Yeah.  So if you -- strike that --
19       What was your first job with GEICO?
20    A.  As a -- a SIU investigator.
21    Q.  Did that job position change at any
22  point in time during your GEICO employment?
23    A.  Yes.
24    Q.  When did it change?
25    A.  Well, let me -- let me backtrack, and

Page 36

1              L. PIA
2  redact my answer.  Yes, my -- my job
3  description remained the same.  My title
4  changed.  I went from SIU investigator, and got
5  promoted to lead investigator.
6    Q.  When did that occur?
7    A.  Again, I don't want to guess.  An
8  estimate would be, like, 2017 maybe.
9    Q.  Did GEICO have different geographic
10  regions where employees were assigned?
11       MR. SCIMONE:  Objection.
12       THE WITNESS:  Yes.
13  BY MR. SLOTNICK:
14    Q.  And what region did you start in at
15  GEICO?
16    A.  I was only in one region my whole
17  career at GEICO, Region 2.
18    Q.  And what geographic area was Region 2
19  encompassing?
20    A.  The Metro New York City area, the five
21  boroughs.  Nassau and Suffolk County.
22    Q.  And you only worked in Region 2 at
23  GEICO, you said?
24    A.  As opposed to, like, Region 5 in Texas
25  or --



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
37—40

Page 37

L. PIA

1
2    Q.  Yes.
3    A.  Yes.
4    Q.  Did each region have its own office?
5    A.  I know Region 2 had their own office.
6  I don't know about the other offices.
7    Q.  Where was the Region 2 office located?
8    A.  It was in the GEICO building on
9  Woodbury Road, Nassau County.
10    Q.  Which town is that in?
11    A.  Woodbury -- well, is it Woodbury or
12  Syosset?  Possibly one of the two.
13    Q.  Okay.  On Long Island?
14    A.  Yes.
15    Q.  And you describe yourself as an SIU
16  investigator in your first title; is that
17  correct?
18    A.  Yes.
19    Q.  What were your job responsibilities in
20  that role?
21    A.  I was assigned a -- a -- cases that --
22  at the time, upon initial employment, we were
23  assigned cases from claims examiners and --
24  where they suspected fraud was involved.
25    Q.  And what were your specific duties

Page 38

L. PIA

1
2  with respect to investigating fraud?
3    A.  We would do background, database
4  searches on the individuals named in the -- in
5  the claim.  We would retrieve police reports,
6  interview witnesses, respond, canvas, locate
7  the scene locations.  On occasion, inspect
8  medical facilities, conduct Examinations Under
9  Oath, take recorded statements from witnesses,
10  and other things I -- I don't recall right now.
11    Q.  And how did your responsibilities
12  change, if at all, when you became a lead
13  investigator?
14    A.  Well, the responsibilities there --
15  there's a -- there's a long gap in between,
16  from 2003 to 2017.  So in 14 years, my
17  responsibilities changed.  Number one is I got
18  substantial increase in -- in case load in
19  those 14 years.  And as a lead investigator at
20  certain points in time, I was asked to either
21  train, or have new investigators accompany me
22  either on Examination Under Oaths or recorded
23  interviews.
24       That being said, I did not -- or it
25  did not come with any supervisory powers.  I

Page 39

L. PIA

1
2  was -- I was still a lead investigator, just
3  showing them the work that I did.
4    Q.  Did the -- strike that.
5       Was your move from a security
6  investigator to a lead investigator a promotion
7  at GEICO?
8    A.  Yes.
9    Q.  Did you apply for the lead security
10  role?
11    A.  I would say yes, but I would also add
12  that that option of applying was removed from
13  only my region for several years, and was still
14  available in the other regions nationally in --
15  in the GEICO company.
16    Q.  Do you know why that was?
17    A.  My opinion or fact?
18    Q.  If you know.
19    A.  Well, I mean, I -- I was told that the
20  Regional Vice President, John Pham, had a
21  disliking for us as investigators, and removed
22  that personally from Region 2.
23    Q.  Could you spell that individual's
24  name?
25    A.  John -- J-o-h-n -- Pham -- P-h-a-m.

Page 40

L. PIA

1
2    Q.  Who told you that that was the case?
3    A.  Several -- several people.  Coworkers,
4  we would have discussions regarding that at --
5  at -- at team meetings.  And to be quite honest
6  with you -- oh, well.  Strike that.  It didn't
7  come to light because what happened was:  There
8  were only a certain amount of slots for the
9  lead investigators, and there was a time when
10  all those slots were taken.  People were, you
11  know, hired and working in those -- in those
12  lead roles.  Over the course of time, those
13  people retired, and those slots became
14  available.
15       And I just happened to ask my
16  supervisor, Gerry Cassagne, if -- if the option
17  was, you know, available to fill those slots.
18  And he went -- and I believe Bill Newport was
19  the manager at that time -- and came back to me
20  and -- and Cassagne told me that -- that that
21  option was not available here, but he was going
22  to check to see if it was still available
23  nationally.  And then, he came back and told me
24  that it was, in fact, available nationally.
25  And he would check with Bill Newport to see if



Case 2:23-cv-02848-SJB-ST    Document 98-12    Filed 06/11/25    Page 5 of 7 PageID #: 3000

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
69–72

Page 69

L. PIA
1
2  say that would be the -- the busiest time
3  regarding case load.
4      Q.  Before COVID hit, was there --
5      A.  So -- I'm sorry.
6      Q.  Before COVID hit, were there certain
7  times of the year that were busier than others?
8      A.  Yeah.  I mean, like -- like you asked
9  me before, certain weeks and certain months
10  fluctuated.  We used -- I used to keep a track,
11  as far as how many cases we got per month.  So
12  even before COVID and before 2016, some months,
13  you got 30 cases; other months, you may have
14  gotten 34.  You know, we -- I used to call
15  other investigators and say, you know, how many
16  cases did you get, you know, this month?  But
17  then when COVID hit, that's when the case load
18  went, you know, total -- totally, you know, out
19  of control.
20      Q.  When you say you called "other
21  investigators", who did you call?
22      A.  I think I may have called Lewonka.
23      Q.  Anyone else?
24      A.  He was actually, you know, in my team.
25  I don't -- I don't recall.  I'm sure I did, but

Page 70

L. PIA
1
2  I don't recall specifically the names of the
3  other associates.
4      Q.  And earlier, you testified that you
5  used to ask for overtime for work above 38.75
6  hours; correct?
7      A.  Yes.
8      Q.  Okay.  And I believe you used the
9  phrase "we".  You were told -- you said, "We
10  were told no."
11      Is that correct?
12      A.  Yes.
13      Q.  Who is "we" that you're referring to
14  there?
15      A.  Myself and other coworkers.
16      Q.  Which coworkers?
17      A.  Well, when I say "we", I did, you
18  know, converse with -- with other associates.
19  And also present at monthly meetings, where the
20  topic was brought up that, you know, other
21  coworkers were -- were present, where we were
22  told that we weren't getting overtime.
23      Q.  Which other associates are you
24  referring to specifically?
25      A.  Again, I -- I -- I can't name everyone

Page 71

L. PIA
1
2  that was at the meetings, but I remember there
3  was -- Mark Giambalvo was there, Keith Fischer,
4  John Moeser, Lewonka, myself.  There was Richie
5  Lenihan.  He was pretty vocal at the meetings,
6  he's -- he's deceased now, but there was a a --
7  Connie Mangan maybe was -- was present.
8      These monthly meetings that -- that
9  were scheduled, I believe all were requested to
10  attend, unless you had other business -- you
11  know, other GEICO business that you weren't
12  able to attend.  So there were a lot of
13  associates or coworkers at these meetings, and
14  the topic of overtime was always brought up.
15      Q.  Okay.  It was brought up by these
16  individuals that you mentioned?
17      A.  Yeah, and other individuals that I
18  don't specifically remember their name.  The
19  case load and -- and overtime.
20      Q.  Were the monthly meetings in person?
21      A.  The monthly meetings were in person.
22  And then, I think, during COVID, they had some
23  type of Zoom meetings.
24      Q.  Were they your entire team, or the
25  entire -- the entire region, if you recall?

Page 72

L. PIA
1
2      A.  The entire region, I don't -- meaning
3  the SI -- the whole entire region to SIU unit?
4      Q.  Yeah.  What was the scope of the
5  invitees to these monthly meetings?
6      A.  What do you mean by "scope"?
7      Q.  So who was generally invited to these
8  meetings, if you know?
9      A.  I don't know who -- who was invited to
10  the meetings because I didn't do the
11  invitations; but unless you had other business,
12  which could be like an EUO scheduled or
13  something like that, the invitation to the
14  meetings -- now this is pre-COVID, okay -- was
15  to everyone, I believe, in the unit.
16      Q.  Everyone in the SIU, are you saying?
17      A.  In the SIU unit, I believe, yes.
18      Q.  Was that only in Region 2, or was that
19  beyond Region 2?
20      A.  I don't know what other regions did,
21  and I would -- I don't -- I could -- I could
22  say I -- I was never in a meeting in SIU unit,
23  other than Region 2.  Like, I never attended a
24  -- a -- a SIU Region 5 meeting.
25      MR. SLOTNICK:  We can go off the



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
217–220

Page 217

L. PIA

1
2  were done-done, but --
3       MR. SLOTNICK:  Yeah.
4       THE VIDEOGRAPHER:  We are going off
5   the record, and the time is 15:14.
6       (Short break was taken off the
7   record.)
8       THE VIDEOGRAPHER:  We are back on
9   the record, and the time is 15:15.
10 EXAMINATION BY
11 MR. SCIMONE, ESQUIRE:
12     Q.  All right.  Mr. Pia, my name is
13 Michael Scimone, I'm your attorney, as you
14 know.  I have a few followup questions about
15 your testimony earlier today.
16     So you testified early in the
17 proceeding that it was your understanding that
18 the Regional Manager, John Pham, had a dislike
19 for your region.  Do you recall that testimony?
20     A.  Yes.
21     Q.  Do you have an under -- any
22 understanding why -- what the source of that
23 dislike was?
24     A.  Yes, I -- I was led to believe and
25 informed that he didn't like police officers.

Page 218

L. PIA

1
2  And many of us SIU investigators were retired
3  police officers.
4       Q.  You had testified in the course of the
5  day that you got cases re -- referred to you
6  from different sources within GEICO.
7       Do you recall that testimony?
8       MR. SLOTNICK:  Objection.
9       THE WITNESS:  Yes.
10 BY MR. SCIMONE:
11     Q.  All right.  Based on your
12 understanding, what was the role of management,
13 if any, in controlling or overseeing the flow
14 of the different cases to investigators in your
15 unit?
16     MR. SLOTNICK:  Objection.
17     THE WITNESS:  It changed drastically
18     during my 19 and-a-half years.  Towards
19     the end, which -- which is the time
20     period between 2016 and 2022, the case
21     load was demanded to be higher by the
22     manager.  So as not to be embarrassed
23     when he went to the end-of-the-year home
24     office meetings in Virginia.
25

Page 219

L. PIA

1  BY MR. SCIMONE:
2     Q.  And you testified about that -- those
3  home office meetings and your understanding of
4  what went on there.  Toward the end of the day,
5  you mentioned hearing something about that from
6  Marie Butler.
7       My question is whether you learned
8  about those meetings from any other source
9  besides Ms. Butler?
10     MR. SLOTNICK:  Objection.
11     THE WITNESS:  Yes, I -- I learned
12     from Gerry Cassagne.  He actually
13     attended one of the meetings with Bill
14     Newport.  And when he came back, in sum
15     and substance, he was like, you know,
16     Bill got his butt handed to him.  We
17     were really low in the nation regarding
18     case load and things are going to
19     change, and so on and so forth.
20
21 BY MR. SCIMONE:
22     Q.  And did you have any understanding
23 from that conversation about what that meant
24 for the unit, or for Mr. Newport, in terms of
25 his standing in the company?

Page 220

L. PIA

1
2     MR. SLOTNICK:  Objection.
3     THE WITNESS:  I -- I -- the -- the
4     company as a whole -- well, not the
5     company -- strike that.  The unit as a
6     whole was going to be affected because
7     it would get -- and again, I was -- my
8     understanding was putting myself in Bill
9     Newport's shoes, and I -- I didn't want
10    to go back there next year, and still be
11    in the low-man, as far as case load.  So
12    there had to be a change and -- and
13    there was.  There was an increase in
14    cases and -- and it was for the whole
15    unit, not just a specific team or -- or
16    -- or investigator.
17 BY MR. SCIMONE:
18     Q.  You mentioned the program WebEx today,
19 and you testified about seeing a green
20 indicator that showed to you the people who
21 were working.  Do you recall that?
22     A.  Yes.
23     MR. SLOTNICK:  Objection.
24     THE WITNESS:  Yes.
25

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
225–228

Page 225

L. PIA

1
2    Q.  You testified as to meetings that John
3  Pham attended, where unpaid-time issues were
4  raised.  Is that accurate?
5    A.  Yes.
6    Q.  Okay.  Do you recall when those
7  meetings were?
8    A.  They were -- the exact years, I do not
9  know, but it was pre-COVID.
10    Q.  And you also testified with respect to
11  Gerry Cassagne providing you information with
12  respect to the home office meetings; is that
13  correct?
14    A.  Yes.
15    Q.  And all of your testimony with respect
16  to the home office meetings, is that all
17  through information that you learned through
18  speaking with Gerry?
19    A.  Yeah, Bill Newport was another
20  attendee, and I never heard anything from him
21  regarding that.
22       MR. SLOTNICK:  I have nothing
23    further.
24       MR. SCIMONE:  Neither do I.  Thank
25    you.

Page 226

L. PIA

1
2       MR. SLOTNICK:  Thank you.  All
3  right.
4       THE VIDEOGRAPHER:  This -- this
5  concludes the video deposition of Louis
6  Pia.  The time is approximately 15:24,
7  end of Media 7.  We are off the record.
8  Thank you, everyone.
9       THE REPORTER:  Mr. Scimone, would
10  you like to purchase a copy of this
11  transcript?
12       MR. SCIMONE:  Yeah.  We're going to
13  do a three-day.  Let's do three days.
14       THE REPORTER:  You want it in three
15  days.  Okay.  Thank you.
16       (Thereupon, the examination was
17  concluded at 3:24 p.m.)
18
19
20
21
22
23
24
25

Page 227

L. PIA

1
2       C E R T I F I C A T E
3
4  STATE OF NEW YORK   )
5                      :SS
6  COUNTY OF NEW YORK  )
7
8    I, TIFFANIE JONES, a Notary Public within
9  and for the State of New York, do hereby
10  certify:
11    That the witness whose examination is
12  hereinbefore set forth was duly sworn and that
13  such an examination is a true record of the
14  testimony given by such a witness.
15    I further certify that I am not related to
16  any of these parties to this action by blood or
17  marriage, and that I am not in any way
18  interested in the outcome of this matter.
19    IN WITNESS WHEREOF, I have hereunto set my
20  hand this 13th day of August, 2024.
21
22
23
24       _Tiffanie Jones_____
25       TIFFANIE JONES

Page 228

L. PIA

1
2       INDEX
3    EXAMINATION OF LOUIS PIA
4
5  EXAMINATION BY              PAGE
6  Mr. Slotnick               5-216
7  Mr. Scimone                217-222
8
9  FURTHER EXAMINATION BY
10  Mr. Slotnick               223-225
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

