# Exhibit 12

Confidential Information - Subject to Motion to Seal