# Exhibit 14

Confidential Information - Subject to Motion to Seal