# Exhibit 15

Confidential Information - Subject to Motion to Seal