# Exhibit 16

Confidential Information - Subject to Motion to Seal