# Exhibit 17

Confidential Information - Subject to Motion to Seal