# Exhibit 18

Confidential Information - Subject to Motion to Seal