# Exhibit 19

Confidential Information - Subject to Motion to Seal