# Exhibit 20

Confidential Information - Subject to Motion to Seal