# Exhibit 21

Confidential Information - Subject to Motion to Seal