# Exhibit 22

Confidential Information - Subject to Motion to Seal