# Exhibit 27

Confidential Information - Subject to Motion to Seal