# Exhibit 28

Confidential Information - Subject to Motion to Seal