# Exhibit 29

Confidential Information - Subject to Motion to Seal