# Exhibit 30

Confidential Information - Subject to Motion to Seal