# Exhibit 31

Confidential Information - Subject to Motion to Seal