# Exhibit 32

Confidential Information - Subject to Motion to Seal