# Exhibit 35

Message

---

| | |
|---|---|
| From: | Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE] |
| Sent: | 12/8/2016 12:49:31 PM |
| To: | Caniglia, Louis [LoCaniglia@geico.com] |
| Subject: | RE: Daily Activity Report 12/7/2016 |

Thank you

---

**From:** Caniglia, Louis
**Sent:** Wednesday, December 07, 2016 6:56 PM
**To:** Cassagne, Gerard
**Subject:** Daily Activity Report 12/7/2016

Date 12/7/16 Activity Log

7:00 AM Case 1417593 EUO prep for two EUOs today
8:00 AM Case 1432639 wrote closure and reviewed with Examiner, case 1403928 reviewed with A/C, EUO write up and reviewed with Examiner
10:00 AM Worked on case 1412188 (metadata)
11:30 AM Left for 2 EUOs Bronx New York on case 1417593 , worked on cases 1429850 and 1412188 too
3:00 PM Reviewed case 1403928 A/C photos and file photos
3:30 Pm Case 1433255 Theft file review with Examiner about vehicle keys and LPR times
4:00 PM Case 1403928 worked on case
5:00 PM Cases 1403928 and 1417593 wrote up and submitted both cases
5:30 Case 1412188 reviewed the case file and took a recorded statement from witness. Wrote- up interview
6:30 Daily activity report write- up
------------------------Requested 1 hour and 15 minutes overtime for this day's work


Louis Caniglia Jr.
Special Investigations Unit
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*