# Exhibit 36

Message

| | |
|---|---|
| **From**: | Newport, Bill [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9E84AEFE7AA8475C850BDB7AF811CAD1-NEWPORT, BI] |
| **Sent**: | 6/25/2018 12:05:21 PM |
| **To**: | Sullivan, Johanna [JoSullivan@geico.com]; Meyer, Denise [DeMeyer@geico.com] |
| **Subject**: | 2018 Reforecast SIU 6.22.xls |
| **Attachments**: | 2018 Reforecast SIU 6.22.xls |

Good Morning Denise and Johanna,

Here's my info for the SIU Budget.    If you have any questions let me know.

Bill



2018 Reforecast SIU 6.22.xls

Sensitivity: Confidential