# Exhibit 37

Confidential Information - Subject to Motion to Seal