# Exhibit 42

Confidential Information - Subject to Motion to Seal