# Exhibit 44

# GEICO
# Performance Guide & Appraisal

| Associate Name<br>Michael N. Reed | | Associate Number<br>124075 | Grade<br>65 |
|---|---|---|---|
| Region<br>2 | Department<br>SIU | Division<br>SIU | Section Code<br>Y133 |
| Date Employed<br>11/14/2005 | Date Assigned Present Job<br>11/14/2005 | Job Title<br>OUTSIDE SR. SECURITY INVESTIGATOR | Job Code<br>65108 Field Auto UCW |
| Rating Period<br>01/01/2017 thru 12/31/2017 | | Supervisor/Rater Name<br>Chet Janik | |

**Rating Scale**

| Rating | Associate Scale (fully trained) | Trainee Scale |
|---|---|---|
| 1 – Unsatisfactory | Consistently fails to meet most standards or goals of the job. A Performance Improvement Plan is required. | Fails to make satisfactory progress to learn job. Does not achieve goals. |
| 2 – Fair | Meets most, but not all, standards or goals of the job. Level of performance is less than expected in some areas. | Makes adequate progress to learn job, but improvements are necessary. Usually achieves goals, but performance is less than expected. |
| 3 – Good | Consistently meets standards or goals of the job. Makes full use of ability and experience to produce the desired results. | Learns job at a consistent and expected rate. Achieves goals. |
| 4 – Very Good | Consistently meets and often exceeds standards or goals of the job. Actively contributes to the achievement of the overall unit, department, and company goals. | Learns job faster than expected. Consistently meets and often exceeds goals. |
| 5 – Outstanding | Consistently exceeds all standards or goals of the job. Seeks new and better ways to accomplish tasks. Is very capable and versatile in adjusting priorities to unit, department, and company needs. | Quickly masters job. Exceeds all goals. |

**Decimal Conversion for Performance Ratings:** When using decimal ratings, performance ratings should be converted to one decimal place. Round up a decimal in the first position when the second position is 5 or greater (e.g., 3.42 = 3.4 vs. 3.45 = 3.5). The chart below shows the conversion only for ratings in the upper limits of each rating.

| Rating | Rating Conversion |
|---|---|
| 1.90 – 1.94 | 1.9 |
| 1.95 – 1.99 | 2.0 |
| 2.90 – 2.94 | 2.9 |
| 2.95 – 2.99 | 3.0 |
| 3.90 – 3.94 | 3.9 |
| 3.95 – 3.99 | 4.0 |
| 4.90 – 4.94 | 4.9 |
| 4.95 – 4.99 | 5.0* |

*The highest rating is 5.0.

D-91 (2-11) NS     1

G006014

# SECTION I – GOAL SETTING

Complete this section at the <u>beginning</u> of the rating period. Write clear, concise goals that reflect what will be done and what results will be achieved.

| A. PERFORMANCE GOALS | MEASUREMENT OF ACHIEVEMENT | TARGET DATES |
|---|---|---|
| Average Case Life (Non EUO Cases)<br>Date of Assignment to Date of Approved Closure | WEIGHT    20%<br><br>Rating    Goal<br>1    Above 19.0    Above 19.0<br>2    16.0 – 19.0    16.0- 19.0<br>3    12.0- 15.99<br>4    7.0- 11.99<br>5    Below 7.0 | |
| File Quality<br>Must meet case report quality guidelines. Measured as percent of files satisfactory. Includes regional and CHO audit results | WEIGHT    40%<br><br>Rating    Goal<br>1    less than 86.9%    less than 86.9%<br>2    86.9% - 89.9%    86.9% - 89.9%<br>3    90% - 93.0%    90% - 93.0%<br>4    93.1% - 96.1%    93.1% - 96.1%<br>5    Above 96.1% | |
| Productivity<br>Average monthly adjusted productivity ratio | WEIGHT    40%<br><br>Rating    Goal<br><br>1    Below 18    Below 18<br>2    18 – 19.99<br>3    20.0 - 23.0<br>4    23.1 - 25.00<br>5    Above 25.0 | |
| B. PERSONAL DEVELOPMENT GOALS | MEASUREMENT OF ACHIEVEMENT | TARGET DATES |
| | | |

C. **SKILL AREAS FOR DEVELOPMENT** – Identify those factors where further development will significantly support the associate's achievement of the above goals.

D-91 (2-11) NS    2

G006015

To be signed when goals are set.

_____  _____  _____  _____
Associate's Signature           Date          Rater's Signature             Date

## SECTION II – SELF-APPRAISAL
Associate: Complete at the <u>end</u> of the rating period.

| PERFORMANCE ACCOMPLISHMENTS |
| --- |
| During 2017 I conducted 232 case investigations which included 95 + F/F interviews, and 34 EUOS. (10) Cases were withdrawn by the insured's and a number of EUO'S conducted resulted in denial or partial denial of the claim; several other cases were denied as a result of my investigation. Several cases were referred to NICB as well as New York State Department of Financial Services (NYSDFS) for further investigation.<br><br>I ended 2017 w/ an overall report card grade of 4.80 |

| PERSONAL DEVELOPMENT ACCOMPLISHMENTS |
| --- |
| I attended EDR training in Region 6 and am currently assisting UCW Investigators w/ any EDR case downloads<br><br>I conducted investigations in the Rochester, New York area assisting the assigned investigator while he was on military leave as well as when the case load became heavy.<br><br>I met w/ investigators from NYSDFS and NICB on a regular basis to discuss ongoing investigations and trends.<br><br>I kept and open line to all A.D. investigators in the Western New York area discussing possible and actual referrals |

| SKILL DEVELOPMENT ACCOMPLISHMENTS |
| --- |
| I continued a strong relationship with Local, State and Federal Law Enforcement officers and officials lending my assistance and insight into insurance fraud and insurance fraud investigations. I made every attempt to "teach" the investigators that I came in contact with about fraud and how we can work together to make each other's investigations result in fraud savings and hopefully arrests.<br><br>I continued as the Region 2 Motorcycle SME.<br><br>I attended annual NYACT / NUSSIU Training conference in Verona, New York.<br><br>I attended quarterly Niagara / Erie County Auto Theft Task Force and Insurance Fraud Prevention Program<br><br>I spoke with local NICB agent Fran Hannigan in regards to referrals and any fraud issues and trends that may be developing in the Western New York area.<br><br>I attended team meetings and training.<br><br>I completed required all GEICO required in-service training.<br><br>I attended and assisted in local A.D. Training classes and meetings. |

|  |  |
|---|---|
| Associate's Signature | Date |

**ASSOCIATE COMMENTS (to be completed after the Rater Appraisal)**

|  |  |
|---|---|
| Associate's Signature | Date |

**SECTION III – RATER APPRAISAL**
Rater: Complete at the end of the rating period. If a goal has changed, indicate what was done instead.

**PERFORMANCE ACCOMPLISHMENTS**

Mike Reed continues to conduct thorough claim investigations in the Buffalo, New York area. He represents GEICO Insurance in a professional and courteous manner. His reports are concise, well written and comply with all investigative Instructions. Mike works well with all the other GEICO SIU Field Investigators attending all Team and NYSSIU meetings. The following metrics outlines Mike's performance over the 2017 calendar year.

1. Productivity – 20.4
2. File Quality- 100%
3. Average case life – 7.3 days
4. Score Card rating – 4.8

Mike Reed's reputation and work ethic has propelled him into becoming one of the main GEICO SIU contact for his area. Mike continues to maintain a good working relationship with the area AD Adjusters and communicates very well with all the Claims Examiners involved with his investigations. He also continues a working relationship with the area NICB Agent, Law Enforcement and State Fraud Bureau Investigators.

Mike assisted in handing cases in the Rochester area. He also volunteered to attend a 3 day out of state training module on EDR and has utilized this tool to combat park and unocciped claim investigations and coach the other Field Investigators on the team on the capabitlities of this tool.

Mike has obtained 11 claim withdrawal, conducted 40 EUO's and his Impact ratio is 33.7%.

**PERSONAL DEVELOPMENT ACCOMPLISHMENTS**

G006017

**Mike Reed has attended NYSSIU meeting. Utilizing his positive working relationship with the area Auto Damage Adjuster and LEO in the Buffalo area.**

## SKILL DEVELOPMENT ACCOMPLISHMENTS

Mike Reed stays current with industry trends and is an active member with the NYSSIU organizations. He has completed all mandatory GEICO directed training required of him in 2017.

## RATER COMMENTS

Mike Reed is a highly motivated and experienced Investigator. He exceeds his goal and standards that have been previously determined by SIU. His reports are concise, well written and submitted in a timely manner. He excels at time management. Mike is the asset that GEICO SIU can rely on to perform above and beyond, while maintaining the highest level of integrity. Listed below are the results as they relate to the 2017 Performance Goals.

Average Case Life - 5
File Quality - 5
Productivity - 4

Mike's investigations have contributed to a Fraud Payment Avoidance of $370,430.

Mike is also required to handle Rochester, NY when the volume for that area is high. In 2017 he was assigned 18 cases or 8% of his productivity number at the end of each month. This has resulted in a 17.6% Impact.

With 3 Field Investigator in the Buffalo area, is a challenge in the area of productivity per month. Level 2 BI Social Media investigations fill in and Mike has been assigned vel 2 BI Social Media investigations fill in and Mike has been assigned 44 cases which is 20% of his productivity number for the year. This accounts for the reduction in Impact.

Mike's score card rating is 4.8, and is rated a 4 (very good) for 2017.

| SUMMARY PERFORMANCE RATING: | PREVIOUS RATING: |
|---|---|
|  | 4 |

| x   Fully Trained | Trainee (     % Trained) |
|---|---|

To be signed when performance review is complete.

_____    _____    _____    _____
Rater's Signature                    Date            Reviewer's Signature                    Date

G006018