# Exhibit 45

Case 2:23-cv-02848-SJB-ST   Document 98-47   Filed 06/11/25   Page 1 of 3 PageID #: 3093

**Brady, Scott M**
Senior Field Security Investigator
Manager: Richard Kilgen (Retired)

Evaluated By: Richard Kilgen (Retired)

**GEICO 2018 Annual PA**
Organization: SIU Org - SIU - 54 (Arineh Nazari)
Location: NY Rockland-Westchester County - NYC JPS
01/01/2018 - 12/31/2018

## Overall

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | 4.8 |
| Comment: | Scott investigated and closed (310) cases in 2018 while maintaining outstanding Quality with 100% satisfactory rating in all cases reviewed and audited. He always handles all assignments and responsibilities with the utmost integrity and professionalism. Scott obtained (23) claim withdrawals as a result of his investigations. |
| | Scott and I will continue to work together to maintain these excellent results. |
| | Scott's overall rating came in at 4.8 which is a Very Good rating for 2018. |

## Acknowledgement

### Manager

| | |
|---|---|
| Entered by: | Richard Kilgen (Retired) |
| Date: | 02/06/2019 |
| Status: | Manager Acknowledged. |
| Comment: | |

### Associate

| | |
|---|---|
| Entered by: | Scott Brady |
| Date: | 02/06/2019 |
| Status: | Associate Acknowledged. |
| Comment: | I reviewed the Performance Appraisal and concur with the rating and comments |

## Goals

### Average Case Life (Non EUO Cases)
### Date of Assignment to Date of Approved Closure

WEIGHT    20%

| Rating | Goal |
|---|---|
| Above | 19.0 |
| 16.0- 19.0 | |
| 3 | 12.0- 15.99 |
| 4 | 7.0- 11.99 |
| 5 | Below 7.0 |

Weight:    20

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 4 | Rating: | 4 |
| Comment: | Overall Average Case Life was 11.4 - Very | Comment: | |

G005991

Good result

## File Quality

Must meet case report quality guidelines. Measured as percent of files satisfactory. Includes regional and CHO audit results

WEIGHT       40%

| Rating | Goal |
|---|---|
| | less than 86.9% |
| | 86.9% - 89.9% |
| | 90% - 93.0% |
| | 93.1% - 96.1% |
| 5 | Above 96.1% |

Weight:    40

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 5 | Rating: | 5 |
| Comment: | Overall Average File Quality was 98.7 Outstanding Result | Comment: | |

## Productivity

Average monthly adjusted productivity ratio

WEIGHT       40%

| Rating | Goal |
|---|---|
| | Below 18 |
| 2 | 18 – 19.99 |
| 3 | 20.0 - 23.0 |
| 4 | 23.1 - 25.00 |
| 5 | Above 25.0 |

Weight:    40

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 5 | Rating: | 5 |
| Comment: | Overall Average for Productivity was 31.2 Outstanding Result | Comment: | |

### Section Summary

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 4.8 | Rating: | 4.8 |

## Accomplishments

G005992