# Exhibit 47

MENU    George McManus    264

# View Printable Associate Review

Manager Evaluation: GEICO 2020 Annual PA: George McManus (Retired)

| Evaluated By | Dara Campbell (Retired) | Review Period 01/01/2020 - 12/31/2020 |

## Review steps in the Performance Appraisal (PA) Process

**Associate Self Evaluation Steps:**
1. Comment on each assigned goal. If your goals do not show below, **Add** each goal from your current goal package and then provide a summary of your performance for each goal.
2. Upload any supporting documents to your Self Evaluation in the **Supporting Documents** section.
3. Click **Submit**. Your Self Evaluation routes to your manager (direct supervisor) to review and complete the Manager Evaluation.
**Next Steps: Your manager (direct supervisor) will schedule a 1:1 to review the PA results.**

**Manager Evaluation Steps:**
1. Provide a manager **Comment** and **Rating** for each goal.
2. Review the calculated **Rating** in the **Overall** section. To change the rating, check the box **I want to change the Rating**.
3. Click **Save for Later**.
**4. Meet with your direct manager to review the associate's Overall Rating. There is no Inbox item associated with this step**.
5. Return to this Inbox item and click **Submit** to forward the PA to the manager's manager (your direct manager) to approve and complete the PA.

**Manager's Manager Review Steps:**
1. Review the PA.
2. When finished, click **Approve** to finalize the **Overall Rating**.
3. Or, click **Send Back** to return the PA to the manager to update or correct. Once the manager finalizes any updates, the PA will be rerouted back to you to **Approve**.



https://www.myworkday.com/geico/d/inst/671$207571/rel-task/2997$1498.htmld    1/8

G006449

**Final Steps:**
1. The manager receives an Inbox item advising to **Schedule a 1:1** to review the completed PA with the associate. The manager must click **Submit** on this Inbox item after the 1:1 meeting.
2. The associate completes a Workday Inbox item to acknowledge the final PA and add comments. The associate should click **Submit**.
3. The manager completes a Workday Inbox item to review the associate's comments and add any final comments. Click **Submit**.

**Need Help?**
·       If you prefer step-by-step instructions to help you complete each PA section, click *Guide Me* to see each section with specific instructions.
·       Enable the *Show Me* feature by clicking *Show Me* in the Help Available box in the top right corner. Then click the *Help Icon* (?) next to a specific field to see what you should enter in that field.
·       Review the *Performance Appraisal* job aid or see your manager for help.

## Acknowledgement

G006450

| Manager Acknowledgement | Associate Acknowledgement |
|---|---|
| **Status** * | **Status** |
| Manager Acknowledged. | Associate Acknowledged. |
| **Comment** | **Comment** |
| Administered 01/20 | |
| **Entered by** | **Entered by** |
| Dara Campbell (Retired) | George McManus (Retired) |
| **Date** | **Date** |
| 01/20/2021 12:45 PM | 01/20/2021 12:44 PM |

## Goals

**Goal** *

**Average Case Life (Non EUO Cases)**
Date of Assignment to Date of Approved Closure

**Description**

G006451

WEIGHT

Rating         Goal
1         Above  19.0
2              16.0- 19.0
3              12.0- 15.0
4              7.0- 11.9
5              Below 7

Weighting

20

## Manager Evaluation

## Associate Evaluation

Rating *

Comment

5

Comment *

George ended the year with a case life of 4.13
days. This is a 5 overall.

Goal *

**File Quality**
Must meet case report quality guidelines. Measured as percent of files satisfactory. Includes regional and CHO audit results

Description

G006452

WEIGHT      40%

Rating          Goal

less than 90.3%

2 90.3% - 93.1.%

3 93.2% - 97.7%

4 97.8% - 99.9%

5    Above 100%

Weighting

40

## Manager Evaluation

Rating *

5

Comment *

George had 146 files audited this year with 100% compliance and no downgrades. This gives him a 5 overall

## Associate Evaluation

Comment

5

Goal *
**Productivity**
Average monthly adjusted productivity ratio

Description

G006453

| WEIGHT | 40% |
|---|---|
| Rating | Goal |
| 1 | Below 10.5 |
| 2 | 10.5– 11.9 |
| 3 | 12-14 |
| 4 | 14.1-15.5 |
| 5 | Above 15.5 |

Weighting

40

## Manager Evaluation

Rating *

5

Comment *

George ended the year with an adjusted productivity of 16.2 cases. This is a 5 overall.

## Associate Evaluation

Comment

## Summary

**Overall Rating Weight**

100

**Manager Evaluation**

Rating

5

## Supporting Documents

**Manager**

**Summary**

| **Manager Evaluation** | **Associate Evaluation** |
|---|---|
| Comment | Comment |
| | I have investigated 226 cases for 2020 and conducted euos for 121 cases. I also closed 233 cases for 2020. My overall yearly report card is a 5. |
| | I have used my investigative knowledge, experience, training and organizational skills to successfully complete all of my responsibilities as a GEICO investigator. |
| | I also in the past have received the Patrick J. Boyle Award as well as the Vincent Mazziotti Award for overall achievement and excellence. |

G006455

## Overall

**Manager Evaluation**

Rating *

5

Section Rating Level Overridden

No

Default Rating

5

Comment *

George is a member of our Staged Accident team and a Lead Investigator. He was selected to work on this team because of his vast knowledge of SIU investigations of all types.  He is a go to guy whenever I need something done or need him to handle a complex case.  It is no surprise that George was evaluated as a 5 this past year. He exceeded all of his goals.   The Pandemic changed much of our work flow and George was tasked with changing the way he handles cases. He jumped right in and embraced the telephonic EUO process to close his cases.   It is no surprise he had perfect audits as he is extremely detailed and organized. He makes sure he covers all of his bases as it pertains to our quality guidelines.   He handled 233 cases this year and exceeded his productivity goal.  He is an asset to the SIU team and a mentor to many of the new guys in SIU. I look forward to seeing George continue to succeed in 2021 and thankful to have had him on my team this past year.



G006456