# Exhibit 48

# Grey, Michael R

Senior Field Security Investigator

Manager: Chester Janik (Retired)

Evaluated By: Chester Janik (Retired)

**MAP 1 2021: Performance Appraisal**

Organization: UNPSS - SIU - 34 (William Newport (Inherited)) (inactive)

Location: NY Buffalo (Field) - JPS

01/01/2021 - 06/30/2021

## Overall

### Manager Overall Evaluation

Rating: 4.7

Comment: Mike Grey is a highly motivated and experienced Investigator. He exceeds the basic goals and standards that have been previously determined by SIU. His reports are concise, well written and submitted in a timely manner. He excels at time management. He is the asset that GEICO SIU can rely on to perform above and beyond, while maintaining the highest level of integrity.
Listed below are the results as they relate to the combination of the 2020 and 2021 Midyear Performance Goals.

    TIP in hours – 4.22
    Investigative Activities – 2.54
    File Quality – 5.00
    Closed Cases/Productivity – 3.95

Mike's investigations have contributed to a Fraud Payment Avoidance of $417,117.67 in 2021 so far.

Mike's score card rating is 4.76 and is rated a 4 ( Very Good ) for 2021

### Associate Overall Evaluation

Comment:

## Goals

### ICA Hours

| | |
|---|---|
| 1 | 20.1 |
| 2 | 15.01 |
| 3 | 15 |
| 4 | 10 |
| 5 | 5 |

### Prod

| | |
|---|---|
| 1 | 28.99 |
| 2 | 29 |

G006152

| | |
|---|---|
| 3 | 33 |
| 4 | 37 |
| 5 | 41 |

## Activities

| | |
|---|---|
| 1 | 114.99 |
| 2 | 115 |
| 3 | 156 |
| 4 | 197 |
| 5 | 238 |

## Quality

| | |
|---|---|
| 1 | 90.3 |
| 2 | 90.31 |
| 3 | 93.2 |
| 4 | 97.8 |
| 5 | 100 |

TIP (hours) 15% 5.00
Closed Cases/Productivity 40%   4.43
Inv. Activities 15%            3.10
File Quality 30% 5.00

Weight:      100

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 4.7 | | |
| Comment: | Mike Grey has provided thorough claim investigations in the New York State area. He represents GEICO Insurance in a professional and courteous manner. His reports are concise and comply with all investigative instructions. Mike works well with all the other GEICO SIU Field Investigators, attending all Team meetings. The following metrics outlines Mike's performance over the 2021 that included a combination of the 2020 goals.<br><br>The first 4 months of 2021 utilizing the 2020 goal package<br><br>1.Productivity – 30.9<br>2.Case Life<br>8.1days | Comment: | By filling this evaluation I am confirming the numbers provided to me. In no way is that agreeing to the goals as set fourth by management. |

G006153

3.Quality – 100%

The months of May and June of 2021 utilizing the 2021 goal package

1. TIP in hours – 7.02
2. Investigative Activities – 136.5
3. File Quality – 100%
4. Closed Cases/Productivity – 39.5

In 2021 COVID-19 restrictions required Mike to perform EUO telephonically and utilize web-ex as an additional communication tool.

---

Section Summary

## Manager Evaluation

Rating: 4.7