# Exhibit 49

# Munoz, Maria

Senior Field Security Investigator

Manager: Gerard Cassagne (Retired)

Evaluated By: Gerard Cassagne (Retired)

# MAP 2 2022: Performance Appraisal

Organization: UNPSS - SIU - 37 (William Newport (Inherited)) (inactive)

Location: NY Long Island - NYC JPS

07/01/2022 - 12/31/2022

## Overall

### Manager Overall Evaluation

Rating: 5

Comment: Overall Rating- Maria is an excellent investigator who is of the utmost integrity. She has a tremendous knowledge of theft fraud investigations. Her productivity is excellent, and she continues to handle her cases in a timely manner. Maria is always willing to assist the unit and handle additional cases when needed. Maria volunteered to handle EDR case investigations. Her handling of both EDR cases and theft cases is a tremendous asset to the unit. Maria has extensive law enforcement contacts who assist with her case investigation results. She conducts additional field work when needed which helps her obtain the best results. She is an extremely productive member of the unit and always handles herself in a professional manner.

### Associate Overall Evaluation

Comment: I am very proud of my performance and overall ranking in the department. I work very hard and truly love what I do. I take it very seriously. I am committed to finding the fraud and also letting claims know if a claim is legitimate. I have made numerous law enforcement and insurance industry contacts which has helped me in getting my work done.

## Goals

### Productivity

Weight: 70

#### Manager Evaluation

Rating: 5

Comment: Productivity- 70% - Maria is a dedicated investigator who handles theft investigations. Her productivity ratio for the rated period was 3385.50 (67.04 per month). Maria's productivity numbers were the best in the theft team, and she is always willing to take on additional cases when needed. Her productivity is a tremendous asset to the unit. She handles cases in a timely manner and always obtains the best results possible.

#### Associate Evaluation

Comment: My productivity ratio for July to December was 67.04.

### Quality

Weight: 30

G006202

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 5 | | |
| Comment: | Quality – 30% - -Maria had a perfect 100% quality rating for the rated period. Her reports are well written, submitted in a timely manner and always address the fraud issue. She adheres to all audit guidelines. | Comment: | My file audits for July to December were 100 % |

### Section Summary

**Manager Evaluation**

Rating: 5

G006203