# Exhibit 52

Confidential Information - Subject to Motion to Seal