# Exhibit 53

Message

---

| | |
|---|---|
| **From**: | Janik, Chester [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=804690BC476E4569AAC3AFA11E29D356-JANIK, CHET] |
| **Sent**: | 10/20/2021 11:15:53 AM |
| **To**: | Grey, Michael [MGrey@geico.com] |
| **Subject**: | September Score card |

Mike, here is your September score card. You failed three cases on audit, due to listing the SS numbers, # 2865340, 2868035 and 2879310. You did a good job on raising up the Activity number from last month of 89 to 159, which helped. YTD your rating is a 4.40

Coverage
TIP (hours) 15%          5.00
Closed Cases/Productivity 40%   1.76
Inv. Activities 15%          3.07
File Quality 30%      1.92
Overall  2.49

ICA Hours
Enter Result Here  -->    2.7
Rating -->         5.00

1     20.1
2     20.09
3     15
4     10
5     5


Coverage Prod
Enter Result Here  -->    21.9
Rating -->         1.76

1     28.99
2     29
3     33
4     37
5     41


Coverage Activities
Enter Result Here  -->    159
Rating -->         3.07

1     114.99
2     115
3     156
4     197
5     238

Confidential
G012429

Quality
Enter Result Here  -->   83
Rating -->       1.92

| | |
|---|---|
| 1 | 90.3 |
| 2 | 90.31 |
| 3 | 93.2 |
| 4 | 97.8 |
| 5 | 100 |



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

Confidential                                                                                                                                             G012430