# Exhibit 54



# Performance Guide & Appraisal

| Associate Name<br>Gerry Cassagne | | Associate Number<br>100692 | Grade<br>67 |
|---|---|---|---|
| Region<br>2 | Department<br>SIU | Division<br>REGIONAL STAFF | Section Code<br>Y138 |
| Date Employed<br>12/4/2000 | Date Assigned Present Job<br>2/2010 | Job Title<br>SIU Field Supervisor | Job Code<br>67105 |
| Rating Period<br>JANUARY 1, 2017- DECEMBER 31, 2017 | | Supervisor/Rater Name<br>Michael DeGrocco | |

**Instructions**

Section I:  Goal Setting
- At the beginning of the performance rating period, meet with the Associate to define and record goals.
- Throughout the rating period, the goals should be updated to reflect changes in priorities.

Section II:  Self-Appraisal
- At the end of the rating period, ask the Associate to complete Section II, the Self-Appraisal. The Associate should provide comments focusing on goal-related accomplishments.

Section III:  Rater Appraisal
- At the end of the rating period (i.e., year end or promotion, demotion, reclassification with additional duties, or transfer date), evaluate the Associate's performance against each goal.
- Based on the Associate's progress in the job and performance across the goals (granting greater weight to the most significant goals), record your overall performance rating.
- The rating scale is defined in the table below.

| Rating | Associate Scale (fully trained) | Trainee Scale |
|---|---|---|
| 1 – Unsatisfactory | Consistently fails to meet most standards or goals of the job. A Performance Improvement Plan is required. | Fails to make satisfactory progress to learn job.  Does not achieve goals. |
| 2 – Fair | Meets most, but not all, standards or goals of the job. Level of performance is less than expected in some areas. | Makes adequate progress to learn job, but improvements are necessary.  Usually achieves goals, but performance is less than expected. |
| 3 – Good | Consistently meets standards or goals of the job.  Makes full use of ability and experience to produce the desired results. | Learns job at a consistent and expected rate. Achieves goals. |
| 4 – Very Good | Consistently meets and often exceeds standards or goals of the job.  Actively contributes to the achievement of the overall unit, department, and company goals. | Learns job faster than expected. Consistently meets and often exceeds goals. |
| 5 – Outstanding | Consistently exceeds all standards or goals of the job.  Seeks new and better ways to accomplish tasks.  Is very capable and versatile in adjusting priorities to unit, department, and company needs. | Quickly masters job. Exceeds all goals. |

## SECTION I – GOAL SETTING
Complete this section at the <u>beginning</u> of the rating period. Write clear, concise goals that reflect what will be done and what results will be achieved.

| SIU SUPERVISOR GOALS | | | | | | |
|---|---|---|---|---|---|---|
| Medical and Auto | WEIGHT | 1 | 2 | 3 | 4 | 5 |
| Independent Audit Results | 40% | 0 | 82 | 90 | 95 | 98.5 |
| Composite Score Of Team | 60% | | | | | |

## SECTION II – SELF-APPRAISAL
Associate: Complete at the <u>end</u> of the rating period.

**PERFORMANCE ACCOMPLISHMENTS**

For the year 2017, I monitored, reviewed and supervised 1,959 SIU SICM cases assigned to the members of my team.
I support management initiatives and goals and I believe that I have established the administrative and organizational skills to succeed in this position. I currently supervise 8 SIU Outside Investigators. In 2017 I have raised numbers in three categories- productivity, case life and quality. My quality rating in 2016 was 96.83% - in 2017 it is 98.39. My overall report card rating rose from 4.375 in 2016 to 4.80 in 2017. Numbers are listed below for 2016 and 2017.

My 2017 overall rating from my teams report card roll up is 4.80. .

|  | Numbers 2016 | Numbers 2017 |
|---|---|---|
| Productivity | 21.8 | 24.0 |
| Average Case Life | 9.7 | 7.8 |
| Impact Ratio | 69.7 | 64.2 |
| Quality | 96.83 | 98.39 |
| Total Cases | 1742 | 1959 |

**PERSONAL DEVELOPMENT ACCOMPLISHMENTS**

With my prior law enforcement supervisory experience and my prior GEICO SIU investigator experience, I am able to manage field investigations and supervise field investigators to their full potential. I believe that I have been a highly accessible supervisor, who provides training and advice to subordinates on a regular basis.

**SKILL DEVELOPMENT ACCOMPLISHMENTS**

I have been relied upon by the past manager to handle internal and sensitive cases, conduct training of examiners and other staff. I will continue to obtain ongoing fraud training through NICB meetings and GEICO in house fraud and supervisor training classes.

|  |  |
|---|---|
| Associate's Signature | Date |

| **ASSOCIATE COMMENTS (to be completed after the Rater Appraisal)** ||
|  |  |
| Associate's Signature | Date |

### SECTION III – RATER APPRAISAL

Rater: Complete at the <u>end</u> of the rating period. If a goal has changed, indicate what was done instead.

**PERFORMANCE ACCOMPLISHMENTS**

| Sup Name | Report Card (60%) | Independent Audits (40%) | Rating |
|---|---|---|---|
| Cassagne | 4.7 | 97.6% (4.7) | **<u>4.7</u>** |

I agree with the numbers presented by Gerry in his self-appraisal. He did a good job of identifying some opportunities to performance manage associates on specific metrics. Gerry improved his team's overall score to 4.7 in 2017 from 4.4 in 2016; a very good improvement and result! We witnessed improvement year over year in most results in Region 2 SIU. Overall, his team ranked 1st in case life, 2nd in productivity and 4th in quality with all of the metrics improving year over year. Gerry and his team improved all three metrics year over year which included nearly a two day improvement in Case Life, 1 point improvement in Quality and over a 2 point improvement in quality. There is still opportunity to improve individual investigator results which in turn, will improve the team's results. An example of this is productivity where 2 of his investigators are in the 3rd quartile and 1 in the 4th. Effectiveness will be a new metric to identify more opportunity in 2018. Gerry ranked 1st amongst his peers in this category.

Gerry has proven to be a valuable member of the SIU team. He is always adaptable and willing to work on improving not only his team's results but the results of the division. His peers and I look to Gerry on many occasions for his knowledge and experience.

Gerry is rated 4- Very Good for 2017.

|  |  |
|---|---|
|  |  |
| **SUMMARY RATING (check one)**<br>____1 ____2 ____3 _x_ 4 ____5 | **PREVIOUS RATING:**<br>4- Very Good |
| ___ Fully Trained     ___ Trainee  (____ % Trained) | |

To be signed when performance review is complete.

_____    _____    _____    _____
Rater's Signature                      Date                      Reviewer's Signature                     Date

D-91 (1-05)                                                                 4
Sensitivity: Confidential

Confidential                                                                                                G010542