# Exhibit 55

☰ MENU   🔍 Gerard Cassagne ⊗   💬   🔔 295   📥 1   👤

# View Printable Associate Review

Manager Evaluation: GEICO 2018 Annual PA: Gerard Cassagne (Retired)

---

**Evaluated By** William Newport | **Review Period** 01/01/2018 - 12/31/2018

## Review the Performance Appraisal

**Associate Self Evaluation Steps:**
1. Review your Self Evaluation. The calculated Associate Evaluation Rating in the first Summary section is based on your Goals rating inputs. You can enter any final comments in the second Summary section.
2. Click **Submit**. Your Self Evaluation routes to your manager (direct supervisor) to review and complete the Manager Evaluation.

**Manager Evaluation Steps:**
1. Click **Submit** to forward the completed PA to the manager's manager (your direct manager) for final review and approval.
2. Or, click **Send Back** if the associate needs to further review the Self Evaluation. If you choose to send back, the PA will be rerouted back to you after the associate finalizes any updates.
Note: after the manager's manager approves the PA, you will receive an Inbox item to schedule a 1:1 with the associate to review the completed PA.

**Manager's Manager Review Steps:**
1. Review the PA.
2. When finished, click **Approve** to finalize the Annual Performance Rating.
3. Or, click **Send Back** to return the PA to the manager to update or correct. Once the manager finalizes any updates, the PA will be rerouted back to you for approval.

**Final Steps:**
1. The manager receives an Inbox item advising to schedule a 1:1 to review the completed PA with the associate. The manager must click **Submit** on this Inbox item after the 1:1.
2. The associate completes a Workday Inbox item to acknowledge the final PA and add comments. The associate must click **Submit**.

Confidential                                                                                G010601

3. These manager completes a Workday Inbox item to review the associate's comments and add any final comments. **Click Submit**.

**Questions?**  Review the [2018 Performance Appraisal Process](#) job aid or consult the [Associate Handbook](#).
Email [Workday Support](#) with any questions.

---

## Goals

### Goal *

Field Auto Grade 65
Quality - 5.0
Productivity - 5.0
Case Life - 4.67

### Description

Gerry supervises multiple grade 65 investigators.  The % is based off of a percentage of staff.  The grade 65 investigators are rated as follows:
File Quality: 3 rating 90
Productivity: 3 rating 20
Case Life: 3 rating 15.99

### Weighting

85

Confidential

G010602

| Manager Evaluation | Associate Evaluation |
|---|---|
| **Rating** \* | **Rating** |
| 4.9 | 4.9 |
| **Comment** | **Comment** |
| See attachment for comments | |

**Goal** \*

Field Auto Grade 66
Quality - 5.0
Productivity- 5.0
Case Life - 5.0

**Description**

Gerry supervises grade 66 field investigators.  The % is based off of his percentage of staff.
The ratings for the 66 investigators are as follows:
File Quality: 3 rating 90
Prod: 3 rating 21
Case Life: 3 rating 15.99

**Weighting**

15

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating * | Rating |
| 5 | 5 |
| Comment | Comment |
| See attachment for comments | |

## Summary

**Overall Rating Weight**

100

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating | Rating |
| 4.9 | 4.9 |

## Accomplishments

## Supporting Documents

Confidential                                                                                                              G010604

## Manager

**Evaluation Supporting Document**

 Cassagne PA 2018.docx

**Updated By**

William Newport

**Upload Date**

01/23/2019 03:59 PM

**Comment**

## Summary

| Manager Evaluation | Associate Evaluation |
|---|---|
| **Comment** | **Comment** |
| See attachment for comments | For the year 2018, I monitored, reviewed and supervised 1,928 SIU SICM cases assigned to the members of my team.<br>I support management initiatives and goals and I believe that I have established the administrative and organizational skills to succeed in this position. I currently supervise 8 SIU Outside Investigators. In 2018 I have raised numbers in productivity from 24.0 to 27.7 . My team of investigators obtained 110 withdrawals in 2018. My effectiveness in 2018 is 33.5%. I am regularly used to conduct interviews and manage the job post for new hire candidates for the field SIU investigator positions. My overall report card rating rose from 4.80 in 2017 to 4.90 in 2018.<br>**Numbers 2018**<br>Productivity        27.7<br>Average Case Life   8.3<br>Impact Ratio        55.9<br>Quality             Rated 5<br>Total Cases         1928 |

## Overall

## Manager Evaluation

**Rating** *

4.9

**Section Rating Level Overridden**

No

**Default Rating**

4.9

**Comment** *

See attachment for comments

Confidential

G010607