# Exhibit 56

Confidential Information - Subject to Motion to Seal