# Exhibit 61

## Current Selections

**Clearance Levels(s):** Levels 1, 2, 6 and 7 - Core Metrics
**Core Metric Job Type(s):** Investigator

| Current Supervisor | Investigator Name |
|---|---|
| (WA)unknown | WA.z |
| **(WA)unknown** | **Subtotal:** |
| (WB)Cassagne,Gerard D | (WB)Lewonka,Jeffrey J |
| (WB)Cassagne,Gerard D | (WB)Pia,Louis K |
| (WB)Cassagne,Gerard D | (WB)Caniglia,Louis Michael |
| (WB)Cassagne,Gerard D | (WB)Cummings,Tiffany |
| (WB)Cassagne,Gerard D | (WB)Mclaughlin,Kevin C |
| (WB)Cassagne,Gerard D | (WB)Bendig,Daniel L |
| (WB)Cassagne,Gerard D | (WB)Brust,Albert L |
| (WB)Cassagne,Gerard D | (WB)Autera,Daniel William |
| (WB)Cassagne,Gerard D | (WB)Sardina,Gerard M |
| (WB)Cassagne,Gerard D | (WB)Fischer,Keith F |
| **(WB)Cassagne,Gerard D** | **Subtotal:** |
| (WB)Slack,Kristin A | (WB)Fischer,Margaret A |
| (WB)Slack,Kristin A | (WB)Curto,Daniel P |
| (WB)Slack,Kristin A | (WB)Gopi,Navindrachand |
| (WB)Slack,Kristin A | (WB)Jackson,Anna |
| (WB)Slack,Kristin A | (WB)Lazzaro,Lorraine R |
| (WB)Slack,Kristin A | (WB)Scesney,Stuart E |
| (WB)Slack,Kristin A | (WB)Jecklin,Brittany |
| (WB)Slack,Kristin A | (WB)Russo,Nicole Valerie |
| (WB)Slack,Kristin A | (WB)Miskin,Emily Lorraine |
| (WB)Slack,Kristin A | (WB)Clark,Catherine |
| (WB)Slack,Kristin A | (WB)Martinez,Teresa Ann |
| **(WB)Slack,Kristin A** | **Subtotal:** |
| (WB)Neyland,April | (WB)Koenig,Paul J |
| (WB)Neyland,April | (WB)Winters,Francis J |
| (WB)Neyland,April | (WB)Lombardi,Nicole M |
| (WB)Neyland,April | (WB)Heller,Paul J |
| (WB)Neyland,April | (WB)Arthurs,Angela |
| (WB)Neyland,April | (WB)Burns,Stephanie L |
| (WB)Neyland,April | (WB)Halpin,Kevin |
| (WB)Neyland,April | (WB)Brady,Scott M |
| (WB)Neyland,April | (WB)Trentowski,Brian J |
| (WB)Neyland,April | (WB)Moeser,John |
| (WB)Neyland,April | (WB)Ramkishun-Rajapa,Priya |
| (WB)Neyland,April | (WB)Merendino,Cristina M |
| (WB)Neyland,April | (WB)Sheppard,Jessica L |
| (WB)Neyland,April | (WB)DeMeo,Dario D |

| | |
|---|---|
| (WB)Neyland,April | (WB)Genovez,Felipe I |
| (WB)Neyland,April | (WB)Cicco,Lynda M. |
| (WB)Neyland,April | (WB)McDermott,David Federico |
| (WB)Neyland,April | (WB)Betro,Mary A |
| (WB)Neyland,April | (WB)Jones,Charise Y |
| (WB)Neyland,April | (WB)Wisler,Jill R |
| (WB)Neyland,April | (WB)Johnson,Karen M |
| (WB)Neyland,April | (WB)Munoz,Maria |
| **(WB)Neyland,April** | **Subtotal:** |
| (WB)Portnoy,Brian S | (WB)Curto,Daniel P |
| (WB)Portnoy,Brian S | (WB)Gopi,Navindrachand |
| (WB)Portnoy,Brian S | (WB)O'Sullivan,Michael E |
| (WB)Portnoy,Brian S | (WB)Mangan,Constance B |
| (WB)Portnoy,Brian S | (WB)McCarthy,Tracy L |
| (WB)Portnoy,Brian S | (WB)Lenihan,Richard J |
| (WB)Portnoy,Brian S | (WB)DiRago,Marlena |
| (WB)Portnoy,Brian S | (WB)Eivazi,Daniel |
| (WB)Portnoy,Brian S | (WB)Baker,Kenneth Francis |
| (WB)Portnoy,Brian S | (WB)Waltman,Bradley James |
| (WB)Portnoy,Brian S | (WB)Connell,Gene L |
| (WB)Portnoy,Brian S | (WB)David,Eric G |
| **(WB)Portnoy,Brian S** | **Subtotal:** |
| (WB)Nazari,Arineh | (WB)Lazos,Michael |
| (WB)Nazari,Arineh | (WB)Lombardi,Nicole M |
| (WB)Nazari,Arineh | (WB)Hartey-Adametz,Teresa A |
| (WB)Nazari,Arineh | (WB)Arthurs,Angela |
| (WB)Nazari,Arineh | (WB)Burns,Stephanie L |
| (WB)Nazari,Arineh | (WB)Halpin,Kevin |
| (WB)Nazari,Arineh | (WB)Ramkishun-Rajapa,Priya |
| (WB)Nazari,Arineh | (WB)Merendino,Cristina M |
| (WB)Nazari,Arineh | (WB)Betro,Mary A |
| (WB)Nazari,Arineh | (WB)Butler,Marie |
| (WB)Nazari,Arineh | (WB)Muhlbaum-Leeds,Nora |
| **(WB)Nazari,Arineh** | **Subtotal:** |
| (WB)Cavallo,Katherine | (WB)Fischer,Margaret A |
| (WB)Cavallo,Katherine | (WB)Lazzaro,Lorraine R |
| (WB)Cavallo,Katherine | (WB)Scesney,Stuart E |
| (WB)Cavallo,Katherine | (WB)McClernon,Kathleen |
| (WB)Cavallo,Katherine | (WB)Sekur,Stacey Nicole |
| (WB)Cavallo,Katherine | (WB)Jecklin,Brittany |
| (WB)Cavallo,Katherine | (WB)Dovi,Frank William |
| (WB)Cavallo,Katherine | (WB)Lobasso,Kimberly J |
| (WB)Cavallo,Katherine | (WB)Barto,Krista |
| (WB)Cavallo,Katherine | (WB)Walker,Michael |

| | |
|---|---|
| (WB)Cavallo,Katherine | (WB)Miskin,Emily Lorraine |
| (WB)Cavallo,Katherine | (WB)Rojas,Janet A |
| (WB)Cavallo,Katherine | (WB)Stone,Lynnette M |
| (WB)Cavallo,Katherine | (WB)Mooney,Diane M |
| (WB)Cavallo,Katherine | (WB)Carbonaro,Jeanne M |
| (WB)Cavallo,Katherine | (WB)Sarlo,Theresa J |
| **(WB)Cavallo,Katherine** | **Subtotal:** |
| (WB)D'Agata,Toni A | (WB)Geraci,Anthony J |
| (WB)D'Agata,Toni A | (WB)Giambalvo,Mark P |
| (WB)D'Agata,Toni A | (WB)Krattinger,Joseph W |
| (WB)D'Agata,Toni A | (WB)Dux,Kevin |
| (WB)D'Agata,Toni A | (WB)Schartner,Roger Adam |
| (WB)D'Agata,Toni A | (WB)Wendling,Ted D |
| (WB)D'Agata,Toni A | (WB)Destefano,Anthony Carl |
| (WB)D'Agata,Toni A | (WB)Brogna,Christopher A |
| (WB)D'Agata,Toni A | (WB)Pfleging,Douglas F |
| **(WB)D'Agata,Toni A** | **Subtotal:** |
| (WB)Campbell,Dara A | (WB)Caniglia,Louis M |
| (WB)Campbell,Dara A | (WB)Gillen,John J |
| (WB)Campbell,Dara A | (WB)King,Daniel J |
| (WB)Campbell,Dara A | (WB)Teatum,Evan G |
| (WB)Campbell,Dara A | (WB)Diniso,Vito |
| (WB)Campbell,Dara A | (WB)Stemmler,Stephen Paul |
| (WB)Campbell,Dara A | (WB)Salmieri,John F |
| (WB)Campbell,Dara A | (WB)Fitzsimmons,Robert E |
| (WB)Campbell,Dara A | (WB)Costanza,Joseph |
| (WB)Campbell,Dara A | (WB)McManus,George |
| **(WB)Campbell,Dara A** | **Subtotal:** |
| (WB)Perdomo,Danielle P | (WB)Jackson,Anna |
| (WB)Perdomo,Danielle P | (WB)McClernon,Kathleen |
| (WB)Perdomo,Danielle P | (WB)Simmons,Glenn E |
| (WB)Perdomo,Danielle P | (WB)Faublas,Sheena Jessica |
| (WB)Perdomo,Danielle P | (WB)Russo,Nicole Valerie |
| (WB)Perdomo,Danielle P | (WB)Eivazi,Daniel |
| (WB)Perdomo,Danielle P | (WB)Baker,Kenneth Francis |
| (WB)Perdomo,Danielle P | (WB)Ohrnberger,Patricia |
| (WB)Perdomo,Danielle P | (WB)Chapman,Barbara-Ann |
| (WB)Perdomo,Danielle P | (WB)Gotterbarn,Karen |
| **(WB)Perdomo,Danielle P** | **Subtotal:** |
| (WB)Janik,Chester J | (WB)Grey,Michael R |
| (WB)Janik,Chester J | (WB)Reed,Michael N |
| (WB)Janik,Chester J | (WB)Mills,Geoffrey |
| (WB)Janik,Chester J | (WB)McEvoy,John |
| (WB)Janik,Chester J | (WB)Costanzo,Craig D |

| | |
|---|---|
| (WB)Janik,Chester J | (WB)Crozier,Brian Arnold |
| (WB)Janik,Chester J | (WB)Mojica,Kevin M |
| (WB)Janik,Chester J | (WB)Barden,Thomas N |
| **(WB)Janik,Chester J** | **Subtotal:** |
| (WB)Bogoff,Doreen | (WB)Curto,Daniel P |
| (WB)Bogoff,Doreen | (WB)Gopi,Navindrachand |
| (WB)Bogoff,Doreen | (WB)Sekur,Stacey Nicole |
| (WB)Bogoff,Doreen | (WB)Lobasso,Kimberly J |
| (WB)Bogoff,Doreen | (WB)Miskin,Emily Lorraine |
| (WB)Bogoff,Doreen | (WB)Reuter,John Thomas |
| (WB)Bogoff,Doreen | (WB)Snair,Jason B |
| (WB)Bogoff,Doreen | (WB)Martinez,Teresa Ann |
| (WB)Bogoff,Doreen | (WB)Sarlo,Theresa J |
| **(WB)Bogoff,Doreen** | **Subtotal:** |
| (WB)unknown | (WB)Youhouse,Michele M |
| (WB)unknown | (WB)Brown,Hazel G |
| (WB)unknown | (WB)Hernandez,Victor R |
| (WB)unknown | (WB)unknown |
| **(WB)unknown** | **Subtotal:** |
| **Total:** | |