# Exhibit 1

Confidential Information - Subject to Motion to Seal