# Exhibit 2

Confidential Information - Subject to Motion to Seal