# Exhibit 3

Confidential Information - Subject to Motion to Seal