# Exhibit 4

Confidential Information - Subject to Motion to Seal