# Exhibit 5

Confidential Information - Subject to Motion to Seal