# Exhibit 6

Confidential Information - Subject to Motion to Seal