# Exhibit 7

Confidential Information - Subject to Motion to Seal