# Exhibit 8

Confidential Information - Subject to Motion to Seal