# Exhibit 9

Confidential Information - Subject to Motion to Seal