# Exhibit 10

Confidential Information - Subject to Motion to Seal