# Exhibit 11

Confidential Information - Subject to Motion to Seal