# Exhibit 13

Confidential Information - Subject to Motion to Seal