# EXHIBIT 29

Message

---

**From**: Janik, Chester [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=804690BC476E4569AAC3AFA11E29D356-JANIK, CHET]
**Sent**: 8/10/2022 11:26:38 AM
**To**: Newport, William [WNewport@geico.com]
**Subject**: RE: Case Life - 16.57 days

Yes, he does have a few cases in Rochester, but the increase in CL is due to field work and volume.



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** Newport, William <WNewport@geico.com>
**Sent:** Wednesday, August 10, 2022 7:22 AM
**To:** Janik, Chester <CJanik@geico.com>
**Subject:** RE: Case Life - 16.57 days

If he's working over the 8 hours please make sure he is putting in his time.  Is he still covering Rochester?

Sensitivity: General/Internal

**From:** Janik, Chester <CJanik@geico.com>
**Sent:** Wednesday, July 27, 2022 3:55 PM
**To:** Newport, William <WNewport@geico.com>
**Subject:** FW: Case Life - 16.57 days

Bill, here's Craig Costanzo response to the increased Case Life. He is correct and has valid points.

48 cases in in June had something to do with it. Traveling to Rochester has something to do with it. Insureds have been difficult to get required documentation from.

Moving as fast as I can.  I also have made an effort to stop working more than 8 hours a day.

=================================================================================================
=============================================================================

Confidential

G016068

Hi Guys,

It's been awhile since I updated the Team on Case Life. Even though it's not a 2022 MAP goal, it's still an important way for me to observe how you are managing your pending cases. As of the today, the Team average CL is at 11.99 days. With a reduction in MAP goal categories, I would have hoped to see a much lower CL, like what we were averaging back in March of this year, at 6.4 days. I will send everyone their CL separately, so you can see were you rank in relation to the Team average. Is this increase due to more field work is being conducted?
Even when you are on vacation, I'm having Cristina look into your pending cases to see if any claims activity has taken place on your investigation, that may assist in resolving the reason for the referral and close the case.
Continue to focus on closing your cases if all investigative steps have been taken towards completion.

Thanks and have a great day.



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** Costanzo, Craig <CCostanzo@geico.com>
**Sent:** Wednesday, July 27, 2022 1:50 PM
**To:** Janik, Chester <CJanik@geico.com>
**Subject:** RE: Case Life - 16.57 days

48 cases in in June had something to do with it. Traveling to Rochester has something to do with it. Insureds have been difficult to get required documentation from.

Moving as fast as I can.  I also have made an effort to stop working more than 8 hours a day.

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*



**Craig Costanzo** | Lead Investigator
R2 / SIU
Phone: 315-506-9560 | Fax: 855-529-6192
Email: ccostanzo@geico.com

Sensitivity: General/Internal

**From:** Janik, Chester <CJanik@geico.com>
**Sent:** Wednesday, July 27, 2022 1:47 PM
**To:** Costanzo, Craig <CCostanzo@geico.com>
**Subject:** Case Life - 16.57 days



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

Confidential