# EXHIBIT 30

Message

| | |
|---|---|
| **From**: | Newport, Bill [WNewport@geico.com] |
| **Sent**: | 4/16/2020 11:56:38 AM |
| **To**: | R2 Bill Newport Section [R2BillN@geico.com]; Bishop, Theresa [TBishop@geico.com] |
| **Subject**: | Workday/OT |

Good Morning,
Please make sure Workday for our associates are updated daily.  Also keep in mind if someone is going to work extra time it needs to come through you and I first.

Thank you,
Bill

Sensitivity: General/Internal

Confidential                                                                                                                              G012062