# EXHIBIT 31

Message

---

**From**: Gelderman, Andrew [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0CB73C2C51AA4E5F96162720D6C3C2B3-GELDERMAN,]
**Sent**: 7/31/2023 7:52:48 PM
**To**: Grey, Michael [MGrey@geico.com]
**CC**: Woupio, Patricia [PWoupio@geico.com]
**Subject**: 7/30 Working Hours

Hi Michael,

This email is a follow up to our discussion this morning. Please read the full email and acknowledge that you have received/understood it. Yesterday you had logged on to work on current cases in your pending. However, this was outside of the normal time GEICO has approved. As discussed, approval by GEICO management is needed to work additional time outside of your hours. I have noticed that time has not been entered for yesterday at this time. Please make any adjustments needed to reflect the hours worked. I can submit this for you if you have trouble doing so. Please see the excerpt from the GEICO handbook at the end of this email.

Future violations of this GEICO policy can lead to further disciplinary actions up to and including termination.

GEICO Policy:

GEICO's Nonexempt Associate Guidelines detailed in the Associate Handbook provide that working "outside of normal working hours by nonexempt associates requires prior approval from their manager or above" and that "nonexempt associates are required to record and accurately report all time spent on GEICO business, regardless of the location where work is performed, or the device used."



**Andrew Gelderman** | Region 8 SIU Supervisor
Phone: 617-515-3364
Email: agelderman@geico.com

                                                                                            G021788