# Exhibit 33

Confidential Information - Subject to Motion to Seal