# Exhibit 34

Confidential Information - Subject to Motion to Seal