# Exhibit 35

Confidential Information - Subject to Motion to Seal