# Exhibit 36

Confidential Information - Subject to Motion to Seal