# Exhibit 37

Confidential Information - Subject to Motion to Seal

Case 2:23-cv-02848-SJB-ST   Document 98-104   Filed 06/11/25   Page 1 of 1 PageID #: 3938