# Exhibit 38

Confidential Information - Subject to Motion to Seal