# Exhibit 39

Confidential Information - Subject to Motion to Seal