# Exhibit 40

Confidential Information - Subject to Motion to Seal