# Exhibit 41

Confidential Information - Subject to Motion to Seal