# Exhibit 43

Confidential Information - Subject to Motion to Seal