# EXHIBIT 44

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 1/21/2020 1:26:05 PM |
| **To**: | Newport, Bill [WNewport@geico.com] |
| **Subject**: | RE: Overtime for Lou Caniglia Sr |

Thank you

Sensitivity: General/Internal

**From:** Newport, Bill
**Sent:** Tuesday, January 21, 2020 8:24 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime for Lou Caniglia Sr

ok

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Monday, January 20, 2020 5:36 PM
**To:** Newport, Bill <WNewport@geico.com>
**Subject:** FW: Overtime for Lou Caniglia Sr

I just spoke with Lou. He is requesting two hours overtime tonight. He has to call a detective on a case and work a couple of cases to close today. He received 4 openings today. He made tip on all four but I moved one to another guy on my team. He has EUO's Scheduled Wednesday and Thursday so he feels he cant shave it off another day. He has 18 cases in his pending which is a lot for him. Teatum is on vacation so they have been getting hit end of last week and today on top of things.

Sensitivity: General/Internal

**From:** Caniglia, Lou
**Sent:** Monday, January 20, 2020 3:54 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:**

Request overtime Re case 2051903 Interview detective 5;00 Pm Yonkers PD.
Back up and tip three new cases referred today.
Review and work on pending cases to close or prepare to close.



**Louis Caniglia Sr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 914-649-4865 | Fax: 516-213-7541
Email: LCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Confidential                                                                                                                                G011933