# EXHIBIT 45

Message

| | |
|---|---|
| **From**: | Fitzsimmons, Robert [RFitzsimmons@geico.com] |
| **Sent**: | 8/4/2020 6:00:04 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: Overtime |

10-4.. Thank you..Sorry for the confusion.

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, August 4, 2020 1:59 PM
**To:** Fitzsimmons, Robert <RFitzsimmons@geico.com>
**Subject:** RE: Overtime

Oh I see. You worked regular hours Sunday to make up for Monday. No I am totally fine with that. if you know in advance shoot me an email.   I honestly don't care how you do it as long as you get to 7.75.  If you need to do it again and you cant get a hold of me, just email me after fact and say worked 4 hour Sunday and will be in late Monday as a result or text

Sensitivity: General/Internal

**From:** Fitzsimmons, Robert
**Sent:** Tuesday, August 4, 2020 1:55 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

Dara,

I know about the OT, I did the hours on Sunday because I was not sure if I would be able to work the whole day on Monday.  Is there an issue with working part of the weekend to cover the hours for a day during the week?

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, August 4, 2020 1:53 PM
**To:** Fitzsimmons, Robert <RFitzsimmons@geico.com>
**Subject:** FW: Overtime

Rob,
We have not received approval from Bill to do overtime this month. Sorry for the confusion but I sent this yesterday and now I see hours again for last night.  I will approve what is in there but we cant do anymore.  Let me know if you have any questions

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Monday, August 3, 2020 12:10 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

Confidential                                                                                                           G012091

Overtime as far as I know was suspended as of 8/1. I will let you all know if we get approval for August but I don't think so.



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Sensitivity: General/Internal

Confidential                                                                                                                                                    G012092