# Exhibit 46

Confidential Information - Subject to Motion to Seal