# Exhibit 47

Confidential Information - Subject to Motion to Seal