# EXHIBIT 49



# Performance Guide & Appraisal

| Associate Name | | Associate Number | Grade 65 |
|---|---|---|---|
| Region 2 | Department SIU | Division REGIONAL STAFF | Section Code |
| Date Employed | Date Assigned Present Job | Job Title | Job Code |
| Rating Period JANUARY 1, 2018- DECEMBER 31, 2018 | | Supervisor/Rater Name | |

**Instructions**

Section I: Goal Setting
- At the beginning of the performance rating period, meet with the Associate to define and record goals.
- Throughout the rating period, the goals should be updated to reflect changes in priorities.

Section II: Self-Appraisal
- At the end of the rating period, ask the Associate to complete Section II, the Self-Appraisal. The Associate should provide comments focusing on goal-related accomplishments.

Section III: Rater Appraisal
- At the end of the rating period (i.e., year end or promotion, demotion, reclassification with additional duties, or transfer date), evaluate the Associate's performance against each goal.
- Based on the Associate's progress in the job and performance across the goals (granting greater weight to the most significant goals), record your overall performance rating.
- The rating scale is defined in the table below.

| Rating | Associate Scale (fully trained) | Trainee Scale |
|---|---|---|
| 1 – Unsatisfactory | Consistently fails to meet most standards or goals of the job. A Performance Improvement Plan is required. | Fails to make satisfactory progress to learn job. Does not achieve goals. |
| 2 – Fair | Meets most, but not all, standards or goals of the job. Level of performance is less than expected in some areas. | Makes adequate progress to learn job, but improvements are necessary. Usually achieves goals, but performance is less than expected. |
| 3 – Good | Consistently meets standards or goals of the job. Makes full use of ability and experience to produce the desired results. | Learns job at a consistent and expected rate. Achieves goals. |
| 4 – Very Good | Consistently meets and often exceeds standards or goals of the job. Actively contributes to the achievement of the overall unit, department, and company goals. | Learns job faster than expected. Consistently meets and often exceeds goals. |
| 5 – Outstanding | Consistently exceeds all standards or goals of the job. Seeks new and better ways to accomplish tasks. Is very capable and versatile in adjusting priorities to unit, department, and company needs. | Quickly masters job. Exceeds all goals. |

## SECTION I – GOAL SETTING

Complete this section at the <u>beginning</u> of the rating period. Write clear, concise goals that reflect what will be done and what results will be achieved.

| A. PERFORMANCE GOALS | MEASUREMENT OF ACHIEVEMENT | TARGET DATES |
|---|---|---|
| **Average Case Life (Non EUO Cases)**<br>Date of Assignment to Date of Approved Closure | WEIGHT     20%<br><br>Rating        Goal<br>1       Above 19.0<br>2       16.0- 19.0<br>3       12.0- 15.99<br>4       7.0- 11.99<br>5       Below 7.0 | Ongoing Monthly Scorecard |
| **File Quality**<br>Must meet case report quality guidelines. Measured as percent of files satisfactory. Includes regional and CHO audit results | WEIGHT     40%<br><br>Rating        Goal<br>1       less than 86.9%<br>2       86.9% - 89.9%<br>3       90% - 93.0%<br>4       93.1% - 96.1%<br>5       Above 96.1% | Ongoing Monthly Scorecard |
| **Productivity**<br>Average monthly adjusted productivity ratio | WEIGHT     40%<br><br>Rating        Goal<br>1       Below 18<br>2       18 – 19.99<br>3       20.0 -  23.0<br>4       23.1 -  25.00<br>5       Above 25.0 | Ongoing Monthly Scorecard |

C.

To be signed when goals are set.

_____    _____    _____    _____
Associate's Signature                            Date                  Rater's Signature                                    Date

D-91 (1-05)                                     2
Sensitivity: Confidential

| |
|---|
| |
| |

**SKILL DEVELOPMENT ACCOMPLISHMENTS**

| |
|---|
| |

| Associate's Signature | Date |
|---|---|

**ASSOCIATE COMMENTS (to be completed after the Rater Appraisal)**

| |
|---|
| |

| Associate's Signature | Date |
|---|---|

**SECTION III – RATER APPRAISAL**
Rater: Complete at the <u>end</u> of the rating period. If a goal has changed, indicate what was done instead.

| PERFORMANCE ACCOMPLISHMENTS | | | | | |
|---|---|---|---|---|---|
| Category | Weight | Range for 3 | Actual | Rank | Score |
| | | | | | |

| PERSONAL DEVELOPMENT ACCOMPLISHMENTS |
|---|
| |

| SKILL DEVELOPMENT ACCOMPLISHMENTS |
|---|
| |

| RATER COMMENTS |
|---|
| |

| SUMMARY RATING (check one) | PREVIOUS RATING: |
|---|---|
| ___ 1  ___ 2  ___ 3  ___ 4  ___ 5 | |

___ Fully Trained       ___ Trainee ( ___ % Trained)

To be signed when performance review is complete.

_____   _____   _____   _____
Rater's Signature                Date            Reviewer's Signature             Date

D-91 (1-05)  
Sensitivity: Confidential

4

Confidential

G010807