# Exhibit 50

Confidential Information - Subject to Motion to Seal