**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br><br>                    Plaintiffs,<br><br>          v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>                    Defendant. | No. 23 Civ. 02848 (SJB) (SLT) |

**DECLARATION OF MICHAEL J. SCIMONE**
**IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Outten & Golden LLP ("O&G") and one of the primary attorneys responsible for this matter.

2.      I make this declaration in support of Plaintiffs' Reply In Support of Plaintiffs' Motion for Class Certification.  I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

**Exhibits**

3.      The exhibits referenced in Plaintiffs' Reply In Support of Plaintiffs' Motion for Class Certification are as follows:

   a.   Attached as Exhibit 1 is a true and correct copy of Plaintiff Constance Mangan's Performance Appraisal for 2019 ("Mangan 2019 Appraisal").

b.   Attached as Exhibit 2 is a true and correct copy of Plaintiff Keith Fischer's

Performance Appraisal for 2019 ("K. Fischer 2019 Appraisal").

c.   Attached as Exhibit 3 is a true and correct copy of excerpts of the transcript from

the deposition of Plaintiff Charise Jones', dated August 12, 2024 ("Jones Dep.").

d.   Attached as Exhibit 4 is a true and correct copy of excerpts of the transcript from

the deposition of Plaintiff Margaret Fischer, dated December 19, 2024 ("M.

Fischer Dep.").

e.   Attached as Exhibit 5 is a true and correct copy of excerpts of the transcript from

the deposition of Plaintiff Daniel King, dated January 7, 2025 ("King Dep.").

f.   Attached as Exhibit 6 is a true and correct copy of excerpts of the transcript from

the deposition of Plaintiff Keith Fischer, dated August 28, 2024 ("K. Fischer

Dep.").

g.   Attached as Exhibit 7 is a true and correct copy of excerpts of the transcript from

the deposition of Plaintiff Michael O'Sullivan, dated August 26, 2024

("O'Sullivan Dep.").

h.   Attached as Exhibit 8 is a true and correct copy of the Declaration of Catherine

O'Neil In Support of Plaintiffs' Reply In Support of Class Certification ("O'Neil

Reply Decl.").

i.   Attached as Exhibit 9 is a true and correct copy of excerpts of the transcript from

the deposition of Catherine O'Neil, dated April 25, 2025 ("O'Neil Dep.").

*       *       *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

2

Dated: June 11, 2025
       Nyack, NY

Respectfully submitted,

*/s/ Michael J. Scimone*

Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com

*Attorney for Plaintiffs and the Putative Class and Collective*