# Exhibit 1

| | |
|---|---|
| **Mangan, Constance B** | **GEICO 2019 Annual PA** |
| Senior Field Security Investigator | Organization: SIU Org - SIU - 99 (Brian Portnoy) |
| Manager: Brian Portnoy | Location: NY New York (Field) - JPS |
| Evaluated By: Brian Portnoy | 01/01/2019 - 12/31/2019 |

# Overall

### Manager Overall Evaluation

| | |
|---|---|
| Rating: | 3.6 |
| Comment: | Connie performed admirably in 2019 achieving a 3.6 rating overall. Her demeanor during statements and EUO's is something that separates her from the other field medical investigators. She does a really great job making the subject feel comfortable which I think helps her get the information she is seeking. Case life is something she struggled with during 2019. We both believe this to be a byproduct of attorney's rescheduling EUO's as they see fit with little consequence. Connie's impact percentage was 78% which was below the team average of 82.5%. We will work together in 2020 to identify any areas where we can improve upon her results in both of these areas. |

# Acknowledgement

### Manager

| | | | |
|---|---|---|---|
| Entered by: | Brian Portnoy | Date: | 01/31/2020 |
| Status: | Manager Acknowledged. | | |
| Comment: | | | |

### Associate

| | | | |
|---|---|---|---|
| Entered by: | Constance Mangan (Retired) | Date: | 01/31/2020 |
| Status: | Associate Acknowledged. | | |
| Comment: | | | |

# Goals

### Adjusted Productivity

Target to be rated a 3 is 17.3-21.5

Weight: 40

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 3.7 | Rating: | 3.7 |
| Comment: | | Comment: | |

### Average case life

Weight: 20

| Manager Evaluation | | Associate Evaluation | |
|---|---|---|---|
| Rating: | 2.2 | Rating: | 2.1 |
| Comment: | | Comment: | |

G006645

Quality

Weight: 40

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating: 4.3 | Rating: 3.6 |
| Comment: | Comment: |

### Section Summary

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating: 3.6 | Rating: 3.3 |

## Accomplishments

2/20/2019   In This Together
4/5/2019    Anticipating the Other Motorist
6/17/2019   Know Be4
6/17/2019   Policies & Acknowledgments
6/18/2019   Emergency Response
6/18/2019   Privacy and Security
10/23/2019  Intersection problems
11/5/2019   Emergency Response Procedures
12/17/2019  Privacy & Information Security

| Manager Evaluation | Associate Evaluation |
|---|---|
| Comment: | Comment: |

Case 2:23-cv-02848-SJB-ST   Document 98-135   Filed 06/11/25   Page 3 of 3 PageID #: 4115

G006646