# Exhibit 2

# Fischer, Keith F
Lead Security Investigator

Manager: Gerard Cassagne (Retired)
Evaluated By: Gerard Cassagne (Retired)

# GEICO 2019 Annual PA
Organization: UNPSS - SIU - 37 (William Newport (Inherited)) (inactive)
Location: NY Long Island - NYC JPS
01/01/2019 - 12/31/2019

## Overall

### Manager Overall Evaluation

Rating: 4.4

Comment: Keith is a lead investigator and has proven himself to be a tremendous asset to the unit. He is relied upon to assist with the training of new investigators. He is relied upon to handle sensitive cases and internal cases. He was chosen to work in the Theft investigation team and has numerous law enforcement contacts. He utilizes his contacts to assist with his cases. He I considered to be one of the "go to" guys in the team.

## Acknowledgement

### Manager

Entered by: Gerard Cassagne (Retired)
Status: Manager Acknowledged.
Comment:
Date: 01/31/2020

### Associate

Entered by: Keith Fischer (Retired)
Status: Associate Acknowledged.
Comment:
Date: 01/30/2020

## Goals

### Adjusted productivity ratio - 18.2-322.5-----25.2

Weight: 40

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating: 4.8 | Rating: |
| Comment: | Comment: |

### case life-12-15------9.77

Weight: 20

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating: 4.4 | Rating: |
| Comment: | Comment: |

G006348

File Quality -93.2-97.7---97.26

Weight: 40

**Manager Evaluation**
Rating: 3.9
Comment:

**Associate Evaluation**
Rating:
Comment:

Section Summary

**Manager Evaluation**
Rating: 4.4

**Associate Evaluation**
Rating:

## Accomplishments

PERFORMANCE ACCOMPLISHMENTS

I INVESTIGATED 323 CASES IN 2019
I AVERAGED 27 CASES A MONTH
I HAVE MET OR EXCEEDED ALL OF MY ANNUAL GOALS FOR 2019
MY OVER ALL RATING/REPORT CARD IN 2019 WAS 4.38
I HAVE USED MY INVESTIGATIVE KNOWLEDGE, EXPERIENCE, TRAINING AND ORGANIZATIONAL SKILLS TO SUCCESSFULLY COMPLETE ALL OF MY RESPONSIBILITIES AS A GEICO INVESTIGATOR.


PERSONAL DEVELOPMENT ACCOMPLISHMENTS

I REQUESTED 110 EUO'S, CONDUCTED 71 EUO'S AND HAD 109 EUO NO SHOWS IN 2019
I HAD 9 ARRESTS AND 8 WITHDRAWALS IN 2019
I ATTENDED 1 NICB MEETINGS IN 2019
I ATTENDED 3 TEAM AND 2 SIU MEETINGS IN 2019
I ATTENDED 1 TRIAL 1/2/19 IN 2019
I TRAINED DAN BENDIQ AND KEVIN DUX AT MY HOME AND ON THE ROAD FOR 3 WEEKS
I TRAINED 8 NEW INVESTIGATORS FOR 7 HOURS ON 10/8/19 INSIDE THE WOODBURY BUILDING AND THEN INDIVIDUALLY OVER TWO MORE WEEKS-STILL CONTINUE TO FIELD QUESTIONS EACH WEEK FROM ALL 8 NEW INVESTIGATORS

I COMPLETED THE FOLLOWING TRAINING COURSES IN 2019
WEB EX WITH DANIELLE P, MEETING OF LAW ENFORCEMENT AT 113 PCT 3 HOURS 5/23/19
ANTICIPATING OTHER MOTORISTS, INTERSECTION & RIGHT OF WAY, POLICIES & ACKNOWLEDGEMENTS -PRIVACY & INFORMATION SECURITY-CODE OF CONDUCT- GET OUT SAFE

ALL PERSONAL AND SKILL DEVELOPMENT GOALS HAVE BEEN MET IN 2019
I OBTAIN ONGOING FRAUD TRAINING THROUGHOUT THE YEAR AS IS APPARENT IN THE ABOVE NOTED LIST.

THIS TRAINING COUPLED WITH MY PRIOR LIFE EXPERIENCE AND PRIOR LAW ENFORCEMENT
BACKGROUND GIVES ME THE ABILITY TO SUCESSFULLY COMPLETE MY SIU INVESTIGATIVE RESPONSIBILITIES.

COLLEGE & CORE BUSINESS COURSE REQUIREMENTS
I DO NOT PLAN ON TAKING ANY FURTHER EDUCATION OR CORE CLASSES AT THIS TIME.

| Manager Evaluation | Associate Evaluation |
|---|---|
| Comment: | Comment: I WILL CONTINUE TO WORK HARD AND WORK MY CASES TO THE HIGHEST LEVEL |

G006350