IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## CERTIFICATE OF SERVICE

Joshua Conde affirms under penalty of perjury:

1. I am not a party of this action, am over the age of eighteen years, and my business address is 685 Third Avenue, 25th Floor, New York, NY 10017.

2. On June 12, 2025, I served a true and correct copy of Plaintiffs' motion requesting to file a redacted version of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion to Certify Class ("Motion") and select exhibits under seal for the Motion and GEICO's Opposition to the Motion by e-mail, after receiving consent, upon counsel for the Defendant at the following e-mail addresses:

| | |
|---|---|
| Gerald L. Maatman<br>Jennifer A. Riley<br>Tiffany E. Alberty<br>Gregory Tsonis<br>Justin R. Donoho<br>**DUANE MORRIS LLP**<br>190 South LaSalle, Suite 3700<br>Chicago, IL 60603<br>GMaatman@duanemorris.com<br>JARiley@duanemorris.com<br>TEAlberty@duanemorris.com<br>GTsonis@duanemorris.com<br>JRDonoho@duanemorris.com | Gregory S. Slotnick<br>**DUANE MORRIS LLP**<br>1540 Broadway<br>New York, NY 10036<br>GSSlotnick@duanemorris.com |
| Dated: June 12, 2025 | Respectfully submitted,<br><br>*/s/ Joshua Conde*<br>Joshua Conde |