# EXHIBIT C

| | |
|---|---|
| **From:** | Scimone, Michael <mscimone@outtengolden.com> |
| **Sent:** | Thursday, June 12, 2025 4:08 PM |
| **To:** | Tsonis, Gregory; Troy Kessler; gkaske@kesslermatura.com; McAllister, Jarron D.; Swartz, Justin M.; Jean, Sabine; DSouza, Zarka; Cowdin, Ryan C.; Geico-O&G@outtengolden.com |
| **Cc:** | S-GM-Fischer v. GEICO |
| **Subject:** | RE: Fischer, et al. v. Government Employees Insurance Company – Oral Argument on Plaintiffs' Motion for Class Certification |

Greg,

We did not request oral argument. Judge Bulsara's rules say he typically does not hold argument, and require the parties to state a basis for it if requested. We think the papers do an adequate job of setting out the issues.

Mike

**Michael Scimone | Partner**
Outten & Golden LLP
685 Third Ave, 25th Floor | New York, NY 10017
(w) 646-825-9806
mscimone@outtengolden.com

*This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.*

**From:** Tsonis, Gregory <GTsonis@duanemorris.com>
**Sent:** Thursday, June 12, 2025 4:47 PM
**To:** Troy Kessler <tkessler@kesslermatura.com>; gkaske@kesslermatura.com; Scimone, Michael <mscimone@outtengolden.com>; McAllister, Jarron D. <JMcAllister@outtengolden.com>; Swartz, Justin M. <JSwartz@outtengolden.com>; Jean, Sabine <sjean@outtengolden.com>; DSouza, Zarka <ZDSouza@outtengolden.com>; Cowdin, Ryan C. <RCowdin@outtengolden.com>; Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Cc:** S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>
**Subject:** [EXTERNAL] RE: Fischer, et al. v. Government Employees Insurance Company – Oral Argument on Plaintiffs' Motion for Class Certification

Counsel – following up on the below, please let us know whether Plaintiffs request oral argument in connection with their motion.

Regards,

Greg

**Gregory Tsonis**
Partner

1

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652

GTsonis@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

---

**From:** Tsonis, Gregory <GTsonis@duanemorris.com>
**Sent:** Tuesday, June 10, 2025 3:28 PM
**To:** tkessler@kesslermatura.com; gkaske@kesslermatura.com; mscimone@outtengolden.com; jmcallister@outtengolden.com; JSwartz@outtengolden.com; sjean@outtengolden.com; ZDSouza@outtengolden.com; RCowdin@outtengolden.com; Geico-O&G@outtengolden.com <geico-og@outtengolden.com>
**Cc:** S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>
**Subject:** Fischer, et al. v. Government Employees Insurance Company – Oral Argument on Plaintiffs' Motion for Class Certification

### RE:    Fischer, et al. v. Government Employees Insurance Company – Oral Argument on Plaintiffs' Motion for Class Certification
###            Case No. 23-CV-02848 (E.D.N.Y.)

Counsel –

Pursuant to Judge Bulsara's Individual Practices, Rule VI(F), we write to inquire regarding oral argument on Plaintiffs' Motion for Class Certification.

According to the Court's Rules, "Parties may request oral argument by filing a letter requesting the same upon filing of a fully briefed motion, explaining the basis for the request." As we anticipate Plaintiffs will be filing the fully briefed Motion by tomorrow's filing deadline, so please confirm at your earliest convenience whether Plaintiffs intend to request oral argument on their Motion.

Thank you.

Regards,

Greg


**Gregory Tsonis**
Partner

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652

GTsonis@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.