# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

### CERTIFICATES OF COMPLIANCE FOR PLAINTIFFS' MEMORANDA OF LAW IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND REPLY

Pursuant to Local Civil Rule 7.1(c) and Your Honor's Individual Practice Rules VI(E) (the "Rules"), as well as the enlargement of the word count previously granted by the Court, *see* DE dated March 31, 2025,[1] I hereby certify that (i) the Memorandum of Law In Support of Plaintiffs' Motion for Class Certification, *see* DE 98-1, contains 9,203 words, excluding the parts exempted by the Rules, as established by the word count of the computer program used to prepare this brief; and (ii) the Memorandum of Law In Support of Plaintiffs' Reply, *see* DE 98-133, contains 3,644 words, excluding the parts exempted by the Rules, as established by the word count of the computer program used for preparation of this brief.

---

[1] The Court enlarged the word count to 9,250 words for the moving and opposition briefs and 3,700 for the reply brief. *Id*.

Dated: June 17, 2025

Respectfully submitted,

By: /s/ *Michael J. Scimone*
Michael J. Scimone
Sabine Jean
Jarron D. McAllister
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2005
Email: mscimone@outtengolden.com
Email: sjean@outtengolden.com
Email: jmcallister@outtengolden.com

Ryan C. Cowdin*
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: rcowdin@outtengolden.com

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
Facsimile: (800) 451-0874
Email: tkessler@kesslermatura.com
Email: gkaske@kesslermatura.com

* Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class and Collective*