# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Gary R. Brown<br><br>Magistrate Judge Arlene R. Lindsay<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO ALL PARTIES AND THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned has a new address and demands that all papers and notices in this matter to be served at the address stated below.

Dated: June 17, 2025
New York, New York

**DUANE MORRIS LLP**

*/s/ Gregory S. Slotnick*
Gregory S. Slotnick
22 Vanderbilt
335 Madison Avenue – 22nd Floor
New York, NY 10017-4669
Tel.: (212) 692-1000
Fax.: (212) 692-1020
*One of the Attorneys for Defendant*