# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(C) AND JUDGE BULSARA'S INDIVIDUAL PRACTICES, RULE VI(E)

In accordance with Local Civil Rule 7.1(c), Your Honor's Individual Practices, Rule VI(E), and the parties' motion for enlargement of the word count for briefing Plaintiffs' Motion for Class Certification (ECF No. 90), which was So Ordered by the Court via Text Order on March 31, 2025, and permitted 9,250 words for response briefs, I hereby certify that Defendant Government Employees Insurance Company's Response in Opposition to Plaintiffs' Motion for Class Certification (ECF No. 98-66) (the "Response") contains 9,249 words, including footnotes, as established by Microsoft Word, the software used to prepare the Response. The word count does not include the Response's cover page, table of contents, table of authorities, signature block, and certificate of service, which are exempted by the applicable Rules.

Dated: June 19, 2025

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Gerald L. Maatman, Jr.*
      Gerald L. Maatman, Jr.

DM1\16729313.2

(gmaatman@duanemorris.com)
Jennifer A. Riley
(jariley@duanemorris.com)
Gregory Tsonis
(gtsonis@duanemorris.com)
Tiffany E. Alberty
(tealberty@duanemorris.com)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701

Gregory S. Slotnick
(gsslotnick@duanemorris.com)
**DUANE MORRIS LLP**
22 Vanderbilt
New York, New York 10017
Telephone: (212) 692-1000
Facsimile: (212) 202-5384

*Attorneys for Defendant Government Employees Insurance Company*