**Duane Morris®**

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

GERALD L. MAATMAN, JR.
DIRECT DIAL: +1 312 499 6710
PERSONAL FAX: +1 312 279 6780
*E-MAIL:* GMaatman@duanemorris.com

*www.duanemorris.com*

July 24, 2025

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:  *Fischer, et al. v. Government Employees Insurance Company*
>        Case No. 2:23-CV-02848 (SJB) (SLT)

Dear Judge Bulsara:

We represent Defendant Government Employees Insurance Company ("GEICO") in the above-referenced matter.

We write pursuant to Rule VI(D) of the Court's Individual Practices for Civil Cases to confirm that yesterday GEICO has served the following documents on Plaintiffs in accordance with the Parties' So Ordered briefing schedule for GEICO's Motion to Exclude the Testimony of Catherine O'Neil (*see* ECF No. 105; July 9, 2025 Text Order granting ECF No. 105):

1. GEICO's Notice of Motion to Exclude the Testimony of Catherine O'Neil (the "Motion");

2. GEICO's Memorandum of Law in Support of the Motion;

3. Declaration of Gerald L. Maatman, Jr. in Support of the Motion (the "Maatman Declaration"); and

4. Corresponding Exhibits A through K attached to the Maatman Declaration.

These documents were served by GEICO on Plaintiffs via electronic mail on July 23, 2025. On or before GEICO's August 27, 2025 deadline to serve Plaintiffs with its Reply papers (ECF No. 105), GEICO shall bundle, serve, and file with the Court GEICO's moving brief in support of the Motion, Plaintiffs' Response in Opposition to the Motion, GEICO's Reply papers, and other

DuaneMorris

Hon. Sanket J. Bulsara
July 24, 2025
Page 2

relevant briefing documents when the Motion is fully briefed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Gerald L. Maatman, Jr.

GLM

cc:  All Counsel of Record (via ECF)

DuaneMorris