# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

GERALD L. MAATMAN, JR.
PARTNER
DIRECT DIAL: +1 312 499 6710
PERSONAL FAX: +1 312 279 6780
E-MAIL: GMaatman@duanemorris.com

www.duanemorris.com

August 1, 2025

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    *Fischer, et al. v. Government Employees Insurance Company*
                  Case No. 2:23-CV-02848 (SJB) (SLT)

Dear Judge Bulsara:

    The parties write jointly to request a modest enlargement of the word count for each party's briefing on Defendant's Motion for Summary Judgment, set to be filed as a bundled motion on October 10, 2025. Pursuant to Rule VI.E of this Court's Individual Practices, the word limit for memoranda of law in support or opposition of motions is 8,750 words, and 3,500 words for any reply. *See* Judge Bulsara Individual Practices (Civil) (April 21, 2025). The parties request leave for an additional 2,000 words for both memoranda of law in support and opposition to the motion (10,750 words each), and an additional 800 words for Defendant's reply (4,300 words total).

    Good cause exists to support the parties' request. In Defendant's Motion for Summary Judgment, Defendant asserts multiple bases for summary judgment as to several parties and must explain the applicability of each basis. Further, the record in this case is voluminous, and includes responses to written discovery, several thousand documents, and extensive deposition testimony. The increased word limit is necessary to completely present the factual record and the applicable law to the Court and to reflect the applicable record and legal citations.

DUANE MORRIS LLP

22 VANDERBILT
335 MADISON AVENUE,  New York, NY 10017-4669

PHONE +1 212 692 1000
FAX: +1 212 692 1020-

DuaneMorris

Hon. Sanket J. Bulsara
August 1, 2025
Page 2

    Accordingly, the parties respectfully request that the Court permit the parties to file opening and response briefs containing no more than 10,750 words, and Defendant to file a reply brief of no more than 4,300 words.

                                              Respectfully submitted,

                                              DUANE MORRIS LLP

                                              Gerald L. Maatman, Jr.
                                              Partner

GLM

cc: All Counsel of Record (via ECF)