**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITIH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | Case No. 23 Civ. 2848 (SJB) (SLT) |

**NOTICE OF CONSENT TO JOIN**

Plaintiffs, by and through the undersigned counsel, hereby give notice of filing the attached written Consent to Join forms of the following Opt-In Plaintiffs, attached hereto as Exhibit A:

56.   Joseph William Krattinger III          57.   Patricia Ohrnberger

Dated: August 7, 2025                Respectfully Submitted,
       New York, NY

                                     /s/ Michael J. Scimone
                                     Michael J. Scimone
                                     Sabine Jean
                                     Jarron D. McAllister
                                     Zarka DSouza
                                     **OUTTEN & GOLDEN LLP**
                                     685 Third Avenue, 25th Floor
                                     New York, NY 10017
                                     Telephone: 212-245-1000
                                     Facsimile: 646-509-2060
                                     Email: mscimone@outtengolden.com
                                     Email: sjean@outtengolden.com
                                     Email: jmcallister@outtengolden.com
                                     Email: zdsouza@outtengolden.com

Ryan Cowdin*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Email: rcowdin@outtengolden.com
Telephone: 202-929-0636
Facsimile: 202-847-4410

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
Facsimile: (800) 451-0874
Email: tkessler@kesslermatura.com
Email: gkaske@kesslermatura.com

* Admitted pro hac vice

*Attorneys for Plaintiffs and the Putative Class and Collective*