# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

GERALD L. MAATMAN, JR.
DIRECT DIAL: +1 312 499 6710
PERSONAL FAX: +1 312 279 6780
*E-MAIL:* GMaatman@duanemorris.com

*www.duanemorris.com*

August 11, 2025

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

> Re:   *Fischer, et al. v. Government Employees Insurance Company*
>          Case No. 2:23-CV-02848 (SJB) (SLT)

Dear Judge Bulsara:

We represent Defendant Government Employees Insurance Company ("GEICO") in the above-referenced matter.

We write pursuant to Rule VI(D) of the Court's Individual Practices for Civil Cases to confirm that today GEICO served the following documents on Plaintiffs in accordance with the Parties' So Ordered briefing schedule for GEICO's Motion for Summary Judgment (*see* ECF No. 105; July 9, 2025 Text Order granting ECF No. 105):

1. GEICO's Notice of Motion for Summary Judgment (the "Motion");

2. GEICO's Memorandum of Law in Support of the Motion;

3. GEICO's Local Civil Rule 56.1 Statement of Material Facts on the Motion;

4. Declaration of Gerald L. Maatman, Jr. in Support of the Motion (the "Maatman Declaration"); and

5. Corresponding Exhibits 00 through 84 attached to the Maatman Declaration.

These documents were served by GEICO on Plaintiffs via electronic mail on August 8, 2025.  On or before GEICO's October 10, 2025 deadline to serve Plaintiffs with its Reply papers (ECF No. 105), GEICO shall bundle, serve, and file with the Court GEICO's moving brief in

DuaneMorris

Hon. Sanket J. Bulsara
August 11, 2025
Page 2

support of the Motion, Plaintiffs' Response in Opposition to the Motion, GEICO's Reply papers, and other relevant briefing documents when the Motion is fully briefed.

We thank the Court for its attention to this matter.

Respectfully submitted,

Gerald L. Maatman, Jr.

GLM

cc:  All Counsel of Record (via ECF)