IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## CERTIFICATE OF SERVICE

I, Joshua Conde, affirm under penalty of perjury:

1. I am not a party of this action, am over the age of eighteen years, and my business address is 685 Third Avenue, 25th Floor, New York, NY 10017.

2. On August 13, 2025, I served a true and correct copy of (i) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Exclude the Testimony of Dr. Catherine O'Neil ("Opposition"), and (ii) the Declaration of Michael J. Scimone In Support of Plaintiffs' Opposition, with accompanying exhibits, by e-mail, after receiving consent, upon counsel for the Defendant at the following e-mail addresses:

1

| | |
|---|---|
| Gerald L. Maatman<br>Jennifer A. Riley<br>Tiffany E. Alberty<br>Gregory Tsonis<br>Justin R. Donoho<br>**DUANE MORRIS LLP**<br>190 South LaSalle, Suite 3700<br>Chicago, IL 60603<br>GMaatman@duanemorris.com<br>JARiley@duanemorris.com<br>TEAlberty@duanemorris.com<br>GTsonis@duanemorris.com<br>JRDonoho@duanemorris.com | Gregory S. Slotnick<br>**DUANE MORRIS LLP**<br>1540 Broadway<br>New York, NY 10036<br>GSSlotnick@duanemorris.com |

Dated: August 14, 2025

Respectfully submitted,

*/s/ Joshua Conde*
Joshua Conde

2