# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITIH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | Case No. 23 Civ. 2848 (SJB) (SLT) |

## NOTICE OF CONSENT TO JOIN

Plaintiffs, by and through the undersigned counsel, hereby give notice of filing the attached written Consent to Join form of the following Opt-In Plaintiff, attached hereto as Exhibit A:

63. Sheena Faublas

Dated: August 15, 2025
New York, NY

Respectfully Submitted,

/s/ Michael J. Scimone
Michael J. Scimone
Sabine Jean
Jarron D. McAllister
Zarka DSouza
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
Email: mscimone@outtengolden.com
Email: sjean@outtengolden.com
Email: jmcallister@outtengolden.com
Email: zdsouza@outtengolden.com

Ryan Cowdin*
**OUTTEN & GOLDEN LLP**
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Email: rcowdin@outtengolden.com
Telephone: 202-929-0636
Facsimile: 202-847-4410

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
Facsimile: (800) 451-0874
Email: tkessler@kesslermatura.com
Email: gkaske@kesslermatura.com

* Admitted pro hac vice

*Attorneys for Plaintiffs and the Putative Class and Collective*