# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>   v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## DEFENDANT'S NOTICE OF MOTION TO EXCLUDE THE TESTIMONY OF CATHERINE O'NEIL

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant Government Employees Insurance Company's Motion to Exclude the Testimony of Catherine O'Neil, and the accompanying Declaration of Gerald L. Maatman, Jr. and exhibits attached thereto, Defendant, by and through undersigned counsel, will move this Court for an Order excluding the testimony and opinions of Plaintiffs' proffered expert, Catherine O'Neil, pursuant to the United States Supreme Court's ruling in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), subsequent precedent applying *Daubert*, and Federal Rule of Evidence 702.

Dated: July 23, 2025

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Gerald L. Maatman, Jr.*
     Gerald L. Maatman, Jr.
(gmaatman@duanemorris.com)
Jennifer A. Riley

DM1\16878966.2

(jariley@duanemorris.com)
Gregory Tsonis
(gtsonis@duanemorris.com)
Tiffany E. Alberty
(tealberty@duanemorris.com)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701

Gregory S. Slotnick
(gsslotnick@duanemorris.com)
**DUANE MORRIS LLP**
22 Vanderbilt
New York, New York 10017
Telephone: (212) 692-1000
Facsimile: (212) 202-5384

*Attorneys for Defendant Government Employees Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing document to be served upon the following counsel of record by electronic mail on the 23rd day of July 2025:

**OUTTEN & GOLDEN LLP**
Michael J. Scimone
Jarron D. McAllister
Sabine Jean
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com
jmcallister@outtengolden.com
sjean@outtengolden.com

**OUTTEN & GOLDEN LLP**
Ryan C. Cowdin
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4409
Facsimile: (202) 847-4410
rcowdin@outtengolden.com

**KESSLER MATURA P.C.**
Garrett Kaske
Troy L. Kessler
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Facsimile: (631) 499-9120
gkaske@kesslermatura.com
tkesler@kesslermatura.com

/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.