# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven Tiscione |

**DECLARATION OF GERALD MAATMAN IN SUPPORT OF DEFENDANT'S MOTION TO EXCLUDE THE TESTIMONY OF CATHERINE O'NEIL**

I, Gerald L. Maatman, Jr., declare as follows:

1. I am a partner at Duane Morris LLP and leader counsel for Defendant Government Employees Insurance Company in the above-captioned matter.

2. I make this declaration in support of Defendant's Motion to Exclude the Testimony of Catherine O'Neil, who has been identified as Plaintiffs' expert in their Motion for Class Certification and Memorandum of Law in Support of Plaintiffs' Moton for Class Certification. (ECF No. 98, Ex. 63.)

3. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

**Exhibits**

4. Attached as **Exhibit A** is a true and correct copy of the Declaration of Catherine O'Neil, which was filed as ECF No. 98-64.

5. Attached as **Exhibit B** is a true and correct copy of the Declaration of Matthew Thompson, which was filed as ECF No. 98-132.

6. Attached as **Exhibit C** is a true and correct copy of the Reply Declaration of Catherine O'Neil, which was filed as ECF No. 98-142.

7. Attached as **Exhibit D** is a true and correct copy of the deposition of Catherine O'Neil, dated April 24, 2025.

8. Attached as **Exhibit E** is a true and correct copy of O'Neil Meeting Notes from July 17, 2025, produced by Plaintiff and bates-stamped P00001668-1670.

9. Attached as **Exhibit F** is a true and correct copy of a SICM Report Spreadsheet, in native Excel form.

10. Attached as **Exhibit G** is a true and correct copy of excerpts from the deposition of Plaintiff Louis Caniglia, Jr., dated January 17, 2025.

11. Attached as **Exhibit H** is a true and correct copy of excerpts from the deposition of Plaintiff Michael Grey, dated January 22, 2025.

12. Attached as **Exhibit I** is a true and correct copy of excerpts from the deposition of Plaintiff Michael Reed, dated January 8, 2025.

13. Attached as **Exhibit J** is a true and correct copy of excerpts from the deposition of Plaintiff Keith Fischer, dated August 28, 2024.

14. Attached as **Exhibit K** is a true and correct copy of excerpts from the deposition of Plaintiff Margaret "Peggy" Fischer, dated December 19, 2024.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

**Dated: July 23, 2025**

Respectfully submitted,

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.

**DUANE MORRIS LLP**
1540 Broadway
New York, New York 10036
Telephone: (212) 692-1000
gmaatman@duanemorris.com

**ATTORNEYS FOR DEFENDANT**