# EXHIBIT J

1

2    IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF NEW YORK
3    ------------------------------------x

4    KEITH FISCHER, MICHAEL O'SULLIVAN,
     JOHN MOESER, LOUIS PIA, THOMAS
5    BARDEN, CONSTANCE MANGAN, and
     CHARISE JONES, Individually and on
6    behalf of all others similarly
     situated,

7
                              Plaintiffs,
8
                  -against-              Case No.
9                                        2:23 Civ. 2848
     GOVERNMENT EMPLOYEES INSURANCE      (GRB)(ARL)
10   COMPANY d/b/a GEICO,

11                            Defendant.

12   ------------------------------------x

13                    August 28, 2024
                      10:06 a.m.
14

15   ***This Transcript Contains a Confidential Section***

16

17        Videotaped Deposition of KEITH FISCHER,

18   taken by Defendant, pursuant to Notice and Agreement,

19   held at 1540 Broadway, New York, New York, before

20   Joseph R. Danyo, a Shorthand Reporter and Notary

21   Public within and for the State of New York.

22

23

24

25



```
 1

 2   A P P E A R A N C E S :

 3        OUTTEN & GOLDEN LLP
          Attorneys for Plaintiffs
 4            1225 New York Avenue, N.W.
              Suite 1200B
 5            Washington, D.C. 20005

 6        By:   ZARKA SHABIR DSOUZA, ESQ.
                HANNAH COLE-CHU, ESQ.
 7


 8
          DUANE MORRIS LLP
 9        Attorneys for Defendant
              190 South LaSalle Street
10            Suite 3700
              Chicago, Illinois 60603
11
          By:   TIFFANY ALBERTY, ESQ.
12


13

14   Also Present:

15        ADRIENNE CHEMMEL, Videographer

16                  ~oOo~

17

18

19

20

21

22

23

24

25
```



```
 1                   Fischer
 2         THE VIDEOGRAPHER:  Good morning.  We
 3     are now on the record.  The time is 10:06
 4     a.m. on August 28, 2024.  This begins the
 5     video deposition of Keith Fischer taken in        10:06
 6     the matter of Keith Fischer versus
 7     Government Employees Insurance Company
 8     filed in the United States District Court
 9     for the Eastern District of New York, the
10     case number of which is 2:23 Civ.                 10:07
11     2848(GRB)(ARL).
12          My name is Adrienne Chemmel.  I am
13     your videographer today.  The court
14     reporter is Joe Danyo.  We are
15     representing Esquire Deposition Solutions.         10:07
16         Will everyone present please identify
17     themselves and state whom you represent,
18     after which the witness will be sworn in.
19         MS. DSOUZA:  Zarka Shabir Dsouza from
20     Outten & Golden for the Plaintiffs.               10:08
21         MS. ALBERTY:  Tiffany Alberty of
22     Duane Morris on behalf of the Defendant
23     GEICO.
24         THE VIDEOGRAPHER:  Will the court
25     reporter please swear in the witness, and         10:08
```



```
 1                    Fischer
 2          then, Counsel, you may proceed.
 3   K E I T H    F I S C H E R, having been first
 4   duly sworn by Joseph R. Danyo, a Notary Public,
 5   was called as a witness and testified as follows:    10:08
 6   EXAMINATION BY MS. ALBERTY:
 7          Q.   Can you please state and spell your
 8   first and last name.
 9          A.   Keith, K-e-i-t-h, Fischer,
10   F-i-s-c-h-e-r.                                        10:08
11               MS. ALBERTY:  Let the record reflect
12          that this is the discovery deposition of
13          Mr. Keith Fischer taken pursuant to notice
14          and by agreement of the parties.  Today's
15          deposition will be taken in accordance        10:08
16          with all applicable rules.
17          Q.   Mr. Fischer, I know I introduced
18   myself off the record, and I just stated my name
19   for the record, but I'm Tiffany Alberty.  I'm
20   counsel for GEICO, the Defendant in this case.       10:08
21               I'm going to be asking you a series
22   of questions about your background, your
23   experience at GEICO.  Before we get started, have
24   you been deposed before?
25          A.   Deposed, I mean as far as grand jury,    10:09
```







KEITH FISCHER  Confidential
Keith Fischer, et al. vs GEICO

August 28, 2024
39









KEITH FISCHER  Confidential
Keith Fischer, et al. vs GEICO

August 28, 2024
41















                         Fischer

1                        Fischer

2   given cases.

3            When I had the flood cases out in

4   Houston, I spent a few days, I think I did about

5   500 cars a day where I would test the water, salt        11:11

6   or freshwater inside a car.  I would look the car

7   over.  I would inspect the car to see if there

8   was any fraud concerns.  I actually did it at I

9   believe the Texas stadium where the Texans played

10  as the cars were towed in.                               11:12

11       Q.   With the cat cases, though, for that

12  two to three weeks and when we were talking about

13  Houston and Colorado, that would have been either

14  right before or right at the very beginning of

15  2016, correct?                                           11:12

16       A.   Yes, I believe so.  I don't know when

17  the Houston floods were.  That was the last set

18  of catastrophes that I went to.  I want to say

19  that I did hail 60 or 70 cases in a matter of two

20  weeks, and I did take some home with me back to         11:12

21  New York, back to region 2, which I had to work

22  on to their fruition at the end of the claim.

23  Also do my regular cases.

24            So I was still responsible for those

25  cases even when I got back to New York and back          11:12



```
 1                    Fischer
 2  my investigation, and, just to clarify, that
 3  could have been multiple examiners.  It could
 4  have been the PIP.  It could have been the bodily
 5  injury claim, and it could also be an AD            11:21
 6  adjuster.  Whoever was assigned at the top of
 7  that claims file on the claim screen I would have
 8  to touch base with each and every one of those as
 9  to my findings during my investigation and as
10  well as submit a report to them.  My entire        11:21
11  report, whether it be, you know, three pages or
12  20 pages.
13          Q.   How long or short were your typical
14  reports?
15          A.   Depending on the type of case, you    11:22
16  know, a staged accident and maybe a theft could
17  be anywhere from five pages up to, you know,
18  maybe ten pages, 12 pages.  Each claim was
19  different.  It depended on the extent of the
20  investigation.  You know, if someone was hurt or   11:22
21  someone was arrested, if someone, there was a
22  fire and someone was killed, those kind of things
23  were obviously, there's more to my report, but
24  the more detailed the investigation obviously the
25  bigger the report.                                 11:22
```



```
 1                     Fischer
 2   maybe 10 max.
 3          Q.   How long would it take to investigate
 4   an auto body fraud case?
 5          A.   Again, depending on the severity and      11:27
 6   how many cars were involved, again, it was
 7   usually enhanced damages that we were concerned
 8   with at body shops.  It was the same types of
 9   damage.  So to review multiple auto damage
10   adjusters' pictures and estimates of fraud, I        11:27
11   mean their estimates of damages, I'm sorry, if I
12   I was given a particular body shop and there was
13   15 cars of concern, that could be a minimum of
14   ten hours.  If it was more cars, it could be 20
15   or 30 with also a lot of street time and a lot of    11:27
16   surveillance.
17          Q.   Did you ever have theft cases that
18   you can open and close the same day?
19          A.   Yes.
20          Q.   Did you have med fraud cases that you     11:27
21   could open and close the same day?
22          A.   Not to my recollection, no.
23          Q.   Did you have social media cases that
24   you could open and close the same day?
25          A.   Yes.                                      11:28
```



|    |                                                              |       |
|----|--------------------------------------------------------------|-------|
| 1  | Fischer                                                      |       |
| 2  | persons that were inside the residence.                      |       |
| 3  | Q.   For arson cases, how long did it take                   |       |
| 4  | you to investigate those types of claims?                    |       |
| 5  | A.   Those are more of my heavier cases.                     | 11:29 |
| 6  | So I mean those could go from a minimum of 15                |       |
| 7  | hours all the way up to maybe 30, dependent on               |       |
| 8  | from beginning to end and how much time I put                |       |
| 9  | into them.  It depended on how many times I had              |       |
| 10 | to go to the fire marshal's office.  How many                | 11:29 |
| 11 | times I had to go to the New York City Police                |       |
| 12 | Department, Nassau.                                           |       |
| 13 | I also had a very big following out                          |       |
| 14 | in Suffolk County, and those were long drives.               |       |
| 15 | So I could be, it all depended on the location,              | 11:30 |
| 16 | which borough that it was in it depended on.                 |       |
| 17 | So I would say a minimum of, you                             |       |
| 18 | know, 15 to 20 hours all the way up to 30 or 40,             |       |
| 19 | depending on the severity of the arson.  The                 |       |
| 20 | fire.  I shouldn't say arson.  The fire.  It                 | 11:30 |
| 21 | depended if it damaged the home.  Did it hurt                |       |
| 22 | anybody?  Did it damage the car?  Did the police             |       |
| 23 | have more to this?  You know, as time went on,               |       |
| 24 | from 2016 to 2020, surveillance cameras became               |       |
| 25 | more pronounced.  They were out in the street.               | 11:30 |



| 1 | Fischer |
| 2 | Q.   As a lead security investigator, I |
| 3 | believe you said you were assigned four to six |
| 4 | additional cases a month.  Correct? |
| 5 | A.   Um-hum.  One to two cases a week. | 12:01 |
| 6 | Q.   Do you know for those who would have |
| 7 | been 65s in your theft team if they would have a |
| 8 | lower workload than you since they didn't have to |
| 9 | have those additional assignments? |
| 10 | MS. DSOUZA:  Objection. | 12:01 |
| 11 | A.   I can't speak for anybody else as far |
| 12 | as their workload.  I really didn't deal with it. |
| 13 | I mean they may have caught a few less cases. |
| 14 | Five, eight different, you know, small cases than |
| 15 | me.  That was really about the same. | 12:02 |
| 16 | Q.   Do you know how their workloads |
| 17 | differed? |
| 18 | A.   Each case was different, so it all |
| 19 | depended on the severity of the type of theft. |
| 20 | Where it occurred.  How far you had to drive. | 12:02 |
| 21 | How many people were involved.  Was it just the |
| 22 | insured.  Was it a family.  How many witnesses |
| 23 | they had.  It all depended on there were so many |
| 24 | different criteria as to the claim that you had |
| 25 | to speak to.  The more people that the insured | 12:02 |



```
 1                        Fischer
 2   brought in to the theft claim as far as
 3   witnesses, you know, how did he get home, who was
 4   he with prior to, who picked him up after the car
 5   was stolen, who did he call, who did he tell       12:02
 6   about the theft.
 7              So sometimes you have to interview
 8   five or six other people other than just the
 9   insured.  So it all depended on the insured's
10   version of the chain of events.                    12:03
11        Q.    From 2016 until 2020, were you ever
12   disciplined in your capacity as a lead security
13   investigator?
14        A.    No.
15        Q.    Did you ever issue out any             12:03
16   disciplinary action?
17        A.    No.
18        Q.    Do you have any knowledge as to
19   GEICO's disciplinary tiering process?
20        A.    No.  The only thing I can speak to is   12:03
21   summonses.  They did, as you know, Queens County
22   and the five boroughs did change the speed limit
23   as to I think down to 25 miles an hour.  GEICO
24   did inform us that, if we were to receive more
25   than three summonses, moving summonses, red light   12:04
```



1               Fischer

2          Q.   You're stating that GEICO assigned

3    remote cases with fewer points.  What was a

4    regular theft case worth?  What was a remote

5    theft case worth on this point-based system that      02:06

6    you're stating?

7          A.   They were worth the same as far as,

8    you know, I mean, if it was a high-level case, I

9    don't know if there was actually any, they graded

10   it at all.  It was just you were told you want to     02:06

11   catch more.

12         Q.   Okay, but as far as the point system

13   and the matrix for the point system, you can't

14   sit here today and tell me what that point system

15   was?                                                  02:06

16         A.   No, I can't.

17         Q.   Why do you believe that GEICO assumed

18   remote work took less time than in-person field

19   work?

20         A.   Why it took more or less?                  02:07

21         Q.   Less time than in-person field work.

22         A.   Oh, well, I didn't have to travel,

23   windshield time from Brooklyn to Queens, Brooklyn

24   to Manhattan.  I couldn't go out and do canvasses

25   of neighbors and things like that.  Things that I     02:07



```
 1                      Fischer
 2           MS. ALBERTY:  Objection.
 3       A.   Yes.
 4           MS. DSOUZA:  I think that is it.
 5           MS. ALBERTY:  I don't have any              05:33
 6       further questions.  Thank you.
 7           MS. DSOUZA:  Thank you.
 8           THE VIDEOGRAPHER:  This marks the end
 9       of the deposition.  We are going off the
10       record at 5:33 p.m.                            05:34
11           (Time noted:  5:33 p.m.)
12                             _____
13
14  Subscribed and sworn to
15  before me this____day of_____, 2024.
16  _____
17
18
19
20
21
22
23
24
25
```



1

2            C E R T I F I C A T I O N

3

4            I, JOSEPH R. DANYO, a Shorthand Reporter

5     and Notary Public, within and for the State of New

6     York, do hereby certify:

7            That I reported the proceedings in the

8     within entitled matter, and that the within transcript

9     is a true record of such proceedings.

10           I further certify that I am not related, by

11    blood or marriage, to any of the parties in this

12    matter and that I am in no way interested in the

13    outcome of this matter.

14           IN WITNESS WHEREOF, I have hereunto set my

15    hand this 2nd day of September, 2024.

16

17    _____

18           JOSEPH R. DANYO

19    STATE OF NEW YORK

20    My Commission Expires 2/20/2027

21

22

23

24

25

