IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | No. 23 Civ. 02848 (SJB) (SLT) |

**DECLARATION OF MICHAEL J. SCIMONE
IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO
EXCLUDE THE TESTIMONY OF DR. CATHERINE O'NEIL**

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Outten & Golden LLP ("O&G") and one of the primary attorneys responsible for this matter.

2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Exclude the Testimony of Dr. Catherine O'Neil ("Opposition"). I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

3. Based on recent discovery conferrals, GEICO has informed us that it is able to produce SICM reports substantially similar to the one Dr. O'Neil relied on in her declarations for the duration of the class period. In addition, in *Alvarez et al. v. Government Employees Insurance Company*, No. 24 Civ. 722 (D. Md.), a related matter with substantially similar facts, GEICO represented to the Court that "it has the ability to generate reporting that contains many,

and possible all, of the [data] fields requested by Plaintiffs for the relevant time period." *See* Ex. 2 (July 11, 2025 Jt. Status Report) at 8.

**Exhibits**

4. Attached as Exhibit 1 is a true and correct copy of excerpts of the transcript from the deposition of Dr. Catherine O'Neil, dated April 25, 2025.

5. Attached as Exhibit 2 is a true and correct copy of the July 11, 2025 Joint Status Report filed in *Alvarez v. Government Employees Insurance Company*, No. 24, 772, ECF No. 154.

\*   \*   \*

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: August 13, 2025  
Nyack, NY

Respectfully submitted,

*/s/ Michael J. Scimone*  
Michael J. Scimone  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Telephone: 212-245-1000  
Facsimile: 646-509-2060  
mscimone@outtengolden.com

*Attorney for Plaintiffs and the Putative Class and Collective*

                                                  Respectfully,

By: _/s/ Gregory Tsonis_                        By: _[signature]_

Gregory Tsonis*  
Gerald L. Maatman, Jr.*  
Tiffany E. Alberty*  
**DUANE MORRIS LLP**  
1540 Broadway  
New York, NY 10017  
Telephone: (212) 692-1000  
Facsimile: (212) 692-1020  
Email: gtsonis@duanemorris.com  
Email: TEAlberty@duanemorris.com  

*Admitted *pro hac vice*

*Attorneys for Defendant Government Employees Insurance Company*

Michael J. Scimone*  
Jarron D. McAllister*  
Zarka S. Dsouza*  
Sabine Jean*  
**OUTTEN & GOLDEN LLP**  
685 Third Avenue, 25th Floor  
New York, NY 10017  
Telephone: (212) 245-1000  
Facsimile: (646) 509-2005  
Email: mscimone@outtengolden.com  
Email: jmcallister@outtengolden.com  
Email: zdsouza@outtengolden.com  
Email: sjean@outtengolden.com  

Ryan Cowdin*  
**OUTTEN & GOLDEN LLP**  
1225 New York Ave NW, Suite 1200B  
Washington, DC 20005  
Telephone: (202) 847-4400  
Facsimile: (646) 952-9114  
Email: rcowdin@outtengolden.com  

Arlus J. Stephens  
David Rodwin  
**MURPHY ANDERSON PLLC**  
1401 K Street NW, Suite 300  
Washington, DC 20005  
Telephone: (202) 223-2620  
Facsimile: (202) 296-9600  
Email: astephens@murphypllc.com  
Email: drowdin@murphypllc.com  

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Classes and Collective*