IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

### DEFENDANT'S MOTION TO SEAL

Pursuant to District Judge Bulsara's Individual Practices (Civil), Rule III(G), defendant Government Employees Insurance Company ("GEICO" or "Defendant") moves to maintain under seal Defendant's Exhibit F and to maintain under seal corresponding redactions to portions of Defendant's Exhibits G, H, I, J, and K, attached to its Motion to Exclude the Testimony of Catherine O'Neil (the "Motion to Exclude").

For the reasons outlined in Defendant's Memorandum of Law filed concurrently herewith and the Declaration of Gerald L. Maatman, Jr. in support thereof, GEICO respectfully submits that the Court should grant Defendant's Motion.

**DATED:  August 27, 2025**         Respectfully submitted,

  /s/ Gerald L. Maatman, Jr.

  Gerald L. Maatman, Jr.
  gmaatman@duanemorris.com
  Jennifer A. Riley

1

jariley@duanemorris.com
Gregory Tsonis
gtsonis@duanemorris.com
Justin Donoho
jrdonoho@duanemorris.com
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603
Telephone: (312) 499-6700
Fax:  (312) 499-6701

Gregory S. Slotnick
gsslotnick@duanemorris.com
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 471-1856
Fax:  (212) 202-5384

*Attorneys for Defendant Government Employees Insurance Company*

**CERTIFICATE OF SERVICE**

      I, Gerald L. Maatman, Jr., hereby certify that on August 27, 2025, I caused a true and correct copy of the foregoing to be served on counsel of record via email and through filing on the Court's Electronic Court Filing ("ECF") system.

                                                                   */s/ Gerald L. Maatman, Jr.*
                                                                   Gerald L. Maatman, Jr.