# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>　　　　　Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(C) AND JUDGE BULSARA'S INDIVIDUAL PRACTICES (CIVIL), RULE VI(E)

In accordance with Local Civil Rule 7.1(c), District Judge Sanket J. Bulsara's Individual Practices (Civil), Rule VI(E), and the Court's August 28, 2025 Text Order on Docket Entry No. 130, I hereby certify that Defendant Government Employees Insurance Company ("Defendant")'s Memorandum of Law in Support of Its Motion to Seal contains 1,578 words, including footnotes, as established by Microsoft Word, the software used to prepare the Motion. The word count does not include the Motion's cover page, table of contents, table of authorities, signature block, and certificate of service, which are exempted by the applicable Rules.

|  |  |
|---|---|
| Dated:  August 29, 2025 | Respectfully submitted,<br><br>DUANE MORRIS LLP<br><br>By: */s/ Gerald L. Maatman, Jr.*<br>　　　Gerald L. Maatman, Jr.<br>(gmaatman@duanemorris.com)<br>Jennifer A. Riley<br>(jariley@duanemorris.com)<br>Gregory Tsonis |

(gtsonis@duanemorris.com)
Tiffany E. Alberty
(tealberty@duanemorris.com)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701

Gregory S. Slotnick
(gsslotnick@duanemorris.com)
**DUANE MORRIS LLP**
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 692-1000
Facsimile: (212) 202-5384

*Attorneys for Defendant Government Employees Insurance Company*