# EXHIBIT G

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NEW YORK
 2
    KEITH FISCHER, MICHAEL         )
 3  O'SULLIVAN, JOHN MOESER,       )
    LOUIS PIA, THOMAS BARDEN,      )
 4  CONSTANCE MANGAN, and          )
    CHARISE JONES,                 )
 5  individually and on behalf     )
    of all others similarly        )
 6  situated,                      )
                                   )
 7            Plaintiffs,          )  Case No:
                                   )  2:23-Civ. 2848
 8       -vs-                      )  (GRB)(ARL)
                                   )
 9  GOVERNMENT EMPLOYEES           )
    INSURANCE COMPANY d/b/a        )
10  GEICO,                         )
                                   )
11            Defendant.           )

12       The videotaped videoconference deposition of

13  LOUIS CANIGLIA, JR., called for examination, taken

14  pursuant to the Federal Rules of Civil Procedure of

15  the United States District Courts pertaining to the

16  taking of depositions, taken remotely before ALICE

17  M. SCHWINGER, CSR NO. 84-2913, a Certified

18  Shorthand Reporter of the State of Illinois, on the

19  17th day of January, A.D. 2025, commencing at 10:00

20  a.m. Central Standard Time.

21

22

23

24
```



```
 1   APPEARANCES:

 2        OUTTEN & GOLDEN, LLP,

 3        (685 Third Avenue, 25th Floor,

 4        New York, New York 212/245-1000,

 5        516/788-7159), by:

 6        MR. JARRON D. McALLISTER,

 7             appeared on behalf of the Plaintiffs;

 8

 9        DUANE MORRIS LLP,

10        (190 South LaSalle Street, Suite 3700,

11        Chicago, Illinois 60603,

12        312/499-6700), by:

13        MR. GREGORY TSONIS,

14             appeared on behalf of the Defendant;

15

16

17

18

19

20

21

22   REPORTED BY:   ALICE M. SCHWINGER, CSR

23             CSR No. 84-2913.

24
```



|  |  |  |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  We are now on the record. | 10:01:54 |
| 2 | The time is 10:00 a.m. Central Time on January 17, | 10:01:55 |
| 3 | 2025.  This begins the videoconference deposition | 10:01:59 |
| 4 | of Louis Caniglia, Jr., taken in the matter of | 10:02:03 |
| 5 | Keith Fischer, et al., v. Government Employees | 10:02:07 |
| 6 | Insurance Company.  This case is filed in the | 10:02:11 |
| 7 | United States District Court, Eastern District of | 10:02:14 |
| 8 | New York, Case No. 2:23 CIV 2848. | 10:02:16 |
| 9 | My name is Brent Jordan.  I'm your | 10:02:23 |
| 10 | remote videographer today.  The court reporter is | 10:02:26 |
| 11 | Alice Schwinger.  We are representing Esquire | 10:02:29 |
| 12 | Deposition Solutions. | 10:02:31 |
| 13 | Will counsel present please identify | 10:02:32 |
| 14 | yourself and state whom you represent. | 10:02:34 |
| 15 | MR. McALLISTER:  Jarron McAllister for | 10:02:36 |
| 16 | plaintiffs from Outten and Golden representing | 10:02:39 |
| 17 | Mr. Caniglia in this deposition today. | 10:02:42 |
| 18 | MR. TSONIS:  Greg Tsonis from Duane Morris, | 10:02:45 |
| 19 | LLP, representing defendant GEICO. | 10:02:48 |
| 20 | THE COURT REPORTER:  My name is Alice | 10:02:51 |
| 21 | Schwinger, Illinois Certified Shorthand Reporter. |  |
| 22 | This deposition is being held via videoconferencing |  |
| 23 | equipment.  The witness and reporter are not in the |  |
| 24 | same room.  The witness will be sworn in remotely |  |



```
 1  pursuant to agreement of all parties.  The parties
 2  stipulate that the testimony is being given as if
 3  the witness was sworn in person.                        10:03:23
 4          (WHEREUPON, the witness was duly
 5          sworn.)
 6          LOUIS CANIGLIA, JR.,
 7  called as a witness herein, having been first duly
 8  sworn, was examined and testified as follows:
 9                    EXAMINATION
10  BY MR. TSONIS:
11      Q.  Good morning, Mr. Caniglia.                     10:03:24
12      A.  Hello.                                          10:03:26
13      Q.  Can you please state and spell your name        10:03:27
14  for the record?                                         10:03:29
15      A.  Yeah, my name is Louis Caniglia.  That's        10:03:29
16  L-o-u-i-s, last name is Caniglia, C-a-n-i-g-l-i-a.      10:03:33
17      Q.  All right.  What's your current address?        10:03:42
18      A.  ████████████████████████████████                10:03:43
19  ████████████████████████████████                        10:03:49
20      Q.  Thank you.  And, Mr. Caniglia, as I             10:03:52
21  said, my name is Greg Tsonis.  I'm a lawyer for         10:03:55
22  GEICO, and I'll be taking your deposition today.        10:03:58
23          Have you ever been deposed before?              10:04:02
24      A.  No.                                             10:04:03
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1  the question is why did it stop?  I mean, they --         12:29:07
 2  they paid us for working overtime, then all of a          12:29:10
 3  sudden they stopped.                                      12:29:13
 4       Q.   So just to be clear, and again, you've          12:29:15
 5  had plenty of opportunity, I'm just asking a narrow       12:29:21
 6  question:  Between 2016 through 2018, at least in         12:29:24
 7  the examples that we saw, your supervisor had told        12:29:28
 8  you that you could request more than 38 -- or             12:29:31
 9  report more than 38.75 hours, so long as you              12:29:34
10  documented the business need for it in an e-mail?         12:29:37
11       MR. McALLISTER:  Objection.                          12:29:40
12  BY THE WITNESS:                                           12:29:40
13       A.   During that brief that you showed me,           12:29:40
14  yes.                                                      12:29:42
15  BY MR. TSONIS:                                            12:29:43
16       Q.   Okay.  Now, if I understand your                12:29:43
17  testimony correctly, at some point, you know, that        12:29:46
18  overtime was not being approved; is that accurate?        12:29:50
19       MR. McALLISTER:  Objection.                          12:29:55
20  BY THE WITNESS:                                           12:29:56
21       A.   Yes.                                            12:29:56
22  BY MR. TSONIS:                                            12:29:57
23       Q.   All right.  And you pointed to Exhibit 9        12:29:57
24  in your declaration, and in Exhibit 9, you -- I'm         12:30:00
```



| | | |
|---|---|---|
| 1 | and sign the transcript?  We have to ask. | 16:11:34 |
| 2 |     MR. McALLISTER:  Oh, sure. | 16:11:34 |
| 3 |     THE COURT REPORTER:  Okay. | 16:11:34 |
| 4 |     MR. TSONIS:  And we'll do -- | 16:11:36 |
| 5 |     THE VIDEOGRAPHER:  Thank you.  This will | 16:11:36 |
| 6 | conclude today's videoconference deposition of | 16:11:40 |
| 7 | Louis Caniglia, Jr., taken on January 17, 2025, at | 16:11:42 |
| 8 | 4:10 p.m. Central Time. | 16:11:48 |
| 9 |     THE COURT REPORTER:  So I did get -- it's | 16:11:48 |
| 10 | five-day delivery for you, Counsel.  I did get | 16:11:48 |
| 11 | that. | 16:11:48 |
| 12 |     And Counsel, you said you wanted a copy? | 16:12:01 |
| 13 |     MR. TSONIS:  Electronic transcript, yeah, | 16:12:01 |
| 14 | that's fine. | 16:12:01 |
| 15 |     THE COURT REPORTER:  Mr. McAllister, copy? | 16:12:05 |
| 16 |     MR. McALLISTER:  Yes. | 16:12:05 |
| 17 |     THE COURT REPORTER:  Okay.  All right. | |
| 18 |         (WHEREUPON, the deposition concluded | |
| 19 |           at 4:12 p.m.) | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |



```
 1  STATE OF ILLINOIS    )
 2                       ) SS:
 3  COUNTY OF DUPAGE     )
 4            I, ALICE M. SCHWINGER, CSR No. 84-2913,
 5  a Certified Shorthand Reporter of the State of
 6  Illinois, do hereby certify:
 7            That previous to the commencement of the
 8  examination of the witness, the witness was duly
 9  sworn to testify the whole truth concerning the
10  matters herein;
11            That the foregoing deposition transcript
12  was reported stenographically by me, was thereafter
13  reduced to typewriting under my personal direction
14  and constitutes a true record of the testimony
15  given and the proceedings had;
16            That the said deposition was taken
17  before me at the time and place specified;
18            That I am not a relative or employee or
19  attorney or counsel, nor a relative or employee of
20  such attorney or counsel for any of the parties
21  hereto, nor interested directly or indirectly in
22  the outcome of this action.
23            IN WITNESS WHEREOF, I do hereunto set my
24  hand at Woodridge, Illinois, this 21st day of
```



800.211.DEPO (3376)
EsquireSolutions.com

```
 1   January, A.D. 2025.
 2
 3
 4
                    [signature: Alice M. Schwinger]
 5
 6                  Certified Shorthand Reporter
 7
 8
 9   ALICE M. SCHWINGER, CSR No. 84-2913
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

