# EXHIBIT H

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE EASTERN DISTRICT OF NEW YORK
     - - - - - - - - - - - - - - - - - - )
     KEITH FISCHER, MICHAEL O'SULLIVAN, )
     JOHN MOESER, LOUIS PIA, THOMAS      ) Case No.:
     BARDEN, CONSTANCE MANGAN, and       ) 2:23 Civ. 2848
     CHARISE JONES, individually and     ) (GRB) (ARL)
     on behalf of all others similarly   )
     situated,                           )
                    Plaintiffs,          )
          - v -                          )
     GOVERNMENT EMPLOYEES INSURANCE      )
     COMPANY d/b/a GEICO,                )
                    Defendant.           )
     - - - - - - - - - - - - - - - - - - )


          REMOTE VIDEOTAPED DEPOSITION OF MICHAEL GREY




     Reported by:
     Kim M. Brantley
     Job No: J12254485
```



```
 1                    MICHAEL GREY
 2               Wednesday, January 22, 2025
 3                   Time: 10:02 a.m.
 4        Remote videotaped deposition of MICHAEL GREY,
 5   held via Zoom, before Kim M. Brantley, Court
 6   Reporter and Notary Public of the State of New
 7   York.
 8
 9   APPEARANCES:
10   On behalf of the Plaintiffs:
11        OUTTEN & GOLDEN, LLP
12        685 Third Avenue, 25th Floor
13        New York NY 10017
14        (202) 847-4400
15        Email: sjean@outtengolden.com
16        BY:   SABINE JEAN, ESQUIRE
17
18   On behalf of the Defendant GEICO:
19        DUANE MORRIS, LLP
20        190 South LaSalle Street - Suite 3700
21        Chicago, Illinois 60603
22        (312) 499-6779
23        Email: gtsonis@duanemorris.com
24   BY:  GREGORY TSONIS, ESQUIRE
25
```



```
 1              MICHAEL GREY
 2  APPEARANCES CONTINUED:
 3  ALSO PRESENT:
 4       BRENT JORDAN, Legal Video Specialist
 5       Esquire Deposition Solutions
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
1              MICHAEL GREY
2       P R O C E E D I N G
3        THE LEGAL VIDEO SPECIALIST:  We are now
4   on the record.  The time is 10:02 Eastern
5   time on January 22nd, 2025.  This begins the
6   video conference deposition of Michael Grey,
7   taken in the matter of Keith Fischer, et al.,
8   v. Government Employees Insurance Company.
9   This case is filed in the United States
10  District Court, Eastern District of New York,
11  Case No. 223-civ-2848.
12       My name is Brent Jordan.  I'm your
13  remote videographer for today.  The court
14  reporter is Kim Brantley.  We are
15  representing Esquire Deposition Solutions.
16       Will counsel present please identify
17  yourself and state whom you represent.
18       MS. JEAN:  This is Sabine Jean from
19  Outten & Golden, representing plaintiffs and
20  opt-in plaintiffs.
21       MR. TSONIS:  Craig Tsonis, from Duane
22  Morris, LLP, representing defendant GEICO.
23
24
25
```



```
 1                       MICHAEL GREY
 2         Whereupon,
 3                       MICHAEL GREY
 4   called as a witness by counsel for Defendant, and
 5   after having been first duly sworn, was examined
 6   and testified as follows:
 7         EXAMINATION BY COUNSEL FOR DEFENDANT
 8                     BY MR. TSONIS:
 9         Q.   Good morning, Mr. Grey.
10         A.   Good morning.
11         Q.   Can you -- before we get started, can
12   you state and spell your name for the record.
13         A.   Michael, M-i-c-h-a-e-l, Grey, G-r-e-y.
14         Q.   What's your current address?
15         A.   [REDACTED]
16   [REDACTED]
17         Q.   Okay.  Now my name is Craig Tsonis, and
18   as you may have heard, I'm an attorney for GEICO.
19   I will be taking your deposition today.
20              Have you ever been deposed before?
21         A.   No.
22         Q.   All right.  Well, I'll give you some
23   basic guidelines of how the day will go.
24              Obviously, today I will be asking you a
25   series of questions.  Your job is just to provide
```



1      MICHAEL GREY
2  hours in the timekeeping system and were only paid
3  for 38.75?
4      A.   I didn't go back and check every week
5  and every day.  Near -- "nearly all the time"
6  answers.
7      Q.   So, is it -- I guess are you unable to
8  specify which times you were required, according
9  to you, to only enter 38.75 hours per week?
10     A.   Without question after January of 2020.
11     Q.   Okay.  In 2016 we saw -- were you
12 instructed that you could only enter 38.75 hours
13 per week?
14     A.   There were occasions where I entered
15 more, but I didn't get the full credit of the
16 forty-five hours a week.
17     Q.   Right.  Well, we saw emails from Mr.
18 Janik from 2017 and 2018 where he's instructing
19 you to enter all time worked into Workday, right?
20     A.   Yes.
21     Q.   And we saw in those same years he was
22 instructing you that if you needed to work
23 overtime simply log in your Outlook calendar the
24 SICM case number and the number of hours worked?
25     A.   Yes.



1      MICHAEL GREY
2      Q.   So during those time periods Mr. Janik
3   was not instructing you to enter -- enter only
4   38.75 hours in the timekeeping system, right?
5           MS. JEAN:  Objection.
6           THE WITNESS:  That might be the times
7       where it's -- you know, that I qualified with
8       "nearly."
9           MR. TSONIS:  One moment.  I'm sending
10      in the chat what I'm going to mark as Exhibit
11      10, and then I'm going to share my screen.
12      This is an Excel file that we can work with.
13          (Excel spreadsheet Bates stamped
14      G008277 was marked Deposition Grey Exhibit
15      10, for identification.)
16          MR. TSONIS:  So, for the record I'll
17      just represent the document that I dropped in
18      the chat that's being marked as Exhibit 10 is
19      the document Bates stamped G008277.
20          Now, also for the record I will note
21      that I have made two changes to the document
22      that I'm showing the witness, just for the
23      sake of the record and for accuracy.  The
24      document produced by GEICO does not have any
25      color-coded cells in the Excel spreadsheet.



```
 1                      MICHAEL GREY
 2       Q.    Okay.  Aside from that, do you have any
 3   other reason to believe that these numbers are not
 4   an accurate reflection of the hours that you
 5   entered into Workday for these dates?
 6       A.    No.
 7       Q.    Okay.  So once again I'll -- I'll hide
 8   these just for purposes of ease of reference.
 9             So do you see for the work week of May
10   6th through May 10th you entered in time for all
11   of those dates?
12       A.    Yes.
13       Q.    And the total amount of time entered
14   into Workday is forty-one-and-a-half hours?
15       A.    Yes.
16       Q.    All right.  So you would have received
17   overtime or premium pay for this work week?
18       A.    I -- I would guess that at -- on May
19   7th, 2019, I put the SICM number in Workday and
20   notified Chet Janik that I worked extra hours.
21       Q.    Okay.  All right.  Let me take a look
22   at this.
23             So, do you see cell M20 is simply a sum
24   of the days worked between May 20th and May 24th
25   2019?
```



```
 1                      MICHAEL GREY
 2         A.   Okay.
 3         Q.   Okay.  So, during that time frame you
 4   worked 9.25 hours on May 21st, 2019?
 5         A.   Okay.
 6         Q.   So for the work week you recorded over
 7   forty hours, 40.25?
 8         A.   That's what it says.
 9         Q.   Okay.  And again, I -- I -- if we go
10   simply to "Formulas," in sum, if we sum -- well,
11   this time, actually -- excuse me.
12              Now if we move to cell M30 -- again
13   that's just simply a sum of the work week from
14   June 3rd to June 7th, 2019 -- you worked 42.25
15   hours during that work week?
16         A.   That's what it says.
17         Q.   Okay.  And similarly, between June 10th
18   and June 14th of 2019, it appears that you worked
19   forty-one hours?
20         A.   Yes.  I -- I do have a question for
21   you, though, if you could help me.
22         Q.   Sure.
23         A.   Trying to review this real quickly.
24   How many hours did I work between 5/27 and five --
25   6/1?
```



1               MICHAEL GREY
2        Q.   So, I didn't enter in that work week
3   because there is a holiday, as you could see.  So
4   there's 7.75 hours of holiday pay during that work
5   week for the 27th.
6        A.   Okay.  I'm asking, though, how many
7   hours did I work that week?
8        Q.   So the reason again I'm not reviewing
9   that is because I don't know how many hours you
10  worked because one of the days is a holiday.  But
11  if you want to add the other four days that are
12  non-holiday: Thirty-three?
13       A.   And then if you add the holiday in,
14  that means I worked overtime, and I didn't get
15  paid.
16       Q.   Do you know that you worked the
17  holiday?
18       A.   No, but I got credit for 7.75 hours for
19  that day.  So I shouldn't have had to work forty
20  hours that week.
21            So -- I guess what I'm assessing is
22  that 9.75 hours shows that I didn't get paid
23  overtime for that time.
24       Q.   Do you know definitively that you
25  didn't get paid overtime that work week?



1      MICHAEL GREY
2      A.  I don't know definitively the hours
3   that you're showing me that I -- are proper in
4   fact.  I'm going over the form that you're
5   presenting.
6      Q.  Right.  And for purposes of simplicity,
7   I'm focusing on work weeks that have no holidays
8   in them.
9      A.  Okay.  But that doesn't mean I didn't
10  deserve overtime pay.
11     Q.  Right.  So I guess what I'm asking
12  about is whether in the work week, for example,
13  June 24th, 2019 through June 28th, 2019, you
14  entered in 40.75 hours in Workday for that work
15  week.
16     A.  According to this document, that's what
17  it says.
18     Q.  All right --
19     A.  It also shows a work week that I should
20  have been paid forty hours and that I wasn't.
21     Q.  But again, you don't know that you
22  weren't, right?
23     A.  I don't know that I worked the hours
24  that you're showing me on the ones you're
25  highlighting.



1                  MICHAEL GREY

2     Q.   Right.  But do you have any reason to
3  believe that these aren't the hours that you
4  entered into Workday?

5     A.   Only because I'm pointing out to you
6  that the week before shows that I didn't get
7  credit for it, so how could I not question.

8     Q.   Why do you say that you didn't get
9  credit for it when this -- this document shows
10 that you -- you had 7.75 five hours of holiday pay
11 applied?

12    A.   How many hours -- how many hours should
13 I have worked the other four days then?

14    Q.   Again, this isn't a forum for you to
15 ask questions.  I'm trying to address what you're
16 saying, and I'm simply stating the document shows
17 again for July 4th 7.75 hours in holiday pay.

18    A.   Yes.

19    Q.   Now, for the purposes of simplicity,
20 I'm not focusing on the holiday pay hours, because
21 those are holidays that I understand you may not
22 have a recollection as to whether or not you
23 actually worked on a holiday, okay?  I'm trying to
24 walk through work weeks that have no holidays in
25 them.



```
 1                    MICHAEL GREY
 2          Does that make sense?
 3       A.   I'm trying to walk through everything
 4   that's on this.
 5       Q.   Well --
 6       A.   You presented --
 7       Q.   With all due respect -- with all due
 8   respect, Mr. Grey, your job is to answer the
 9   questions that I ask you here today, not to
10   explore your curiosity with respect to the
11   document, okay?
12            MS. JEAN:  Counsel -- counsel, can we
13   go off the record for a minute, please.
14            MR. TSONIS:  Sure.
15            MS. JEAN:  Thank you.
16            THE LEGAL VIDEO SPECIALIST:  Going off
17      the record at 2:21 p.m.
18            (Discussion off the record.)
19            THE LEGAL VIDEO SPECIALIST:  Back on
20      the record at 2:22 p.m.)
21   BY MR. TSONIS:
22       Q.   All right.  Now, Mr. Grey, do you see
23   in Exhibit 10 for the work week June 3rd to June
24   7th, 2019 the hours entered into Workday for that
25   week total 42.25 hours?
```



1       MICHAEL GREY
2        A.   Yes.
3        Q.   All right.  And similarly, the work
4   week from June 10th, 2019 to June 14th, 2019 the
5   work -- the hours entered total forty-one hours?
6        A.   Yes.
7        Q.   From June 24th, 2019 to June 28th, 2019
8   you see the hours entered equal 40.75 hours?
9        A.   Yes.
10       Q.   From July 15th, 2019 to July 19th,
11  2019, do you see for that work week the hours
12  entered by you total 45.72 hours?
13       A.   Yes.
14       Q.   From July 22nd, 2019 through July 26th,
15  2019 do you see that the hours entered by you for
16  that work week total 44.75 hours?
17       A.   Yes.
18       Q.   From August 12th, 2019 to August 16th,
19  2019 do you see that the hours entered by you for
20  that work week total 42.25 hours?
21       A.   Yes.
22       Q.   For August 19th, 2019 to August 23rd,
23  2019 do you see that the hours entered by you for
24  that work week total 43.75 hours?
25       A.   Yes.



```
 1                    MICHAEL GREY
 2      Q.    From August 26th, 2019 to August 30th,
 3   2019 do you see that the hours entered by you for
 4   that work week total forty-five hours?
 5      A.    What was the work week?
 6      Q.    August 26th, 2019 through August 30th,
 7   2019.
 8      A.    Yes.
 9      Q.    Do you see for the October 14th, 2019
10   through October 18th, 2019 the hours entered by
11   you for that work week total 44.5 hours?
12      A.    Yes.
13      Q.    From October 21st, 2019 through October
14   25th, 2019, do you see that the hours entered by
15   you for that work week total 41.75 hours?
16      A.    Yes.
17      Q.    From October 28th, 2019 through
18   November 1st, 2019 do you see that the hours
19   entered by you for that work week total forty-one
20   hours?
21      A.    Yes.
22      Q.    So, Mr. Grey, for 2019, if we just saw
23   that for the period May 1st, 2019 through the end
24   of the year that there were approximately fourteen
25   work weeks in which you recorded hours in excess
```



```
 1                      MICHAEL GREY
 2    of forty, right?
 3        A.   Yes.
 4        Q.   Okay.  So when you wrote in your
 5    declaration that you entered only 38.75 hours in
 6    the timekeeping system nearly -- during nearly all
 7    the time from December 2016 to March 2020, that
 8    isn't accurate for the 2019 time frame, right?
 9             MS. JEAN:  Objection.
10             THE WITNESS:  Can you repeat that
11    question?
12    BY MR. TSONIS:
13        Q.   Yeah, in your declaration do you recall
14    that between December 16th and March 2020 -- or
15    excuse me, December 2016 through February of 2023
16    that during nearly all of that time you entered
17    only 38.75 hours in the timekeeping system?
18        A.   How many weeks would that be?
19        Q.   I'm sorry, I don't --
20             MS. JEAN:  You can -- if you understand
21    the question, you can answer it.  You can ask him
22    to restate it.  You can answer, or you can ask him
23    to restate it.
24             THE WITNESS:  Can you restate the
25        question?
```



1              MICHAEL GREY
2    BY MR. TSONIS:
3         Q.   So, is it your recollection that three
4    hundred and eighty of the work weeks you entered
5    38.75 hours?
6         A.   Approximately, based on this form that
7    you've given me.  That's the best I can do in a
8    matter of five minutes.
9         Q.   Okay.  But in 2019 there were multiple
10   periods where you entered and were paid for more
11   than forty hours, right?
12             MS. JEAN:  Objection.
13             THE WITNESS:  That's what this form
14        states.
15   BY MR. TSONIS:
16        Q.   Okay.  The work week January 6th, 2020
17   to January 10th, 2020, the time that you entered
18   the Workday totalled 40.75 hours, correct?
19        A.   According to this form.
20        Q.   From January 20th, 2020 through January
21   24th, 2020 the time that you entered into Workday
22   for that work week totaled forty hours?
23        A.   According to this form.
24        Q.   From February 10th, 2020 to February
25   14th, 2020 the time that you entered into Workday



```
1              MICHAEL GREY
2       THE COURT REPORTER:  Okay.  Thank you.
3       THE LEGAL VIDEO SPECIALIST:  Thank you.
4  This will conclude today's video conference
5  deposition of Michael Grey taken on January
6  22nd, 2025 at 5:13 p.m. Eastern time.
7       (Whereupon at 5:13 p.m. the videotaped
8  deposition of Michael Grey concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



```
 1                        MICHAEL GREY
 2                  C E R T I F I C A T E
 3     STATE OF NEW YORK    )
 4                          : Ss.
 5     COUNTY OF NEW YORK   )
 6              I, Kim M. Brantley, Shorthand
 7     Reporter, and Notary Public within and for the
 8     State of New York, do hereby certify:
 9              That MICHAEL GREY, the witness whose
10     deposition is hereinbefore set forth, was duly
11     sworn by me and that such deposition is a true
12     record of the testimony given by the witness.
13              I further certify that I am not related
14     to any of the parties to this action by blood or
15     marriage, and that I am in no way interested in
16     the outcome of this matter.
17              IN WITNESS WHEREOF, I have hereunto set
18     my hand this 2nd day of February, 2025.
19
20              _____
21                   Kim M. Brantley
22
23
24     My Commission expires May 31, 2026.
25
```

