IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br>   v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>   Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

**PLAINTIFFS' PARTIAL OPPOSITION TO DEFENDANT'S MOTION TO SEAL**

Plaintiffs submit this partial opposition to GEICO's Motion to Seal. Docket Entry ("DE") 132. GEICO's redactions are overbroad, as they include basic descriptions of Plaintiffs' job duties that are already available in the public record and are at the heart of the claims in this case. Excessive redactions like these make it more cumbersome and difficult for the Parties and Court to move the case forward and are out of step with the public's right to access information presented in court proceedings.

Plaintiffs oppose only select redactions in GEICO's Exhibit J (excerpts from Plaintiff Keith Fischer's deposition transcript) from the recently completed *Daubert* motion briefing, DE 128-13 & 132-8. GEICO claims that all of its proposed redactions protect GEICO's non-public "sources, methods, and tactics used within SIU to investigate potentially fraudulent insurance claims," DE 132-1, at 6, but a review of the proposed redactions shows that they include testimony about whether GEICO instructed Plaintiff Fisher to engage in particular tasks (not details of the tasks themselves), whether GEICO required Plaintiff Fischer to follow particular procedures (not details about the procedures themselves or the cases in which he used them), and other testimony about job duties that are discussed elsewhere in the record (such as running

background checks, conducting examinations under oath, writing and submitting reports, and interviewing witnesses). *See, e.g.*, DE 57 at 7 (listing these job duties and many others). Plaintiffs attach a marked copy of GEICO's Exhibit J that identifies which lines of testimony do not merit redaction. Those lines of testimony are indicated in red boxes. *See* Exhibit 1 (Plaintiffs' Proposed Redactions to GEICO's Exhibit J).

       This is a class and collective action for unpaid overtime against GEICO. Plaintiffs are investigators who allege that GEICO failed the pay them for "off the clock" work that GEICO directed. The record is replete with testimony about Plaintiffs' job duties and what GEICO directed them to do on a daily basis. These job duties are going to be briefed by both parties extensively in the months ahead. Overbroad redactions such as the ones proposed by GEICO make this process more logistically difficult and time-consuming for the Court and the Parties. The burden should not be on Plaintiffs or the Court to determine which redactions are appropriate, but on GEICO to ensure their proposed redactions are "narrowly tailored to protect against competitive harm." *Binh Thanh Imp. Exp. Prod. & Trade Joint Co. v. Amazon.com Servs. LLC*, No. 23 Civ. 292, 2025 U.S. Dist. LEXIS 374468, at *10 (S.D.N.Y. Aug. 8, 2025).

Dated: September 2, 2025

                                              Respectfully submitted,

                                              By: /s/ Michael J. Scimone
                                              Michael J. Scimone
                                              Sabine Jean
                                              Jarron D. McAllister
                                              **OUTTEN & GOLDEN LLP**
                                              685 Third Avenue, 25th Floor
                                              New York, NY 10017
                                              Telephone: (212) 245-1000
                                              Facsimile: (646) 509-2005
                                              Email: mscimone@outtengolden.com
                                              Email: sjean@outtengolden.com
                                              Email: jmcallister@outtengolden.com

-3-

Ryan C. Cowdin*
**OUTTEN & GOLDEN LLP**
1225 New York Ave NW, Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (646) 952-9114
Email: rcowdin@outtengolden.com

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone: (631) 499-9100
Facsimile: (800) 451-0874
Email: tkessler@kesslermatura.com
Email: gkaske@kesslermatura.com

* Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class and Collective*