IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

    Defendant.

Case No. 2:23-CV-02848 (SJB) (SLT)

**CERTIFICATE OF SERVICE**

I, Ryan C. Cowdin, affirm under penalty of perjury:

1.    I am not a party to this action, am over the age of eighteen years, and my business address is 1225 New York Avenue NW, Suite 1200B, Washington, DC 20005.

2.    On September 13, 2025,[1] I served a true and correct copy of (i) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment, (ii) Plaintiffs' Response to Defendant's Local Civil Rule 56.1 Statement of Materials Facts, (iii) Plaintiffs' Rule 56.1 Statement of Additional Facts, and (iv) the Declaration of Michael J. Scimone In Support of Plaintiffs' Opposition, with accompanying exhibits, by e-mail, after

---

[1] Late in the evening on September 12, 2025, we experienced technical delays in finalizing exhibits within our network and a new share file system. These technical issues resulted in serving the motion papers at 12:05 a.m. on September 13, 2025, rather than on September 12, 2025. Given the short delay, the lack of prejudice to GEICO, and Plaintiffs' good faith in attempting to comply with the deadline, we respectfully request the Court deem Plaintiffs' papers timely under Fed. R. Civ. P. 6(b).

1

receiving consent, upon counsel for the Defendant at the following e-mail addresses:

| | |
|---|---|
| Gerald L. Maatman<br>Jennifer A. Riley<br>Tiffany E. Alberty<br>Gregory Tsonis<br>Justin R. Donoho<br>**DUANE MORRIS LLP**<br>190 South LaSalle, Suite 3700<br>Chicago, IL 60603<br>GMaatman@duanemorris.com<br>JARiley@duanemorris.com<br>TEAlberty@duanemorris.com<br>GTsonis@duanemorris.com<br>JRDonoho@duanemorris.com | Gregory S. Slotnick<br>**DUANE MORRIS LLP**<br>1540 Broadway<br>New York, NY 10036<br>GSSlotnick@duanemorris.com |

Dated: September 15, 2025

Respectfully submitted,

_Ryan C. Cowdin_
Ryan C. Cowdin