IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1 | Declaration of Jennifer Fogarty, 2024 |
| 2 | Transcript Excerpts of Deposition of Keith Fischer |
| 3 | Transcript Excerpts of Deposition of Constance Mangan |
| 4 | Transcript Excerpts of Deposition of Thomas Barden |
| 5 | Transcript Excerpts of Deposition of Michael O'Sullivan |
| 6 | G012464-65 |
| 7 | G015179 |
| 8 | G012482 |
| 9 | Excerpts of GEICO HR Associate Handbook, 2017 |
| 10 | Excerpts of GEICO HR Associate Handbook, 2023 |
| 11 | G012010 |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 12 | G012903 |
| 13 | G011080 |
| 14 | G011859-61 |
| 15 | G011586 |
| 16 | P00000879-906 |
| 17 | Transcript Excerpts of Deposition of Louis Pia |
| 18 | Declaration of Brian Portnoy |
| 19 | Declaration of Sarah Greenman |
| 20 | Transcript Excerpts of Deposition of Maria Munoz |
| 21 | Transcript Excerpts of Deposition of Daniel King |
| 22 | Transcript Excerpts of Deposition of Louis Caniglia, Jr. |
| 23 | Barden Responses to Court Interrogatories, Barden Declaration |
| 24 | Declaration of Jennifer Fogarty ISO GEICO's Motion for Summary Judgment, 2025 |
| 25 | Transcript Excerpts of Deposition of Albert Brust |
| 26 | Brust Responses to Court Interrogatories, Brust Declaration |
| 27 | Brust Pay Records (Group Exhibit) |
| 28 | Caniglia, Jr. Responses to Court Interrogatories, Caniglia, Jr. Declaration |
| 29 | Transcript Excerpts of Deposition of Gerard Cassagne |
| 30 | P00000077 |
| 31 | G011548 |
| 32 | Caniglia, Jr. OT Emails (Group Exhibit) |
| 33 | Caniglia, Jr. Pay Records (Group Exhibit) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 34 | Costanzo Responses to Court Interrogatories, Costanzo Declaration |
| 35 | Transcript Excerpts of Deposition of Craig Costanzo (Includes Confidential Testimony) |
| 36 | Costanzo Pay Records (Group Exhibit) |
| 37 | K. Fischer Responses to Court Interrogatories, K. Fischer Declaration |
| 38 | K. Fischer OT Emails (Group Exhibit) |
| 39 | K. Fischer Pay Records (Group Exhibit) |
| 40 | Transcript Excerpts of Deposition of Margaret Fischer |
| 41 | M. Fischer Responses to Court Interrogatories, M. Fischer Declaration |
| 42 | Declaration of Jessica Sheppard |
| 43 | M. Fischer Pay Records (Group Exhibit) |
| 44 | Declaration of Theresa Bishop |
| 45 | Transcript Excerpts of Deposition of Michael Grey |
| 46 | Grey Responses to Court Interrogatories, Grey Declaration |
| 47 | Declaration of Andrew Gelderman |
| 48 | Grey OT Emails (Group Exhibit) |
| 49 | Grey Pay Records (Group Exhibit) |
| 50 | Grey 2019 Annual Performance Appraisal |
| 51 | Transcript Excerpts of Deposition of Charise Jones |
| 52 | Jones Responses to Court Interrogatories, Jones Declaration |
| 53 | Jones Pay Records (Group Exhibit) |
| 54 | King Responses to Court Interrogatories, King Declaration |
| 55 | King Training Records (Produced Natively) |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 56 | King OT Emails (Group Exhibit) |
| 57 | King Pay Records (Group Exhibit) |
| 58 | King Resignation |
| 59 | Mangan Responses to Court Interrogatories, Mangan Declaration |
| 60 | Mangan Pay Records (Group Exhibit) |
| 61 | Mangan OT Emails (Group Exhibit) |
| 62 | Transcript Excerpts of Deposition of John Moeser |
| 63 | Moeser Responses to Court Interrogatories, Moeser Declaration |
| 64 | Moeser Pay Records (Group Exhibit) |
| 65 | Munoz Responses to Court Interrogatories, Munoz Declaration |
| 66 | O'Sullivan Responses to Court Interrogatories, O'Sullivan Declaration |
| 67 | G019913 |
| 68 | O'Sullivan Pay Records (Group Exhibit) |
| 69 | O'Sullivan OT Emails (Group Exhibit) |
| 70 | Pia Responses to Court Interrogatories, Pia Declaration |
| 71 | Pia Pay Records (Group Exhibit) |
| 72 | Pia OT Emails (Group Exhibit) |
| 73 | Transcript Excerpts of Deposition of Michael Reed |
| 74 | Reed Pay Records (Group Exhibit) |
| 75 | Wendling Responses to Court Interrogatories, Wendling Declaration |
| 76 | Wendling Workday Profile |
| 77 | Wendling Performance Review |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 78 | Wendling Pay Records (Group Exhibit) |
| 79 | Transcript Excerpts of Deposition of Ted Wendling |
| 80 | SIU Trainer Job Description |
| 81 | O'Neil Interview Notes |
| 82 | G011540 |
| 83 | G011582-83 |
| 84 | Transcript Excerpts of Deposition of William Newport |