# Exhibit 7

Message

---

**From:** Janik, Chet [CJanik@geico.com]
**Sent:** 1/29/2018 4:32:29 PM
**To:** Newport, Bill [WNewport@geico.com]
**Subject:** FW: End of the Month requirements

**Importance:** High

FYI

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Thursday, January 11, 2018 10:31 AM
**To:** R2 Chet Janik Section
**Subject:** End of the Month requirements
**Importance:** High

Hi Guys,

•As you are aware, at the end of every month, you are required to submit one Highlighted case investigation that you conducted, closed and obtained an impact on, to me by the **5th day** of the following month.
•Other end of the month requirements include on time Certify reimbursement reports, no later than the **5th day** of the following month, driver mileage reports and an updated EUO Tracker.
•Your Workday time sheet is to be submitted on Friday of each week by **11:00am** for approval. If you have entered any overtime hours, there should be a listing in your Outlook Calendar that list the sicm case and hours worked.
•To add to this, if you do experience computer issues, that forced you to open up a help desk ticket, wait and finally have the problem resolved. I would like you to include the help desk ticket in any sicm cases that caused you to miss a report TIP or enter a critical event, list the help desk ticket as a general note in the investigative events section.
•As always, the more cases you can close at the end of any given month, will increase your closure numbers and reduce your case life, all part of your performance goal package.

Thanks and have a safe day out there.

Chet Janik
SIU Supervisor R2
716-435-8461 – phone

Confidential                                                                                                                                G015179

516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G015180