# Exhibit 8

Message

| | |
|---|---|
| From: | Janik, Chet [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=804690BC476E4569AAC3AFA11E29D356-JANIK, CHET] |
| Sent: | 6/8/2020 10:48:10 AM |
| To: | Barden, Thomas [TBarden@geico.com] |
| Subject: | RE: OT for the week of 06/08/2020 |

Hi Tom,

I have developed a very special Team here and we all work together to help each other, it's not a GEICO thing it's how I look at it. I don't' want any one working over their 7.75 hours, without putting in for overtime. So if you did work this weekend on cases, put in for the OT and update the outlook calendar. I'm also looking into July when you take time off, so your pending cases are a manageable level.
Your part of our Team and we all work together.
Thanks and have a safe week.


Sensitivity: General/Internal

**From:** Barden, Thomas
**Sent:** Friday, June 5, 2020 4:34 PM
**To:** Janik, Chet <CJanik@geico.com>
**Subject:** RE: OT for the week of 06/08/2020

I'm not comfortable with that.

I'll work at it tomorrow on my own time before I have these guys cover my work. That's not fair to them and makes me look like shit.

Thanks anyway

Tom


*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*



Thomas Barden | Senior Investigator
R2 / SIU
Phone: 518-281-6889 | Fax: 833-904-1632
Email: tbarden@geico.com

-

Sensitivity: General/Internal

Confidential                                                                                                    G012482

**From:** Janik, Chet
**Sent:** Friday, June 5, 2020 3:09 PM
**To:** Barden, Thomas <TBarden@geico.com>; Costanzo, Craig <CCostanzo@geico.com>; Mills, Geoffrey <GMills@geico.com>
**Subject:** OT for the week of 06/08/2020

Hi Guys,

It appears that following this week's OT, a majority of you have a good handle on your cases and your pending have dropped. I would like to start to transferring some of Tom Barden older cases, that don't involve EUO to you, for review and completion to be handled as part of the OT. Are you OK with this?
Thanks



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal