# Exhibit 9

The work week is 12:01 am Saturday to 12:00 pm Friday.

Associates are classified as exempt, hourly nonexempt, or salaried nonexempt in accordance with the provisions of the Fair Labor Standards Act.

- An exempt associate is paid a weekly salary for all hours worked.

- An hourly nonexempt associate is paid time and one-half his/her hourly rate of pay for all hours actually worked in excess of 40 in a work week. Any leave taken is not included as hours actually worked and does not count towards the 40-hour threshold that must be exceeded to receive overtime pay.

- A salaried nonexempt associate is paid a weekly salary and a premium payment for all hours actually worked above 38.75 hours.

In California, a nonexempt associate is paid:
- Overtime for time worked over 8 hours in one work day
- Double time for hours worked over 12 in one work day
- Time and one-half for the first 8 hours of a 7th consecutive day in a work week
- Double time for time over 8 hours on the 7th consecutive day in a work week

If an exempt associate works for only a portion of a day and does not have vacation, floating holiday, or sick/care time accrued time off (if applicable) to use for the portion he/she does not work, the time off must be coded as personal leave so the associate's salary for the day is not reduced unless the time off is recorded as FML. Associates may be granted reasonable personal leave as needed; reasonable limit falls within the equivalent of 15.50 hours per rolling 12 months. However, circumstances as described above may require a supervisor to grant time off above the reasonable limit so as to not jeopardize the associate's exempt status under the Fair Labor Standards Act.

If a salaried nonexempt associate works for only a portion of a week and does not have vacation, floating holiday, or sick/care time accrued time off (if applicable) to use for the portion he/she does not work, the absence must be coded as personal leave, so the associate's salary for the week is not reduced unless the leave is recorded as FML. If the salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded on the timesheet as FML LWOP.

All nonexempt associates are required to accurately record their hours worked and absences taken. All exempt associates are required to accurately record their absences taken. A nonexempt associate who feels he/she did not receive pay for all his/her hours worked and an exempt or salaried nonexempt associate who feels his/her pay incorrectly reflects a deduction for an absence should contact his/her supervisor, local human resources manager or corporate human resources.

## Hourly Nonexempt Associates (includes Auto Damage Adjusters and Field SIU Investigators in Alaska, California, New Mexico and Pennsylvania)

An hourly nonexempt associate is paid overtime pay (time and one-half the hourly rate of pay) for all hours actually worked in excess of 40 in the work week. Any absence taken is not included as hours actually worked and does not count towards the 40-hour threshold that must be exceeded to receive overtime pay.

An hourly nonexempt associate must receive permission in advance to work more than his/her regular work hours. The associate's timesheet must show the exact day(s) the hours are worked. Job training that is required or compulsory staff meetings before and after regular work hours are considered hours worked for purposes of overtime pay for hourly nonexempt associates.

## Salaried Nonexempt Associates

Associates classified as salaried nonexempt under the Fair Labor Standards Act (in states other than AK, CA, NM and PA) are paid a weekly salary for all hours worked and a premium payment for all hours actually worked above 38.75 hours. Premium pay is calculated by the "fluctuating work week" method, which is a way to pay overtime under the Fair Labor Standards Act. A salaried nonexempt associate is encouraged to contact his supervisor with any questions about how premium pay is calculated.

Confidential                                                                G000039