# Exhibit 10

# Your Employment

## Full-time Employment

Candidates who are hired on a full-time basis with an expected tenure of more than three months are hired as full-time associates.

Full-time associates are eligible for benefit programs after meeting any specific length-of-service requirements.

The Company has many different work shifts. These shifts are necessary to provide service to customers 24 hours a day, 365 days a year.

## Part-time Employment

Associates who regularly work less than 38.75 hours a week or are hired for a short term (less than three months) are considered part-time associates. If a part-time associate works full-time hours and the employment status changes so that the tenure is going to exceed six months, the associate should be reclassified to full-time status in Workday.

## Temporary Employment

A temporary associate generally is hired for three months or less to complete special projects and/or to participate in the Company's college or high school intern program. The temporary associate's employment may occasionally extend beyond three months but should not last more than six months. If the temporary associate remains employed beyond six months, their associate type should be reclassified from temporary to regular status in Workday.

**NOTE:** All temporary associates are reflected as part-time in Workday, regardless of the number of hours worked in a work week or pay period.

## Classifications of Associates

### Nonexempt Associates

Nonexempt associates are those whose principal duties generally involve following established procedures or repetitive functions, the clerical processing functions of our Company or who work in maintenance jobs. Nonexempt associates are eligible for overtime pay based on the Fair Labor Standards Act. All associates in Grades 51 through 58 and certain positions in Grades 60 and above, in order to comply with the Fair Labor Standards Act, are always nonexempt, and the incumbents are eligible for overtime pay.

**Non-exempt associates are never allowed to work "off the clock."** Working off the clock violates Company policy and will result in disciplinary action, up to and including termination of employment. Associates also must not work

during an off-duty meal or rest break. Also, no work is permitted when associates are on an unpaid leave of absence or otherwise inactive status.

No officer, manager or supervisor may require, encourage or suggest that a non-exempt associate work off the clock. Any associate who works off the clock, or believes they are being asked to work without reporting time or being properly compensated for time worked, must immediately contact Associate Relations or the Berkshire Hathaway ethics hotline (800-261-8651, or https://brk-hotline.com), about the matter.

## Exempt Associates

Exempt associates are those whose jobs require exercising discretion and independent judgment. Discretion and independent judgment mean making an independent choice in matters of significance free from immediate supervision and with respect to matters of significance.

Exempt associates are not eligible for overtime pay. Exempt associates may be expected to work some hours outside of their regular work schedule.

## Officers

Officers are elected by and serve at the discretion of the Board of Directors and are subject to annual re-election.

# Reasonable Accommodation Policy

GEICO provides reasonable accommodations to qualified individuals with disabilities under the Americans With Disabilities Act as amended and applicable state and local law. A reasonable accommodation is a modification or adjustment to a job, an employment practice or the work environment that makes it possible for qualified individuals with disabilities to receive equal employment opportunity, perform the essential functions of the job and/or to enjoy equal privileges and benefits of employment. This policy applies equally to associates and job applicants.

Reasonable accommodations are provided to enable qualified individuals to receive equal employment opportunity and/or perform the essential functions of their job, and/or to enjoy equal privileges and benefits of employment, unless such accommodation imposes an undue hardship to the Company. A review of any request for accommodation will include interactive communications with each associate and an individualized assessment to determine what accommodations are reasonable and effective given the circumstances of a qualified disabled individual.

The GEICO Leave Team shall address all requests from applicants for reasonable accommodations. Any associate seeking an accommodation, including returning to work from a medical leave of absence, shall initiate the process by contacting the GEICO Leave Team.

An associate who requests an accommodation from a supervisor will be referred to the GEICO Leave Team.

The GEICO Leave Team will engage in the ineractive process with the associate. The associate must provide medical documentation to support the request for an accommodation. The GEICO Leave Team will notify the associate if the associate fails to provide any documentation to support the request for accommodation, or if the documentation is incomplete or does not support the associate's disability. Also see Time Off or Leave as an ADA Accommodation.

GEICO reviews each request for an accommodation on an individual basis, and will communicate the decision to an associate who has requested an accommodation.

Requests for reasonable accommodations during the hiring process will be reviewed by the GEICO Leave Team to initiate the interactive process.

Any violation of this policy should be brought to the attention of Associate Relations.