# Exhibit 11

Message

**From:** Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:** 3/27/2023 1:10:57 PM
**To:** D'Agata, Toni [TDagata@geico.com]
**Subject:** RE: Overtime

Ha ha. I just saw that. I am going to write to him on that one. Son of a Gun!

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Monday, March 27, 2023 8:56 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

I do not like the return case comment !!!
That is not what overtime is for. That is just a dig.

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Monday, March 27, 2023 8:38 AM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** RE: Overtime

Bill originally said if they need it let them us it. He does not approve it . They just put it in Work Day and they get paid. My whole team has been using some. Bill originally said if they need it let them us it. He has not questioned. I just wanted it for my own info.

He is not the highest. We can talk later

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Monday, March 27, 2023 8:34 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

I have not asked for any overtime
I would send to Bill and see what his decision would be.
Does he approve it?

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Monday, March 27, 2023 8:32 AM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** FW: Overtime

Good Morning. I don't know if you are asking for info when they do overtime. I have been asking when over 40. Personally I want a little more detail but don't want to be a pain in the neck since you will get him next week. Should I leave it alone? IF not I will treat him as I treat the others and ask for a bit more detail. Let me know.

Three cases assigned should not mean overtime. I get he needs to make tip and so on. If you are not asking I will let it go

**From:** Diniso, Vito <VDiNiso@geico.com>
**Sent:** Monday, March 27, 2023 7:14 AM

Confidential                                                                                                                                G012010

**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

Dara,

3/20: 3563817 – 3 Cases assigned
3/21: 3563238, 3566395, 3567379 – 3 cases assigned
3/22: 3567739
3/23: 3536862
3/24: 3555413 – returned case



**Vito DiNiso** | Senior SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-813-6424 | Fax: 914-613-1356
Email: vdiniso@geico.com

Confidentiality Notice:
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Friday, March 24, 2023 5:42 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

Happy Friday. Anyone that has over 80 hours overtime can you send me a quick summary Monday on the case breakdown?

Thanks everyone and have a great weekend

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal