# Exhibit 12

Message

| | |
|---|---|
| **From**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Sent**: | 6/30/2017 4:43:15 PM |
| **To**: | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject**: | RE: Weekly schedule in workday |

I completed this for this week

**From:** Cassagne, Gerard
**Sent:** Friday, June 30, 2017 11:38 AM
**To:** Pia, Louis; Lewonka, Jeffrey; Caniglia, Louis; Gillen, John
**Subject:** RE: Weekly schedule in workday

Please complete the below.

**From:** Cassagne, Gerard
**Sent:** Thursday, June 29, 2017 3:29 PM
**To:** Pia, Louis; Lewonka, Jeffrey; Caniglia, Louis; Gillen, John; Diniso, Vito; Fischer, Keith; Roberts, Kenneth
**Subject:** Weekly schedule in workday

In order to fill out your timesheet daily and for each week, please follow the instructions below

Investigators need to do this:
- Click on the TIME Worklet button
- Select week will come up
- Click – this week
- Click the "Enter time button" on the left side bottom
- Hit the + button
- Options of "auto fill or" enter time by week" will come up
- A dropdown will appear – enter "Quantity"
- Enter the 7.75 hours for the day (or whatever hours you worked for that day)
- If there is a holiday, hit the small little lines option and fill in the Holiday
- Hit Save
- When the week is filled in hit save and then hit submit
- Do the same for next week – save and submit
- When submit is entered, supervisors will get the timesheet sent to yothem.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential                                                                                                                              G012903