# Exhibit 13

Message

| | |
|---|---|
| **From:** | D'Agata, Toni [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FA43BD62CB944A41B9D61674AA31BC5B-D'AGATA, TO] |
| **Sent:** | 12/18/2019 10:12:15 PM |
| **To:** | Pfleging, Douglas [DPfleging@geico.com] |
| **Subject**: | RE: Overtime Change |

It is on a case by case basis-we can discuss if needed



**Toni D'Agata** | Field Supervisor
Region 2 SIU
Phone: 516-984-8714 | Fax: 516-213-6370
Email: TDagata@geico.com

Sensitivity: General/Internal

**From:** Pfleging, Douglas
**Sent:** Wednesday, December 18, 2019 5:03 PM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** RE: Overtime Change

Yes I did …….. What would be the circumstances for all overtime to be approved in advance to make sure to obtain approval before it is submitted in Work Day.    Thanks

Sensitivity: General/Internal

**From:** D'Agata, Toni
**Sent:** Wednesday, December 18, 2019 4:55 PM
**To:** Giambalvo, Mark <Mgiambalvo@geico.com>; Brogna, Chris <CBrogna@geico.com>; Pfleging, Douglas <DPfleging@geico.com>
**Subject:** RE: Overtime Change

Please ack that you received this email



**Toni D'Agata** | Field Supervisor
Region 2 SIU
Phone: 516-984-8714 | Fax: 516-213-6370
Email: TDagata@geico.com

Sensitivity: General/Internal

**From:** D'Agata, Toni
**Sent:** Tuesday, December 17, 2019 10:22 PM
**To:** Giambalvo, Mark <Mgiambalvo@geico.com>; Brogna, Chris <CBrogna@geico.com>; Pfleging, Douglas <DPfleging@geico.com>
**Subject:** FW: Overtime Change

Hello
I did not hear from the three of you today ( I asked that you call me )
This is what I wanted to discuss with each of you.
Any questions, let me know.



**Toni D'Agata**| Field Supervisor
Region 2 SIU
Phone: 516-984-8714 | Fax: 516-213-6370
Email: TDagata@geico.com

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Tuesday, December 17, 2019 12:57 PM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
**Cc:** D'Agata, Toni <TDagata@geico.com>; Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** Overtime Change

Greetings,

We have been notified of the following changes regarding the way you get paid overtime.
Your exemption status is now changed from Salary – Non – Exempt to "non – Exempt".

Effective January 4, 2020 overtime will be paid at time and a half based on the non-exempt associate's hourly rate. This means once you hit 40 hours worked in a week, you will be paid at time and a half based on your hourly wages. All overtime must be approved in advance so make sure to obtain approval before it is submitted in Work Day. In addition we will still offer flexibility within the same week if you work extra hours and would like comp time instead. Please let me know if you have any questions.

Thanks



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal