# Exhibit 14

Message

| | |
|---|---|
| From: | Cassagne, Gerard [GCassagne@geico.com] |
| Sent: | 4/17/2018 11:40:27 PM |
| To: | Kilgen, Richard [RKilgen@geico.com]; D'Agata, Toni [TDagata@geico.com]; Campbell, Dara [DVetriCampbell@geico.com] |
| Subject: | RE: Meeting Agenda |

## Topics

### 1. Calendars
Make sure both the EUO and the outlook calendar is completed every day.

### 2. Receipts
Put all case numbers on all receipts. Make sure the receipt matches your EUO/field schedule times and locations.

### 3. Case Load/Overtime
Workday is 7.75 hours. If you work more than 7.75, overtime must be put in. Case load is not going down. We cannot ask for additional staff if we are handling current case load without overtime.

### 4. Plate Checks
New procedure will be set up for plate checks. Supervisors have to clear the current backlog first.

### 5. CHO Audits
Region 2 score was **73.85%**. Country wide was 78.0%.     2017 R2 Audit Results: **96.3%**

| Supervisor | Sum of ADJ Rating | Count of ADJ Rating2 | |
|---|---|---|---|
| Cassagne, Gerard D | 7 | 13 | 53.85% |
| D'Agata, Toni A | 7 | 10 | 70.00% |
| Janik, Chester J | 14 | 15 | 93.33% |
| Kilgen, Richard R | 7 | 10 | 70.00% |
| Newport, William M | 7 | 9 | 77.78% |
| Neyland, April | 6 | 8 | 75.00% |
| Grand Total | 48 | 65 | 73.85% |

The main downgrades were on the following:

- Make sure the recorded interview is properly downloaded into SICM
- [redacted]
- Make sure when you contact the examiner, adjuster, etc – you either put the email into the associated evidence or you specify that the contact was make by a phone call
- Make sure there is an impact statement in the sicm notes
- Make sure that you "touch" the case every several days. Make some entry that you reviewed the case, you updated the examiner, you made phone calls, etc. A case was failed because there were no entries for two weeks.
- Make sure the closing level is right. No field work – level 2.
- [redacted]
- Make sure the policy impact is warranted. There are only a couple of things we are allowed to take policy impact on. I will send everybody the list.

Confidential                                                                                                                              G011859

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Newport Action Plans:**
- Moving forward we will not use the term "contacted". We will be specific in our notes to include whether or not we communicated via email or called the adjusters. For example: I contacted claims… Should be: I emailed claims… or.. I called claims…

Ri's
- Supervisors will review notes to see if an RI was secured and if so it is loaded into evidence
- When completing audits supervisors will listen to the beginning of RI's to verify the permission to record is present
- Anytime an associate misses 24 tip on an audit supervisors are required to review 3 new openings per week to verify TIP is within 24 hours

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Discipline and Diligence**

◦It is management's responsibility to manage the amount of overtime being worked and be diligent in avoiding unpaid work hours.

▪Review acceptable overtime with managers before allowing associates to work outside of their normal hours.

▪Situations may arise where an associate continues to work extra time after you have told them to discontinue – review these situations with HR.

▪**Remember unauthorized overtime is a disciplinary matter, not a compensation issue. If you told the associate not to work extra time, but the associate did not listen, you should pay the additional work time and begin the disciplinary process.**

▪Do not allow casual overtime. Stopping at the normal quitting time, but spending another 15 minutes putting things away or sending a few last minute e-mails is still work and must be paid.

Can a salaried nonexempt associate work a flex schedule, of 4 shifts of 8 hours during week one and work 45.5 hours during week two?
No, **flex schedules must be within the work week**, not the pay period for salaried nonexempt associates.

---

**From:** Cassagne, Gerard
**Sent:** Tuesday, April 17, 2018 7:38 PM
**To:** Kilgen, Richard; D'Agata, Toni; Campbell, Dara
**Subject:** Meeting Agenda

**Topics**
1. **Calendars**
Make sure both the EUO and the outlook calendar is completed every day.

2. **Receipts**
Put all case numbers on all receipts. Make sure the receipt matches your EUO/field schedule times and locations.

3. **Case Load/Overtime**
Workday is 7.75 hours. If you work more than 7.75, overtime must be put in. Case load is not going down. We cannot ask for additional staff if we are handling current case load without overtime.

Confidential

4. **Plate Checks**
New procedure will be set up for plate checks. Supervisors have to clear the current backlog first.

5. **CHO Audits**
Region 2 score was **73.85%**. Country wide was **78.0%**.    2017 R2 Audit Results: **96.3%**

| Supervisor | Sum of ADJ Rating | Count of ADJ Rating2 | |
|---|---|---|---|
| Cassagne, Gerard D | 7 | 13 | 53.85% |
| D'Agata, Toni A | 7 | 10 | 70.00% |
| Janik, Chester J | 14 | 15 | 93.33% |
| Kilgen, Richard R | 7 | 10 | 70.00% |
| Newport, William M | 7 | 9 | 77.78% |
| Neyland, April | 6 | 8 | 75.00% |
| Grand Total | 48 | 65 | 73.85% |

The main downgrades were on the following:

- Make sure the recorded interview is properly downloaded into SICM
- [redacted]
- Make sure when you contact the examiner, adjuster, etc – you either put the email into the associated evidence or you specify that the contact was make by a phone call
- Make sure there is an impact statement in the sicm notes
- Make sure that you "touch" the case every several days. Make some entry that you reviewed the case, you updated the examiner, you made phone calls, etc. A case was failed because there were no entries for two weeks.
- Make sure the closing level is right. No field work – level 2.
- [redacted]
- Make sure the policy impact is warranted. There are only a couple of things we are allowed to take policy impact on. I will send everybody the list.

**Newport Action Plans:**
-       Moving forward we will not use the term "contacted". We will be specific in our notes to include whether or not we communicated via email or called the adjusters. For example: I contacted claims… Should be: I emailed claims… or.. I called claims…

**Ri's**
-       Supervisors will review notes to see if an RI was secured and if so it is loaded into evidence
-       When completing audits supervisors will listen to the beginning of RI's to verify the permission to record is present
-       Anytime an associate misses 24 tip on an audit supervisors are required to review 3 new openings per week to verify TIP is within 24 hours

**Gerry Cassagne**
**SIU Field Supervisor**
**Region 2**
**917-940-6644**
**516-704-2134 - Fax**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or