# Exhibit 15

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 7/9/2020 11:45:56 AM |
| **To**: | R2 Gerry Cassagne Section [R2gerrycassagnesect@geico.com] |
| **Subject**: | Timesheets |

Timesheets by tomorrow night please. Don't forget to put in any overtime if worked.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Confidential                                                                                                                                                   G011586