# Exhibit 30

Fischer, Keith

**From:** Cassagne, Gerard
**Sent:** Friday, November 25, 2016 11:04 AM
**To:** Pfleging, Douglas; Pia, Louis; Tellerman, Paula; Diniso, Vito; Fischer, Keith; Lewonka, Jeffrey; Brogna, Chris; Caniglia, Louis
**Cc:** Campbell, Dara; D'Agata, Toni; Kilgen, Richard
**Subject:** New rules for schedule/overtime

Greetings;

Just to recap the info from the meeting regarding FLSA schedule/overtime.

This is effective 11/26/16 – tomorrow.

- Field investigators are now " SALARY NON EXEMPT" employees
- Your tour starts each day when you turn on your computer and do "work" ( read emails, receive a sicm case, make phone calls, make sicm entries, send an email, conduct computer checks, etc)
- At the end of each day, you must enter your hours into timesheet
- Daily, you are regularly scheduled to work 7.75 hours ( that is 8.5 hours minus 45 min lunch)
- If you work overtime, you must be able to document your time worked.
- Once you turn on your computer in the morning, your travel time to appointments is considered working hours.

**Bottom line**- continue to work the way you were working. If you determine that you need to work overtime on any specific day, you can work the overtime and you will get paid for it. You have to document your overtime hours and be able to verify why it was needed. Your supervisor will also be responsible to verify your overtime.

Overtime is paid at a "premium pay" rate (not time and ½).
Overtime hours will be calculated into your productivity ratio %.

If you do not work any overtime, you will simply enter 7.75 in your daily timesheet- just like you always did.

Any questions, let me know.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

1

P00000077