Exhibit 32

Message

---

**From**: Caniglia, Louis [LoCaniglia@geico.com]
**Sent**: 6/1/2023 8:08:27 PM
**To**: D'Agata, Toni [TDagata@geico.com]
**Subject**: RE: Overtime

Yea maybe I have two left to do



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

---

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Thursday, June 1, 2023 4:05 PM
**To:** Caniglia, Louis <LoCaniglia@geico.com>
**Subject:** RE: Overtime

What do you need-an extra hour?

---

**From:** Caniglia, Louis <LoCaniglia@geico.com>
**Sent:** Thursday, June 1, 2023 3:35 PM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** Overtime

Received 3 cases Tuesday three cases Wednesday and two today. I had an EUO today backed ups 3 cases and closed cases today. I have to tip 3 cases or I will fail the audit.  I am requesting overtime so we don't fail the CHO audit

Thanks



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Sensitivity: General/Internal

Confidential

Sensitivity: General/Internal

Confidential

Message
_____

**From**:      Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:      6/26/2023 9:18:34 PM
**To**:        D'Agata, Toni [TDagata@geico.com]
**Subject**:   OT


Hey Toni, I need to work a little OT today I have to Do backgrounds and TIP a case. I should be done soon



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 12/21/2017 1:41:40 PM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | Re: Over time request 12/20/2017 |

Ok no worries


Sent using Geico mobile email device via AirWatch


-------- Original Message --------
Subject: Over time request 12/20/2017
From: "Caniglia, Louis" <LoCaniglia@geico.com>
Date: Dec 20, 2017, 7:30 PM
To: "Cassagne, Gerard" <GCassagne@geico.com>
Hey Gerry,

I had to go interview a witness tonight and I just got home. He only works in the evening. I am going to put in 1 and ½ hours OT in and I will type the case tomorrow. I left my house at 6 and just got home.

Thanks,

Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011409

Message

| | |
|---|---|
| **From**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Sent**: | 12/13/2018 9:41:26 PM |
| **To**: | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject**: | OT |

12/10/18- 3 hours
12/11/18-3 hours

Total of 6 this week

Louis Caniglia Jr.
Senior Field Security Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

| | |
|---|---|
| **From**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Sent**: | 12/7/2018 4:27:09 PM |
| **To**: | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject**: | RE: SM Media Pilot - Please complete and return tomorrow |

Thanks Gerry and have a great weekend

---

**From:** Cassagne, Gerard
**Sent:** Friday, December 07, 2018 8:52 AM
**To:** Caniglia, Louis
**Subject:** RE: SM Media Pilot - Please complete and return tomorrow

I submitted the time and timesheet and approved the time sheet.
You are all set.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*
*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

---

**From:** Caniglia, Louis
**Sent:** Thursday, December 06, 2018 2:16 PM
**To:** Cassagne, Gerard
**Subject:** RE: SM Media Pilot - Please complete and return tomorrow

12/04/2018- 3.5 hours
12/05/2018- 2.25 hours

---

**From:** Cassagne, Gerard
**Sent:** Thursday, December 06, 2018 2:01 PM
**To:** Caniglia, Louis
**Subject:** RE: SM Media Pilot - Please complete and return tomorrow

Send me the hours per day and on what date. I am waiting for someone to tell me how to enter it into workday as "Incentive pay" to make sure you get the time and half.
Wait till tomorrow to enter anything.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*

Confidential

516-704-2134 - Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

---

**From:** Caniglia, Louis
**Sent:** Thursday, December 06, 2018 12:36 PM
**To:** Cassagne, Gerard
**Subject:** RE: SM Media Pilot - Please complete and return tomorrow

5.75 Hours overtime for this week. I am not going to work overtime tonight or tomorrow night. If the overtime is still available, on Monday I will take some more social media cases.

Can I sign my workday today?

---

**From:** Cassagne, Gerard
**Sent:** Thursday, December 06, 2018 11:43 AM
**To:** Caniglia, Louis
**Subject:** FW: SM Media Pilot - Please complete and return tomorrow

Please send me the total hours you worked OT for the social media cases by tomorrow. I have to input them in the sheet below and send back to Bill.

Also I will figure out how to put the hours into workday.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*
*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

---

**From:** Newport, Bill
**Sent:** Thursday, December 06, 2018 10:05 AM
**To:** R2 SIU Supervisors
**Subject:** SM Media Pilot - Please complete and return tomorrow

Good Morning,
Once you approve the timesheets tomorrow please complete the form and send it back to me.    I'll tie in the information from SICM/MIP. We need to make sure we approve as many cases as possible related to this project so they can be included in the reporting.

<< File: Book1.xls >>

Thank you,

Confidential

G011422

Bill

Sensitivity: Confidential

Message

| | |
|---|---|
| **From**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Sent**: | 6/8/2020 12:28:18 PM |
| **To**: | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject**: | RE: OT |

2 hours



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 8, 2020 7:21 AM
**To:** Caniglia, Louis <LoCaniglia@geico.com>
**Subject:** RE: OT

How many hours



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Caniglia, Louis
**Sent:** Sunday, June 7, 2020 11:05 AM
**To:** Cassagne, Gerard <GCassagne@geico.com>
**Subject:** OT

Case 2257489 Backed up case
Case 2258086 Backed Up case
Case 2258511 Backed up case



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Message

---

**From**:      Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:      6/3/2020 10:34:23 PM
**To**:        Cassagne, Gerard [GCassagne@geico.com]
**Subject**:   OT

Worked on cases:

Case 2253103- typed several investigative notes and closed the case
Case 2254926- reviewed case file and closed the case.

2 hours



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination, or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

G011459

Message

**From**:      Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:      6/2/2020 10:34:36 PM
**To**:        Cassagne, Gerard [GCassagne@geico.com]
**Subject**:   OT Summary

I worked on

case2151029 Wrote EUO, will close tomorrow
2254937- Reviewed the case file and closed out the case
2251259- Backed up the case

2 hours OT



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Message

**From**:      Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:      4/19/2018 1:17:14 AM
**To**:        Cassagne, Gerard [GCassagne@geico.com]
**Subject**:   Overtime request 04/18/2018


Overtime request 04/18/2018
6:00 AM Start- Emails , Voicemails, reviewed case 1656305
7:00 case 1665765
7:30 Case 1667088, emails
8:30 Case 1667088
9:20 case 1665142
9:30 AM 1656305
10:00 Case 1665765
11:45 AM canvass 1665765
12:30 Left for Long Island meeting
5:00 PM left the Legal building, meeting over
7:45 Pm returned to desk
8:45 Pm closed case 1665765
9:06 PM closed case 1665142
9:15 Submitted Ot request

6.5 hours OT requested


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

---

**From**:     Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:     4/24/2018 12:11:07 AM
**To**:       Cassagne, Gerard [GCassagne@geico.com]
**Subject**:  Daily Journal 4/23/2018

Daily Activity Report 04/23/2018
7:00 AM Start
8:00 AM case 1644421 closed
9:30 AM case 1666651 worked on and closed
10:00 Phone Interview
10:30 case 1667135. Emails
11:00 case 1667152
11:30 AM E-Mails
11:45 Am left for two EUOs
1:30 Pm Submitted case 1667152
3:00 Returned to desk from field work
3:30 Conferred with Legal
3:45 PM case 1645540
5:00 Pm E-mails updated calendar, voicemails
8:00 Submitted case 1667561
3 hours overtime


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011488

Message

---

**From**:     Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:     4/25/2018 10:07:59 PM
**To**:       Cassagne, Gerard [GCassagne@geico.com]
**Subject**:  Daily Report 4/25/2018


Daily Activity Report
4/25/2018
6;00 AM start- Emails, map out day, update calendar. EUO prep case 1656305
6:30 Am Backup case 1669297
8:45 AM Submitted case 1645781
9:00 Am worked case 1670750
11:30 Am Left for field work
3:45 Pm- Returned from field work
4:45 Pm submitted case 1667303
5:15Pm submitted 1669297
5:30 Pm reviewed claim details for case 1670944
6:00 Pm Submitted overtime slip
3 Hours overtime


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011489

Message

| | |
|---|---|
| **From:** | Caniglia, Louis [LoCaniglia@geico.com] |
| **Sent:** | 12/15/2016 1:43:56 AM |
| **To:** | Cassagne, Gerard [GCassagne@geico.com] |
| **Subject:** | Daily Activity Report 12/14/2016 |

Date: 12/14/2016
Daily Activity Report
7:00 AM Case 1429929- EUO prep, reviewed the case folder and the claim notes, prepared questions for the EUO.
8:00 AM Case 1436385- TIP case, case 1435812 Backed-up case and sent EUO request, reviewed case number 1435812
9:45 AM- Left for Goshen, New York for an EUO on case number 1429929
11:00 AM EUO case number 1429929
12:15 PM Left Goshen
1:30 Scene canvass on case 1435812 and met with Suffern Police Personnel on the same case
3:00 Submitted case 1435812
3:30 PM worked on case number 1429929- Reviewed the EUO notes with the Examiner. ███████████████████
█████████████████████████████████████████████████

6:30 finished working on case 1429929
8:30- Wrote Daily activity report
----------Requesting 2 hours overtime----------------


Louis Caniglia Jr.
Special Investigations Unit
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 4/18/2018 11:34:59 AM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: DAR for 04/17/2018 4 hours OT requested |

Thank you

**From:** Caniglia, Louis
**Sent:** Tuesday, April 17, 2018 8:34 PM
**To:** Cassagne, Gerard
**Subject:** DAR for 04/17/2018 4 hours OT requested

20180417 DAR
7:00 Am Start- Reviewed cases mapped out day, emails
8:00 AM submitted case 1665121
9:00 AM worked on case 1665142
11:00 AM Reviewed case pending files
12:00 PM continued work on case 1665142
1:30 Pm worked on case 1664319
2:15 Pm submitted case 1664319and worked on 1665142
2:30 Pm Emails
3:00 Pm worked case 16644421
3:30 Pm worked case 1665612
5:00 Pm worked case 1665612
6:00 Pm worked case 1665765
6:50 Pm worked case 1665142
7:42 Pm 1665612 submitted
8:00 Pm worked cases 1666592, 1666651, 1666857
8:30 DAR completed
4 hours overtime requested


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 4/12/2018 12:56:38 AM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: Overtime request 04/11/2018 |

Thank you

---

**From:** Caniglia, Louis
**Sent:** Wednesday, April 11, 2018 5:20 PM
**To:** Cassagne, Gerard
**Subject:** Overtime request 04/11/2018

DAR 4/11/2018
6:00 AM Start- Review paper folders and mapped out the day
6:30 AM –EUO prep, reviewed emails, checked voice messages
7:15 AM case 1640267 EUO prep
8:30 AM case 1663152 EUO prep, emails, EUO prep 1644421
11:30 AM case 1663152
11:45 AM left for Field work, 3 EUOs, and one face-to-face interview
4:00 PM- Retuned to the desk wrote face-to-face interview
4:30 PM case 1647332, reviewed with ADA case 1661635
5:00 closed case 1661635
5:20- Submitted DAR
2 Hours overtime requested


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 4/10/2018 1:01:04 AM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: Overtime Request 3 hours |

Thank you

---

**From:** Caniglia, Louis
**Sent:** Monday, April 09, 2018 8:07 PM
**To:** Cassagne, Gerard
**Subject:** Overtime Request 3 hours

Daily Activity Report 4/09/2018
6:30 Am Start- Worked case 1645781, reviewed emails, and mapped out day
7:30 Am worked case 1661405
9:30 AM worked cases 1661635, 1659872, reviewed case prepped for EUO and returned e-mails,
11:00 Am canvass case 1661635
12:30 PM Left for EUO case 1645781
2:15 PM returned to desk from EUO 1645781
3:15 PM submitted case 1659872
3:30 PM worked on case 1661405
5:30 worked case 1661405
7:30 PM Submitted case 1661405
8:00 PM case 1661635
8:05 Generated DAR

3 hours overtime requested

Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

"Vincit omnia veritas"

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 11/2/2017 1:18:38 PM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: Daily Activity Report- 3 hour request |

thanks

---

**From:** Caniglia, Louis
**Sent:** Wednesday, November 01, 2017 6:26 PM
**To:** Cassagne, Gerard
**Subject:** Daily Activity Report- 3 hour request

Daily Activity Report 11/01/2017
6:30 AM – Sign on
7:00 AM- Reviewed case 1581116 and did database searches
9:00 AM Reviewed and prepped for EUO on case number 1556823
9:45 AM ARI course
11:00 AM Case 1581116 (database searches)
11:15 AM Left for Brooklyn EUO case 1556823
1:00 EUO Brooklyn 1556823
2:55 PM Vehicle inspection on case 1581116
3:30 PM case 1580009 went to Family Car Service Yonkers, NY
5:15 PM Reviewed EUO and typed EUO on case 1556823
6:00 PM Worked on case 1584641
6:25 PM Wrote Daily activity report and emailed
Requesting 3 hours of overtime

Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011516

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 3/13/2018 2:09:17 AM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: Activity Log for 03/12/2018 3 Hours O/T requested |

thanks

---

**From:** Caniglia, Louis
**Sent:** Monday, March 12, 2018 8:49 PM
**To:** Cassagne, Gerard
**Subject:** Activity Log for 03/12/2018 3 Hours O/T requested

Activity Log for 03/12/2018
6:30 Am Start- Case 1644421
7:30 AM Worked on Case 1645161 and updated my calendar
8:30 AM Worked cases 1645161, 1645192, and 1645192
9:15 AM Worked case 1644421 and requested a TA1 transfer to conduct an EUO
9:45 AM- Mapped out filed work route
12:00 PM Reviewed case logs and caught 3 new cases. Reviewed the referrals
2:50 PM- Returned to desk after field work
3:30 PM Case 1644421- Submitted an EUO request, updated canvases and filed work notes cases 1645781,1645192, 1644421, 1645161
4:00 PM – Phone interview and write up case 1645161
4:30 Pm Worked cases 1645192, 1645781
5:45 PM Case 1645192, reviewed case and contacted CSR
6:30 PM Case 1645161
7:10 PM Case 1645161- Closed
7:30 PM case 1645192 closed
7:30 PM worked cases 1645540, 1645781, 1647328, 1647332, 1647411
8:45 PM Diary log
3 Hours overtime requested

Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011535

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 3/1/2018 1:09:49 AM |
| **To**: | Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject**: | RE: 02/18/2018 Investigative Journal (Premium Time Request) 4 Hours |

thanks

---

**From:** Caniglia, Louis
**Sent:** Wednesday, February 28, 2018 6:01 PM
**To:** Cassagne, Gerard
**Subject:** 02/18/2018 Investigative Journal (Premium Time Request) 4 Hours

Daily Activity Report for 02/18/2018
6:00 AM Start – Reviewed case 1639464, mapped out field work routes
7:00 AM Case 1639489 Review
7:30 AM Case 1640287
8:15 AM Extensive review of case 1433255. Bronx Auto Crime Unit requested information. I reviewed the information with PD and subpoena will follow shortly.
10:30 AM Case 1640287
11 Am – 1 PM Field Work cases 1639489, 1640287, 1639464
1:30 PM Closed 1639464
1:30- 3:30 Filed work case 1639489
4:40 PM Case 1639489
5:30 Case 1641454 Case 1641454
6:00 PM Investigative Journal submitted

4 Hours overtime



Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Confidential

Message

---

**From**: Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE]
**Sent**: 12/1/2016 4:19:25 PM
**To**: Caniglia, Louis [LoCaniglia@geico.com]
**Subject**: RE: Overtime

Thank you

---

**From:** Caniglia, Louis
**Sent:** Thursday, December 01, 2016 10:38 AM
**To:** Cassagne, Gerard
**Subject:** RE: Overtime

Monday 11/28
6:15 AM- 1428294 Worked on case and back-up file
7:45 AM- EUO Prep 1419859
8:30 AM- worked on case 1428294, 1425495, 1419859
10:30 AM Conferred with Adverse carrier case 1419859 investigation
11:00 AM EUO 1418959
12:15 Left Law office EUO 1418959
1:40 Finished EUO write up contacted Examiner and A/C for claim 1419859
2:40 EUO 1416825
3:30 Contacted Legal to confirm EUO 1420771
4:00PM Reviewed case number 1416825 with Adverse Carrier
5:00 PM- Review and write up case 1416825
6:30 Pm 1416825 Submitted
-------------------------------------------------------------------I requested 2 Hrs of Overtime this day's work
Tuesday 11/29
7:00 AM Case 1412188 Review file case 1420771 Review and Prep for EUO later in the day, worked on case 1427726
9:15 AM- Backed up cases and/or reviewed cases 1429850,1427726,1420771 and contacted the Examiner
11:00 AM 1412188 Reviewed and attempted phone statements
12:00 PM Conferred w/ Supervisor Cassagne regarding cases 1412188 (video metadata) and 1420771 theft investigation
1:00 PM EUO 1420771
2:15 PM Residence inspection 1420771 and conferred with Bronx Auto Crime
3:00 PM Case 1420771 notes and contacted Examiner
4:00 PM Phone interview 1412188
4;30 PM reviewed phone statement with Examiner case 1412188
5:00 PM Review EUO for 1412188 and file 1420771
6:00 PM Phone interview write-up on case 1412188
7:30 PM- Case closed 1420771
-------------------------------------------------------------------------------I requested 2 hrs and 15 minutes for overtime for this days work

---

**From:** Cassagne, Gerard
**Sent:** Thursday, December 01, 2016 7:52 AM
**To:** Caniglia, Louis
**Subject:** RE: Overtime

Please give me a breakdown of your Monday and Tuesday schedule this week when you received overtime.

---

Confidential                                                                                    G011538

**From:** Caniglia, Louis
**Sent:** Thursday, December 01, 2016 6:39 AM
**To:** Cassagne, Gerard
**Subject:** RE: Overtime

Monday 2 hours and Tuesday 2 hrs and 15 minutes for a total of 4 hrs 15 minutes this week so far

**From:** Cassagne, Gerard
**Sent:** Wednesday, November 30, 2016 6:12 PM
**To:** Brogna, Chris; Caniglia, Louis; Diniso, Vito; Fischer, Keith; Lewonka, Jeffrey; Pia, Louis; Pfleging, Douglas; Tellerman, Paula
**Subject:** Overtime

Please advise if you have any overtime so far this week.

Thanks

Confidential                                                                                          G011539

Message

---

**From**: Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE]
**Sent**: 12/8/2016 12:49:31 PM
**To**: Caniglia, Louis [LoCaniglia@geico.com]
**Subject**: RE: Daily Activity Report 12/7/2016

Thank you

---

**From:** Caniglia, Louis
**Sent:** Wednesday, December 07, 2016 6:56 PM
**To:** Cassagne, Gerard
**Subject:** Daily Activity Report 12/7/2016

Date 12/7/16 Activity Log

7:00 AM Case 1417593 EUO prep for two EUOs today
8:00 AM Case 1432639 wrote closure and reviewed with Examiner, case 1403928 reviewed with A/C, EUO write up and reviewed with Examiner
10:00 AM Worked on case 1412188 (metadata)
11:30 AM Left for 2 EUOs Bronx New York on case 1417593 , worked on cases 1429850 and 1412188 too
3:00 PM Reviewed case 1403928 A/C photos and file photos
3:30 Pm Case 1433255 Theft file review with Examiner about vehicle keys and LPR times
4:00 PM Case 1403928 worked on case
5:00 PM Cases 1403928 and 1417593 wrote up and submitted both cases
5:30 Case 1412188 reviewed the case file and took a recorded statement from witness. Wrote- up interview
6:30 Daily activity report write- up
-----------------------Requested 1 hour and 15 minutes overtime for this day's work


Louis Caniglia Jr.
Special Investigations Unit
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Message

_____

**From**:        Caniglia, Louis [LoCaniglia@geico.com]
**Sent**:        12/13/2017 1:30:53 AM
**To**:          Cassagne, Gerard [GCassagne@geico.com]
**Subject**:     Daily Activity report 12/12/2017


Date 12/12/2017

6:30 Am Start
6:30- Worked case 1600200 and submitted it at 7:30 AM
8:00 Am –Review case 1577759 and contacted the Examiner
8:00 AM Worked on case 1601916- Backed-up
10:15 AM Case 1599363- RI and write up
11:00 AM Case 1599680 Backed-up and contacted PD
12:00 case 1602713, reviewed and closed
1:15 PM Worked on case 1601916, reviewed case, conducted RI, wrote RI, and reviewed case with the examiner
3:30 Pm finished with 1601916 case work

6:00 Pm – 8:30 PM Reviewed case 1601916 and submitted it, worked cases 1603007,1603062,160227 and took an RI,
8:30 PM- Submitted DAR

Requesting 3 hours of overtime



Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011613

Message

---

**From**: Caniglia, Louis [LoCaniglia@geico.com]
**Sent**: 3/6/2018 11:30:30 PM
**To**: Cassagne, Gerard [GCassagne@geico.com]
**CC**: Kilgen, Richard [RKilgen@geico.com]
**Subject**: Activity Report Requesting 2 Hours Overtime


Investigative Journal
Daily Activity Report- 3/6/2018
7:00 Am Start- Case reviews and Emails
8:00- 10:45 AM Case 1640287 and 1640267
11:00- 1:30 PM Am Case 1642784
1:45 Pm Case 1643473
4:00 Pm Emails and Voice mails, phone call returns
4:30 PM case 1640267
5:00 PM Case 1643473, contact examiner and sent emails
5:45 PM case 1644670
6:30 PM submitted D.A.R
Requesting  2 hours overtime


Louis Caniglia Jr.
Senior Outside Securities Investigator
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

G011836

Message

_____

**From**:       geico@myworkday.com [geico@myworkday.com]
**Sent**:       12/16/2020 3:48:26 PM
**To**:         D'Agata, Toni [TDagata@geico.com]
**Subject**:    Workday Inbox - Your Daily Digest

# Daily Digest for Toni D'Agata
Wednesday, December 16, 2020

**3 Action Item(s) and 10 Notification(s)**

CLICK HERE to sign-in to Workday

**Action Items (3)**

**A Task Awaits You: Approval by Manager - Anthony Destefano**
Business Process: Approval: Awaiting Action by Toni D'Agata
Subject: Time Entry: Anthony Destefano - 38.75 hours from 12/05/2020 to 12/18/2020
Click Here to view the notification details.

**A Task Awaits You: Correct Time Off - Toni D'Agata**
Business Process: Absence Correction: Toni D'Agata
Subject: Toni D'Agata
Details: Absence Correction for Toni D'Agata effective on 12/14/2020
Click Here to view the notification details.

**A Task Awaits You: Approval by Manager - Douglas Pfleging**
Business Process: Approval: Awaiting Action by Toni D'Agata
Subject: Time Entry: Douglas Pfleging - 38.75 hours from 12/05/2020 to 12/18/2020
Click Here to view the notification details.

**Notifications (10)**

**You have enrolled in a course. SIU General Knowledge Quiz**
Dear Toni D'Agata ,
You have been enrolled in the following course: SIU General Knowledge Quiz Be sure to complete any
required learning in a timely manner!
Business Process: Enroll in Content: SIU General Knowledge Quiz
Subject: Toni D'Agata
Click Here to view the notification details.

**Successful Mass Enroll**
You have successfully enrolled students in a course.
Business Process: Manager Enroll: SIU General Knowledge Quiz
Subject: Toni D'Agata
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Anthony Destefano SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Anthony Destefano
Click Here to view the notification details.

Confidential                                                                          G013543

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Roger Schartner SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Roger Schartner
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Joseph Krattinger SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Joseph Krattinger
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Douglas Pfleging SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Douglas Pfleging
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Ted Wendling SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Ted Wendling
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Kevin Dux SIU General Knowledge Quiz
Business Process: Enroll in Content for Manager Enroll: SIU General Knowledge Quiz
Subject: Kevin Dux
Click Here to view the notification details.

**Correct Time Off - Successfully Completed**
Business Process: Absence Correction: Toni D'Agata
Subject: Toni D'Agata
Details: Absence Correction for Toni D'Agata effective on 12/17/2020
Click Here to view the notification details.

**Your Associate has enrolled in a Digital Learning Course.**
This associate has enrolled in a Digital Learning Course. Anthony Destefano SIU General Knowledge Quiz
Business Process: Enroll in Content: SIU General Knowledge Quiz
Subject: Anthony Destefano
Click Here to view the notification details.
This is a post-only email. Please do not reply to this message. This email address is not monitored for
responses.