# Exhibit 36

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Craig Costanzo | | | 176398 | 04/27/2019 | 05/10/2019 | 05/16/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Senior Field Security Investigator | 69,800.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,719.27 | 338.78 | 541.71 | 62.31 | 1,776.47 |
| YTD | 33,160.28 | 3,024.89 | 7,954.09 | 623.10 | 21,558.20 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 760.41 | OASDI | 167.82 | 2,048.21 |
| Holiday Pay | | | 0 | | 506.94 | Medicare | 39.25 | 479.02 |
| Premium Payment | 04/27/2019 - 05/03/2019 | 2 | 0 | 34.64 | 50.99 | Federal Withholding | 216.27 | 3,607.36 |
| Profit Sharing Payout | | | 0 | | 6,849.49 | State Tax - NY | 113.03 | 1,756.95 |
| Regular Pay | 04/27/2019 - 05/10/2019 | 69.75 | 34.6402 | 2,416.16 | 23,650.12 | NY SDI - NYSDI | 1.20 | 12.00 |
| Vacation | 05/04/2019 - 05/10/2019 | 7.75 | 34.6402 | 268.47 | 1,342.33 | New York Paid Family Leave - NYPF | 4.14 | 50.55 |
| Total: | | 79.5 | | 2,719.27 | 33,160.28 | Total: | 541.71 | 7,954.09 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 326.32 | 2,900.29 | Personal Mileage | 62.31 | 623.10 |
| Delta Dental Standard | 12.46 | 124.60 | | | |
| Total: | 338.78 | 3,024.89 | Total: | 62.31 | 623.10 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.30 | OASDI - Taxable Wages | 2,706.81 | 33,035.68 |
| Basic LTD - ER | 4.75 | 46.20 | Medicare - Taxable Wages | 2,706.81 | 33,035.68 |
| Delta Dental Standard - ER | 29.06 | 290.60 | Federal Withholding - Taxable Wages | 2,380.49 | 30,135.39 |
| Group Life ER | 1.08 | 10.50 | State Withholding (Work) - Taxable Wages | 2,380.49 | 30,135.39 |
| Total: | 35.12 | 349.60 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 0 | 7.75 |
| Reserved Sick Bank | 2.98 | 0 | 331.18 |
| Vacation | 2.98 | 7.75 | 102.05 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,776.47   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Craig Costanzo | | | | 176398 | 05/25/2019 | 06/07/2019 | 06/13/2019 | |

| Department | | | Location | | Job Title | | | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| Y133 SIU Upstate | | | NY Buffalo (Field) | | Senior Field Security Investigator | | | 69,800.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,727.93 | 339.82 | 543.78 | 62.31 | 1,782.02 |
| YTD | 38,572.83 | 3,699.33 | 9,031.33 | 747.72 | 25,094.45 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 760.41 | OASDI | 168.36 | 2,382.25 |
| Holiday Pay | 05/25/2019 - 05/31/2019 | 7.75 | 34.6402 | 268.47 | 775.41 | Medicare | 39.38 | 557.14 |
| Premium Payment | 06/01/2019 - 06/07/2019 | 2.5 | 0 | 43.30 | 94.29 | Federal Withholding | 217.19 | 4,037.17 |
| Profit Sharing Payout | | | 0 | | 6,849.49 | State Tax - NY | 113.50 | 1,981.58 |
| Regular Pay | 05/25/2019 - 06/07/2019 | 69.75 | 34.6402 | 2,416.16 | 28,750.90 | NY SDI - NYSDI | 1.20 | 14.40 |
| Vacation | | | 0 | | 1,342.33 | New York Paid Family Leave - NYPF | 4.15 | 58.79 |
| Total: | | 80 | | 2,727.93 | 38,572.83 | Total: | 543.78 | 9,031.33 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 327.36 | 3,549.81 | Personal Mileage | 62.31 | 747.72 |
| Delta Dental Standard | 12.46 | 149.52 | | | |
| Total: | 339.82 | 3,699.33 | Total: | 62.31 | 747.72 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.76 | OASDI - Taxable Wages | 2,715.47 | 38,423.31 |
| Basic LTD - ER | 4.75 | 55.70 | Medicare - Taxable Wages | 2,715.47 | 38,423.31 |
| Delta Dental Standard - ER | 29.06 | 348.72 | Federal Withholding - Taxable Wages | 2,388.11 | 34,873.50 |
| Group Life ER | 1.08 | 12.66 | State Withholding (Work) - Taxable Wages | 2,388.11 | 34,873.50 |
| Total: | 35.12 | 419.84 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 2.98 | 0 | 337.14 |
| Vacation | 2.98 | 0 | 108.01 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,782.02   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 06/08/2019 | 06/21/2019 | 06/27/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Senior Field Security Investigator | 69,800.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,970.40 | 368.91 | 601.55 | 62.31 | 1,937.63 |
| YTD | 41,543.23 | 4,068.24 | 9,632.88 | 810.03 | 27,032.08 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 760.41 |
| Holiday Pay | | | 0 | | 775.41 |
| Premium Payment | 06/08/2019 - 06/21/2019 | 16.5 | 0 | 285.78 | 380.07 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 06/08/2019 - 06/21/2019 | 77.5 | 34.6402 | 2,684.62 | 31,435.52 |
| Vacation | | | 0 | | 1,342.33 |
| Total: | | 94 | | 2,970.40 | 41,543.23 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 183.39 | 2,565.64 |
| Medicare | 42.89 | 600.03 |
| Federal Withholding | 242.79 | 4,279.96 |
| State Tax - NY | 126.75 | 2,108.33 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPF | 4.53 | 63.32 |
| Total: | 601.55 | 9,632.88 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 356.45 | 3,906.26 |
| Delta Dental Standard | 12.46 | 161.98 |
| Total: | 368.91 | 4,068.24 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 810.03 |
| Total: | 62.31 | 810.03 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.99 |
| Basic LTD - ER | 4.75 | 60.45 |
| Delta Dental Standard - ER | 29.06 | 377.78 |
| Group Life ER | 1.08 | 13.74 |
| Total: | 35.12 | 454.96 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,957.94 | 41,381.25 |
| Medicare - Taxable Wages | 2,957.94 | 41,381.25 |
| Federal Withholding - Taxable Wages | 2,601.49 | 37,474.99 |
| State Withholding (Work) - Taxable Wages | 2,601.49 | 37,474.99 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 2.98 | 0 | 340.12 |
| Vacation | 2.98 | 0 | 110.99 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,937.63 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 07/06/2019 | 07/19/2019 | 07/25/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Senior Field Security Investigator | 69,800.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,005.05 | 373.07 | 609.81 | 62.31 | 1,959.86 |
| YTD | 47,232.92 | 4,775.93 | 10,776.15 | 934.65 | 30,746.19 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | | | 0 | | 1,043.88 |
| Personal Leave | 07/06/2019 - 07/12/2019 | 4 | 34.6402 | 138.57 | 138.57 |
| Premium Payment | 07/13/2019 - 07/19/2019 | 15.5 | 0 | 268.46 | 648.53 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 07/06/2019 - 07/19/2019 | 75 | 34.6402 | 2,598.02 | 36,181.24 |
| Vacation | | | 0 | | 1,342.33 |
| Total: | | 94.5 | | 3,005.05 | 47,232.92 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 185.54 | 2,916.85 |
| Medicare | 43.40 | 682.17 |
| Federal Withholding | 246.45 | 4,739.03 |
| State Tax - NY | 128.64 | 2,348.11 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPF | 4.58 | 71.99 |
| Total: | 609.81 | 10,776.15 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 360.61 | 4,589.03 |
| Delta Dental Standard | 12.46 | 186.90 |
| Total: | 373.07 | 4,775.93 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 934.65 |
| Total: | 62.31 | 934.65 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Basic LTD - ER | 4.75 | 69.95 |
| Delta Dental Standard - ER | 29.06 | 435.90 |
| Group Life ER | 1.08 | 15.90 |
| Total: | 35.12 | 525.20 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,992.59 | 47,046.02 |
| Medicare - Taxable Wages | 2,992.59 | 47,046.02 |
| Federal Withholding - Taxable Wages | 2,631.98 | 42,456.99 |
| State Withholding (Work) - Taxable Wages | 2,631.98 | 42,456.99 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 2.98 | 0 | 346.08 |
| Vacation | 2.98 | 0 | 116.95 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,959.86 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G010107

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 07/20/2019 | 08/02/2019 | 08/08/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,479.59 | 430.02 | 722.88 | 62.31 | 2,264.38 |
| YTD | 50,712.51 | 5,205.95 | 11,499.03 | 996.96 | 33,010.57 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | | | 0 | | 1,043.88 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 07/20/2019 - 07/26/2019 | 16.5 | 0 | 301.29 | 949.82 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 07/20/2019 - 08/02/2019 | 63.75 | 36.532 | 2,328.93 | 38,510.17 |
| Vacation | 07/27/2019 - 08/02/2019 | 23.25 | 36.532 | 849.37 | 2,191.70 |
| Total: | | 103.5 | | 3,479.59 | 50,712.51 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 214.97 | 3,131.82 |
| Medicare | 50.27 | 732.44 |
| Federal Withholding | 296.56 | 5,035.59 |
| State Tax - NY | 154.58 | 2,502.69 |
| NY SDI - NYSDI | 1.20 | 19.20 |
| New York Paid Family Leave - NYPF | 5.30 | 77.29 |
| Total: | 722.88 | 11,499.03 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 417.56 | 5,006.59 |
| Delta Dental Standard | 12.46 | 199.36 |
| Total: | 430.02 | 5,205.95 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 996.96 |
| Total: | 62.31 | 996.96 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.68 |
| Basic LTD - ER | 5.01 | 74.96 |
| Delta Dental Standard - ER | 29.06 | 464.96 |
| Group Life ER | 1.14 | 17.04 |
| Total: | 35.44 | 560.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,467.13 | 50,513.15 |
| Medicare - Taxable Wages | 3,467.13 | 50,513.15 |
| Federal Withholding - Taxable Wages | 3,049.57 | 45,506.56 |
| State Withholding (Work) - Taxable Wages | 3,049.57 | 45,506.56 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 7.75 |
| Reserved Sick Bank | 2.98 | 0 | 349.06 |
| Vacation | 2.98 | 23.25 | 96.68 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,264.38 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                     G010108

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 08/03/2019 | 08/16/2019 | 08/22/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,904.28 | 360.98 | 585.79 | 62.31 | 1,895.20 |
| YTD | 53,616.79 | 5,566.93 | 12,084.82 | 1,059.27 | 34,905.77 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 1,028.88 | OASDI | 179.29 | 3,311.11 |
| Holiday Pay | | | 0 | | 1,043.88 | Medicare | 41.93 | 774.37 |
| Personal Leave | | | 0 | | 138.57 | Federal Withholding | 235.81 | 5,271.40 |
| Premium Payment | 08/10/2019 - 08/16/2019 | 4 | 0 | 73.04 | 1,022.86 | State Tax - NY | 123.14 | 2,625.83 |
| Profit Sharing Payout | | | 0 | | 6,849.49 | NY SDI - NYSDI | 1.20 | 20.40 |
| Regular Pay | 08/03/2019 - 08/16/2019 | 77.5 | 36.532 | 2,831.24 | 41,341.41 | New York Paid Family Leave - NYPF | 4.42 | 81.71 |
| Vacation | | | 0 | | 2,191.70 | | | |
| Total: | | 81.5 | | 2,904.28 | 53,616.79 | Total: | 585.79 | 12,084.82 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 348.52 | 5,355.11 | Personal Mileage | 62.31 | 1,059.27 |
| Delta Dental Standard | 12.46 | 211.82 | | | |
| Total: | 360.98 | 5,566.93 | Total: | 62.31 | 1,059.27 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.91 | OASDI - Taxable Wages | 2,891.82 | 53,404.97 |
| Basic LTD - ER | 5.01 | 79.97 | Medicare - Taxable Wages | 2,891.82 | 53,404.97 |
| Delta Dental Standard - ER | 29.06 | 494.02 | Federal Withholding - Taxable Wages | 2,543.30 | 48,049.86 |
| Group Life ER | 1.14 | 18.18 | State Withholding (Work) - Taxable Wages | 2,543.30 | 48,049.86 |
| Total: | 35.44 | 596.08 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 353.53 |
| Vacation | 4.47 | 0 | 101.15 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,895.20 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G010109

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 08/17/2019 | 08/30/2019 | 09/05/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,287.81 | 407.00 | 677.18 | 62.31 | 2,141.32 |
| YTD | 56,904.60 | 5,973.93 | 12,762.00 | 1,121.58 | 37,047.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | | | 0 | | 1,043.88 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 08/24/2019 - 08/30/2019 | 14 | 0 | 255.64 | 1,278.50 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 08/17/2019 - 08/30/2019 | 75.25 | 36.532 | 2,749.04 | 44,090.45 |
| Vacation | 08/17/2019 - 08/23/2019 | 7.75 | 36.532 | 283.13 | 2,474.83 |
| Total: | | 97 | | 3,287.81 | 56,904.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 203.07 | 3,514.18 |
| Medicare | 47.49 | 821.86 |
| Federal Withholding | 276.31 | 5,547.71 |
| State Tax - NY | 144.10 | 2,769.93 |
| NY SDI - NYSDI | 1.20 | 21.60 |
| New York Paid Family Leave - NYPF | 5.01 | 86.72 |
| Total: | 677.18 | 12,762.00 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 394.54 | 5,749.65 |
| Delta Dental Standard | 12.46 | 224.28 |
| Total: | 407.00 | 5,973.93 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,121.58 |
| Total: | 62.31 | 1,121.58 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 4.14 |
| Basic LTD - ER | 5.01 | 84.98 |
| Delta Dental Standard - ER | 29.06 | 523.08 |
| Group Life ER | 1.14 | 19.32 |
| Total: | 35.44 | 631.52 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,275.35 | 56,680.32 |
| Medicare - Taxable Wages | 3,275.35 | 56,680.32 |
| Federal Withholding - Taxable Wages | 2,880.81 | 50,930.67 |
| State Withholding (Work) - Taxable Wages | 2,880.81 | 50,930.67 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 358 |
| Vacation | 4.47 | 7.75 | 97.87 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,141.32   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 08/31/2019 | 09/13/2019 | 09/19/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,379.17 | 417.97 | 698.96 | 62.31 | 2,199.93 |
| YTD | 60,283.77 | 6,391.90 | 13,460.96 | 1,183.89 | 39,247.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | 08/31/2019 - 09/06/2019 | 7.75 | 36.532 | 283.13 | 1,327.01 |
| Paid Sick | 08/31/2019 - 09/06/2019 | 7.75 | 36.532 | 283.13 | 283.13 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 09/07/2019 - 09/13/2019 | 10 | 0 | 182.60 | 1,461.10 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 08/31/2019 - 09/13/2019 | 72 | 36.532 | 2,630.31 | 46,720.76 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 97.5 | | 3,379.17 | 60,283.77 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 208.74 | 3,722.92 |
| Medicare | 48.82 | 870.68 |
| Federal Withholding | 285.96 | 5,833.67 |
| State Tax - NY | 149.09 | 2,919.02 |
| NY SDI - NYSDI | 1.20 | 22.80 |
| New York Paid Family Leave - NYPF | 5.15 | 91.87 |
| Total: | 698.96 | 13,460.96 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 405.51 | 6,155.16 |
| Delta Dental Standard | 12.46 | 236.74 |
| Total: | 417.97 | 6,391.90 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,183.89 |
| Total: | 62.31 | 1,183.89 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 4.37 |
| Basic LTD - ER | 5.01 | 89.99 |
| Delta Dental Standard - ER | 29.06 | 552.14 |
| Group Life ER | 1.14 | 20.46 |
| Total: | 35.44 | 666.96 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,366.71 | 60,047.03 |
| Medicare - Taxable Wages | 3,366.71 | 60,047.03 |
| Federal Withholding - Taxable Wages | 2,961.20 | 53,891.87 |
| State Withholding (Work) - Taxable Wages | 2,961.20 | 53,891.87 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 7.75 | 354.72 |
| Vacation | 4.47 | 0 | 102.34 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,199.93 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 09/14/2019 | 09/27/2019 | 10/03/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,159.92 | 391.66 | 646.72 | 62.31 | 2,059.23 |
| YTD | 63,443.69 | 6,783.56 | 14,107.68 | 1,246.20 | 41,306.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | | | 0 | | 1,327.01 |
| Paid Sick | | | 0 | | 283.13 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 09/14/2019 - 09/27/2019 | 18 | 0 | 328.68 | 1,789.78 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 09/14/2019 - 09/27/2019 | 77.5 | 36.532 | 2,831.24 | 49,552.00 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 95.5 | | 3,159.92 | 63,443.69 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 195.14 | 3,918.06 |
| Medicare | 45.64 | 916.32 |
| Federal Withholding | 262.81 | 6,096.48 |
| State Tax - NY | 137.11 | 3,056.13 |
| NY SDI - NYSDI | 1.20 | 24.00 |
| New York Paid Family Leave - NYPF | 4.82 | 96.69 |
| Total: | 646.72 | 14,107.68 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 379.20 | 6,534.36 |
| Delta Dental Standard | 12.46 | 249.20 |
| Total: | 391.66 | 6,783.56 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,246.20 |
| Total: | 62.31 | 1,246.20 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 4.60 |
| Basic LTD - ER | 5.01 | 95.00 |
| Delta Dental Standard - ER | 29.06 | 581.20 |
| Group Life ER | 1.14 | 21.60 |
| Total: | 35.44 | 702.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,147.46 | 63,194.49 |
| Medicare - Taxable Wages | 3,147.46 | 63,194.49 |
| Federal Withholding - Taxable Wages | 2,768.26 | 56,660.13 |
| State Withholding (Work) - Taxable Wages | 2,768.26 | 56,660.13 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 359.19 |
| Vacation | 4.47 | 0 | 106.81 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,059.23 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 10/12/2019 | 10/25/2019 | 10/31/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,096.01 | 383.99 | 631.49 | 62.31 | 2,018.22 |
| YTD | 69,370.94 | 7,519.76 | 15,307.56 | 1,370.82 | 45,172.80 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,028.88 |
| Holiday Pay | | | 0 | | 1,327.01 |
| Paid Sick | | | 0 | | 283.13 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 10/12/2019 - 10/18/2019 | 14.5 | 0 | 264.77 | 2,054.55 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 10/12/2019 - 10/25/2019 | 77.5 | 36.532 | 2,831.24 | 55,214.48 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 92 | | 3,096.01 | 69,370.94 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 191.18 | 4,284.00 |
| Medicare | 44.71 | 1,001.90 |
| Federal Withholding | 256.06 | 6,580.64 |
| State Tax - NY | 133.62 | 3,308.90 |
| NY SDI - NYSDI | 1.20 | 26.40 |
| New York Paid Family Leave - NYPF | 4.72 | 105.72 |
| Total: | 631.49 | 15,307.56 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 371.53 | 7,245.64 |
| Delta Dental Standard | 12.46 | 274.12 |
| Total: | 383.99 | 7,519.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,370.82 |
| Total: | 62.31 | 1,370.82 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 5.06 |
| Basic LTD - ER | 5.01 | 105.02 |
| Delta Dental Standard - ER | 29.06 | 639.32 |
| Group Life ER | 1.14 | 23.88 |
| Total: | 35.44 | 773.28 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,083.55 | 69,096.82 |
| Medicare - Taxable Wages | 3,083.55 | 69,096.82 |
| Federal Withholding - Taxable Wages | 2,712.02 | 61,851.18 |
| State Withholding (Work) - Taxable Wages | 2,712.02 | 61,851.18 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 368.13 |
| Vacation | 4.47 | 0 | 115.75 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,018.22 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 11/09/2019 | 11/22/2019 | 11/27/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,949.93 | 366.46 | 592.17 | 62.31 | 1,928.99 |
| YTD | 75,152.12 | 8,238.43 | 16,466.08 | 1,495.44 | 48,952.17 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,312.01 |
| Holiday Pay | | | 0 | | 1,327.01 |
| Paid Sick | | | 0 | | 283.13 |
| Personal Leave | | | 0 | | 138.57 |
| Premium Payment | 11/09/2019 - 11/22/2019 | 6.5 | 0 | 118.69 | 2,173.24 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 11/09/2019 - 11/22/2019 | 77.5 | 36.532 | 2,831.24 | 60,593.84 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 84 | | 2,949.93 | 75,152.12 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 182.12 | 4,640.89 |
| Medicare | 42.59 | 1,085.37 |
| Federal Withholding | 240.63 | 7,049.37 |
| State Tax - NY | 125.63 | 3,553.68 |
| NY SDI - NYSDI | 1.20 | 28.80 |
| New York Paid Family Leave - NYPF | 0.00 | 107.97 |
| Total: | 592.17 | 16,466.08 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 354.00 | 7,939.39 |
| Delta Dental Standard | 12.46 | 299.04 |
| Total: | 366.46 | 8,238.43 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,495.44 |
| Total: | 62.31 | 1,495.44 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 5.52 |
| Basic LTD - ER | 5.01 | 115.04 |
| Delta Dental Standard - ER | 29.06 | 697.44 |
| Group Life ER | 1.14 | 26.16 |
| Total: | 35.44 | 844.16 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,937.47 | 74,853.08 |
| Medicare - Taxable Wages | 2,937.47 | 74,853.08 |
| Federal Withholding - Taxable Wages | 2,583.47 | 66,913.69 |
| State Withholding (Work) - Taxable Wages | 2,583.47 | 66,913.69 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 377.07 |
| Vacation | 4.47 | 0 | 124.69 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,928.99 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 11/23/2019 | 12/06/2019 | 12/12/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,169.09 | 392.76 | 644.06 | 62.31 | 2,069.96 |
| YTD | 78,321.21 | 8,631.19 | 17,110.14 | 1,557.75 | 51,022.13 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,312.01 |
| Holiday Pay | 11/23/2019 - 11/29/2019 | 7.75 | 36.532 | 283.13 | 1,610.14 |
| Paid Sick | | | 0 | | 283.13 |
| Personal Leave | 11/23/2019 - 11/29/2019 | 3 | 36.532 | 109.60 | 248.17 |
| Premium Payment | 11/30/2019 - 12/06/2019 | 13.5 | 0 | 246.51 | 2,419.75 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 11/23/2019 - 12/06/2019 | 69.25 | 36.532 | 2,529.85 | 63,123.69 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 93.5 | | 3,169.09 | 78,321.21 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 195.71 | 4,836.60 |
| Medicare | 45.77 | 1,131.14 |
| Federal Withholding | 263.77 | 7,313.14 |
| State Tax - NY | 137.61 | 3,691.29 |
| NY SDI - NYSDI | 1.20 | 30.00 |
| New York Paid Family Leave - NYPF | 0.00 | 107.97 |
| Total: | 644.06 | 17,110.14 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 380.30 | 8,319.69 |
| Delta Dental Standard | 12.46 | 311.50 |
| Total: | 392.76 | 8,631.19 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,557.75 |
| Total: | 62.31 | 1,557.75 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 5.75 |
| Basic LTD - ER | 5.01 | 120.05 |
| Delta Dental Standard - ER | 29.06 | 726.50 |
| Group Life ER | 1.14 | 27.30 |
| Total: | 35.44 | 879.60 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,156.63 | 78,009.71 |
| Medicare - Taxable Wages | 3,156.63 | 78,009.71 |
| Federal Withholding - Taxable Wages | 2,776.33 | 69,690.02 |
| State Withholding (Work) - Taxable Wages | 2,776.33 | 69,690.02 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 381.54 |
| Vacation | 4.47 | 0 | 129.16 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,069.96 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 12/07/2019 | 12/20/2019 | 12/26/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 73,612.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,214.70 | 398.23 | 654.86 | 62.31 | 2,099.30 |
| YTD | 81,535.91 | 9,029.42 | 17,765.00 | 1,620.06 | 53,121.43 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 1,312.01 |
| Holiday Pay | | | 0 | | 1,610.14 |
| Paid Sick | | | 0 | | 283.13 |
| Personal Leave | | | 0 | | 248.17 |
| Premium Payment | 12/07/2019 - 12/20/2019 | 21 | 0 | 383.46 | 2,803.21 |
| Profit Sharing Payout | | | 0 | | 6,849.49 |
| Regular Pay | 12/07/2019 - 12/20/2019 | 77.5 | 36.532 | 2,831.24 | 65,954.93 |
| Vacation | | | 0 | | 2,474.83 |
| Total: | | 98.5 | | 3,214.70 | 81,535.91 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 198.54 | 5,035.14 |
| Medicare | 46.43 | 1,177.57 |
| Federal Withholding | 268.59 | 7,581.73 |
| State Tax - NY | 140.10 | 3,831.39 |
| NY SDI - NYSDI | 1.20 | 31.20 |
| New York Paid Family Leave - NYPF | 0.00 | 107.97 |
| Total: | 654.86 | 17,765.00 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 385.77 | 8,705.46 |
| Delta Dental Standard | 12.46 | 323.96 |
| Total: | 398.23 | 9,029.42 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 1,620.06 |
| Total: | 62.31 | 1,620.06 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 5.98 |
| Basic LTD - ER | 5.01 | 125.06 |
| Delta Dental Standard - ER | 29.06 | 755.56 |
| Group Life ER | 1.14 | 28.44 |
| Total: | 35.44 | 915.04 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,202.24 | 81,211.95 |
| Medicare - Taxable Wages | 3,202.24 | 81,211.95 |
| Federal Withholding - Taxable Wages | 2,816.47 | 72,506.49 |
| State Withholding (Work) - Taxable Wages | 2,816.47 | 72,506.49 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 386.01 |
| Vacation | 4.47 | 0 | 133.63 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,099.30 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 01/04/2020 | 01/17/2020 | 01/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 36.53201 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,027.60 | 375.78 | 616.23 | 62.31 | 1,973.28 |
| YTD | 5,858.86 | 728.00 | 1,185.67 | 124.62 | 3,820.57 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 283.13 |
| Holiday Pay | | | 0 | | 566.26 |
| Overtime 1.5 | 01/11/2020 - 01/17/2020 | 2.75 | 54.795 | 150.69 | 150.69 |
| Regular Overtime | 01/11/2020 - 01/17/2020 | 1.25 | 36.532 | 45.67 | 45.67 |
| Regular Pay | 01/04/2020 - 01/17/2020 | 77.5 | 36.532 | 2,831.24 | 4,813.11 |
| Total: | | 81.5 | | 3,027.60 | 5,858.86 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 186.93 | 361.70 |
| Medicare | 43.72 | 84.59 |
| Federal Withholding | 248.10 | 475.47 |
| State Tax - NY | 128.14 | 245.76 |
| NY SDI - NYSDI | 1.20 | 2.40 |
| New York Paid Family Leave - NYPF | 8.14 | 15.75 |
| Total: | 616.23 | 1,185.67 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 363.32 | 703.08 |
| Delta Dental Standard | 12.46 | 24.92 |
| Total: | 375.78 | 728.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 124.62 |
| Total: | 62.31 | 124.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 0.46 |
| Basic LTD - ER | 5.01 | 10.02 |
| Delta Dental Standard - ER | 29.06 | 58.12 |
| Group Life ER | 1.14 | 2.28 |
| Total: | 35.44 | 70.88 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,015.14 | 5,833.94 |
| Medicare - Taxable Wages | 3,015.14 | 5,833.94 |
| Federal Withholding - Taxable Wages | 2,651.82 | 5,130.86 |
| State Withholding (Work) - Taxable Wages | 2,651.82 | 5,130.86 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 394.95 |
| Vacation | 4.47 | 0 | 142.57 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,973.28 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                      G010120

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 01/18/2020 | 01/31/2020 | 02/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 36.53201 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,027.60 | 375.78 | 616.24 | 62.31 | 1,973.27 |
| YTD | 8,886.46 | 1,103.78 | 1,801.91 | 186.93 | 5,793.84 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 283.13 |
| Holiday Pay | | | 0 | | 566.26 |
| Overtime 1.5 | 01/25/2020 - 01/31/2020 | 2.75 | 54.795 | 150.69 | 301.38 |
| Regular Overtime | 01/25/2020 - 01/31/2020 | 1.25 | 36.532 | 45.67 | 91.34 |
| Regular Pay | 01/18/2020 - 01/31/2020 | 77.5 | 36.532 | 2,831.24 | 7,644.35 |
| Total: | | 81.5 | | 3,027.60 | 8,886.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 186.94 | 548.64 |
| Medicare | 43.72 | 128.31 |
| Federal Withholding | 248.10 | 723.57 |
| State Tax - NY | 128.14 | 373.90 |
| NY SDI - NYSDI | 1.20 | 3.60 |
| New York Paid Family Leave - NYPF | 8.14 | 23.89 |
| Total: | 616.24 | 1,801.91 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 363.32 | 1,066.40 |
| Delta Dental Standard | 12.46 | 37.38 |
| Total: | 375.78 | 1,103.78 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | 62.31 | 186.93 |
| Total: | 62.31 | 186.93 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 0.69 |
| Basic LTD - ER | 5.01 | 15.03 |
| Delta Dental Standard - ER | 29.06 | 87.18 |
| Group Life ER | 1.14 | 3.42 |
| Total: | 35.44 | 106.32 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,015.14 | 8,849.08 |
| Medicare - Taxable Wages | 3,015.14 | 8,849.08 |
| Federal Withholding - Taxable Wages | 2,651.82 | 7,782.68 |
| State Withholding (Work) - Taxable Wages | 2,651.82 | 7,782.68 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 399.42 |
| Vacation | 4.47 | 0 | 147.04 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,973.27 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G010121

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Craig Costanzo | | | | 176398 | 02/01/2020 | 02/14/2020 | 02/20/2020 | |
| **Department** | | | | **Location** | | **Job Title** | | **Hourly Rate** |
| Y133 SIU Upstate | | | | NY Buffalo (Field) | | Lead Security Investigator | | 36.53201 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 2,972.81 | 369.20 | 601.99 | 62.31 | 1,939.31 |
| YTD | | | | 21,493.82 | 1,472.98 | 6,214.60 | 249.24 | 13,557.00 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 283.13 | OASDI | 183.54 | 1,329.53 |
| Holiday Pay | | | 0 | | 566.26 | Medicare | 42.93 | 310.94 |
| Overtime 1.5 | 02/01/2020 - 02/07/2020 | 1.75 | 54.795 | 95.90 | 397.28 | Federal Withholding | 242.32 | 3,085.49 |
| Profit Sharing Payout | | | 0 | | 9,634.55 | State Tax - NY | 125.21 | 1,425.95 |
| Regular Overtime | 02/01/2020 - 02/07/2020 | 1.25 | 36.532 | 45.67 | 137.01 | NY SDI - NYSDI | 0.00 | 4.80 |
| Regular Pay | 02/01/2020 - 02/14/2020 | 77.5 | 36.532 | 2,831.24 | 10,475.59 | New York Paid Family Leave - NYPF | 7.99 | 57.89 |
| Total: | | 80.5 | | 2,972.81 | 21,493.82 | Total: | 601.99 | 6,214.60 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 356.74 | 1,423.14 | Personal Mileage | 62.31 | 249.24 |
| Delta Dental Standard | 12.46 | 49.84 | | | |
| Total: | 369.20 | 1,472.98 | Total: | 62.31 | 249.24 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 0.92 | OASDI - Taxable Wages | 2,960.35 | 21,443.98 |
| Basic LTD - ER | 5.01 | 20.04 | Medicare - Taxable Wages | 2,960.35 | 21,443.98 |
| Delta Dental Standard - ER | 29.06 | 116.24 | Federal Withholding - Taxable Wages | 2,603.61 | 20,020.84 |
| Group Life ER | 1.14 | 4.56 | State Withholding (Work) - Taxable Wages | 2,603.61 | 20,020.84 |
| Total: | 35.44 | 141.76 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 7.75 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 403.89 |
| Vacation | 4.47 | 0 | 151.51 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 1,939.31   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 05/23/2020 | 06/05/2020 | 06/11/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 38.91 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,399.79 | 522.43 | 686.52 | | 2,190.84 |
| YTD | 45,818.10 | 5,136.42 | 11,052.59 | 560.79 | 29,068.30 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | 05/23/2020 - 05/29/2020 | 7.75 | 38.91 | 301.56 | 867.82 |
| Holiday Pay | 05/23/2020 - 05/29/2020 | 7.75 | 38.91 | 301.56 | 867.82 |
| Overtime 1.5 | 05/30/2020 - 06/05/2020 | 5.75 | 58.365 | 335.60 | 732.88 |
| Profit Sharing Payout | | | 0 | | 9,634.55 |
| Regular Overtime | 05/30/2020 - 06/05/2020 | 1.25 | 38.91 | 48.64 | 185.65 |
| Regular Pay | 05/23/2020 - 06/05/2020 | 62 | 38.91 | 2,412.43 | 33,227.82 |
| Vacation | | | 0 | | 301.56 |
| Total: | | 84.5 | | 3,399.79 | 45,818.10 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 210.01 | 2,831.45 |
| Medicare | 49.11 | 662.19 |
| Federal Withholding | 275.17 | 5,003.85 |
| State Tax - NY | 141.88 | 2,417.39 |
| NY SDI - NYSDI | 1.20 | 14.40 |
| New York Paid Family Leave - NYPF | 9.15 | 123.31 |
| Total: | 686.52 | 11,052.59 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 509.97 | 4,986.90 |
| Delta Dental Standard | 12.46 | 149.52 |
| Total: | 522.43 | 5,136.42 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Personal Mileage | | 560.79 |
| Total: | | 560.79 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.76 |
| Basic LTD - ER | 5.34 | 62.43 |
| Delta Dental Standard - ER | 29.06 | 348.72 |
| Group Life ER | 1.24 | 14.38 |
| Total: | 35.87 | 428.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,387.33 | 45,668.58 |
| Medicare - Taxable Wages | 3,387.33 | 45,668.58 |
| Federal Withholding - Taxable Wages | 2,877.36 | 40,681.68 |
| State Withholding (Work) - Taxable Wages | 2,877.36 | 40,681.68 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 7.75 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 439.65 |
| Vacation | 4.47 | 0 | 179.52 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,190.84 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                      G010131

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Craig Costanzo | 176398 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y133 SIU Upstate | NY Buffalo (Field) | Lead Security Investigator | 38.91 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,784.03 | 580.07 | 776.04 | 62.31 | 2,365.61 |
| YTD | 49,602.13 | 5,716.49 | 11,828.63 | 623.10 | 31,433.91 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 867.82 | OASDI | 233.84 | 3,065.29 |
| Holiday Pay | | | 0 | | 867.82 | Medicare | 54.69 | 716.88 |
| Overtime 1.5 | 06/06/2020 - 06/19/2020 | 11.5 | 58.365 | 671.21 | 1,404.09 | Federal Withholding | 314.36 | 5,318.21 |
| Profit Sharing Payout | | | 0 | | 9,634.55 | State Tax - NY | 161.77 | 2,579.16 |
| Regular Overtime | 06/06/2020 - 06/19/2020 | 2.5 | 38.91 | 97.28 | 282.93 | NY SDI - NYSDI | 1.20 | 15.60 |
| Regular Pay | 06/06/2020 - 06/19/2020 | 77.5 | 38.91 | 3,015.54 | 36,243.36 | New York Paid Family Leave - NYPF | 10.18 | 133.49 |
| Vacation | | | 0 | | 301.56 | | | |
| Total: | | 91.5 | | 3,784.03 | 49,602.13 | Total: | 776.04 | 11,828.63 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 567.61 | 5,554.51 | Personal Mileage | 62.31 | 623.10 |
| Delta Dental Standard | 12.46 | 161.98 | | | |
| Total: | 580.07 | 5,716.49 | Total: | 62.31 | 623.10 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.99 | OASDI - Taxable Wages | 3,771.57 | 49,440.15 |
| Basic LTD - ER | 5.34 | 67.77 | Medicare - Taxable Wages | 3,771.57 | 49,440.15 |
| Delta Dental Standard - ER | 29.06 | 377.78 | Federal Withholding - Taxable Wages | 3,203.96 | 43,885.64 |
| Group Life ER | 1.24 | 15.62 | State Withholding (Work) - Taxable Wages | 3,203.96 | 43,885.64 |
| Total: | 35.87 | 464.16 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 444.12 |
| Vacation | 4.47 | 0 | 183.99 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,365.61 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G010132

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Craig Costanzo | | | | 176398 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |
| Department | | | | Location | | Job Title | | Hourly Rate |
| Y133 SIU Upstate | | | | NY Buffalo (Field) | | Lead Security Investigator | | 38.91 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 3,652.70 | 560.37 | 745.44 | 62.31 | 2,284.58 |
| YTD | | | | 53,254.83 | 6,276.86 | 12,574.07 | 685.41 | 33,718.49 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 867.82 | OASDI | 225.69 | 3,290.98 |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 38.91 | 301.56 | 1,169.38 | Medicare | 52.79 | 769.67 |
| Overtime 1.5 | 06/20/2020 - 06/26/2020 | 8.75 | 58.365 | 510.70 | 1,914.79 | Federal Withholding | 300.96 | 5,619.17 |
| Profit Sharing Payout | | | 0 | | 9,634.55 | State Tax - NY | 154.97 | 2,734.13 |
| Regular Overtime | 06/20/2020 - 06/26/2020 | 1.25 | 38.91 | 48.64 | 331.57 | NY SDI - NYSDI | 1.20 | 16.80 |
| Regular Pay | 06/20/2020 - 07/03/2020 | 71.75 | 38.91 | 2,791.80 | 39,035.16 | New York Paid Family Leave - NYPF | 9.83 | 143.32 |
| Vacation | | | 0 | | 301.56 | | | |
| Total: | | 89.5 | | 3,652.70 | 53,254.83 | Total: | 745.44 | 12,574.07 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 547.91 | 6,102.42 | Personal Mileage | 62.31 | 685.41 |
| Delta Dental Standard | 12.46 | 174.44 | | | |
| Total: | 560.37 | 6,276.86 | Total: | 62.31 | 685.41 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.22 | OASDI - Taxable Wages | 3,640.24 | 53,080.39 |
| Basic LTD - ER | 5.34 | 73.11 | Medicare - Taxable Wages | 3,640.24 | 53,080.39 |
| Delta Dental Standard - ER | 29.06 | 406.84 | Federal Withholding - Taxable Wages | 3,092.33 | 46,977.97 |
| Group Life ER | 1.24 | 16.86 | State Withholding (Work) - Taxable Wages | 3,092.33 | 46,977.97 |
| Total: | 35.87 | 500.03 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 448.59 |
| Vacation | 4.47 | 0 | 188.46 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| M&T Bank | M&T Bank ******8524 | ******8524 | | 2,284.58   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G010133