# Exhibit 39

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 07/08/2017 | 07/21/2017 | 07/27/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,501.10 | 258.44 | 715.82 | 128.63 | 2,398.21 |
| YTD | 68,397.68 | 3,921.08 | 17,204.34 | 16,218.95 | 31,053.31 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 3,190.90 |
| Catastrophe Other Regular | | | 0 | | 487.50 |
| Catastrophe Pay Per Diem | | | 0 | | 280.00 |
| Catastrophe Pay | | | 0 | | 200.00 |
| Floating Holiday | | | 0 | | 686.92 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | | | 0 | | 1,349.24 |
| Premium Payment | 07/08/2017 - 07/14/2017 | 3 | 0 | 66.48 | 212.53 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Pay | 07/08/2017 - 07/21/2017 | 77.5 | 44.3176 | 3,434.62 | 6,525.78 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 6,869.23 |
| Total: | | 80.5 | | 3,501.10 | 68,397.68 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 216.24 | 4,210.87 |
| Medicare | 50.57 | 984.80 |
| Federal Withholding | 283.80 | 8,087.38 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 164.01 | 324.04 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| Total: | 715.82 | 17,204.34 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 245.08 | 485.51 |
| Delta Dental Standard | 8.93 | 133.95 |
| EyeMed Vision | 4.43 | 66.45 |
| HCE401 | | 3,235.17 |
| Total: | 258.44 | 3,921.08 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 15.30 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 894.00 |
| Personal Mileage | 62.31 | 934.65 |
| United Way (Long Island) | 5.00 | 75.00 |
| Total: | 128.63 | 16,218.95 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | | 1.22 |
| Basic LTD - ER | 9.03 | 133.85 |
| Delta Dental Standard - ER | 20.83 | 41.66 |
| Group Life ER | 2.37 | 35.25 |
| DENTALER | | 270.79 |
| Total: | 32.23 | 482.77 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,487.74 | 67,917.28 |
| Medicare - Taxable Wages | 3,487.74 | 67,917.28 |
| Federal Withholding - Taxable Wages | 3,242.66 | 64,196.60 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,242.66 | 6,423.50 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 4.47 | 0 | 1168.74 |
| Vacation | 5.96 | 0 | 29.52 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,298.21 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                G002123

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 08/05/2017 | 08/18/2017 | 08/24/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,523.26 | 259.99 | 721.93 | 128.63 | 2,412.71 |
| YTD | 75,355.58 | 4,434.86 | 18,623.76 | 16,476.21 | 35,820.75 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 3,190.90 |
| Catastrophe Other Regular | | | 0 | | 487.50 |
| Catastrophe Pay Per Diem | | | 0 | | 280.00 |
| Catastrophe Pay | | | 0 | | 200.00 |
| Floating Holiday | | | 0 | | 1,717.31 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | | | 0 | | 1,349.24 |
| Premium Payment | 08/05/2017 - 08/11/2017 | 4 | 0 | 88.64 | 301.17 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Pay | 08/05/2017 - 08/18/2017 | 77.5 | 44.3176 | 3,434.62 | 11,677.72 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 7,556.16 |
| Total: | | 81.5 | | 3,523.26 | 75,355.58 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 217.61 | 4,640.60 |
| Medicare | 50.89 | 1,085.30 |
| Federal Withholding | 286.89 | 8,648.80 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 165.34 | 649.41 |
| NY SDI - NYSDI | 1.20 | 20.40 |
| Total: | 721.93 | 18,623.76 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 246.63 | 972.57 |
| Delta Dental Standard | 8.93 | 151.81 |
| EyeMed Vision | 4.43 | 75.31 |
| HCE401 | | 3,235.17 |
| Total: | 259.99 | 4,434.86 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 17.34 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 1,014.60 |
| Personal Mileage | 62.31 | 1,059.27 |
| United Way (Long Island) | 5.00 | 85.00 |
| Total: | 128.63 | 16,476.21 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | | 2.44 |
| Basic LTD - ER | 9.03 | 151.91 |
| Delta Dental Standard - ER | 20.83 | 83.32 |
| Group Life ER | 2.37 | 39.99 |
| DENTALER | | 270.79 |
| Total: | 32.23 | 548.45 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,509.90 | 74,848.46 |
| Medicare - Taxable Wages | 3,509.90 | 74,848.46 |
| Federal Withholding - Taxable Wages | 3,263.27 | 70,640.72 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,263.27 | 12,867.62 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1177.68 |
| Vacation | 5.96 | 0 | 25.94 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,312.71 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002125

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 08/19/2017 | 09/01/2017 | 09/07/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,611.90 | 266.20 | 746.41 | 128.63 | 2,470.66 |
| YTD | 78,967.48 | 4,701.06 | 19,370.17 | 16,604.84 | 38,291.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 3,190.90 |
| Catastrophe Other Regular | | | 0 | | 487.50 |
| Catastrophe Pay Per Diem | | | 0 | | 280.00 |
| Catastrophe Pay | | | 0 | | 200.00 |
| Floating Holiday | | | 0 | | 1,717.31 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | | | 0 | | 1,349.24 |
| Premium Payment | 08/19/2017 - 08/25/2017 | 8 | 0 | 177.28 | 478.45 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Pay | 08/19/2017 - 09/01/2017 | 77.5 | 44.3176 | 3,434.62 | 15,112.34 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 7,556.16 |
| Total: | | 85.5 | | 3,611.90 | 78,967.48 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 223.11 | 4,863.71 |
| Medicare | 52.18 | 1,137.48 |
| Federal Withholding | 299.26 | 8,948.06 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 170.66 | 820.07 |
| NY SDI - NYSDI | 1.20 | 21.60 |
| Total: | 746.41 | 19,370.17 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 252.84 | 1,225.41 |
| Delta Dental Standard | 8.93 | 160.74 |
| EyeMed Vision | 4.43 | 79.74 |
| HCE401 | | 3,235.17 |
| Total: | 266.20 | 4,701.06 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 18.36 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 1,074.90 |
| Personal Mileage | 62.31 | 1,121.58 |
| United Way (Long Island) | 5.00 | 90.00 |
| Total: | 128.63 | 16,604.84 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 1.22 | 3.66 |
| Basic LTD - ER | 9.03 | 160.94 |
| Delta Dental Standard - ER | 20.83 | 104.15 |
| Group Life ER | 2.37 | 42.36 |
| DENTALER | | 270.79 |
| Total: | 33.45 | 581.90 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,598.54 | 78,447.00 |
| Medicare - Taxable Wages | 3,598.54 | 78,447.00 |
| Federal Withholding - Taxable Wages | 3,345.70 | 73,986.42 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,345.70 | 16,213.32 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1182.15 |
| Vacation | 5.96 | 0 | 31.9 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,370.66 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 09/02/2017 | 09/15/2017 | 09/21/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,656.23 | 269.30 | 758.64 | 128.63 | 2,499.66 |
| YTD | 83,043.71 | 4,970.36 | 20,128.81 | 16,733.47 | 41,211.07 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 3,190.90 |
| Catastrophe Other Regular | 09/09/2017 - 09/15/2017 | 5 | 44.32 | 221.60 | 709.10 |
| Catastrophe Pay Per Diem | | | 0 | | 700.00 |
| Catastrophe Pay | | | 0 | | 200.00 |
| Floating Holiday | | | 0 | | 1,717.31 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | 09/02/2017 - 09/08/2017 | 7.75 | 44.3176 | 343.47 | 1,692.71 |
| Premium Payment | | | 0 | | 478.45 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Pay | 09/02/2017 - 09/15/2017 | 69.75 | 44.3176 | 3,091.16 | 18,203.50 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 7,556.16 |
| Total: | | 82.5 | | 3,656.23 | 83,043.71 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 225.86 | 5,089.57 |
| Medicare | 52.82 | 1,190.30 |
| Federal Withholding | 305.44 | 9,253.50 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 173.32 | 993.39 |
| NY SDI - NYSDI | 1.20 | 22.80 |
| Total: | 758.64 | 20,128.81 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 255.94 | 1,481.35 |
| Delta Dental Standard | 8.93 | 169.67 |
| EyeMed Vision | 4.43 | 84.17 |
| HCE401 | | 3,235.17 |
| Total: | 269.30 | 4,970.36 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 19.38 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 1,135.20 |
| Personal Mileage | 62.31 | 1,183.89 |
| United Way (Long Island) | 5.00 | 95.00 |
| Total: | 128.63 | 16,733.47 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | | 3.66 |
| Basic LTD - ER | 9.03 | 169.97 |
| Delta Dental Standard - ER | 20.83 | 124.98 |
| Group Life ER | 2.37 | 44.73 |
| DENTALER | | 270.79 |
| Total: | 32.23 | 614.13 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,642.87 | 82,089.87 |
| Medicare - Taxable Wages | 3,642.87 | 82,089.87 |
| Federal Withholding - Taxable Wages | 3,386.93 | 77,373.35 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,386.93 | 19,600.25 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1186.62 |
| Vacation | 5.96 | 0 | 37.86 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,399.66 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Keith Fischer | | | | 87512 | 09/16/2017 | 09/29/2017 | 10/05/2017 | |

| Department | | | | Location | | Job Title | | Annual Salary |
|---|---|---|---|---|---|---|---|---|
| Y138 SIU Metro | | | | NY Long Island - NYC JPS | | Lead Security Invest. | | 89,300.00 |

| | | | | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | | | 9,975.79 | 711.67 | 3,161.33 | 128.63 | 5,974.16 |
| YTD | | | | 93,019.50 | 5,682.03 | 23,290.14 | 16,862.10 | 47,185.23 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Catastrophe Long Shift (1.5X) | 09/23/2017 - 09/29/2017 | 92 | 44.32 | 6,116.16 | 9,307.06 | OASDI | 617.67 | 5,707.24 |
| Catastrophe Other Regular | | | 0 | | 709.10 | Medicare | 144.46 | 1,334.76 |
| Catastrophe Pay Per Diem | | | 0 | | 700.00 | Federal Withholding | 1,766.44 | 11,019.94 |
| Catastrophe Pay | 09/23/2017 - 09/29/2017 | 0 | 0 | 425.00 | 625.00 | State Tax - NY | | 3,579.25 |
| Floating Holiday | | | 0 | | 1,717.31 | State Tax - NY | 631.56 | 1,624.95 |
| PP2 | | | 0 | | 59.49 | NY SDI - NYSDI | 1.20 | 24.00 |
| Holiday Pay | | | 0 | | 1,692.71 | | | |
| Paid Sick | 09/23/2017 - 09/29/2017 | 23.25 | 44.3176 | 1,030.39 | 1,030.39 | | | |
| Premium Payment | | | 0 | | 478.45 | | | |
| Profit Sharing Payout | | | 0 | | 13,033.37 | | | |
| Quote Referral Program | | | 0 | | 30.00 | | | |
| Regular Pay | 09/16/2017 - 09/29/2017 | 54.25 | 44.3176 | 2,404.24 | 20,607.74 | | | |
| Regular Pay | | | 0 | | 35,472.72 | | | |
| Vacation | | | 0 | | 7,556.16 | | | |
| Total: | | 169.5 | | 9,975.79 | 93,019.50 | Total: | 3,161.33 | 23,290.14 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 698.31 | 2,179.66 | AD&D | 1.02 | 20.40 |
| Delta Dental Standard | 8.93 | 178.60 | Credit Union | | 14,300.00 |
| EyeMed Vision | 4.43 | 88.60 | Optional Life | 60.30 | 1,195.50 |
| HCE401 | | 3,235.17 | Personal Mileage | 62.31 | 1,246.20 |
| | | | United Way (Long Island) | 5.00 | 100.00 |
| Total: | 711.67 | 5,682.03 | Total: | 128.63 | 16,862.10 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 1.22 | 4.88 | OASDI - Taxable Wages | 9,962.43 | 92,052.30 |
| Basic LTD - ER | 9.03 | 179.00 | Medicare - Taxable Wages | 9,962.43 | 92,052.30 |
| Delta Dental Standard - ER | 20.83 | 145.81 | Federal Withholding - Taxable Wages | 9,264.12 | 86,637.47 |
| Group Life ER | 2.37 | 47.10 | State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| DENTALER | | 270.79 | State Withholding (Work) - Taxable Wages | 9,264.12 | 28,864.37 |
| Total: | 33.45 | 647.58 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 23.25 | 1167.84 |
| Vacation | 5.96 | 0 | 43.82 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 4,874.16 USD |
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 11/25/2017 | 12/08/2017 | 12/14/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,567.58 | 263.10 | 734.18 | 128.63 | 2,441.67 |
| YTD | 110,825.61 | 6,995.29 | 27,013.29 | 17,505.25 | 59,311.78 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 9,307.06 |
| Catastrophe Other Regular | | | 0 | | 709.10 |
| Catastrophe Pay Per Diem | | | 0 | | 700.00 |
| Catastrophe Pay | | | 0 | | 625.00 |
| Floating Holiday | | | 0 | | 1,717.31 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | | | 0 | | 2,036.18 |
| Paid Sick | | | 0 | | 2,404.27 |
| Premium Payment | 11/25/2017 - 12/01/2017 | 6 | 0 | 132.96 | 611.41 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Referral Bonus | | | 0 | | 500.00 |
| Regular Pay | 11/25/2017 - 12/08/2017 | 77.5 | 44.3176 | 3,434.62 | 36,063.54 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 7,556.16 |
| Total: | | 83.5 | | 3,567.58 | 110,825.61 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 220.36 | 6,807.08 |
| Medicare | 51.54 | 1,591.98 |
| Federal Withholding | 293.08 | 12,527.23 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 168.00 | 2,477.75 |
| NY SDI - NYSDI | 1.20 | 30.00 |
| Total: | 734.18 | 27,013.29 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 249.74 | 3,426.12 |
| Delta Dental Standard | 8.93 | 223.25 |
| EyeMed Vision | 4.43 | 110.75 |
| HCE401 | | 3,235.17 |
| Total: | 263.10 | 6,995.29 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 25.50 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 1,497.00 |
| Personal Mileage | 62.31 | 1,557.75 |
| United Way (Long Island) | 5.00 | 125.00 |
| Total: | 128.63 | 17,505.25 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 1.22 | 7.32 |
| Basic LTD - ER | 9.03 | 224.15 |
| Delta Dental Standard - ER | 20.83 | 249.96 |
| Group Life ER | 2.37 | 58.95 |
| DENTALER | | 270.79 |
| Total: | 33.45 | 811.17 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,554.22 | 109,791.61 |
| Medicare - Taxable Wages | 3,554.22 | 109,791.61 |
| Federal Withholding - Taxable Wages | 3,304.48 | 103,130.32 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,304.48 | 45,357.22 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1159.19 |
| Vacation | 5.96 | 0 | 73.62 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,341.67 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Keith Fischer | 87512 | 12/09/2017 | 12/22/2017 | 12/28/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,523.26 | 259.99 | 725.22 | 128.63 | 2,409.42 |
| YTD | 114,348.87 | 7,255.28 | 27,738.51 | 17,633.88 | 61,721.20 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Long Shift (1.5X) | | | 0 | | 9,307.06 |
| Catastrophe Other Regular | | | 0 | | 709.10 |
| Catastrophe Pay Per Diem | | | 0 | | 700.00 |
| Catastrophe Pay | | | 0 | | 625.00 |
| Floating Holiday | | | 0 | | 1,717.31 |
| PP2 | | | 0 | | 59.49 |
| Holiday Pay | | | 0 | | 2,036.18 |
| Paid Sick | | | 0 | | 2,404.27 |
| Premium Payment | 12/16/2017 - 12/22/2017 | 4 | 0 | 88.64 | 700.05 |
| Profit Sharing Payout | | | 0 | | 13,033.37 |
| Quote Referral Program | | | 0 | | 30.00 |
| Referral Bonus | | | 0 | | 500.00 |
| Regular Pay | 12/09/2017 - 12/22/2017 | 77.5 | 44.3176 | 3,434.62 | 39,498.16 |
| Regular Pay | | | 0 | | 35,472.72 |
| Vacation | | | 0 | | 7,556.16 |
| Total: | | 81.5 | | 3,523.26 | 114,348.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 217.61 | 7,024.69 |
| Medicare | 50.89 | 1,642.87 |
| Federal Withholding | 286.89 | 12,814.12 |
| State Tax - NY | | 3,579.25 |
| State Tax - NY | 165.34 | 2,643.09 |
| NY SDI - NYSDI | 1.20 | 31.20 |
| New York Paid Family Leave - NYPF | 3.29 | 3.29 |
| Total: | 725.22 | 27,738.51 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 246.63 | 3,672.75 |
| Delta Dental Standard | 8.93 | 232.18 |
| EyeMed Vision | 4.43 | 115.18 |
| HCE401 | | 3,235.17 |
| Total: | 259.99 | 7,255.28 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 1.02 | 26.52 |
| Credit Union | | 14,300.00 |
| Optional Life | 60.30 | 1,557.30 |
| Personal Mileage | 62.31 | 1,620.06 |
| United Way (Long Island) | 5.00 | 130.00 |
| Total: | 128.63 | 17,633.88 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | | 7.32 |
| Basic LTD - ER | 9.03 | 233.18 |
| Delta Dental Standard - ER | 20.83 | 270.79 |
| Group Life ER | 2.37 | 61.32 |
| DENTALER | | 270.79 |
| Total: | 32.23 | 843.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,509.90 | 113,301.51 |
| Medicare - Taxable Wages | 3,509.90 | 113,301.51 |
| Federal Withholding - Taxable Wages | 3,263.27 | 106,393.59 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 57,773.10 |
| State Withholding (Work) - Taxable Wages | 3,263.27 | 48,620.49 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1163.66 |
| Vacation | 5.96 | 0 | 79.58 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,309.42 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| Keith Fischer | | | | 87512 | 02/17/2018 | 03/02/2018 | 03/08/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y138 SIU Metro | NY Long Island - NYC JPS | Lead Security Invest. | 89,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,001.10 | 807.16 | 736.78 | 131.63 | 2,325.53 |
| YTD | 42,943.15 | 3,165.26 | 13,038.66 | 658.15 | 26,081.08 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 686.94 | OASDI | 247.64 | 2,658.52 |
| Paid Sick | | | 0 | | 343.47 | Medicare | 57.92 | 621.75 |
| Premium Payment | 02/24/2018 - 03/02/2018 | 3 | 0 | 66.48 | 66.48 | Federal Withholding | 259.46 | 6,571.51 |
| Profit Sharing Payout | | | 0 | | 11,570.78 | State Tax - NY | 171.76 | 3,142.52 |
| Referral Bonus | 02/17/2018 - 03/02/2018 | 0 | 0 | 500.00 | 500.00 | NY SDI - NYSDI | 0.00 | 31.20 |
| Regular Pay | 02/17/2018 - 03/02/2018 | 77.5 | 44.3176 | 3,434.62 | 16,142.72 | New York Paid Family Leave - NYPF | 0.00 | 13.16 |
| Settlement Payment | | | 0 | | 13,632.76 | | | |
| Total: | | 80.5 | | 4,001.10 | 42,943.15 | Total: | 736.78 | 13,038.66 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 800.22 | 3,101.44 | AD&D | 1.02 | 5.10 |
| Delta Dental Standard | 4.15 | 39.87 | Optional Life | 60.30 | 301.50 |
| EyeMed Vision | 2.79 | 23.95 | Personal Mileage | 62.31 | 311.55 |
| | | | United Way (Long Island) | 8.00 | 40.00 |
| Total: | 807.16 | 3,165.26 | Total: | 131.63 | 658.15 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 1.15 | OASDI - Taxable Wages | 3,994.16 | 42,879.33 |
| Basic LTD - ER | 6.08 | 30.40 | Medicare - Taxable Wages | 3,994.16 | 42,879.33 |
| Delta Dental Standard - ER | 9.69 | 93.01 | Federal Withholding - Taxable Wages | 3,193.94 | 39,777.89 |
| Group Life ER | 2.37 | 11.85 | State Withholding (Work) - Taxable Wages | 3,193.94 | 39,777.89 |
| Total: | 18.37 | 136.41 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 23.25 |
| Reserved Sick Bank | 4.47 | 0 | 1178.26 |
| Vacation | 5.96 | 0 | 109.38 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chase Bk | Chase Bk ******3412 | ******3412 | | 1,225.53 | USD |
| GEICO FCU | GEICO FCU ******1227 | ******1227 | | 1,100.00 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.