# Exhibit 43

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Margaret Fischer | 103208 | 09/16/2017 | 09/29/2017 | 10/05/2017 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y139 SIU Affirmative Action | NY Woodbury (Office) - NYC JPS | Inside Medical Fraud Invest. | 36.526055 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,967.77 | 623.24 | 533.39 | 47.60 | 1,763.54 |
| YTD | 68,237.40 | 12,368.39 | 14,365.59 | 947.50 | 40,555.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 283.08 |
| Jurisdictional Paid Sick | | | 0 | | 420.05 |
| Holiday Pay | | | 0 | | 1,395.39 |
| Overtime 1.5 | 09/23/2017 - 09/29/2017 | 1 | 54.795 | 54.80 | 2,821.43 |
| Paid Sick | | | 0 | | 566.16 |
| Profit Sharing Payout | | | 0 | | 8,281.30 |
| Quote Referral Program | | | 0 | | 15.00 |
| Regular Overtime | 09/16/2017 - 09/29/2017 | 2.25 | 36.5261 | 82.19 | 922.06 |
| Regular Pay | 09/16/2017 - 09/29/2017 | 77.5 | 36.5261 | 2,830.78 | 49,015.62 |
| Vacation | | | 0 | | 4,517.31 |
| Total: | | 80.75 | | 2,967.77 | 68,237.40 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 184.00 | 4,230.72 |
| Medicare | 43.03 | 989.44 |
| Federal Withholding | 199.08 | 6,157.74 |
| State Tax - NY | | 2,261.11 |
| State Tax - NY | 106.08 | 702.58 |
| NY SDI - NYSDI | 1.20 | 24.00 |
| Total: | 533.39 | 14,365.59 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 623.24 | 12,368.39 |
| Total: | 623.24 | 12,368.39 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Optional Life | 27.60 | 547.50 |
| United Way (Long Island) | 20.00 | 400.00 |
| Total: | 47.60 | 947.50 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 1.22 | 4.88 |
| Basic LTD - ER | 7.44 | 147.58 |
| Group Life ER | 1.95 | 38.70 |
| Total: | 10.61 | 191.16 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,967.77 | 68,237.40 |
| Medicare - Taxable Wages | 2,967.77 | 68,237.40 |
| Federal Withholding - Taxable Wages | 2,344.53 | 55,869.01 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 40,077.72 |
| State Withholding (Work) - Taxable Wages | 2,344.53 | 15,791.29 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.66 | 0 | 769.2 |
| Vacation | 5.96 | 0 | 66.8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| GEICO FCU | GEICO FCU ******7680 | ******7680 | | 1,763.54 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.