# Exhibit 48

Message

**From:** Grey, Michael [MGrey@geico.com]
**Sent:** 11/29/2018 7:37:21 PM
**To:** Janik, Chet [CJanik@geico.com]
**Subject:** Grey OT

Grey OT Total 8.5
11/27; 4 hours 1763136 1763792
11/28; 4 hours 1763776 1763781
11/29 and/or 11/30 .5 hours total closing two cases that did not need full investigation, 1762884 1763753

Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Thursday, November 29, 2018 2:11 PM
**To:** Costanzo, Craig; Crozier, Brian; Grey, Michael; McEvoy, John; Mills, Geoffrey
**Subject:** SM Investigations
**Importance:** High

Hi Guys,

Just a follow up to our phone conversation.

- The pay for conducting the SM will be Time and Half of your current hourly rate. You can disregard that Special Pay paperwork you signed.
- The overtime will only be worked on M-F, not on the weekends.
- You don't have to work every day M-F on these investigations. I would prefer you work at least 3 days a week on the cases assigned to you.
- 2 hours per SM investigation, unless the investigation is no further required via the Claims Examiner, then just close the case out.
- Update your Outlook calendar with the days/times and case numbers worked on Overtime.

Confidential                                                                                               G012453

- Submit your total hours worked per day in an email to me on Thursday before 3:00pm. If you will be working on that Friday, then estimate the number of hours worked on that Friday.
- If you obtain information in the SM investigation that will help assist/mitigate the claim, then take enter an Impact Statement and make a NICB referral.

Thanks for assisting in the SM Investigation backlog, I really appreciate all of you stepping up.


Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G012454

Message

**From:** Grey, Michael [MGrey@geico.com]
**Sent:** 12/6/2018 1:07:47 PM
**To:** Janik, Chet [CJanik@geico.com]
**Subject:** RE: Workday this week

Mike Grey OT for week ending 12/7

SM 4 Incentive OT

Monday 4 hours
Wednesday 2 hours
Thursday 2 hours
Friday 2 hours

I have or will note the sicm numbers in OUTLOOK

I will have 5 closed SM cases and then I will be complete and "out" of the program.

Also note I did submit 3 hours of "regular premium" OT for Tuesday with SICM case numbers listed in Outlook

Thanks


Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Monday, December 03, 2018 4:49 PM
**To:** R2 Chet Janik Section
**Subject:** Workday this week
**Importance:** High

Hi Guys,

I need everybody to submit their Workday time sheet by the COB on Thursday this week. For the Investigators that are participating in the SM program, send me your OT hours worked this week on Thursday also.
Thanks

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential    G012458

Message

---

**From:** Grey, Michael [MGrey@geico.com]
**Sent:** 8/25/2018 1:50:33 PM
**To:** Janik, Chet [CJanik@geico.com]
**Subject:** Grey Saturday

Made TIP on new files, worked on a couple others and closed three;

2:45 OT; (7 am to 9:45)

Have a good weekend.


Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Friday, August 24, 2018 11:51 AM
**To:** Grey, Michael
**Subject:** RE: SIU Assignment Notification

Yes, see how many cases you can get closed or close to it.

---

**From:** Grey, Michael
**Sent:** Friday, August 24, 2018 10:00 AM
**To:** Janik, Chet
**Subject:** RE: SIU Assignment Notification

I do have a few hours tomorrow morning before the greys go adventuring

Is weekend OT weekend work authorized?


Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell

866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

**From:** Janik, Chet
**Sent:** Friday, August 24, 2018 9:52 AM
**To:** Grey, Michael
**Subject:** FW: SIU Assignment Notification

FYI

**From:** Janik, Chet
**Sent:** Friday, August 24, 2018 9:51 AM
**To:** Arthurs, Angela
**Subject:** FW: SIU Assignment Notification

Angela,
Geoff Mills is off next week, and has already received 28 cases this month. I have transferred this case to Mike Grey, who will be covering Rochester next week.
Thanks and have a nice weekend.

**From:** Mills, Geoffrey
**Sent:** Friday, August 24, 2018 8:53 AM
**To:** Janik, Chet
**Subject:** FW: SIU Assignment Notification

Am I supposed to be getting assignments today?

Geoffrey Mills
Special Investigation Unit
Sr. Outside Scrty Invest - FCLS
585-208-8617 Cell
877-303-1161 Fax
gmills@geico.com



*Use Referral Code: **143111**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this

transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

**From:** PROD2K5ADM@geico.com [mailto:PROD2K5ADM@geico.com]
**Sent:** Friday, August 24, 2018 8:52 AM
**To:** Mills, Geoffrey
**Subject:** SIU Assignment Notification

### Case Assignment Notice

Dear Geoffrey Mills,

You have been assigned to case number 1736223.

For more information refer to the SICM application.

**Case Information:**

| | |
|---|---|
| Case Number | 1736223 |
| Insured Name | ▮▮▮▮▮▮▮ |
| Date of Loss | 08/05/2018 |
| Zip Code | |
| Level | 1 |

Thanks,

GEICO SIU

### Case Assignment Notice

This message was auto-generated by the Special Investigations Case Management System (FRWS4599N1\SQL1/SIU) at Aug 24 2018 8:51AM.

Confidential                                                                                                              G012463

Message

From: Grey, Michael [MGrey@geico.com]
Sent: 8/1/2023 11:24:33 AM
To: Gelderman, Andrew [AGelderman@geico.com]
Subject: RE: 7/30 Working Hours

Understood

I tried to put time in but I am not sure I was successful.  1 hour



Michael Grey | Senior Field Investigator
Special Investigation Unit
Phone: 716-255-5926 | Fax: 866-261-8285
Email: mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

From: Gelderman, Andrew <AGelderman@geico.com>
Sent: Monday, July 31, 2023 3:53 PM
To: Grey, Michael <MGrey@geico.com>
Cc: Woupio, Patricia <PWoupio@geico.com>
Subject: 7/30 Working Hours

Hi Michael,

This email is a follow up to our discussion this morning. Please read the full email and acknowledge that you have received/understood it. Yesterday you had logged on to work on current cases in your pending. However, this was outside of the normal time GEICO has approved. As discussed, approval by GEICO management is needed to work additional time outside of your hours. I have noticed that time has not been entered for yesterday at this time. Please make any adjustments needed to reflect the hours worked. I can submit this for you if you have trouble doing so. Please see the excerpt from the GEICO handbook at the end of this email.

Future violations of this GEICO policy can lead to further disciplinary actions up to and including termination.

GEICO Policy:

GEICO's Nonexempt Associate Guidelines detailed in the Associate Handbook provide that working "outside of normal working hours by nonexempt associates requires prior approval from

their manager or above" and that "nonexempt associates are required to record and accurately report all time spent on GEICO business, regardless of the location where work is performed, or the device used."



**Andrew Gelderman** | Region 8 SIU Supervisor
Phone: 617-515-3364
Email: agelderman@geico.com

Sensitivity: General/Internal

Confidential						G017972