# Exhibit 50

9/10/24, 2:02 PM  View Printable Associate Review - Workday



# View Printable Associate Review

Manager Evaluation: GEICO 2019 Annual PA: Michael Grey (Retired)

**Evaluated By**  Chester Janik (Retired)

**Review Period**
01/01/2019 - 12/31/2019

## Review the Performance Appraisal (PA)

**Associate Self Evaluation Steps:**
1. Review your Self Evaluation. The calculated Associate Evaluation Rating in the first Summary section is based on your Goals rating inputs. You can enter any final comments in the second Summary section.
2. Click **Submit**. Your Self Evaluation routes to your manager (direct supervisor) to review and complete the Manager Evaluation.

**Manager Evaluation Steps:**
1. Click **Submit** to forward the completed PA to the manager's manager (your direct manager) for final review and approval.
2. Or, click **Send Back** if the associate needs to further review the Self Evaluation. If you choose to send back, the PA will be rerouted back to you after the associate finalizes any updates.
Note: after the manager's manager approves the PA, you will receive an Inbox item to schedule a 1:1 with the associate to review the completed PA.

**Manager's Manager Review Steps:**
1. Review the PA.
2. When finished, click **Approve** to finalize the Annual Performance Rating.
3. Or, click **Send Back** to return the PA to the manager to update or correct. Once the manager finalizes any updates, the PA will be rerouted back to you for approval.

**Final Steps:**
1. The manager receives an Inbox item advising to schedule a 1:1 to review the completed PA with the associate. The manager must click **Submit** on this Inbox item after the 1:1.
2. The associate completes a Workday Inbox item to acknowledge the final PA and add comments. The associate must click **Submit**.



G006119

9/10/24, 2:02 PM                                             View Printable Associate Review - Workday

3. These manager completes a Workday Inbox item to review the associate's comments and add any final comments. **Click Submit**.
**Questions?** Review the 2019 Performance Appraisal job aid or consult the Associate Handbook. Email Workday Support with any questions.

## Acknowledgement

### Manager Acknowledgement

Status *

Comment

### Associate Acknowledgement

Status

Associate Acknowledged.

Comment

Entered by

Michael Grey (Retired)

Date

03/04/2020 08:59 AM

## Goals

Goal *

G006120

**Average Case Life (Non EUO Cases)**

Description

1     Above 19.0
2     16.0 – 19.0
3     12.0- 15.99
4     7.0- 11.99
5     Below 7.0

Weighting

20

| Manager Evaluation | Associate Evaluation |
|---|---|
| Rating * | Rating |
| 4.3 | |
| | Comment |
| Comment | |
| Average case life – 10.4 days | |

Goal *

Average Case Life 2019

Description

1     Above 19.1
2     16.0 – 19.0
3     12.0 – 15.9
4     7.1 – 11.9
5     Below 7.0

G006121

Weighting

20

## Manager Evaluation                    ## Associate Evaluation

Rating *                                 Rating

4.3
                                         Comment
Comment
Average case life – 10.4 days

Goal *
File Quality

Description
1      less than 86.9%
2      86.9% - 89.9%
3      90% - 93.0%
4      93.1% - 96.1%
5      Above 96.1

Weighting

40

G006122

9/10/24, 2:02 PM       View Printable Associate Review - Workday

**Manager Evaluation**

Rating *

5

Comment
File Quality- 100%

**Associate Evaluation**

Rating

Comment

Goal *
File Quality 2019

Description
1    less than 90.2%
2    90.3% - 93.9%
3    94% - 97.7%
4    97.8% - 99.9%
5    100%

Weighting

40

**Manager Evaluation**

Rating *

5

Comment
File Quality- 100%

**Associate Evaluation**

Rating

Comment

G006123

9/10/24, 2:02 PM                                View Printable Associate Review - Workday

Goal *

Productivity

Description

1     Below 18
2     18 – 19.99
3     20.0 - 23.0
4     23.1 - 25.00
5     Above 25.

Weighting

40

## Manager Evaluation

Rating *

3.6

Comment

Productivity – 19.9

## Associate Evaluation

Rating

Comment

Goal *

Productivity 2019

Description

1     Below 14
2     14.1 – 17.2
3     17.3 – 21.5
4     21.6 – 24.6
5     Above 24.7

G006124

9/10/24, 2:02 PM                                    View Printable Associate Review - Workday

Weighting

40

### Manager Evaluation

Rating *

3.6

Comment
Productivity – 19.9

### Associate Evaluation

Rating

Comment

## Summary

Overall Rating Weight

100

### Manager Evaluation

Rating

4.3

### Associate Evaluation

Rating

## Accomplishments

G006125

Accomplishment *

100 % Satisfactory on all audited cases while also maintaining favorable results for overall case life.
Consistently provided high level of productivity
Volunteered when needed to cover other areas for investigators on leave.
Willingly worked overtime when workload dictated.

## Manager Evaluation

Comment

## Associate Evaluation

Comment

Accomplishment *

Mike Grey has provided thorough claim investigations in the Buffalo & Rochester, New York area. He represents GEICO Insurance in a professional and courteous manner. His reports are concise and comply with all investigative instructions. Mike works well with all the other GEICO SIU Field Investigators, attending all Team meetings.
The following metrics outlines Mike's performance over the 2019 calendar year.

1. Productivity – 19.9
2. File Quality- 100%
3. Average case life – 10.4 days
4. Score Card rating – 4.30

Mike continues a good working relationship with the area AD Adjusters and communicates very well with all the Claims Examiners involved with his investigations. He has also developed a working relationship with the area NICB Agent, Law Enforcement and State Fraud Bureau Investigators.

Mike has obtained 35 claim withdrawals and has an Effectiveness Ratio of 39.4%.

G006126

Case 2:23-cv-02848-SJB-ST    Document 140-14    Filed 10/10/25    Page 10 of 12 PageID #: 6309

### Manager Evaluation

**Comment**

Mike Grey has provided thorough claim investigations in the Buffalo & Rochester, New York area. He represents GEICO Insurance in a professional and courteous manner. His reports are concise and comply with all investigative instructions. Mike works well with all the other GEICO SIU Field Investigators, attending all Team meetings.
The following metrics outlines Mike's performance over the 2019 calendar year.

1. Productivity – 19.9
2. File Quality- 100%
3. Average case life – 10.4 days
4. Score Card rating – 4.30

Mike continues a good working relationship with the area AD Adjusters and communicates very well with all the Claims Examiners involved with his investigations. He has also developed a working relationship with the area NICB Agent, Law Enforcement and State Fraud Bureau Investigators.

Mike has obtained 35 claim withdrawals and has an Effectiveness Ratio of 39.4%.

## Supporting Documents

### Manager

**Evaluation Supporting Document**

 Grey 2019 PA.doc

**Updated By**

Chester Janik (Retired)

Upload Date

01/29/2020 10:40 AM

Comment

## Summary

**Manager Evaluation**                                **Associate Evaluation**

Comment                                                Comment

## Overall

G006128

## Manager Evaluation

**Rating** *

4.3

**Section Rating Level Overridden**

No

**Default Rating**

4.3

**Comment** *

Mike Grey is a highly motivated and driven Investigator, who has produced a very good investigative work product. He exceeds his basic goals and standards that have been previously determined by SIU. His reports are concise, well written and submitted in a timely manner. He excels at time management. He is the asset that GEICO SIU can rely on to perform above and beyond, while maintaining the highest level of integrity.
Listed below are the results as they relate to the 2019 Performance Goals.

Average Case Life – 4.29
File Quality – 5.0
Productivity – 3.6

Mike's investigations have contributed to a Fraud Payment Avoidance of $978,735.00.

Mike's score card rating is 4.30, and is rated a 4. (Very Good) for 2019.



G006129