# Exhibit 53

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 08/05/2017 | 08/18/2017 | 08/24/2017 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Sr. Outside Scrty Invest | 78,300.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,089.27 | 568.34 | 641.28 | 511.24 | 1,368.41 |
| YTD | 57,385.97 | 9,473.75 | 13,250.87 | 6,342.86 | 28,318.49 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 602.31 |
| Jurisdictional Paid Sick | | | 0 | | 126.29 |
| PP2 | | | 0 | | 45.63 |
| Sick Medical Appt.JPS | | | 0 | | 174.86 |
| Holiday Pay | | | 0 | | 1,176.16 |
| Premium Payment | 08/12/2017 - 08/18/2017 | 4 | 0 | 77.72 | 77.72 |
| Profit Sharing Payout | | | 0 | | 6,747.96 |
| Quote Referral Program | | | 0 | | 30.00 |
| Regular Pay | 08/05/2017 - 08/18/2017 | 69.75 | 38.8586 | 2,710.39 | 9,636.95 |
| Regular Pay | | | 0 | | 34,293.45 |
| Vacation | 08/05/2017 - 08/11/2017 | 7.75 | 38.8586 | 301.16 | 4,474.64 |
| Total: | | 81.5 | | 3,089.27 | 57,385.97 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 175.45 | 3,284.51 |
| Medicare | 41.03 | 768.15 |
| Federal Withholding | 292.37 | 6,406.04 |
| State Tax - NY | | 2,259.12 |
| State Tax - NY | 131.23 | 512.65 |
| NY SDI - NYSDI | 1.20 | 20.40 |
| Total: | 641.28 | 13,250.87 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 308.93 | 5,063.78 |
| Delta Dental Standard | 12.46 | 211.82 |
| EyeMed Vision | 7.00 | 119.00 |
| UHC Choice Plus | 239.95 | 4,079.15 |
| Total: | 568.34 | 9,473.75 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.10 | 1.70 |
| Optional Life | 15.92 | 266.47 |
| PS Loan (10) | 259.17 | 4,320.46 |
| PS Loan (11) | 173.74 | 694.96 |
| Personal Mileage | 62.31 | 1,059.27 |
| Total: | 511.24 | 6,342.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | | 2.44 |
| Basic LTD - ER | 7.92 | 132.79 |
| Delta Dental Standard - ER | 29.06 | 116.24 |
| Group Life ER | 2.10 | 35.20 |
| DENTALER | | 377.78 |
| UHC Choice Plus - ER | 673.39 | 11,447.63 |
| Total: | 712.47 | 12,112.08 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,829.86 | 52,976.00 |
| Medicare - Taxable Wages | 2,829.86 | 52,976.00 |
| Federal Withholding - Taxable Wages | 2,520.93 | 47,912.22 |
| State Withholding (Resident) - Taxable Wages | 0.00 | 38,024.84 |
| State Withholding (Work) - Taxable Wages | 2,520.93 | 9,887.38 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1349.1 |
| Vacation | 5.96 | 7.75 | 210.1 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,368.41 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential       G000767

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 05/12/2018 | 05/25/2018 | 05/31/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 81,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,225.61 | 602.31 | 611.92 | 78.98 | 1,932.40 |
| YTD | 42,896.76 | 6,442.74 | 9,904.41 | 5,194.63 | 21,354.98 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Holiday Pay | | | 0 | | 602.32 | OASDI | 182.65 | 2,468.82 |
| Premium Payment | 05/19/2018 - 05/25/2018 | 4.5 | 0 | 90.99 | 90.99 | Medicare | 42.71 | 577.38 |
| Profit Sharing Payout | | | 0 | | 8,940.32 | Federal Withholding | 246.83 | 4,539.93 |
| Regular Pay | 05/12/2018 - 05/25/2018 | 77.5 | 40.4467 | 3,134.62 | 32,359.66 | State Tax - NY | 136.02 | 2,252.83 |
| Vacation | | | 0 | | 903.47 | NY SDI - NYSDI | 0.00 | 31.20 |
| | | | | | | New York Paid Family Leave - NYPF | 3.71 | 34.25 |
| Total: | | 82 | | 3,225.61 | 42,896.76 | Total: | 611.92 | 9,904.41 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 322.57 | 3,365.60 | AD&D | 0.10 | 1.10 |
| Delta Dental Standard | 12.46 | 137.06 | Optional Life | 16.57 | 179.02 |
| EyeMed Vision | 8.37 | 92.07 | PS Loan (10) | | 2,591.70 |
| UHC Choice Plus | 258.91 | 2,848.01 | PS Loan (11) | | 1,737.40 |
| | | | Personal Mileage | 62.31 | 685.41 |
| Total: | 602.31 | 6,442.74 | Total: | 78.98 | 5,194.63 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.53 | OASDI - Taxable Wages | 2,945.87 | 39,819.62 |
| Basic LTD - ER | 5.55 | 59.95 | Medicare - Taxable Wages | 2,945.87 | 39,819.62 |
| Delta Dental Standard - ER | 29.06 | 319.66 | Federal Withholding - Taxable Wages | 2,623.30 | 36,454.02 |
| Group Life ER | 2.16 | 23.46 | State Withholding (Work) - Taxable Wages | 2,623.30 | 36,454.02 |
| UHC Choice Plus - ER | 696.95 | 7,666.45 | | | |
| Total: | 733.95 | 8,072.05 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 15.5 |
| Reserved Sick Bank | 4.47 | 0 | 1436.27 |
| Vacation | 5.96 | 0 | 255.98 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,932.40 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G000792

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Charise Jones | | | 59072 | 08/18/2018 | 08/31/2018 | 09/06/2018 | |
| **Department** | | | **Location** | | **Job Title** | | **Annual Salary** |
| Y131 SIU Central/Medical | | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 81,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,185.17 | 598.26 | 602.10 | 511.89 | 1,472.92 |
| YTD | 64,990.87 | 10,610.37 | 14,070.09 | 8,777.86 | 31,532.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| FMLA Sick | 08/18/2018 - 08/24/2018 | 3 | 40.4467 | 121.34 | 2,315.58 |
| Floating Holiday | | | 0 | | 626.94 |
| Holiday Pay | | | 0 | | 1,229.26 |
| Paid Sick | | | 0 | | 313.47 |
| Premium Payment | 08/25/2018 - 08/31/2018 | 2.5 | 0 | 50.55 | 141.54 |
| Profit Sharing Payout | | | 0 | | 8,940.32 |
| Regular Pay | 08/18/2018 - 08/31/2018 | 74.5 | 40.4467 | 3,013.28 | 48,639.50 |
| Vacation | | | 0 | | 2,784.26 |
| Total: | | 80 | | 3,185.17 | 64,990.87 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 180.13 | 3,717.24 |
| Medicare | 42.13 | 869.36 |
| Federal Withholding | 242.47 | 6,215.38 |
| State Tax - NY | 133.71 | 3,177.28 |
| NY SDI - NYSDI | 0.00 | 31.20 |
| New York Paid Family Leave - NYPF | 3.66 | 59.63 |
| Total: | 602.10 | 14,070.09 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 318.52 | 5,575.05 |
| Delta Dental Standard | 12.46 | 224.28 |
| EyeMed Vision | 8.37 | 150.66 |
| UHC Choice Plus | 258.91 | 4,660.38 |
| Total: | 598.26 | 10,610.37 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.10 | 1.80 |
| Optional Life | 16.57 | 295.01 |
| PS Loan (10) | 259.17 | 4,405.89 |
| PS Loan (11) | 173.74 | 2,953.58 |
| Personal Mileage | 62.31 | 1,121.58 |
| Total: | 511.89 | 8,777.86 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 4.14 |
| Basic LTD - ER | 5.55 | 98.80 |
| Delta Dental Standard - ER | 29.06 | 523.08 |
| Group Life ER | 2.16 | 38.58 |
| UHC Choice Plus - ER | 696.95 | 12,545.10 |
| Total: | 733.95 | 13,209.70 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,905.43 | 59,955.55 |
| Medicare - Taxable Wages | 2,905.43 | 59,955.55 |
| Federal Withholding - Taxable Wages | 2,586.91 | 54,380.50 |
| State Withholding (Work) - Taxable Wages | 2,586.91 | 54,380.50 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 3 | 1402.71 |
| Vacation | 5.96 | 0 | 251.2 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,472.92 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Charise Jones | | | 59072 | 09/15/2018 | 09/28/2018 | 10/04/2018 | |
| **Department** | | | **Location** | | **Job Title** | | **Annual Salary** |
| Y131 SIU Central/Medical | | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 81,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,215.51 | 601.30 | 609.47 | 511.89 | 1,492.85 |
| YTD | 71,341.03 | 11,804.88 | 15,269.40 | 9,801.64 | 34,465.11 |

| Earnings | | | | | |
|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD |
| FMLA Sick | | | 0 | | 2,315.58 |
| Floating Holiday | 09/22/2018 - 09/28/2018 | 7.75 | 40.4467 | 313.47 | 940.41 |
| Holiday Pay | | | 0 | | 1,542.73 |
| Paid Sick | | | 0 | | 313.47 |
| Premium Payment | 09/15/2018 - 09/21/2018 | 4 | 0 | 80.88 | 222.42 |
| Profit Sharing Payout | | | 0 | | 8,940.32 |
| Regular Pay | 09/15/2018 - 09/28/2018 | 69.75 | 40.4467 | 2,821.16 | 52,714.52 |
| Vacation | | | 0 | | 4,351.58 |
| Total: | | 81.5 | | 3,215.51 | 71,341.03 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 182.02 | 4,076.27 |
| Medicare | 42.57 | 953.32 |
| Federal Withholding | 245.74 | 6,698.13 |
| State Tax - NY | 135.44 | 3,443.55 |
| NY SDI - NYSDI | 0.00 | 31.20 |
| New York Paid Family Leave - NYPF | 3.70 | 66.93 |
| Total: | 609.47 | 15,269.40 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| 401(k) | 321.56 | 6,210.08 |
| Delta Dental Standard | 12.46 | 249.20 |
| EyeMed Vision | 8.37 | 167.40 |
| UHC Choice Plus | 258.91 | 5,178.20 |
| Total: | 601.30 | 11,804.88 |

| Post Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| AD&D | 0.10 | 2.00 |
| Optional Life | 16.57 | 328.15 |
| PS Loan (10) | 259.17 | 4,924.23 |
| PS Loan (11) | 173.74 | 3,301.06 |
| Personal Mileage | 62.31 | 1,246.20 |
| Total: | 511.89 | 9,801.64 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 4.60 |
| Basic LTD - ER | 5.55 | 109.90 |
| Delta Dental Standard - ER | 29.06 | 581.20 |
| Group Life ER | 2.16 | 42.90 |
| UHC Choice Plus - ER | 696.95 | 13,939.00 |
| Total: | 733.95 | 14,677.60 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,935.77 | 65,746.23 |
| Medicare - Taxable Wages | 2,935.77 | 65,746.23 |
| Federal Withholding - Taxable Wages | 2,614.21 | 59,536.15 |
| State Withholding (Work) - Taxable Wages | 2,614.21 | 59,536.15 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 7.75 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 1411.65 |
| Vacation | 5.96 | 0 | 224.37 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,492.85 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential
G000801

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 11/24/2018 | 12/07/2018 | 12/13/2018 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 81,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,680.65 | 647.81 | 722.33 | 511.89 | 1,798.62 |
| YTD | 87,560.20 | 14,825.53 | 18,351.08 | 11,928.18 | 42,455.41 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| FMLA Sick | | | 0 | | 2,315.58 |
| Floating Holiday | | | 0 | | 940.41 |
| Holiday Pay | | | 0 | | 1,856.20 |
| Incentive Pay | 11/24/2018 - 12/07/2018 | 8 | 60.67 | 485.37 | 485.37 |
| Paid Sick | | | 0 | | 313.47 |
| Premium Payment | 11/24/2018 - 11/30/2018 | 3 | 0 | 60.66 | 283.08 |
| Profit Sharing Payout | | | 0 | | 8,940.32 |
| Regular Pay | 11/24/2018 - 12/07/2018 | 77.5 | 40.4467 | 3,134.62 | 66,506.86 |
| Vacation | | | 0 | | 5,918.91 |
| Total: | | 88.5 | | 3,680.65 | 87,560.20 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 210.86 | 4,995.14 |
| Medicare | 49.32 | 1,168.22 |
| Federal Withholding | 295.98 | 7,942.15 |
| State Tax - NY | 161.94 | 4,128.81 |
| NY SDI - NYSDI | 0.00 | 31.20 |
| New York Paid Family Leave - NYPF | 4.23 | 85.56 |
| Total: | 722.33 | 18,351.08 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 368.07 | 7,832.03 |
| Delta Dental Standard | 12.46 | 311.50 |
| EyeMed Vision | 8.37 | 209.25 |
| UHC Choice Plus | 258.91 | 6,472.75 |
| Total: | 647.81 | 14,825.53 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.10 | 2.50 |
| Optional Life | 16.57 | 411.00 |
| PS Loan (10) | 259.17 | 5,960.91 |
| PS Loan (11) | 173.74 | 3,996.02 |
| Personal Mileage | 62.31 | 1,557.75 |
| Total: | 511.89 | 11,928.18 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 5.75 |
| Basic LTD - ER | 5.55 | 137.65 |
| Delta Dental Standard - ER | 29.06 | 726.50 |
| Group Life ER | 2.16 | 53.70 |
| UHC Choice Plus - ER | 696.95 | 17,423.75 |
| Total: | 733.95 | 18,347.35 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,400.91 | 80,566.70 |
| Medicare - Taxable Wages | 3,400.91 | 80,566.70 |
| Federal Withholding - Taxable Wages | 3,032.84 | 72,734.67 |
| State Withholding (Work) - Taxable Wages | 3,032.84 | 72,734.67 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1434 |
| Vacation | 5.96 | 0 | 215.42 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,798.62 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential   G000806

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 01/19/2019 | 02/01/2019 | 02/07/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 81,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,336.85 | 640.74 | 630.49 | 508.77 | 1,556.85 |
| YTD | 9,727.46 | 1,893.91 | 1,822.98 | 1,526.31 | 4,484.26 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 626.94 |
| Premium Payment | 01/26/2019 - 02/01/2019 | 4 | 0 | 80.88 | 80.88 |
| Regular Pay | 01/19/2019 - 02/01/2019 | 65 | 40.4467 | 2,629.04 | 8,079.24 |
| Vacation | 01/19/2019 - 01/25/2019 | 15.5 | 40.4467 | 626.93 | 940.40 |
| Total: | | 84.5 | | 3,336.85 | 9,727.46 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 187.85 | 545.99 |
| Medicare | 43.93 | 127.69 |
| Federal Withholding | 254.15 | 731.88 |
| State Tax - NY | 138.72 | 400.34 |
| NY SDI - NYSDI | 1.20 | 3.60 |
| New York Paid Family Leave - NYPF | 4.64 | 13.48 |
| Total: | 630.49 | 1,822.98 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 333.69 | 972.76 |
| Delta Dental Enhanced | 19.43 | 58.29 |
| EyeMed Vision | 8.37 | 25.11 |
| UHC Choice Plus | 279.25 | 837.75 |
| Total: | 640.74 | 1,893.91 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 0.27 |
| Optional Life | 13.46 | 40.38 |
| PS Loan (10) | 259.17 | 777.51 |
| PS Loan (11) | 173.74 | 521.22 |
| Personal Mileage | 62.31 | 186.93 |
| Total: | 508.77 | 1,526.31 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 0.69 |
| Basic LTD - ER | 5.55 | 16.65 |
| Delta Dental Enhanced - ER | 29.07 | 87.21 |
| Group Life ER | 1.27 | 3.81 |
| UHC Choice Plus - ER | 721.95 | 2,165.85 |
| Total: | 758.07 | 2,274.21 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,029.80 | 8,806.31 |
| Medicare - Taxable Wages | 3,029.80 | 8,806.31 |
| Federal Withholding - Taxable Wages | 2,696.11 | 7,833.55 |
| State Withholding (Work) - Taxable Wages | 2,696.11 | 7,833.55 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 7.75 | 0 | 15.5 |
| Reserved Sick Bank | 4.64 | 0 | 1444.47 |
| Vacation | 5.96 | 15.5 | 216.01 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,556.85 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 07/06/2019 | 07/19/2019 | 07/25/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,312.93 | 638.35 | 624.68 | 509.30 | 1,540.60 |
| YTD | 56,932.22 | 9,487.00 | 12,358.38 | 7,203.94 | 27,882.90 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 975.03 |
| Holiday Pay | | | 0 | | 1,276.96 |
| Premium Payment | 07/06/2019 - 07/12/2019 | 3 | 0 | 62.91 | 143.79 |
| Profit Sharing Payout | | | 0 | | 8,120.73 |
| Regular Pay | 07/06/2019 - 07/19/2019 | 77.5 | 41.9355 | 3,250.02 | 42,875.27 |
| Vacation | | | 0 | | 3,540.44 |
| Total: | | 80.5 | | 3,312.93 | 56,932.22 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 186.36 | 3,244.24 |
| Medicare | 43.58 | 758.73 |
| Federal Withholding | 251.56 | 5,464.73 |
| State Tax - NY | 137.38 | 2,792.62 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPF | 4.60 | 80.06 |
| Total: | 624.68 | 12,358.38 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 331.30 | 4,881.25 |
| Delta Dental Enhanced | 19.43 | 291.45 |
| EyeMed Vision | 8.37 | 125.55 |
| UHC Choice Plus | 279.25 | 4,188.75 |
| Total: | 638.35 | 9,487.00 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 1.35 |
| Optional Life | 13.99 | 207.20 |
| PS Loan (10) | 259.17 | 3,628.38 |
| PS Loan (11) | 173.74 | 2,432.36 |
| Personal Mileage | 62.31 | 934.65 |
| Total: | 509.30 | 7,203.94 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Basic LTD - ER | 5.75 | 85.25 |
| Delta Dental Enhanced - ER | 29.07 | 436.05 |
| Group Life ER | 1.33 | 19.65 |
| UHC Choice Plus - ER | 721.95 | 10,829.25 |
| Total: | 758.33 | 11,373.65 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,005.88 | 52,326.47 |
| Medicare - Taxable Wages | 3,005.88 | 52,326.47 |
| Federal Withholding - Taxable Wages | 2,674.58 | 47,445.22 |
| State Withholding (Work) - Taxable Wages | 2,674.58 | 47,445.22 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 1498.45 |
| Vacation | 5.96 | 0 | 225.53 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,540.60 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                  G000823

Government Employees Insurance Company  One Geico Plaza Washington, DC 20076  +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 08/31/2019 | 09/13/2019 | 09/19/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,312.96 | 638.35 | 624.70 | 509.30 | 1,540.61 |
| YTD | 70,079.14 | 12,029.91 | 14,831.80 | 9,241.14 | 33,976.29 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | 08/31/2019 - 09/06/2019 | 7.75 | 41.9355 | 325.01 | 1,300.04 | OASDI | 186.36 | 3,983.20 |
| Holiday Pay | 08/31/2019 - 09/06/2019 | 7.75 | 41.9355 | 325.01 | 1,601.97 | Medicare | 43.59 | 931.56 |
| Paid Sick | | | 0 | | 650.01 | Federal Withholding | 251.57 | 6,459.67 |
| Premium Payment | 09/07/2019 - 09/13/2019 | 3 | 0 | 62.91 | 206.70 | State Tax - NY | 137.38 | 3,336.28 |
| Profit Sharing Payout | | | 0 | | 8,120.73 | NY SDI - NYSDI | 1.20 | 22.80 |
| Regular Pay | 08/31/2019 - 09/13/2019 | 54.25 | 41.9355 | 2,275.02 | 53,034.22 | New York Paid Family Leave - NYPF | 4.60 | 98.29 |
| Vacation | 08/31/2019 - 09/06/2019 | 7.75 | 41.9355 | 325.01 | 5,165.47 | | | |
| Total: | | 80.5 | | 3,312.96 | 70,079.14 | Total: | 624.70 | 14,831.80 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 331.30 | 6,195.96 | AD&D | 0.09 | 1.71 |
| Delta Dental Enhanced | 19.43 | 369.17 | Optional Life | 13.99 | 263.16 |
| EyeMed Vision | 8.37 | 159.03 | PS Loan (10) | 259.17 | 4,665.06 |
| UHC Choice Plus | 279.25 | 5,305.75 | PS Loan (11) | 173.74 | 3,127.32 |
| | | | Personal Mileage | 62.31 | 1,183.89 |
| Total: | 638.35 | 12,029.91 | Total: | 509.30 | 9,241.14 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 4.37 | OASDI - Taxable Wages | 3,005.91 | 64,245.19 |
| Basic LTD - ER | 5.75 | 108.25 | Medicare - Taxable Wages | 3,005.91 | 64,245.19 |
| Delta Dental Enhanced - ER | 29.07 | 552.33 | Federal Withholding - Taxable Wages | 2,674.61 | 58,049.23 |
| Group Life ER | 1.33 | 24.97 | State Withholding (Work) - Taxable Wages | 2,674.61 | 58,049.23 |
| UHC Choice Plus - ER | 721.95 | 13,717.05 | | | |
| Total: | 758.33 | 14,406.97 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 7.75 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 1500.95 |
| Vacation | 5.96 | 7.75 | 210.62 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,540.61 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 09/28/2019 | 10/11/2019 | 10/17/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,323.42 | 639.40 | 627.24 | 509.30 | 1,547.48 |
| YTD | 76,652.58 | 13,301.37 | 16,068.51 | 10,259.74 | 37,022.96 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 1,300.04 | OASDI | 187.01 | 4,352.68 |
| Holiday Pay | | | 0 | | 1,601.97 | Medicare | 43.74 | 1,017.97 |
| Paid Sick | | | 0 | | 650.01 | Federal Withholding | 252.70 | 6,957.14 |
| Premium Payment | 09/28/2019 - 10/04/2019 | 3.5 | 0 | 73.40 | 280.10 | State Tax - NY | 137.97 | 3,608.11 |
| Profit Sharing Payout | | | 0 | | 8,120.73 | NY SDI - NYSDI | 1.20 | 25.20 |
| Regular Pay | 09/28/2019 - 10/11/2019 | 77.5 | 41.9355 | 3,250.02 | 59,534.26 | New York Paid Family Leave - NYPF | 4.62 | 107.41 |
| Vacation | | | 0 | | 5,165.47 | | | |
| Total: | | 81 | | 3,323.42 | 76,652.58 | Total: | 627.24 | 16,068.51 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 332.35 | 6,853.32 | AD&D | 0.09 | 1.89 |
| Delta Dental Enhanced | 19.43 | 408.03 | Optional Life | 13.99 | 291.14 |
| EyeMed Vision | 8.37 | 175.77 | PS Loan (10) | 259.17 | 5,183.40 |
| UHC Choice Plus | 279.25 | 5,864.25 | PS Loan (11) | 173.74 | 3,474.80 |
| | | | Personal Mileage | 62.31 | 1,308.51 |
| Total: | 639.40 | 13,301.37 | Total: | 509.30 | 10,259.74 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 4.83 | OASDI - Taxable Wages | 3,016.37 | 70,204.53 |
| Basic LTD - ER | 5.75 | 119.75 | Medicare - Taxable Wages | 3,016.37 | 70,204.53 |
| Delta Dental Enhanced - ER | 29.07 | 610.47 | Federal Withholding - Taxable Wages | 2,684.02 | 63,351.21 |
| Group Life ER | 1.33 | 27.63 | State Withholding (Work) - Taxable Wages | 2,684.02 | 63,351.21 |
| UHC Choice Plus - ER | 721.95 | 15,160.95 | | | |
| Total: | 758.33 | 15,923.63 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 1509.89 |
| Vacation | 5.96 | 0 | 222.54 |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,547.48 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 11/09/2019 | 11/22/2019 | 11/27/2019 | |

| Department | Location | Job Title | Annual Salary |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 84,500.00 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,297.22 | 636.78 | 616.32 | 509.30 | 1,534.82 |
| YTD | 86,449.87 | 15,202.27 | 17,895.34 | 11,354.73 | 41,997.53 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 1,300.04 | OASDI | 185.39 | 4,903.00 |
| Holiday Pay | | | 0 | | 1,601.97 | Medicare | 43.36 | 1,146.67 |
| Paid Sick | 11/16/2019 - 11/22/2019 | 7.75 | 41.9355 | 325.01 | 975.02 | Federal Withholding | 249.87 | 7,696.55 |
| Premium Payment | 11/09/2019 - 11/15/2019 | 2.25 | 0 | 47.19 | 327.29 | State Tax - NY | 136.50 | 4,012.35 |
| Profit Sharing Payout | | | 0 | | 8,120.73 | NY SDI - NYSDI | 1.20 | 28.80 |
| Regular Pay | 11/09/2019 - 11/22/2019 | 69.75 | 41.9355 | 2,925.02 | 67,659.32 | New York Paid Family Leave - NYPF | 0.00 | 107.97 |
| Vacation | | | 0 | | 6,465.50 | | | |
| Total: | | 79.75 | | 3,297.22 | 86,449.87 | Total: | 616.32 | 17,895.34 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 329.73 | 7,833.07 | AD&D | 0.09 | 2.16 |
| Delta Dental Enhanced | 19.43 | 466.32 | Optional Life | 13.99 | 333.11 |
| EyeMed Vision | 8.37 | 200.88 | PS Loan (10) | 259.17 | 5,701.74 |
| UHC Choice Plus | 279.25 | 6,702.00 | PS Loan (11) | 173.74 | 3,822.28 |
| | | | Personal Mileage | 62.31 | 1,495.44 |
| Total: | 636.78 | 15,202.27 | Total: | 509.30 | 11,354.73 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 5.52 | OASDI - Taxable Wages | 2,990.17 | 79,080.67 |
| Basic LTD - ER | 5.75 | 137.00 | Medicare - Taxable Wages | 2,990.17 | 79,080.67 |
| Delta Dental Enhanced - ER | 29.07 | 697.68 | Federal Withholding - Taxable Wages | 2,660.44 | 71,247.60 |
| Group Life ER | 1.33 | 31.62 | State Withholding (Work) - Taxable Wages | 2,660.44 | 71,247.60 |
| UHC Choice Plus - ER | 721.95 | 17,326.80 | | | |
| Total: | 758.33 | 18,198.62 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 7.75 | 1515.55 |
| Vacation | 5.96 | 0 | 209.42 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,534.82   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G000832

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 01/18/2020 | 01/31/2020 | 02/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 41.935484 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,381.08 | 654.02 | 639.79 | 509.30 | 1,577.97 |
| YTD | 9,881.15 | 1,935.86 | 1,855.93 | 1,527.90 | 4,561.46 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Holiday Pay | | | 0 | | 650.02 |
| Overtime 1.5 | 01/18/2020 - 01/24/2020 | 1.25 | 62.91 | 78.64 | 78.64 |
| Regular Overtime | 01/18/2020 - 01/24/2020 | 1.25 | 41.9355 | 52.42 | 52.42 |
| Regular Pay | 01/18/2020 - 01/31/2020 | 77.5 | 41.9355 | 3,250.02 | 8,775.06 |
| Vacation | | | 0 | | 325.01 |
| Total: | | 80 | | 3,381.08 | 9,881.15 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 190.04 | 553.87 |
| Medicare | 44.44 | 129.53 |
| Federal Withholding | 257.13 | 743.09 |
| State Tax - NY | 138.70 | 401.72 |
| NY SDI - NYSDI | 1.20 | 3.60 |
| New York Paid Family Leave - NYPF | 8.28 | 24.12 |
| Total: | 639.79 | 1,855.93 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 338.11 | 988.13 |
| Delta Dental Enhanced | 19.43 | 58.29 |
| EyeMed Vision | 8.37 | 25.11 |
| UHC Choice Plus | 288.11 | 864.33 |
| Total: | 654.02 | 1,935.86 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 0.27 |
| Optional Life | 13.99 | 41.97 |
| PS Loan (10) | 259.17 | 777.51 |
| PS Loan (11) | 173.74 | 521.22 |
| Personal Mileage | 62.31 | 186.93 |
| Total: | 509.30 | 1,527.90 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 0.69 |
| Basic LTD - ER | 5.75 | 17.25 |
| Delta Dental Enhanced - ER | 29.07 | 87.21 |
| Group Life ER | 1.33 | 3.99 |
| UHC Choice Plus - ER | 744.85 | 2,234.55 |
| Total: | 781.23 | 2,343.69 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,065.17 | 8,933.42 |
| Medicare - Taxable Wages | 3,065.17 | 8,933.42 |
| Federal Withholding - Taxable Wages | 2,727.06 | 7,945.29 |
| State Withholding (Work) - Taxable Wages | 2,727.06 | 7,945.29 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 0 |
| Reserved Sick Bank | 4.62 | 0 | 1538.05 |
| Vacation | 5.96 | 0 | 192.72 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 1,577.97 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G000837

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 43.82 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,965.74 | 712.49 | 909.87 | 76.99 | 2,266.39 |
| YTD | 55,226.66 | 8,535.26 | 10,822.29 | 3,424.47 | 32,444.64 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 325.01 |
| Holiday Pay | | | 0 | | 989.63 |
| Overtime 1.5 | 06/06/2020 - 06/19/2020 | 7 | 65.73 | 460.12 | 538.76 |
| Paid Sick | | | 0 | | 471.07 |
| Profit Sharing Payout | | | 0 | | 10,942.97 |
| Regular Overtime | 06/06/2020 - 06/19/2020 | 2.5 | 43.82 | 109.56 | 161.98 |
| Regular Pay | 06/06/2020 - 06/19/2020 | 77.5 | 43.82 | 3,396.06 | 41,351.72 |
| Vacation | | | 0 | | 445.52 |
| Total: | | 87 | | 3,965.74 | 55,226.66 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 226.29 | 3,169.43 |
| Medicare | 52.92 | 741.24 |
| Federal Withholding | 448.87 | 3,884.15 |
| State Tax - NY | 170.74 | 2,873.83 |
| NY SDI - NYSDI | 1.20 | 15.60 |
| New York Paid Family Leave - NYPF | 9.85 | 138.04 |
| Total: | 909.87 | 10,822.29 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 396.58 | 4,428.43 |
| Delta Dental Enhanced | 19.43 | 252.59 |
| EyeMed Vision | 8.37 | 108.81 |
| UHC Choice Plus | 288.11 | 3,745.43 |
| Total: | 712.49 | 8,535.26 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 1.17 |
| Optional Life | 14.59 | 186.67 |
| PS Loan (10) | | 1,036.68 |
| PS Loan (11) | | 1,389.92 |
| Personal Mileage | 62.31 | 810.03 |
| Total: | 76.99 | 3,424.47 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 2.99 |
| Basic LTD - ER | 6.00 | 76.75 |
| Delta Dental Enhanced - ER | 29.07 | 377.91 |
| Group Life ER | 1.39 | 17.77 |
| UHC Choice Plus - ER | 744.85 | 9,683.05 |
| Total: | 781.54 | 10,158.47 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,649.83 | 51,119.83 |
| Medicare - Taxable Wages | 3,649.83 | 51,119.83 |
| Federal Withholding - Taxable Wages | 3,253.25 | 46,691.40 |
| State Withholding (Work) - Taxable Wages | 3,253.25 | 46,691.40 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 5.02 | 0 | 1572.77 |
| Vacation | 5.96 | 0 | 249.57 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 2,266.39 USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential G000848

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 43.82 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,420.36 | 757.95 | 1,061.68 | 76.99 | 2,523.74 |
| YTD | 59,647.02 | 9,293.21 | 11,883.97 | 3,501.46 | 34,968.38 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 325.01 |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 43.82 | 339.61 | 1,329.24 |
| Overtime 1.5 | 06/20/2020 - 06/26/2020 | 10.75 | 65.73 | 706.60 | 1,245.36 |
| Paid Sick | | | 0 | | 471.07 |
| Profit Sharing Payout | | | 0 | | 10,942.97 |
| Regular Overtime | 06/20/2020 - 06/26/2020 | 1.25 | 43.82 | 54.78 | 216.76 |
| Regular Pay | 06/20/2020 - 07/03/2020 | 75.75 | 43.82 | 3,319.37 | 44,671.09 |
| Vacation | | | 0 | | 445.52 |
| Total: | | 95.5 | | 4,420.36 | 59,647.02 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 254.48 | 3,423.91 |
| Medicare | 59.51 | 800.75 |
| Federal Withholding | 538.88 | 4,423.03 |
| State Tax - NY | 196.53 | 3,070.36 |
| NY SDI - NYSDI | 1.20 | 16.80 |
| New York Paid Family Leave - NYPF | 11.08 | 149.12 |
| Total: | 1,061.68 | 11,883.97 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 442.04 | 4,870.47 |
| Delta Dental Enhanced | 19.43 | 272.02 |
| EyeMed Vision | 8.37 | 117.18 |
| UHC Choice Plus | 288.11 | 4,033.54 |
| Total: | 757.95 | 9,293.21 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 1.26 |
| Optional Life | 14.59 | 201.26 |
| PS Loan (10) | | 1,036.68 |
| PS Loan (11) | | 1,389.92 |
| Personal Mileage | 62.31 | 872.34 |
| Total: | 76.99 | 3,501.46 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.22 |
| Basic LTD - ER | 6.00 | 82.75 |
| Delta Dental Enhanced - ER | 29.07 | 406.98 |
| Group Life ER | 1.39 | 19.16 |
| UHC Choice Plus - ER | 744.85 | 10,427.90 |
| Total: | 781.54 | 10,940.01 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,104.45 | 55,224.28 |
| Medicare - Taxable Wages | 4,104.45 | 55,224.28 |
| Federal Withholding - Taxable Wages | 3,662.41 | 50,353.81 |
| State Withholding (Work) - Taxable Wages | 3,662.41 | 50,353.81 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 5.51 | 0 | 1578.28 |
| Vacation | 5.96 | 0 | 255.53 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 2,523.74 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential                                                                                                                                                                                                                                                                                                                                                                             G000849

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Charise Jones | 59072 | 07/04/2020 | 07/17/2020 | 07/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 43.82 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,294.39 | 745.35 | 1,019.49 | 76.99 | 2,452.56 |
| YTD | 63,941.41 | 10,038.56 | 12,903.46 | 3,578.45 | 37,420.94 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 325.01 |
| Holiday Pay | | | 0 | | 1,329.24 |
| Overtime 1.5 | 07/04/2020 - 07/17/2020 | 12 | 65.73 | 788.77 | 2,034.13 |
| Paid Sick | | | 0 | | 471.07 |
| Profit Sharing Payout | | | 0 | | 10,942.97 |
| Regular Overtime | 07/04/2020 - 07/17/2020 | 2.5 | 43.82 | 109.56 | 326.32 |
| Regular Pay | 07/04/2020 - 07/17/2020 | 77.5 | 43.82 | 3,396.06 | 48,067.15 |
| Vacation | | | 0 | | 445.52 |
| Total: | | 92 | | 4,294.39 | 63,941.41 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 246.66 | 3,670.57 |
| Medicare | 57.69 | 858.44 |
| Federal Withholding | 513.94 | 4,936.97 |
| State Tax - NY | 189.26 | 3,259.62 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPF | 10.74 | 159.86 |
| Total: | 1,019.49 | 12,903.46 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 429.44 | 5,299.91 |
| Delta Dental Enhanced | 19.43 | 291.45 |
| EyeMed Vision | 8.37 | 125.55 |
| UHC Choice Plus | 288.11 | 4,321.65 |
| Total: | 745.35 | 10,038.56 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| AD&D | 0.09 | 1.35 |
| Optional Life | 14.59 | 215.85 |
| PS Loan (10) | | 1,036.68 |
| PS Loan (11) | | 1,389.92 |
| Personal Mileage | 62.31 | 934.65 |
| Total: | 76.99 | 3,578.45 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Basic LTD - ER | 6.00 | 88.75 |
| Delta Dental Enhanced - ER | 29.07 | 436.05 |
| Group Life ER | 1.39 | 20.55 |
| UHC Choice Plus - ER | 744.85 | 11,172.75 |
| Total: | 781.54 | 11,721.55 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,978.48 | 59,202.76 |
| Medicare - Taxable Wages | 3,978.48 | 59,202.76 |
| Federal Withholding - Taxable Wages | 3,549.04 | 53,902.85 |
| State Withholding (Work) - Taxable Wages | 3,549.04 | 53,902.85 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 5.31 | 0 | 1583.59 |
| Vacation | 5.96 | 0 | 261.49 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 2,452.56 | USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Charise Jones | | 59072 | 07/18/2020 | 07/31/2020 | 08/06/2020 | |
| **Department** | | **Location** | | **Job Title** | | **Hourly Rate** |
| Y131 SIU Central/Medical | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 43.82 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4,623.04 | 778.22 | 1,131.12 | 76.99 | 2,636.71 |
| YTD | 68,564.45 | 10,816.78 | 14,034.58 | 3,655.44 | 40,057.65 |

| Earnings ||||||| Employee Taxes |||
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | 0 | | 325.01 | OASDI | 267.04 | 3,937.61 |
| Holiday Pay | | | 0 | | 1,329.24 | Medicare | 62.45 | 920.89 |
| Overtime 1.5 | 07/18/2020 - 07/31/2020 | 17 | 65.73 | 1,117.42 | 3,151.55 | Federal Withholding | 580.58 | 5,517.55 |
| Paid Sick | | | 0 | | 471.07 | State Tax - NY | 208.22 | 3,467.84 |
| Profit Sharing Payout | | | 0 | | 10,942.97 | NY SDI - NYSDI | 1.20 | 19.20 |
| Regular Overtime | 07/18/2020 - 07/31/2020 | 2.5 | 43.82 | 109.56 | 435.88 | New York Paid Family Leave - NYPF | 11.63 | 171.49 |
| Regular Pay | 07/18/2020 - 07/31/2020 | 77.5 | 43.82 | 3,396.06 | 51,463.21 | | | |
| Vacation | | | 0 | | 445.52 | | | |
| Total: | | 97 | | 4,623.04 | 68,564.45 | Total: | 1,131.12 | 14,034.58 |

| Pre-Tax Deductions ||| Post Tax Deductions |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 462.31 | 5,762.22 | AD&D | 0.09 | 1.44 |
| Delta Dental Enhanced | 19.43 | 310.88 | Optional Life | 14.59 | 230.44 |
| EyeMed Vision | 8.37 | 133.92 | PS Loan (10) | | 1,036.68 |
| UHC Choice Plus | 288.11 | 4,609.76 | PS Loan (11) | | 1,389.92 |
| | | | Personal Mileage | 62.31 | 996.96 |
| Total: | 778.22 | 10,816.78 | Total: | 76.99 | 3,655.44 |

| Employer Paid Benefits ||| Taxable Wages |||
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.68 | OASDI - Taxable Wages | 4,307.13 | 63,509.89 |
| Basic LTD - ER | 6.00 | 94.75 | Medicare - Taxable Wages | 4,307.13 | 63,509.89 |
| Delta Dental Enhanced - ER | 29.07 | 465.12 | Federal Withholding - Taxable Wages | 3,844.82 | 57,747.67 |
| Group Life ER | 1.39 | 21.94 | State Withholding (Work) - Taxable Wages | 3,844.82 | 57,747.67 |
| UHC Choice Plus - ER | 744.85 | 11,917.60 | | | |
| Total: | 781.54 | 12,503.09 | | | |

| Absence Plans |||||
|---|---|---|---|---|
| Description | | Accrued | Reduced | Available |
| Floating Holiday | | 0 | 0 | 7.75 |
| Reserved Sick Bank | | 5.6 | 0 | 1589.19 |
| Vacation | | 5.96 | 0 | 267.45 |

| Payment Information |||||
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Chase Bk | Chase Bk ******0828 | ******0828 | | 2,636.71    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G000851

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Charise Jones | | 59072 | 02/26/2022 | 03/11/2022 | 03/17/2022 | |
| **Department** | | **Location** | | **Job Title** | | **Hourly Rate** |
| WB3800 DNU - WB SIU | | NY Long Island - NYC JPS | | Senior Field Security Investigator | | 48.86 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,976.00 | 737.00 | 997.04 | 91.09 | 2,150.87 |
| YTD | 30,621.50 | 4,244.13 | 8,935.39 | 529.43 | 16,912.55 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Catastrophe Pay Per Diem | | | 0 | | 60.00 |
| Floating Holiday | | | 0 | | 355.88 |
| Holiday Pay | | | 0 | | 711.76 |
| Overtime 1.5 | 02/26/2022 - 03/04/2022 | 1.75 | 73.29 | 128.26 | 128.26 |
| Paid Sick | | | 0 | | 378.67 |
| Profit Sharing Payout | | | 0 | | 8,335.78 |
| Regular Overtime | 02/26/2022 - 03/04/2022 | 1.25 | 48.86 | 61.08 | 61.08 |
| Regular Pay | 02/26/2022 - 03/04/2022 | 38.75 | 48.86 | 1,893.33 | |
| Regular Pay | 03/05/2022 - 03/11/2022 | 38.75 | 48.86 | 1,893.33 | 18,742.31 |
| Vacation | | | 0 | | 1,847.76 |
| Total: | | 80.5 | | 3,976.00 | 30,621.50 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 225.47 | 1,769.48 |
| Medicare | 52.73 | 413.83 |
| Federal Withholding | 534.43 | 4,720.91 |
| State Tax - NY | 164.63 | 1,878.12 |
| NY SDI - NYSDI | 1.20 | 7.20 |
| New York Paid Family Leave - NYPF | 18.58 | 145.85 |
| Total: | 997.04 | 8,935.39 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 397.60 | 2,222.58 |
| Delta Dental Enhanced | 19.84 | 118.63 |
| EyeMed Vision | 8.37 | 50.22 |
| UHC Choice Plus | 311.19 | 1,852.70 |
| Total: | 737.00 | 4,244.13 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| NY: SDI Offset (EE) | -1.20 | -6.00 |
| Optional Life | 29.98 | 161.57 |
| Personal Mileage | 62.31 | 373.86 |
| Total: | 91.09 | 529.43 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 1.38 |
| Basic LTD - ER | 6.47 | 37.65 |
| Delta Dental Enhanced - ER | 31.06 | 186.52 |
| Group Life ER | 1.55 | 9.00 |
| NY: State Disability Insurance - Employer Paid | 1.20 | 6.00 |
| Other | 811.07 | 4,877.85 |
| Total: | 851.58 | 5,118.40 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 3,636.60 | 28,539.95 |
| Medicare - Taxable Wages | 3,636.60 | 28,539.95 |
| Federal Withholding - Taxable Wages | 3,239.00 | 26,317.37 |
| State Withholding (Work) - Taxable Wages | 3,239.00 | 26,317.37 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Sick | 4.64 | 0 | 1618.15 |
| Vacation | 5.96 | 0 | 237.8 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Chase Bk | Chase Bk ******0828 | ******0828 | | 2,150.87  USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential    G000896