# Exhibit 55

DOCUMENT PRODUCED NATIVELY

Confidential                                                                                              G004268

G004268

| Learning Record | Learning Record Type | Record Completion Status | Record Start Date | Record Completion Date | Record Completion Status | Record Grade | Record Score |
|---|---|---|---|---|---|---|---|
| Daniel King (Terminated) - The Performance Review Process (Inactive) | Enrollment | In Progress | 1/10/2021 18:02 | | In Progress | | 0 |
| Daniel King (Terminated) - CAP Awareness Training [QWB601] - Historical Tracking | Historical Tracking | Completed | | 8/24/2007 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Safeguarding Customer Privacy [HWB055] - Historical Tracking | Historical Tracking | Completed | | 9/17/2007 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - In This Together [HHO001] - Historical Tracking | Historical Tracking | Completed | | 6/3/2008 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - CAP Awareness Training II [QWB604] - Historical Tracking | Historical Tracking | Completed | | 7/29/2008 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Associate Handbook 2: Policies and Acknowledgements [HHO077] - Historical Tracking | Historical Tracking | Completed | | 11/19/2009 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - The Seven Operating Principles E-Learning [HHO079] - Historical Tracking | Historical Tracking | Completed | | 2/10/2010 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Diversity Training [HHO005] - Historical Tracking | Historical Tracking | Completed | | 3/22/2010 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Associate Handbook 2: Policies & Acknowledgements II [HHO082] - Historical Tracking | Historical Tracking | Completed | | 11/22/2010 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Maintaining Good Dependability eLearning [HHO087] - Historical Tracking | Historical Tracking | Completed | | 6/1/2011 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Privacy eTraining: Safeguarding Sensitive Information [HHO092] - Historical Tracking | Historical Tracking | Completed | | 11/20/2011 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2011 [HHO094] - Historical Tracking | Historical Tracking | Completed | | 11/20/2011 3:00 | Completed | Pass | 0 |

G004268

| Learning Record | Learning Record Type | Record Completion Status | Record Start Date | Record Completion Date | Record Completion Status | Record Grade | Record Score |
|---|---|---|---|---|---|---|---|
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2012 [CHO699EL12] - Historical Tracking | Historical Tracking | Completed | | 1/4/2012 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - SIU SICM E-Learning [CHO830EL] - Historical Tracking | Historical Tracking | Completed | | 5/14/2012 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2012 [HHO101] - Historical Tracking | Historical Tracking | Completed | | 10/8/2012 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2013 [CHO699EL13] - Historical Tracking | Historical Tracking | Completed | | 7/30/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - GEICO ISO SIU User Acknowledgement [CHO881F] - Historical Tracking | Historical Tracking | Completed | | 8/26/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Time and Labor/Absence Request - Timesheet [HHO108E] - Historical Tracking | Historical Tracking | Completed | | 11/4/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Time and Labor/Absence Request - Maintain My Schedule [HHO107E] - Historical Tracking | Historical Tracking | Completed | | 11/4/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Time and Labor/Absence Request - Absence Request Page [HHO110E] - Historical Tracking | Historical Tracking | Completed | | 11/4/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2013 [HHO115] - Historical Tracking | Historical Tracking | Completed | | 11/28/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - T&L/ABS Training for Non-Management [HHO113] - Historical Tracking | Historical Tracking | Completed | | 12/9/2013 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - GEICO Fleet Car Guide [IHO007] - Historical Tracking | Historical Tracking | Completed | | 3/5/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Code of Conduct Acknowledgement 2014 [HHO119] - Historical Tracking | Historical Tracking | Completed | | 6/16/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Code of Conduct Acknowledgement 2014 R/T [HHO119R/T] - Historical Tracking | Historical Tracking | Completed | | 6/20/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Code of Conduct Acknowledgement 2014 L [HHO119L] - Historical Tracking | Historical Tracking | Completed | | 6/30/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - GEICO's Record Management Policy eLearning [HHO098] - Historical Tracking | Historical Tracking | Completed | | 7/21/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - GEICO ISO SIU User Acknowledgement [CHO881F] - Historical Tracking | Historical Tracking | Completed | | 11/17/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2014 [HHO123] - Historical Tracking | Historical Tracking | Completed | | 11/28/2014 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Privacy eTraining: Safeguarding Sensitive Information [HHO092] - Historical Tracking | Historical Tracking | Completed | | 6/4/2015 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2015 [CHO699EL15] - Historical Tracking | Historical Tracking | Completed | | 10/13/2015 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2015 [HHO160] - Historical Tracking | Historical Tracking | Completed | | 11/27/2015 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - SIU Investigative Efforts E-Learning Course [CHO841EL] - Historical Tracking | Historical Tracking | Completed | | 2/24/2016 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Workplace Violence Response [HHO141] - Historical Tracking | Historical Tracking | Completed | | 4/20/2016 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Policies & Acknowledgements 2016 [HHO179] - Historical Tracking | Historical Tracking | Completed | | 5/17/2016 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2016 ISO 27001 Core Competency Training [IHO1180A] - Historical Tracking | Historical Tracking | Completed | | 6/7/2016 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2016 Privacy Training: Safeguarding Sensitive Information [HHO181] - Historical Tracking | Historical Tracking | Completed | | 7/22/2016 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2016 [CHO699EL16] - Historical Tracking | Historical Tracking | Completed | | 8/15/2016 3:00 | Completed | Pass | 0 |

G004268

| Learning Record | Learning Record Type | Record Completion Status | Record Start Date | Record Completion Date | Record Completion Status | Record Grade | Record Score |
|---|---|---|---|---|---|---|---|
| Daniel King (Terminated) - SIU Investigative Expectations E-Learning Course [CHO842EL] - Historical Tracking | Historical Tracking | Completed | | 1/30/2017 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2017 Policies & Acknowledgements [HHO180] - Historical Tracking | Historical Tracking | Completed | | 5/31/2017 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2017 Privacy and Information Security [HHO186] - Historical Tracking | Historical Tracking | Completed | | 5/31/2017 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Workday Worker Self Service eLearning [HHO188] - Historical Tracking | Historical Tracking | Completed | | 6/15/2017 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2017B [CHO699E17B] - Historical Tracking | Historical Tracking | Completed | | 11/20/2017 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2018 Privacy and Information Security [HHO206] - Historical Tracking | Historical Tracking | Completed | | 4/5/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - SIU Recorded Interview Reminder [CHO818RIR] - Historical Tracking | Historical Tracking | Completed | | 4/10/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2018 Policies & Acknowledgements [HHO207] - Historical Tracking | Historical Tracking | Completed | | 4/25/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Emergency and Evacuation Course [HHO196] - Historical Tracking | Historical Tracking | Completed | | 4/30/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Associate Assistance Program eL [HHO199] - Historical Tracking | Historical Tracking | Completed | | 6/26/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Workplace Violence Awareness, Prevention, and Response [HHO208] - Historical Tracking | Historical Tracking | Completed | | 6/26/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Preventing and Reporting Hazards to Keep You Safe at GEICO [HHO212] - Historical Tracking | Historical Tracking | Completed | | 8/31/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2018 [CHO699EL18] - Historical Tracking | Historical Tracking | Completed | | 10/29/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Sexual Harassment Prevention Training NY [HHO220] - Historical Tracking | Historical Tracking | Completed | | 12/19/2018 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - In This Together [HHO145] - Historical Tracking | Historical Tracking | Completed | | 1/29/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2019 Policies & Acknowledgements [HHO217] - Historical Tracking | Historical Tracking | Completed | | 5/10/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2019 Privacy and Information Security [HHO218] - Historical Tracking | Historical Tracking | Completed | | 5/10/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Emergency Response Procedures [HHO221] - Historical Tracking | Historical Tracking | Completed | | 5/10/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Required Information Security Statement [UHO1000] - Historical Tracking | Historical Tracking | Completed | | 11/6/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - Retirement Planning Workshop Non-Pension [HHO084NP] - Historical Tracking | Historical Tracking | Completed | | 11/11/2019 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - GEICO Fleet Vehicle Guide for Associates [HHO227] - Historical Tracking | Historical Tracking | Completed | | 2/7/2020 3:00 | Completed | Pass | 0 |
| Daniel King (Terminated) - 2020 Policies & Acknowledgements (Inactive) | Enrollment | Completed | 8/3/2020 7:57 | 8/3/2020 8:07 | Completed | | 0 |
| Daniel King (Terminated) - SIU Examination Under Oath (EUO) Certification E-Learning Course (Inactive) | Enrollment | Completed | 8/3/2020 8:35 | 8/3/2020 8:55 | Completed | Pass | 95 |
| Daniel King (Terminated) - Ethnicity and Culture (Inactive) | Enrollment | Completed | 7/28/2020 13:03 | 8/4/2020 19:43 | Completed | Fail | 70 |
| Daniel King (Terminated) - Ethnicity and Culture (Inactive) | Enrollment | Completed | 8/4/2020 19:50 | 8/4/2020 20:51 | Completed | Pass | 80 |
| Daniel King (Terminated) - Health and Safety Course (Inactive) | Enrollment | Completed | 9/18/2020 13:19 | 9/18/2020 13:24 | Completed | | 0 |
| Daniel King (Terminated) - Claims Code of Conduct E-Learning Course 2020 (Inactive) | Enrollment | Completed | 11/6/2020 19:46 | 11/13/2020 13:50 | Completed | | 0 |
| Daniel King (Terminated) - SIU Knowledge Test 2020 | Enrollment | Completed | 12/14/2020 14:47 | 12/16/2020 19:06 | Completed | Pass | 96 |
| Daniel King (Terminated) - Claims Code of Conduct 2021 (Inactive) | Enrollment | Completed | 9/24/2021 9:16 | 9/24/2021 9:24 | Completed | Pass | 100 |
| Daniel King (Terminated) - Health and Safety Course (Inactive) | Enrollment | Completed | 10/5/2021 15:32 | 10/5/2021 15:46 | Completed | | 0 |
| Daniel King (Terminated) - 2021 Policies & Acknowledgements (Inactive) | Enrollment | Completed | 5/24/2021 8:28 | 10/19/2021 12:32 | Completed | | 0 |
| Daniel King (Terminated) - SIU Family Auto Policy Course 2021 | Enrollment | Completed | 10/20/2021 10:16 | 10/20/2021 11:14 | Completed | | 0 |

G004268

| Learning Record | Learning Record Type | Record Completion Status | Record Start Date | Record Completion Date | Record Completion Status | Record Grade | Record Score |
|---|---|---|---|---|---|---|---|
| Daniel King (Terminated) - The Coaching App Training for Associates | Enrollment | Completed | 4/3/2022 16:55 | 4/3/2022 17:03 | Completed | | 0 |