# Exhibit 56

Message

**From:** King, Daniel (SIU) [DanKing@geico.com]
**Sent:** 10/26/2017 12:54:41 AM
**To:** D'Agata, Toni [TDagata@geico.com]
**Subject:** OT

1581139
1571356
1581139

3 hours

Confidential
G011213

Message

**From**: King, Daniel (SIU) [DanKing@geico.com]
**Sent**: 5/15/2018 12:41:54 AM
**To**: D'Agata, Toni [TDagata@geico.com]
**Subject**: OT 4 Hours

I had a EUO today

I closed 4 cases

1678493
1679219
1676413
1636321

Confidential

Message

| | |
|---|---|
| **From:** | King, Daniel (SIU) [DanKing@geico.com] |
| **Sent:** | 12/31/2019 2:06:00 AM |
| **To:** | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject:** | FW: OT> |

Cases closed: 2025443, 2002645, 2052827, 2033753 Update 2044276, 2039620, 2013578,

Sensitivity: General/Internal

**From:** King, Daniel (SIU)
**Sent:** Monday, December 30, 2019 6:13 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** OT>

Had EUO'S in Queens in Jamaica today. All Bust but ate up most of my day. Going to take 4 hours OT to try and catch up

Daniel J King III

Sensitivity: General/Internal

Message

| | |
|---|---|
| **From:** | Kilgen, Richard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=AA9659382735455595072644B4B39B83-KILGEN, RIC] |
| **Sent:** | 7/25/2018 12:44:03 PM |
| **To:** | D'Agata, Toni [TDagata@geico.com] |
| **Subject:** | FW: 1648503 |

FYI.

RICH KILGEN
SIU FIELD SUPERVISOR
516-384-5631

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** King, Daniel (SIU)
**Sent:** Tuesday, July 24, 2018 10:55 PM
**To:** Kilgen, Richard
**Subject:** 1648503

Rich I took 4 hours OT

Message

**From:** Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:** 1/21/2020 10:33:33 PM
**To:** Newport, Bill [WNewport@geico.com]
**Subject:** FW: Cases.

Requesting overtime for Dan King for tonight. See below and thanks

Sensitivity: General/Internal

**From:** King, Daniel (SIU)
**Sent:** Tuesday, January 21, 2020 4:56 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** Cases.

Today I had an EUO at Penn Plaza. 2038171. 2 Bust statements. Train delay. Did not get back home until 2:15. EUO was scheduled for 10AM
Have 5 cases to close tonight pulse assigned 2 cases yesterday and today that need to be updated to meet TIP
Have 2 EUO'S on Wednesday BX/Jamaica and EUO on Friday in the Bronx


Sensitivity: General/Internal

Message

---

**From**: King, Daniel (SIU) [DanKing@geico.com]
**Sent**: 7/1/2020 12:45:56 AM
**To**: Campbell, Dara [DVetriCampbell@geico.com]
**Subject**: RE: Overtime

Are they extending the OT for next month?

---

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, June 30, 2020 5:36 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

Hi all. I just found out that if you worked overtime this week, since 4th of July is a holiday you will only get time and a half after you hit 40 hours worked. Normally you get time and a half after the first 1.25 hours to bring you to the forty. This week it will not kick in until you completed 9 hours. I am sorry about that. I would have notified you sooner. (we have to make up the 7.75 worked)



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Sensitivity: General/Internal

Message

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 6/3/2020 3:01:00 PM |
| **To:** | King, Daniel (SIU) [DanKing@geico.com] |
| **Subject:** | RE: Overtime |

Dan,
Did you do OT last night? I see it in Work Day still but no email from you on case worked. If you did not can you correct it? Thanks

Sensitivity: General/Internal

**From:** King, Daniel (SIU)
**Sent:** Wednesday, June 3, 2020 7:59 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

8-10 hours

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, June 2, 2020 3:16 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

I need to figure out how much overtime you guys plan on doing per week. If someone does not want to do it at all, let me know. I may be able to allocate that time to others.



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Sensitivity: General/Internal

**Message**

| | |
|---|---|
| **From**: | King, Daniel (SIU) [DanKing@geico.com] |
| **Sent**: | 6/4/2020 1:29:31 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: OT hours |

I worked three hours OT tonight from 4:30 – 7:30 on the following cases:  06/03/2020
Case # 2108866
Case # 2252517
Case # 2256806
Case # 2257797


Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Wednesday, June 3, 2020 2:56 PM
**To:** King, Daniel (SIU) <DanKing@geico.com>
**Subject:** FW: OT hours

Like this


Sensitivity: General/Internal

**From:** Costanza, Joseph
**Sent:** Tuesday, June 2, 2020 10:42 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** OT hours

Hey Dara,

I worked three hours OT tonight from 7:30 – 10:30 on the following cases:
Case # 2226893
Case # 2254527
Case # 2255800
Case # 2256726

Thanks



**Joseph Costanza** | Senior Field Investigator
Region 2 / Special Investigations Unit
Phone:  516-260-0421 | Fax: 833-904-1630
Email  jcostanza@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

Sensitivity: General/Internal

Confidential

Message

| | |
|---|---|
| **From**: | King, Daniel (SIU) [DanKing@geico.com] |
| **Sent**: | 6/5/2020 1:50:39 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | OT |

On June 4, 1010, I worked TWO hours overtime on the following cases.
SICM# 2258130- General Notes, Summary, Closing
SICM#  2253233- General Notes, Summary, Closing

Sensitivity: General/Internal

Confidential                                                                                                          G012235

Message

**From:** King, Daniel (SIU) [DanKing@geico.com]
**Sent:** 6/10/2020 1:04:23 PM
**To:** Campbell, Dara [DVetriCampbell@geico.com]
**Subject:** OT 06/09/2020 I worked 5;30-9:30 PM

Close case # 2260494- General Notes, Summary, Closing
Close Case# 2250876- General Notes, Summary, Closing
Close Case # 2259292- General Notes, Summary, Closing
Close Case# 2249383- General Notes, Summary, Closing

TIP Case#  2266036- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
TIP Case# 2266121- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
TIP Case# 2266610- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
TIP Case# 2266911-- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
TIP Case# 2267477- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
TIP Case# 2265631- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file

Sensitivity: General/Internal

Confidential                                                                                                                                           G012240