# Exhibit L



View Worker: Al Brust (Terminated)

11:02 AM
04/30/2024
Page 14 of 38

| Position | Start Date | End Date | Manager History | | |
|---|---|---|---|---|---|
| | | | Manager | Managed From | Managed To |
| | | | Rene Cubas | 10/18/2023 | 10/19/2023 |
| | | | Toni D'Agata (Retired) | 04/28/2023 | 10/17/2023 |
| | | | William Newport | 04/27/2023 | 04/27/2023 |
| | | | Gerard Cassagne (Retired) | 09/16/2019 | 04/26/2023 |

## Compensation

### Compensation

Totals

| Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|
| 41.32 | 41.32 USD | | Hourly |

Compensation

**Compensation Package** General Compensation Package
**Grade** Grade 65
**Grade Profile** Salary Schedule 1
**Total Base Pay Range** 35.74 - 45.66 - 56.08 USD Hourly
**Company** Government Employees Insurance Company

Plan Assignments

| Effective Date | Plan Type | Compensation Plan | Assignment |
|---|---|---|---|
| 01/28/2023 | Hourly | Hourly Plan | 41.32 USD Hourly |
| 01/19/2024 | Merit | GEICO Merit Plan | 2.809% Annual: Individual Target |

### Pay Change History

Pay Change History

| Effective Date | Compensation Action | Reason | Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|---|
| 12/08/2023 | Ad-hoc Compensation Change | Request Compensation Change > 04 - Admin Only > 01 - Data Change | 41.32 | 41.32 USD | | Hourly |
| 01/28/2023 | Merit Compensation Change | Merit > Merit > Merit | 83,259.80 | 83,259.80 USD | | Annual |
| 07/30/2022 | Merit Compensation Change | Merit > Merit > Merit | 78,605.15 | 78,605.15 USD | | Annual |
| 01/29/2022 | Merit Compensation Change | Merit > Merit > Merit | 76,993.15 | 76,993.15 USD | | Annual |
| 01/29/2022 | Ad-hoc Compensation Change | Request Compensation Change > 01 - Pay Change > 03 - Raise to Minimum | 72,217.60 | 72,217.60 USD | | Annual |
| 07/31/2021 | Merit Compensation Change | Merit > Merit > Merit | 68,469.70 | 68,469.70 USD | | Annual |
| 02/27/2021 | Merit Compensation Change | Merit > Merit > Merit | 67,623.40 | 67,623.40 USD | | Annual |

Geico Confidential Data



View Worker: Al Brust (Terminated)

11:02 AM
04/30/2024
Page 15 of 38

| Effective Date | Compensation Action | Reason | Total Salary & Allowances | Total Base Pay | Currency | Frequency |
|---|---|---|---|---|---|---|
| 01/04/2020 | Ad-hoc Compensation Change | Request Compensation Change > 01 - Pay Change > 03 - Raise to Minimum | 65,648.70 | 65,648.70 USD | | Annual |
| 09/16/2019 | Hire Compensation | Hire Associate > Hire Employee > Hire | 64,379.25 | 64,379.25 USD | | Annual |

## Bonus & One-Time Payments

| Effective Date | Status | Bonus & One-Time Payments | | | | | |
|---|---|---|---|---|---|---|---|
| | | Plan Type | Plan | Amount | Currency | Scheduled Payment Date | Reason |
| 02/26/2021 | Successfully Completed | One-Time Payment | Profit-Sharing Award Allocated to Vanguard Retirement Account | 6,889.90 | USD | 02/26/2021 | One-Time Payment > One-Time Payments > Total Rewards Use Only |
| 12/28/2020 | Successfully Completed | One-Time Payment | Prizes (Non-Gross-Up) | 25.00 | USD | 12/28/2020 | |

## Pay

## Results

**Current FLSA Calendar for Worker**    No FLSA Calendar assigned

Pay Calculation by Period

| Payroll Result | Period | Payment Date/Reversal Date | Sub Period (if partial Period) | Pay Group Detail | Position | Company | Calculation Status | Calculation DateTime | Result Updated DateTime | Gross Pay | Taxes/Deductions | Net Pay | Accounting Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Al Brust: 02/02/2024 (Regular) - Complete | 01/27/2024 - 02/09/2024 (Bi-Weekly) | 02/15/2024 | 01/27/2024 - 02/02/2024 | Regular (Regular) | Senior Internal Security Investigator - Al Brust | Government Employees Insurance Company | Complete | 02/12/2024 09:02:42.802 PM | 02/03/2024 09:00:18.703 PM | $3,149.42 | $1,087.19 | $2,062.23 | Complete |
| Al Brust: 01/26/2024 (Regular) - Complete | 01/13/2024 - 01/26/2024 (Bi-Weekly) | 02/01/2024 | | Regular (Regular) | Senior Internal Security Investigator - Al Brust | Government Employees Insurance Company | Complete | 01/29/2024 09:00:31.793 PM | 01/26/2024 09:00:09.470 PM | $3,202.30 | $1,651.83 | $1,550.47 | Complete |
| Al Brust: 01/12/2024 (Regular) - Complete | 12/30/2023 - 01/12/2024 (Bi-Weekly) | 01/18/2024 | | Regular (Regular) | Senior Field Security Investigator - Al Brust | Government Employees Insurance Company | Complete | 01/15/2024 09:00:31.868 PM | 01/12/2024 09:00:28.872 PM | $3,202.30 | $1,732.60 | $1,469.70 | Complete |
| Al Brust: 12/29/2023 (Regular) - Complete | 12/16/2023 - 12/29/2023 (Bi-Weekly) | 01/04/2024 | | Regular (Regular) | Senior Field Security Investigator - Al Brust | Government Employees Insurance Company | Complete | 01/01/2024 09:00:14.708 PM | 12/29/2023 09:00:25.409 PM | $3,223.65 | $1,742.44 | $1,481.21 | Complete |
| Al Brust: 12/15/2023 (Regular) - Complete | 12/02/2023 - 12/15/2023 (Bi-Weekly) | 12/21/2023 | | Regular (Regular) | Senior Field Security Investigator - Al Brust | Government Employees Insurance Company | Complete | 12/18/2023 09:00:10.755 PM | 12/15/2023 09:00:15.341 PM | $3,230.54 | $956.83 | $2,273.71 | Complete |

Confidential