# Exhibit O

Message

| | |
|---|---|
| **From:** | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent:** | 11/26/2018 10:00:51 PM |
| **To:** | Caniglia, Louis [LoCaniglia@geico.com]; Diniso, Vito [VDiNiso@geico.com]; Fischer, Keith (KFischer@geico.com) [KFischer@geico.com]; Gillen, John [Jgillen@geico.com]; Lewonka, Jeffrey [JLewonka@geico.com]; Pia, Louis [LPia@geico.com]; Mclaughlin, Kevin [KMclaughlin@geico.com] |
| **Subject:** | Overtime for Social Media Cases |
| **Attachments:** | Siu Special Project Exempt.docx |

Greetings,

There are a large amount of social media cases pending in SIU. Currently there are about 650 cases that need to be handled.

SIU management has been granted a special project in which field investigators will be offered overtime to handle these cases. **The rate of the OT pay will be $40 per hour** .

This special project will last only for one week (until this Friday). It will be evaluated by upper management to see if it will be extended, based on results.

If you are interested in this, I need to know immediately so I can add your name to the list. This is a **voluntary** program. If you volunteer, you must fill out the attached form and send it to me.

Any questions. Let me know.

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.