# Exhibit W

View Worker: Charise Jones

09:05 AM
08/23/2024
Page 17 of 61

## Job History

| Effective Date | Position | Process | Supervisory Organization | Worker Type | Job Profile (based on effective date) | Job Title | Business Title | Time Type | Location | Default Weekly Hours | Scheduled Weekly Hours | Pay Rate Type | Pay Group | Staffing Organizations | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/22/2023 | SIU Trainer | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 05/23/2023 09:30:24.893 AM |
| 05/22/2023 | SIU Trainer | Transfer: Charise Jones | SIU Org - SIU - 23 (Jeremy Connor (Inherited)) (inactive) | 1 - Regular | SIU Trainer | SIU Trainer | SIU Trainer | Full time | NY Melville (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 05/23/2023 09:30:24.893 AM |
| 05/08/2023 | SIU Trainer | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 05/11/2023 08:36:17.215 AM |
| 05/08/2023 | SIU Trainer | Transfer: Charise Jones | SIU Org - SIU - 74 (Nicole Hurley) | 1 - Regular | SIU Trainer | SIU Trainer | SIU Trainer | Full time | NY Melville (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 05/11/2023 08:36:17.215 AM |
| 11/01/2022 | SIU Trainer | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 10/31/2022 06:25:27.315 PM |
| 03/26/2022 | SIU Trainer | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company WB3800 DNU - WB SIU (inactive) | 03/25/2022 11:14:26.708 AM |
| 03/26/2022 | SIU Trainer | Promotion: Charise Jones | SIU Org - SIU - 55 (April Neyland) | 1 - Regular | SIU Trainer | SIU Trainer | SIU Trainer | Full time | NY Melville (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company WB3800 DNU - WB SIU (inactive) | 03/25/2022 11:14:26.708 AM |
| 12/19/2020 | Senior Field Security Investigator | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company WB3800 DNU - WB SIU (inactive) | 12/22/2020 08:07:47.782 PM |
| 01/04/2020 | Senior Field Security Investigator | Edit Position: Charise Jones | SIU Org - SIU - 55 (April Neyland) | 1 - Regular | Senior Field Security Investigator | Senior Field Security Investigator | Senior Field Security Investigator | Full time | NY Long Island - NYC JPS | 38.75 | 38.75 | Hourly | | Government Employees Insurance Company Y131 SIU Central/Medical (inactive) | 01/09/2020 02:44:23.206 PM |
| 10/27/1986 | Senior Field Security Investigator | Assign Pay Group: Charise Jones | | | | | | | | | | | Regular | | 06/02/2017 07:37:59.226 PM |
| 10/27/1986 | Senior Field Security Investigator | Assign Organizations: Charise Jones | | | | | | | | | | | | Government Employees Insurance Company Y131 SIU Central/Medical (inactive) | 05/17/2017 08:11:43.313 PM |
| 10/27/1986 | Senior Field Security Investigator | Hire: Charise Jones | SIU Org - SIU - 55 (April Neyland) | 1 - Regular | Sr. Outside Sorty Invest | Sr. Outside Sorty Invest | Sr. Outside Sorty Invest | Full time | NY Long Island - NYC JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company Y131 SIU Central/Medical (inactive) | 05/17/2017 06:24:09.974 PM |

**Manager History**

Geico Confidential Data

Confidential

G004605



View Worker: Charise Jones

09:05 AM
09/23/2024
Page 18 of 61

### Manager History

| Position | Start Date | End Date | Manager History | | |
| --- | --- | --- | --- | --- | --- |
| | | | Manager | Managed From | Managed To |
| Claims PMA IV | 08/26/2023 | | Douglas Koontz | 02/19/2024 | |
| | | | Jerry Malon | 10/24/2023 | 02/18/2024 |
| | | | Jonathan Tortora (Terminated) | 10/19/2023 | 10/24/2023 |
| | | | Jerry Malon | 10/02/2023 | 10/19/2023 |
| | | | Sarah Greenman | 08/26/2023 | 10/01/2023 |
| SIU Trainer | 05/22/2023 | 08/25/2023 | Sarah Greenman | 06/14/2023 | 08/25/2023 |
| | | | Jerry Malon | 05/22/2023 | 06/13/2023 |
| SIU Trainer | 05/08/2023 | 05/21/2023 | Matt Krebbs (Terminated) | 05/08/2023 | 05/21/2023 |
| SIU Trainer | 03/26/2022 | 05/07/2023 | April Neyland | 03/26/2022 | 05/07/2023 |
| Senior Field Security Investigator | 11/26/2016 | 03/25/2022 | April Neyland | 11/26/2016 | 03/25/2022 |

### Worker Security