# Exhibit Y



View Worker: Daniel King (Terminated)

07:43 AM
08/26/2024
Page 18 of 43

### Accounts

| Account Nickname | Country | Bank Name | Account Type | Account Number | Prenote Status | Action |
|---|---|---|---|---|---|---|
| Bk of America ******6929 | United States of America | Bk of America | Checking | ******6929 | None | |
| GEICO FCU ******2219 | United States of America | GEICO FCU | Savings | ******2219 | None | |

### Payment Elections

| Pay Type | Payment Elections | | | |
|---|---|---|---|---|
| | Payment Type | Account | Account Number | Distribution |
| Regular Payroll | Direct Deposit | GEICO FCU ******2219 | ******2219 | Amount: 250.00 |
| | Direct Deposit | Bk of America ******6929 | ******6929 | Balance: Yes |
| Expense Payment Election Rule | Direct Deposit | Bk of America ******6929 | ******6929 | Balance: Yes |

### Withholding Orders

none entered

### Absence

### Absence Balance

There are no eligible plans as of today.

### Absence Requests

Leaves of Absence Requests

| Leave of Absence | Leave Return Event | Last Day of Work | First Day of Leave | Actual Last Day of Leave | Estimated Last Day of Leave | First Day Back at Work |
|---|---|---|---|---|---|---|
| HLOA-Paid | Absence Return for Daniel King (Terminated) last day of absence on 05/25/2020, first day back at work on 05/26/2020 | 02/17/2020 | 05/12/2020 | 05/25/2020 | 05/25/2020 | 05/26/2020 |
| FML-LOA-Paid | Absence Return for Daniel King (Terminated) last day of absence on 05/11/2020, first day back at work on 05/12/2020 | 02/17/2020 | 02/18/2020 | 05/11/2020 | 05/11/2020 | 05/12/2020 |

### Time Off Requests

| Time Off | Date | Day of the Week | Type | Requested | Unit of Time | Comment |
|---|---|---|---|---|---|---|
| Absence Request: Daniel King (Terminated) | 05/08/2020 | Friday | Caretime | | 7.75 Hours | |
| Absence Request: Daniel King (Terminated) | 04/29/2022 | Friday | Caretime | | 7.75 Hours | |
| Absence Request: Daniel King (Terminated) | 04/28/2022 | Thursday | Caretime | | 7.75 Hours | |
| Absence Request: Daniel King (Terminated) | 04/19/2022 | Tuesday | Caretime | | 7.75 Hours | |
| Absence Request: Daniel King (Terminated) | 04/08/2022 | Friday | Caretime | | 7.75 Hours | |
| Absence Request: Daniel King (Terminated) | 04/07/2022 | Thursday | Caretime | | 7.75 Hours | |

Geico Confidential Data