# Exhibit CC

**In the Matter Of:**

Keith Fischer, et al. vs GEICO

2:23 Civ. 2848 (GRB) (ARL)

---

**LOUIS PIA**

*August 13, 2024*

---

*Contains Highly Conf. Testimony*



800.211.DEPO (3376)
EsquireSolutions.com

Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 3 of 15 PageID #: 7242

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
45–48

Page 45

L. PIA
1
2  much, that our legal unit was become
3  overburdened with EUO's.  So they gave us a
4  90-minute training session.  And then, we were
5  qualified to conduct Examinations Under Oath.
6  And therefore, going forward, I think I
7  conducted conservatively speaking, estimate,
8  600, 700 EUO's.
9      Q.  Did you have -- strike that.
10         When we're talking about your general
11  work schedule, did you have set hours that you
12  worked each day?
13      A.  I -- I wouldn't say they were set
14  hours, but they were pretty much in the same
15  time frame.
16      Q.  And what do you mean by that?
17      A.  Well, I mean, most of my days started
18  at around 6:30 in the morning, 7:00 o'clock in
19  the morning.  And would end in the late
20  afternoon, where I would break for dinner, and
21  then go back after dinner and -- and, you know,
22  finish up whatever work that I either still had
23  or tried to finish up.  There were times, you
24  know, in the course of my business that if it
25  -- an examiner said, listen, I'm bogged down

Page 46

L. PIA
1
2  all day, I'll be available at 7:00 o'clock at
3  night.  You know, then, I would go and
4  interview him or her at 7:00 o'clock at night.
5         So my -- my schedule was flexible, but
6  with the EUO's and the interviews, most of my
7  work was conducted during business hours.
8      Q.  Did you have a set working schedule?
9      A.  You just asked me that.
10      Q.  Right, in terms of -- did you have a
11  schedule for your work hours each day?
12      A.  Well, not a schedule, but, for
13  example, if I knew I had to do four
14  Examinations Under Oath -- and no offense
15  taken, but I -- I couldn't get a reporter at
16  6:00, 7:00 o'clock at night.  So I knew I had
17  to schedule my EUO's within a certain time
18  period, in order to have the availability of,
19  you know, a court reporter.  And also, most of
20  the policyholders or the people I was
21  interviewing would preferably, you know, want
22  to meet with me during -- during the daytime.
23      Q.  Did you work five days a week?
24      A.  I -- when?
25      Q.  When you were working as a lead

Page 47

L. PIA
1
2  security investigator.
3      A.  Lead security, I worked seven days a
4  week.
5      Q.  Seven days a week?
6      A.  Yes.
7      Q.  Okay.  Were you scheduled to work
8  seven days a week?
9      A.  When you say "scheduled", it's -- it's
10  kind of a convoluted question because it --
11  they didn't -- they didn't -- in order to
12  handle my case load, in order for me to not to
13  be penalized, I had to work over and above the
14  40 hour, or a 38.75-hour workweek in order for
15  me not to be penalized; and, therefore, not get
16  a raise or put on coaching or, you know,
17  possibly be terminated.
18      Q.  Were you scheduled to work 38.75 hours
19  per week?
20      A.  I would say yes.
21      Q.  Was that the case throughout your
22  GEICO employment?
23      A.  Well, that was the policy that GEICO
24  instituted, but that wasn't the practice.
25      Q.  I'm just asking about the policy.

Page 48

L. PIA
1
2      A.  Well, then, I -- you could say that.
3  And not to be argumentative, but I didn't know
4  where you were coming from.  And that the
5  policy of GEICO was 38.75, yes; but the
6  practice that GEICO instilled in us was no way
7  near the 38.75.
8      Q.  Who was your supervisor when you
9  worked in the SIU beginning in approximately
10  the 2016 period?
11      A.  2016, it was Gerry Cassagne.
12      Q.  Did you have any other supervisors
13  between 2016 and 2022?
14      A.  Now, when -- when you say any other
15  supervisors, let me -- let me just backtrack.
16  Gerry -- Gerard Cassagne was my direct
17  supervisor, but the way GEICO was set up is
18  that -- for example, Dara Campbell was a
19  supervisor, Toni Dagata was another supervisor.
20  These supervisors did have occasion to audit my
21  cases, as well as Gerry auditing other
22  investigators' cases within the unit.  So I did
23  have supervision from other supervisors, but my
24  direct supervisor was Cassagne.
25      Q.  From 2016 to 2022?



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
49–52

Page 49
L. PIA
1
2     A.  I -- yes.
3     Q.  I guess my question is:  Did you ever
4  have any other direct supervisors during that
5  period?
6     A.  Direct supervisors, no.
7     Q.  Do you know how many investigators
8  Gerry Cassagne supervised at a given point in
9  time?
10    A.  Over the course of his career?
11    Q.  Yeah, approximately how many people he
12  was responsible for supervising.
13    A.  In what time period?
14    Q.  At a given point in time between 2016
15  and 2022?
16    A.  Well, I mean, his team I'm sure --
17  you'd have to ask him for a -- for a more exact
18  number, but he had several investigators, other
19  than myself and his team when I was -- when I
20  was under his supervision.
21    Q.  When you say "several", is that a few?
22  Could it be ten?
23    A.  I don't know if it was ten, or -- and
24  maybe it was ten.  I -- I -- I don't know.
25    Q.  Okay.  Do you know the job titles of

Page 50
L. PIA
1
2  the other people that he supervised?
3     A.  I think the job titles of everyone
4  that was in his team was the same job title as
5  -- a job title, he had some -- some lead
6  investigators like myself, and he also had some
7  SIU investigators, also.
8     Q.  Did he supervise anyone directly that
9  worked from the office in a desk, or inside
10  role?
11    A.  That, I don't know.
12    Q.  How often did you speak with Gerry
13  from 2016 to 2022?
14    A.  I would say at least conservatively
15  once a week, but there were occasions when it
16  really got out of hand case-wise, that I was --
17  I was chatting with him a little bit more than
18  -- than once a week.
19    Q.  And did you have a manager at GEICO
20  between 2016 and 2022?
21    A.  Yes.
22    Q.  Who was that?
23    A.  Now, I don't know if -- Mike DeGrocco
24  was a manager that I had.  I don't know if Bill
25  Newport, who was my -- my last manager.  I

Page 51
L. PIA
1
2  don't know if he was -- if he was there in
3  2016.  I know he was employed at GEICO, but I
4  don't know if he was in the position of SIU
5  manager.  So I would safely say it was Mike
6  DeGrocco, and then followed by Bill Newport.
7     Q.  How often did you have interactions
8  with Mike DeGrocco?
9     A.  Directly?
10    Q.  Yeah.
11    A.  Maybe once a month.
12    Q.  And the same question with respect to
13  Bill Newport?
14    A.  Yeah, I would say conservatively once
15  a month.
16    Q.  Did you interact with him directly in
17  a one-on-one capacity?
18    A.  Mainly everything went from him to
19  Gerry, and then from Gerry to -- to myself and
20  other investigators; but I've had dealings with
21  Bill Newport, where I was in the office and
22  spoke to him directly.
23    Q.  Have you heard of the term "flex time"
24  at GEICO?
25    A.  I mean, the term, I'm not familiar

Page 52
L. PIA
1
2  with.  If you want to define it for me, and
3  I'll -- I'll -- I'll let you know if I'm
4  familiar with it.
5     Q.  Was there ever a policy in place with
6  respect to your employment, where you were able
7  to work less hours on a given day, and make-up
8  those hours later in the day or on another day
9  in the same workweek?
10    A.  I -- I don't recall whether -- that
11  being policy, no.
12    Q.  When you were working, were you free
13  to complete your work at any time that it was
14  convenient for you during the work day, or did
15  you have set hours where you had to complete
16  your work?
17    A.  No, as I -- as I stated before -- and
18  maybe I could be a little bit more clear.  I
19  mean, I -- I was -- I was working -- I was
20  doing my case load at -- some nights, 9:00,
21  10:00, 11:00 o'clock at night.
22    Q.  When you were assigned specific cases,
23  were they all different types of cases, or were
24  their subsets of cases in -- in the SIU?
25    A.  What time period?



Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 5 of 15 PageID #: 7244

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
61–64

Page 61

L. PIA

1
2    A.  I'm going to say I conducted an EUO in
3  every borough, with the exception of Staten
4  Island.  And I can't be quite sure.  I may have
5  done one in Staten Island.
6    Q.  Was there a specific EUO location
7  within each borough?
8    A.  Yes.
9    Q.  Did you decide where to schedule your
10  EUO's?
11    A.  We were basically told to schedule the
12  location based on the closeness to the
13  individual that we're -- that we're going to
14  EUO, their residence.
15    Q.  And throughout this period, were you
16  living on Long Island?
17    A.  Yes.
18    Q.  How long did it take you to drive to
19  each EUO center approximately?
20    A.  Well, EUO's were only conducted on the
21  weekdays.  So therefore, you had the largest
22  volume of traffic on the weekdays.  The Bronx
23  and Brooklyn were, on average, the worst, the
24  longest travel time it took.  I did a lot of my
25  -- well, I would say predominantly, most of my

Page 62

L. PIA

1
2  cases in the Bronx and Brooklyn.  And I would
3  leave my house at approximately 7:00 o'clock,
4  and I wouldn't get to the Bronx -- which was
5  right down the block from Yankee Stadium --
6  until about 8:20, 8:30.  Now, you throw in a
7  little rain and snow, and you can add on a half
8  hour to 45 minutes to that.
9     Brooklyn, same type -- same type of a
10  -- you know, length of time.  Rain on the BQE
11  just basically, you know, put everything to a
12  standstill.  It took a long time.
13    Q.  And how much time would you say that
14  you spent in the field on a given day?
15    A.  Well, let's take it -- let's take, for
16  example, the -- an EUO day, and -- and when you
17  went out on an EUO -- at least I, and I know a
18  lot of a -- the investigators.  There were
19  multiple EUO's.  You had to schedule more than
20  one EUO on a given day, or you just ran out of
21  time.
22     So if I went out with two or three
23  EUO's scheduled, I would leave my house at --
24  well, I would -- I would review or just peruse
25  the EUO's that I had at about 6:30 in the

Page 63

L. PIA

1
2  morning.  Get in the car, leave at about 7:00.
3  Depending on -- just let's say, for instance, I
4  arrive at the Bronx at about 8:30.  Now, the
5  scheduling of the EUO's was quite difficult,
6  also, because some of these people wouldn't
7  show up.  So you had to give them 45 minutes
8  waiting time.  If they did show up, I would say
9  a normal EUO would take an hour, sometimes
10  longer.
11     So if you had several EUO's, you
12  couldn't schedule them at 9:00, 9:30 and 10:00
13  because if all three showed, you -- you know,
14  you had three different court reporters, and it
15  just wouldn't work.  So you had to do 9:00,
16  10:30, you know, maybe 12:00 noon.  And just --
17  let's say your last EUO didn't show at 12:00.
18  You had to remain there until 12:45.  Coming
19  back home, understandably, there was less
20  traffic, but it still took you about 40
21  minutes, you know, half hour to get home.
22     And then, when you got back to your
23  office, you were responsible to -- well, let me
24  -- let me stop there.  Your question was:  How
25  long did you spend in the field?  Is that

Page 64

L. PIA

1
2  correct.
3    Q.  Correct.
4    A.  Okay.  So I'm back home from -- from
5  7:00 to about 2:30.
6    Q.  And you said -- strike that.
7     How many days a week did you typically
8  schedule EUO's?
9    A.  I would say, myself, probably three to
10  four.
11    Q.  And what was the approximate rate of
12  no-shows for EUO's?
13    A.  No -- no-shows, you -- you -- again,
14  the rate, the percentage, you know, I -- I --
15  I'm not going to give you, but there was -- it
16  -- it was -- a large percentage of scheduled
17  EUO's were no shows, but there was work
18  involved in -- in the no-show appearance, also.
19    Q.  What work was involved in no-show
20  appearances?
21    A.  Well, you had to wait for 45 minutes,
22  and then you had to put a -- put a statement on
23  the record with the court reporter.  Then, you
24  had to contact the -- the legal -- GEICO's
25  legal to reschedule, unless it was a second



Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 6 of 15 PageID #: 7245

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
65–68

Page 65

L. PIA

1  no-show, and then you would -- you know, you --
2  when you formulated your report, you would
3  document the two no-shows.  And -- and then, if
4  -- you know, if -- if it was a first no-show,
5  then you have to give dates to the legal
6  people, and then they would reach out to the --
7  to the subject and see what dates are
8  available.  And, you know, it wasn't like a
9  no-show was -- was a breeze.  It still
10  encompassed a lot of work.
11      Q.  Did you bring your laptop with you
12  into the field?
13      A.  No.
14      Q.  Do you know if other investigators
15  did?
16      A.  I would say yes.
17      Q.  Is there a reason that you didn't?
18      A.  And when -- I didn't bring it as a --
19  as a -- as the norm.  I was working up in the
20  Bronx and -- I mean, I -- I can attest that
21  there were items that were stolen from vehicles
22  parked outside, or in the parking garage, and
23  also from the location where we conducted the
24  EUO's, also.  So for safety reasons, I didn't
25

Page 66

L. PIA

1  bring it.  And also, I was -- I was preoccupied
2  with the job I was doing there.
3      Q.  How would you spend the time waiting
4  for the individuals, if they were late to an
5  EUO?
6      A.  I would be in the room with the court
7  reporter.
8      Q.  Were there also adjournments of EUO's?
9      A.  When you say "adjournments", do you
10  mean the individual showed, and for whatever
11  reason, we didn't go through with the EUO?
12      Q.  Either that, or when you were already
13  on location, you would find out that the person
14  wasn't coming, or needed to request an
15  adjournment to another date.
16      Did that ever happen?
17      A.  Yes, but it depends on the -- when
18  that -- that occurred.  Like, if the EUO was at
19  9:00, and the -- the -- the -- the -- the
20  associate in -- in the law office for GEICO got
21  a call at 10:00 that they wanted to reschedule,
22  then, they would possibly still make that a
23  no-show.  And whether it was an adjournment or
24  a no-show, if a -- if that was at 9:00 o'clock
25

Page 67

L. PIA

1  and I still had a 10:00 or 11:00 -- an EUO,
2  then I still had to remain at the facility for
3  my other two EUO's.
4      Q.  How many claims did you typically
5  handle in a week from 2016 to -- forward?
6      A.  Yeah, yeah.  No, I got that.  And at
7  -- in 2016, I would say that to the best of my
8  recollection, I was doing a minimum of 30 claim
9  -- you said a week?
10      Q.  Yeah, per week.
11      A.  I -- I would say eight to ten.
12      Q.  Did that fluctuate over time?
13      A.  Yes.
14      Q.  Were some weeks busier than other
15  weeks?
16      A.  Extremely, yeah.
17      Q.  Were there certain times of the year
18  that were busier than other times?
19      A.  In that time period?
20      Q.  Yeah.
21      A.  Well, once COVID hit, the case load
22  went up drastically and -- now, during the
23  course of this time period, when the case load
24  was continually rising, okay, we were asking --
25

Page 68

L. PIA

1  and this was ongoing for years, even prior to
2  2016.  We were asking for overtime to be
3  incurred for the hours that we were working
4  over and above 38.75, and we were told that --
5  that GEICO doesn't approve and authorize
6  overtime for the excess amount of time
7  regarding the handling of cases.
8      So when the case load got to be so
9  extreme, that we couldn't do our job within the
10  38.75, we basically -- well, I basically
11  continued to do the work while asking for
12  overtime, not being approved, but continued to
13  do the work in order to satisfy my case load,
14  and not have the cases turn red; and, you know,
15  be possibly recognized as needing coaching and
16  -- and, you know, possibly being, you know,
17  terminated.  I needed the job.
18      Q.  Okay.  I believe my question on that
19  one was:  Were there certain times of the year
20  that were busier than others?
21      A.  Yes.
22      Q.  Okay.  Which times of the year were
23  those?
24      A.  Well, co -- after COVID hit, I would
25



Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 7 of 15 PageID #: 7246

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
69–72

Page 69

L. PIA

1
2  say that would be the -- the busiest time
3  regarding case load.
4      Q.  Before COVID hit, was there --
5      A.  So -- I'm sorry.
6      Q.  Before COVID hit, were there certain
7  times of the year that were busier than others?
8      A.  Yeah.  I mean, like -- like you asked
9  me before, certain weeks and certain months
10  fluctuated.  We used -- I used to keep a track,
11  as far as how many cases we got per month.  So
12  even before COVID and before 2016, some months,
13  you got 30 cases; other months, you may have
14  gotten 34.  You know, we -- I used to call
15  other investigators and say, you know, how many
16  cases did you get, you know, this month?  But
17  then when COVID hit, that's when the case load
18  went, you know, total -- totally, you know, out
19  of control.
20      Q.  When you say you called "other
21  investigators", who did you call?
22      A.  I think I may have called Lewonka.
23      Q.  Anyone else?
24      A.  He was actually, you know, in my team.
25  I don't -- I don't recall.  I'm sure I did, but

Page 70

L. PIA

1
2  I don't recall specifically the names of the
3  other associates.
4      Q.  And earlier, you testified that you
5  used to ask for overtime for work above 38.75
6  hours; correct?
7      A.  Yes.
8      Q.  Okay.  And I believe you used the
9  phrase "we".  You were told -- you said, "We
10  were told no."
11      Is that correct?
12      A.  Yes.
13      Q.  Who is "we" that you're referring to
14  there?
15      A.  Myself and other coworkers.
16      Q.  Which coworkers?
17      A.  Well, when I say "we", I did, you
18  know, converse with -- with other associates.
19  And also present at monthly meetings, where the
20  topic was brought up that, you know, other
21  coworkers were -- were present, where we were
22  told that we weren't getting overtime.
23      Q.  Which other associates are you
24  referring to specifically?
25      A.  Again, I -- I -- I can't name everyone

Page 71

L. PIA

1
2  that was at the meetings, but I remember there
3  was -- Mark Giambalvo was there, Keith Fischer,
4  John Moeser, Lewonka, myself.  There was Richie
5  Lenihan.  He was pretty vocal at the meetings,
6  he's -- he's deceased now, but there was a --
7  Connie Mangan maybe was -- was present.
8      These monthly meetings that -- that
9  were scheduled, I believe all were requested to
10  attend, unless you had other business -- you
11  know, other GEICO business that you weren't
12  able to attend.  So there were a lot of
13  associates or coworkers at these meetings, and
14  the topic of overtime was always brought up.
15      Q.  Okay.  It was brought up by these
16  individuals that you mentioned?
17      A.  Yeah, and other individuals that I
18  don't specifically remember their name.  The
19  case load and -- and overtime.
20      Q.  Were the monthly meetings in person?
21      A.  The monthly meetings were in person.
22  And then, I think, during COVID, they had some
23  type of Zoom meetings.
24      Q.  Were they your entire team, or the
25  entire -- the entire region, if you recall?

Page 72

L. PIA

1
2      A.  The entire region, I don't -- meaning
3  the SI -- the whole entire region to SIU unit?
4      Q.  Yeah.  What was the scope of the
5  invitees to these monthly meetings?
6      A.  What do you mean by "scope"?
7      Q.  So who was generally invited to these
8  meetings, if you know?
9      A.  I don't know who -- who was invited to
10  the meetings because I didn't do the
11  invitations; but unless you had other business,
12  which could be like an EUO scheduled or
13  something like that, the invitation to the
14  meetings -- now this is pre-COVID, okay -- was
15  to everyone, I believe, in the unit.
16      Q.  Everyone in the SIU, are you saying?
17      A.  In the SIU unit, I believe, yes.
18      Q.  Was that only in Region 2, or was that
19  beyond Region 2?
20      A.  I don't know what other regions did,
21  and I would -- I don't -- I could -- I could
22  say I -- I was never in a meeting in SIU unit,
23  other than Region 2.  Like, I never attended a
24  -- a -- a SIU Region 5 meeting.
25      MR. SLOTNICK:  We can go off the



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
73–76

Page 73

1              L. PIA
2    record.
3        THE VIDEOGRAPHER:  We are going off
4    the record, and the time is 11:24.
5        (Short break was taken off the
6    record.)
7        THE VIDEOGRAPHER:  We are back on
8    the record, and the time is 11:32.
9  BY MR. SLOTNICK:
10   Q.  Mr. Pia, would you say that other
11   investigators in 2016 forward, had the same or
12   similar workload that you did?
13   A.  Yes.
14   Q.  Why would you say that?
15   A.  Because I was made aware specifically,
16   you know, from Gerry Cassagne that the cases --
17   case load was going up, not only for myself and
18   -- and the members in my unit, but unit --
19   unit-wide.
20   Q.  And when did Gerry tell you that?
21   A.  Specifically, I don't remember the
22   exact date, but on one occasion, I know he --
23   he had accompanied the manager, Bill Newport,
24   to a home office.  I guess -- I don't know if
25   it's end of the year, like meaning calendar

Page 74

1              L. PIA
2    year, or whatever entity that GEICO determines
3    to be their fiscal year or whatever.  They
4    would all go to the home office, and all the
5    regions would participate in a -- you know, a
6    powwow, for lack of a better term.  And they
7    would be graded on the amount of cases, and
8    where they stood within the nation.
9        I remember one occasion, Gerry came
10   back and said, you know, Bill got hammered and
11   -- because he came in last in, like, case load
12   and amount of cases of -- assigned or whatever
13   the case may be.  And subsequent to that powwow
14   that year, our goals changed and the case load
15   went up.  In fact, I think it was shortly after
16   that that Bill opted to reach out to other
17   units, or other -- yeah, other units or other
18   sections within GEICO, and put out a request to
19   submit cases to the SIU.  And whoever submitted
20   the most cases on a particular month got, like,
21   a bagel party.  He took monies from the SIU
22   fund and bought the section bagels, you know,
23   in the morning for the claims examiners that
24   submitted the most cases.
25   Q.  Do you recall when that took place?

Page 75

1              L. PIA
2    A.  The exact time period, no.
3    Q.  Do you recall where that took place?
4    A.  In the GEICO building.
5    Q.  Was -- was anyone else present during
6    that conversation?
7    A.  Oh, I'm sorry.  I thought you meant
8    the GEICO party, the -- the bagel party for --
9    the conversation?
10   Q.  The conversation with Gerry that
11   you're --
12   A.  I don't know if it was on the phone or
13   -- or in person, but, no, it was just myself
14   and Gerry.
15   Q.  Were there any documents, or notes
16   that you took during that conversation with
17   Gerry?
18   A.  No.
19   Q.  Did you ever speak with any other
20   investigators in particular about their
21   workload after this point in time?
22   A.  During the time period?
23   Q.  Yeah.
24   A.  I would say I did, yes.
25   Q.  Who did you speak with?

Page 76

1              L. PIA
2    A.  Again, you know, it was at these
3    meetings -- I would say I spoke to John Moeser,
4    Keith Fischer, Lewonka.  I mean, I remember on
5    one occasion, if not more than one occasion,
6    after coming back on a day out in the field and
7    going into my computer, and finding like two or
8    three cases that were assigned to me, you know,
9    after 2:00 p.m. in the afternoon.  I either
10   called Gerry Cassagne and said, you know,
11   what's going on.  We're getting hammered here.
12   Or, I would have called Lewonka just to see if
13   he also got three cases.  So I -- I -- you
14   know, I spoke to other individuals that I also,
15   you know, can't recall at this time.
16   Q.  In your position, did you receive
17   performance evaluations?
18   A.  Yes.
19   Q.  Do you recall how often you received
20   those?
21   A.  The performance -- well, the
22   performance evaluations was once a year.
23   Q.  And who generally performed the
24   evaluations on your work performance?
25   A.  My immediate supervisor.



Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 9 of 15 PageID #: 7248

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
85–88

Page 85

1        L. PIA
2   Acknowledgements?
3      A.  Yes.
4      Q.  "Completed", do you see that?
5      A.  Yes.
6      Q.  Any reason to doubt that you completed
7   that training?
8      A.  No.
9      Q.  Do you know why there's no entry for a
10  pass of that training?
11     A.  I do not.
12     Q.  And then, on the same page, it says
13  5/30/2022 in the middle.  Do you see that?
14     A.  Yes.
15     Q.  On the left side, Policies and
16  Acknowledgements 2022, and it says completed
17  next to it.
18       Do you see that?
19     A.  Yes.
20     Q.  Any reason to doubt that you completed
21  that training?
22     A.  No.
23     Q.  Did you understand yourself to be a
24  non-exempt associate at GEICO?
25     A.  That always confused me, the

Page 86

1        L. PIA
2   non-exempt and -- and and the other one that
3   they -- they mentioned.  So I -- I don't know
4   what I was.  It always confused me from --
5   from the first time that I was hired, but it
6   really didn't matter to me, you know, what --
7   what I was classified as.
8      Q.  Do you know what non-exempt means?
9      A.  Well, non-exempt means that you're a
10  -- you know, something other than what their --
11  their -- the -- the regular, you know, group is
12  entitled to or -- or asked for.
13     Q.  And why do you say it didn't matter to
14  you if you were classified as non-exempt?
15     A.  Because I was still getting my
16  paycheck for -- for working at GEICO.  And the
17  overtime that we consistently asked for wasn't
18  getting approved, whether I was non-exempt or
19  -- or the other classification.
20     Q.  If you turn back to Exhibit 2.  And
21  you go back to Page G000039.
22     A.  Okay.
23     Q.  So from the language that I read
24  directly from this policy, did you understand
25  that working off the clock was not allowed at

Page 87

1        L. PIA
2   GEICO?
3      A.  Again, what I understood as -- as what
4   GEICO's policy was, and what the practice in
5   the workplace was, was totally different.
6      Q.  Okay.  I'm just asking if you
7   understood what the policy was.
8      A.  Based on the language that you just
9   read to me earlier?
10     Q.  Yes.
11     A.  Yes.
12     Q.  Did you understand that you were
13  required to accurately record your hours worked
14  at GEICO?
15       MR. SCIMONE:  Objection.
16       THE WITNESS:  Yes.
17  BY MR. SLOTNICK:
18     Q.  Were you aware that you were required
19  to report any issues that you felt you had,
20  with respect to payment for all of your hours
21  worked to your supervisor, local Human
22  Resources manager or corporate Human Resources?
23     A.  I did.
24     Q.  Do you know what -- the difference
25  between local Human Resources and corporate

Page 88

1        L. PIA
2   Human Resources was at GEICO?
3      A.  Yeah, the Berkshire Hathaway
4   Anonymous, I -- I did make a recording there.
5      Q.  You made a report?
6      A.  I called up and -- and made a -- yeah.
7      Q.  When did you make that call?
8      A.  I would say prior to the -- the Calg
9   study.
10     Q.  Approximately what year was that in?
11     A.  Well, it -- I think the Calg study was
12  done approximately 2008 or '10.  So it was
13  before 2008.
14     Q.  And who did you speak with --
15     A.  Oh, I don't recall.
16     Q.  -- if you're --
17     A.  I don't know who.  I don't know their
18  name.
19     Q.  Do you remember the number that you
20  called?
21     A.  No, it was a -- I don't know if it was
22  a 1-800 number or what.  No, I do not.
23     Q.  And what was the substance of the
24  conversation that you had?
25     A.  I just basically informed them that I



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
97–100

L. PIA

1
2    Q.  Do you recall signing this document?
3    A.  I believe so, yes.
4    Q.  Okay.  Did you read the declaration
5   before you signed it?
6    A.  Yes.
7    Q.  If you continue to flip -- I -- I
8   jumped the gun a little.
9       If you keep flipping to the Page 7 of
10  -- of the Declaration of Louis Pia.
11   A.  Okay.
12   Q.  Is that your signature on Page 7?
13   A.  Yes.
14   Q.  Do you recall signing this document?
15   A.  Yes.
16   Q.  And you read this declaration before
17  you signed it?
18   A.  Yes.
19       MR. SCIMONE:  Kind of -- objection.
20    There's a lack -- lack of foundation.
21    There's a break between the
22    Interrogatories and the Declaration.  So
23    I just want to make that clear.
24       MR. SLOTNICK:  To clarify, yes, this
25    is the Declaration of Louis Pia, which

L. PIA

1
2   is referenced and connected to the
3    responses to the Court's
4    Interrogatories.
5   BY MR. SLOTNICK:
6    Q.  Mr. Pia, were you always paid for all
7   of the time that you entered into the GEICO
8   works -- workday system -- time-keeping system?
9    A.  I believe I was, yes.
10   Q.  If you look -- if you look on
11  Paragraph 8.
12   A.  So we're going backwards; right?
13   Q.  Yep.  This is on Page 3 of the
14  Declaration.
15   A.  Okay.
16       MR. SCIMONE:  Do you understand what
17    he means by Declaration?  You flipped
18    past the page, but you saw that there's
19    a page -- cover page with Declaration
20    there?
21       THE WITNESS:  Yes, there's two
22    documents --
23       MR. SLOTNICK:  Two documents.
24       THE WITNESS:  -- in one exhibit?
25       MR. SCIMONE:  Yep.

L. PIA

1
2   BY MR. SLOTNICK:
3    Q.  Right, two documents.  The first one
4   is the Interrogatory responses, the second was
5   your Declaration.
6       So when I reference paragraphs, we're
7   talking about the second one, the declaration?
8    A.  Yeah, understood.
9    Q.  Okay.  So in Paragraph 8, you say:  "I
10  only reported up to 38.75 hours per week, or
11  7.75 hours a day, five days a week in the
12  timekeeping program because I understood based
13  on statements from my supervisors that GEICO
14  would not approve overtime, except in extreme
15  cases.  For example, catastrophe assignments
16  like major hurricanes."
17       Which supervisor told you that?
18   A.  That -- that -- I mean, I -- I would
19  say Gerry Cassagne, but that was going back
20  prior to 2016.  Because when a major hurricane
21  occurred, I believe Keith Fischer from our unit
22  was picked to go to Georgia, or wherever the
23  hurricane occurred.  And based on his return,
24  it was -- information was forwarded that he
25  incurred overtime while there.

L. PIA

1
2    Q.  Based on -- strike that.
3       With respect to statements from Gerry,
4   do you recall how many times he told you that?
5    A.  I -- no.
6    Q.  Do you recall when he told you that?
7    A.  As far as GEICO would not approve
8   overtime?
9    Q.  Yes.
10   A.  I mean, I don't know if Gerry was
11  responsible at every monthly meeting, but there
12  was several meetings -- I can't say the exact
13  number -- that overtime was brought up almost
14  at every -- at every meeting.  And it -- and
15  the questions were forwarded to the supervisors
16  at the podium.
17       So whether it was Gerry or another
18  supervisor, it was on several occasions that we
19  were told that no overtime was to be given.
20  That was the practice with -- you know...
21   Q.  So those conversations took place in
22  these meetings you're talking about; correct?
23   A.  Yes.
24   Q.  Okay.  And did they take place
25  anywhere else, other than the meetings?



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
101–104

Page 101

L. PIA

1
2    A.  I -- I -- I would venture to say that
3    -- that I -- I had telephone conversations with
4    Gerry regarding overtime, where he told me, you
5    know, it was not allowed.
6    Q.  Was anyone else present for those
7    phone calls?
8    A.  No.
9    Q.  And can you describe generally what
10   you mean by "catastrophe assignments"?
11   A.  Major hurricane or a -- a flooding.
12   Anything where a section of the country needed
13   additional work man-hours, what GEICO would do
14   is they would have -- they called it a CAT
15   team.  I wasn't a member of the CAT team, but I
16   think it was an acronym for catastrophe team or
17   whatever.  And they would respond to these
18   locations to assist, and get everything -- all
19   the claims up in order.  And that's what I
20   meant by catastrophe.
21   Q.  So the CAT team, as you say, was --
22   that was a specific sub-team?
23   A.  Not within GEICO.  The CAT team
24   encompassed claims examiners, management, theft
25   examiners.  You know, the whole -- the whole

Page 102

L. PIA

1
2    company.
3    Q.  Was it a voluntary team to sign up
4    for; do you recall?
5    A.  I wasn't that into it, so -- but I
6    think it was voluntary, yes, because you would
7    -- you would be gone for sometimes a week or
8    two, you know, so I mean -- I'm sure family
9    issues came into play.  They couldn't order you
10   there.
11   Q.  And so that would generally result in
12   going to whichever part of the country needed
13   the assistance at that time; is that right?
14   A.  Correct.
15   Q.  Did you work any CAT assignments at
16   all at GEICO?
17   A.  I -- I don't believe so, no.
18   Q.  If you look at Paragraph 13 of the
19   declaration.  It's on Page 5.
20   So the first line says:  "GEICO
21   required me to seek approval from my supervisor
22   to submit any hours worked above 38.75."
23   Do you see that?
24   A.  Yes.
25   Q.  And which supervisor told you that?

Page 103

L. PIA

1
2    A.  Well, I believe -- unless I'm reading
3    this incorrectly -- the policy handbook states
4    that.  Correct?
5    Q.  I'm just asking:  Did any supervisor
6    tell you that specifically?
7    A.  I -- the supervisor may have said that
8    to me, to eliminate the fact of putting in
9    overtime in the time records because overtime
10   was not permitted.
11   Q.  So the next line in the same paragraph
12   says:  "Gerard Cassagne, my supervisor,
13   frequently reiterated to me and other special
14   investigators that we had to get all of our
15   work done in 38.75 hours, and that an inability
16   to do so may lead to lower ratings, coaching
17   and possibly termination."
18   When did Mr. Cassagne tell you that?
19   A.  Oh, over the course of my -- my --
20   over the course of his supervision with me in
21   -- in GEICO.  It was repeatedly told to me by
22   him whenever I -- I brought it up, or at a
23   meeting.
24   Q.  How often would you say you brought it
25   up?

Page 104

L. PIA

1
2    A.  Well, as I testified before, every
3    meeting that I was present at, the topic of
4    overtime came up.  As far as the coaching end
5    of that question, there was an individual who
6    -- his name is Stevie Banks.  He was a -- an
7    associate of ours.  He -- he's deceased, but he
8    -- he -- he had other business concerns, and
9    decided that he was going to shut down at 4:00
10   o'clock every day.  His cases ultimately piled
11   up, and his cases turned red.  He was put on
12   coaching.  And I had several conversations with
13   Gerry, where he was very concerned that Stevie
14   Banks may lose his job.
15   Q.  What else did Gerry say about Stevie
16   Banks' performance?
17   A.  He -- he really didn't go into
18   specific detail about his -- his, you know,
19   work ethic, just the fact that he was put on
20   coaching before -- because he shutdown.  And it
21   was also noted to me that unless everybody
22   shutdown like Stevie Banks, that we would
23   continue to go on here -- if certain people
24   were conforming, and working the hours unpaid,
25   and their cases were -- were, you know, being



Case 2:23-cv-02848-SJB-ST    Document 143-2    Filed 10/10/25    Page 12 of 15 PageID #: 7251

LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
105–108

Page 105

L. PIA
1
2  met, then there's -- there was going to be no
3  change.
4     Q.  When did he tell you that?
5     A.  I don't know exactly, but during that
6  time period, and even before.
7     Q.  Was that on the phone?
8     A.  Could have been on the phone, in
9  person or both.
10    Q.  Did you take any notes of those
11 conversations?
12    A.  No.
13    Q.  Were those conversations reflected in
14 any e-mails that you recall?
15    A.  No.
16    Q.  If we could go back to Paragraph 8.
17 So it says:  "I recall my supervisor, Gerard
18 Cassagne, discussed with me the norms of
19 everyone working overtime off the clock to keep
20 up with GEICO's performance metrics.  And he
21 said that the only way the practice would stop
22 is if everyone collectively stopped working
23 after 7.75 hours per day, and allowed their
24 cases to go red.  Meaning the cases would
25 receive poor ratings.  Accordingly, I only

Page 106

L. PIA
1
2  entered 7.75 hours per day, 5 days a week,
3  regardless of how many hours I actually
4  worked."
5     Mr. Pia, is that the conversation that
6  you were just referring to in your testimony?
7     A.  In sum and substance, yes.
8     Q.  And when you say "go red," what
9  exactly does that mean?
10    A.  The system that we used on the
11 computer -- and again, I'm not an IT.  I'm like
12 a -- you know, a little bit behind the ball
13 with that, but the SICMS computer would have --
14 there would be a queue on the left side of the
15 screen, and that would be a list of all your
16 cases.  And if you didn't meet certain
17 requirements within a -- a -- a -- a case life,
18 then your -- your case would turn red.
19    So in essence, if -- if you, you know,
20 shutdown and say, hey, I'll get to that when I
21 get to that, and all of a sudden, either the
22 time period to update your case or the 30-day
23 case life came up, the case would turn red.
24 Then, the other case would turn red, and so on
25 and so forth.

Page 107

L. PIA
1
2     Q.  How could you prevent a case from
3  turning red?
4     A.  Working as many hours as it takes in a
5  day to -- to get your work done, even if it's
6  over and above 7.75.
7     Q.  Would taking -- strike that.
8        Would entering -- strike that.
9        You mentioned SICMS?
10    A.  Yeah, it's an acronym for special
11 investigation case management system or
12 something -- something to that effect.
13    Q.  Was that the case management software
14 that you used at GEICO?
15    A.  Yes, issued by home office.
16    Q.  And if you made an entry in SICMS in a
17 given case, would that prevent or take away a
18 red flag for that case?
19    A.  It depends on the entry.
20    Q.  What do you mean by that?
21    A.  Well, I mean, if -- if I just went in
22 the case and went, hi, and then exited out, you
23 know, the case would still -- you know, you
24 have to show some type of -- of constructive,
25 you know, data in the entry.

Page 108

L. PIA
1
2     Q.  Was the construct of a case being red
3  -- was that something that somebody could go in
4  and review, and take the -- like, take the red
5  flag away from the case, or is it an automatic
6  thing, where, hey, the -- it -- the red flag
7  would pop up based on a certain number of days
8  the case had been dormant?
9     A.  To the best of my knowledge, if a case
10 turned red, it could not be taken away.
11    Q.  Could not be taken away?
12    A.  Correct, that's to the best -- the
13 best of my knowledge.
14    Q.  Do you know if there were other colors
15 of flags for cases?
16    A.  Yes.  As a case was nearing red, it
17 would turn yellow.
18    Q.  When you say "nearing red", what do
19 you mean by that?
20    A.  Like, for example, if -- if the case
21 life was 30 days, within a certain -- maybe a
22 week's time, that case would turn yellow.  So
23 it would be a warning to the investigator like,
24 okay, Case Number 12345, I got a week, you
25 know, to -- to get up on that before it turned



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
217–220

Page 217

1        L. PIA
2    were done-done, but --
3        MR. SLOTNICK:  Yeah.
4        THE VIDEOGRAPHER:  We are going off
5    the record, and the time is 15:14.
6        (Short break was taken off the
7        record.)
8        THE VIDEOGRAPHER:  We are back on
9        the record, and the time is 15:15.
10   EXAMINATION BY
11   MR. SCIMONE, ESQUIRE:
12       Q.  All right.  Mr. Pia, my name is
13   Michael Scimone, I'm your attorney, as you
14   know.  I have a few followup questions about
15   your testimony earlier today.
16       So you testified early in the
17   proceeding that it was your understanding that
18   the Regional Manager, John Pham, had a dislike
19   for your region.  Do you recall that testimony?
20       A.  Yes.
21       Q.  Do you have an under -- any
22   understanding why -- what the source of that
23   dislike was?
24       A.  Yes, I -- I was led to believe and
25   informed that he didn't like police officers.

Page 218

1        L. PIA
2    And many of us SIU investigators were retired
3    police officers.
4        Q.  You had testified in the course of the
5    day that you got cases re -- referred to you
6    from different sources within GEICO.
7        Do you recall that testimony?
8        MR. SLOTNICK:  Objection.
9        THE WITNESS:  Yes.
10   BY MR. SCIMONE:
11       Q.  All right.  Based on your
12   understanding, what was the role of management,
13   if any, in controlling or overseeing the flow
14   of the different cases to investigators in your
15   unit?
16       MR. SLOTNICK:  Objection.
17       THE WITNESS:  It changed drastically
18       during my 19 and-a-half years.  Towards
19       the end, which -- which is the time
20       period between 2016 and 2022, the case
21       load was demanded to be higher by the
22       manager.  So as not to be embarrassed
23       when he went to the end-of-the-year home
24       office meetings in Virginia.
25

Page 219

1        L. PIA
2    BY MR. SCIMONE:
3        Q.  And you testified about that -- those
4    home office meetings and your understanding of
5    what went on there.  Toward the end of the day,
6    you mentioned hearing something about that from
7    Marie Butler.
8        My question is whether you learned
9    about those meetings from any other source
10   besides Ms. Butler?
11       MR. SLOTNICK:  Objection.
12       THE WITNESS:  Yes, I -- I learned
13       from Gerry Cassagne.  He actually
14       attended one of the meetings with Bill
15       Newport.  And when he came back, in sum
16       and substance, he was like, you know,
17       Bill got his butt handed to him.  We
18       were really low in the nation regarding
19       case load and things are going to
20       change, and so on and so forth.
21   BY MR. SCIMONE:
22       Q.  And did you have any understanding
23   from that conversation about what that meant
24   for the unit, or for Mr. Newport, in terms of
25   his standing in the company?

Page 220

1        L. PIA
2        MR. SLOTNICK:  Objection.
3        THE WITNESS:  I -- I -- the -- the
4        company as a whole -- well, not the
5        company -- strike that.  The unit as a
6        whole was going to be affected because
7        it would get -- and again, I was -- my
8        understanding was putting myself in Bill
9        Newport's shoes, and I -- I didn't want
10       to go back there next year, and still be
11       in the low-man, as far as case load.  So
12       there had to be a change and -- and
13       there was.  There was an increase in
14       cases and -- and it was for the whole
15       unit, not just a specific team or -- or
16       -- or investigator.
17   BY MR. SCIMONE:
18       Q.  You mentioned the program WebEx today,
19   and you testified about seeing a green
20   indicator that showed to you the people who
21   were working.  Do you recall that?
22       A.  Yes.
23       MR. SLOTNICK:  Objection.
24       THE WITNESS:  Yes.
25



LOUIS PIA  Contains Highly Conf. Testimony
Keith Fischer, et al. vs GEICO

August 13, 2024
221–224

Page 221

L. PIA
1
2  BY MR. SCIMONE:
3     Q.  Do you recall ever seeing any
4  supervisors that were green during times that
5  were outside normal business hours?  For
6  example, late in the evenings or on the
7  weekends.
8     A.  I do not, no.
9     Q.  You mentioned at some point today that
10 the Regional Vice President, John Pham,
11 sometimes attended unit meetings in your
12 region.  Am I acc -- restating that accurately?
13    A.  Unit meetings in your region -- yeah.
14 Like, monthly meetings, yeah.  Yeah.
15    Q.  Do you recall any of the meetings that
16 John Pham attended, where people were raising
17 complaints about overtime or work load?
18    A.  I -- I believe they were raised during
19 it, and -- and to the best of my recollection,
20 if he was at one or two, you know, that was the
21 most he was at.  But during those meetings,
22 there were individuals -- I don't -- I don't
23 believe I raised the issue to him, but the
24 issues were raised to him about the case load,
25 as a part -- as opposed to covering it in the

Page 222

L. PIA
1
2  38.75 per week.
3     Q.  Do you recall who raised those issues
4  at meetings that John Pham attended?
5     A.  I mean, it had -- there were certain
6  individuals that every meeting, they were up on
7  their feet voicing the same concern.  One was
8  Richie Lenihan, the other one was Mark
9  Giambalvo.  I don't know if they specifically
10 mentioned it when Pham was at the meeting, but
11 I would venture to say if it was anyone, it was
12 either one of those two.
13    Q.  And you were asked at one point today
14 whether you ever submitted any -- I believe the
15 question was any form or document to GEICO that
16 was inaccurate, and I believe your testimony
17 and answer to that was no.
18       And so my question here is just to
19 clarify, you were you including your
20 time sheets that reported fewer hours when you
21 were working when you answered that question?
22    A.  Oh, okay.  Yes, those forms were
23 inaccurate, but they were the practice of the
24 working environment at GEICO.
25    Q.  And what caused you to submit those

Page 223

L. PIA
1
2  inaccurate time sheets, just for completeness?
3     A.  Because we were never authorized to
4  submit overtime.
5        MR. SCIMONE:  All right.  And then,
6     the last thing is for the record.  You
7     know, I'd like to call for production of
8     performance evaluations from the end of
9     the year for the witness, and also
10    report cards that were given to the
11    witness on a monthly basis.  These
12    should be responsive to our requests.  I
13    don't believe we have received them in
14    the several months of Discovery.  And so
15    we reiterate our call for production of
16    those documents.
17       MR. SLOTNICK:  Sure.  Counsel, if
18    you can followup in writing, we'd
19    appreciate it.
20       MR. SCIMONE:  Well, we've written
21    out our requests, of course, and
22    followed up several times about
23    documents that remain outstanding in the
24    case, and we will continue to do so.
25       MR. SLOTNICK:  You're done?

Page 224

L. PIA
1
2        MR. SCIMONE:  No further questions
3     at this time, subject to any followup by
4     defense counsel.
5        MR. SLOTNICK:  I have a couple of
6     followup questions.
7  FURTHER EXAMINATION
8  BY MR. SLOTNICK:
9     Q.  Mr. Pia, you testified that you
10 understood that John Pham did not like police
11 officers; is that correct?
12    A.  Correct.
13    Q.  What is that understanding based on?
14    A.  Just of information that I received
15 from other associates.  And I don't know if I
16 received it directly from -- from Gerry
17 Cassagne.  There were other investigators that
18 are retired that, you know, said, oh, he's not
19 a -- you know, he doesn't like us.  He's not a
20 friend of ours; but specifically, I don't
21 recall who -- who, in fact -- there was several
22 -- several people that voiced that concern.
23    Q.  Who were those several people?
24    A.  Again, I don't recall their exact
25 names.



```
 1                      L. PIA

 2                 C E R T I F I C A T E

 3

 4   STATE OF NEW YORK   )

 5                          :SS

 6   COUNTY OF NEW YORK  )

 7

 8        I, TIFFANIE JONES, a Notary Public within

 9   and for the State of New York, do hereby

10   certify:

11        That the witness whose examination is

12   hereinbefore set forth was duly sworn and that

13   such an examination is a true record of the

14   testimony given by such a witness.

15        I further certify that I am not related to

16   any of these parties to this action by blood or

17   marriage, and that I am not in any way

18   interested in the outcome of this matter.

19        IN WITNESS WHEREOF, I have hereunto set my

20   hand this 13th day of August, 2024.

21

22

23

24   _____

25        TIFFANIE JONES
```

