# Exhibit GG

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

_____
                                )
KEITH FISCHER, MICHAEL          )
O'SULLIVAN, JOHN MOESER, LOUIS  )
PIA, THOMAS BARDEN, CONSTANCE   )
MANGAN, and CHARISE JONES,      )
individually and on behalf of   )
all others similarly situated,  )
                                )  Case No.
            Plaintiffs,         )  23-Civ-02848(GRB)(ARL)
                                )
        v.                      )
                                )
GOVERNMENT EMPLOYEES INSURANCE  )
COMPANY d/b/a GEICO,            )
                                )
            Defendant.          )
_____)


VIDEOTAPED 30(b)(6) DEPOSITION of DEFENDANT,
GOVERNMENT EMPLOYEES INSURANCE COMPANY, by
JENNIFER FOGARTY


Friday, October 25, 2024
9:30 a.m.


Held at Outten & Golden LLP
685 New York Avenue, 25th Floor
New York, NY 10017


Reported stenographically by
JOSHUA B. EDWARDS, RDR, CRR, CRC
Notary Public of the State of New York
Registration No. 01ED0000628

Job No. 1212113



Page 78

1    treatment for multiple different doctors and then those
2    medical providers bill for services that weren't
3    actually rendered. That's an example.
4        Q.   And what would the field work for that type
5    of investigation entail?
6        A.   It could involve multiple things. Again, the
7    field investigator, any investigator has to determine
8    what steps need to be taken in the investigation. So
9    in a major case, major medical case, it may involve
10   scene canvas, statements, EUOs. It's up to the
11   investigator.
12       Q.   What job title do field medical investigators
13   report to?
14       A.   Should be an SIU supervisor. The exact title
15   would depend on what office, when.
16       Q.   Unless I say otherwise, all my questions
17   refer to the relevant time period of July 2016 to
18   present and New York, unless I state otherwise.
19       A.   Okay. It's SIU supervisor, but the exact
20   titles may be slightly different over the time period.
21       Q.   Are there other titles besides SIU supervisor
22   that supervise investigators?
23       A.   I believe in the past there was one specific
24   for field supervisors.
25       Q.   Currently are there any titles other than SIU

Page 79

1    supervisor that supervise investigators?
2        A.   No, only SIU supervisor, currently.
3        Q.   Who do SIU supervisors that supervise medical
4    fraud investigators report to?
5        A.   A SIU manager.
6        Q.   Do field medical fraud investigators also
7    supervisor -- I'm sorry, also investigate suspected
8    fraud cases?
9        A.   Yes.
10       Q.   Are you familiar with the job title inside
11   medical investigators?
12       A.   I don't believe we have the job title called
13   inside -- did you say medical investigators?
14       Q.   Correct.
15       A.   I don't believe that job title exists.
16       Q.   Is there a job title called internal medical
17   investigators?
18       A.   No.
19            MS. JEAN: I'm marking this exhibit as
20       Exhibit 4.
21            (Fogarty Exhibit 4, Job description for Lead
22       Security Investigator, was marked for
23       identification.)
24   BY MS. JEAN:
25       Q.   Do you recognize this document?

Page 80

1        A.   Yes.
2        Q.   Have you seen this before?
3        A.   Yes.
4        Q.   This document is Bates stamped document
5    G006754. At the top of the page you see the position
6    Lead Security Investigator?
7        A.   Yes.
8        Q.   Are you familiar with that job title?
9        A.   Yes.
10       Q.   Is this job title different from a security
11   investigator or -- I apologize, a field security
12   agreement investigator?
13       A.   Yes, it's different.
14       Q.   What is the difference?
15       A.   From a field -- which one did you want me to
16   compare it to, field medical fraud investigator or
17   internal fraud?
18       Q.   You can compare it to -- I apologize.
19            You can compare it to Exhibit 3 which states
20   senior field security investigator.
21       A.   And you want to know the difference between
22   that and a lead security investigator?
23       Q.   Yes. Give me one second. Let me ask the
24   question. Is the job title lead security investigator
25   different from the job title of senior field security

Page 81

1    investigator?
2        A.   Yes.
3        Q.   What are the differences?
4        A.   The lead security investigator is more senior
5    to a senior field security investigator. The biggest
6    difference is that they would, number 8, "lead team in
7    supervisor's absence." That's the biggest difference.
8        Q.   Earlier you testified about looking at a job
9    description from HR.
10       A.   Mm-hmm.
11       Q.   Have you ever had to review a job description
12   for lead security investigator?
13       A.   I couldn't say specifically. I've reviewed
14   lots of these, but I don't know specifically every
15   single one of them or when.
16       Q.   Were they on different occasions that you
17   would review the different job descriptions?
18       A.   Yes.
19       Q.   This document is dated on the top right-hand
20   corner 7/20.
21       A.   Mm-hmm.
22       Q.   Do you know if this is the current version of
23   lead security investigator's job description?
24       A.   I wouldn't know without checking with HR to
25   see if there's a subsequent version.

**MAGNA** ▶
**LEGAL SERVICES**

Page 82

```
 1        Q.   Do you know if there was a prior version of
 2   this document?
 3        A.   I wouldn't know.
 4        Q.   Is the job title lead security investigator
 5   still a job title at GEICO?
 6        A.   Yes.
 7        Q.   And do they investigate suspected fraud
 8   cases?
 9        A.   That's part of their job, yes.
10        Q.   Do lead security investigators do field work
11   as we discussed earlier?
12        A.   Depends.
13        Q.   What does it depend on?
14        A.   Where -- I would say based on where they are,
15   what office they reported to at a given time.
16        Q.   If they reported to the Melville office
17   between 2016 and present day, would they have conducted
18   field work?
19        A.   I don't know because I don't know if there
20   were any lead security investigators in New York.
21        Q.   Do you know who would know if there were any
22   lead security investigators in New York?
23        A.   Bill Newport would know.
24        Q.   And who do lead security investigators report
25   to?
```

Page 83

```
 1        A.   An SIU supervisor.
 2        Q.   And who would that SIU supervisor report to?
 3        A.   An SIU manager.
 4        Q.   Is there anyone above an SIU manager other
 5   than the SIU director that the manager would report to?
 6        A.   Yes, senior manager.
 7        Q.   And director is above senior manager; is that
 8   correct?
 9        A.   Yes.
10        Q.   Has that structure been in place for the
11   period between 2016 to present day?
12        A.   No.
13        Q.   Do you know when it changed?
14        A.   Yes.
15        Q.   When did it change?
16        A.   Which part of it?
17        Q.   The reporting structure from investigator to
18   supervisor to manager to senior manager to director, if
19   any part of that has changed, when did that change
20   occurred?
21        A.   It's changed multiple times.
22        Q.   When was the most recent change?
23        A.   When the senior managers were added.
24        Q.   Prior to senior managers, did SIU managers
25   report to SIU directors?
```

Page 84

```
 1        A.   Actually, I take that back.  The most recent
 2   changed was when the director was hired.
 3        Q.   When did the director get hired?
 4        A.   In the last couple of months.  I don't know
 5   the exact date.
 6        Q.   Are you saying that the current director was
 7   hired in the last couple of months or the position SIU
 8   director?
 9        A.   The current director was hired in the last
10   couple months.  That's the last structural change.
11        Q.   SIU directors were around prior to a couple
12   months ago; is that correct?
13        A.   Yes.
14        Q.   What was the structural change that occurred
15   in the last couple of months?
16        A.   In the last couple of months, a SIU director
17   was hired.  There wasn't one in place.
18        Q.   What was the job title of your boss prior to
19   SIU director being implemented?
20        A.   I'm sorry.  Repeat the question?
21        Q.   What was the job title of Douglas Shiring?
22        A.   He was an SIU director.
23        Q.   And that was prior to a couple of months ago;
24   is that correct?
25        A.   Yes.
```

Page 85

```
 1        Q.   I'm trying to understand what was the change
 2   a couple of months ago, then.  If there were SIU
 3   directors prior to a couple of months ago, what was the
 4   structural change?  Was it in the reporting line or was
 5   it in a job title?
 6        A.   So I had an SIU director who was let go in
 7   October.  And from December -- in October, then I had a
 8   temporary director, then a senior director was hired.
 9   And there was no director in place.  People have been
10   fired and hired.
11        Q.   The position of senior director, is that a
12   permanent position or was that a temporary position?
13        A.   Was or is?
14        Q.   Is that -- is that a temporary position or is
15   that a permanent --
16        A.   It is not temporary.  It's permanent.
17        Q.   Where does the senior director fall in the
18   reporting structure between SIU manager, senior
19   manager, and SIU director?
20        A.   Now?
21        Q.   At present day, correct.
22        A.   The director reports to the senior director.
23   The senior managers report -- two of the senior
24   managers report to the director.
25        Q.   I see.
```



Page 186

1     A.   -- document?
2     Q.   Anywhere where it's a 2019 proposal, how do
3   you know it's a proposal whose goals were met?
4     A.   At the end of 2019 you would do the same
5   thing that he did with 2018 and tally up all the claims
6   for these two specific jobs, desk and field, and look
7   at the result.  And then you tally it all up.  It's an
8   average of all the cases that have been investigated
9   for these two specific job codes or job types.
10     Q.   Are there any manager check-ins to see if a
11   region is on track to meeting the goals listed in the
12   proposals?
13     A.   The managers look at their results all the
14   time.  It's their job to manage that team that's
15   assigned to them.  So it's their job to know how they
16   are doing so they know when they need to coach them.
17     Q.   Where is that information stored in the
18   ordinary course of business?
19     A.   Depends on what information you are asking
20   about, which office you are asking about, and what time
21   period you are asking about.  It continually has been
22   changing.  And it's different in every office.
23     Q.   Where is the data related to these goals
24   stored in the ordinary course of business?
25          MS. RILEY:  Object to the form of the

Page 187

1   question.
2     A.   In the cloud.
3     Q.   What is the cloud?
4     A.   (Indicating.)  Data cloud.  It's in the cloud
5   somewhere out in space.
6     Q.   When you say "data cloud," are you referring
7   to an internal database used at GEICO?
8     A.   Yes.
9     Q.   Who has access to that database?
10     A.   Claims supervisors and managers would have
11   access.  You're talking about for the specific
12   investigations?
13     Q.   Correct.
14     A.   The investigators input their investigations
15   and the supervisors and managers have access to see any
16   of them.
17     Q.   Do investigators have access to information
18   once it's inputted into a database?
19     A.   Yes, they can see all their cases.  And they
20   can look up -- I think they can look up other people's.
21   I'm not sure.  It's changed over time as well.
22     Q.   Can they see their cases even when they are
23   closed?
24     A.   Yes.
25          MS. JEAN:  Let's take a break.

Page 188

1          THE VIDEOGRAPHER:  We are going off the
2   record.  The time is 3:48 p.m.
3          (Recess taken.)
4          THE VIDEOGRAPHER:  We are back on the record.
5   The time is 4:07 p.m.
6          MS. JEAN:  Thank you.
7   BY MS. JEAN:
8     Q.   So before we went on break, we were
9   discussing where the data related to these goals were
10   stored in the ordinary course of business.  And you
11   responded in the cloud which you further elaborated was
12   the data cloud.  And I asked you if that was an
13   internal database used at GEICO, and you said yes.
14   What is the name of that database?
15     A.   Investigations are stored in a case
16   management system database called SICM, Special
17   Investigation Case Management.
18     Q.   During the relevant period were cases stored
19   anywhere else?
20     A.   They should all be in there, but major cases
21   may get entered at a different time than an individual
22   case.
23     Q.   Why is that?
24     A.   Because they are much more complex and long,
25   and they have a lot more evidence attached to them.

Page 189

1     Q.   When you say "at a different time," are you
2   still referring to them being updated on SICM?
3     A.   Mm-hmm.
4     Q.   Is that a "yes"?
5     A.   Yes.
6          MS. JEAN:  I am going to mark the next
7   exhibit as Exhibit 9.
8          (Fogarty Exhibit 9, Special Investigations
9   Unit Core Metrics 2020 Proposal, was marked for
10   identification.)
11          THE WITNESS:  Thank you.  Oh, 2020.
12   BY MS. JEAN:
13     Q.   Exhibit 9 is Bates stamped G007975 and it's
14   titled "Special Investigations Unit Core Metrics 2020
15   Proposal."  Have you seen this document before?
16     A.   I don't remember seeing it.
17     Q.   Earlier you mentioned that the presentation
18   we just reviewed was different in terms of the format
19   that you were used to seeing presentations in.  Is this
20   format of presentation similar to presentations that
21   you have reviewed before?
22     A.   It's similar to the previous one.
23     Q.   Do you know who presented this -- excuse me.
24          Do you know who created this document?
25     A.   Not offhand.

Page 194

1    Q.  Oh.
2    A.  And I don't remember.  We talked about this
3    earlier.
4    Q.  Supervisor?
5    A.  What the heck does it stand for?
6    Performance-something, supervisor performance review,
7    something like that.
8    Q.  Are supervisor performance review or SPR
9    guidelines used to conduct performance reviews for
10   investigators?
11   A.  It's 40 percent of their core metric rating,
12   and then their core metric rating is a portion of one
13   item out of many that are reviewed to establish their
14   end-of-year rating.
15   Q.  What are the other items that are used to
16   establish the end-of-year rating?
17   A.  Special projects, school, continuing
18   education like insurance studies, volunteer work,
19   charity work, helping other people.
20   Q.  When you say "school" earlier, you said
21   "degree."  Is that the same thing?
22   A.  Mm-hmm.
23   Q.  Does that mean if an investigator obtained a
24   degree during the course of the year for the annual
25   performance review, they would be assessed on attaining

Page 195

1    that degree?
2    A.  It would be one factor in their overall
3    yearly review.
4    Q.  Are investigators required to conduct special
5    projects?
6    A.  No.
7    Q.  Are they allowed to volunteer for special
8    projects?
9    A.  Mm-hmm.
10   Q.  Was that a "yes"?
11   A.  Yes.
12   Q.  Can they be assigned special projects without
13   volunteering?
14   A.  Generally no.  If they do, then these would
15   not apply to them because that would be unfair.
16   Q.  Oh, I see.
17       When you say "volunteer activity," can you
18   give me examples of volunteer activity?
19   A.  Yeah.  They actually do charity work.
20   Q.  And that's part of their assessment at the
21   end of the year?
22   A.  Yes.
23   Q.  Is there a reporting mechanism to report
24   charity work or volunteer work?
25   A.  They report it.  They self-report it when

Page 196

1    they write their self-PA.
2    Q.  Is PA performance appraisal?
3    A.  Yes.
4    Q.  On the 2020 scale, it says for case life,
5    less than 5 -- sorry.  A number 5 would mean that they
6    closed a case in less than one day; is that correct?
7    A.  Yes.
8    Q.  What would be required to close a case in
9    less than one day?
10   A.  The investigator took enough steps to decide
11   if it was suspected fraud or a valid claim.  It's up to
12   the investigator to determine what they have to do to
13   either validate or confirm fraud.  They are
14   fact-finders.
15   Q.  Turning to the page Bates stamped G007977, it
16   says "2020 Field Investigator Core Metrics."  Do you
17   see that?
18   A.  Yes.
19   Q.  For productivity, the 2020 scale says "TBD."
20   Do you know why that was TBD?
21   A.  Yes.
22   Q.  Why was that TBD?
23   A.  It says in the note right below it they
24   need -- whoever was assessing for that year needed to
25   get two months' worth of data before they could

Page 197

1    establish what the goal was, because it was new.
2    Q.  When we were discussing data earlier, you
3    mentioned the data cloud and SICM being the main
4    database for data.  Are there any other databases that
5    track productivity of cases?
6    A.  Yes.
7    Q.  What are they?
8    A.  It's also in the cloud, but it's a report.
9    It's like a management report.  Doesn't exist anymore.
10   Or it's broken, I should say.
11   Q.  When did it exist?
12   A.  I think it broke a couple years ago.
13   Q.  When you say "broke," what do you mean?
14   A.  When the company reorganized, it literally
15   broke all of the reporting mechanisms because we
16   changed or somebody changed the entire structure of
17   GEICO.
18   Q.  Are there any other databases that track
19   productivity that we did not discuss?
20   A.  No.
21   Q.  Are there databases other than SICM that
22   track quality?
23   A.  Depends on the time frame.  It's changed.
24   Q.  Can you tell me what database is currently
25   used to track quality of cases?

1     A.   It's a database.  We named it because it was
2  built internal, so we call it Guardian.  It's just an
3  auditing system, a form, I should say.  The system
4  doesn't actually do anything.  It's just a form to
5  input the audit.
6     Q.   Does it store the audit forms?
7     A.   It's a blank form that you just fill out and
8  then it saves it so that you can roll up all the
9  results.
10    Q.   Is there a database other than SICM that
11 tracks case life?
12    A.   No.  It would be in the same two places.
13 It's the cases are in SICM, and then you can run a
14 report to get the overall tally of them.
15    Q.   Are reports run in SICM often?
16    A.   Yes.  You can do it whenever you need data.
17    Q.   If you turn to 7978, it lists "Supervisor
18 Core Metrics Weights."  Do you see that?
19    A.   Yes.
20    Q.   On the fourth line it says "AOS/pulse survey
21 results."  What is AOS?
22    A.   Associate Opinion Survey.
23    Q.   What is an Associate Opinion Survey?
24    A.   It's literally a survey that associates fill
25 out of their opinions about the company.

1     Q.   How often did they fill out the AOS?
2     A.   Whenever the company decides to send one out.
3  It's not on a regular basis.
4     Q.   Do you know when the last one was
5  administered?
6     A.   This year some time, I think.
7     Q.   Prior to this year, do you know when the one
8  before was administered?
9     A.   No, I don't remember.
10    Q.   Was it after the pandemic?
11    A.   I don't remember.  It's been a couple of
12 years.
13    Q.   Do you know if it was before the pandemic?
14    A.   We've had them on and off as long as I've
15 worked at GEICO, but it's not at always the same
16 cadence.
17    Q.   What are pulse surveys?
18    A.   It is what we refer to as a mini-survey that
19 was sent out after the AOS, and it was to measure
20 whether they were -- the results were changing.
21    Q.   In reading these metrics for supervisor core
22 metrics weights, are supervisors then assessed on the
23 survey results for the associate opinion survey and the
24 pulse survey?
25    A.   On here it says that.  Well, this is a

1  proposal.
2     Q.   Yes.
3     A.   At the bottom it says, "Should we incorporate
4  survey results?"
5        So I don't know that they were measured on
6  it.  This does not say it's final.
7     Q.   Do you know if a final version of this
8  document exists?
9     A.   I do not know.
10    Q.   Are proposals typically presented in draft
11 form?
12    A.   Yes.
13    Q.   Who would they be presented to?
14    A.   Whoever -- I don't know who it would have
15 been in this case.
16    Q.   Earlier you testified regarding the prior
17 presentation that it was Douglas who drafted it?
18    A.   Yes.
19    Q.   And this one was end of 2019, beginning of
20 2020, possibly later.  Do you know who would have
21 drafted it during that it would?
22    A.   It would have still been Douglas Shiring.
23    Q.   What does the note at the bottom, "No change
24 in 2019 categories when matched for investigators,"
25 what does that mean?

1     A.   It means that there was no change from the
2  2019 categories, the metrics, the four metrics.  And
3  then it says that ranges match the investigators, which
4  means that they have the same -- it look he's saying
5  the same weights.
6     Q.   Do you know if in 2020, the effectiveness
7  metrics was replaced by the survey results?
8     A.   I don't remember.
9     Q.   When Douglas did this presentation, do you
10 recall if he posed the question, "Should we incorporate
11 survey results instead of effectiveness?"
12    A.   I don't remember the presentation, but that's
13 what it says on here.
14    Q.   Who would have been the audience for this
15 presentation?  Sorry.
16        Who was the audience for this presentation?
17    A.   I don't know.
18    Q.   Did you -- do you recall seeing this
19 presentation?
20    A.   No, I don't remember seeing it.
21    Q.   Turning to 7979, "Manager Core Metric
22 Weights," in 2019 -- well, the metrics are listed.  And
23 then it says "new" for 2019.  What does that mean?
24    A.   Can you repeat the question?
25    Q.   Under "Manager Core Metric Weights," under

MAGNA
LEGAL SERVICES

Page 258

1    overtime is needed, then the manager and supervisor
2    would go over it and they would find the -- they would
3    look to see if there was somebody else that could help
4    and if not they could look to approve overtime.
5        Q.    How much discretion do supervisors have in
6    authorizing overtime?
7        A.    It would be different based on the office and
8    the time period and whoever their boss was and how
9    comfortable they were with their decision-making.
10       Q.    Do supervisors have discretions in
11   determining whether or not to authorize overtime?
12       A.    It depends on the office and the time period
13   and how comfortable their boss was with allowing them
14   to make those decisions on their own.
15       Q.    Do you know if supervisors who reported to
16   Bill Newport in New York in 2016 to present have
17   discretion in authorizing overtime?
18       A.    No, I don't know.
19       Q.    Do you know if GEICO has any guidance or
20   training on how to authorize overtime?
21       A.    I don't know.
22       Q.    Do you know if managers receive any training
23   on authorizing overtime?
24       A.    No.
25       Q.    Do you know if managers receive any training

Page 259

1    about assessing business need?
2        A.    No.
3        Q.    The policy on Exhibit 18, G010294, do you
4    know if this is still the current policy?
5        A.    Yes, it is, or at least the top part is that
6    they will be paid based on time and a half.  You want
7    to know about all of this?
8        Q.    The expectations around having overtime do
9    not change, for example, those three bullet points, the
10   current policy, overtime must be approved by
11   management --
12       A.    Yes.
13       Q.    -- with authorization?
14             You can put that aside.
15             How do investigators learn that a case has
16   been assigned to them?
17       A.    In SICM they have a pending, and the case
18   would pop into their pending as brand new.  They may
19   also receive an e-mail depending on who their intake
20   was and time period and the process that office
21   established.
22       Q.    Other than intake which we discussed earlier,
23   are there other people that would assign a case or
24   investigator within SICM?
25       A.    Yes, it's possible.

Page 260

1        Q.    What are those other titles that would assign
2    cases to investigators within SICM?
3        A.    Depends on the office and the time period.  A
4    supervisor could have been involved in the assignment
5    process.
6        Q.    Do you know if supervisors were involved in
7    the assignment process for investigators in New York in
8    Region 2 from 2016 to present?
9        A.    I don't believe that they were starting in
10   2018 when Bill was there.  Prior to that I wouldn't
11   know.
12       Q.    Are there any other systems used to assign
13   cases to investigators?
14       A.    Depends on what investigators.
15       Q.    What would be another system used to assign a
16   case to an investigator?
17             MS. RILEY:  Object to form, subject to which
18       you may answer.
19       A.    E-mail.
20       Q.    When you say "e-mail," does that mean a
21   supervisor or an intake clerk may e-mail an
22   investigator?
23       A.    No.
24       Q.    What does "e-mail" mean then?
25       A.    It means that an investigator could be sent

Page 261

1    an e-mail with an assignment of a new case to
2    investigate.
3        Q.    Who would that e-mail come from?
4        A.    Depends on the office and who was assigning
5    cases.
6        Q.    In New York from 2016 to present, who would
7    that e-mail come from?
8        A.    I don't know who was assigning cases
9    specifically at that time, but some cases are not
10   assigned through SICM.
11       Q.    Are you familiar with Atlas?
12       A.    Yes.
13       Q.    What is Atlas?
14       A.    Claims system.
15       Q.    Do investigators use Atlas?
16       A.    They don't.  When you say "use it," they
17   review it, but they don't use the claims system because
18   they are not claims adjusters.
19       Q.    What do they review in Atlas?
20       A.    They can review anything they want, prior
21   claims, existing claims.  It's up to them.
22       Q.    Who uses Atlas?
23       A.    Anybody in Claims.
24       Q.    Can you give me job titles that would use
25   Atlas?

MAGNA
LEGAL SERVICES

Page 262

1  A.  I could give you a couple of examples.  It's
2  all of Claims.
3  Q.  Is SIU a part of Claims?
4  A.  Not in that context, no.
5  Q.  Is Atlas still used today?
6  A.  Yes.
7  Q.  Does Atlas -- does the Atlas system interact
8  with the SICM system such that data from one or the
9  other is fed into one or the other?
10  A.  It does now, but it didn't always.  It only
11  communicates very minimal data.
12  Q.  Do investigators primarily use SICM for case
13  assignments?
14  A.  Primarily, yes.
15  Q.  Do investigators primarily use SICM for case
16  reports?
17  A.  Yes.
18  Q.  What information do investigators input into
19  SICM as it relates to case investigation?
20  A.  They mark down every task that they take in
21  the investigation.  The stuff that they take, they
22  document.
23  Q.  Are those documented steps timestamped?
24  A.  Yes.
25  Q.  Can you query SICM to find out the number of

Page 263

1  entries made on a case?
2  A.  No.  I would have to manually count.
3  Q.  Are the tasks the same thing as investigative
4  activities?
5  A.  Yes.
6  Q.  Is there a SICM report that can pull
7  investigative activities on any given case?
8  A.  No.
9  Q.  How are investigative activities reported
10  out?
11  A.  What do you mean "reported out"?
12  Q.  Earlier we looked at various metrics that
13  included investigative activities and goals for them.
14  How are those inputted into performance appraisals, for
15  example?
16  A.  The investigator as they are working the case
17  selects the activity that they are working, and then
18  the database that you just showed me tallies them by
19  region.
20  Q.  My question is a little different.
21  I'm talking about investigative activities in
22  SICM.  Does SICM keep track of the number of
23  investigative activities within a given case?
24  A.  No.
25  Q.  Are investigators assessed as part of their

Page 264

1  performance appraisal for the number of investigative
2  activities on cases?
3  A.  Not now.
4  Q.  When did that change?
5  A.  It was only in effect I believe on the
6  document you looked at.
7  Q.  Are the factors that we looked at earlier,
8  for example, field cases factoring at 1.25, are those
9  taken into account in SICM?
10  A.  No.
11  Q.  How does an investigator close a case?
12  A.  They click a button.
13  Q.  When they click a button, where does that
14  case go?
15  A.  Nowhere.
16  Q.  Do supervisors have to do anything to close a
17  case?
18  A.  No, not unless the person is brand new.
19  Q.  Is anyone responsible for tracking how many
20  cases are assigned to investigators?
21  A.  It would be the responsibility of their boss.
22  Q.  Can their boss adjust their caseload if it's
23  too high or low?
24  A.  Yes.  It's their job, their responsibility to
25  load-level for their team.

Page 265

1  Q.  We looked at various job titles earlier, for
2  example, the security field investigator or a variation
3  of that.  Is there a target number of cases that should
4  be assigned to field security investigators?
5  A.  It would depend on the time period, the
6  office, where they are, and the complexity of the cases
7  that they're working, among other things.
8  Q.  Do investigators log into SICM every day?
9  A.  That's up to them.
10  Q.  Does SICM allow investigators to track
11  investigative activities for more than one case at a
12  time?
13  A.  No.
14  Q.  Does that mean investigators can only have
15  one case open at a time on SICM?
16  A.  No.
17  Q.  What does that mean?
18  A.  What does what mean?
19  Q.  I asked does SICM allow investigators to
20  track investigative activities for more than one case
21  at a time.
22  A.  And I said no.
23  Q.  Does that mean investigators can only have
24  one case open at a time?  Can investigators have
25  multiple cases open at a time?

**MAGNA** ▶
LEGAL SERVICES

Page 266

1       A.   Yes.
2       Q.   Can an investigator be logged out of SICM for
3  any reason?
4       A.   Yes.
5       Q.   What would be the reason?
6       A.   Because they are not working in there.
7       Q.   If an investigator is working within SICM,
8  can they be logged out?
9       A.   You have to log in to work in SICM.
10      Q.   Can the SICM system itself log someone out,
11 for example, if they have been inside of the SICM
12 platform for more than eight hours?
13      A.   No.  It will just sit there and keep going,
14 just sit there open.
15      Q.   Is there a format that investigators need to
16 follow when creating investigative activities within
17 SICM?
18      A.   No.
19      Q.   Are there other databases that investigators
20 use for case management?
21      A.   No.
22      Q.   We talked about Workday earlier.  Are there
23 any other databases that investigators use for
24 timekeeping?
25      A.   Not that I'm aware of.

Page 267

1       Q.   Is Workday also used for coaching?
2       A.   No, I don't believe so.
3       Q.   Where are performance and improvement plans
4  located?
5       A.   That's in Workday.  You "said performance
6  improvement plan"?  Sorry.  They don't exist anymore.
7       Q.   Where are warnings located?
8       A.   They are in -- where would a warning be?  I
9  don't know if they are in Workday or not.  They go
10 through HR.
11      Q.   Going back to SICM, is it possible to run a
12 query in SICM showing the number of activities done by
13 an investigator over a given time?
14      A.   No.
15      Q.   Does SICM keep track of when a case is
16 closed?
17      A.   It timestamps when the investigator hits the
18 button.
19      Q.   Do you use WebEx?
20      A.   I do.
21      Q.   What do you use it for?
22      A.   To make phone calls.
23      Q.   Is there a chat function within WebEx?
24      A.   Yes.
25      Q.   What GEICO-issued devices do investigators

Page 268

1  use?
2       A.   Depends on the time period.
3       Q.   Current day?
4       A.   They have a laptop.  They have a cell phone.
5  They have a vehicle.  You said "field," right?
6       Q.   I just said "investigators."
7       A.   Oh, well, then it depends on what type of
8  investigator they are.
9       MS. RILEY:  Can we check the time, please.
10      THE VIDEOGRAPHER:  Six hours and 55 minutes,
11      53 seconds.
12      MS. RILEY:  Thank you.
13 BY MS. JEAN:
14      Q.   Going back to SICM, is there an administrator
15 of SICM databases?
16      A.   What do you mean by "administrator"?
17      Q.   Is there a person responsible for looking at
18 SICM to make sure the program is functioning correctly
19 or doing anything within SICM in terms of correcting
20 entries or anything like that?
21      A.   No.
22      Q.   Can an investigator correct an entry after
23 it's been submitted?
24      A.   Yes.
25      Q.   Once a case is closed, can an investigator

Page 269

1  still go back and correct an entry after it's been
2  submitted?
3       A.   I believe so, yes.
4       Q.   Is there a time frame for that correction,
5  for example, 24 hours?
6       A.   No.
7       Q.   You mentioned that investigators also are
8  given phones.  Is that true for the categories of field
9  investigators we discussed earlier?
10      MS. RILEY:  Object to the form of the
11      question.  Subject to that, you may answer.
12      A.   Only field investigators have company-issued
13 phones as far as investigators.
14      Q.   Sorry?
15      A.   As far as the group of investigators, only
16 field has company-issued phones now.  In the past it's
17 possible that desk could have been phones as well,
18 depending on what office you were in.
19      Q.   Is there anyone at GEICO with
20 administrator-level permissions for SICM?
21      A.   I am.
22      Q.   What can you do as an administrator-level
23 permission on SICM?
24      A.   An example would be that I can go in and I
25 can mark whether or not an investigator needs approval

Page 276

1          R E P O R T E R   C E R T I F I C A T E

2

3

4          I, JOSHUA B. EDWARDS, a Notary Public for and

5     within the State of New York, do hereby certify:

6          That JENNIFER FOGARTY, whose examination is

7     hereinbefore set forth, was duly sworn, and that

8     such examination is a true record of the testimony

9     given by that witness.

10          I further certify that I am not related to any

11    of the parties to this action by blood or by

12    marriage and that I am in no way interested in the

13    outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set my hand

15    this 27th day of October 2024.

16

17

18          *Joshua B. Edwards*_____
            JOSHUA B. EDWARDS

19          Registered Diplomate Reporter
            Certified Realtime Reporter

20          Certified Realtime Captioner
            Notary Public of the State of NY

21          Registration No. 01ED0000628

22

23

24

25

