# Exhibit HH

Message

**From:** Cubas, Rene [RCubas@geico.com]
**Sent:** 11/21/2023 4:31:24 PM
**To:** Rene Cubas Team [ReneCubasTeam@geico.com]
**CC:** SIU Erica Godwin Section [R6EricaGodwinSection@geico.com]
**Subject:** FW: RA Handling Updates- PLEASE READ

**Importance:** High

Gang good morning. I wanted to make sure everyone read this.



**René Cubas, Jr.** | FCLA
Southeast Investigative Division
SIU Manager
Phone: 954-658-1533
Email: rcubas@geico.com

Sensitivity: General/Internal

**From:** Goss, Scott <SGoss@geico.com>
**Sent:** Tuesday, November 21, 2023 9:59 AM
**To:** SIU Investigative Division <SIUInvestigativeDiv@geico.com>
**Cc:** McElvain, Ryan <RMcElvain@geico.com>; SIU Managers <SIUMANAGERS@geico.com>; Toy, Steven <SToy@geico.com>
**Subject:** FW: RA Handling Updates- PLEASE READ
**Importance:** High

Good Morning,

We as a management team have heard a series of concerns about our Case Assigning and the Productivity which goes along with those assignments. We understand the process is not perfect. We have had a series of set backs and process changes since July 1st when the reorganization began. I have been heavily involved with this team since early September and we have made some strides in getting some of these issues resolved. We are still a work in progress and committed to get this correct. Based on you continued concerns, feedback, and our understanding this process; we are again making some changes. Our hope is these changes will begin to fix our overall flow of work and get us to the <u>proper volume of work based on targets and proper geographical location</u> when appropriate.

- Geofencing, we are removing the 120 min circle around our remaining field investigators homes. We will replace this with our identified territories by zip. Each manager was tasked this week with providing zip code territory for every investigator. Those have been collected this info and it was given to Steven to program. In the event of a overlapping zip for 2 or more investigators, the investigator with the least number of cases will be selected.

- Field will begin getting a "different" workflow in the coming weeks.
o All cases will start from a desk except specifically mined (PROA) cases which will be original assignments
o Our PROA teams will be working to create field cases from our <u>MIP EDR list and GA CMR</u> lists everywhere except NY/FL. We will start early in the week seeking 40% of the target or 4 cases
o All other work will be generated by our Desk Investigators as ASST for field tasks need to help resolve their cases
▪ We are exploring the idea of "Impact" for ASST, stay turned we have not landed on the right plan yet.
o The ASST request will bypass the RISK desk totally. Steven is building the supervisors a place to request and assign these ASSTs without waiting on RISK.
o If on Thursday we have individuals who are short work, our PROA teams will seek to fill those targets up
▪ As we get more and more data we will make tweaks to the frontend or backend original assignments

Confidential                                                                                           G020144