# Exhibit II

GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position**: | Senior Field Security Investigator | **Code**: | 65111 | **Date**: | 07/20 |
| **Incumbent**: | Multiple | **Department**: | SIU | **FLSA Status**: | Nonexempt |
| **Function**: | LIA | | | | |

Primary Position Objective:

Primarily a field investigative position that, under general supervision, INVESTIGATES suspected cases of fraud or other illegal conversion of Company assets.

Essential Functions:

1. CONDUCTS investigations of suspected cases of fraud or other illegal activities against the Company, including interviewing, database inquiries, taking statements, locating sources of information and witnesses, etc.

2. USES information resources to gather, analyze and evaluate information to determine its credibility and applicability to fraud investigations.

3. REFERS and COORDINATES investigation assignments to outside agencies and criminal matters to law enforcement authorities, to include NICB and State Insurance Fraud Bureaus.

4. TRAINS and ADVISES line, staff, and management in external security control.

5. PROVIDES training and SUPPORT to all departments in the claims handling process.

6. CONDUCTS field investigations, neighborhood canvasses, and surveillance when appropriate.

7. CONDUCTS audits of total theft files. TRAINS and ADVISES line examiners and salvage clerks on total theft files claims handling process.

8. ADHERES to the GEICO Code of Conduct, the GEICO Claims Code of Conduct, company policies and operating principles.

9. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers.

10. MEETS the requirements specified below.

    - Must be able to perform, with or without accommodation, the essential functions as described above; which may include, but are not limited to seeing, hearing, typing, speaking, bending, reaching, walking, kneeling, carrying, climbing, lifting and standing for extended periods of time
    - Must be able to obtain and maintain a valid driver's license, certifications and permits in accordance with state and federal regulations, and company and departmental standards
    - Must be able to lift and carry materials and equipment and lift them to and from vehicles and carry them up and down steps
    - Must be able to climb on, off, in, around and under vehicles, including but not limited to RVs and commercial vehicles
    - Must be able to exercise caution and awareness of surroundings while performing the essential duties of the position
    - Must be able to communicate in a professional manner in person, via telephone and written correspondence/email
    - Must be able to document files in a clear, concise, professional written manner, to be understood by customers, clients, co-workers and other employees of the organization
    - Must be able to maintain a professional attitude and appearance at all times

Sensitivity: Confidential

## GEICO

- Speaks with internal and external customers in a way that builds GEICO's customer base and promotes customer satisfaction through efficient, accurate, and courteous interactions
- Must be able to handle heavy claim volume and stressful situations
- Must be able to learn and apply large amount of technical and procedural information

**WORKING CONDITIONS:**
- Must utilize personal protective equipment as necessary
- Must be willing to work in indoor and outdoor environments, inclement weather, in dim or bright light and subject to adverse weather conditions and noise
- The duties of this position are generally performed in the field, in an auto repair environment or at a business location under minimum supervision

**EQUIPMENT AND VEHICLES (WHEN ASSIGNED):**
- Must have and maintain an acceptable driving record according to company policy and a valid state driver's license
- Must be able to drive the assigned vehicle for extended periods of time as needed
- Must be able to utilize laptops, Microsoft Office, web-based applications, cameras, hands-free cellular devices, and calculators
- Must be able to perform duties in an automobile used as a mobile work station

Sensitivity: Confidential

Confidential