# Exhibit KK

GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position:** | Internal Major Case SIU Investigator | **Code:** | 65177 | **Date:** | 4/18 |
| **Incumbent:** | Multiple | **Department:** | SIU | **FLSA Status:** | Nonexempt |
| **Function:** | LIA | | | | |

Primary Position Objective:

Under general supervision, INVESTIGATES large-scale and highly organized major cases that involve fraud or other conversion of company assets.

Essential Functions:

1. CONDUCTS desktop investigations of a complex nature of large-scale and highly organized major cases involving large numbers of claims that involve suspected fraud or other suspicious activities against the company.

2. ANALYZES large numbers of claims to identify suspicious patterns. INTERVIEWS witnesses and subjects, CONDUCTS background and data base inquiries, and REVIEWS documentary evidence.

3. USES information resources to gather, analyze and evaluate information to determine its credibility and applicability to fraud investigations.

4. COLLABORATES with the NICB, regulators, law enforcement and fee counsel on investigations. ASSISTS external agencies in documentation gathering to support civil prosecution and/or affirmative litigation cases.

5. PROVIDES training and support to all departments in the identification of suspicious activity involving medical providers, body shops and glass harvesters.

6. TRAINS and ADVISES line, staff, and management in security controls and COORDINATES with Claims Home Office to outline gaps in current protocols and procedures.

7. ASSISTS in field investigations, neighborhood canvasses, and surveillance as needed.

8. ADHERES to the GEICO Code of Conduct, the GEICO Claims Code of Conduct, company policies and operating principles.

9. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers.

10. MEETS the requirements specified below.
    - Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
    - Must be able to work both independently and in a team environment
    - Must be able to multi-task
    - Must be able to learn and apply large amounts of technical and procedural information
    - Must be able to communicate effectively verbally and in writing
    - Must be able to handle heavy claim volume and stressful situations.