# Exhibit NN

## GEICO

| | | | | | |
|---|---|---|---|---|---|
| **Position**: | Internal Security Investigator | **Code:** | 64125 | **Date:** | 05/18 |
| **Incumbent:** | Multiple | **Department:** | SIU | **FLSA Status:** | Nonexempt |
| **Function**: | LIA | | | | |

Primary Position Objective:

CONDUCTS non-complex investigations of suspected cases of insurance fraud. This is a non-field investigative position. Investigations are conducted exclusively from an internal desk location by telephone, mail or by computer databases.

Essential Functions:

1. ANALYZES and EVALUATES information to determine likelihood of suspected fraudulent activity.

2. CONDUCTS investigations, by telephone of suspected cases of fraud or other illegal activities against the company, including interviewing, database inquiries, taking recorded statements, locating sources of information and witnesses, etc.

3. REPORTS findings of investigations to claims, underwriting, or other internal customers.

4. TRAINS internal customers on fraud threats they may encounter and instructs on procedures to provide them to SIU.

5. UPDATES SIU Analyst with trends seen while evaluating and investigating fraud indicators.

6. MAINTAINS liaison with law enforcement agencies, prosecutors. National Insurance Crime Bureau (NICB) and local State Fraud Bureaus.

7. ADHERES to the GEICO Code of Conduct, the GEICO Claims Code of Conduct, company policies and operating principles.

8. MEETS attendance standard at business location to perform necessary job functions and to facilitate interaction with management and co-workers.

9. MEETS the requirements specified below.

- Must be able to, with or without accommodation, perform the essential functions which include, but are not limited to seeing, hearing, typing and speaking
- Must be able to work both independently and in a team environment
- Must be able to multi-task
- Must be able to learn and apply large amounts of technical and procedural information
- Must be able to communicate effectively verbally and in writing
- Must be able to handle heavy claim volume and stressful situations.

Sensitivity: Confidential

G007705