# Exhibit RR

The manager/supervisor releasing the associate is responsible for completing a performance appraisal and rating of the promoted associate at the time of the promotion. The review period should cover the time since the associate's last review, up to the date of promotion. The releasing manager/supervisor should provide both the performance appraisal and rating to the hiring manager/supervisor.

Management: please refer to the Supervisor's HR Guide for additional information regarding Administrative Performance Ratings and Promotion Salary Action.

# Lateral Transfer Performance Appraisal and Salary Action

The manager/supervisor releasing the associate is responsible for completing a performance appraisal and rating of the transferred associate at the time of the transfer. The review period should cover the time since the associate's last review, up to the date of transfer. The releasing manager/supervisor should provide both the performance appraisal and rating to the hiring manager/supervisor.

An associate's lateral transfer will not result in a salary action unless the associate transfers to a location on a higher salary schedule. In this event, the associate's salary is increased to the minimum for his/her grade on the new location's schedule. If the associate's current salary is above the maximum of the salary schedule of the new location, the associate's salary will be reduced to the maximum for his/her grade on the new location's schedule.

An associate who transfers laterally will be considered for a merit salary increase during the annual review period in March. The amount of the merit increase will be based on the performance rating given by the previous supervisor, a performance rating given by the current supervisor (since the transfer), the comparative ranking during the current period and the associate's comparatio (the associate's salary divided by the midpoint of his/her grade).

**Illustration: Calculating a lateral performance rating when the associate's lateral transfer is effective October 5th.**

| | | Calculation |
|---|---|---|
| 1 | January – September (prior position) | Prior manager: 4 rating x 9 months = 36 points |
| 2 | October – December (in new position) | New manager: 3.3 rating x 3 months = 9.9 points |
| 3 | Composite rating | 36 + 9.9 = 45.9 divided by 12 months = 3.825 round to 3.8 |
| 4 | Apply composite rating | Associate is eligible for a merit salary increase because the composite rating is "Good", (3) or better. |

Management: please refer to the Supervisor's HR Guide for additional information regarding the handling of lateral transfers.

# Demotion Salary Action

An associate may be demoted to a job in a lower grade if the associate is unable to meet requirements of the present job, if he/she specifically requests a demotion including job posting and selection for a job in a lower grade, or it is in the best interest of the Company that such a demotion takes place. Demotions are without regard to the associate's race, color, creed, age, gender, sexual orientation, marital status, national origin, disability or genetic information.

### Demoted Associates employed less than 12 months:

The associate's salary is reduced to the minimum of the new salary grade (any merit increases received are added to the new minimum to establish the new salary).

### Demoted Associates employed more than 12 months:

The amount by which the associate's salary is reduced depends upon whether the associate is demoted to a grade lower than one he/she previously held as outlined below. Merit increases always remain in the salary. If the salary adjustment

Confidential                                                                                                                    G000034