# Exhibit SS

- Double time for time over 8 hours worked on the 7th consecutive day in a work week

If an exempt associate works only a portion of a day and does not have Vacation, Floating Holiday, or Sick time off (as applicable) to use for the portion they do not work, the time off must be coded as Personal time off so the associate's pay for the day is not reduced unless the time off is recorded as FML.

Associates may be granted reasonable personal time off as needed; the reasonable limit falls within the equivalent of 15.50 hours per rolling 12 months. However, circumstances as described above may require a manager (direct supervisor) to grant time off above the reasonable limit so as to not jeopardize the associate's exempt status under the FLSA and state law.

All nonexempt associates are required to accurately record their hours worked and absences taken weekly (exception: California records time daily). All exempt associates are required to accurately record their absences taken. A nonexempt associate who feels they did not receive pay for all their hours worked and an exempt associate who feels their pay incorrectly reflects a deduction for an absence should immediately contact their supervisor, local HR management or Corporate Human Resources. Changes cannot be made to hours worked or absences taken more than three prior pay periods.

### Hourly Nonexempt Associates

A nonexempt associate is paid overtime pay (time and one-half the hourly rate of pay) in accordance with the Overtime Eligibility Policy. Any absence taken during the week is not included as hours worked and does not count towards the threshold of hours worked that must be exceeded to receive overtime pay (i.e., in all states except California).

A nonexempt associate must receive permission in advance to work more than their regular work hours. Failure to do so may result in disciplinary action, up to and including termination of employment. Nevertheless, all overtime hours will be paid. The associate's timesheet must show the exact day(s) the hours are worked. Job training that is required or compulsory staff meetings before and after regular work hours are considered hours worked for purposes of overtime pay for nonexempt associates.

## Catastrophe Pay

In the event of a natural disaster, such as a flood or hurricane, a Catastrophe Team may handle the extraordinary work load. Even though the associates may be exempt, the Company will pay a bonus to those associates who are members of a Catastrophe Team for the long work hours and time away from home and family.

An associate must be a designated member of a Catastrophe Team and work solely on catastrophe losses to qualify for catastrophe compensation. A Catastrophe Team member may be required to work up to 13 days without a day off and is required to meet productivity standards.

For further details regarding compensation during catastrophe duty, consult the Claims Catastrophe Manual.

**NOTE:** For purpose of clarification, all references to weekdays and weekends mean **working** days. There is **no** CAT compensation for those not actually handling losses. Catastrophe pay must be approved by the appropriate level of management.

## Compensation for Marketing Events

An associate whose primary function is **not** marketing or public affairs, but who, on an occasional ad-hoc basis works at marketing events organized by the Marketing department must be compensated because they are performing work for the company.

A **management associate** (manager through CEO) is not eligible for additional marketing event pay above their normal salary.

A **supervisor** or **exempt associate** who works at a marketing event above their regular work schedule is paid via an Additional Pay One-Time Payment at their regular hourly rate.