# Exhibit TT

Message

**From:** D'Agata, Toni [TDagata@geico.com]
**Sent:** 7/8/2020 4:48:34 PM
**To:** R2 Toni D'Agata Section [R2ToniD@geico.com]; Moeser, John [JMoeser@geico.com]; Brady, Scott (SIU) [ScBrady@geico.com]; Jones, Charise [ChJones@geico.com]
**Subject:** Fwd: OT Extended through July

Sent from AirWatch Android Boxer O365

---------- Forwarded message ----------
From: "Newport, Bill" <WNewport@geico.com>
Date: Jul 8, 2020 11:59 AM
Subject: OT Extended through July
To: "Janik, Chet" <CJanik@geico.com>,"Neyland, April" <ANeyland@geico.com>,"Campbell, Dara" <DVetriCampbell@geico.com>,"Cassagne, Gerard" <GCassagne@geico.com>,"D'Agata, Toni" <TDagata@geico.com>
Cc:
Good Morning,
Rick responded and we received approval for 10 hours/week per investigator through the end of July.

Dara – can you communicate to Gerry's team?

Toni – can you communicate to April's field staff? She is off this afternoon.

Thank you,
Bill

Sensitivity: General/Internal

Confidential

G013561