# Exhibit UU

If a salaried nonexempt associate works for only a portion of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced.

If a salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded as FML LWOP.

A salaried nonexempt associate may not have his pay docked for partial week absences. If the salaried nonexempt associate has applicable accrued time off, the applicable time off code must be coded on the associate's timesheet. If the salaried nonexempt associate is absent for part of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced. If the salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded on the timesheet as FML LWOP.

A salaried nonexempt associate who is absent for an entire work week and does not have any applicable accrued time off is not paid for that week. The week's absence must be recorded on the timesheet as LWOP.

**NOTE:** The above compensation rules only apply to associates who are classified as salaried nonexempt, who are paid using the fluctuating work week method.

# Catastrophe Pay

In the event of a natural disaster, such as a flood or hurricane, the Company may at its sole discretion designate a Catastrophe Team to handle the extraordinary work load associated with a natural disaster. Even though the associates may be exempt, the Company will pay a bonus to those associates who are members of a Catastrophe Team for the long work hours and time away from home and family.

An associate must be a designated member of a Catastrophe Team and work solely on catastrophe losses to qualify for catastrophe compensation. A Catastrophe Team member may be required to work up to 13 days without a day off and is required to meet productivity standards.

For further details regarding compensation during catastrophe duty, consult the Claims Catastrophe Manual.

**NOTE:** For purpose of clarification, all references to weekdays and weekends mean **working** days. There is **no** CAT compensation for those not actually handling losses. Catastrophe pay must be approved by the appropriate level of management.

# Premium Pay Applicable to Salaried Nonexempt Associates

1. A salaried nonexempt associate will earn his/her weekly salary if he/she works more or less than 38.75 hours in the work week. In addition, a salaried nonexempt associate will receive a "premium payment" for working time in excess of 38.75 hours per week. This includes time above 38.75 hours in the work week spent in a meeting, class or seminar and training time. The salaried nonexempt associate will enter the total hours worked using the Hours Worked time entry code. The Workday system is programmed to automatically calculate premium pay.

2. The "premium payment" a salaried nonexempt associate receives is calculated using the "fluctuating work week" method, which is a way to pay overtime under the Fair Labor Standards Act. The hourly "premium payment" received is 50% of the associate's hourly rate. The hourly rate is computed by taking the associate's weekly salary and dividing it by the total number of hours worked in that week. Because the number of additional hours worked may differ from week to week, the amount of the premium payment will "fluctuate."

**Example**: Weekly salary = $2,000; hours worked during week = 45
$2,000/45 = $44.44 x .50 = $22.22 premium pay per additional hour over 38.75 in a week
Hours worked over 38.75 = 6.25 (45 - 38.75 = 6.25)

Confidential                                                                                                    G000040

*In this example, the associate would receive a premium payment for the week of $138.88 ($22.22 × 6.25 = $138.88)*

3. Uninterrupted lunch breaks in excess of 30 minutes or uninterrupted rest breaks in excess of 20 minutes are not considered working time and should not be recorded as working time. Personal errands should be conducted on non-work time.

4. Travel time that is considered work time for a salaried nonexempt associate will start when the associate reaches his/her first field appointment. Travel time that is considered work time will end at the conclusion of work at the site of the last appointment. Travel from one work location to another during the work day is considered work time. If a field associate travels to a local GEICO office and the associate lives in the same metropolitan area as the office, the work day starts when he/she gets to the office. Travel to and from the local GEICO office is not considered work time. If the associate travels to a local GEICO office but lives outside the office's metropolitan area, the work day starts when he/she leaves his//her home office to travel to the local GEICO office. The travel time is counted as work time.

5. Work time beyond 38.75 hours in a week is not allowed without prior management approval. An associate should not begin work prior to his/her arrival at their first appointment. Work should be concluded before leaving his/her final appointment. An associate may work at home prior to or after field appointments only with prior approval of his/her management. If such work is performed it must be recorded and compensated whether it is approved or not.

6. Picking up and dropping off mail should be done during working time, between the associate's first and last appointment. This may require relocating an associate's post office box.

7. Additional payments for catastrophe duty, if applicable, will remain unchanged.

8. All hours worked on a holiday will be paid at a holiday incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours worked on the Holiday using the Holiday Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet.

9. All approved hours worked on a Saturday or Sunday outside of the associate's regular schedule will be paid at an incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code for themselves. If a Saturday or Sunday is a part of the associate's regular schedule, the associate is not eligible to receive incentive pay and the hours worked should be coded as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

10. An associate will also be paid at an incentive rate equivalent to time and one-half the associate's hourly rate if the associate is required by management to work after hours beyond the normal work day due to a last minute absence of a regularly scheduled associate. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet. Incentive pay should not be issued for an associate performing his/her own work. If an associate works beyond the normal work day to perform his/her own work, the time should be reported as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

## Compensation for Marketing Events

An associate whose primary function is **not** marketing or public affairs, but who, on an occasional ad-hoc basis works at marketing events organized by the Marketing department and/or the Regional Event Marketing Coordinator in his/her location must be compensated because he/she is performing work for the company.

Good" (4) and would have received a 6% increase on an annualized basis. In this example, the associate would receive 6/12 of 4% = 2%; and 6/12 of 6% = 3%; for a 5% annual merit salary increase (2% + 3% = 5%).

### Orientation Period Following Promotion, Demotion or Lateral Transfer

When an associate enters a new position through a promotion, demotion, or lateral transfer, the associate will be placed on Orientation status by the immediate supervisor receiving the associate and goals must be set for the Orientation period.

At the conclusion of the Orientation period, the associate and his/her supervisor must establish goals on the Performance Appraisal form (D-91) to cover the period of time until the next regular Performance Appraisal review, usually during the January/February time period.

When an associate has completed Orientation in TCR 1, TCR 2, PIP or Continuing Unit, the associate may be eligible for a salary increase of up to 3% based on his/her performance while on Orientation. The new annual salary may not exceed the grade's midpoint. This salary action is not intended to result in a prorated annual salary adjustment during the during the annual merit review process.

Any other associate who has completed Orientation is not eligible for a salary action. The associate's salary review period will be based on the salary review guidelines.

# Performance Appraisal

The concept of performance appraisal is based on the belief that each associate needs to know what his/her responsibilities and job goals are, and that each associate is entitled to objective feedback on his/her personal performance in relation to those goals and responsibilities. The Performance Appraisal process in Workday is built upon the working relationship between the associate and his/her immediate supervisor.

To ensure that individual performance is evaluated and recognized in a logical manner, the Performance Appraisal process in Workday is based principally upon work-oriented criteria.

An associate's job performance is a primary factor in determining his/her salary within the salary pay range. Other factors may include rate of progress, attendance and each associate's current position in the pay range for his/her grade.

## Frequency and Timing of Performance Appraisals

After the initial Orientation Period, Performance Appraisals for all associates are conducted during January and February of the year following the appraisal year. All associates are rated (performance rating) and then ranked against other associates in their department. Rankings take into account performance, individual contributions, team participation, and an associate's overall effect on the success of the unit.

## Components of the Performance Appraisal

**Goals:** A goal is a specific written statement of the results to be achieved. A goal reflects the "Good" rating level unless otherwise indicated on the form. Goals should attempt to cover 80% or more of the job being performed.

As much as possible, a goal should be:
- **Measurable** - to enable periodic evaluation of its attainment
- **Attainable** - not beyond the capacity of a trained, competent associate
- **Challenging** - aimed at eliciting performance beyond that currently being produced
- **Scheduled** - containing a target date for evaluation of its attainment
- **Significant** - directly related to a key results area of the job

**Core Goals:** Goals are weighted based on the focus of the Company and can change in weight over time. However, if any of the core goals is rated lower than a Good (3.0), even if the final rating is a Good (3.0) or better, management must take appropriate action including but not limited to Performance Improvement Plan (PIP), Warning, and/or no merit increase.

- to list training, education and developmental action plans
- a basis for salary recommendations

## Performance Appraisal Ratings

The end result of the performance appraisal process is the identification of how well the associate has carried out designated goals (the degree of success achieved) and the performance rating.

The performance rating an associate may receive ranges from Unsatisfactory (1.0) to Outstanding (5.0). Performance ratings are based on the achievement of goals, attendance, attitude, contributions to the overall success of the work unit, and other objective and subjective factors that may be useful in determining an individual's overall work performance.

Associates rated less than Good (3.0) are not eligible for a salary increase and will be placed on a Performance Improvement Plan (PIP) or a Warning if warranted. The purpose of the PIP is to help the associate improve his/her performance to an acceptable level through regular progress reviews by the supervisor. Associates whose performance continues to be rated less than Good (3.0) will be subject to further corrective action up to and including terminataion of employment.

| PA Rating | Description and Definition |
| --- | --- |
| 1.0 – 1.9 | **Unsatisfactory:** Consistently fails to meet standards/goals for job. A Performance Improvement Plan is required or if warranted, a written warning. Transfer to a more suitable job, or further corrective action up to and including termination of employment may be necessary if significant improvement is not made. |
| 2.0 – 2.9 | **Fair:** Meets most standards/goals for job. Level of performance is less than expected in some areas. Areas for improvement are needed and noted in appraisal. |
| 3.0 – 3.9 | **Good:** Consistently meets and occasionally exceeds standards/goals for job. Makes full use of ability and experience to produce the desired results expected from a qualified associate. |
| 4.0 – 4.9 | **Very Good:** Consistently meets and often exceeds standards/goals for job. Actively contributes to the achievement of overall unit, department and Company goals. The performance is well above the good level. |
| 5.0 | **Outstanding:** Consistently exceeds all standards/goals for job. Seeks new and better ways to accomplish tasks. Very capable and versatile in adjusting priorities to current unit, department and Company needs. |

## Performance Ratings for Associates in Training

A five-point rating scale will be used for each Trainee once his/her Orientation Period is completed. During the Orientation Period, a trainee's performance is reviewed at least every 60 days. A thorough review and discussion of the trainee's performance and progress are the center of each interim Orientation Period review.

The five summary ratings for associates in Training are:

| PA Rating | Description and Definition |
| --- | --- |
| 1.0 – 1.9 | **Unsatisfactory:** Trainee has not made satisfactory progress in acquiring the knowledge, skills and experience necessary to perform the major tasks of the job. Does not achieve training goals. |
| 2.0 – 2.9 | **Fair:** Trainee has made adequate progress in learning the job but improvement is necessary as noted in the Orientation Period review or performance appraisal. Usually achieved training goals but level if performance is less than expected. |
| 3.0 – 3.9 | **Good:** Trainee has learned the job at a consistent and expected rate. Achieved training goals. |
| 4.0 – 4.9 | **Very Good:** Trainee has learned the job at a faster than expected rate. Consistently met and occasionally exceeded training goals. Performance is well above the good level for trainees. |
| 5.0 | **Outstanding:** Trainee quickly mastered new job. Exceeded all training goals for job. |

Confidential                                                                                                G000172