# Exhibit XX

# Performance Appraisal Ratings

The result of the performance appraisal (PA) process in Workday is a performance rating ("Rating") for the associate.

The Rating an associate receives may range from Unsatisfactory (1.0) to Outstanding (5.0) or be evaluated on a ranking basis. Ratings are based on the achievement of goals and professional accomplishments as they relate to the associate's overall job performance.

An associate rated less than Good (3.0) is not eligible for a merit increase and may be placed on a Warning. An associate's performance that continues to be rated less than Good (3.0) will be subject to further corrective action, up to and including termination of employment.

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Consistently fails to meet goals for the position. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 2.0 – 2.9 | **Fair:** Consistently meets most goals for the position with an unacceptable level of performance for some goals. Corrective action is required; refer to the Performance Below an Acceptable Level section for more information. |
| 3.0 – 3.9 | **Good:** Consistently meets and occasionally exceeds goals for the position. Makes full use of abilities and experience to produce desired results. |
| 4.0 – 4.9 | **Very Good:** Consistently meets and often exceeds goals for the position. Actively contributes to the achievement of overall unit, department and Company goals. |
| 5.0 | **Outstanding:** Consistently exceeds all goals for the position. Seeks new and better ways to accomplish tasks. Highly capable and versatile in adjusting priorities to current unit, department and Company needs. |

## Performance Appraisal Ratings for Associates in Training

During the Orientation Period, an associate's performance is reviewed at least every 60 days. At the center of each Orientation Period review is a thorough review and discussion of performance and progress.

The five summary ratings for associates on Orientation are:

| PA Rating | Description and Definition |
|---|---|
| 1.0 – 1.9 | **Unsatisfactory:** Does not make satisfactory progress in acquiring the knowledge, skills and experience necessary to perform the major tasks of the job. Does not achieve training goals. |
| 2.0 – 2.9 | **Fair:** Progress in learning the job, but improvement is necessary to achieve orientation goals. |
| 3.0 – 3.9 | **Good:** Learns the job at a consistent and expected rate. Achieved orientation goals. |
| 4.0 – 4.9 | **Very Good:** Learns the job at a faster than expected rate. Consistently met and occasionally exceeded orientation goals. Performance is well above the Good level. |
| 5.0 | **Outstanding:** Masters new job quickly. Exceeds orientation goals. |

# Ongoing Coaching and Review of Performance Results

## Principles of Coaching

Each associate needs to know the responsibilities and goals of the position they hold. Each associate should also receive objective ongoing feedback on their performance in relation to those responsibilities and goals. The associate and their direct supervisor (referred to in Workday as "manager") are to meet regularly to discuss the associate's performance against the assigned goals. The manager and associate may also review departmental plans and goals, as well as areas of the associate's current performance which offer opportunity for improvement.

Confidential                                                                                            G000210