# Exhibit ZZ

## Message

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 3/21/2018 7:11:18 PM |
| **To:** | Mangan, Constance [CMangan@geico.com] |
| **Subject:** | January and Feb results based on adjusted prod and quality |

Connie,

In January you closed 20 cases and adjusted productivity came in at 20.8 which is now a 3. Looks like you worked a lot of overtime which is lowering the overall number with 175.5 hours in total (155 is a full month). In Feb you closed 19 cases and came in at 23.4 adjusted prod with 147 hours worked and 1 day off for a 4 in adjusted prod overall. . Your quality is at 100% both months for a 5 in this category.

| Activity Month | Investigator Name | New Assigned Cases | Closed Cases | Total Hours Worked | Closed Cases For Productivity | Adjusted Productivity Ratio |
|---|---|---|---|---|---|---|
| 2018-02 | (WB)Mangan,Constance B | 20 | 19 | 147.25 | 19 | 23.4 |
| 2018-01 | (WB)Mangan,Constance B | 21 | 20 | 175.5 | 20 | 20.8 |

Below gives adjusted prod numbers based on new goal. We are awaiting Bill to finalize the third element to be evalaauted on. Just wanted to show you your prod and quality results.

| Supervisor | Dara Campbell | | | | | |
|---|---|---|---|---|---|---|
| Investigator | File Quality | Jan Prod | Feb Prod | Basic Expectations | Jan Prod score | Feb Prod Score |
| Connie Mangan | 100% | 20.8 | 23.4 | | 3 | 4 |

Productivity ranges
Rating          Goal
1               Below 18
2               18 – 19.99
  3               20.0 -  23.0
  4               23.1 -  25.00
  5               Above 25.0

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU
**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G011670