# Exhibit EEE

Message

**From:** Fischer, Keith [KFischer@geico.com]
**Sent:** 11/30/2016 11:55:34 PM
**To:** Cassagne, Gerard [GCassagne@geico.com]
**Subject:** RE: Overtime

Gerry, I did 4 hours today!  6;30AM to 7PM

I did a EUO for Doug P in Staten Island at 11AM today. Left my house at 7AM after signing onto the computer at 6:30AM

I then drove from Staten island to Woodbury where I conducted my own theft EUO at 2PM at Woodbury Legal.

I arrived home at 4PM and have been typing since as I have three more EUO's tomorrow in Queens.

Stopping now at 7PM

I don't expect any other overtime this week. I will type Friday but do have a face to face in Glen Cove tomorrow night at 6PM after my 3 EUO's.

I have EZ pass and parking receipts to establish my times mentioned above,
My calendar has been updated also to reflect the overtime.


**From:** Cassagne, Gerard
**Sent:** Wednesday, November 30, 2016 6:12 PM
**To:** Brogna, Chris; Caniglia, Louis; Diniso, Vito; Fischer, Keith; Lewonka, Jeffrey; Pia, Louis; Pfleging, Douglas; Tellerman, Paula
**Subject:** Overtime

Please advise if you have any overtime so far this week.

Thanks

Confidential                                                                                                                        G011492