# Exhibit FFF

Message

**From:** Cassagne, Gerard [GCassagne@geico.com]
**Sent:** 6/4/2020 6:12:24 PM
**To:** Campbell, Dara [DVetriCampbell@geico.com]
**Subject:** FW: OVERTIME SUBMITTED



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
**Phone:** 1-917-940-6644 | **Fax:** 1-516-704-2134
Email  gcassagne@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** Brust, Albert
**Sent:** Wednesday, June 3, 2020 10:56 PM
**To:** Cassagne, Gerard <GCassagne@geico.com>
**Subject:** OVERTIME SUBMITTED

On June 3, 1010, I worked three hours overtime on the following cases.

SICM #2256766- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
SICIM #2257334- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
SICIM #2257537- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
SICIM #2257772- Tip, Initial Case Assessment, Reviewed Atlas file, added note to Atlas file
SICM # 2250329- General Notes, Summary, Closing



**Al Brust** | Senior Field Investigator
Region 2 / Special Investigations Unit
**Phone:** 516-751-6498 | **Fax:** 833-904-1009
**Email** abrust@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal