# Exhibit GGG

Message

**From:** Caniglia, Louis [LoCaniglia@geico.com]
**Sent:** 12/15/2016 1:43:56 AM
**To:** Cassagne, Gerard [GCassagne@geico.com]
**Subject:** Daily Activity Report 12/14/2016

Date: 12/14/2016
Daily Activity Report
7:00 AM Case 1429929- EUO prep, reviewed the case folder and the claim notes, prepared questions for the EUO.
8:00 AM Case 1436385- TIP case, case 1435812 Backed-up case and sent EUO request, reviewed case number 1435812
9:45 AM- Left for Goshen, New York for an EUO on case number 1429929
11:00 AM EUO case number 1429929
12:15 PM Left Goshen
1:30 Scene canvass on case 1435812 and met with Suffern Police Personnel on the same case
3:00 Submitted case 1435812
3:30 PM worked on case number 1429929- Reviewed the EUO notes with the Examiner, reviewed case with eh DMV investigative unit, interviewed previous owner and conferred with Bronx Auto Crime, attained LPR, conducted additional background searches and reviewed loan information from the insured.
6:30 finished working on case 1429929
8:30- Wrote Daily activity report
----------Requesting 2 hours overtime----------------

Louis Caniglia Jr.
Special Investigations Unit
845-587-1885- Cell
866-955-3207- Fax

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*