# Exhibit HHH





**RE: Document1**

**Campbell, Dara**
To: Diniso, Vito
Mon 10/31/2022 10:20 AM

General-Internal

You replied to this message on 10/31/2022 10:38 AM.

From: Diniso, Vito <VDiNiso@geico.com>
Sent: Monday, October 31, 2022 9:11 AM
To: Campbell, Dara <DVetriCampbell@geico.com>
Subject: RE: Document1

Dara,

I do remember. This audit process is completely subjective, I don't agree with the auditor's findings. The insured lied and I had the proof

Balancing a queue of cases with the work load that has become expected is impossible. 49 cases so far this month, an I'm certain to get at least 2-3 more today. I think there are about 140 work hours in a month, 50 cases gives me 2.8 hours per case. That's about enough to complete ICA and backgrounds.

**Vito DiNiso** | Senior SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-813-6424 | Fax: 914-613-1356
Email: vdiniso@geico.com

P00000066

# RE: Document1

**Campbell, Dara**
To: Diniso, Vito

Mon 10/31/2022 10:20 AM

General-Internal

You replied to this message on 10/31/2022 10:38 AM.

The one that says he verified the date of loss? We took an impact? You started to follow the lead then dropped it. Reissue effective 09/23 and you saw car there on 09/25. She had coverage then. Maybe she lied or mixed up her dates but to deny the claim you would have had to show it there during lapse period or had the shop confirm.

On another note we also were downgraded because the evidence did not open. The auditor said she saw that on a few of your files. You will need to check your RI's going forward so we don't get hit with that.

As far as work load then work the cases and if you don't close as quickly we will see your pending go up. Not going to change.

Sensitivity: General/Internal

From: Diniso, Vito <VDiNiso@geico.com>
Sent: Monday, October 31, 2022 9:11 AM
To: Campbell, Dara <DVetriCampbell@geico.com>
Subject: RE: Document1

Dara,

P00000067

Geico workload

2014 — 252
2015 — 260
2016 — 194
2017 — 231
2018 — 305
2019 — 332
2020 — 564 (surgery)
2021 — 553
2022 — 416   Covid: 3/2020

P00000068