IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | No. 23 Civ. 02848 (SJB) (SLT) |

**DECLARATION OF MICHAEL J. SCIMONE**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Outten & Golden LLP ("O&G") and one of the primary attorneys responsible for this matter.

2. I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment ("Opposition"). I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

3. Since this case was filed, and after the Court authorized notice to the collective pursuant to 29 U.S.C. § 216(b), approximately 60 Plaintiffs out of 151 who are eligible have joined this case. That constitutes approximately 40% of the eligible population.

**Exhibits**

4. True and correct copies of the exhibits in support of Plaintiffs' Opposition are

attached hereto. An index of the exhibits is appended to this declaration and provided for the Court's convenience.

*   *   *

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: September 12, 2025
      Nyack, NY

Respectfully submitted,

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com

*Attorney for Plaintiffs and the Putative Class and Collective*

K. Fischer, et al., v. Government Employees Insurance Company
Case No. 2:23-cv-02848-SJB-SLT
Plaintiffs' Exhibit List ISO Opposition to Defendant's Motion for Summary Judgment

| Exhibit No. | Description |
|---|---|
| A | Keith Fischer Deposition Transcript Excerpts |
| B | John Moeser Deposition Transcript Excerpts |
| C | Charise Jones Deposition Transcript Excerpts |
| D | Craig Costanzo Deposition Transcript Excerpts |
| E | Michael Reed Deposition Transcript Excerpts |
| F | SICM Manual |
| G | Thomas Barden Deposition Transcript Excerpts |
| H | Maria Munoz Deposition Transcript Excerpts |
| I | Michael O'Sullivan Deposition Transcript Excerpts |
| J | Thomas Barden Responses to Court Interrogatories, Declaration |
| K | Albert Brust Deposition Transcripts Excerpts |
| L | Albert Brust Personnel Record |
| M | Louis Caniglia, Jr. Deposition Transcript Excerpts |
| N | Gerard Cassagne Deposition Transcript Excerpts |
| O | November 26, 2018 Email from Gerard Cassagne to Investigators |
| P | Craig Costanzo Responses to Court Interrogatories, Declaration |
| Q | November 25, 2016 Email from Gerard Cassagne to Keith Fischer |
| R | SIU Case Investigations Instructions |
| S | SIU Core Metrics Report Card Excel |
| T | Margaret Fischer Deposition Transcript Excerpts |
| U | Margaret Fischer Responses to Court Interrogatories, Declaration |
| V | Michael Grey Deposition Transcript Excerpts |
| W | Charise Jones Personnel Record |
| X | Daniel King Deposition Transcript Excerpts |
| Y | Daniel King Personnel Record |
| Z | Constance Mangan Deposition Transcript Excerpts |
| AA | John Moeser Responses to Court Interrogatories, Moeser Declaration |
| BB | Michael O'Sullivan Responses to Court Interrogatories, Declaration |
| CC | Louis Pia Deposition Transcript Excerpts |
| DD | Louis Pia Responses to Court Interrogatories, Declaration |
| EE | Ted Wendling Responses to Court Interrogatories, Declaration |
| FF | Bill Newport Deposition Transcript Excerpts |
| GG | Rule 30(b)(6) Deposition Transcript Excerpts |
| II | Senior Field Security Investigator Job Description |

K. Fischer, et al., v. Government Employees Insurance Company
Case No. 2:23-cv-02848-SJB-SLT
Plaintiffs' Exhibit List ISO Opposition to Defendant's Motion for Summary Judgment

| Exhibit No. | Description |
|---|---|
| HH | November 21, 2023 Email from Rene Cubas to Team |
| JJ | Lead Security Investigator Job Description |
| KK | Internal Major Case SIU Investigator Job Description |
| LL | Senior Internal Security Investigator Job Description |
| MM | Major Case SIU Investigator Job Description |
| NN | Internal Security Investigator Job Description |
| OO | Field Major Case SIU Investigator Job Description |
| PP | Claims Security Investigator Job Description |
| QQ | SIU Operations Manual |
| RR | November 2017 HR Handbook |
| SS | May 2023 HR Handbook |
| TT | July 8, 2020 Email from Bill Newport to Supervisors |
| UU | November 2017 Associate Handbook |
| VV | November 23, 2018 Email from Rick Hoagland to Bill Newport |
| WW | June 2020 Gerard Cassagne Emails to Supervisors and Investigators |
| XX | July 2023 Associate Handbook |
| YY | Michael Reed 2017 Performance Appraisal |
| ZZ | March 21, 2018 Email from Dara Campbell to Constance Mangan |
| AAA | SIU Case Investigations Dictionary |
| BBB | Craig Costanzo 2021 Performance Appraisal |
| CCC | October 20, 2021 Email from Chester Janik to Michael Grey |
| DDD | Toni D'Agata Coaching Log for Ted Wendling |
| EEE | November 30, 2016 Email from Keith Fischer to Gerard Cassagne |
| FFF | June 3, 2020 Email from Albert Brust to Gerard Cassagne |
| GGG | December 15, 2016 Email from Louis Caniglia, Jr. to Gerard Cassagne |
| HHH | November 8, 2022 Email from Dara Campbell to Vito DiNiso |