IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (SJB) (SLT) |

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(C) AND JUDGE BULSARA'S INDIVIDUAL PRACTICES, RULE VI(E)**

In accordance with Local Civil Rule 7.1(c), Your Honor's Individual Practices, Rule VI(E), and the parties' motion for enlargement of the word count for briefing Defendant Government Employees Insurance Company ("GEICO")'s Motion for Summary Judgment (Docket Entry No. 116), which was So Ordered by the Court via Text Order on August 4, 2025, and permitted 4,000 words for GEICO's Reply brief, I hereby certify that GEICO's Reply in Support of its Motion for Summary Judgment (the "Reply") contains 3,999 words, including footnotes, as established by Microsoft Word, the software used to prepare the Reply. The word count does not include the Reply's cover page, table of contents, table of authorities, signature block, and certificate of service, which are exempted by the applicable Rules.

Dated: October 10, 2025

Respectfully submitted,

DUANE MORRIS LLP

By: */s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.

(gmaatman@duanemorris.com)
Jennifer A. Riley
(jariley@duanemorris.com)
Gregory Tsonis
(gtsonis@duanemorris.com)
Tiffany E. Alberty
(tealberty@duanemorris.com)
**DUANE MORRIS LLP**
190 South LaSalle Street, Suite 3700
Chicago, Illinois 60603-3433
Telephone: (312) 499-6700
Facsimile: (312) 499-6701

Gregory S. Slotnick
(gsslotnick@duanemorris.com)
**DUANE MORRIS LLP**
22 Vanderbilt
New York, New York 10017
Telephone: (212) 692-1000
Facsimile: (212) 202-5384

*Attorneys for Defendant Government Employees Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a true and correct copy of the foregoing to be served upon the following counsel of record via ECF on the 10th day of October 2025:

**OUTTEN & GOLDEN LLP**
Michael J. Scimone
Jarron D. McAllister
Sabine Jean
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com
jmcallister@outtengolden.com
sjean@outtengolden.com

**OUTTEN & GOLDEN LLP**
Ryan C. Cowdin
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4409
Facsimile: (202) 847-4410
rcowdin@outtengolden.com

**KESSLER MATURA P.C.**
Garrett Kaske
Troy L. Kessler
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Facsimile: (631) 499-9120
gkaske@kesslermatura.com
tkesler@kesslermatura.com

                                             */s/ Gerald L. Maatman, Jr.*
                                             Gerald L. Maatman, Jr.