IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,

    Defendant.

Case No. 2:23-CV-02848

District Judge Sanket J. Bulsara

Magistrate Judge Steven L. Tiscione

### INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFFS' LOCAL CIVIL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 85 | G015738-40 |
| 86 | Additional Pay Records (Group Exhibit) |
| 87 | Munoz Pay Records (Group Exhibit) |
| 88 | Additional Transcript Excerpts of Deposition of William Newport |
| 89 | Transcript Excerpts of Deposition of Jennifer Fogarty |
| 90 | Additional Transcript Excerpts of Deposition of Margaret Fischer |
| 91 | Additional Transcript Excerpts of Deposition of Gerry Cassagne |
| 92 | G012001-G015179 |
| 93 | Additional Transcript Excerpts of Deposition of Daniel King |
| 94 | Additional Excerpts of GEICO HR Associate Handbook, 2017 |
| 95 | Additional Transcript Excerpts of Deposition of Maria Munoz |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 96 | Transcript Excerpts of July 1, 2025 Hearing |
| 97 | G021474-76 |
| 98 | G011379 |