# EXHIBIT 85

Message

**From:** Newport, Bill [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=9E84AEFE7AA8475C850BDB7AF811CAD1-NEWPORT, BI]
**Sent:** 7/8/2020 3:56:50 PM
**To:** Hoagland, Rick [RHoagland@geico.com]
**Subject:** RE: SIU OT

Will do and thank you for the approval!

Sensitivity: General/Internal

**From:** Hoagland, Rick <RHoagland@geico.com>
**Sent:** Wednesday, July 8, 2020 11:55 AM
**To:** Newport, Bill <WNewport@geico.com>
**Subject:** RE: SIU OT

I approve.

On a separate issue, I think we need to assess staffing by converting more field to desk investigators. I would like your insight into the pros/cons of reducing actual field work. This will be controversial with your staff, but with more retirements we should be envisioning how your team will work in 2021 and beyond.

Kevin and AD are working through a similar approach by replacing DB appointments with EZ estimates and photo estimates from shops. Think about SIU 2.0 in the Model Operation format.

Can you start to work on this and have a preliminary vision by next Friday? Thanks

**From:** Newport, Bill <WNewport@geico.com>
**Sent:** Wednesday, July 8, 2020 11:46 AM
**To:** Hoagland, Rick <RHoagland@geico.com>
**Subject:** RE: SIU OT

Good Morning Rick,

On Monday we started our training class which has 6 associates who all have claims experience. We are starting them with our required classes, systems, backgrounds and checklist items and from there we will train them on Social Media and Velm cases. The trainees will be completing live work this month but it will be staggered based on the training and they will not have an impact on the received until the beginning of August.

At this time I'd like to extend the overtime to the field associates (10 hours per week/investigator) through July until the class is ready to catch cases at beginning of next month. The main reasons I'm requesting an extension are as follows:
-        Increased time off/vacation/floating holiday in May and June (Grid 1)
-        Several retirements hitting in July
-        Increased received, closures and features investigated for June and we anticipate more cases in July (Grid 2)
-        We experienced an increase in closures, activities and features per week in June compared to April & May (Grid 3 & 4).
-        The OT was not fully utilized in terms of the hours that were available but it clearly had an impact. (Grid 3 & 4)


We prioritized the work and had investigators that were caught up work the oldest pending regardless of who had it. Our pending decreased from 1,038 at the beginning of the month to 852 for the week ending 6/26. We stopped the

Confidential

G015738

OT on 6/30 and we saw our pending increase to 924 on 7/2 and 984 today. Once we have the class catching cases we do not anticipate the need for OT unless the cases spike considerably.

(Grid 1)
We have several retirements this month and those associates have been utilizing accrued leave in addition to more associates taking time in the summer. In May and June we saw our accrued Floating Holiday and Vacation time rise considerably from April:

| Row Labels | Sum of Approved |
|---|---|
| **4** | **117.29** |
| Floating Holiday | 31.04 |
| Vacation | 86.25 |
| **5** | **466.75** |
| Floating Holiday | 179 |
| Vacation | 287.75 |
| **6** | **463.5** |
| Floating Holiday | 127 |
| Vacation | 336.5 |

*\*\*\* This was pulled on 6/26 – June most likely exceed May totals \*\*\*\**

(Grid 2)
We set a record number for New Assigned Cases and Closed cases for June and we can see the impact of the OT. I anticipate July exceed June since the trend is showing increased loss reports on a weekly basis.

| Activity Month | New Assigned Cases | Closed Cases | Pending Cases | Features Investigated |
|---|---|---|---|---|
| 2020-06 | 2,694 | 2,771 | 0 | 3,029 |
| 2020-05 | 2,642 | 2,376 | 0 | 2,675 |
| 2020-04 | 2,193 | 2,257 | 0 | 2,607 |
| 2020-03 | 1,624 | 2,151 | 0 | 2,625 |
| 2020-02 | 1,760 | 1,683 | 0 | 1,980 |
| 2020-01 | 1,870 | 1,993 | 0 | 2,325 |

(Grid 3 & 4)
In June we offered the 31 field associates the opportunity to work a max of 10 hours per week. We had decent participation from our team but we did not utilize all of the hours:

| | |
|---|---|
| Wk 1 Available: | 320 |
| Wk 1 Utilized: | 187.4 |
| Wk 2 & 3 Available: | 640 |
| Wk 2 & 3 Utilized: | 388.75 |
| Total Available: | 960 |
| Total Utilized: | 576.15 |

We did see a significant benefit from offering this extra time:

| | |
|---|---|
| Average closures per week Apr - May: | 505 |

| | |
|---|---|
| Average activities per week Apr - May: | 5376 |
| Average closures per week June: | 617 |
| Average activities per week June: | 6329 |
| Average feature Inv per week Apr - May: | 582 |
| Average feature Inv per week June: | 704 |

Sensitivity: General/Internal

**From:** Newport, Bill
**Sent:** Monday, June 1, 2020 3:25 PM
**To:** Hoagland, Rick <RHoagland@geico.com>
**Subject:** SIU OT

Hello Rick,
As discussed for the month of June I'm going to offer the 31 field investigators 10 hours of OT/week for the month of June. At the same time Courtney's team has agreed to take a bucket of cases and we will onboard the people previously approved to be hired.


Sensitivity: General/Internal

Confidential
G015740