# EXHIBIT 87

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Maria Munoz | 92500 | 05/23/2020 | 06/05/2020 | 06/11/2020 | |

| Department | Location | Job Title | Hourly Rate |
|------------|----------|-----------|-------------|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 38.25 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|-----------|--------------------|-----------------|---------------------|---------|
| Current | 3,198.67 | 539.82 | 398.32 | 398.08 | 1,862.45 |
| YTD | 45,103.73 | 6,127.61 | 6,408.51 | 4,441.19 | 28,126.42 |

| Earnings | | | | | |
|----------|-------|-------|------|--------|-----|
| Description | Dates | Hours | Rate | Amount | YTD |
| Floating Holiday | | | 0 | | 874.92 |
| Holiday Pay | 05/23/2020 - 05/29/2020 | 7.75 | 38.25 | 296.44 | 874.92 |
| Jury Duty | | | 0 | | 296.44 |
| Overtime 1.5 | 05/30/2020 - 06/05/2020 | 3.25 | 57.375 | 186.47 | 186.47 |
| Paid Sick | | | 0 | | 660.33 |
| Profit Sharing Payout | | | 0 | | 9,657.08 |
| Regular Overtime | 05/30/2020 - 06/05/2020 | 1.25 | 38.25 | 47.82 | 47.82 |
| Regular Pay | 05/23/2020 - 06/05/2020 | 69.75 | 38.25 | 2,667.94 | 30,287.56 |
| Vacation | | | 0 | | 2,218.19 |
| Total: | | 82 | | 3,198.67 | 45,103.73 |

| Employee Taxes | | |
|----------------|--------|--------|
| Description | Amount | YTD |
| OASDI | 178.73 | 2,561.39 |
| Medicare | 41.80 | 599.04 |
| Federal Withholding | 35.56 | 751.62 |
| State Tax - NY | 133.25 | 2,370.51 |
| NY SDI - NYSDI | 1.20 | 14.40 |
| New York Paid Family Leave - NYPF | 7.78 | 111.55 |
| Total: | 398.32 | 6,408.51 |

| Pre-Tax Deductions | | |
|--------------------|--------|--------|
| Description | Amount | YTD |
| 401(k) | 223.91 | 2,336.69 |
| Delta Dental Enhanced | 19.43 | 233.16 |
| EyeMed Vision | 8.37 | 100.44 |
| UHC Choice Plus | 288.11 | 3,457.32 |
| Total: | 539.82 | 6,127.61 |

| Post Tax Deductions | | |
|---------------------|--------|--------|
| Description | Amount | YTD |
| PS Loan (09) | 135.73 | 1,493.03 |
| PS Loan (10) | 200.04 | 2,200.44 |
| Personal Mileage | 62.31 | 747.72 |
| Total: | 398.08 | 4,441.19 |

| Employer Paid Benefits | | |
|------------------------|--------|--------|
| Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.76 |
| Basic LTD - ER | 5.24 | 62.28 |
| Delta Dental Enhanced - ER | 29.07 | 348.84 |
| Group Life ER | 1.21 | 14.37 |
| UHC Choice Plus - ER | 744.85 | 8,938.20 |
| Total: | 780.60 | 9,366.45 |

| Taxable Wages | | |
|---------------|--------|--------|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 2,882.76 | 41,312.81 |
| Medicare - Taxable Wages | 2,882.76 | 41,312.81 |
| Federal Withholding - Taxable Wages | 2,658.85 | 38,976.12 |
| State Withholding (Work) - Taxable Wages | 2,658.85 | 38,976.12 |

| Absence Plans | | | |
|---------------|---------|---------|-----------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.73 | 0 | 1055.80 |
| Vacation | 5.96 | 0 | 136.93 |

| Payment Information | | | | |
|---------------------|--------------|----------------|-----------|--------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Capital One | Capital One ******6202 | ******6202 | | 1,862.45    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company    One Geico Plaza Washington, DC 20076    +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|------|------|------|------|------|------|
| Maria Munoz | | 92500 | 06/06/2020 | 06/19/2020 | 06/25/2020 | |

| Department | Location | Job Title | | Hourly Rate |
|------|------|------|------|------|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | | 38.25 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|------|------|------|------|------|------|
| Current | 3,222.58 | 541.50 | 404.25 | 398.08 | 1,878.75 |
| YTD | 48,326.31 | 6,669.11 | 6,812.76 | 4,839.27 | 30,005.17 |

| Earnings | | | | | | Employee Taxes | | |
|------|------|------|------|------|------|------|------|------|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | 0 | | | 874.92 | OASDI | 180.22 | 2,741.61 |
| Holiday Pay | | 0 | | | 874.92 | Medicare | 42.14 | 641.18 |
| Jury Duty | | 0 | | | 296.44 | Federal Withholding | 38.23 | 789.85 |
| Overtime 1.5 | 06/13/2020 - 06/19/2020 | 1 | 57.375 | 57.38 | 243.85 | State Tax - NY | 134.61 | 2,505.12 |
| Paid Sick | 06/06/2020 - 06/12/2020 | 9.75 | 38.25 | 372.94 | 1,033.27 | NY SDI - NYSDI | 1.20 | 15.60 |
| Profit Sharing Payout | | 0 | | | 9,657.08 | New York Paid Family Leave - NYPF | 7.85 | 119.40 |
| Regular Overtime | 06/13/2020 - 06/19/2020 | 1.25 | 38.25 | 47.82 | 95.64 | | | |
| Regular Pay | 06/06/2020 - 06/19/2020 | 71.75 | 38.25 | 2,744.44 | 33,032.00 | | | |
| Vacation | | 0 | | | 2,218.19 | | | |
| Total: | | 83.75 | | 3,222.58 | 48,326.31 | Total: | 404.25 | 6,812.76 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 225.59 | 2,562.28 | PS Loan (09) | 135.73 | 1,628.76 |
| Delta Dental Enhanced | 19.43 | 252.59 | PS Loan (10) | 200.04 | 2,400.48 |
| EyeMed Vision | 8.37 | 108.81 | Personal Mileage | 62.31 | 810.03 |
| UHC Choice Plus | 288.11 | 3,745.43 | | | |
| Total: | 541.50 | 6,669.11 | Total: | 398.08 | 4,839.27 |

| Employer Paid Benefits | | | Taxable Wages | | |
|------|------|------|------|------|------|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 2.99 | OASDI - Taxable Wages | 2,906.67 | 44,219.48 |
| Basic LTD - ER | 5.24 | 67.52 | Medicare - Taxable Wages | 2,906.67 | 44,219.48 |
| Delta Dental Enhanced - ER | 29.07 | 377.91 | Federal Withholding - Taxable Wages | 2,681.08 | 41,657.20 |
| Group Life ER | 1.21 | 15.58 | State Withholding (Work) - Taxable Wages | 2,681.08 | 41,657.20 |
| UHC Choice Plus - ER | 744.85 | 9,683.05 | | | |
| Total: | 780.60 | 10,147.05 | | | |

| Absence Plans | | | |
|------|------|------|------|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.83 | 9.75 | 1050.95 |
| Vacation | 5.96 | 0 | 142.89 |

| Payment Information | | | | |
|------|------|------|------|------|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Capital One | Capital One ******6202 | ******6202 | | 1,878.75    USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Maria Munoz | | 92500 | 06/20/2020 | 07/03/2020 | 07/09/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 38.25 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 3,098.27 | 532.79 | 373.49 | 398.08 | 1,793.91 |
| YTD | 51,424.58 | 7,201.90 | 7,186.25 | 5,237.35 | 31,799.08 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | | | | 0 | 874.92 | OASDI | 172.50 | 2,914.11 |
| Holiday Pay | 06/27/2020 - 07/03/2020 | 7.75 | 38.25 | 296.44 | 1,171.36 | Medicare | 40.35 | 681.53 |
| Jury Duty | | | | 0 | 296.44 | Federal Withholding | 24.36 | 814.21 |
| Overtime 1.5 | | | | 0 | 243.85 | State Tax - NY | 127.57 | 2,632.69 |
| Paid Sick | 06/20/2020 - 07/03/2020 | 2 | 38.25 | 76.50 | 1,109.77 | NY SDI - NYSDI | 1.20 | 16.80 |
| Profit Sharing Payout | | | | 0 | 9,657.08 | New York Paid Family Leave - NYPf | 7.51 | 126.91 |
| Regular Overtime | 06/20/2020 - 06/26/2020 | 0.5 | 38.25 | 19.13 | 114.77 | | | |
| Regular Pay | 06/20/2020 - 07/03/2020 | 63 | 38.25 | 2,409.76 | 35,441.76 | | | |
| Vacation | 06/27/2020 - 07/03/2020 | 7.75 | 38.25 | 296.44 | 2,514.63 | | | |
| Total: | | 81 | | 3,098.27 | 51,424.58 | Total: | 373.49 | 7,186.25 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 216.88 | 2,779.16 | PS Loan (09) | 135.73 | 1,764.49 |
| Delta Dental Enhanced | 19.43 | 272.02 | PS Loan (10) | 200.04 | 2,600.52 |
| EyeMed Vision | 8.37 | 117.18 | Personal Mileage | 62.31 | 872.34 |
| UHC Choice Plus | 288.11 | 4,033.54 | | | |
| Total: | 532.79 | 7,201.90 | Total: | 398.08 | 5,237.35 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.22 | OASDI - Taxable Wages | 2,782.36 | 47,001.84 |
| Basic LTD - ER | 5.24 | 72.76 | Medicare - Taxable Wages | 2,782.36 | 47,001.84 |
| Delta Dental Enhanced - ER | 29.07 | 406.98 | Federal Withholding - Taxable Wages | 2,565.48 | 44,222.68 |
| Group Life ER | 1.21 | 16.79 | State Withholding (Work) - Taxable Wages | 2,565.48 | 44,222.68 |
| UHC Choice Plus - ER | 744.85 | 10,427.90 | | | |
| Total: | 780.60 | 10,927.65 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.67 | 2 | 1053.62 |
| Vacation | 5.96 | 7.75 | 141.1 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Capital One | Capital One ******6202 | ******6202 | | 1,793.91   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Confidential

G002833

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Maria Munoz | | | 92500 | 07/04/2020 | 07/17/2020 | 07/23/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 38.25 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,964.38 | 523.42 | 340.36 | 398.08 | 1,702.52 |
| YTD | 54,388.96 | 7,725.32 | 7,526.61 | 5,635.43 | 33,501.60 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Floating Holiday | | | 0 | | 874.92 |
| Holiday Pay | | | 0 | | 1,171.36 |
| Jury Duty | | | 0 | | 296.44 |
| Overtime 1.5 | | | 0 | | 243.85 |
| Paid Sick | | | 0 | | 1,109.77 |
| Profit Sharing Payout | | | 0 | | 9,657.08 |
| Regular Overtime | | | 0 | | 114.77 |
| Regular Pay | 07/04/2020 - 07/17/2020 | 69.75 | 38.25 | 2,667.94 | 38,109.70 |
| Vacation | 07/11/2020 - 07/17/2020 | 7.75 | 38.25 | 296.44 | 2,811.07 |
| Total: | | 77.5 | | 2,964.38 | 54,388.96 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 164.21 | 3,078.32 |
| Medicare | 38.40 | 719.93 |
| Federal Withholding | 9.42 | 823.63 |
| State Tax - NY | 119.98 | 2,752.67 |
| NY SDI - NYSDI | 1.20 | 18.00 |
| New York Paid Family Leave - NYPf | 7.15 | 134.06 |
| Total: | 340.36 | 7,526.61 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 207.51 | 2,986.67 |
| Delta Dental Enhanced | 19.43 | 291.45 |
| EyeMed Vision | 8.37 | 125.55 |
| UHC Choice Plus | 288.11 | 4,321.65 |
| Total: | 523.42 | 7,725.32 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| PS Loan (09) | 135.73 | 1,900.22 |
| PS Loan (10) | 200.04 | 2,800.56 |
| Personal Mileage | 62.31 | 934.65 |
| Total: | 398.08 | 5,635.43 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Associate Assistance Plan - ER | 0.23 | 3.45 |
| Basic LTD - ER | 5.24 | 78.00 |
| Delta Dental Enhanced - ER | 29.07 | 436.05 |
| Group Life ER | 1.21 | 18.00 |
| UHC Choice Plus - ER | 744.85 | 11,172.75 |
| Total: | 780.60 | 11,708.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 2,648.47 | 49,650.31 |
| Medicare - Taxable Wages | 2,648.47 | 49,650.31 |
| Federal Withholding - Taxable Wages | 2,440.96 | 46,663.64 |
| State Withholding (Work) - Taxable Wages | 2,440.96 | 46,663.64 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0 | 0 | 7.75 |
| Reserved Sick Bank | 4.47 | 0 | 1058.09 |
| Vacation | 5.96 | 7.75 | 139.31 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Capital One | Capital One ******6202 | ******6202 | | 1,702.52   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

Government Employees Insurance Company   One Geico Plaza Washington, DC 20076   +1 (301) 9863444

| Name | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Maria Munoz | | 92500 | 07/18/2020 | 07/31/2020 | 08/06/2020 | |

| Department | Location | Job Title | Hourly Rate |
|---|---|---|---|
| Y131 SIU Central/Medical | NY Long Island - NYC JPS | Senior Field Security Investigator | 38.25 |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 2,964.38 | 523.42 | 340.35 | 398.08 | 1,702.53 |
| YTD | 57,353.34 | 8,248.74 | 7,866.96 | 6,033.51 | 35,204.13 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Floating Holiday | 07/18/2020 - 07/24/2020 | 7.75 | 38.25 | 296.44 | 1,171.36 | OASDI | 164.20 | 3,242.52 |
| Holiday Pay | | | 0 | | 1,171.36 | Medicare | 38.40 | 758.33 |
| Jury Duty | | | 0 | | 296.44 | Federal Withholding | 9.42 | 833.05 |
| Overtime 1.5 | | | 0 | | 243.85 | State Tax - NY | 119.98 | 2,872.65 |
| Paid Sick | | | 0 | | 1,109.77 | NY SDI - NYSDI | 1.20 | 19.20 |
| Profit Sharing Payout | | | 0 | | 9,657.08 | New York Paid Family Leave - NYPF | 7.15 | 141.21 |
| Regular Overtime | | | 0 | | 114.77 | | | |
| Regular Pay | 07/18/2020 - 07/31/2020 | 69.75 | 38.25 | 2,667.94 | 40,777.64 | | | |
| Vacation | | | 0 | | 2,811.07 | | | |
| Total: | | 77.5 | | 2,964.38 | 57,353.34 | Total: | 340.35 | 7,866.96 |

| Pre-Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) | 207.51 | 3,194.18 | PS Loan (09) | 135.73 | 2,035.95 |
| Delta Dental Enhanced | 19.43 | 310.88 | PS Loan (10) | 200.04 | 3,000.60 |
| EyeMed Vision | 8.37 | 133.92 | Personal Mileage | 62.31 | 996.96 |
| UHC Choice Plus | 288.11 | 4,609.76 | | | |
| Total: | 523.42 | 8,248.74 | Total: | 398.08 | 6,033.51 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Associate Assistance Plan - ER | 0.23 | 3.68 | OASDI - Taxable Wages | 2,648.47 | 52,298.78 |
| Basic LTD - ER | 5.24 | 83.24 | Medicare - Taxable Wages | 2,648.47 | 52,298.78 |
| Delta Dental Enhanced - ER | 29.07 | 465.12 | Federal Withholding - Taxable Wages | 2,440.96 | 49,104.60 |
| Group Life ER | 1.21 | 19.21 | State Withholding (Work) - Taxable Wages | 2,440.96 | 49,104.60 |
| UHC Choice Plus - ER | 744.85 | 11,917.60 | | | |
| Total: | 780.60 | 12,488.85 | | | |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| Floating Holiday | 0 | 7.75 | 0 |
| Reserved Sick Bank | 4.47 | 0 | 1062.56 |
| Vacation | 5.96 | 0 | 145.27 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Capital One | Capital One ******6202 | ******6202 | | 1,702.53   USD |

For questions or concerns regarding your pay slip, please contact the Payroll Dept. at 301-986-3444 or pasc@geico.com.

G002835