# EXHIBIT 88

Page 1

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf of
all others similarly situated,

                         Plaintiffs,  Docket No.
                                    23CIV.02848
                                    (GRB)(ARL)

      -against-

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                        Defendant.

----------------------------------------x

                    Zoom Deposition
                    New York
                    January 13, 2025
                    9:26 a.m.

                    CONFIDENTIAL

      Examination Before Trial of WILLIAM
NEWPORT, pursuant to Notice, before Deirdre
Plevritis, a Notary Public of the State of New
York.



```
                                              Page 2
 1                                       2
 2   A P P E A R A N C E S:
 3   OUTTEN & GOLDEN LLP
 4   Attorneys for Plaintiffs
 5        685 Third Avenue - 25th Floor
 6        New York, New York 10017
 7   BY:  MICHAEL J. SCIMONE, ESQ.
 8
 9   DUANE MORRIS LLP
10   Attorneys for Defendant
11        190 South LaSalle Street - Suite
12           3700
13        Chicago, Illinois 60603
14   BY:  GREGORY TSONIS, ESQ.
15
16
17   ALSO PRESENT:
18        ZARKA DSOUZA, ESQ., Outten & Golden
19        LLP
20
21
22
23
24
25
```



Page 3

```
 1                                           3
 2            THE COURT REPORTER:  This
 3       examination before trial of WILLIAM
 4       NEWPORT is being conducted remotely
 5       by using a Zoom platform.
 6            The attorneys participating
 7       in this examination acknowledge
 8       that I am not physically present in
 9       the deposition room and that I will
10       be reporting this deposition
11       remotely.
12            They further acknowledge that
13       in lieu of an oath being
14       administered in person, the witness
15       will verbally declare that her (or
16       his) testimony in this matter is
17       under penalty of perjury.
18            The parties and their counsel
19       consent to this arrangement and
20       waive any objections to this manner
21       of swearing in the witness.
22            Counsels, please indicate
23       your agreement on the record.
24            MR. SCIMONE:  We agree on
25       behalf of plaintiffs.
```



Page 4

```
                                            4
 1
 2        MR. TSONIS:  That's fine with
 3    me, on behalf of defendant.
 4   W I L L I A M   N E W P O R T, the
 5   Witness herein, having been first duly
 6   sworn by a Notary Public in and of the
 7   State of New York, was examined and
 8   testified as follows:
 9        THE VIDEOGRAPHER:  We are now
10    on the record.  This begins
11    videotape number 1 in the
12    deposition of William Newport in
13    the matter of Keith Fischer, et al,
14    v. Government Employees Insurance
15    Co., doing business as GEICO.
16         Today is January 13th, 2025
17    and the time is 9:26 a.m. Eastern.
18    The deposition is being taken
19    virtually at the request of Outten
20    and Golden, LLP.
21         The videographer is Joseph
22    Calvarese from Magna Legal
23    Services.  The court reporter is
24    Deirdre Plevritis of Magna Legal
25    Services.
```



```
 1                                              5
 2           Will all Counsel and all
 3      parties present state their
 4      appearances and who they represent.
 5           MR. SCIMONE:  Good morning.
 6           My name is Michael Scimone
 7      with Outten & Golden.  I represent
 8      the plaintiffs in this action.
 9           MS. DSOUZA:  Good morning.
10           This is Zarka Dsouza, also
11      from Outten & Golden, also
12      representing plaintiffs in this
13      action.
14           MR. TSONIS:  This is Greg
15      Tsonis on behalf of Duane Morris,
16      LLP, representing defendant GEICO.
17           THE VIDEOGRAPHER:  And will
18      the court reporter swear in the
19      witness.
20      Q    Please state your name for
21 the record.
22      A    William Newport.
23      Q    Please state your address on
24 the record.
25      A    ███████████████████,
```



Page 35

```
 1                                           35
 2    manager position.
 3              How would you describe your
 4    responsibilities in that position?
 5         A    It varied during that
 6    timeframe.  Do you have a specific
 7    timeframe?
 8         Q    Let's begin at the beginning.
 9    So 2018, I believe you said in February,
10    what were your responsibilities around
11    that time?
12         A    I had several different
13    groups of associates that made up the SIU
14    unit.  There were field investigators,
15    what you call desk investigators.  There
16    was major case.  There were analysts,
17    clerks.  Inside major case there were two
18    different units in the very beginning
19    that I oversaw.  One would be called
20    medical major and one would just be PD
21    major case.  That is how it began.
22         Q    Did there come a time when
23    those responsibilities changed?
24         A    Yes.
25         Q    When was that?
```



Page 36

```
                                            36
 2      A     I don't remember the exact
 3  date, but a second manager was added into
 4  my geographical area to take over medical
 5  major cases.
 6      Q     Before we move on from that
 7  beginning time in 2018, what was the
 8  geographical area you were responsible
 9  for?
10      A     It was considered the region
11  2 office or Woodbury.  We would have
12  handled losses associated in New York
13  State within our unit.  We would handle
14  investigations related to losses in
15  New York State.
16      Q     The other SIU manager who was
17  added, was that in region 2 as well?
18      A     Yes, it was.
19      Q     How did that change your
20  responsibilities?
21      A     I lost a good portion of
22  staff.  They created the medical major
23  case unit.  So that unit had its own
24  major case investigators, clerks,
25  supervisors, associates, field, they had
```



```
                                                      Page 37
 1                                           37
 2    their own entity in that unit.
 3         Q     Did the other SIU manager
 4    supervise that new unit?
 5         A     If they were considered a
 6    manager, but, yes, they would lead that
 7    entire grouping of associates with
 8    supervisors.
 9         Q     What was that manager's name?
10         A     Courtney Wolff.
11         Q     Did you continue to supervise
12    other people in region 2?
13         A     Yes, I still had several
14    teams in region 2, even after the
15    division.
16         Q     And I am sorry, when did that
17    change happen that the new unit was
18    created and Ms. Wolff made responsible
19    for it?
20         A     To be fair, it wasn't
21    necessarily a new unit.  They added an
22    additional manager, but we -- I want to
23    say I was there -- I don't remember the
24    date.  It might have been, I believe it
25    was inside a year, to my best
```



Page 100

```
 1                                        100
 2    value, then that would be a positive
 3    disposition.
 4         Q      Thank you.
 5                And so effectiveness measures
 6    the percentage of cases in which there
 7    was some sort of positive disposition?
 8         A      Closed cases, yes.
 9         Q      Thank you.
10                What -- the next row, row
11    seven lists productivity inside.  Can you
12    explain what that shows?
13         A      I don't remember.  I don't
14    know -- I know there it says through
15    November.  Over the years productivity
16    was gauged.  There were different ways to
17    measure productivity.  I don't remember
18    where we were in 2020 or 2019.  In a
19    broad sense, it would relate to either a
20    weighted ratio if the case is closed, or
21    the number of cases closed or there were
22    a few other calculations, but
23    productivity in its simplest form is an
24    efficiency measure.
25         Q      The next row is productivity
```



Page 241

```
 1                                            241
 2   categories like that for SIU?
 3        A    I would say something of the
 4   effect of if they got caught in traffic,
 5   perhaps, or you know, a recorded
 6   interview went wrong would be an example,
 7   perhaps.
 8        Q    The second bullet point is:
 9   "Overtime will be evaluated and approved
10   based on business needs."  So what is
11   your understanding of what that means?
12        A    It would be evaluating --
13   exactly how it reads.  It would be in
14   order to have pre-approved overtime,
15   probably have to have some information
16   and discuss it, and same for me as it
17   would be for an investigator before we
18   approved overtime, we would evaluate it
19   and discuss it with whoever needed to
20   approve it.
21             MR. SCIMONE:  We will mark it
22        as Exhibit 15, the document Bates
23        stamped 11859 through 11862.
24             (Document Bates stamped 11859
25        through 11862 referred to received
```



Page 254

```
 1                                      254
 2    to work outside of their normal hours."
 3              Do you have an understanding
 4    of what acceptable overtime means?
 5         A    I am just pulling back up.  I
 6    am not certain as it is written here what
 7    that definition would be.
 8         Q    Based on your experience as a
 9    manager, do you have an understanding of
10    what acceptable overtime means?
11              MR. TSONIS:  Object to form.
12              Foundation.
13              You can answer.
14         A    It would be an example of
15    some of the items we went over earlier.
16    If they -- if they called and they needed
17    a couple of hours, it would be reviewed
18    on a case-by-case basis.  We would look
19    for alternatives.  We would in some cases
20    approve it as needed if they were stuck
21    on a call.  Those would be on a
22    case-by-case basis in any opinion to be
23    defined as acceptable reasons.
24         Q    And you would approve it to
25    the extent that you had permission to
```



Page 335

```
 1                                           335
 2   for it.
 3        Q    Did that direction to your
 4   supervisors ever change?
 5        A    Never.
 6             MR. TSONIS:  No further
 7        questions.
 8             MR. SCIMONE:  All right.  I
 9        think we are done for the day.
10             THE VIDEOGRAPHER:  Off the
11        record, 5:29.
12             THE COURT REPORTER:
13        Mr. Tsonis, will you be ordering a
14        copy?
15             MR. TSONIS:  Yes, an
16        electronic copy.
17             (TIME NOTED:  5:29 P.M.)
18
19
20
21
22
23
24
25
```



Page 341

```
 1                                          341
 2              C E R T I F I C A T E
 3     STATE OF NEW YORK    )
 4                          ) ss.:
 5     COUNTY OF NASSAU     )
 6              I, Deirdre Plevritis, a
 7        Notary Public within and for the
 8        State of New York, do hereby certify:
 9              That WILLIAM NEWPORT, the
10        witness whose deposition is
11        hereinbefore set forth, was duly
12        sworn by me and that such
13        deposition is a true record of the
14        testimony given by such witness.
15              I further certify that I am not
16        related to any of the parties to this
17        action by blood or marriage; and that I
18        am in no way interested in the outcome
19        of this matter.
20              IN WITNESS WHEREOF, I have
21        hereunto set my hand this 16th day
22        of January, 2025.
23                      Deirdre Plevritis
                   ___Deirdre Plevritis_____
24                      DEIRDRE PLEVRITIS
25
```

