# EXHIBIT 91

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN,
and CHARISE JONES, individually and on behalf of
all others similarly situated,

                    Plaintiffs,


    -against-          Case No.:
                   23-Civ-02848(GRB)(ARL)


GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -x

               December 13, 2024
               9:31 a.m.


EXAMINATION BEFORE TRIAL of GERRY CASSAGNE, a
Non-Party Witness herein, taken by the
Plaintiffs, held via Zoom, pursuant to Subpoena,
taken before DANIELLE DEYOUNG, a Shorthand
Reporter and Notary Public in and for the State
of New York.

            MAGNA LEGAL SERVICES
              (866) 624-6221



```
 2   A P P E A R A N C E S:
 3
 4         OUTTEN & GOLDEN LLP
              Attorneys for Plaintiffs
 5            685 Third Avenue, 25th Floor
              New York, New York 10017
 6
 7         BY: HANNAH COLE-CHU, ESQ.
 8
 9         DUANE MORRIS LLP
              Attorneys for Defendant
10            190 South LaSalle Street, Suite 3700
              Chicago, Illinois 60603
11
12         BY: GREGORY TSONIS, ESQ.
13
14
15   ALSO PRESENT:
16   JARRON McALLISTER, OUTTEN & GOLDEN LLP
17
18
19
20
21
22
23
24
25
```



```
                                                          Page 3
 2                   S T I P U L A T I O N S
 3
 4            IT IS HEREBY STIPULATED AND AGREED, by
 5    and among counsel for the respective parties
 6    hereto, that the filing, sealing and
 7    certification of the within deposition shall be
 8    and the same are hereby waived;
 9            IT IS FURTHER STIPULATED AND AGREED that
10    all objections, except as to form of the
11    question, shall be reserved to the time of the
12    trial;
13            IT IS FURTHER STIPULATED AND AGREED that
14    the within deposition may be signed before any
15    Notary Public with the same force and effect as
16    if signed and sworn to before the Court.
17
18                      *       *       *
19
20
21
22
23
24
25
```



Page 4

```
 1                    G. CASSAGNE
 2   G E R R Y  C A S S A G N E, after having first
 3   been duly sworn by a Notary Public of the State
 4   of New York, was examined and testified as
 5   follows:
 6           THE COURT REPORTER:  State your
 7      name for the record, please.
 8           THE WITNESS:  Gerry Cassagne.
 9           THE COURT REPORTER:  State your
10      address for the record, please.
11           THE WITNESS:  [REDACTED]
12   [REDACTED]
13   EXAMINATION BY
14   MS. COLE-CHU:
15      Q     Good morning, Mr. Cassagne.
16      A     Good morning.
17      Q     My name is Hannah Cole-Chu.
18   I'm an attorney representing the
19   Plaintiffs in this lawsuit.  With me is
20   Jarron McAllister, who also represents
21   the Plaintiffs.
22           For the record, can you please
23   state and spell your name.
24      A     Gerry Cassagne, G-E-R-R-Y,
25   Cassagne, C-A-S-S-A-G-N-E.
```



```
 1                      G. CASSAGNE
 2       foundation, calls for speculation.
 3                  You can answer.
 4       A      It could be any, but this is
 5   also for AD, which is the auto damage
 6   people.  So this is for both -- this is
 7   for a couple of different units.  So this
 8   is not specific to SIU.
 9       Q      So is your answer, then,
10   you're not sure who "management" refers
11   to?
12           MR. TSONIS:  Objection, form,
13       mischaracterizes testimony.
14       A      Management, I believe, would
15   be supervisors and managers and above.
16       Q      Looking down farther under the
17   FAQ, the third bullet point, and the sub
18   point underneath that specifically reads:
19              "Overtime has always been
20   available based on business need."  What
21   do you understand business need to mean
22   here?
23       A      If you need to do something
24   regarding your case -- or in this case, I
25   would assume AD do something, that was a
```



Page 187

                    G. CASSAGNE

1  business need which was -- needed to be
2  done within the guidelines of the
3  company, then it would be approved
4  because it had to be done to handle
5  either the investigation or the case
6  correctly, to make sure things were done
7  according to protocols.
8      Q    Is it true, then, that if
9  there was not a business need, overtime
10 was not available?
11          MR. TSONIS:  Objection to form.
12                  You can answer.
13     A    No.  Overtime was available if
14 the investigator explained to me why he
15 needed to do it on that specific case, it
16 would be approved.
17     Q    Did you have discretion to
18 approve overtime however you saw fit as a
19 supervisor?
20     A    I did not have the ability to
21 say -- like those ten hours a week thing,
22 it was preapproved ten hours a week per
23 investigator.  I was able to tell my
24 investigators that if you are working on



```
 1                    G. CASSAGNE
 2      a case and you run over your time and you
 3      deem it necessary, you would just have to
 4      send me the reason why and I would
 5      approve it, based on the investigator's
 6      information he sent to me on that
 7      specific case.
 8              MR. TSONIS:  Now may be a good
 9          time for a five-minute break,
10          whenever you're ready.
11              MS. COLE-CHU:  Sure.  I just have
12          a few more questions on this one and
13          then we can take a break.
14                  Gerry, is that okay?
15              THE WITNESS:  That's fine.  Thank
16          you.
17      BY MS. COLE-CHU:
18          Q    Going back up to the top of
19      the page, there's a bullet point that
20      reads:  "Management must pay overtime
21      worked, even if the additional hours were
22      not authorized and follow the company's
23      progressive disciplinary process if
24      overtime work was not approved."
25                  What can you tell me about the
```



Page 278

```
 1                    G. CASSAGNE
 2      Does the number of cases assigned to an
 3      investigator determine how much work is
 4      required for those cases?
 5           A     No.
 6              MR. TSONIS:  No further
 7      questions.  Thank you, Gerry.
 8              MS. COLE-CHU:  I don't have
 9      anything further.
10              MR. TSONIS:  We will reserve to
11      read and sign.
12                      (Whereupon, the
13                      examination of GERRY
14                      CASSAGNE was concluded at
15                      4:54 p.m.)
16
17                      _____
18                      GERRY CASSAGNE
19
20
21   Subscribed and sworn to
22   before me on this_____ day
23   of _____, _____.
24
     _____
25   Notary Public
```



Page 281

1                     G. CASSAGNE

2                    C E R T I F I C A T E

3

4        I, DANIELLE DeYOUNG, a Shorthand Reporter

5    and Notary Public of the State of New York, do

6    hereby certify:

7    That the WITNESS whose examination is

8    hereinbefore set forth, was duly sworn, and

9    that such examination is a true record of the

10   testimony given by such WITNESS.

11   I further certify that I am not related to any

12   of the parties to this action by blood or

13   marriage; and that I am in no way interested in

14   the outcome of this matter.

15

16

17

18

19        _____*Danielle DeYoung*_____

20            DANIELLE DeYOUNG

21

22

23

24

25

