# EXHIBIT 92

Message

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 4/11/2023 12:00:36 AM |
| **To:** | R2 Dara Vetri Campbell Section [R2DaraV@geico.com] |
| **Subject:** | Overtime |

Reminder when you hit over 40 hours overtime I need a summary for the week.  Make sure you have it. I will request Friday or Monday am. Thanks

Confidential

G012001

Message

---

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 3/27/2023 1:10:57 PM |
| **To:** | D'Agata, Toni [TDagata@geico.com] |
| **Subject:** | RE: Overtime |

Ha ha. I just saw that. I am going to write to him on that one. Son of a Gun!

---

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Monday, March 27, 2023 8:56 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

I do not like the return case comment !!!
That is not what overtime is for. That is just a dig.

---

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Monday, March 27, 2023 8:38 AM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** RE: Overtime

Bill originally said if they need it let them us it. He does not approve it . They just put it in Work Day and they get paid. My whole team has been using some. Bill originally said if they need it let them us it. He has not questioned. I just wanted it for my own info.

He is not the highest. We can talk later

---

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Monday, March 27, 2023 8:34 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

I have not asked for any overtime
I would send to Bill and see what his decision would be.
Does he approve it?

---

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Monday, March 27, 2023 8:32 AM
**To:** D'Agata, Toni <TDagata@geico.com>
**Subject:** FW: Overtime

Good Morning. I don't know if you are asking for info when they do overtime. I have been asking when over 40. Personally I want a little more detail but don't want to be a pain in the neck since you will get him next week. Should I leave it alone? IF not I will treat him as I treat the others and ask for a bit more detail. Let me know.

Three cases assigned should not mean overtime. I get he needs to make tip and so on. If you are not asking I will let it go

---

**From:** Diniso, Vito <VDiNiso@geico.com>
**Sent:** Monday, March 27, 2023 7:14 AM

Confidential

**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

Dara,

3/20: 3563817 – 3 Cases assigned
3/21: 3563238, 3566395, 3567379 – 3 cases assigned
3/22: 3567739
3/23: 3536862
3/24: 3555413 – returned case



**Vito DiNiso** | Senior SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-813-6424 | Fax: 914-613-1356
Email: vdiniso@geico.com

Confidentiality Notice:
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

**From:** Campbell, Dara <DVetriCampbell@geico.com>
**Sent:** Friday, March 24, 2023 5:42 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

Happy Friday. Anyone that has over 80 hours overtime can you send me a quick summary Monday on the case breakdown?

Thanks everyone and have a great weekend

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Sensitivity: General/Internal

Confidential

Sensitivity: General/Internal

G012012

Message

---

**From**: Teatum, Evan [ETeatum@geico.com]
**Sent**: 6/25/2023 4:50:41 PM
**To**: Campbell, Dara [DVetriCampbell@geico.com]
**Subject**: RE: OT 2 Hours

I caught up as much as I could today

CASE 3682236 – 11AM – 1145
CASE 3674803 - 1145 AM 12:10
CASE 3704961 - 1210 – 1231
CASE 3704552 - 1231- 1:50



**Evan Teatum** | Field Investigator *F.C.L.S.*
*Special Investigations Unit*
Phone: 845-674-5568 | Fax; 516 213 1559
Email: Eteatum@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

---

**From:** Teatum, Evan
**Sent:** Sunday, June 25, 2023 11:08 AM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** OT

Dara – I have to do OT due to all the time put in to the threat case, the telematics course and the meetings I had so to catch up I will have to put some extra hours in.
I will send you case # and amount of hours when complete

Confidential                                                                                        G012042



***Evan Teatum*** | Field Investigator *F.C.L.S.*
*Special Investigations Unit*
Phone: 845-674-5568 | Fax; 516 213 1559
Email: Eteatum@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

Message

---

**From**: Newport, Bill [WNewport@geico.com]
**Sent**: 4/16/2020 11:56:38 AM
**To**: R2 Bill Newport Section [R2BillN@geico.com]; Bishop, Theresa [TBishop@geico.com]
**Subject**: Workday/OT

Good Morning,
Please make sure Workday for our associates are updated daily.  Also keep in mind if someone is going to work extra time it needs to come through you and I first.

Thank you,
Bill

Sensitivity: General/Internal

Confidential

Message

―――――――――――――――――――――――――――――――――――――――――――――

**From**:    Teatum, Evan [ETeatum@geico.com]
**Sent**:    6/8/2020 9:02:15 PM
**To**:    Campbell, Dara [DVetriCampbell@geico.com]
**Subject**:    RE: Today

Thanks – I did 2 and busted 2



*Evan Teatum* | Field Investigator *F.C.L.S.*
*Special Investigations Unit*
Phone: 845-674-5568 | Fax; 516 213 1559
Email: Eteatum@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Monday, June 8, 2020 5:01 PM
**To:** Teatum, Evan <ETeatum@geico.com>
**Subject:** Today

Hi. I know you had a bunch of EUO's today.   IF you want, use the overtime to work down the cases.



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Confidential

G012076

Message

---

**From:** Fitzsimmons, Robert [RFitzsimmons@geico.com]
**Sent:** 8/4/2020 6:00:04 PM
**To:** Campbell, Dara [DVetriCampbell@geico.com]
**Subject:** RE: Overtime

10-4.. Thank you..Sorry for the confusion.

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, August 4, 2020 1:59 PM
**To:** Fitzsimmons, Robert <RFitzsimmons@geico.com>
**Subject:** RE: Overtime

Oh I see. You worked regular hours Sunday to make up for Monday. No I am totally fine with that. if you know in advance shoot me an email.   I honestly don't care how you do it as long as you get to 7.75.  If you need to do it again and you cant get a hold of me, just email me after fact and say worked 4 hour Sunday and will be in late Monday as a result or text

Sensitivity: General/Internal

**From:** Fitzsimmons, Robert
**Sent:** Tuesday, August 4, 2020 1:55 PM
**To:** Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** RE: Overtime

Dara,

I know about the OT, I did the hours on Sunday because I was not sure if I would be able to work the whole day on Monday.  Is there an issue with working part of the weekend to cover the hours for a day during the week?

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Tuesday, August 4, 2020 1:53 PM
**To:** Fitzsimmons, Robert <RFitzsimmons@geico.com>
**Subject:** FW: Overtime

Rob,
We have not received approval from Bill to do overtime this month. Sorry for the confusion but I sent this yesterday and now I see hours again for last night.  I will approve what is in there but we cant do anymore.  Let me know if you have any questions

Sensitivity: General/Internal

**From:** Campbell, Dara
**Sent:** Monday, August 3, 2020 12:10 PM
**To:** R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Overtime

Confidential                                                                                          G012091

Overtime as far as I know was suspended as of 8/1. I will let you all know if we get approval for August but I don't think so.



**Dara Campbell** | Special Investigations Supervisor
Special Investigations Unit
Phone: 917-418-8193 | Fax: 516-213-8391
Email: DVetriCampbell@geico.com

Sensitivity: General/Internal

Confidential                                                                    G012092

Message

---

**From**: Grey, Michael [MGrey@geico.com]
**Sent**: 11/29/2018 7:37:21 PM
**To**: Janik, Chet [CJanik@geico.com]
**Subject**: Grey OT

Grey OT Total 8.5
11/27; 4 hours 1763136 1763792
11/28; 4 hours 1763776 1763781
11/29 and/or 11/30 .5 hours total closing two cases that did not need full investigation, 1762884 1763753

Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Thursday, November 29, 2018 2:11 PM
**To:** Costanzo, Craig; Crozier, Brian; Grey, Michael; McEvoy, John; Mills, Geoffrey
**Subject:** SM Investigations
**Importance:** High

Hi Guys,

Just a follow up to our phone conversation.

•The pay for conducting the SM will be Time and Half of your current hourly rate. You can disregard that Special Pay paperwork you signed.
•The overtime will only be worked on M-F, not on the weekends.
•You don't have to work every day M-F on these investigations. I would prefer you work at least 3 days a week on the cases assigned to you.
•2 hours per SM investigation, unless the investigation is no further required via the Claims Examiner, then just close the case out.
•Update your Outlook calendar with the days/times and case numbers worked on Overtime.

Confidential

G012453

•Submit your total hours worked per day in an email to me on Thursday before 3:00pm. If you will be working on that Friday, then estimate the number of hours worked on that Friday.
•If you obtain information in the SM investigation that will help assist/mitigate the claim, then take enter an Impact Statement and make a NICB referral.

Thanks for assisting in the SM Investigation backlog, I really appreciate all of you stepping up.

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

_____

**From**:    Grey, Michael [MGrey@geico.com]
**Sent**:    4/27/2018 5:53:41 PM
**To**:    Janik, Chet [CJanik@geico.com]
**Subject**:    RE: Overtime pay


Not looking for OT pay but would like to not have repercussions if I sign on to work on and close some (specifically social media) files tomorrow .


Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

_____

**From:** Janik, Chet
**Sent:** Thursday, April 19, 2018 1:58 PM
**To:** R2 Chet Janik Section
**Subject:** Overtime pay


Hi Guys,

You are aware that you are eligible for overtime pay, per the guidelines. If you are working beyond 7.75 hours in a day, you should be putting in for the overtime pay. If you do work overtime on a case, I require that you update your outlook calendar with the amount of hours worked along with the sicm case number.
There is no need to contact me if you go over 7.75 hours on a day, unless you decide there is a need to work on the weekend ( Saturday or Sunday ). If this is the case either email or call to discuss.

Thanks and have a safe day out there,

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this

transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G012465

Message

---

| | |
|---|---|
| **From:** | Janik, Chet [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=804690BC476E4569AAC3AFA11E29D356-JANIK, CHET] |
| **Sent:** | 6/8/2020 10:48:10 AM |
| **To:** | Barden, Thomas [TBarden@geico.com] |
| **Subject:** | RE: OT for the week of 06/08/2020 |

Hi Tom,

I have developed a very special Team here and we all work together to help each other, it's not a GEICO thing it's how I look at it. I don't' want any one working over their 7.75 hours, without putting in for overtime. So if you did work this weekend on cases, put in for the OT and update the outlook calendar. I'm also looking into July when you take time off, so your pending cases are a manageable level.
Your part of our Team and we all work together.
Thanks and have a safe week.


Sensitivity: General/Internal

**From:** Barden, Thomas
**Sent:** Friday, June 5, 2020 4:34 PM
**To:** Janik, Chet <CJanik@geico.com>
**Subject:** RE: OT for the week of 06/08/2020

I'm not comfortable with that.

I'll work at it tomorrow on my own time before I have these guys cover my work. That's not fair to them and makes me look like shit.

Thanks anyway

Tom


*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*



Thomas Barden | Senior Investigator
R2 / SIU
Phone: 518-281-6889 | Fax: 833-904-1632
Email: tbarden@geico.com

-

Sensitivity: General/Internal

**From:** Janik, Chet
**Sent:** Friday, June 5, 2020 3:09 PM
**To:** Barden, Thomas <TBarden@geico.com>; Costanzo, Craig <CCostanzo@geico.com>; Mills, Geoffrey <GMills@geico.com>
**Subject:** OT for the week of 06/08/2020

Hi Guys,

It appears that following this week's OT, a majority of you have a good handle on your cases and your pending have dropped. I would like to start to transferring some of Tom Barden older cases, that don't involve EUO to you, for review and completion to be handled as part of the OT. Are you OK with this?
Thanks



Chet Janik / SIU Supervisor
Region 2 / SIU
Phone: 716-435-8461 | Fax: 516-213-7700
Email: CJanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

Message
_____

**From:** Janik, Chet [CJanik@geico.com]
**Sent:** 1/29/2018 4:32:29 PM
**To:** Newport, Bill [WNewport@geico.com]
**Subject:** FW: End of the Month requirements

**Importance:** High


FYI

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

_____

**From:** Janik, Chet
**Sent:** Thursday, January 11, 2018 10:31 AM
**To:** R2 Chet Janik Section
**Subject:** End of the Month requirements
**Importance:** High


Hi Guys,

•As you are aware, at the end of every month, you are required to submit one Highlighted case investigation that you conducted, closed and obtained an impact on, to me by the **5ᵗʰ day** of the following month.
•Other end of the month requirements include on time Certify reimbursement reports, no later than the **5th day** of the following month, driver mileage reports and an updated EUO Tracker.
•Your Workday time sheet is to be submitted on Friday of each week by **11:00am** for approval. If you have entered any overtime hours, there should be a listing in your Outlook Calendar that list the sicm case and hours worked.
•To add to this, if you do experience computer issues, that forced you to open up a help desk ticket, wait and finally have the problem resolved. I would like you to include the help desk ticket in any sicm cases that caused you to miss a report TIP or enter a critical event, list the help desk ticket as a general note in the investigative events section.
•As always, the more cases you can close at the end of any given month, will increase your closure numbers and reduce your case life, all part of your performance goal package.

Thanks and have a safe day out there.

Chet Janik
SIU Supervisor R2
716-435-8461 – phone

G015179

516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G015180