# EXHIBIT 93

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK
     ----------------------------------------X
 3   KEITH FISCHER, MICHAEL O'SULLIVAN,
     JOHN MOESER, LOUIS PIA, THOMAS
 4   BARDEN, CONSTANCE MANGAN, and
     CHARISE JONES, individually and on behalf
 5   of all others similarly situated,

 6           Plaintiffs,

 7                                  Case No.:
                                    2:23 Civ. 2848
 8                                  (GRB)(ARL)
         -against-
 9
     GOVERNMENT EMPLOYEES INSURANCE
10   COMPANY d/b/a GEICO,

11           Defendants.
     ----------------------------------------X
12

13

14
     DEPOSITION OF
15
             DANIEL JOSEPH KING
16

17
         Tuesday, January 7th, 2025
18
         Garden City, Long Island, New York
19

20

21   Reported By:

22
     Marina Dubson
23

24   Job #: J12200285

25
```



```
                  DATE: January 7th, 2025
                  TIME: 10:00 a.m.


         DEPOSITION of DANIEL JOSEPH KING, an
    opt-in Plaintiff herein, taken by the
    Defendant, pursuant to Federal Rules of
    Civil Procedure, and Notice, held at
    Esquire Deposition Solutions, 1225 Franklin
    Avenue, Suite 325, Garden City, New York
    11530, at the above-mentioned date and
    time, before MARINA DUBSON, a Notary Public
    of the State of New York.
```



```
 1   APPEARANCES:

 2


 3   OUTTEN & GOLDEN, LLP
     Attorney for Plaintiffs
 4   685 Third Avenue, 25th Floor,
     New York, New York 10017
 5   (212) 245-1000
     BY: SABINE JEAN, ESQ.
 6        Sjean@outtengolden.com

 7        JARRON MCALLISTER, ESQ.
          Jmcallister@outtengolden.com
 8


 9


10   DUANE MORRIS, LLP
     Attorney for Defendant
11   1540 Broadway, 14th Floor,
     New York, New York 10036
12   (212)471-1856
     BY: GREG SLOTNICK, ESQ.
13   Gsslotnick@duanemorris.com

14


15
     Sam Shereck, Shereck Video, videographer
16   Sshereck1@gmail.com

17

18

19

20

21

22

23

24

25
```



```
 1        IT IS HEREBY STIPULATED AND AGREED,
 2   by and between the attorneys for the
 3   respective parties, as follows:
 4
 5   THAT all objections, except as to the form
 6   of the questions, shall be reserved to the
 7   time of the trial;
 8
 9   THAT the within examination may be signed
10   and sworn to before any Notary Public with
11   the same force and effect as if signed and
12   sworn to before the Court;
13
14   THAT filing of the original transcript of
15   the examination is waived.
16
17
18
19
20
21
22
23
24
25
```



```
 1                D. King
 2        THE REPORTER:  Please confirm
 3   your orders?
 4        MR. SLOTNICK: 5-day expedite
 5   final.
 6        MS. JEAN:  Copy, regular
 7   turnaround.
 8                 XXXX
 9        THE VIDEOGRAPHER:  We're on the
10   record.  The time is 10:10 a.m.
11   Today's date is Tuesday, January 7,
12   2025.  This is the video deposition
13   of Daniel King in the matter of
14   Fischer et al. v. Government
15   Employees Insurance Company d/b/a
16   GEICO, case number 23CIV2848 in the
17   United States District Court for the
18   Eastern District of New York.
19        My name is Sam Shereck, legal
20   videographer with Shereck Video in
21   association with Esquire.  Today, we
22   are at the offices of Esquire located
23   at 1225 Franklin Avenue, Garden City,
24   New York.  Will counsels please voice
25   identify yourselves and state who you
```



```
 1                    D. King
 2      represent?
 3              MS. JEAN:  Good morning.  This
 4      is Sabine Jean for plaintiffs.  I'm
 5      Sabine Jean of Outten & Golden, and
 6      with me is my colleague,
 7      Jarron McAllister.
 8              MR. SLOTNICK:  Good morning.
 9      My name is Greg Slotnick.  I am from
10      the law firm of Duane Morris, LLP,
11      representing defendant GEICO in this
12      case.
13              THE VIDEOGRAPHER:  And the
14      court reporter is Marina Dubson with
15      Esquire.  Please swear in the
16      witness.
17              (Whereupon, the witness was
18      sworn in by the Court Reporter.)
19   EXAMINATION
20   BY MR. SLOTNICK:
21      Q.   Good morning, Mr. King.
22      A.   Good morning.
23      Q.   Could you please state and
24   spell your name for the record?
25      A.   Sure.  Daniel King, K-I-N-G.
```



```
 1                      D. King
 2   average?
 3        A.    Correct.
 4        Q.    And what time period is that in
 5   reference to?
 6        A.    That is from, I guess, COVID,
 7   when we were -- you know, after COVID, then
 8   we went -- were back to full, you know,
 9   going out and doing everything.  You know,
10   not just staying at home until I resigned.
11        Q.    And when you say back to full,
12   what do you mean by that?
13        A.    Well, before we were -- because
14   of COVID, we weren't allowed to go out and
15   do investigations.  Everything had to be
16   over the phone, everything had to be --
17   EUOs had to be done over the phone.
18        Q.    So, during COVID, you were not
19   allowed to work in the field; is that
20   correct?
21        A.    Correct.
22        Q.    And do you remember how long
23   that was the case for?
24        A.    A year maybe, or a year and a
25   half.  I -- I don't particularly recall.
```



```
 1                        D. King
 2       Q.    And how did the fact that you
 3   could not go into the field impact your
 4   workload during that time?
 5       A.    Some of it, it -- it helped.
 6   We weren't catching as many cases as we
 7   were prior or after COVID.  People weren't
 8   out driving, people, weren't, you know,
 9   committing fraud, I guess, during that
10   time.
11       Q.    Okay.  So, was the volume of
12   cases lower during that time?
13       A.    I believe it was.
14             MS. JEAN:  Apologies.  For
15         clarification, when you say that
16         time, can you state the time, if
17         possible, please?
18   BY MR. SLOTNICK:
19       Q.    During the time period we were
20   just testifying about in terms of
21   March 2020 to when you were allowed to go
22   back out in the field, that's -- that's the
23   time period.
24             MS. JEAN:  Because I was
25         still -- thank you.
```



```
 1                D. King
 2        (Request noted.)
 3        MS. JEAN land then a request
 4   for metrics -- any metrics regarding
 5   performance evaluations that were not
 6   already produced in this case.
 7        (Request noted.)
 8        MS. JEAN:  As well as any
 9   documents reflecting time
10   expectations for case investigation
11   tasks.  And we'll follow up with this
12   in writing as well.
13        (Request noted.)
14        MR. SLOTNICK:  Got it.
15        MS. JEAN:  Nothing further.
16        (Page break to accommodate
17   jurat.)
18
19
20
21
22
23
24
25
```



```
 1                      D. King
 2           THE VIDEOGRAPHER:  Okay.  We're
 3      off the record at 3:54, and that
 4      concludes the deposition.
 5           (Whereupon, at 3:55 P.M., the
 6      Examination of this Witness was
 7      concluded.)
 8
 9
                      _____
10                        DANIEL KING
11

12   Subscribed and sworn to before me
13   this _____ day of _____ 20____.
14
     _____
15       NOTARY PUBLIC
16
17
18
19
20
21
22
23
24
25
```



```
1                    D. King
2              C E R T I F I C A T E
3
4    STATE OF NEW YORK      )
                            :
5    COUNTY OF RICHMOND     )
6
7         I, MARINA DUBSON, a Notary Public for
8    and within the State of New York, do hereby
9    certify:
10        That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14        I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19        IN WITNESS WHEREOF, I have hereunto
20   set my hand this 7th day of January 2025.
21
22
23              
                       MARINA DUBSON
24
25
```