# EXHIBIT 94

If a salaried nonexempt associate works for only a portion of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced.

If a salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded as FML LWOP.

A salaried nonexempt associate may not have his pay docked for partial week absences. If the salaried nonexempt associate has applicable accrued time off, the applicable time off code must be coded on the associate's timesheet. If the salaried nonexempt associate is absent for part of a week and does not have applicable accrued time off (i.e., sick, care time, vacation), the absence must be coded on the associate's timesheet as personal leave so the associate's weekly salary is not reduced. If the salaried nonexempt associate is absent for a portion of a week for FML and the associate does not have applicable accrued time off, the FML absence must be recorded on the timesheet as FML LWOP.

A salaried nonexempt associate who is absent for an entire work week and does not have any applicable accrued time off is not paid for that week. The week's absence must be recorded on the timesheet as LWOP.

**NOTE:** The above compensation rules only apply to associates who are classified as salaried nonexempt, who are paid using the fluctuating work week method.

# Catastrophe Pay

In the event of a natural disaster, such as a flood or hurricane, the Company may at its sole discretion designate a Catastrophe Team to handle the extraordinary work load associated with a natural disaster. Even though the associates may be exempt, the Company will pay a bonus to those associates who are members of a Catastrophe Team for the long work hours and time away from home and family.

An associate must be a designated member of a Catastrophe Team and work solely on catastrophe losses to qualify for catastrophe compensation. A Catastrophe Team member may be required to work up to 13 days without a day off and is required to meet productivity standards.

For further details regarding compensation during catastrophe duty, consult the Claims Catastrophe Manual.

**NOTE:** For purpose of clarification, all references to weekdays and weekends mean **working** days. There is **no** CAT compensation for those not actually handling losses. Catastrophe pay must be approved by the appropriate level of management.

# Premium Pay Applicable to Salaried Nonexempt Associates

1. A salaried nonexempt associate will earn his/her weekly salary if he/she works more or less than 38.75 hours in the work week. In addition, a salaried nonexempt associate will receive a "premium payment" for working time in excess of 38.75 hours per week. This includes time above 38.75 hours in the work week spent in a meeting, class or seminar and training time. The salaried nonexempt associate will enter the total hours worked using the Hours Worked time entry code. The Workday system is programmed to automatically calculate premium pay.

2. The "premium payment" a salaried nonexempt associate receives is calculated using the "fluctuating work week" method, which is a way to pay overtime under the Fair Labor Standards Act. The hourly "premium payment" received is 50% of the associate's hourly rate. The hourly rate is computed by taking the associate's weekly salary and dividing it by the total number of hours worked in that week. Because the number of additional hours worked may differ from week to week, the amount of the premium payment will "fluctuate."

*Example: Weekly salary = $2,000; hours worked during week = 45*
*$2,000/45 = $44.44 x .50 = $22.22 premium pay per additional hour over 38.75 in a week*
*Hours worked over 38.75 = 6.25 (45 - 38.75 = 6.25)*

Confidential                                                                                           G000040

*In this example, the associate would receive a premium payment for the week of $138.88 ($22.22 x 6.25 = $138.88)*

3. Uninterrupted lunch breaks in excess of 30 minutes or uninterrupted rest breaks in excess of 20 minutes are not considered working time and should not be recorded as working time. Personal errands should be conducted on non-work time.

4. Travel time that is considered work time for a salaried nonexempt associate will start when the associate reaches his/her first field appointment. Travel time that is considered work time will end at the conclusion of work at the site of the last appointment. Travel from one work location to another during the work day is considered work time. If a field associate travels to a local GEICO office and the associate lives in the same metropolitan area as the office, the work day starts when he/she gets to the office. Travel to and from the local GEICO office is not considered work time. If the associate travels to a local GEICO office but lives outside the office's metropolitan area, the work day starts when he/she leaves his//her home office to travel to the local GEICO office. The travel time is counted as work time.

5. Work time beyond 38.75 hours in a week is not allowed without prior management approval. An associate should not begin work prior to his/her arrival at their first appointment. Work should be concluded before leaving his/her final appointment. An associate may work at home prior to or after field appointments only with prior approval of his/her management. If such work is performed it must be recorded and compensated whether it is approved or not.

6. Picking up and dropping off mail should be done during working time, between the associate's first and last appointment. This may require relocating an associate's post office box.

7. Additional payments for catastrophe duty, if applicable, will remain unchanged.

8. All hours worked on a holiday will be paid at a holiday incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours worked on the Holiday using the Holiday Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet.

9. All approved hours worked on a Saturday or Sunday outside of the associate's regular schedule will be paid at an incentive rate equivalent to time and one-half the associate's hourly rate regardless of the number of hours worked in the work week. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code for themselves. If a Saturday or Sunday is a part of the associate's regular schedule, the associate is not eligible to receive incentive pay and the hours worked should be coded as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

10. An associate will also be paid at an incentive rate equivalent to time and one-half the associate's hourly rate if the associate is required by management to work after hours beyond the normal work day due to a last minute absence of a regularly scheduled associate. The associate's supervisor must enter the hours paid at the incentive rate using the Incentive Pay time entry code on the timesheet. Associates do not have the ability to select this time entry code on their timesheet. Incentive pay should not be issued for an associate performing his/her own work. If an associate works beyond the normal work day to perform his/her own work, the time should be reported as Hours Worked on the timesheet. Premium pay is calculated in Workday for any hours coded as Hours Worked over 38.75 hours in the work week.

## Compensation for Marketing Events

An associate whose primary function is **not** marketing or public affairs, but who, on an occasional ad-hoc basis works at marketing events organized by the Marketing department and/or the Regional Event Marketing Coordinator in his/her location must be compensated because he/she is performing work for the company.

Confidential                                                                                      G000041

A **management associate** (manager through CEO) is not eligible for additional marketing event pay above his/her normal salary.

A **supervisor** or **exempt associate** who works at a marketing event above his/her regular work schedule is paid via an Additional Pay One-Time Payment at his/her regular hourly rate.

**Nonexempt associate**: There are two main options to compensate a nonexempt associate and a third combination option:

1. Pay overtime for hours worked over 40 in the work week. If time working at his/her primary job and at marketing event(s) results in the associate working more than 40-hours (and/or 8-hours in a day in California) in the work week (Saturday-Friday), then any hours worked over 40 (and/or over 8-hours in a day in California) must be paid as overtime pay in accordance with wage and hour rules.

2. Adjust the associate's work schedule so that his/her regular work schedule is reduced by the same amount of time that the associate works at the marketing event, including compensable travel time, during the same work week (Saturday-Friday).

   - Schedule adjustments may only be made during the same work week (not the same two week pay period).
   - If a schedule adjustment cannot be made during the same work week, then the associate must be paid per option one above.
   - Even if a schedule adjustment is made, any nonexempt associate must be paid time and one-half overtime for any hours worked over 40 in one work week (and over 8-hours in a day in California).
   - Correct Example: Associate works 7.75 hours at a marketing event on Saturday (1st day of the work week), then the associate's schedule is adjusted so he/she only work 38.75 hours in the work week.
   - Incorrect Example: Associate works 4 hours at a marketing event on Friday (last day of the work week), then the associate's schedule is reduced by 4 hours the *following* Monday. This is not allowed because the schedule adjustment is over two different work weeks.

3. Combination of Pay and Schedule Adjustment – Options 1 and 2 above can be combined so part of the associate's compensation is pay and part is a schedule adjustment.

   - Correct Example: Associate works 7.75 hours at a marketing event on Saturday (1st day of GEICO's work week), then associate's schedule is adjusted so he/she leaves two hours early on Friday (36.75 hours at regular job and 7.75 hours at marketing job = total of 44.5 hours).
   - If this is a nonexempt associate, the 4.5 hours pay would be at time and one-half overtime, since it is for hours over 40 in a work week.
   - If this is an exempt associate, the 4.5 hours pay would be at the regular hourly rate as an Additional Pay One-Time Payment, since an exempt associate is not eligible for overtime pay.

**Travel Time** must be paid per the usual travel time rules. Generally, travel time does not include typical commuting time to work and likewise does not include commuting time from home to an event.

   - However, travel from home to a marketing event that is a greater distance than the associate's regular commute to work is compensable travel time that should be paid according to the travel time rules. An example would be travel to a different city or state for the marketing event that is farther away from the associate's home than the office.
   - If an associate commutes first to his/her regular office location and then travels to the marketing event, travel time to the marketing event is part of his/her marketing event work and should be included as work hours for the event.

## Charitable Events

An associate who volunteers at GEICO-sponsored charitable event is <u>not</u> entitled to compensation. Such volunteer activity is not work.

Confidential                                                                                                    G000042