# EXHIBIT 95

```
 1   UNITED STATES DISTRICT COURT

 2   EASTERN DISTRICT OF NEW YORK
     ----------------------------------------X
 3   KEITH FISCHER, MICHAEL O'SULLIVAN,
     JOHN MOESER, LOUIS PIA, THOMAS
 4   BARDEN, CONSTANCE MANGAN, and
     CHARISE JONES, individually and on behalf
 5   of all others similarly situated,

 6            Plaintiffs,

 7                                        Case No.:
                                          2:23 Civ. 2848
 8                                        (GRB)(ARL)
          -against-
 9
     GOVERNMENT EMPLOYEES INSURANCE
10   COMPANY d/b/a GEICO,

11            Defendants.
     ----------------------------------------X
12

13

14
     DEPOSITION OF
15
              MARIA MUNOZ
16

17
              Tuesday, December 17th, 2024
18
              New York, New York
19

20

21   Reported By:

22
     Marina Dubson
23

24   Job #: J12144279

25
```



```
 1
 2
 3
 4              DATE: December 17th, 2024
 5              TIME: 10:00 a.m.
 6
 7
 8         DEPOSITION of MARIA MUNOZ, an opt-in
 9   Plaintiff herein, taken by the Defendant,
10   pursuant to Federal Rules of Civil
11   Procedure, and Notice, held at Duane
12   Morris, LLP, 1540 Broadway, 14th Floor,
13   New York, New York 10036, at the
14   above-mentioned date and time, before
15   MARINA DUBSON, a Notary Public of the State
16   of New York.
17
18
19
20
21
22
23
24
25
```



```
 1   APPEARANCES:

 2


 3   OUTTEN & GOLDEN, LLP
     Attorney for Plaintiffs
 4   685 Third Avenue, 25th Floor,
     New York, New York 10017
 5   (212) 245-1000
     BY: SABINE JEAN, ESQ.
 6        Sjean@outtengolden.com

 7        JARRON MCALLISTER, ESQ.
          Jmcallister@outtengolden.com
 8


 9


10   DUANE MORRIS, LLP
     Attorney for Defendant
11   1540 Broadway, 14th Floor,
     New York, New York 10036
12   (212)471-1856
     BY: GREG SLOTNICK, ESQ.
13   Gsslotnick@duanemorris.com

14


15
     Gil Peretz, Shereck Video, videographer
16

17

18

19

20

21

22

23

24

25
```



```
 1            IT IS HEREBY STIPULATED AND AGREED,
 2    by and between the attorneys for the
 3    respective parties, as follows:
 4
 5    THAT all objections, except as to the form
 6    of the questions, shall be reserved to the
 7    time of the trial;
 8
 9    THAT the within examination may be signed
10    and sworn to before any Notary Public with
11    the same force and effect as if signed and
12    sworn to before the Court;
13
14    THAT filing of the original transcript of
15    the examination is waived.
16
17
18
19
20
21
22
23
24
25
```



```
 1                M. Munoz
 2         THE REPORTER:  Please confirm
 3   your orders?
 4         MR. SLOTNICK:  Rough draft and
 5   5-day expedite final.
 6         MS. JEAN:  Copy, regular
 7   turnaround.
 8                  XXXX
 9         THE VIDEOGRAPHER:  Good
10   morning.  We're on the record, and
11   the time now is 10:07 a.m.  Today's
12   date is December 17, 2024.
13         This is media one in the video
14   deposition of Ms. Maria Munoz in the
15   matter of Keith Fischer versus
16   Government Employee Insurance
17   Company.
18         The index number is 2:23 Civ.
19   2848(GRB) (ARL).
20         My name is Gil Peretz.  I am
21   the legal videographer with Shereck
22   Video in association with Esquire.
23         Today, we're at the office of
24   Duane Morris LLP located at 1540
25   Broadway on the 14th floor in New
```



```
 1              M. Munoz
 2   York City.
 3         Would counsel please identify
 4   themselves and state whom they
 5   represent?
 6         MS. JEAN:  Good morning.  This
 7   is Sabine Jean from Outten & Golden
 8   on behalf of plaintiffs and opt-in
 9   plaintiffs.  Along with me is my
10   colleague, Jarron McAllister, also
11   from Outten & Golden.
12         MR. SLOTNICK:  Good morning.
13   My name is Greg Slotnick.  I am an
14   attorney with Duane Morris, LLP,
15   representing the defendant, Geico, in
16   this case.
17         THE VIDEOGRAPHER:  Thank you.
18   The court reporter with us today is
19   Marina Douglas [sic] with Esquire --
20         (Clarified by the Court
21   Reporter.)
22         THE VIDEOGRAPHER:  Dubson, my
23   apology, with Esquire.
24         Would the court reporter please
25   swear in the witness?
```



```
 1                       M. Munoz
 2              (Whereupon, the witness was
 3         sworn in by the Court Reporter.)
 4
 5   M A R I A   M U N O Z,
 6         after having first been duly sworn by
 7         a Notary Public of the State of New
 8         York, was examined and testified as
 9         follows:
10   EXAMINATION
11   BY MR. SLOTNICK:
12        Q.    Good morning, Ms. Munoz.
13        A.    Good morning.
14        Q.    Could you please state and
15   spell your name for the record?
16        A.    Maria Munoz, M-A-R-I-A,
17   M-U-N-O-Z.
18        Q.    And what is your current
19   address?
20        A.    █████████████████████████,
21   █████████████████████████.
22        Q.    Thank you, Ms. Munoz.  And
23   before we get started, I introduced myself,
24   I am going to introduce myself again for
25   the record.  So, my name is Greg Slotnick.
```



```
 1                    M. Munoz
 2        A.    Yeah, I don't remember.
 3        Q.    And did your supervisor change
 4   when you were on that specialty team?
 5        A.    No.  I don't -- I don't believe
 6   it did, no.
 7        Q.    Do you remember who your
 8   supervisor was on that team?
 9        A.    Gerry Cassagne.
10        Q.    Do you know if Gerry also
11   supervised the other members of that team?
12        A.    Yes, he would have.
13        Q.    And do you believe he was the
14   only supervisor that was responsible for
15   supervising the theft team?
16        A.    I mean, I think they kind of
17   worked all together.  But he was the
18   supervisor to the four people that I told
19   you about, me included.
20        Q.    And this is more back to the
21   general time in SIU.
22              How far did you usually drive
23   to investigate a given claim?
24        A.    It varies.
25        Q.    How does it vary?
```



800.211.DEPO (3376)  
EsquireSolutions.com

```
 1                        M. Munoz
 2         A.     Based on the location.
 3         Q.     What is the farthest you've
 4  ever driven to investigate a claim?
 5         A.     In my tenure of SIU?
 6         Q.     Yeah.
 7         A.     Mileage or hours?
 8         Q.     Either one.
 9         A.     Because it makes a difference.
10  So, I've gone -- I mean, I've gone up to
11  well over anywhere between 60 to 120 miles
12  one way, I would say.
13         Q.     And what's the shortest
14  distance you've driven for a claim
15  investigation?
16         A.     I had one down the block from
17  my home.
18         Q.     So, it varies drastically?
19         A.     Yes.
20         Q.     Is there any pattern or
21  practice to how far you're driving for a
22  given claim?
23         A.     No.
24         Q.     It's just based on the scene of
25  where the accident takes place or where --
```



```
 1                     M. Munoz
 2      could put that in writing, we'll
 3      address it.
 4             MS. JEAN:  Yes, we will.
 5             MR. SLOTNICK:  Nothing further.
 6             THE VIDEOGRAPHER:  This
 7      concludes the video deposition of
 8      Ms. Maria Munoz.  The time is
 9      approximately 5:06 p.m.  We're off
10      the record.  Thank you very much,
11      everyone.
12             (Whereupon, at 5:10 P.M., the
13      Examination of this Witness was
14      concluded.)
15
16
                    _____
17                        MARIA MUNOZ
18

19   Subscribed and sworn to before me
20   this _____ day of _____ 20___.
21
     _____
22       NOTARY PUBLIC
23

24

25
```



```
 1                      M. Munoz
 2                 C E R T I F I C A T E
 3
 4   STATE OF NEW YORK     )
                           : 
 5   COUNTY OF RICHMOND    )
 6
 7           I, MARINA DUBSON, a Notary Public for
 8   and within the State of New York, do hereby
 9   certify:
10           That the witness whose examination is
11   hereinbefore set forth was duly sworn and
12   that such examination is a true record of
13   the testimony given by that witness.
14           I further certify that I am not
15   related to any of the parties to this
16   action by blood or by marriage and that I
17   am in no way interested in the outcome of
18   this matter.
19           IN WITNESS WHEREOF, I have hereunto
20   set my hand this 17th day of December 2024.
21
22
23                   _____
                                 
24                            MARINA DUBSON
25
```