# EXHIBIT 97

Message

**From:** Moeser, John [JMoeser@geico.com]
**Sent:** 6/25/2019 8:33:58 PM
**To:** Cassagne, Gerard [GCassagne@geico.com]
**Subject:** RE: Request Info
**Attachments:** Hours spent.doc



**John Moeser** | Field Investigator
Region 2 Special Investigations Unit
Phone: 1-631-977-9174 | Fax: 1-516-213-6344
Email: jmoeser@geico.com

Sensitivity: Confidential

**From:** Cassagne, Gerard
**Sent:** Tuesday, June 25, 2019 2:57 PM
**To:** Moeser, John; Geraci, Tony; Destefano, Anthony; Jones, Charise
**Cc:** D'Agata, Toni; Campbell, Dara; Neyland, April
**Subject:** Request Info

Greetings,
See attached. We are looking for your feedback on the time it takes you to do certain tasks on your cases.

Please answer these asap and send them back to me. If I get it before tomorrow's meeting, that would be great.

Thanks everybody.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email gcassagne@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential                                                                                                                                                           G021474

This is funny because I just had this conversation at my skip meeting where I was mentioning about case life and how some folks seem to handle more cases in less time within their 155 hours every month. I used some examples without names and said folks who close 27-29 case per month are averaging about 4-5 hours a case, how is that possible to handle lever 1 in that time and used theft for example.

I then told him that a proper theft investigation including all the steps you listed, windshield time should take about 15 to 20 hours to complete

For the Theft cases that you normally handle, please tell me the time you need to complete each of the tasks below. Give me the average time for each task.

You can put any notes you want us to look at.

- ICA/TIP/POA -30 minutes

- CLAIM FILE REVIEW –at least an hour and most times over that, I've had instances where I've spent over 2 hours because 1 review of the case assigned can lead into reviewing several other claims, especially if ▮▮▮▮▮▮▮▮▮▮▮▮▮ Most theft claims already have the R/I in file, that in itself can take half hour sometimes

  This is not including my discussion with examiner after tracking them down; usually they call you back after 4PM. That can take 15-25 minutes

- BACKGROUNDS – ▮▮▮▮▮▮▮▮▮▮▮▮▮ there is no sense of running this information if you're not going to actually read through it, understand it and perhaps take down some notes.

- Contact WITH AD, A/C, POLICE PERSONNEL, etc – Of course this depends how long it takes them to either answer, or get back to you. AD can take several attempts and usually have to email their supervisor, A/C , if it's an SIU not too bad however if its claim examiner can take forever

Police—on phone calls usually several attempts before actually speaking with PO. For field visits depends on where naturally

- SCENE CANVAS, recorded interviews, travel to do either-

If I have to go to Jamaica that is a 4-5 hour day, 2 hours to get there, park car and set up, 1 hour minimal for the EUO without interpreter, than will be longer, another 1:30 back to office. This is providing I don't make other stops or conducted several EUO's or R/I's that day. If in locale I usually set them up in Islandia which I leave 1 hour before EUO, again 1 hour for EUO and 40 minutes back, if I make other

Sensitivity: Confidential

Confidential                                                                                              G021475

stops than longer. If I go to Legal office I leave earlier usually a littler after 9 for a 10:30, I have to account for traffic. That's about 3 hours to and from.

Canvasses—the actually canvass is about 30 minutes or so, it's getting there which is the problem.

- SCHEDULING EUO'S, follow up with Examiners EUO and legal LETTERS. This is my most time consuming admin work that is totally unnecessary if other people would just do there jobs. I have spent over 3 hours in trying to reschedule 3 EUO's between sending our following up notices to examiners, their sup's, then trying to schedule everything on your personnel colander so you're not just doing 1 EUO that day however a lot of times that can be prevented. Then sending this off to Legal and hoping they send out the notifications in time, lately I've had had to send them new dates although claims entered my request in a timely fashion, which them starts the cycle of rescheduling again. After all that you need to update the claim file with the emails you sent and EUO calendar. This sounds minor but trust me it is extremely time consuming.

- EUO TRAVEL TIME TO AND FROM AND TIME SPENT AT EUO –Jamaica 4-5 hours, Islandia at leave 3 hours, Legal 3 ½ hours , Brooklyn-I put myself out all day, I take the 8:15 train and don't get home until after 4PM.

- FINAL CASE WRITE UP anywhere from 2-3 hours, summary of statement (EUO or R/I), contacting examiner to discuss conclusion, writing a concise and articulate summary, making appropriate referrals, along with C-51's

Sensitivity: Confidential

Confidential

G021476