# EXHIBIT 98

Message

| | |
|---|---|
| **From**: | Grey, Michael [MGrey@geico.com] |
| **Sent**: | 5/31/2023 8:32:36 PM |
| **To**: | D'Agata, Toni [TDagata@geico.com] |
| **Subject**: | RE: overtime |

Sorry

Just tried to make up the work yesterday –

including going about 1.5 hours each way to meet a policy holder.

I will keep it under 8 hours unless specific reason.

If you need one for yesterday--- 3665489

You can see in the claim file the text messages I sent and time
And also when I sent email back to AD…

For me the tough part is I can't always just work extra half hour or so each day due to family obligations, etc…..

so when I can work overtime I need to go long hours….to make up for normal….trust me if I could just work 7.75 and be done….i would like that.

I understand that means I may need a plan in place or whatever they call it---but I personally don't think it is me, I think it is the system….but bottom line I won't go 9-10 hours….

thanks



Michael Grey | Senior Field Investigator
Special Investigation Unit
Phone: 716-255-5926 | Fax: 866-261-8285
Email: mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

**From:** D'Agata, Toni <TDagata@geico.com>
**Sent:** Wednesday, May 31, 2023 3:59 PM
**To:** R2 Toni D'Agata Section <R2ToniD@geico.com>
**Subject:** overtime

Confidential

Good afternoon

I know that many of you are working extra hours to work your pending but if you are working over 8 hours in one day, you need to discuss with me prior to working the extra hours.
I see some of you are working 9 or 10 hour days. You just cannot sign in and out for these hours without prior approval.
Thanks

Sensitivity: General/Internal

Sensitivity: General/Internal