IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

## DECLARATION OF GERALD L. MAATMAN, JR. IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

I, Gerald L. Maatman, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Duane Morris LLP and lead counsel for Defendant Government Employees Insurance Company ("GEICO") in the above-captioned matter.

2. I make this declaration in support of Defendant's Reply in Support of Motion for Summary Judgment

3. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

4. Attached as **Exhibit 85** is a true and correct copy of an email chain dated July 8, 2020.

5. Attached as **Exhibit 86** is a true and correct copy of the paystubs for Plaintiffs Keith Fischer, Margaret Fischer, Michael O'Sullivan, Michael Reed, and Ted Wendling from June 2020 through July 2020.

6. Attached as **Exhibit 87** is a true and correct copy of the paystubs for Plaintiff Maria Munoz from June 2020 through July 2020.

7. Attached as **Exhibit 88** is a true and correct copy of additional excerpts from the deposition of William Newport, dated January 13, 2025.

8. Attached as **Exhibit 89** is a true and correct copy of excerpts from the 30(b)(6) deposition of Jennifer Fogarty, dated October 25, 2024.

9. Attached as **Exhibit 90** is a true and correct copy of additional excerpts from the deposition of Margaret Fischer, dated December 19, 2024.

10. Attached as **Exhibit 91** is a true and correct copy of additional excerpts from the deposition of Gerry Cassagne, dated December 13, 2024.

11. Attached as **Exhibit 92** is a true and correct copy of a collection of emails dated from 2018 through 2023.

12. Attached as **Exhibit 93** is a true and correct copy of additional excerpts from the deposition of Daniel King, dated January 7, 2025.

13. Attached as **Exhibit 94** is a true and correct copy of additional excerpts from the 2017 GEICO HR Associate Handbook.

14. Attached as **Exhibit 95** is a true and correct copy of additional excerpts from the deposition of Maria Munoz, dated December 17, 2024.

15. Attached as **Exhibit 96** is a true and correct copy of the hearing transcript from the July 1, 2025, Status Conference.

16. Attached as **Exhibit 97** is a true and correct copy of an email chain dated June 25, 2019.

17. Attached as **Exhibit 98** is a true and correct copy of an email chain dated May 31, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

**Dated: October 10, 2025**

Respectfully submitted,

*/s/ Gerald L. Maatman, Jr.*

Gerald L. Maatman, Jr.