## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

### DEFENDANT'S MOTION TO SEAL

Pursuant to District Judge Bulsara's Individual Practices (Civil), Rule III(G), defendant Government Employees Insurance Company ("GEICO" or "Defendant") moves to file under seal: (i) Defendant's Exhibit 16 and Plaintiffs' Exhibits AAA, F, QQ, R, and S; (ii) portions of Defendant's Exhibits 1, 2, 3, 5, 14, 17, 20, 21, 22, 25, 29, 32, 38, 40, 41, 45, 46, 48, 51, 61, 62, 69, 72, 73, 76, 81, 84, 88, 90, 91, 95, and 97 and Plaintiffs' Exhibits A, B, C, D, G, I, T, and U, submitted in conjunction with Defendant's Motion for Summary Judgment.

For the reasons outlined in Defendant's Memorandum of Law filed concurrently herewith and the Declaration of Gerald L. Maatman, Jr. in support thereof, GEICO respectfully requests that the Court grant Defendant's Motion to Seal.

**DATED:  October 10, 2025**        Respectfully submitted,

*/s/ Gerald L. Maatman, Jr.*

Gerald L. Maatman, Jr.
gmaatman@duanemorris.com

Jennifer A. Riley
jariley@duanemorris.com
Gregory Tsonis
gtsonis@duanemorris.com
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603
Telephone: (312) 499-6700
Fax:  (312) 499-6701

Gregory S. Slotnick
gsslotnick@duanemorris.com
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 471-1856
Fax:  (212) 202-5384

*Attorneys for Defendant Government Employees
Insurance Company*

## CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., hereby certify that on October 10, 2025, I caused a true and

correct copy of the foregoing to be served on counsel of record via email and through filing on

the Court's Electronic Court Filing ("ECF") system.

/s/ Gerald L. Maatman, Jr.
Gerald L. Maatman, Jr.
