# Exhibit 29

Case 2:23-cv-02848-SJB-ST   Document 146-15   Filed 10/10/25   Page 2 of 13 PageID #: 9301

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - -x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN,
and CHARISE JONES, individually and on behalf of
all others similarly situated,

                             Plaintiffs,

       -against-              Case No.:
                        23-Civ-02848(GRB)(ARL)

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                             Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - -x

                      December 13, 2024
                      9:31 a.m.

EXAMINATION BEFORE TRIAL of GERRY CASSAGNE, a
Non-Party Witness herein, taken by the
Plaintiffs, held via Zoom, pursuant to Subpoena,
taken before DANIELLE DEYOUNG, a Shorthand
Reporter and Notary Public in and for the State
of New York.

                MAGNA LEGAL SERVICES
                    (866) 624-6221



Page 2

```
 2   A P P E A R A N C E S:
 3
 4          OUTTEN & GOLDEN LLP
                Attorneys for Plaintiffs
 5          685 Third Avenue, 25th Floor
            New York, New York 10017
 6
 7          BY: HANNAH COLE-CHU, ESQ.
 8
 9          DUANE MORRIS LLP
                Attorneys for Defendant
10          190 South LaSalle Street, Suite 3700
              Chicago, Illinois 60603
11
12          BY: GREGORY TSONIS, ESQ.
13
14
15   ALSO PRESENT:
16   JARRON McALLISTER, OUTTEN & GOLDEN LLP
17
18
19
20
21
22
23
24
25
```



Page 3

2           S T I P U L A T I O N S

3

4           IT IS HEREBY STIPULATED AND AGREED, by
5    and among counsel for the respective parties
6    hereto, that the filing, sealing and
7    certification of the within deposition shall be
8    and the same are hereby waived;
9           IT IS FURTHER STIPULATED AND AGREED that
10   all objections, except as to form of the
11   question, shall be reserved to the time of the
12   trial;
13          IT IS FURTHER STIPULATED AND AGREED that
14   the within deposition may be signed before any
15   Notary Public with the same force and effect as
16   if signed and sworn to before the Court.
17
18                    *       *       *
19
20
21
22
23
24
25



Page 4

```
 1                    G. CASSAGNE
 2    G E R R Y   C A S S A G N E, after having first
 3    been duly sworn by a Notary Public of the State
 4    of New York, was examined and testified as
 5    follows:
 6            THE COURT REPORTER:  State your
 7        name for the record, please.
 8            THE WITNESS:  Gerry Cassagne.
 9            THE COURT REPORTER:  State your
10        address for the record, please.
11            THE WITNESS:  ███████████████,
12        ██████████████████████████████.
13    EXAMINATION BY
14    MS. COLE-CHU:
15       Q     Good morning, Mr. Cassagne.
16       A     Good morning.
17       Q     My name is Hannah Cole-Chu.
18    I'm an attorney representing the
19    Plaintiffs in this lawsuit.  With me is
20    Jarron McAllister, who also represents
21    the Plaintiffs.
22            For the record, can you please
23    state and spell your name.
24       A     Gerry Cassagne, G-E-R-R-Y,
25    Cassagne, C-A-S-S-A-G-N-E.
```



Page 180

```
 1                    G. CASSAGNE
 2      of calculating productivity?
 3          A      Yes, they did.
 4          Q      It states here in this e-mail
 5      that the special project would last for
 6      one week.  Is it your recollection that
 7      that is how it panned out, that the
 8      program lasted for one week?
 9          A      I believe so, yes.  If that's
10      what I wrote, yes.  I don't remember if
11      it was extended, I don't remember.
12          Q      And it says here that field
13      investigators will be offered overtime to
14      handle the cases.  Is that correct?
15          A      Yes.
16          Q      Was overtime available before
17      this?
18          A      Overtime for the social media
19      cases?
20          Q      For anything.
21          A      If somebody worked overtime
22      because they got stuck on a case and they
23      contacted me and said I had to work an
24      hour past my 7.75, the procedure was they
25      would contact me, send me an e-mail
```



Page 181

1                G. CASSAGNE
2     saying why they had to do it and then I
3     would tell them to put it on their
4     timesheet so they got paid.
5          MS. COLE-CHU:  Okay.
6                Next exhibit, Exhibit 20,
7          this is G011542.
8                (Whereupon, Exhibit 20
9                was marked for
10               identification.)
11    BY MS. COLE-CHU:
12         Q    Do you recognize this
13    document, Gerry?
14         A    I do.
15         Q    What is this document?
16         A    E-mail from me to my team, my
17    field investigators.
18         Q    Can you describe what the
19    e-mail says?
20         A    The investigators would have
21    to send me their weekly timesheets, then
22    I would have to approve it and get it in,
23    to make sure it got put into the -- so
24    they would get paid.
25               If I approved it on Friday in



Page 187

1             G. CASSAGNE
2    business need which was -- needed to be
3    done within the guidelines of the
4    company, then it would be approved
5    because it had to be done to handle
6    either the investigation or the case
7    correctly, to make sure things were done
8    according to protocols.
9         Q    Is it true, then, that if
10   there was not a business need, overtime
11   was not available?
12            MR. TSONIS:  Objection to form.
13                 You can answer.
14        A    No.  Overtime was available if
15   the investigator explained to me why he
16   needed to do it on that specific case, it
17   would be approved.
18        Q    Did you have discretion to
19   approve overtime however you saw fit as a
20   supervisor?
21        A    I did not have the ability to
22   say -- like those ten hours a week thing,
23   it was preapproved ten hours a week per
24   investigator.  I was able to tell my
25   investigators that if you are working on



Page 189

```
                        G. CASSAGNE
 1
 2      progressive disciplinary process referred
 3      to here?
 4           A     I don't know anything about
 5      that.  What we were told is if the
 6      investigator worked the overtime, they
 7      would get paid for it; they would just
 8      have to send me documentation for why
 9      they needed it on that specific case and
10      it would be approved.
11           Q     Do you know if supervisors
12      were subject to discipline if they had an
13      investigator working off the clock?
14           A     I was not.  I don't know
15      anything about it.
16           Q     Was the expectation generally
17      that investigators should complete their
18      work within the regular 38.75 hour work
19      week?
20           A     The investigators were --
21                 Can you ask that again?
22           Q     Was it GEICO's expectation
23      that investigators should complete their
24      work within the regular 38.75 hour work
25      week?
```



Page 260

1          G. CASSAGNE
2  overtime and approving overtime today,
3  right?
4       A    Yes.
5       Q    And I think you distinguished
6  between what you referred to a few times
7  as pre-authorized overtime, which was
8  overtime, for example, like June 2020,
9  which included a set period of time and a
10 set number of hours over multiple weeks
11 that was available to investigators.  Is
12 that right?
13      A    Correct.
14      Q    And I think you testified that
15 it was the manager, perhaps in
16 conjunction with others, that would have
17 decision-making authority around offering
18 that kind of overtime?
19      A    Correct.
20      Q    Okay.
21           Now, you also repeatedly
22 testified, I believe, that you were
23 empowered and authorized to approve
24 overtime for people that reported to you
25 on a case-by-case basis.  Right?



Page 261

1            G. CASSAGNE
2      A      Correct.
3      Q      And was the process -- or what
4   was that process on a case-by-case basis?
5   What would it look like?
6          MS. COLE-CHU: Objection to form
7      and also on the basis that I asked
8      that exact question and he answered
9      it.
10         MR. TSONIS: Okay.
11             Go ahead.
12     A      I requested documentation and
13  these are examples of the documentation
14  that was sent to me on a case-by-case
15  basis.  So if an investigator had to work
16  past their 7.75 for the day, they would
17  document why they had to do it, they
18  would tell me the case number, they would
19  tell me where they were, and that's the
20  information we received.
21     Q      Okay.
22             So on the first page of
23  Exhibit 27 here, this is an e-mail from
24  Keith Fischer to you on November 29, 2017
25  at about 1:29 in the a.m.  Right?



Page 278

```
 1                   G. CASSAGNE
 2     Does the number of cases assigned to an
 3     investigator determine how much work is
 4     required for those cases?
 5          A     No.
 6             MR. TSONIS:  No further
 7     questions.  Thank you, Gerry.
 8             MS. COLE-CHU:  I don't have
 9     anything further.
10             MR. TSONIS:  We will reserve to
11     read and sign.
12                     (Whereupon, the
13                      examination of GERRY
14                      CASSAGNE was concluded at
15                      4:54 p.m.)
16
17                      _____
18                      GERRY CASSAGNE
19
20
21   Subscribed and sworn to
22   before me on this_____ day
23   of _____, _____.
24
     _____
25   Notary Public
```



```
                                                        Page 281
 1                         G. CASSAGNE
 2                      C E R T I F I C A T E
 3
 4          I, DANIELLE DeYOUNG, a Shorthand Reporter
 5     and Notary Public of the State of New York, do
 6     hereby certify:
 7     That the WITNESS whose examination is
 8     hereinbefore set forth, was duly sworn, and
 9     that such examination is a true record of the
10     testimony given by such WITNESS.
11     I further certify that I am not related to any
12     of the parties to this action by blood or
13     marriage; and that I am in no way interested in
14     the outcome of this matter.
15
16
17
18
19          _____
                  *Danielle DeYoung*
20            DANIELLE DeYOUNG
21
22
23
24
25
```

