Exhibit 38

Message

---

**From**: Fischer, Keith [KFischer@geico.com]
**Sent**: 11/29/2017 1:29:45 AM
**To**: Cassagne, Gerard [GCassagne@geico.com]
**Subject**: Overtime Today

GERRY I WORKED A TOTAL OF 6 HOURS OVERTIME TODAY AS FOLLOWS;

6:00AM SIGNED ON
6:45AM LEFT MY RESIDENCE FOR 3 BROOKLYN EUO'S 26 COURT STREET
ARRIVED 9:15AM PARKED IN GARAGE
3 EUO'S CASE# 1550666 FROMK 10AM TO 12PM
DROVE HOME/ ARRIVED 1:45PM
Parking receipt verifying such.

2PM TO 8:30PM
CLOSED CASE# 1594468 RECOVERED STOLEN CAR BROOKLYN
UPDATED CDR FOR UPCOMING TRAINING IN FLORIDA
TYPED EUO REPORT, CLOSED CASE #1550666
OPENED NEW CASE AND DID BACKGROUND CHECKS ON CASE RECEIVED TODAY #1596211

HAVE 3 EUO'S ON THURSDAY 11/30 AND 2 EUO'S ON FRIDAY 12/1
WEDNESDAY IS MORE TYPING AND TRIP TO QUEENS 113 PCT FOR POLICE RECORDS
THIS IS WHY IT ALL HAD TO BE DONE TODAY AS I LEAVE SUNDAY FOR FLORIDA FOR CDR TRAINING

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message
_____

**From**:        Fischer, Keith [KFischer@geico.com]
**Sent**:        12/20/2017 3:01:11 AM
**To**:          Cassagne, Gerard [GCassagne@geico.com]
**Subject**:     OVERTIME TODAY 4 HOURS


GERRY, I COMPLETED 4 HOURS OVERTIME THIS DATE.


7AM SIGNED ON
7:15AM LEFT RESIDENCE FOR BROOKLYN 3 EUO'S 26 COURT STREET
9:25AM ARRIVED PAREKING GARAGE
10:00AM - 1:00PM CONDUCTED 3 EUO'S CASE # 1584054
1:00PM LEFT BRROKLYN
2:30PM ARRIVED HOME AND TO 3:30PM RETURNED PHONE CALLS ANSWERED EMAILS


8 ½ HOURS


6PM-10PM
TYPED CASE AND  CLOSED EUO CASE FROM TODAY
OPENED AND REVIEWED 2 NEW CASES RECEIVED THIS DATE


INTERVIEWS, CANVASS  IN QUEENS 10AM TOMORROW WITH POLICE PERSONNEL
EUO ON THURSDAY




KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

**From**:    Fischer, Keith [KFischer@geico.com]
**Sent**:    11/30/2016 11:55:34 PM
**To**:    Cassagne, Gerard [GCassagne@geico.com]
**Subject**:    RE: Overtime

Gerry, I did 4 hours today!  6;30AM to 7PM

I did a EUO for Doug P in Staten Island at 11AM today. Left my house at 7AM after signing onto the computer at 6:30AM

I then drove from Staten island to Woodbury where I conducted my own theft EUO at 2PM at Woodbury Legal.

I arrived home at 4PM and have been typing since as I have three more EUO's tomorrow in Queens.

Stopping now at 7PM

I don't expect any other overtime this week. I will type Friday but do have a face to face in Glen Cove tomorrow night at 6PM after my 3 EUO's.

I have EZ pass and parking receipts to establish my times mentioned above,
My calendar has been updated also to reflect the overtime.


**From:** Cassagne, Gerard
**Sent:** Wednesday, November 30, 2016 6:12 PM
**To:** Brogna, Chris; Caniglia, Louis; Diniso, Vito; Fischer, Keith; Lewonka, Jeffrey; Pia, Louis; Pfleging, Douglas; Tellerman, Paula
**Subject:** Overtime

Please advise if you have any overtime so far this week.

Thanks

    G011492

Message

**From**:     Fischer, Keith [KFischer@geico.com]
**Sent**:     8/25/2017 12:18:50 AM
**To**:       Cassagne, Gerard [GCassagne@geico.com]
**Subject**:  4 Hours Overtime

GERRY, I DID 4 HOURS OVERTIME AGAIN TODAY (28 CASES SO FAR THIS MONTH)
730AM SIGN ON
UPDATE CASES, MAKE CALLS, SEND EMAILS
9:00AM TO QUEENS  FOR 2 EUO'S
1000AM TO 12:20PM 2 EUOS CONDUCTED 1530812 AND 1530817 PARKING SLIP CREDIT CARD
1245- 1PM CANVASS 67-04 PARSONS BLVD PHOTOS 2 CARS VANDALSIM CLAIMS, BUSINESS CARD INSURED'S
APARTMENT #1548815
1:15- 1:30 CANVASS 144-24 ███████████████ GEICO GRAM AND PHOTOS 1550666 STAGED
1:45-2:15-840 ███████████████ 1530812 AND 1530817
3:00PM TO 8:00PM HONE UPDATE 2 CASES (CANVASS) DOWN LOAD PHOTOS EVIDENCE SEE ABOVE
OPEN 2 NEW CASES I RECEIVED TODAY AND COMPLETE INITIAL ASSESSMENT AND BACKGROUNDS AONI AND CC99
1551190 AND 1551622
WRITE UP TODAYS EUO'S CASES ABOUT HALFWAY-PARTIAL ENTRY MADE

THANKS BROTHER


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Confidential                                                                                      G011496

Message

---

**From**:     Fischer, Keith [KFischer@geico.com]
**Sent**:     8/10/2017 11:44:40 PM
**To**:       Cassagne, Gerard [GCassagne@geico.com]
**Subject**:  4 HOURS Overtime


GEERY WORKED 4 HOURS OT TODAY

7AM LEFT HOUSE TO 113 PCT
113 PCT 730AM -820AM POLICE RECORDS 5 CASES PLATE READERS DET ███████████
830AM TO 850AM JAMAICA TOWING 92-15 170 STREET JAMAICA RECOVERING A STOLEN CAR  CASE#1544715 MARION TABI
905 TO 1015 EUO QUEENS DEITZ
1100AM ARRIVE HOME TAKE A 31 MINUTE RECORDED INTERVIEW 1115 TO 1145 FROM ███████████ CASE#1543892
1200PM TO PLAINVIEW FOR FACE TO FACE INTERVIEW CASE# 1543765
1:00PM TO 4PM OPEN  2 NEW CASES I RECEIVED TODAY  1)PKD 1545437  2)THEFT 1545108 CALL EXAMINERS, START INITIAL CASE ASS AND BACKGROUND CHECKS TO 4PM
RECORDED INTERVIEW ███████████ 1543892
TYPE SOME OF TODAYS EVENTS IN SICM OTHERS WILL BE COMPLETED TOMORROW

7AM TO 730PM THANKS

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Confidential                                                            G011497

Message

**From**: Fischer, Keith [KFischer@geico.com]
**Sent**: 8/24/2017 2:09:56 AM
**To**: Cassagne, Gerard [GCassagne@geico.com]
**Subject**: OVERTIME 4 HOURS

GERRY, I WORKED 4 HOURS OVERTIME TODAY

730AM SIGNED ON UPDATE CASES
8:15AM TO  145PM
MIKES AUTO REPAIR 122 & FARMERS BLVD, QUEENS CASE1548628
QUEENS CARE AUTO REPAIR 185-24 MERRICK BLVD CASE#1548628
113TH POLICE PRECINCT NYPD PLATE READERS FOR MULTIPLE CASES, SECURE ACCIDENT REPORT

SUFFOLK COUNTY PD
SECURE THEFT AND IMPOUND REPORT CASE#1549979

3PM TO 10PM ON AND OFF TYPING CASES UPDATING TODAYS WORK LOAD
REVIEW EUO FILES FOR TOMORROWS 2 EUO'S IN QUEENS 1530812 AND 1530817


KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Confidential

Message

---

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| **Sent**: | 7/14/2017 12:15:12 PM |
| **To**: | Fischer, Keith [KFischer@geico.com] |
| **Subject**: | RE: 3 HOURS OVERTIME |

Thank you

---

**From:** Fischer, Keith
**Sent:** Friday, July 14, 2017 12:18 AM
**To:** Cassagne, Gerard
**Subject:** 3 HOURS OVERTIME

GERRY, I WORKED A TOTAL OF THREE 93) HOURS OT ON THURSDAY 20170713

730AM SIGN ON COMPUTER
745AM LEAVE RESIDENCE FOR 26 COURT STREET FOR 4 SCHEDULED EUO'S
930AM ARRIVE PARKING GARAGE
945AM ARRIVE 26 COURT STREET DEITZ OFFICE 5TH FLOOR
EUO STARTS 10:15AM- 11AM FINISH
11AM 3 NO SHOWS COMPLETED WITH COURT REPORTER
1115 LEAVE PARKING GARAGE
1:15PM ARRIVE HOME
1:30PM – 7:00PM PHONE CALLS RETURNED, OUTLLOOKS READ AND ANSWERED,
TYPE EUO REPORT FOR CASE# 1499042
WORK ON NEW CASE RECEIVED THIS DATE CASE# 1532867 CALLS TO EXAMINER, BACKGROUNDS, INITIAL OPENING

3 HOURS OVERTIME

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE] |
| **Sent**: | 2/1/2017 2:20:36 PM |
| **To**: | Fischer, Keith [KFischer@geico.com] |
| **Subject**: | RE: OVERTIME |

Thank you

**From:** Fischer, Keith
**Sent:** Tuesday, January 31, 2017 7:42 PM
**To:** Cassagne, Gerard
**Subject:** OVERTIME

GERRY, 3 HOURS OVERTIME TODAY
8AM SIGNED ON, REVIEW EUO'S FOR TODAY
845 TO QUEENS FOR 3 EUO'S
10AM EUO CONDUCTED THEFT
1130EUO CONDUCTED VANDALSIM
1230 NO SHOW
1PM CANVASS VALLEY STREAM COMMERCIAL POLICY PHOTOS SECURED DOWN LOADED TO CASE
2PM ARRIVE HOME ANSWER EMAILS RETURN CALLS
3PM OPEN NEW CASE 1453614 CONDUCT BACKGROUND CHECKS, MAKE CALLS
4:30PM TYPE EUO CASE 1442245 CLOSE CASE
630 TYPE EUO CASE 1440020 STILL PENDING
730PM COMPLETE DAY

3 HOURS OVERTIME

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

G011518

Message

| | |
|---|---|
| **From**: | Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE] |
| **Sent**: | 2/22/2017 12:22:30 PM |
| **To**: | Fischer, Keith [KFischer@geico.com] |
| **Subject**: | RE: OVERTIME 4 HOURS |

thanks

---

**From:** Fischer, Keith
**Sent:** Tuesday, February 21, 2017 7:34 PM
**To:** Cassagne, Gerard
**Subject:** OVERTIME 4 HOURS

GERRY , I PUT IN FOR 4 HOURS OVERTIME TODAY

7AM SIGNED ON COMPUTER , REVIEWED EUO'S FOR TODAY
8:15AM LEFT HOUSE FOR BROOKLYN EUO'S (2)
9:45AM ARRIVED BROOKLYN COURT STREET DEITZ OFFICE
10:30AM TO 1:00PM 2 EUO'S CONDUCTED, WITH HAITIAN- CREOLE INTERPRETER
2:30PM TO 3:30PM TO BAY SHORE AND BACK CANVASS THEFT.
3:45PM ARRIVE HOME RETURN PHONE CALLS, OUTLOOKS
4:30PM OPEN AND MAKE ENTRIES ON NEW CASE RECEIVED THIS DATE
5:30PM TO 7:30PM TYPE 2 EUO'S FROM TODAY, CLOSE CASE

PARKING RECEIPT AVAILABLE FROM BROOKLYN

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

G011521

Message

_____

**From:** Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G]
**Sent:** 2/28/2018 1:33:17 PM
**To:** Fischer, Keith [KFischer@geico.com]
**Subject:** RE: OVERTIME TUESDAY 2/27/2018

Thank you

_____

**From:** Fischer, Keith
**Sent:** Tuesday, February 27, 2018 6:49 PM
**To:** Cassagne, Gerard
**Subject:** OVERTIME TUESDAY 2/27/2018

730AM REVIEW 2 EUO FILES FOR TODAYS EUO IN JAMAICA, NY CASE#'S 1616488 AND 1623954
745AM SIGN ON COMPUTER AND CONTINUE TO REVIEW TODAYS EUO FILES, REVIEW EMAILS, BILLS FOR EUO FILES
845AM LEAVE RESIDENCE TO DEITZ JAMAICA, NY
10AM ARRIVE FOR THREE (3) EUO'S (2 NO SHOWS 1 CONDUCTED)
12PM LEAVE JAMAICA, NY FOR HOME
1PM ARRIVE HOME
1:15PM THRU 630PM TYPE UP TWO EUO'S CASES FROM TODAY
RETURN PHONE CALLS, EMAILS,
OPEN,REVIEW AND TYPE 2 NEW CASES FROM TODAY LEVEL 1 AND A LEVEL 2
3 HOURS OT

I HAVE 4 EUO'S TOMORROW AND 3 OF 4 ARE CONFIRMED THAT IS WHY TODAYS EUO'S HAD TO BE TYPED UP

KEITH FISCHER
SIU INVESTIGATOR/FCLS
REGION #2 SIU
CELL 516-445-2774
FAX516-2137540
KFISCHER@GEICO.COM

G011536

Message

---

**From**: Fischer, Keith [KFischer@geico.com]
**Sent**: 6/22/2020 5:18:45 PM
**To**: Cassagne, Gerard [GCassagne@geico.com]
**Subject**: RE: Extra Overtime Available in June

NO OVERTIME THIS WEEK FOR ME THANKS GERRY



**Keith Fischer** | Lead SIU Investigator
Region 2 Special Investigations Unit
Phone: 516-445-2774 | Fax: 516-213-7540
Email: kfischer@geico.com

---

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 22, 2020 11:42 AM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
**Subject:** RE: Extra Overtime Available in June

I have only heard from 3 people so far. Let me know yes or no. I have a 3PM conference call with the manager regarding this



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

---

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 22, 2020 10:12 AM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>; R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Extra Overtime Available in June

Greetings,
The SIU unit has extra unused overtime hours available to anybody who wants to use it before the end of June.

We would like to use this overtime to work on the oldest pending cases in the unit- yours or other investigators.

Here is what we would like to do:
•      Use extra available OT to work on your old pending cases to work to closure. If you are up to date with your cases, then you would work on other investigators cases.

Confidential

• Work on other investigators cases conducting background checks, case reviews, statements, etc to either work the case to closure or assist the other investigator with investigative steps.

• If you work on another investigator's case, the case will stay assigned to that investigator, even if you close it.

• Even if you do not currently work any OT and you have pending cases that fall into the oldest in the unit, understand that another investigator may be working on your cases.

The supervisors need to get a head count on how many investigators are willing to do this so we can coordinate cases to be worked on, etc.

Please contact your supervisor ASAP to let them know if you are interested.

Thanks



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

 G011599