Exhibit 61

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 8/16/2017 12:32:01 PM |
| **To**: | Mangan, Constance [CMangan@geico.com] |
| **Subject**: | RE: OT |

Thanks Connie

_____
**From:** Mangan, Constance
**Sent:** Tuesday, August 15, 2017 5:32 PM
**To:** Campbell, Dara
**Subject:** OT

Hi Dara,
I know you aren't in now and will get this tomorrow.    I worked two hours overtime today, started at 7 am finished at 5:30 PM.
Printouts and preparation for two EUOs today in Brooklyn, left for Brooklyn 9 AM returned at 2:30, closed case from yesterday, submitted EUO letters and printouts for tomorrow EUO with preparation.    I made calendar and workday entries.
Talk to you soon!

**Connie Mangan**
**Special Investigations Unit**
**(917) 559-5003**

Confidential

Message

---

**From**:     Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**:      8/17/2017 12:25:24 AM
**To**:        Mangan, Constance [CMangan@geico.com]
**Subject**:   RE: OT

Have a great vacation

_____
**From:** Mangan, Constance
**Sent:** Wednesday, August 16, 2017 7:29 PM
**To:** Campbell, Dara
**Subject:** OT

Hi Dara,
I did the HH0180 test today ( scored 90), I also submitted a lot of pending cases because I am on vacation starting tomorrow returning on the 28th.    I worked four hours overtime today and I made the workday and calendar entries. OT: I started at 7 on the computer to prep for today's EUO and begin typing yesterday's EUO cases to close.    I left at 9 for Brooklyn and made a stop on the way back returning at 2:30.    I typed all EUO statements and submitted all the pendings as well as the required course.    If there is another course to take I can do it when I am back. The end.

**Connie Mangan**
**Special Investigations Unit**
**(917) 559-5003**

Confidential

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/12/2017 1:29:16 AM |
| **To**: | Mangan, Constance [CMangan@geico.com] |
| **Subject**: | RE: OT |

Ok thanks

_____
**From:** Mangan, Constance
**Sent:** Monday, December 11, 2017 6:21 PM
**To:** Campbell, Dara
**Subject:** OT

Hi Dara,

I worked three hours OT today.    I signed on at 7 and made several calls and claim file notations, then had a recorded statement at 12,    I got back around 1:30 and then typed two closings and answered emails and updated pending cases as well as preparation for two EUOs scheduled for tomorrow.    End of tour 6:30 PM.    I made time sheet and calendar entries.

**Connie Mangan**
**Special Investigations Unit**
**(917) 559-5003**

G011639

Message

---

**From:** Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:** 1/24/2018 12:34:07 AM
**To:** Mangan, Constance [CMangan@geico.com]
**Subject:** RE: OT

ok

_____
**From:** Mangan, Constance
**Sent:** Tuesday, January 23, 2018 5:54 PM
**To:** Campbell, Dara
**Subject:** OT

I worked OT today 2 hours
Signed on at 6:30 prepped for today's 2 EUOs, got on the train to Manhattan returning at 4 PM.    Contacted PIP examiners for notifications, completed performance appraisal, Geico staff counsel updates and preparation for an EUO tomorrow in Staten Island followed by a recorded statement in Brooklyn.    Finishing up today at 6 PM.
I made adjustment in workday and in my calendar.
FYI!

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

G011645

Message

---

**From**: Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**: 3/14/2018 11:52:20 PM
**To**: Mangan, Constance [CMangan@geico.com]
**Subject**: RE: OT

Ouch. Long day. Ok

_____
**From:** Mangan, Constance
**Sent:** Wednesday, March 14, 2018 7:35 PM
**To:** Campbell, Dara
**Subject:** OT

I worked four hours overtime today.    I signed on at 7 am, prepared for today's EUO and two recorded statements.    I got to the train at 8:30 for the 10:30 EUO in Brooklyn and then went to Mineola for two recorded statement.    I also received a new social media case today that I had to review and contact the referrer.    Upon returning from the Mineola statements (that ran late, of course) I ran printouts and reviewed for two EUOs and three recorded statements set for tomorrow.    I signed off at 7:30 PM.
I made the calendar and workday entries.

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

Confidential

Message

---

| | |
|---|---|
| **From:** | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent:** | 3/16/2018 12:37:39 AM |
| **To:** | Mangan, Constance [CMangan@geico.com] |
| **Subject:** | RE: EUO |

Ok so it is at 1100. Perfect. I thought it was earlier. See you then.

---

**From:** Mangan, Constance
**Sent:** Thursday, March 15, 2018 5:59 PM
**To:** Campbell, Dara
**Subject:** EUO

Hi Dara,
I just got back in the office.    Lucy confirmed the 11 AM tomorrow at their office.
I did two EUOs and three statements today.    There is no way I can type the ▮▮▮▮ statement (EUO from yesterday) by tomorrow, my brain is too stupid so I am putting in a pending on that case and will complete it tomorrow (the due date). Just trying to get the day completed, I will incur two hours of OT.
I signed on at 8 AM, prepped for today's party, left at 9:15    for two recorded statements in Mineola, then to Jamaica for 2 EUOs and then I did a telephone statement while I was there at the end of the day.    I just got back and have to submit workday, get a little organized for tomorrow's EUO and will finish at 6:30.    I will make all necessary entries. I received my third social media case today (??), it is only the 15th.
Anyway, see you tomorrow.

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

Message

___

**From**:     Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
              (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**:     4/19/2018 1:19:37 AM
**To**:       Mangan, Constance [CMangan@geico.com]
**Subject**:  RE: OT

ok

_____
**From:** Mangan, Constance
**Sent:** Wednesday, April 18, 2018 5:59 PM
**To:** Campbell, Dara
**Subject:** OT

I worked 1:30 hour OT today
Start at 8:00 Closed social media, social media search and case closure for another social media case (that took three hours)
Printout legal letters for three pending EUOs
Left for meeting at 2:30, back to office at 5:15
Printouts and prep for EUOs tomorrow in Jamaica, also had to pull assigned cases out of queue

Calendar and workday entries made.

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

Confidential

Message

_____

**From**:     Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**:     4/17/2018 12:32:41 AM
**To**:       Mangan, Constance [CMangan@geico.com]
**Subject**:  RE: 2 HOURS OT


ok

_____
**From:** Mangan, Constance
**Sent:** Monday, April 16, 2018 6:46 PM
**To:** Campbell, Dara
**Subject:** 2 HOURS OT


Hi Dara,

7:00 strt- prep today's   EUO in Brooklyn, train to 26 Court St, statement busted
Return 12 PM. All entries made on case, contact with staff counsel for next date.
Statement from last week typed and submitted closure.
Printouts and Review of two EUO case spending for tomorrow (Garden City and Bronx)
Calendar and workday entries made.

**Connie Mangan**
**Special Investigations Unit**
**(917) 559-5003**

G011683

Message
_____

**From**: Mangan, Constance [CMangan@geico.com]
**Sent**: 4/25/2018 9:57:31 PM
**To**: Campbell, Dara [DVetriCampbell@geico.com]
**Subject**: OT

Start 730 typed EUO case 1594879, prepped for   3 EUOs today 1608671, 1644498, 1648300.
9:00 left for Garden City for one EUO
Went to Deitz RVC for two EUOs
Returned to office 3:40
Finished closure on case started this morning, made entries for EUOs today for examiners, telephoned a claimant on another case 1658648, made entries for telephone calls made today 1655536,1657862
   End of day at 6:00 PM
Two hours OT

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

Confidential                                                                                           G011685

Message

| | |
|---|---|
| **From**: | Mangan, Constance [CMangan@geico.com] |
| **Sent**: | 4/11/2017 10:42:24 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: Monday |

I did three hours of OT today.  I signed on at 7 am, typed a report from yesterday's EUO and then left for two more EUOs in Jamaica.  I returned home at 2:30 and sent closing for yesterday's case, printed out documents for newly assigned cases, and began the reports from the EUOs today.  I have two recorded statements in Manhattan tomorrow and had to review the files.

Signed off at 6:30 PM.

Whew!

**From:** Campbell, Dara
**Sent:** Tuesday, April 11, 2017 4:31 PM
**To:** Mangan, Constance
**Subject:** Re: Monday

Enjoy and thanks.

-------- Original Message --------

Subject: Monday

From: "Mangan, Constance" <CMangan@geico.com>

Date: Apr 11, 2017, 4:08 PM

To: "Campbell, Dara" <DVetriCampbell@geico.com>

Dara,
I am off on Monday 4/17, this was submitted and approved when I worked for Toni, just a heads up!
I will also being doing some OT today and will send the info when I am done.
Good conference call today!

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

G011741

Message
_____

**From**:     Mangan, Constance [CMangan@geico.com]
**Sent**:     4/25/2017 11:04:35 PM
**To**:       Campbell, Dara [DVetriCampbell@geico.com]
**Subject**:  OT


I worked 3:30 OT today
I started at 7, finished at 7
Signed on at 7, prepped for EUO and statement today left at 9:15 to Deitz in Brooklyn and then Coney Island for a statement
When I got back, checked on emails, contacted legal on some cases, updated EUO's finished typing double EUO on Friday with all referrals, conducted database inquiries on newest cases.
I am making calendar and timesheet entries.

**CONNIE MANGAN**
**SPECIAL INVESTIGATIONS UNIT**
**(917) 559-5003**

Confidential