Exhibit 69

Message

---

**From**:  Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**:  3/20/2018 2:48:16 PM
**To**:  O'Sullivan, Michael [MOSullivan@geico.com]
**Subject**:  RE: OT on Monday 3/19

Just thought you were on a roll. LOL

---

**From:** O'Sullivan, Michael
**Sent:** Tuesday, March 20, 2018 10:25 AM
**To:** Campbell, Dara
**Subject:** RE: OT on Monday 3/19

I had 34 cases to type, I hope you know this was a typo!!

---

**From:** Campbell, Dara
**Sent:** Tuesday, March 20, 2018 8:04 AM
**To:** O'Sullivan, Michael
**Subject:** RE: OT on Monday 3/19

Ok great

---

**From:** O'Sullivan, Michael
**Sent:** Tuesday, March 20, 2018 12:57 AM
**To:** Campbell, Dara
**Subject:** OT on Monday 3/19

On 3/19 I had 2 EUO's and a scheduled interview in the Bronx.
When I return to the office I had 34 cases to type and then did data mining for cases and assigned for the week.
I put in for 1 hour OT.

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

G011669

Message

| | |
|---|---|
| **From**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Sent**: | 5/2/2018 3:21:27 AM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: Workday OT for 4/30 |

OK, see how the week goes.

_____

**From:** Campbell, Dara
**Sent:** Tuesday, May 01, 2018 9:50 PM
**To:** O'Sullivan, Michael
**Subject:** RE: Workday OT for 4/30

Mike,

If you work less one day feel free to balance it at end of week.    You can change it in Workday. If you do 45 hours this week obviously put it in.

_____

**From:** O'Sullivan, Michael
**Sent:** Tuesday, May 01, 2018 2:21 PM
**To:** Campbell, Dara
**Subject:** Workday OT for 4/30

8:00 Start, Print out data and prep for 3 EUO's
8:45 Left office for Bronx
10:00 at Deitz in Bronx, 3 scheduled EUO's.    (3 Bust)
11:00 Returning to office
12:00- 12:30    lunch
12:30-1:30 Calls on pending cases
1:30-2:00 GU course (HHO207)
2:00 Scheduled phone interview. Calls between the attorney trying to contact claimant (resch to    5/1)
2:30 Telephone interview 1656835
3:00 Calls to examiners on pending, typing pending, preparing EUO letters
6:00 Typing 1656835 closing
7:30 Typing 1651576 closing
8:30 Typing 1637454 closing
9:30 end of day

5:00 OT

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

---

**From:**     Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:**      4/20/2018 4:53:19 PM
**To:**        O'Sullivan, Michael [MOSullivan@geico.com]
**Subject:**   RE: Workday 4/17 & 4/18

ok

---

**From:** O'Sullivan, Michael
**Sent:** Thursday, April 19, 2018 11:20 PM
**To:** Campbell, Dara
**Subject:** RE: Workday 4/17 & 4/18

Just to clarify
4/17 I did 1.5 in OT  calls and working cases out for to a late appointment and returned to do   4 cases submission (3 social media cases )

4/18 I did 2.0 in OT
900 start- calls on pending cases
1030-1100 Prep for interview
1100-1200 telephone interview 1649364
1200-100 New cases TIP call, data entry
100 to 215 calls and lunch
215 out to meeting
530 return to office
530-730 typing closing 1641232 ((had to type to meet TIP)
730 end of day

---

**From:** Campbell, Dara
**Sent:** Thursday, April 19, 2018 4:12 PM
**To:** O'Sullivan, Michael
**Subject:** Re: Workday 4/17

Ok


Sent using Geico mobile email device via AirWatch


-------- Original Message --------
Subject: Workday 4/17
From: "O'Sullivan, Michael" <MOSullivan@geico.com>
Date: Apr 19, 2018, 2:42 PM
To: "Campbell, Dara" <DVetriCampbell@geico.com>
900 start- calls on pending cases
1030-1100 Prep for interview
1100-1200 telephone interview 1649364
1200-100 New cases TIP call, data entry
100 to 215 calls and lunch
215 out to meeting
530 return to office
530-730 typing closing 1641232 ((had to type to meet TIP)

Confidential

730 end of day

2 hours OT

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

G011681

Message

___

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 4/10/2018 1:25:11 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | RE: Workday entry |

Do you need work from the inside? If you need me to get involved just let me know.

_____

**From:** O'Sullivan, Michael
**Sent:** Tuesday, April 10, 2018 12:47 AM
**To:** Campbell, Dara
**Subject:** Workday entry

Dara, I put in for 2 hours of OT

I had 4 EUO's today, returned home to type cases and data mining (exhausted a list, no cases)

Mike O'Sullivan
SIU Investigator

Cell ………(516) 204-2864
Fax ………(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

Message
___

**From**: O'Sullivan, Michael [MOSullivan@geico.com]
**Sent**: 4/19/2018 6:42:54 PM
**To**: Campbell, Dara [DVetriCampbell@geico.com]
**Subject**: Workday 4/17


900 start- calls on pending cases
1030-1100 Prep for interview
1100-1200 telephone interview 1649364
1200-100 New cases TIP call, data entry
100 to 215 calls and lunch
215 out to meeting
530 return to office
530-730 typing closing 1641232 ((had to type to meet TIP)
730 end of day

2 hours OT

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

G011686

Message

---

**From**:    Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**:    2/28/2018 12:49:58 PM
**To**:    O'Sullivan, Michael [MOSullivan@geico.com]
**Subject**:    RE: Time

Ok thanks

---

**From:** O'Sullivan, Michael
**Sent:** Wednesday, February 28, 2018 12:34 AM
**To:** Campbell, Dara
**Subject:** Time

On 2/27 I put in for 1 hours OT (data mining and case assignment)

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

Message

---

**From**: Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent**: 12/11/2018 1:46:24 AM
**To**: Portnoy, Brian [BPortnoy@geico.com]
**Subject**: FW: Social Media OT

Mike O again.

---

**From:** O'Sullivan, Michael
**Sent:** Monday, December 10, 2018 5:38 PM
**To:** Campbell, Dara
**Subject:** RE: Social Media OT

I    will do some during the week.

---

**From:** Campbell, Dara
**Sent:** Monday, December 10, 2018 4:41 PM
**To:** O'Sullivan, Michael
**Subject:** FW: Social Media OT

You still want overtime for this week?

---

**From:** Portnoy, Brian
**Sent:** Monday, December 10, 2018 2:02 PM
**To:** R2 SIU Supervisors
**Subject:** Social Media OT

Please send me an updated list with the associates who will be working OT this week.

*Brian Portnoy*
*GEICO - NY - SIU Supervisor*
*Desk Phone – 516-714-7085*
*Mobile – 917-272-3249*
*Fax – 516-213-7716*

**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: Confidential

G011697

Message

---

**From:** Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:** 12/11/2018 2:03:57 PM
**To:** O'Sullivan, Michael [MOSullivan@geico.com]
**Subject:** FW: Social Media OT

Here is your list to work from

---

**From:** Portnoy, Brian
**Sent:** Tuesday, December 11, 2018 9:03 AM
**To:** Campbell, Dara
**Subject:** RE: Social Media OT

| O'sullivan | (WB)Trentowski,Brian J | 1767286 | 10/16/2018 |
| O'sullivan | (WB)Trentowski,Brian J | 1767162 | 10/16/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768488 | 10/17/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768104 | 10/17/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768128 | 10/17/2018 |

***Brian Portnoy***
***GEICO - NY - SIU Supervisor***
***Desk Phone – 516-714-7085***
***Mobile – 917-272-3249***
***Fax – 516-213-7716***

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: Confidential

---

**From:** Campbell, Dara
**Sent:** Monday, December 10, 2018 8:46 PM
**To:** Portnoy, Brian
**Subject:** FW: Social Media OT

Mike O again.

---

**From:** O'Sullivan, Michael
**Sent:** Monday, December 10, 2018 5:38 PM
**To:** Campbell, Dara
**Subject:** RE: Social Media OT

G011698

I   will do some during the week.

_____

**From:** Campbell, Dara
**Sent:** Monday, December 10, 2018 4:41 PM
**To:** O'Sullivan, Michael
**Subject:** FW: Social Media OT


You still want overtime for this week?

_____

**From:** Portnoy, Brian
**Sent:** Monday, December 10, 2018 2:02 PM
**To:** R2 SIU Supervisors
**Subject:** Social Media OT


Please send me an updated list with the associates who will be working OT this week.

*Brian Portnoy*
*GEICO - NY - SIU Supervisor*
*Desk Phone – 516-714-7085*
*Mobile – 917-272-3249*
*Fax – 516-213-7716*

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.


Sensitivity: Confidential

Message

---

**From:**    Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
             (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D]
**Sent:**    12/11/2018 2:04:02 PM
**To:**      Portnoy, Brian [BPortnoy@geico.com]
**Subject:** RE: Social Media OT

thanks

---

**From:** Portnoy, Brian
**Sent:** Tuesday, December 11, 2018 9:03 AM
**To:** Campbell, Dara
**Subject:** RE: Social Media OT

| O'sullivan | (WB)Trentowski,Brian J | 1767286 | 10/16/2018 |
| O'sullivan | (WB)Trentowski,Brian J | 1767162 | 10/16/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768488 | 10/17/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768104 | 10/17/2018 |
| O'sullivan | (WB)DiRago,Marlena | 1768128 | 10/17/2018 |

*Brian Portnoy*
*GEICO - NY - SIU Supervisor*
*Desk Phone – 516-714-7085*
*Mobile – 917-272-3249*
*Fax – 516-213-7716*

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: Confidential

---

**From:** Campbell, Dara
**Sent:** Monday, December 10, 2018 8:46 PM
**To:** Portnoy, Brian
**Subject:** FW: Social Media OT

Mike O again.

---

**From:** O'Sullivan, Michael
**Sent:** Monday, December 10, 2018 5:38 PM
**To:** Campbell, Dara
**Subject:** RE: Social Media OT

I   will do some during the week.

---

**From:** Campbell, Dara
**Sent:** Monday, December 10, 2018 4:41 PM
**To:** O'Sullivan, Michael
**Subject:** FW: Social Media OT


You still want overtime for this week?

---

**From:** Portnoy, Brian
**Sent:** Monday, December 10, 2018 2:02 PM
**To:** R2 SIU Supervisors
**Subject:** Social Media OT


Please send me an updated list with the associates who will be working OT this week.

*Brian Portnoy*
*GEICO - NY - SIU Supervisor*
*Desk Phone – 516-714-7085*
*Mobile – 917-272-3249*
*Fax – 516-213-7716*

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.


Sensitivity: Confidential

Message

**From**:       O'Sullivan, Michael [MOSullivan@geico.com]
**Sent**:       6/29/2018 1:06:16 PM
**To**:         Campbell, Dara [DVetriCampbell@geico.com]
**Subject**:    Work day 6/28


Bronx for an EUO
Another interview
Typed    2 cases
  Case assignment.
2 hours OT

Mike O'Sullivan
R2 / SIU Investigator
(516)204-2864 Phone
(415)213-8823 Fax

Confidentiality Notice:

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/4/2018 1:52:35 AM |
| **To**: | Portnoy, Brian [BPortnoy@geico.com] |
| **CC**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | Social Media |

Can you send Mike a new list? He would like to work the overtime.

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU

**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

G011706

Message

---

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/4/2018 1:38:19 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | RE: Work day |

Ok I think it is all set

_____

**From:** O'Sullivan, Michael
**Sent:** Tuesday, December 04, 2018 12:16 AM
**To:** Campbell, Dara
**Subject:** Work day

Dara, please check on time sheet for last week. I am missing regular pay for 11/29.    I did not add    the 1 hour social media    OT for last night when I entered my regular time.

Mike O'Sullivan
R2 / SIU Investigator
(516)204-2864 Phone
(415)213-8823 Fax

Confidentiality Notice:

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

---

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/4/2018 1:10:39 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | RE: Work day |

Mike send me a running tally on Thursday of the social media cases overtime. I will need regular ot separate I think.    I will look at 11/29 now.

_____

**From:** O'Sullivan, Michael
**Sent:** Tuesday, December 04, 2018 12:16 AM
**To:** Campbell, Dara
**Subject:** Work day

Dara, please check on time sheet for last week. I am missing regular pay for 11/29.    I did not add    the 1 hour social media    OT for last night when I entered my regular time.

Mike O'Sullivan
R2 / SIU Investigator
(516)204-2864 Phone
(415)213-8823 Fax

Confidentiality Notice:

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/4/2018 2:39:08 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com]; Portnoy, Brian [BPortnoy@geico.com] |
| **Subject**: | FW: Social Media |

Mike,
See below. Brian he did one last night. Do you need the case number?

_____

**From:** Portnoy, Brian
**Sent:** Tuesday, December 04, 2018 9:08 AM
**To:** Campbell, Dara
**Subject:** RE: Social Media

Yes. Thanks

*Brian Portnoy*
*GEICO - NY - SIU Supervisor*
*Desk Phone – 516-714-7085*
*Mobile – 917-272-3249*
*Fax – 516-213-7716*

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: Confidential

_____

**From:** Campbell, Dara
**Sent:** Monday, December 03, 2018 8:53 PM
**To:** Portnoy, Brian
**Cc:** O'Sullivan, Michael
**Subject:** Social Media

Can you send Mike a new list? He would like to work the overtime.

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU
**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the

information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 11/30/2018 6:27:53 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | did you work wednesday overtime also. day was on wednesday that it shows 8.75 |

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU

**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

G011711

Message

---

| | |
|---|---|
| **From**: | Campbell, Dara [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=063E9AA1188B46418042BF644377546C-CAMPBELL, D] |
| **Sent**: | 12/21/2018 1:03:23 PM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | Work Day |

I entered this week for you plus the 1 hour overtime

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU

**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message
_____

**From**: Portnoy, Brian [BPortnoy@geico.com]
**Sent**: 11/29/2018 8:47:36 PM
**To**: Campbell, Dara [DVetriCampbell@geico.com]
**Subject**: RE: Social Medias at time and a half after 40 hours


Ok, I will e-mail him some case #'s.

**Brian Portnoy**
**GEICO - NY - SIU Supervisor**
**Desk Phone – 516-714-7085**
**Mobile – 917-272-3249**
**Fax – 516-213-7716**

**Confidentiality Notice:**
The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.


_____
**From:** Campbell, Dara
**Sent:** Thursday, November 29, 2018 3:44 PM
**To:** Portnoy, Brian
**Subject:** FW: Social Medias at time and a half after 40 hours


Mike cant do    overtime    tonight. If it is still going on, he would be interested after hours tomorrow night and into the weekend.


_____
**From:** O'Sullivan, Michael
**Sent:** Thursday, November 29, 2018 2:42 PM
**To:** Campbell, Dara
**Subject:** RE: Social Medias at time and a half after 40 hours


How are they assigned and how long is the project going?


_____
**From:** Campbell, Dara
**Sent:** Thursday, November 29, 2018 11:16 AM
**To:** Campbell, Dara; Caniglia, Lou; David, Eric; Lenihan, Richard; Mangan, Constance; O'Sullivan, Michael; Simmons, Glenn
**Subject:** Social Medias at time and a half after 40 hours


Social Media cases will be paid at time and a half from project start.    The time in a half kicks in after 40 hours .    There was a mistake where the social media pay would have benefited the inside at a higher rate.    Let me know if anyone is interested.

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU

**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

| | |
|---|---|
| **From**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Sent**: | 12/7/2018 3:43:01 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | RE: Overtime --> SM project |

OK.

_____

**From:** Campbell, Dara
**Sent:** Friday, December 07, 2018 10:41 AM
**To:** O'Sullivan, Michael
**Subject:** FW: Overtime --> SM project

So you will get paid time and a half last week on the one hour which is how I keyed it anyway.    We are all good.

_____

**From:** Newport, Bill
**Sent:** Friday, December 07, 2018 8:59 AM
**To:** Campbell, Dara; Portnoy, Brian
**Cc:** R2 SIU Supervisors
**Subject:** RE: Overtime --> SM project

I followed up w/ compensation on Dara's question and confirmed that all time worked on the project should be keyed as incentive pay.    It must be keyed by the sup, the associates do not have access.    If someone spends 1 hour on the project that 1 hour is keyed as incentive pay.    As per compensation today any time keyed in incentive pay will be reimbursed at time and a half since it is incentive pay.    The time they work on their regular job duties is keyed normally.

Sensitivity: Confidential

_____

**From:** Campbell, Dara
**Sent:** Thursday, December 06, 2018 9:36 PM
**To:** Newport, Bill; Portnoy, Brian
**Subject:** Overtime

If someone only works 1 hour overtime for the week so keeping them under 40 do we key that as incentive pay? I think it is straight overtime in Work Day. Correct? It is only added as incentive over 40?

Dara Campbell SIU Supervisor C 917 418-8193

LEARN MORE ABOUT GEICO SIU
**Confidentiality Notice:**

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the

G011727

information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Message

| | |
|---|---|
| **From**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Sent**: | 5/24/2018 7:50:01 PM |
| **To**: | Campbell, Dara [DVetriCampbell@geico.com] |
| **Subject**: | Work day adjustment |

5/21    4 hours OT (extra hours applied to 5/24 work day)
0730 Start
8:00 Team Meeting
830 prep and print out for interview 1639276
915 depart for interview
130 present at Brooklyn Deitz
1130 euo 1639276
1230 travel back to office
200 RTO lunch
245 Calls, data entry on cases
4:00 SM investigations 1671710, 1674572, 1676263,typed and submitted.
8:00 PM end of day

5/22    3.5 OT
8:00 Start of day, prep and print out for EUO 1631664
9:00 Calls on pendings
930 left for scheduled EUO
11:00 present at EUO
1115 EUO 1631664
1215 Travel to next interview
1:00 present at ▇▇▇▇▇▇▇▇     Claimant called to reschedule.
130 return to home / office
245- Lunch
3:00 Data mining,
4:00    typing 1639276, Social media investigation, type and submit 1675928
8:00 End of day

Mike O'Sullivan
SIU Investigator

Cell .........(516) 204-2864
Fax .........(516) 213-8823

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

Message

| | |
|---|---|
| **From**: | Portnoy, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=866F6E3E03274C6389E451CA3E5125B1-PORTNOY, BR] |
| **Sent**: | 2/26/2020 2:57:26 AM |
| **To**: | O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject**: | RE: Overtime |

That's fine Mike. You can put in for the OT or work a shorter day one day this week. Either one is fine. Thank you.



**Brian Portnoy** | Supervisor
Special Investigations Unit
Cell Phone: 917-272-3249
Fax: 516-213-7716
Email: Bportnoy@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

**From:** O'Sullivan, Michael
**Sent:** Tuesday, February 25, 2020 7:14 PM
**To:** Portnoy, Brian <BPortnoy@geico.com>
**Subject:** Overtime

Brian, I am looking to put in for 2 hours overtime. I was out for 3 EUO's today, I had to get yesterday's interview typed because I am out again in the morning.

Mike O'Sullivan
R2 / SIU Investigator
(516)204-2864 Phone
(415)213-8823 Fax

Confidentiality Notice:

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal