Case 2:23-cv-02848-SJB-ST   Document 146-27   Filed 10/10/25   Page 1 of 8 PageID #: 9632

# Exhibit 72

Message

**From:** Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G]
**Sent:** 6/22/2020 4:04:38 PM
**To:** Caniglia, Louis [LoCaniglia@geico.com]
**Subject:** RE: Extra Overtime Available in June

ok



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email: gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Caniglia, Louis
**Sent:** Monday, June 22, 2020 11:46 AM
**To:** Cassagne, Gerard <GCassagne@geico.com>
**Subject:** RE: Extra Overtime Available in June

I am working overtime this but I don't know if I can take other peoples cases just yet



**Louis Caniglia Jr.** | Senior Field Security Investigator
Special Investigation Unit
Phone: 845-587-1885 | Fax: 866-955-3207
Email: LoCaniglia@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 22, 2020 11:42 AM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
**Subject:** RE: Extra Overtime Available in June

I have only heard from 3 people so far. Let me know yes or no. I have a 3PM conference call with the manager regarding this



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email: gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 22, 2020 10:12 AM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>; R2 Dara Vetri Campbell Section <R2DaraV@geico.com>
**Subject:** Extra Overtime Available in June

Greetings,
The SIU unit has extra unused overtime hours available to anybody who wants to use it before the end of June.

We would like to use this overtime to work on the oldest pending cases in the unit- yours or other investigators.

Here is what we would like to do:
• Use extra available OT to work on your old pending cases to work to closure. If you are up to date with your cases, then you would work on other investigators cases.
• Work on other investigators cases conducting background checks, case reviews, statements, etc to either work the case to closure or assist the other investigator with investigative steps.
• If you work on another investigator's case, the case will stay assigned to that investigator, even if you close it.
• Even if you do not currently work any OT and you have pending cases that fall into the oldest in the unit, understand that another investigator may be working on your cases.

The supervisors need to get a head count on how many investigators are willing to do this so we can coordinate cases to be worked on, etc.

Please contact your supervisor ASAP to let them know if you are interested.

Thanks



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Message

From: Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G]
Sent: 6/3/2020 1:49:07 PM
To: Pia, Louis [LPia@geico.com]
Subject: RE: OT

thanks



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Pia, Louis
**Sent:** Wednesday, June 3, 2020 7:25 AM
**To:** Cassagne, Gerard <GCassagne@geico.com>
**Subject:** OT

OT for June 1st

I worked 2 hours today on the following cases.
SICM#
2255321 Preparation of new case/background checks/contact insured and or AD.
2255323 Preparation of new case/background checks/contact insured and or AD.
2255964 Preparation of new case/background checks/contact insured and or AD.
2255916 Preparation of new case/background checks/contact insured and or AD.
Review and prepare for EUO ▮▮▮▮▮▮▮ SIU#2236763

Thanks,
Lou



**Louis Pia** | Lead Investigator
Region 2 Special Investigations Unit
Phone: 1-516 253-9865 | Fax: 1-866 852-8504
Email lpia@geico.com

Sensitivity: General/Internal

Message

From: Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G]
Sent: 6/2/2020 11:19:27 AM
To: Pia, Louis [LPia@geico.com]
Subject: RE: Overtime, Cases, caseload

I sent the timesheet back to you so you can add each day as needed.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email gcassagne@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: General/Internal

From: Pia, Louis
Sent: Tuesday, June 2, 2020 7:10 AM
To: Cassagne, Gerard <GCassagne@geico.com>
Subject: RE: Overtime, Cases, caseload

I read the email. Thanks Again. I submitted my time sheet for the week already . If I need to change things can I just go in and change or do I have to send to you to update?

Sensitivity: General/Internal

From: Cassagne, Gerard
Sent: Monday, June 1, 2020 6:13 PM
To: R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
Cc: D'Agata, Toni <TDagata@geico.com>; Campbell, Dara <DVetriCampbell@geico.com>
Subject: Overtime, Cases, caseload

To All,

Here is what we have new:

- Investigators will have the ability to use 10 hours a week overtime to work on cases during the month of June. You can use two hours a day, three the next, one the next, etc. No more than 10 hours for the week. Overtime is time and half. If you do overtime on a specific day, you must send me an email with the case numbers you are working on during the OT. You also must put the hours into workday as overtime.

- Manager Courtney Wolfs team, the medical team guys, will be handling the INJY cases starting tomorrow. We had approximately 160 INJY cases that were assigned in May which includes pedestrians, jump-ins, questionable treatment and AONI's. We will not send them the AONI's but they will attempt to take all of the other cases in an effort to help out.

Confidential                                                                                         G011582

- We also received approval to hire 6 new investigators (they were already interviewed and were ready to start with SIU just prior to Covid). They will be inside investigators who will be handling velm cases etc.

The overtime is there to be USED. USE IT IF YOU NEED IT. I believe most people can use it.

We are trying to do more things to assist with caseload also.

Hang in there everybody.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Message

| | |
|---|---|
| From: | Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G] |
| Sent: | 6/2/2020 11:54:39 AM |
| To: | R2 Gerry Cassagne Section [R2gerrycassagnesect@geico.com] |
| Subject: | RE: Overtime, Cases, caseload |

I am going to set up a webex call for today. Time to follow. I will explain everything regarding the below.

If you do overtime on a specific day, I need an email explaining what cases you worked on. Below is a good example of what I need.

**I worked 2 hours overtime today . I worked on the following cases during that time:**
**SICM # 123456. Created closing report, updated ATLAS file and submitted for closure.**
**SICM # 654321. Created closing report, updated ATLAS file and submitted for closure.**
**SICM # 123456. Took recorded statement, ICA / Review ATLAS file / Policy Review.**

REMEMBER – you can take 10 Hours per week for the month of June. Use it or lose it.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 1, 2020 6:13 PM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
**Cc:** D'Agata, Toni <TDagata@geico.com>; Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** Overtime, Cases, caseload

To All,

Here is what we have new:

• Investigators will have the ability to use 10 hours a week overtime to work on cases during the month of June. You can use two hours a day, three the next, one the next, etc. No more than 10 hours for the week. Overtime is time and half. If you do overtime on a specific day, you must send me an email with the case numbers you are working on during the OT. You also must put the hours into workday as overtime.

- Manager Courtney Wolfs team, the medical team guys, will be handling the INJY cases starting tomorrow. We had approximately 160 INJY cases that were assigned in May which includes pedestrians, jump-ins, questionable treatment and AONI's. We will not send them the AONI's but they will attempt to take all of the other cases in an effort to help out.

- We also received approval to hire 6 new investigators (they were already interviewed and were ready to start with SIU just prior to Covid). They will be inside investigators who will be handling velm cases etc.

The overtime is there to be USED. USE IT IF YOU NEED IT. I believe most people can use it.

We are trying to do more things to assist with caseload also.

Hang in there everybody.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal