# Exhibit 76



View Worker: Ted Wendling (Terminated)

04:52 PM
05/01/2024
Page 1 of 38



Senior Field Security Investigator
**Phone Number** +1 (516) 6752795 (Landline)
**Email Address** TWendling@geico.com
**Location** NY Long Island - NYC JPS



Sarah Greenman
Manager
**Position Title** Senior Field Security Investigator
**Supervisory Organization** SIU Org - SIU - 129 (Sarah Greenman)

## Overview

### Job Details

Job Details

**Associate ID** 227892
**Supervisory Organization** GEICO Admin - GEICO Admin - 1 (Todd Combs) >> SIU Org - SIU - 129 (Sarah Greenman)
**Position** Senior Field Security Investigator
**Business Title** Senior Field Security Investigator
**Job Profile** Senior Field Security Investigator
**Job Family** SIU > Field Investigation
**Associate Type** 1 - Regular

Geico Confidential Data

Confidential

G004780



View Worker: Ted Wendling (Terminated)

04:52 PM
05/01/2024
Page 2 of 38

| | |
|---|---|
| Management Level | Non Management |
| Time Type | Full time |
| FTE | 100.00% |
| Location | NY Long Island - NYC JPS |
| Hire Date | 09/16/2019 |
| Original Hire Date | 09/16/2019 |
| Continuous Service Date | |
| Length of Service | 4 year(s), 2 month(s), 12 day(s) |
| Time in Position | 4 year(s), 1 month(s), 16 day(s) |
| Termination Date | 11/28/2023 |

**Contact Information - Public**

| | |
|---|---|
| Phone | +1 (516) 6752795 (Landline) |
| Email | TWendling@geico.com |

**Service Dates**

| | |
|---|---|
| Hire Date | 09/16/2019 |
| Termination Date | 11/28/2023 |
| Original Hire Date | 09/16/2019 |
| Continuous Service Date | |
| Length of Service | 4 year(s), 2 month(s), 12 day(s) |
| Time Off Service Date | 09/16/2019 |
| Retirement Date | |
| Seniority Date | 09/16/2019 |
| Vesting Date | 09/16/2019 |

**Contact**

Home Contact Information

Addresses

| Address | Usage | Visibility | Shared With | Effective Date |
|---|---|---|---|---|
| ■■■ | Home (Primary) | Private | | 09/11/2019 |

Phones

Geico Confidential Data

Confidential

G004781