Case 2:23-cv-02848-SJB-ST   Document 146-31   Filed 10/10/25   Page 1 of 16 PageID #: 9679

# Exhibit 84

Page 1

```
                                                         1
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf of
all others similarly situated,

                    Plaintiffs,  Docket No.
                                 23CIV.02848
                                 (GRB)(ARL)

        -against-

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                    Defendant.

---------------------------------------x

                    Zoom Deposition
                    New York
                    January 13, 2025
                    9:26 a.m.

                    CONFIDENTIAL

        Examination Before Trial of WILLIAM
NEWPORT, pursuant to Notice, before Deirdre
Plevritis, a Notary Public of the State of New
York.
```



```
                                                      Page 2
 1                                       2
 2   A P P E A R A N C E S:
 3   OUTTEN & GOLDEN LLP
 4   Attorneys for Plaintiffs
 5        685 Third Avenue - 25th Floor
 6        New York, New York 10017
 7   BY:  MICHAEL J. SCIMONE, ESQ.
 8
 9   DUANE MORRIS LLP
10   Attorneys for Defendant
11        190 South LaSalle Street - Suite
12             3700
13        Chicago, Illinois 60603
14   BY:  GREGORY TSONIS, ESQ.
15
16
17   ALSO PRESENT:
18        ZARKA DSOUZA, ESQ., Outten & Golden
19        LLP
20
21
22
23
24
25
```



Page 3

```
 1                                          3
 2           THE COURT REPORTER:  This
 3      examination before trial of WILLIAM
 4      NEWPORT is being conducted remotely
 5      by using a Zoom platform.
 6           The attorneys participating
 7      in this examination acknowledge
 8      that I am not physically present in
 9      the deposition room and that I will
10      be reporting this deposition
11      remotely.
12           They further acknowledge that
13      in lieu of an oath being
14      administered in person, the witness
15      will verbally declare that her (or
16      his) testimony in this matter is
17      under penalty of perjury.
18           The parties and their counsel
19      consent to this arrangement and
20      waive any objections to this manner
21      of swearing in the witness.
22           Counsels, please indicate
23      your agreement on the record.
24           MR. SCIMONE:  We agree on
25      behalf of plaintiffs.
```



Page 4

```
 1                                           4
 2           MR. TSONIS:  That's fine with
 3      me, on behalf of defendant.
 4  W I L L I A M   N E W P O R T, the
 5  Witness herein, having been first duly
 6  sworn by a Notary Public in and of the
 7  State of New York, was examined and
 8  testified as follows:
 9           THE VIDEOGRAPHER:  We are now
10      on the record.  This begins
11      videotape number 1 in the
12      deposition of William Newport in
13      the matter of Keith Fischer, et al,
14      v. Government Employees Insurance
15      Co., doing business as GEICO.
16           Today is January 13th, 2025
17      and the time is 9:26 a.m. Eastern.
18      The deposition is being taken
19      virtually at the request of Outten
20      and Golden, LLP.
21           The videographer is Joseph
22      Calvarese from Magna Legal
23      Services.  The court reporter is
24      Deirdre Plevritis of Magna Legal
25      Services.
```



```
                                                    Page 5
 1                                            5
 2            Will all Counsel and all
 3      parties present state their
 4      appearances and who they represent.
 5            MR. SCIMONE:  Good morning.
 6            My name is Michael Scimone
 7      with Outten & Golden.  I represent
 8      the plaintiffs in this action.
 9            MS. DSOUZA:  Good morning.
10            This is Zarka Dsouza, also
11      from Outten & Golden, also
12      representing plaintiffs in this
13      action.
14            MR. TSONIS:  This is Greg
15      Tsonis on behalf of Duane Morris,
16      LLP, representing defendant GEICO.
17            THE VIDEOGRAPHER:  And will
18      the court reporter swear in the
19      witness.
20      Q     Please state your name for
21   the record.
22      A     William Newport.
23      Q     Please state your address on
24   the record.
25      A     █████████████████████
```



```
                                                        Page 6
 1                                               6
 2  ████████████████████████████████████████
 3  EXAMINATION BY
 4  MR. SCIMONE:
 5       Q     Good morning, Mr. Newport.
 6             My name is Michael Scimone.
 7  I represent the plaintiffs in this case.
 8  I will be taking your deposition today.
 9             Have you ever been deposed
10       before?
11       A     No.
12       Q     Okay.  So I am going to go
13  over just a few basic ground rules mostly
14  about logistics.  So the court reporter
15  is taking down everything that we say and
16  so, as I ask you questions today, all
17  your answers will need to be verbal so
18  she can take them down.  Shrugs, nods,
19  gestures and things like that don't
20  translate very well, so I will ask you to
21  give a verbal answer to all the questions
22  asked.
23             Also, for the sake of having
24  a clean record, it is important for both
25  us that we wait until the other person is
```



Page 240

```
 1                                        240
 2    traffic coming home, maybe as an example,
 3    but in terms of if they needed or they
 4    felt there was an extenuating
 5    circumstance, they would organize with
 6    their supervisor or communicate with
 7    their supervisor.
 8         Q    And this note in parenthesis
 9    about minimal time needed to complete a
10    task for a customer, as I understand it,
11    investigators, most of the time at least
12    do not communicate directly with
13    customers; tell me if I wrong about that?
14         A    I don't know about most of
15    the time.  I mean part of their job is
16    actually communicating with the
17    customers.
18         Q    Okay.  So my question really
19    is how does this statement apply, if at
20    all, to the work done by investigators?
21    So in other words, there seems to be some
22    recognition there may be minimal time
23    where someone doesn't have time to get an
24    approval from a supervisor or doesn't
25    need to or something like that, are there
```



Page 241

```
 1                                              241
 2   categories like that for SIU?
 3         A     I would say something of the
 4   effect of if they got caught in traffic,
 5   perhaps, or you know, a recorded
 6   interview went wrong would be an example,
 7   perhaps.
 8         Q     The second bullet point is:
 9   "Overtime will be evaluated and approved
10   based on business needs."  So what is
11   your understanding of what that means?
12         A     It would be evaluating --
13   exactly how it reads.  It would be in
14   order to have pre-approved overtime,
15   probably have to have some information
16   and discuss it, and same for me as it
17   would be for an investigator before we
18   approved overtime, we would evaluate it
19   and discuss it with whoever needed to
20   approve it.
21              MR. SCIMONE:  We will mark it
22         as Exhibit 15, the document Bates
23         stamped 11859 through 11862.
24              (Document Bates stamped 11859
25         through 11862 referred to received
```



Page 311

```
 1                                          311
 2        Q     In May of 2022, would 10.75
 3   hour days be out of pattern for SIU?
 4             MR. TSONIS:  Object to form.
 5             You can answer.
 6        A     Out of form, I suspect it
 7   would, and Mr. King would have been
 8   responsible for updating his own time
 9   sheets and keying the time.  Our process
10   has always been for whatever time is
11   worked.  It should be entered by the
12   associate and approved.
13        Q     Well, I don't mean to argue
14   with you, but didn't we see earlier a
15   statement for Shane Wheeler that it is
16   management's responsibility to make sure
17   that people don't work unpaid time?
18             MR. TSONIS:  Object to
19        form --
20        A     I believe Shane Wheeler's
21   statement was --
22             MR. TSONIS:  Hold on, Bill.
23             Object to form.
24             Argumentative,
25        mischaracterizes evidence.
```



1                                           312
2            You can answer.
3      A     I don't believe that is what
4  we discussed earlier.  It was to manage
5  the process of overtime.  If they -- if
6  anybody works the time, they were
7  responsible for keying it.
8      Q     You don't believe that
9  management has a responsibility to make
10 sure that people don't work off the
11 clock?
12           MR. TSONIS:  Object to form.
13           You can answer.
14     A     It is a -- it is our -- it is
15 management's job to manage our unit.
16 Ultimately, the investigator has the --
17 they have an onus to put in an honest
18 days' work, put the pen down and
19 accurately record their time.
20           If Dan needed extra time,
21 that should have been a conversation with
22 his superior to determine if we could
23 have assisted him in any way, as in all
24 the ways we outlined throughout today's
25 deposition, placing him on hold, maybe



Page 324

```
 1                                           324
 2    call, an email.  It would have varied at
 3    each sup, supervisor.
 4         Q    Do you recall earlier
 5    plaintiff's counsel asked you about
 6    GEICO's policies regarding time entry?
 7         A    Yes.
 8         Q    So what is a supervisor or
 9    manager's responsibility with respect to
10    time entry by an investigator?
11         A    So for the supervisors it is
12    to review the investigator's entry, to
13    make sure they are more or less complying
14    that it is completed daily.  That might
15    be an example that the vacation or sick
16    time or accrued time is keyed in
17    appropriately, perhaps a holiday and that
18    the associate completed the timesheet in
19    order to be compensated properly.
20         Q    Who is ultimately responsible
21    for ensuring that the time by an
22    associate is worked?
23              MR. SCIMONE:  Objection.
24              MR. TSONIS:  Strike that.  I
25         will start again.
```



Page 325

```
 1                                        325
 2        Q     Who is ultimately responsible
 3   for ensuring that all time worked by an
 4   associate is entered into Workday?
 5             MR. SCIMONE:  Objection.
 6        A     The associate.
 7        Q     Where does GEICO maintain its
 8   timekeeping policies?
 9        A     Over the time period we
10   discussed, it may be several different
11   systems.  When I left it was still in
12   Workday.
13        Q     Understood that is the
14   program that was used.  I am asking a
15   slightly different question:  Where does
16   GEICO keep the policies that are
17   applicable to all associates?
18        A     It would be in the
19   associate's handbook.  Yeah, I believe
20   that is what it is called.
21        Q     Do you recall plaintiff's
22   counsel here asked you about pre-approved
23   overtime that was offered in June and
24   July of 2020?
25        A     Yes.
```



Page 334

```
 1                                          334
 2        A     It was given as an example in
 3   terms of how it may vary in terms of the
 4   approval process and the communication
 5   between an investigator and a supervisor,
 6   using as an example.
 7        Q     And you were essentially
 8   filling in the blank of what you thought
 9   a supervisor might say in the
10   circumstance?
11        A     Yes.
12             MR. SCIMONE:  Thank you.
13             I have no further questions.
14             MR. TSONIS:  I have one
15        follow-up question.
16   EXAMINATION BY
17   MR. TSONIS:
18        Q     Mr. Newport, what was your
19   instruction to your supervisors regarding
20   time spent working by investigators?
21             MR. SCIMONE:  Objection.
22        A     Any time working needed to be
23   accurately reflected in the time card.
24   That was always the end all, be all, if
25   they are working, you need to get paid
```



Page 335

```
 1                                          335
 2   for it.
 3        Q    Did that direction to your
 4   supervisors ever change?
 5        A    Never.
 6             MR. TSONIS:  No further
 7        questions.
 8             MR. SCIMONE:  All right.  I
 9        think we are done for the day.
10             THE VIDEOGRAPHER:  Off the
11        record, 5:29.
12             THE COURT REPORTER:
13        Mr. Tsonis, will you be ordering a
14        copy?
15             MR. TSONIS:  Yes, an
16        electronic copy.
17             (TIME NOTED:  5:29 P.M.)
18
19
20
21
22
23
24
25
```



Page 341

```
 1                                              341
 2              C E R T I F I C A T E
 3   STATE OF NEW YORK    )
 4                        ) ss.:
 5   COUNTY OF NASSAU     )
 6              I, Deirdre Plevritis, a
 7       Notary Public within and for the
 8       State of New York, do hereby certify:
 9              That WILLIAM NEWPORT, the
10       witness whose deposition is
11       hereinbefore set forth, was duly
12       sworn by me and that such
13       deposition is a true record of the
14       testimony given by such witness.
15              I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage; and that I
18       am in no way interested in the outcome
19       of this matter.
20              IN WITNESS WHEREOF, I have
21       hereunto set my hand this 16th day
22       of January, 2025.
23                    Deirdre Plevritis
                   ___Deirdre Plevritis_____
24                    DEIRDRE PLEVRITIS
25
```

