# EXHIBIT 88

Page 1

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf of
all others similarly situated,

                    Plaintiffs,   Docket No.
                                23CIV.02848
                                (GRB)(ARL)

   -against-

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                    Defendant.

----------------------------------------x

                  Zoom Deposition
                  New York
                  January 13, 2025
                  9:26 a.m.

                  CONFIDENTIAL

     Examination Before Trial of WILLIAM
NEWPORT, pursuant to Notice, before Deirdre
Plevritis, a Notary Public of the State of New
York.



```
                                                      Page 2
 1                                              2
 2   A P P E A R A N C E S:
 3   OUTTEN & GOLDEN LLP
 4   Attorneys for Plaintiffs
 5        685 Third Avenue - 25th Floor
 6        New York, New York 10017
 7   BY:  MICHAEL J. SCIMONE, ESQ.
 8
 9   DUANE MORRIS LLP
10   Attorneys for Defendant
11        190 South LaSalle Street - Suite
12           3700
13        Chicago, Illinois 60603
14   BY:  GREGORY TSONIS, ESQ.
15
16
17   ALSO PRESENT:
18        ZARKA DSOUZA, ESQ., Outten & Golden
19        LLP
20
21
22
23
24
25
```



```
                                                    Page 3
1                                              3
2           THE COURT REPORTER:  This
3      examination before trial of WILLIAM
4      NEWPORT is being conducted remotely
5      by using a Zoom platform.
6           The attorneys participating
7      in this examination acknowledge
8      that I am not physically present in
9      the deposition room and that I will
10     be reporting this deposition
11     remotely.
12          They further acknowledge that
13     in lieu of an oath being
14     administered in person, the witness
15     will verbally declare that her (or
16     his) testimony in this matter is
17     under penalty of perjury.
18          The parties and their counsel
19     consent to this arrangement and
20     waive any objections to this manner
21     of swearing in the witness.
22          Counsels, please indicate
23     your agreement on the record.
24          MR. SCIMONE:  We agree on
25     behalf of plaintiffs.
```



Page 4

```
 1                                              4
 2              MR. TSONIS:  That's fine with
 3        me, on behalf of defendant.
 4   W I L L I A M    N E W P O R T, the
 5   Witness herein, having been first duly
 6   sworn by a Notary Public in and of the
 7   State of New York, was examined and
 8   testified as follows:
 9              THE VIDEOGRAPHER:  We are now
10        on the record.  This begins
11        videotape number 1 in the
12        deposition of William Newport in
13        the matter of Keith Fischer, et al,
14        v. Government Employees Insurance
15        Co., doing business as GEICO.
16              Today is January 13th, 2025
17        and the time is 9:26 a.m. Eastern.
18        The deposition is being taken
19        virtually at the request of Outten
20        and Golden, LLP.
21              The videographer is Joseph
22        Calvarese from Magna Legal
23        Services.  The court reporter is
24        Deirdre Plevritis of Magna Legal
25        Services.
```



```
                                            Page 5
 1                                    5
 2              Will all Counsel and all
 3         parties present state their
 4         appearances and who they represent.
 5              MR. SCIMONE:  Good morning.
 6              My name is Michael Scimone
 7         with Outten & Golden.  I represent
 8         the plaintiffs in this action.
 9              MS. DSOUZA:  Good morning.
10              This is Zarka Dsouza, also
11         from Outten & Golden, also
12         representing plaintiffs in this
13         action.
14              MR. TSONIS:  This is Greg
15         Tsonis on behalf of Duane Morris,
16         LLP, representing defendant GEICO.
17              THE VIDEOGRAPHER:  And will
18         the court reporter swear in the
19         witness.
20         Q    Please state your name for
21    the record.
22         A    William Newport.
23         Q    Please state your address on
24    the record.
25         A    ███████████████████,
```



Page 35

```
                                                    35
 1
 2   manager position.
 3            How would you describe your
 4   responsibilities in that position?
 5       A    It varied during that
 6   timeframe.  Do you have a specific
 7   timeframe?
 8       Q    Let's begin at the beginning.
 9   So 2018, I believe you said in February,
10   what were your responsibilities around
11   that time?
12       A    I had several different
13   groups of associates that made up the SIU
14   unit.  There were field investigators,
15   what you call desk investigators.  There
16   was major case.  There were analysts,
17   clerks.  Inside major case there were two
18   different units in the very beginning
19   that I oversaw.  One would be called
20   medical major and one would just be PD
21   major case.  That is how it began.
22       Q    Did there come a time when
23   those responsibilities changed?
24       A    Yes.
25       Q    When was that?
```



Page 36

```
                                                         36
 1
 2        A      I don't remember the exact
 3   date, but a second manager was added into
 4   my geographical area to take over medical
 5   major cases.
 6        Q      Before we move on from that
 7   beginning time in 2018, what was the
 8   geographical area you were responsible
 9   for?
10        A      It was considered the region
11   2 office or Woodbury.  We would have
12   handled losses associated in New York
13   State within our unit.  We would handle
14   investigations related to losses in
15   New York State.
16        Q      The other SIU manager who was
17   added, was that in region 2 as well?
18        A      Yes, it was.
19        Q      How did that change your
20   responsibilities?
21        A      I lost a good portion of
22   staff.  They created the medical major
23   case unit.  So that unit had its own
24   major case investigators, clerks,
25   supervisors, associates, field, they had
```



```
 1                                              37
 2   their own entity in that unit.
 3        Q    Did the other SIU manager
 4   supervise that new unit?
 5        A    If they were considered a
 6   manager, but, yes, they would lead that
 7   entire grouping of associates with
 8   supervisors.
 9        Q    What was that manager's name?
10        A    Courtney Wolff.
11        Q    Did you continue to supervise
12   other people in region 2?
13        A    Yes, I still had several
14   teams in region 2, even after the
15   division.
16        Q    And I am sorry, when did that
17   change happen that the new unit was
18   created and Ms. Wolff made responsible
19   for it?
20        A    To be fair, it wasn't
21   necessarily a new unit.  They added an
22   additional manager, but we -- I want to
23   say I was there -- I don't remember the
24   date.  It might have been, I believe it
25   was inside a year, to my best
```



Page 100

```
 1                                              100
 2   value, then that would be a positive
 3   disposition.
 4           Q     Thank you.
 5                 And so effectiveness measures
 6   the percentage of cases in which there
 7   was some sort of positive disposition?
 8           A     Closed cases, yes.
 9           Q     Thank you.
10                 What -- the next row, row
11   seven lists productivity inside.  Can you
12   explain what that shows?
13           A     I don't remember.  I don't
14   know -- I know there it says through
15   November.  Over the years productivity
16   was gauged.  There were different ways to
17   measure productivity.  I don't remember
18   where we were in 2020 or 2019.  In a
19   broad sense, it would relate to either a
20   weighted ratio if the case is closed, or
21   the number of cases closed or there were
22   a few other calculations, but
23   productivity in its simplest form is an
24   efficiency measure.
25           Q     The next row is productivity
```



Page 241

```
 1                                              241
 2   categories like that for SIU?
 3       A     I would say something of the
 4   effect of if they got caught in traffic,
 5   perhaps, or you know, a recorded
 6   interview went wrong would be an example,
 7   perhaps.
 8       Q     The second bullet point is:
 9   "Overtime will be evaluated and approved
10   based on business needs."  So what is
11   your understanding of what that means?
12       A     It would be evaluating --
13   exactly how it reads.  It would be in
14   order to have pre-approved overtime,
15   probably have to have some information
16   and discuss it, and same for me as it
17   would be for an investigator before we
18   approved overtime, we would evaluate it
19   and discuss it with whoever needed to
20   approve it.
21             MR. SCIMONE:  We will mark it
22         as Exhibit 15, the document Bates
23         stamped 11859 through 11862.
24             (Document Bates stamped 11859
25         through 11862 referred to received
```



Page 254

1                                        254
2    to work outside of their normal hours."
3              Do you have an understanding
4    of what acceptable overtime means?
5         A    I am just pulling back up.  I
6    am not certain as it is written here what
7    that definition would be.
8         Q    Based on your experience as a
9    manager, do you have an understanding of
10   what acceptable overtime means?
11             MR. TSONIS:  Object to form.
12             Foundation.
13             You can answer.
14        A    It would be an example of
15   some of the items we went over earlier.
16   If they -- if they called and they needed
17   a couple of hours, it would be reviewed
18   on a case-by-case basis.  We would look
19   for alternatives.  We would in some cases
20   approve it as needed if they were stuck
21   on a call.  Those would be on a
22   case-by-case basis in any opinion to be
23   defined as acceptable reasons.
24        Q    And you would approve it to
25   the extent that you had permission to



Page 335

```
 1                                              335
 2   for it.
 3        Q    Did that direction to your
 4   supervisors ever change?
 5        A    Never.
 6             MR. TSONIS:  No further
 7        questions.
 8             MR. SCIMONE:  All right.  I
 9        think we are done for the day.
10             THE VIDEOGRAPHER:  Off the
11        record, 5:29.
12             THE COURT REPORTER:
13        Mr. Tsonis, will you be ordering a
14        copy?
15             MR. TSONIS:  Yes, an
16        electronic copy.
17             (TIME NOTED:  5:29 P.M.)
18
19
20
21
22
23
24
25
```



```
                                                    Page 341
 1                                         341
 2            C E R T I F I C A T E
 3   STATE OF NEW YORK   )
 4                       ) ss.:
 5   COUNTY OF NASSAU    )
 6            I, Deirdre Plevritis, a
 7       Notary Public within and for the
 8       State of New York, do hereby certify:
 9            That WILLIAM NEWPORT, the
10       witness whose deposition is
11       hereinbefore set forth, was duly
12       sworn by me and that such
13       deposition is a true record of the
14       testimony given by such witness.
15            I further certify that I am not
16       related to any of the parties to this
17       action by blood or marriage; and that I
18       am in no way interested in the outcome
19       of this matter.
20            IN WITNESS WHEREOF, I have
21       hereunto set my hand this 16th day
22       of January, 2025.
23                   Deirdre Plevritis
                 ___Deirdre Plevritis_____
24                   DEIRDRE PLEVRITIS
25
```

