IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven L. Tiscione |

## **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL**

This matter came before the Court pursuant to District Judge Bulsara's Individual Practices (Civil), Rule III(G) and Defendant's Motion to Seal: (i) Defendant's Exhibit 16 and Plaintiffs' Exhibits AAA, F, QQ, R, and S; (ii) portions of Defendant's Exhibits 1, 2, 3, 5, 14, 17, 20, 21, 22, 25, 29, 32, 38, 40, 41, 45, 46, 48, 51, 61, 62, 69, 72, 73, 76, 81, 84, 88, 90, 91, 95, and 97, and Plaintiffs' Exhibits A, B, C, D, G, I, T, and U, submitted in conjunction with Defendant's Motion for Summary Judgment.

Having considered the papers filed by the parties and the relevant statutes and case law, and for good cause shown, Defendant's Motion to Seal is **GRANTED.**

.

 

_____
District Judge Sanket J. Bulsara
United States District Court for the Eastern District of New York