UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

Keith Fischer, Michael O'Sullivan, John Moeser, Louis Pia,
Thomas Barden, Constance Mangan, and Charise Jones,
individually and on behalf of all others similarly situated,

                             Plaintiffs,

    v.

Government Employees Insurance Company
d/b/a GEICO,

                        Defendant.

-----------------------------------------------------------X

23-cv-02848-SJB-SLT
_____

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO:    Opposing Counsel

_____

_____

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and

the Certificate(s) of Good Standing annexed thereto, I ___Kaelyn Mahar_____ will move this

Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York for an order allowing the admission of movant, a

member of the firm of ___Outten & Golden LLP_____ and a member in good standing of

the bar(s) of the State(s) of _____California_____, as attorney *pro hac*

*vice* to argue or try this case in whole or in part as counsel for

_____Plaintiffs Keith Fischer, et al._____. There are no pending disciplinary

proceedings against me in any state or federal court. (If there are any disciplinary proceedings,

describe them.)

Respectfully submitted,

Dated: October 17, 2025

_____
Signature of Movant
Firm Name_____Outten & Golden LLP_____
Address___One California Street, 12th Floor____
_____San Francisco, CA 94111_____
Email___kmahar@outtengolden.com_____
Phone_____(415) 638-8800_____