UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------------

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN
MOESER, LOUIS PIA, THOMAS BARDEN,
CONSTANCE MANGAN, AND CHARISE JONES,    **Plaintiff(s),**
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,    **Defendant(s).**

--------------------------------------------------------

23-cv-02848 (SJB)(SLT)


**AFFIDAVIT IN SUPPORT OF
MOTION TO ADMIT
COUNSEL *PRO HAC VICE***


I, _____Kaelyn Mahar_____, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Associate_____ with the law firm of __Outten & Golden LLP_____.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of _____California_____.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I ___have not_____ been convicted of a felony. If you have, please describe facts and circumstances.


6. I ___have not_____ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.


7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 23-CV-02848 (GRB)(ARL) for ___Plaintiffs Keith Fischer et al._____.

Date October 15, 2025
_____,

**NOTARIZED**

_____
Signature of Movant
Firm Name_____Outten & Golden LLP_____
Address____One California Street, 12th Floor___
_____San Francisco, CA 94111_____

Email____kmahar@outtengolden.com_____
Phone_____(415) 638-8800_____

# CALIFORNIA ALL- PURPOSE
# CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                    }

County of Alameda                    }

On OCT. 15, 2025 before me, V. K. Chopra, Notary Public --------------------------,

(Here insert name and title of the officer)

personally appeared    KAELYN    MAHAR                              ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

**V. K. CHOPRA**
COMM. # 2521576
NOTARY PUBLIC ● CALIFORNIA
ALAMEDA COUNTY
Comm. Exp. JUNE 26, 2029

_____
Notary Public Signature          (Notary Public Seal)

---

## ADDITIONAL OPTIONAL INFORMATION

### DESCRIPTION OF THE ATTACHED DOCUMENT

_____
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages _____ Document Date_____

### CAPACITY CLAIMED BY THE SIGNER
- ☐ Individual (s)
- ☐ Corporate Officer

  _____
  (Title)
- ☐ Partner(s)
- ☐ Attorney-in-Fact
- ☐ Trustee(s)
- ☐ Other _____

2015 Version www.NotaryClasses.com 800-873-9865

### INSTRUCTIONS FOR COMPLETING THIS FORM

*This form complies with current California statutes regarding notary wording and, if needed, should be completed and attached to the document. Acknowledgments from other states may be completed for documents being sent to that state so long as the wording does not require the California notary to violate California notary law.*

- State and County information must be the State and County where the document signer(s) personally appeared before the notary public for acknowledgment.
- Date of notarization must be the date that the signer(s) personally appeared which must also be the same date the acknowledgment is completed.
- The notary public must print his or her name as it appears within his or her commission followed by a comma and then your title (notary public).
- Print the name(s) of document signer(s) who personally appear at the time of notarization.
- Indicate the correct singular or plural forms by crossing off incorrect forms (i.e. he/she/they,- is /are ) or circling the correct forms. Failure to correctly indicate this information may lead to rejection of document recording.
- The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different acknowledgment form.
- Signature of the notary public must match the signature on file with the office of the county clerk.
  - ❖ Additional information is not required but could help to ensure this acknowledgment is not misused or attached to a different document.
  - ❖ Indicate title or type of attached document, number of pages and date.
  - ❖ Indicate the capacity claimed by the signer. If the claimed capacity is a corporate officer, indicate the title (i.e. CEO, CFO, Secretary).
- Securely attach this document to the signed document with a staple.