IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>  v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>               Defendant. | No. 23 Civ. 02848 (SJB) (SLT)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Kaelyn Mahar, for admission *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of California and that her contact information is as follows:

    Applicant's Name: Kaelyn Mahar

    Firm Name: Outten & Golden LLP

    Address: One California Street, 12 Floor

    City / State / Zip: San Francisco, CA 94111

    Telephone: (415) 638 - 8800

Applicant having request admission *Pro Hac Vice* to appear for all purposes as counsel for Keith Fischer et al. in the above entitled action;

**IT IS HEREBY ORDERED** that applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York.

Dated: _____               _____
                                                                   United States District Judge