# EXHIBIT 1

**U.S. District Court**

**Eastern District of New York**

## Notice of Electronic Filing

The following transaction was entered on 9/10/2024 at 9:52 AM EDT and filed on 9/10/2024

| | |
|---|---|
| **Case Name:** | Fischer et al v. Government Employees Insurance Company |
| **Case Number:** | 2:23-cv-02848-GRB-ARL |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**ORDER granting [73]: The parties' proposed Amended Pre-Trial Scheduling Order and Stipulation addressing the scope and timing of certain interim discovery deadlines is so ordered. With respect to the "impasse on other discovery matters" described in the letter, the parties must make a good faith effort to resolve the disputes before seeking judicial intervention. In addition, the parties are reminded that any anticipated motions before the undersigned should not be filed until the motions are fully briefed. Ordered by Magistrate Judge Arlene R. Lindsay on 9/10/2024. c/ecf (DM)**

**2:23-cv-02848-GRB-ARL Notice has been electronically mailed to:**

Troy L. Kessler    tkessler@kesslermatura.com

Gerald L. Maatman, Jr    gmaatman@duanemorris.com, autodocketchi@duanemorris.com, blspurlock@duanemorris.com, mgruzlewski@duanemorris.com, mniemynski@duanemorris.com, ntnovotny@duanemorris.com, rchavers@duanemorris.com, rmespitia@duanemorris.com

Michael Joseph Scimone    mscimone@outtengolden.com, autodocket@outtengolden.com, ctruong@outtengolden.com, jlamarch@outtengolden.com, michael-scimone-3833@ecf.pacerpro.com, sjean@outtengolden.com

Maria Cristina Caceres-Boneau    mboneau@duanemorris.com, autodocketny@duanemorris.com, nydocket@duanemorris.com

Garrett D. Kaske    gkaske@kesslermatura.com, kjimenez@kesslermatura.com

Gregory S. Slotnick    GSSlotnick@duanemorris.com, gregory-slotnick-7836@ecf.pacerpro.com, nydocket@duanemorris.com

Sabine Jean    sjean@outtengolden.com, michelle-leung-3795@ecf.pacerpro.com

Jennifer A Riley    jariley@duanemorris.com, mgruzlewski@duanemorris.com, rchavers@duanemorris.com

Theanne Liu Svedman    tliusvedman@outtengolden.com, jlamarch@outtengolden.com

Jarron McAllister    JMcAllister@outtengolden.com, autodocket@outtengolden.com, jlamarch@outtengolden.com

Hannah Wynne Cole-Chu    hcolechu@outtengolden.com, amartin@outtengolden.com

Tiffany E Alberty    tealberty@duanemorris.com

Gregory Tsonis    gtsonis@duanemorris.com, mgruzlewski@duanemorris.com

**2:23-cv-02848-GRB-ARL Notice will not be electronically mailed to:**



Advocates for Workplace Fairness

September 6, 2024

**Via ECF**
The Honorable Arlene R. Lindsay
United States District Court for the
Eastern District of New York
814 Federal Plaza
Central Islip, NY 11722

Re:   *Fisher, et al. v. Gov't Emps. Ins. Co. d/b/a GEICO*, Case No. 23 Civ. 02848

Dear Judge Lindsay:

        We represent Plaintiffs and 18 opt-in Plaintiffs in the above-captioned case.  We write jointly with Defendant GEICO pursuant to the Court's Individual Practice Rule 1.D to request an extension of Phase 1 of the discovery schedule.  The parties also request that the Court approve the parties' stipulation about the scope and timing of certain interim discovery deadlines.

        On April 16, 2024, the Court issued a Scheduling Order, which ordered the parties to "complete all merits discovery with respect to named plaintiffs and any of the 26 opt-in plaintiffs who reside in New York," referred to as "Phase 1 discovery," by September 13, 2024.  The Scheduling Order also set a deadline for Plaintiffs to move for class certification after the Phase 1 discovery deadline, or for dispositive motions if no class certification motion is filed.

        The parties respectfully request a 120-day extension of the deadline to complete Phase 1 discovery and a corresponding extension of the motion deadlines.  There is good cause for an extension to provide the parties sufficient time to complete discovery.  Although the parties have been diligent in working through discovery objections, and GEICO has agreed to produce a substantial range of documents in response to Plaintiffs' RFPs, that production remains incomplete but GEICO has been providing its production on a rolling basis.  The parties have also been conferring about ESI search and production since June, but that search has not yet commenced.[1]  Both parties also seek to take depositions; Plaintiffs intend to take 30(b)(6) depositions after GEICO completes its document production.  GEICO has taken seven (7) named plaintiff depositions to date and has noticed all opt-in plaintiff depositions, three of which the parties are currently scheduling.  Plaintiffs object to GEICO seeking to go beyond the presumptive 10-deposition limit under Fed. R. Civ. P. 30, and a motion on that issue is

---

[1]      In the interest of brevity, this letter omits a full account of the parties' conferral efforts. Should the Court have concerns about whether those efforts have been sufficiently diligent, the parties are prepared to address those concerns under separate cover at the Court's request.

September 6, 2024
Page 2 of 3

forthcoming.  The parties have also reached impasse on other discovery matters that will require the Court's attention and may result in the exchange of additional discovery.

All parties consent to the following extensions.  The table below includes a full list of all case management deadlines, whether or not they are related to an extension of Phase 1.

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| **Phase 1 discovery cut-off:** The parties will complete all merits discovery with respect to named plaintiffs and any of the 26 opt-in plaintiffs who reside in New York | September 13, 2024 | January 13, 2025 |
| Plaintiffs' motion to certify the Rule 23 NYLL Class due. (Service only) | September 27, 2025 | February 12, 2025 |
| Dispositive motions due, if class certification motion not filed.[2] | October 23, 2025 | February 26, 2025 |
| Defendant's opposition to motion to certify the Rule 23 NYLL Class due. (Service only) | October 28, 2025 | March 14, 2025 |
| Plaintiffs' reply papers in support of motion to certify Rule 23 NYLL Class due. Fully briefed motion to be filed by plaintiff. | November 18, 2024 | April 4, 2025 |
| Defendant's Motion to Decertify FLSA Collective; if Court grants Plaintiffs' 216(b) motion | Opt-In Notice Period + 4 Months | No Change |
| Plaintiffs' Opp. to Motion to Decertify FLSA Collective | Opt-In Notice Period + 4 Months + 30 days | No Change |

---

[2]     The current case management schedule provides that if Plaintiffs do not move for class certification after the close of Phase One, any party planning on making a dispositive motion must take the first step in the motion process by either: (i) February 26, 2025; or (ii) within four months following the close of any conditional FLSA collective action opt-in notice period, whichever is later, or risk forfeiting the right to make such a motion.

September 6, 2024
Page 3 of 3

| Defendant's Reply to Motion to Decertify FLSA Collective | Opt-In Notice Period + 4 Months + 30 days + 14 days | No Change |
|---|---|---|
| **Phase 2 discovery cut-off:** The parties will complete all merits discovery concerning possible opt-in plaintiffs | Opt-In Notice Period + 3 Months | No Change |
| **Phase 3 discovery cut-off:** The parties will complete discovery focused on damages, including any expert discovery related to damages | Opt-In Notice Period + 3 Months + 3 months | No Change |

A Proposed Amended Pre-Trial Scheduling Order is attached as Exhibit A. The parties also request entry of a discovery stipulation about the scope and timing of certain interim discovery deadlines, which is attached as Exhibit B, to ensure that the deadlines above remain on track.

The parties thank the Court for its attention to this matter.

Respectfully Submitted,

Michael J. Scimone

C:    All Counsel of Record (via ECF)

# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated, | No. 23 Civ. 2848 (GRB) (ARL) |
| Plaintiffs, | **[PROPOSED] DISCOVERY SCHEDULING ORDER** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO, | |
| Defendant. | |

Plaintiffs Keith Fischer, Michael O'Sullivan, John Moeser, Louis Pia, Thomas Barden,

Constance Mangan, and Charise Jones, ("Named Plaintiffs"), and Defendant Government

Employees Insurance Company ("Defendant"), submit the following proposed phased discovery

order:

| Event | Proposed New Deadline |
|---|---|
| **Phase 1 discovery cut-off:** The parties will complete all merits discovery with respect to named plaintiffs and any of the 26 opt-in plaintiffs who reside in New York | January 13, 2025 |
| Plaintiffs' motion to certify the Rule 23 NYLL Class due. (Service only) | February 12, 2025 |
| Dispositive motions due, if class certification motion not filed.[1] | February 26, 2025 |
| Defendant's opposition to motion to certify the Rule 23 NYLL Class due. (Service only) | March 14, 2025 |

---

[1]     The current case management schedule provides that if Plaintiffs do not move for class certification after the close of Phase One, any party planning on making a dispositive motion must take the first step in the motion process by either: (i) February 26, 2025; or (ii) within four months following the close of any conditional FLSA collective action opt-in notice period, whichever is later, or risk forfeiting the right to make such a motion.

| Event | Proposed New Deadline |
|---|---|
| Plaintiffs' reply papers in support of motion to certify Rule 23 NYLL Class due. Fully briefed motion to be filed by plaintiff. | April 4, 2025 |
| Defendant's Motion to Decertify FLSA Collective; if Court grants Plaintiffs' 216(b) motion | Opt-In Notice Period + 4 Months |
| Plaintiffs' Opp. to Motion to Decertify FLSA Collective | Opt-In Notice Period + 4 Months + 30 days |
| Defendant's Reply to Motion to Decertify FLSA Collective | Opt-In Notice Period + 4 Months + 30 days + 14 days |
| **Phase 2 discovery cut-off:** The parties will complete all merits discovery concerning possible opt-in plaintiffs | Opt-In Notice Period + 3 Months |
| **Phase 3 discovery cut-off:** The parties will complete discovery focused on damages, including any expert discovery related to damages | Opt-In Notice Period + 3 Months + 3 months |

**SO ORDERED**

_____

**Hon. Arlene R. Lindsay, U.S.M.J.**

# Exhibit B

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

KEITH FISCHER, MICHAEL O'SULLIVAN,
JOHN MOESER, LOUIS PIA, THOMAS BARDEN,
CONSTANCE MANGAN, and CHARISE JONES,
individually and on behalf of all others similarly
situated,

Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,

Defendant.

No. 23 Civ. 02848 (GRB) (ARL)

## STIPULATION CONCERNING DISCOVERY

Plaintiffs Keith Fischer, Michael O'Sullivan, John Moeser, Louis Pia, Thomas Barden,

Constance Mangan, and Charise Jones (together, "Plaintiffs") and Defendant Government

Employees Insurance Company ("Defendant") (collectively, the "Parties") in the above-

captioned action hereby stipulate as follows:

1.      The Phase 1 discovery deadline shall be extended by 120 days, to January 13,

2025;

2.      Plaintiffs' motion to certify the Rule 23 NYLL Class shall be due February 12,

2025;

3.      Dispositive motions (if a class certification motion is not filed) shall be due

February 26, 2025, or within four months following the close of any conditional FLSA collective

action opt-in notice period, whichever is later;

4.      Defendant's opposition to Plaintiffs' motion to certify the Rule 23 NYLL Class

shall be due March 14, 2025;

5.      Plaintiffs' reply papers in support of their motion to certify the Rule 23 NYLL Class shall be due on April 4, 2025, and the fully briefed motion shall be filed by Plaintiffs;

6.      The remaining deadlines ordered by the Court in its April 16, 2024 Scheduling Order shall remain unchanged;

7.      By September 10, 2024, Defendant shall provide to Plaintiffs proposed 30(b)(6) deposition dates and topic groupings;

8.      On or before September 10, 2024, the Parties will confer about lists of custodians, sources of data, and search methodology for electronically-stored information ("ESI");

9.      By September 10, 2024, Defendant will respond to Plaintiffs about the documents identified in Plaintiffs' August 23, 2024 correspondence;

10.     To the extent a dispute remains after September 10, 2024 about any documents identified in Plaintiffs' August 23, 2024 correspondence, the Parties agree to confer during the week of September 9, with Defendant agreeing to provide its final position on whether it will agree to search for the documents identified in Plaintiffs' correspondence by September 13, 2024; and,

11.     By September 13, 2024, Defendant shall complete its rolling document production of documents responsive to Plaintiffs' First Set of Requests for Production of Documents.

Dated: September 6, 2024

By:

/s/ *[signature]*
_____
Michael J. Scimone

**OUTTEN & GOLDEN LLP**
Michael J. Scimone
Sabine Jean
Jarron D. McAllister
Zarka Dsouza
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: (212) 245-1000
Facsimile: (646) 509-2060
mscimone@outtengolden.com
sjean@outtengolden.com
jmcallister@outtengolden.com
zdsouza@outtengolden.com

**OUTTEN & GOLDEN LLP**
Theanne Liu Svedman
Hannah Cole-Chu
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4400
Facsimile: (202) 847-4410
tliusvedman@outtengolden.com
hcolechu@outtengolden.com

**KESSLER MATURA P.C.**
Troy L. Kessler
Garrett Kaske
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Facsimile: (631) 499-9120
tkessler@kesslermatura.com
gkaske@kesslermatura.com

*Attorneys for Plaintiffs and the Putative
Class and Collective*

/s/ *[signature]*
_____
Gerald L. Maatman, Jr.

**DUANE MORRIS LLP**
Gerald L. Maatman, Jr.
Jennifer A. Riley
Maria Caceres-Boneau
Gregory S. Slotnick
1540 Broadway
New York, NY 10036
Telephone: (212) 692-1000
Facsimile: (212) 692-1020
mboneau@duanemorris.com
gmaatman@duanemorris.com
jariley@duanemorris.com
gsslotnick@duanemorris.com

*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br><br>      v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>                        Defendant. | Case No. 2:23 Civ. 2848 (GRB)(ARL) |

## <u>ORDER</u>

Based upon the foregoing Stipulation Concerning Discovery, and good cause appearing therefore,

IT IS SO ORDERED.


Dated:                             /s/_____

                                   Hon. Arlene R. Lindsay
                                   United States Magistrate Judge