UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Fischer, et al., Plaintiff(s),

            Plaintiff(s),

v.

Government Employees Insurance Company d/b/a GEICO, Defendant(s)

---

2:23-cv-02848-GRB-ARL

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Anna Sheridan, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Duane Morris, LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Maryland, California, and the District of Columbia.
4. There are no pending disciplinary proceedings against me in any state or federal court. True
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.
6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 2:23-cv-02848-GRB-ARL for Defendant Government Insurance Company d/b/a GEICO.

Date 12/2/25
Washington, DC

Signature of Movant
Firm Name Duane Morris, LLP.
Address 901 New York Avenue NW
Suite 700 East
Washington, DC 20001
Email asheridan@duanemorris.com
Phone 202-776-5264

**NOTARIZED**

District of Columbia
Signed and Sworn to (or affirmed) before me on 12/02/2025 (Date)
by REBECCA CHEN
(Name(s) of Individual(s) Making Statement)
Signature of Notarial Officer: _____
Title of Office: NOTARY
My Commission Expires 09/30/2028

My Commission Expires
September 30, 2028