IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL) |

## NOTICE OF WITHDRAWAL OF OPT-IN

Plaintiffs file this notice to withdraw the claims of Marie Butler, an opt-in plaintiff to this litigation. On July 16, 2025, Marie Butler joined this action pursuant to 29 U.S.C. § 216(b) as an opt-in plaintiff. *See* ECF No. 107. Ms. Butler now dismisses her Fair Labor Standards Act ("FLSA") claims pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                        Respectfully submitted,

Dated: December 15, 2025        By:    */s/ Michael J. Scimone*

                                        Michael J. Scimone
                                        Jarron D. McAllister
                                        **OUTTEN & GOLDEN LLP**
                                        685 Third Avenue, 25th Floor
                                        New York, NY 10017
                                        Telephone: 212-245-1000
                                        Fax: 646-509-2060
                                        mscimone@outtengolden.com
                                        jmcallister@outtengolden.com

                                        Ryan Cowdin*
                                        **OUTTEN & GOLDEN LLP**
                                        1225 New York Avenue NW
                                        Suite 1200B
                                        Washington, DC 20005
                                        Telephone: 202-929-0636
                                        Fax: 202-847-4410
                                        rcowdin@outtengolden.com

                                        Kaelyn Mahar
                                        **OUTTEN & GOLDEN LLP**
                                        One California Street, 12th Floor
                                        San Francisco, CA 94111
                                        Telephone: 415-715-1787
                                        Fax: 415-638-8810
                                        kmahar@outtengolden.com

                                        Troy L. Kessler
                                        Garrett Kaske
                                        **KESSLER MATURA P.C.**
                                        534 Broadhollow Road, Suite 275
                                        Melville, NY 11747
                                        Telephone: 631-499-9100
                                        Facsimile: 800-451-0874
                                        tkessler@kesslermatura.com
                                        gkaske@kesslermatura.com

                                        * Admitted *Pro Hac Vice*

                                        *Attorneys for Plaintiffs and the Putative Class and Collective*