# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Sabine Jean will no longer be associated with the law firm of Outten & Golden LLP as of January 16, 2026. Plaintiffs request that Ms. Jean be withdrawn as attorney of record in this case and that all further electronic notices in the matter to Ms. Jean be terminated. Counsel of record for Plaintiffs otherwise remain the same.

Dated: January 6, 2026
New York, NY

Respectfully submitted,

*/s/ Sabine Jean*
Sabine Jean
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
sjean@outtengolden.com

*Attorney for Plaintiffs and the Putative Classes and Collective*