| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 1/15/26<br>TIME: 10:15 am |

CASE:  **CV 23-2848(SJB) Fischer v. Government Employment Insurance Company**
TYPE OF CONFERENCE:          STATUS                    FTR:

APPEARANCES:
   For Plaintiff:   Michael Scimone and Ryan

   For Defendant: Greg Slotnick and Gregory Tsonis

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other:  Status conference held. Oral argument on Defendant's motion for summary judgment, DE [138], and related motion to seal, DE [145], will be held on April, 24, 2026 at 11:30am. This date will not be moved for any reason. As to the remaining depositions discussed on the record, witnesses located on Long Island will appear in person, absent a specific reason for an accommodation. Witnesses located outside Long Island may appear remotely.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

          4/24/26 at 11:30 am          : Status conference


                                      SO ORDERED

                                       /s/Steven I. Locke
                                      STEVEN I. LOCKE
                                      United States Magistrate Judge