# *Notice of Request to Submit Electronic Evidence*

**Case Number:** 23-CV-02848

**Filing Party Name:** Government Employees Insurance Company

**Enter the Document number of the docket entry for which the exhibit should be linked. Enter "N/A" if not applicable.** 128-9, 162

**If the format is PDF, why hasn't it been docketed electronically?**