UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, AND CHARISE JONES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED     **Plaintiff(s),**

V.

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,     **Defendant(s).**

---

23-cv-02848 (SJB)(SIL)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, __Sophia Jane Balkoski__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Associate__ with the law firm of __Outten & Golden__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __California__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.

6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: _____
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __23-cv-02848 (SJB)(SIL)__ for __Plaintiff__ __Keith Fischer, et al.__.

Date __February 27, 2026__

Signature of Movant
Firm Name __Outten & Golden LLP__
Address __One California Street, 12th F__
__San Francisco, CA 94111__

Email __jbalkoski@outtengolden.com__
Phone __(415) 638-8800__

**NOTARIZED**

＊See Attached Certificate
*California Notary Jurat*

# CALIFORNIA JURAT AFFIANT STATEMENT

See Attached Document(s). *Affidavit*

JURAT

> A notary or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Alameda

Subscribed and sworn (or affirmed) before me on this _27_ day of _February_, 2026,

by _Sophia Jane Balkoski_
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Ann S. Kraynak, Notary Public

ANN S. KRAYNAK
Notary Public - California
Alameda County
Commission # 2490147
My Comm. Expires May 14, 2028