IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | No. 23 Civ. 02848 (SJB) (SIL)<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Sophia Jane Balkoski, for admission *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar(s) of the state(s) of California and that her contact information is as follows:

Applicant's Name: Sophia Jane Balkoski

Firm Name: Outten & Golden LLP

Address: One California Street, 12 Floor

City / State / Zip: San Francisco, CA 94111

Telephone: (415) 638 - 8800

Applicant having request admission *Pro Hac Vice* to appear for all purposes as counsel for Keith Fischer et al. in the above entitled action;

      **IT IS HEREBY ORDERED** that applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Eastern District of New York.

Dated: _____                  _____
                                                                        United States District Judge