| | | |
|---|---|---|
| NEW YORK | | HANOI |
| LONDON | **Duane Morris®** | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | FIRM and AFFILIATE OFFICES | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | GERALD L. MAATMAN, JR. | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 312 499 6710 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 312 279 6780 | PITTSBURGH |
| LOS ANGELES | E-MAIL: GMaatman@duanemorris.com | NEWARK |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

March 9, 2026

**VIA ECF**

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

      Re:   *Fischer, et al. v. Government Employees Insurance Company*
              Case No. 2:23-CV-02848 (SJB) (SIL)

Dear Judge Bulsara:

      We represent Defendant Government Employees Insurance Company ("GEICO") in the above-referenced matter.

      We write pursuant to Rule VI(D) of the Court's Individual Practices for Civil Cases to confirm that, on March 6, 2026, GEICO served the following documents on Plaintiffs in accordance with the Parties' joint proposed briefing schedule for GEICO's Motion for Decertification of the Collective Action (*see* Docket Entry Nos. 158, 158-1):

1. GEICO's Notice of Motion for Decertification of the Collective Action (the "Motion");

2. GEICO's Memorandum of Law in Support of the Motion;

3. GEICO's Index of Exhibits 1 through 66 in Support of the Motion (the "Index"); and

4. Corresponding Exhibits 1 through 66 attached to the Index.

      These documents were served by GEICO on Plaintiffs via electronic mail on March 6, 2026. On or before GEICO's April 24, 2026, deadline to serve Plaintiffs with its Reply papers (*see* DE Nos. 158, 158-1), GEICO shall bundle, serve, and file with the Court GEICO's moving brief in support of the Motion, Plaintiffs' Response in Opposition to the Motion, GEICO's Reply papers, and other relevant briefing documents when the Motion is fully briefed.

DuaneMorris

    We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              Gerald L. Maatman, Jr.

GLM

cc: All Counsel of Record (via ECF)