**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL)<br><br>**[PROPOSED] AMENDED DISCOVERY SCHEDULING ORDER** |

Now before the Court is the Parties' Joint Motion To Extend the Existing Discovery Schedule, filed pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 16(b)(4), and the undersigned Individual Motion Practices, Rules 1(C) & 2(B).  Based on the Partis' joint motion and for good cause shown, the Court hereby:

**GRANTS** the Parties' Joint Motion to Extend the Existing Discovery Scheule, and

**AMENDS** the existing scheduling order as follows:

|  | **Current Deadline** | **New Deadline** |
|---|---|---|
| Conclusion of Phase II Discovery | December 9, 2025 | January 31, 2026 |
| Defendant's Motion to Decertify FLSA Collective | January 9, 2026 | March 6, 2026 |
| Plaintiffs' Response in Opposition to Defendant's Motion to Decertify | March 10, 2026 | April 10, 2026 |
| Defendant's Reply in Support of its Motion to Decertify | March 24, 2026 | April 24, 2026 |
| Start Phase III Discovery (Expert and Damages) | N/A | February 1, 2026 |
| Plaintiffs' Expert Disclosures | N/A | June 1, 2026 |

| Defendant's Expert Disclosures | N/A | July 15, 2026 |
| Rebuttal Expert Disclosures | N/A | September 1, 2026 |
| Phase III Discovery Concludes | March 9, 2026 | September 30, 2026 |

SO ORDERED.


Dated: _____          _____
                                  **HON. STEVEN I LOCKE, U.S.M.J.**
                                  United States District Court for the Eastern
                                  District of New York

2