**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

Case No. 2:23-CV-02848 (SJB) (SIL)

**CERTIFICATE OF SERVICE**

I, Jarron D. McAllister, affirm under penalty of perjury:

1.      I am not a party to this action, am over the age of eighteen years, and my business address is 685 Third Avenue, 25th Floor, New York, NY 10017.

2.       On April 10, 2026, I served a true and correct copy of (i) Plaintiffs' Memorandum of Law in Opposition to Defendant's Motion to Decertify the Collective Action, and (ii) the Declaration of Michael J. Scimone In Support of Plaintiffs' Opposition, with accompanying exhibits, by e-mail, after receiving consent, upon counsel for the Defendant at the following e-mail addresses:

1

Gerald L. Maatman, Jr.
Jennifer A Riley
Gregory Tsonis
Tiffany E. Alberty
DUANE MORRIS LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
Tel.: (312) 499-6700
Fax: (312) 499-6701
Email: GMaatman@duanemorris.com
Email: jariley@duanemorris.com
Email: gtsonis@duanemorris.com
Email: tealberty@duanemorris.com

Gregory S. Slotnick
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036
Email: GSSlotnick@duanemorris.com

Anna Sheridan
DUANE MORRIS LLP
901 New York Avenue N.W., Suite 700 East
Washington, DC 20001-4795
Email: asheridan@duanemorris.com

Dated:  April 13, 2026

Respectfully submitted,

Jarron D. McAllister