# EXHIBIT A

| **From:** | Balkoski, Jane <JBalkoski@outtengolden.com> |
|---|---|
| **Sent:** | Monday, February 23, 2026 5:25 PM |
| **To:** | S-GM-Fischer v. GEICO; S-GM-Alvarez v. GEICO |
| **Cc:** | Geico-O&G@outtengolden.com |
| **Subject:** | RE: Fischer / Alvarez v. GEICO - Discovery Responses |

 First time sender

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.  Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond.  Accordingly, Plaintiffs will endeavor to serve any remaining responses and objections on or before **Friday, March 13, 2026**.

Thank you.

Sincerely,
Jane

**Jane Balkoski**
Associate
415-638-8812

**From:** Balkoski, Jane
**Sent:** Saturday, February 7, 2026 9:53 AM
**To:** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>; S-GM-Alvarez v. GEICO <s-gm-alvarezvgeico@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** RE: Fischer / Alvarez v. GEICO - Discovery Responses

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.  Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond.  Accordingly, Plaintiffs will endeavor to serve any remaining responses and objections on or before **Monday, February 23, 2026**.

Thank you.

Sincerely,

Jane

---

**From:** McAllister, Jarron D. <JMcAllister@outtengolden.com>
**Sent:** Friday, January 23, 2026 2:27 PM
**To:** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>; S-GM-Alvarez v. GEICO <s-gm-alvarezvgeico@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Re: Fischer / Alvarez v. GEICO - Discovery Responses

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.  Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond.  Accordingly, Plaintiffs will endeavor to serve any remaining responses and objections on or before **Friday, February 6, 2026**.

Thank you.

Best,
Jarron


**Jarron D. McAllister**
Associate
347-390-2126

---

**From:** McAllister, Jarron D. <JMcAllister@outtengolden.com>
**Sent:** Thursday, January 8, 2026 6:44 PM
**To:** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>; S-GM-Alvarez v. GEICO <s-gm-alvarezvgeico@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Fischer / Alvarez v. GEICO - Discovery Responses

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.  Although Plaintiffs have diligently worked to collect responses, due to the volume of requests and the recent holidays, Plaintiffs need an extension of time to respond.  Accordingly, Plaintiffs will endeavor to serve any remaining responses and objections on or before **Friday, January 23, 2026**.

Thank you.

Best,
Jarron

| | |
|---|---|
| **From:** | McAllister, Jarron D. <JMcAllister@outtengolden.com> |
| **Sent:** | Monday, December 22, 2025 6:39 PM |
| **To:** | S-GM-Fischer v. GEICO |
| **Cc:** | Geico-O&G@outtengolden.com |
| **Subject:** | Re: Fischer v. GEICO - Discovery Responses |

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories. Although Plaintiffs have diligently worked to collect responses, due to the volume of requests and the upcoming holidays, Plaintiffs need an extension of time to respond. Accordingly, following today's service of responses and objections, Plaintiffs will endeavor to serve any remaining responses and objections on or before **January 12, 2026**.

Thank you.

Best,
Jarron

**Jarron D. McAllister**
Associate
347-390-2126

**From:** McAllister, Jarron D. <JMcAllister@outtengolden.com>
**Sent:** Monday, December 15, 2025 9:44 PM
**To:** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Re: Fischer v. GEICO - Discovery Responses

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories. Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond. Accordingly, following today's service of responses and objections, Plaintiffs will endeavor to serve any remaining responses and objections on or before **December 22, 2025**.

We also note that for Stephen Stemmler, we will be unable to serve responses for him by next week, as he is recovering from major surgery. We will endeavor to get those to you (along with any deposition availability) by early January.

Thank you.

Best,
Jarron

**Jarron D. McAllister**

Associate

347-390-2126

---

**From:** McAllister, Jarron D. <JMcAllister@outtengolden.com>
**Sent:** Monday, December 8, 2025 4:31 PM
**To:** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Fischer v. GEICO - Discovery Responses

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.  Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond.  Accordingly, following today's service of responses and objections, Plaintiffs will endeavor to serve any remaining responses and objections on or before **December 15, 2025**.

Best,
Jarron

**Jarron D. McAllister**

Associate

685 Third Ave, 25th Floor, New York, NY 10017

(w) 347-390-2126

JMcAllister@outtengolden.com

**outtengolden.com**

# Outten&Golden

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.

| | |
|---|---|
| **From:** | Mahar, Kaelyn <KMahar@outtengolden.com> |
| **Sent:** | Monday, December 1, 2025 11:00 AM |
| **To:** | S-GM-Alvarez v. GEICO; S-GM-Fischer v. GEICO |
| **Cc:** | Geico-O&G@outtengolden.com |
| **Subject:** | Fischer/Alvarez v. GEICO - discovery responses |

Counsel,

We write about opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories. Plaintiffs' responses and objections are currently due today. Although Plaintiffs have diligently worked to collect responses, due to the holiday and volume of requests, Plaintiffs need an extension of time to respond.

In *Fischer*, Plaintiffs will serve some responses and objections today and the remaining responses on or before **December 8, 2025**.

In *Alvarez*, Plaintiffs will serve their responses and objections on or before **December 22, 2025**.

Kaelyn

Kaelyn Mahar
Associate (she/her/hers)

One California Street, Suite 1250,San Francisco,CA94111
415-638-8806KMahar@outtengolden.com
outtengolden.com

**Outten&Golden**

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.