# EXHIBIT B

| From: | Cowdin, Ryan C. <rcowdin@outtengolden.com> |
|---|---|
| **Sent:** | Thursday, March 12, 2026 6:08 PM |
| **To:** | S-GM-Alvarez v. GEICO |
| **Cc:** | Geico-O&G@outtengolden.com |
| **Subject:** | Alvarez v. GEICO - Request for Extension of Time to Serve Written Discovery Responses |

Counsel,

We write with an update about opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories.

Over the past few months, Plaintiffs have diligently worked to collect responses – producing around 50 sets of responses in both *Fischer* and *Alvarez* combined since this round of additional opt-in discovery commenced last fall. As you know, due to the volume of requests and the short discovery timeline in *Fischer*, we prioritized providing responses (and defending depositions) in the *Fischer* case. We're now moving along more quickly in *Alvarez*, and have been producing these responses on a rolling basis. By our count, we still have about 16 responses left to serve from the current batch.

Plaintiffs will need an extension of time to collect responses given the volume remaining. We anticipate being able to provide most of these responses – if not all – by the end of the month, or March 31. Previously, we have sought your consent. GEICO never responded to our emails, which we took that to mean GEICO understood that we were working diligently to produce responses, and consented to our requests for extension of time.

So we were surprised to see GEICO's arguments in the *Fischer* decertification briefing that some of our plaintiffs' responses to GEICO's requests for admission were not "timely" and therefore should be deemed "admitted." We obviously disagree with GEICO's characterization of the facts and the law, and will respond to GEICO's legal arguments in our responsive briefing in *Fischer*, but are writing now because we do not want this issue to repeat itself in *Alvarez*.

Therefore, Plaintiffs are explicitly requesting that GEICO consent to an extension of time to produce all remaining discovery responses by March 31, 2026, and for GEICO to stipulate that all previously submitted discovery responses in *Alvarez* were timely. Please let us know if GEICO consents to this request by 2:00 p.m. ET tomorrow.

Best,
Ryan

Ryan C. Cowdin
Associate (he/him/his)

1225 New York Avenue, NW Suite 1200B,Washington,DC20005
(w) 202-847-4409
rcowdin@outtengolden.com
outtengolden.com

Outten&Golden

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.