**UNITED STATES DISTRICT COURT**          **CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**          **MINUTE ORDER**

BEFORE: STEVEN I. LOCKE                          DATE: 4/24/26
         U.S. MAGISTRATE JUDGE                   TIME:  11:30 am

CASE:  **CV 23-2848(SJB) Fischer et al v. Government Employment Insurance Company**

TYPE OF CONFERENCE:  Motion Hearing                    FTR: 11:38-12:22

APPEARANCES:
      For Plaintiff: **Ryan Cowdin, Michael Joseph Scimone, Jarron McAllister**

      For Defendant: **Gregory Tsonis, Jennifer A Riley**

**THE FOLLOWING RULINGS WERE MADE:**

☐     Scheduling Order entered.

☐     The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐     The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒     Other: Oral argument held. Decision reserved.


                        SO ORDERED

                       /s/Steven I. Locke
                       STEVEN I. LOCKE
                       United States Magistrate Judge