## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

        Plaintiffs,

    v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

        Defendant.

Case No. 2:23-CV-02848 (SJB) (SIL)

## DEFENDANT'S NOTICE OF MOTION FOR DECERTIFICATION
## OF THE COLLECTIVE ACTION

PLEASE TAKE NOTICE that Defendant, by and through undersigned counsel, hereby moves this Court for an Order granting decertification of the Collective Action pursuant to the Fair Labor Standards Act, 29 U.S.C. § 216(b). In support of this Motion, Defendant submits the accompanying Memorandum of Law in Support of Defendant Government Employees Insurance Company's Motion to Decertify the Collective Action and the accompanying Appendix of Exhibits and documents attached thereto.

**DATED: March 6, 2026**

Respectfully submitted,

GOVERNMENT EMPLOYEES INSURANCE COMPANY

By: */s/ Gerald L. Maatman, Jr.*
One of Its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Gregory Tsonis
DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700

Chicago, IL  60603
Telephone: (312) 499-6700
Fax:  (312) 499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
gtsonis@duanemorris.com

Gregory S. Slotnick
gsslotnick@duanemorris.com
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 471-1856
Fax:  (212) 202-5384

*Attorneys for Defendant Government
Employees Insurance Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that he caused a true and correct copy of the

foregoing document to be served upon the following counsel of record by electronic mail on the

6th day of March 2026:


**OUTTEN & GOLDEN LLP**
Michael J. Scimone
Jarron D. McAllister
Zarka DSouza
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com
jmcallister@outtengolden.com
zdsouza@outtengolden.com

**OUTTEN & GOLDEN LLP**
Ryan C. Cowdin
1225 New York Avenue NW
Suite 1200B
Washington, DC 20005
Telephone: (202) 847-4409
Facsimile: (202) 847-4410
rcowdin@outtengolden.com

**KESSLER MATURA P.C.**
Garrett Kaske
Troy L. Kessler
534 Broadhollow Road, Suite 275
Melville, New York 11747
Telephone: (631) 499-9100
Facsimile: (631) 499-9120
gkaske@kesslermatura.com
tkesler@kesslermatura.com


*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.