**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated, | |
| Plaintiffs, | Case No. 2:23-CV-02848 (SJB) (SIL) |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(C)
AND JUDGE BULSARA'S INDIVIDUAL PRACTICES, RULE VI(E)**

In accordance with Local Civil Rule 7.1(c) and Your Honor's Individual Practices for Civil Cases, Rule VI(E), Defendant Government Employees Insurance Company ("GEICO") hereby certifies through its undersigned counsel that its Memorandum In Support of Its Motion to Decertify the Collective Action (the "Motion") contains 8,747 words, including footnotes, as established by Microsoft Word, the software used to prepare the Motion. The word count does not include the cover page, table of contents, table of authorities, signature block, and certificate of service, which are exempted by the applicable Rules.

**DATED: March 6, 2026**

Respectfully submitted,

GOVERNMENT EMPLOYEES INSURANCE COMPANY


By: */s/ Gerald L. Maatman, Jr.*
    One of Its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Gregory Tsonis

DUANE MORRIS LLP
190 S. LaSalle Street, Suite 3700
Chicago, IL  60603
Telephone: (312) 499-6700
Fax:  (312) 499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
gtsonis@duanemorris.com

Gregory S. Slotnick
gsslotnick@duanemorris.com
DUANE MORRIS LLP
22 Vanderbilt
335 Madison Avenue, 23rd Floor
New York, New York 10017
Telephone: (212) 471-1856
Fax:  (212) 202-5384

*Attorneys for Defendant Government
Employees Insurance Company*