**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>        Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven I. Locke |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DECERTIFY THE COLLECTIVE ACTION**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 1. | Declaration of Jennifer Fogarty, 2024 |
| 2. | Declaration of Bill Newport |
| 3. | Declaration of Kristin Slack |
| 4. | Declaration of Sarah Greenman |
| 5. | Declaration of Courtney Wolfe |
| 6. | Transcript Excerpts of Deposition of Cristobal Cruz |
| 7. | Transcript Excerpts of Deposition of Rene Cubas |
| 8. | Declaration of Matthew Thompson ISO GEICO's Motion for Decertification, 2026 |
| 9. | Transcript Excerpts of Deposition of Michael Grey |
| 10. | Transcript Excerpts of Deposition of Maria Munoz |
| 11. | Transcript Excerpts of Deposition of Craig Costanzo |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 12. | Stephen Stemmler Interrogatory Responses |
| 13. | Transcript Excerpts of Deposition of Stephen Stemmler |
| 14. | Patricia Ohrnberger Interrogatory Responses |
| 15. | Transcript Excerpts of Deposition of Patricia Ohrnberger |
| 16. | Karen Gotterbarn Interrogator Responses |
| 17. | Transcript Excerpts of Deposition of Karen Gotterbarn |
| 18. | John Diblosi Interrogatory Responses |
| 19. | Transcript Excerpts of Deposition of John Diblosi |
| 20. | Michael Manzolillo Interrogatory Responses |
| 21. | Transcript Excerpts of Deposition of Michael Manzolillo |
| 22. | Cristobal Cruz Interrogatory Responses |
| 23. | Lindsay Buzak Interrogatory Responses |
| 24. | Transcript Excerpts of Deposition of Lindsay Buzak |
| 25. | Transcript Excerpts of Deposition of Keith Fischer |
| 26. | Transcript Excerpts of Deposition of Constance Mangan |
| 27. | Transcript Excerpts of Deposition of Margaret Fischer |
| 28. | Transcript Excerpts of Deposition of Louis Pia |
| 29. | Transcript Excerpts of Deposition of Thomas Barden |
| 30. | Transcript Excerpts of Deposition of Michael Reed |
| 31. | Transcript Excerpts of Deposition of Kenneth Baker |
| 32. | Transcript Excerpts of Deposition of Christopher Hirsch |
| 33. | Declaration of Theresa Bishop |
| 34. | Transcript Excerpts of Deposition of Charise Jones |

| EXHIBIT NO. | DESCRIPTION |
| --- | --- |
| 35. | Excerpts of Eric Stephens Workday Profile |
| 36. | Jones Responses to Court Interrogatories, Jones Declaration |
| 37. | Handbook Excerpts (G000195-196) |
| 38. | Transcript Excerpts of Deposition of Daniel King |
| 39. | Transcript Excerpts of Deposition of Louis Caniglia, Jr. |
| 40. | G012010 |
| 41. | P00000077 |
| 42. | G011548 |
| 43. | G012903 |
| 44. | G011586 |
| 45. | G011582-83 |
| 46. | G011540 |
| 47. | G019913 |
| 48. | G012482-83 |
| 49. | G016093-98 |
| 50. | Declaration of Andrew Gelderman |
| 51. | Transcript Excerpts of Deposition of Jerry Cassagne |
| 52. | Transcript Excerpts of Deposition of Theresa Bishop |
| 53. | G021788 |
| 54. | Transcript Excerpts of Deposition of Sarah Greenman |
| 55. | P00001713-P00001715 |
| 56. | Transcript Excerpts of Deposition of Al Brust |
| 57. | O'Sullivan Responses to Court Interrogatories, O'Sullivan Declaration |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| **58.** | Transcript Excerpts of Deposition of John Moeser |
| **59.** | Declaration of Brian Portnoy |
| **60.** | Transcript Excerpts of Deposition of Michael O'Sullivan |
| **61.** | G012464-65 |
| **62.** | Plaintiffs' Responses to Requests for Admission (Group Exhibit) |
| **63.** | Declaration of Gerald L. Maatman, Jr. |
| **64.** | K. Fischer Responses to Court Interrogatories, K. Fischer Declaration |
| **65.** | McEvoy Time Block Data |
| **66.** | John McEvoy Interrogatory Responses |