# EXHIBIT 7

November 21, 2025

9:46 a.m.

        REMOTE DEPOSITION of RENÉ CUBAS, JR., held remotely via Steno Zoom Videoconferencing platform, before Mary Agnes Drury, RPR, NYACR, CLR, a Notary Public of the State of New York.

A P P E A R A N C E S:

(All parties appeared remotely)


OUTTEN & GOLDEN, LLP

Attorneys for Plaintiffs

1225 New York Avenue NW

Suite 1200B

Washington, DC 20005

(202) 847-4400

BY:   RYAN C. COWDIN, ESQ.

Rcowdin@outtengolden.com


- and -


OUTTEN & GOLDEN, LLP

685 Third Avenue, 25th Floor

New York, New York 10017

(212) 245-1000

BY:   MICHAEL J. SCIMONE, ESQ.

Mscimone@outtengolden.com

A P P E A R A N C E S (Continued):


        DUANE MORRIS, LLP

        Attorneys for the Defendant

                190 South LaSalle Street

                Suite 3700

                Chicago, Illinois 60603-3433

                (312) 499-6700

        BY:     JENNIFER A. RILEY, ESQ.

                Jariley@duanemorris.com



                   - oOo -

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties herein that filing and sealing are hereby waived.

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to the form of the question, shall be reserved to the time of the trial.

IT IS FURTHER STIPULATED AND AGREED that the witness' deposition may be sworn to and signed before any officer authorized to administer an oath with the same force and effect as if signed and sworn to before the Court.

- o0o -

RENE CUBAS, JR.

Just to confirm, are you and Jennifer in the same room right now?

A.   Yes.

Q.   Okay.  Got it.  I just see two different backgrounds, so I wanted to confirm.

All right.  So before the break, we were talking about changes in your job responsibilities after the restructuring.  And I understand that you had some desk investigators was one change, and there were change in your regional authority; I think you said you had Florida.

But it's my understanding that post-restructuring, you also had supervisors from other states?

A.   Not initially, but eventually, yes.

Q.   When did you first get supervisors from other states?

A.   I'm going to say approximately late '22/'23 range, somewhere in there.

Q.   Got it.  And then the last change you mentioned post-restructuring was that you -- something about the claims department planning.

RENE CUBAS, JR.

Q. And when you talked a minute ago about people complaining about work or complaining that they have a lot of work, are those -- strike that.

When people complained that they have a lot of work to do, did anyone ever tell you that they were working without writing down the time?

A. No.

Q. And when people complained about having a lot of work to do, did anyone ever tell you that they were working without getting paid for the work?

A. No.

MS. RILEY: That's all I had.

MR. COWDIN: All right.

MS. RILEY: We will review and sign.

(Proceedings concluded.)

(Time: 4:34 p.m.)

(Total Time on the record: 4 hours, 49 minutes.)

- oOo -

C E R T I F I C A T E

STATE OF NEW YORK    )

                     ) ss.:

COUNTY OF ONONDAGA   )

I, Mary Agnes Drury, a Notary Public within and for the State of New York, do hereby certify:

That RENÉ CUBAS, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of December, 2025.

*Mary Agnes Drury*
_____

Mary Agnes Drury