# EXHIBIT 10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

------------------------------------------X

KEITH FISCHER, MICHAEL O'SULLIVAN,
JOHN MOESER, LOUIS PIA, THOMAS
BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf
of all others similarly situated,

Plaintiffs,

Case No.:
2:23 Civ. 2848
(GRB)(ARL)

-against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,

Defendants.

------------------------------------------X

DEPOSITION OF

MARIA MUNOZ

Tuesday, December 17th, 2024

New York, New York

Reported By:

Marina Dubson

Job #: J12144279



MARIA MUNOZ                                                    December 17, 2024
FISCHER, et al. -against- GEICO                                              2

DATE: December 17th, 2024

TIME: 10:00 a.m.

DEPOSITION of MARIA MUNOZ, an opt-in Plaintiff herein, taken by the Defendant, pursuant to Federal Rules of Civil Procedure, and Notice, held at Duane Morris, LLP, 1540 Broadway, 14th Floor, New York, New York 10036, at the above-mentioned date and time, before MARINA DUBSON, a Notary Public of the State of New York.



APPEARANCES:


OUTTEN & GOLDEN, LLP
Attorney for Plaintiffs
685 Third Avenue, 25th Floor,
New York, New York 10017
(212) 245-1000
BY: SABINE JEAN, ESQ.
    Sjean@outtengolden.com

    JARRON MCALLISTER, ESQ.
    Jmcallister@outtengolden.com



DUANE MORRIS, LLP
Attorney for Defendant
1540 Broadway, 14th Floor,
New York, New York 10036
(212)471-1856
BY: GREG SLOTNICK, ESQ.
Gsslotnick@duanemorris.com



Gil Peretz, Shereck Video, videographer



IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, as follows:

THAT all objections, except as to the form of the questions, shall be reserved to the time of the trial;

THAT the within examination may be signed and sworn to before any Notary Public with the same force and effect as if signed and sworn to before the Court;

THAT filing of the original transcript of the examination is waived.



M. Munoz

THE REPORTER:  Please confirm your orders?

MR. SLOTNICK:  Rough draft and 5-day expedite final.

MS. JEAN:  Copy, regular turnaround.

XXXX

THE VIDEOGRAPHER:  Good morning.  We're on the record, and the time now is 10:07 a.m.  Today's date is December 17, 2024.

This is media one in the video deposition of Ms. Maria Munoz in the matter of Keith Fischer versus Government Employee Insurance Company.

The index number is 2:23 Civ. 2848(GRB) (ARL).

My name is Gil Peretz.  I am the legal videographer with Shereck Video in association with Esquire.

Today, we're at the office of Duane Morris LLP located at 1540 Broadway on the 14th floor in New



M. Munoz

York City.

Would counsel please identify themselves and state whom they represent?

MS. JEAN:  Good morning.  This is Sabine Jean from Outten & Golden on behalf of plaintiffs and opt-in plaintiffs.  Along with me is my colleague, Jarron McAllister, also from Outten & Golden.

MR. SLOTNICK:  Good morning. My name is Greg Slotnick.  I am an attorney with Duane Morris, LLP, representing the defendant, Geico, in this case.

THE VIDEOGRAPHER:  Thank you. The court reporter with us today is Marina Douglas [sic] with Esquire --

(Clarified by the Court Reporter.)

THE VIDEOGRAPHER:  Dubson, my apology, with Esquire.

Would the court reporter please swear in the witness?



                    M. Munoz

         (Whereupon, the witness was

      sworn in by the Court Reporter.)


M A R I A    M U N O Z,

         after having first been duly sworn by

         a Notary Public of the State of New

         York, was examined and testified as

         follows:

EXAMINATION

BY MR. SLOTNICK:

         Q.    Good morning, Ms. Munoz.

         A.    Good morning.

         Q.    Could you please state and

spell your name for the record?

         A.    Maria Munoz, M-A-R-I-A,

M-U-N-O-Z.

         Q.    And what is your current

address?

         A.    207 Central Park Road,

Plainview, New York 11803.

         Q.    Thank you, Ms. Munoz.  And

before we get started, I introduced myself,

I am going to introduce myself again for

the record.  So, my name is Greg Slotnick.



M. Munoz

A.    It was sometime, I believe, in 2023.  So, she became my supervisor -- 2023 or 2024.

Q.    Okay.  Fairly recently?

A.    Correct.

Q.    In the time that you've worked in SIU, has your job changed in any way?

A.    In regard to my responsibilities or --

Q.    In regard to your job title.

A.    Title?  No.

Q.    What about with respect to your job responsibilities?

A.    When I -- responsibilities-wise, I have not changed. There was one point where I was on what's called the theft team, T-H-E-F-T.  So, I only specialized in stolen vehicles, but that was just for a small period of time.

Q.    Do you recall when you were a member of the theft team?

A.    I know it was in 2020.  I just don't remember when it started and when it exactly ended.



M. Munoz

utilizing that time and working on the weekends to catch myself up.  It's very overwhelming when you're scrolling.

Q.    I mean, how often would -- would you be scrolling?

A.    That would happen -- since 2023, it doesn't happen really as often.  Prior to that, I -- I -- I mean, I can't give an exact amount, but there were multiple times, a lot of times within a year, that I would be scrolling.

Q.    And so scrolling would be -- just trying to figure this out.  Scrolling would mean cases from before the 25 most recent pending ones that you had in your --

A.    So, they're all your open cases.  So, any cases that I need to work would be in that pending because once they're closed, they're gone.  They leave there.

Q.    Do you have the authority to close cases by yourself?

A.    Currently, yes.

Q.    When did that practice start?



M. Munoz

THE WITNESS:  I don't recall a specific instance, so I'm going to -- well, I don't want to say or no because I don't recall actually asking.

BY MR. SLOTNICK:

Q.   And from the same time period, so July 2016 to March 2020, were you ever asked by any Geico manager or supervisor to work overtime?

A.   Well, let me actually go back because I do remember, from your prior question, I do remember having conversation with Gerry in regard to the work being too much.  Did I use the words overtime?  I am not sure.

I know I said work can't get done, that we have too much work, how are we supposed to do this?  And I would kind of panic.  I get a little anxiety driven. So, I -- I just want to do well, like my numbers mean a lot to me.

So, I remember feeling a little bit of overwhelm -- overwhelmingness where



M. Munoz

I wasn't going to get it done.  I may have actually even cried to him at one point, saying to him that it was too much.

And he would just tell me, don't worry about it, just keep doing what you're doing, get the job done, you got this, that kind of reassurance.  But it was never said that you can work overtime.

Q.    Did you actually ask him to work overtime in that conversation?

A.    I don't --

MS. JEAN:  Objection.

THE WITNESS:  I -- I don't know if the words came out in that sense.

BY MR. SLOTNICK:

Q.    When was that conversation?

A.    Well, it would have been -- I don't remember the exact time.  I just can remember that instance, at least once, of being really overwhelmed by it.  I know during COVID it was definitely brought up.

That could have been my overwhelming issue.  I don't remember in regard to that day when I got really upset.



M. Munoz

some point that I -- oh, I usually clock on at 6:00, 6:30, to at least April and Gerry. We're not talking about the -- that time period you just said last, right?  We're talking in general now?

Q.    General, yes.

A.    Yep.  But I don't -- I don't do that anymore, so --

Q.    And when is the last time that you did that?

A.    I don't remember the exact time.  Well, it would be -- well, I shouldn't say I don't ever do it, because now if I do clock in at 6:00, then I am done at 2:30.

I do have that ability to do that, but I am not -- I will work up to 39.99 hours and I am fine.  Nobody says anything to me because it's not considered overtime.  So, that's how I work now, or since we've had to check in and check out -- clock out.

Q.    And do you submit for those 39.99 hours for payment?



M. Munoz

A.    At minimum, it's 38.75.  At maximum, it's 39.99999.  As long as it doesn't go over 40.  So, I -- I am all in between.

Q.    Are you still working your general set schedule from 7:00 a.m. to 3:30?

A.    That is my general schedule.  But that's -- if you looked at my Workday submissions the last few months, this whole year, I have been working almost over eight hours Monday through Thursday.  And then by the time Friday comes, I only have like whatever's left of the 38 to 39 hours and then I have to clock off.

And then that's when I've asked for, if needed, additional time to work.  Because I am willing to work, but they, you know, don't want me to, so I stop.  Computer goes off.  Phone's on the charger.  I don't do anything after the hours.  I don't pick up calls.

Q.    And those requests you just mentioned, those were the requests you



                      M. Munoz

       could put that in writing, we'll

       address it.

              MS. JEAN:  Yes, we will.

              MR. SLOTNICK:  Nothing further.

              THE VIDEOGRAPHER:  This

       concludes the video deposition of

       Ms. Maria Munoz.  The time is

       approximately 5:06 p.m.  We're off

       the record.  Thank you very much,

       everyone.

              (Whereupon, at 5:10 P.M., the

       Examination of this Witness was

       concluded.)




                    _____
                           MARIA MUNOZ


       Subscribed and sworn to before me

       this _____ day of _____ 20___.


       _____
            NOTARY PUBLIC






M. Munoz

C E R T I F I C A T E

STATE OF NEW YORK          )
                           :
COUNTY OF RICHMOND         )

I, MARINA DUBSON, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of December 2024.

_____

MARINA DUBSON

