# EXHIBIT 13

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - )

KEITH FISCHER, MICHAEL O'SULLIVAN,)

JOHN MOESER, LOUIS PIA, THOMAS    ) Case No.:

BARDEN, CONSTANCE MANGAN, and     ) 2:23 Civ. 2848

CHARISE JONES, individually and   ) (GRB) (ARL)

on behalf of all others similarly )

situated,                         )

    Plaintiffs,     )

  - v -                      )

GOVERNMENT EMPLOYEES INSURANCE    )

COMPANY d/b/a GEICO,              )

    Defendant.      )

- - - - - - - - - - - - - - - - - - - )


REMOTE DEPOSITION OF STEPHEN STEMMLER


Reported by:

Kim M. Brantley

Job No: J14079449



                    STEPHEN STEMMLER

               Thursday, January 15, 2026

                    Time: 10:03 a.m.

     Remote deposition of STEPHEN STEMMLER, held

via Zoom, before Kim M. Brantley, Court Reporter

and Notary Public of the State of New York.


APPEARANCES:

On behalf of the Plaintiffs:

     OUTTEN & GOLDEN, LLP

     685 Third Avenue, 25th Floor

     New York, NY, 10017

     (212) 245-1000

     Email: jmcallister@outtengolden.com

     BY:  JARRON D. MCALLISTER, ESQUIRE


On behalf of the Defendant GEICO:

     DUANE MORRIS, LLP

     190 South LaSalle Street - Suite 3700

     Chicago, Illinois 60603

     (312) 499-0198

     Email: tealberty@duanemorris.com

BY:  TIFFANY ALBERTY, ESQUIRE



STEPHEN STEMMLER

P R O C E E D I N G S

STEPHEN STEMMLER

called as a witness by Counsel for the Defendant, and, after having been first duly sworn by the Notary Public, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR THE DEFENDANT

BY MS. ALBERTY:

Q.   Can you please state your full name for the record.

A.   Stephen, that's with a Ph, middle initial P, last name is Stemmler, S-t-e-m-m-l-e-r.

Q.   Thank you.  Can you please state your full address for the record.

A.   394 Harrison Avenue.  That's in Massapequa, M-a-s-s-a-p-e-q-u-a, New York, 11758.

Q.   Nice to meet you, Mr. Stemmler.  My name is Tiffany Alberty.  I'm counsel for GEICO, and I introduced myself off the record.

MS. ALBERTY:  This is the discovery deposition of Mr. Stephen Stemmler taken pursuant to notice and by agreement of the parties.

Today's deposition will be taken in accordance with all applicable rules.



STEPHEN STEMMLER

working, five days a week, is that during the totality that you've been employed with GEICO?

A.   Up until they switched to the signing in on the phones, which I guess was 2024.

Q.   Sorry, what did you say?  I didn't hear that?

A.   I was working ten hours a day up until they switched to -- we had to sign in, log in our phone, our hours, which I think was in 2024.

Q.   So there was a sign-in application that changed over you believe in 2024, and from that time forward then -- again, I believe based off your testimony -- then you were no longer working the ten hours a day.

Is that correct?

A.   Yes.

Q.   So from then the 2024 logging in through the phone, what were your hours a day you were consistently working based off your custom and practice?

A.   Say that again.

Q.   Sure.  Once that transition happened where you were logging in through your phone in 2024, what were your hours you were typically



STEPHEN STEMMLER

working?

A.    7:30 to 4:00.

Q.    Was that still five days a week?

A.    Yes.

Q.    How many hours a day would that typically be?

A.    It's 775.  However, due to the amount of cases they were assigning us on say like a Monday, which was typically around seven cases in one day, we would be able to work extra hours, but we wouldn't get paid for it.

So it would be like, let's say I did, you know, one or two hours extra on Monday, one or two hours extra on Tuesday, then that would come off on Friday, then most of the lime our day would end at say 11:00 a.m. or 12:00 p.m., so around that time.

Q.    So then -- again, not trying to put words in your mouth -- is it from 2024 you're saying that your hours were lax, so you could work more hours or less hours on a specific day than to shovel out a specific amount of hours per week?

A.    Yeah, it was still thirty-eight hours a week, no matter how you look at it.  They weren't



STEPHEN STEMMLER

Q.   So it sounds like I guess, too, based off what you just said, that there were tasks that you did that were not recorded in SICM?

A.   No, everything is recorded in SICM, though.

Q.   But that's after the fact, right?

A.   Yeah, yeah.

I mean, I'm going to like -- you know, I would put the date that I did it, but the time stamp is not going to show you, you know, if you were just looking at a time stamp.

Q.   So the time stamp isn't consistent with when the actual task was done or completed, or the total amount of time that it took to complete.

Is that fair?

A.   Yes, that's fair.

Q.   Would you report in SICM for example the miles or the hours driven to get to a scene surveillance?

A.   No.

Q.   When you did witness interviews, are those different than the EUOs?

A.   Yes.

Q.   Then circling back I think you said you



STEPHEN STEMMLER

day, you know, to complete it, you know, we would ask the supervisor, you know, "Are we able to work overtime?"  And they would always say, "Well, it's not up to me.  It's the main boss, whatever," but denied, you know.

Q.    Who do you recall denying your request to work overtime?

A.    Toni and Dara specifically.

Q.    And when in time would they have denied your request for overtime?

A.    When in time?

Q.    Yes.

A.    From the very beginning basically.

Q.    Were you making these requests before you would be working overtime, or was it after the fact?

A.    No, always before.

Q.    Okay, and just so I understand, so prior to then ever working any overtime you would go to either Toni or Dara and say, "Hey, you know, can we work overtime," and ultimately they would say, "No, you can't work overtime".

Is that a fair assertion?

A.    Well, I think the correct answer is,


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

STEPHEN STEMMLER

it's not that, you know, you can't work overtime; you're not going to get paid for overtime.

They all knew that we were working overtime.

Q.    And how did they know you were working overtime?

A.    By the SICM's time stamps.

Q.    Did SICM log the amount of time that you were working in totality?

A.    No.

Q.    And so then how would SICM allow then for knowledge then to Toni or Dara to know you were working overtime?

A.    Well, I guess before 2024, what happened was whenever -- every case that I handled, when it was complete, you'd have to send it to the supervisor.  The supervisor would review the work, and if there was any corrections that were needed, if there was any additional work that would be needed, the supervisor would send that case back to you.

The problem with that is that Toni and Dara always worked at night.  So, when I would send my cases in, whenever I sent them in, I



STEPHEN STEMMLER
KEITH FISCHER vs GEICO

January 15, 2026
119

STEPHEN STEMMLER

didn't clock overtime, what were you doing that necessitated overtime?

A.    It could be anything.  It could be just typing up my cases; coming back late from being in the field; it could be, you know, leaving before my tour started to get somewhere; it could be taking a phone call from somebody.

There's a million reasons why.

Q.    In your custom and practice, did you tell Dara that you were working ten hours a week off the clock every week and not recording it?

A.    No.

Q.    Did you tell Toni that you were working ten hours a week off the clock and not recording it?

A.    No, but they knew I was working off the clock because, you know, I was reviewing the cases that they sent back to me and then sending them back to them.

Q.    Did they ever confirm to you, for example, that they said, "Hey, we know you're working off the clock.  Stop doing it"?

A.    No, never.

Q.    Did any manager, so like Bill Newport,



STEPHEN STEMMLER

THE COURT REPORTER:  And you will provide a copy for Mr. McAllister?

MS. ALBERTY:  I'll email you.  If you will drop your email in the chat so I can send you the exhibits.

Jarron, I'll cc you on that so you can add Exhibit 5 to that email chain, too.

MR. MCALLISTER:  Is there anything else that you need from us, Kim?

THE COURT REPORTER:  No, thank you.

(Whereupon at 1:50 p.m. the deposition of Stephen Stemmler concluded.)



STEPHEN STEMMLER

C E R T I F I C A T E

STATE OF NEW YORK      )

                       : Ss.

COUNTY OF NEW YORK     )

I, Kim M. Brantley, Shorthand Reporter, and Notary Public within and for the State of New York, do hereby certify:

That STEPHEN STEMMLER, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 1st day of February, 2026.



_____

Kim M. Brantley

My Commission expires May 31, 2026.