# EXHIBIT 21

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - )

KEITH FISCHER, MICHAEL O'SULLIVAN,)

JOHN MOESER, LOUIS PIA, THOMAS    ) Case No.:

BARDEN, CONSTANCE MANGAN, and     ) 2:23 Civ. 2848

CHARISE JONES, individually and   ) (GRB) (ARL)

on behalf of all others similarly )

situated,                          )

                  Plaintiffs,      )

    - v -                          )

GOVERNMENT EMPLOYEES INSURANCE     )

COMPANY d/b/a GEICO,               )

                  Defendant.       )

- - - - - - - - - - - - - - - - - - - )

REMOTE DEPOSITION OF MICHAEL MANZOLILLO

Reported by:

Kim M. Brantley

Job No: J14237881



MICHAEL MANZOLILLO

Wednesday, February 4, 2026

Time: 10:03 a.m.

Remote deposition of MICHAEL MANZOLILLO, held via Zoom, before Kim M. Brantley, Court Reporter and Notary Public of the State of New York.


APPEARANCES:

On behalf of the Plaintiffs:

OUTTEN & GOLDEN, LLP

1225 New York Avenue NW - Suite 1200B

Washington, DC, 20007

(202) 847-4400

Email: dsouza@outtengolden.com

BY: ZARKA D'SOUZA, ESQUIRE


On behalf of the Defendant GEICO:

DUANE MORRIS, LLP

190 South LaSalle Street - Suite 3700

Chicago, Illinois 60603

(312) 499-0198

Email: gtsonis@duanemorris.com

BY:   GREG TSONIS, ESQUIRE



MICHAEL MANZOLILLO

P R O C E E D I N G S

Whereupon,

MICHAEL MANZOLILLO

called as a witness by counsel for Defendant, and after having been first duly sworn, was examined and testified as follows:

EXAMINATION BY COUNSEL FOR DEFENDANT

BY MR. TSONIS:

Q.    Good morning, Mr. -- Manzolillo?

A.    Yes, fine.

Q.    Did I say that correctly?

A.    Yes, you did.

Q.    All right, excellent.

Well, my name is Gregory Tsonis.  I'm an attorney with the law firm Duane Morris, and we represent GEICO in this case.

Do you understand?

A.    Sure.

Q.    All right.  Do you understand that you are being deposed here today under oath and that your testimony is the same as if you were testifying in a court of law?

A.    Yes.

Q.    Have you ever been deposed before?


DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL MANZOLILLO

where it was three or four hours because of the extra work that we had to put in.

But on average I would say an hour and a half to two hours, somewhere around there.

Q.    There were days where you didn't work any time, though, off the clock, right?

A.    Yes.

Q.    So you were scheduled to work five days a week?

A.    That's correct, yes.

Q.    All right.  So I guess if we're doing the math, one-and-a-half times five is on average about seven-and-a-half hours a week off the clock.

Is that right?

A.    That sounds about right, yes.

Q.    And I know you said about one to two hours.  So it sounds like it would be between five hours and ten hours of off-the-clock work?

A.    Per week?

Q.    Per week, correct?

A.    Yes.

Q.    In work weeks in which you took vacation time, or sick time, or was otherwise off for one or more of your scheduled days, are you



MICHAEL MANZOLILLO

period of time, are you referencing time periods where like your supervisor might be out on leave and another supervisor is covering for that team?

A.    I guess that would be -- it's hard to be -- generally speaking, yes, if they weren't around or weren't in the office, maybe on vacation or whatnot.

But after Danielle left, Brian was the supervisor, and then I think it was for a while, and then Brad, and then I think Dara, and then --

I can't give exact time lines.  It wouldn't be fair to say that a hundred percent that's for certain.

Q.    Okay.  So we talked about earlier the amount of off-the-clock time that you're claiming that you worked each week, right?

A.    Correct.

Q.    So in the eight weeks of training, are you contending that you worked off the clock?

A.    No, I don't believe I worked off the clock during training.  No.

We had a training schedule that we were on the computer all day with her and/or Brian if Brian was there, and that was just like pretty



MICHAEL MANZOLILLO

MR. TSONIS:  No more questions.

MS. D'SOUZA:  I think that wraps it up.

THE COURT REPORTER:  Okay, just for the transcript, regular delivery.

MR. TSONIS:  Yes.

THE COURT REPORTER:  And Ms. D'Souza, did you want a copy of the transcript?

MS. D'SOUZA:  Yes, please.  Thank you.

(Whereupon at 1:47 p.m. the deposition of Michael Manzolillo concluded.)



MICHAEL MANZOLILLO

C E R T I F I C A T E

STATE OF NEW YORK     )

                      : Ss.

COUNTY OF NEW YORK    )

I, Kim M. Brantley, Shorthand Reporter, and Notary Public within and for the State of New York, do hereby certify:

That MICHAEL MANZOLILLO, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by the witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of February, 2026.

*Kim M. Brantley*

Kim M. Brantley

My Commission expires May 31, 2026.

