# EXHIBIT 35



Claims PMA IV

| | |
|---|---|
| **Phone Number** | +1 (978) 4070905 (Landline) |
| **Email Address** | ErStephens@geico.com |
| **Location** | NY Buffalo (Office) - JPS |

Douglas Koontz
Manager

| | |
|---|---|
| **Position Title** | Claims PMA IV |
| **Supervisory Organization** | SIU Org - SIU - 137 (Douglas Koontz) |

## Overview

### Job Details

Job Details

| | |
|---|---|
| **Associate ID** | 158556 |
| **Supervisory Organization** | GEICO Admin - GEICO Admin - 1 (Todd Combs) >> SIU Org - SIU - 137 (Douglas Koontz) |
| **Position** | Claims PMA IV |
| **Business Title** | Claims PMA IV |
| **Job Profile** | Claims PMA IV |
| **Job Family** | Claims Liability > Claims PMT |
| **Associate Type** | 1 - Regular |
| **Management Level** | Non Management |
| **Time Type** | Full time |
| **FTE** | 100.00% |
| **Location** | NY Buffalo (Office) - JPS |
| **Hire Date** | 03/26/2012 |
| **Original Hire Date** | 03/26/2012 |
| **Continuous Service Date** | |
| **Length of Service** | 13 year(s), 5 month(s), 14 day(s) |

Geico Confidential Data

Confidentia

G024242

W|G

| Business Process | Effective Date | Initiated On | Due Date | Completed On | Status | Assigned To |
|---|---|---|---|---|---|---|
| Benefit Change - CONVERSION: Insurance : Eric Stephens or 01/01/2017 | 01/01/2017 | 06/06/2017 09:57:20 AM | | 06/06/2017 09:57:20 AM | Successfully Completed | |
| Benefit Change - CONVERSION: Healthcare : Eric Stephens on 01/01/2017 | 01/01/2017 | 06/06/2017 09:14:15 AM | | 06/06/2017 09:14:15 AM | Successfully Completed | |
| Benefit Change - CONVERSION: FSA : Eric Stephens on 01/01/2017 | 01/01/2017 | 05/31/2017 04:04:56 PM | | 05/31/2017 04:04:56 PM | Successfully Completed | |
| Benefit Change - CONVERSION: Additional Benefits : Eric Stephens on 01/01/2017 | 01/01/2017 | 05/31/2017 01:43:22 PM | | 05/31/2017 01:43:22 PM | Successfully Completed | |
| GEICO Annual Performance Review: Eric Stephens | 12/31/2016 | 06/07/2017 10:28:23 AM | | 05/07/2017 10:28:23 AM | Successfully Completed | |
| GEICO Annual Performance Review: Eric Stephens | 12/31/2015 | 06/07/2017 10:28:23 AM | | 05/07/2017 10:28:23 AM | Successfully Completed | |
| GEICO Annual Performance Review: Eric Stephens | 12/31/2014 | 06/07/2017 10:28:23 AM | | 05/07/2017 10:28:23 AM | Successfully Completed | |
| Assign Pay Group: Eric Stephens | 03/26/2012 | 06/02/2017 07:15:04 PM | | 05/02/2017 07:15:04 PM | Successfully Completed | |
| Assign Organizations: Eric Stephens | 03/26/2012 | 05/17/2017 07:10:33 PM | | 05/17/2017 07:10:33 PM | Successfully Completed | |
| Hire: Eric Stephens | 03/26/2012 | 05/17/2017 05:37:32 PM | | 05/17/2017 05:37:32 PM | Successfully Completed | |

Reorganization History

| Activity Step | Part of Reorganization Activity | Initiated On | Reorganization Date | Subject | Change from Organization | Change to Organization | Reversed |
|---|---|---|---|---|---|---|---|
| Remove Position | Assign Members Using Rules | 10/14/2024 12:39:07 AM | 10/14/2024 | Claims PMA IV - Eric Stephens | Designate Preferred Language ToDo Organization | | |
| Add Position | Assign Members Using Rules | 10/14/2024 12:22:04 AM | 10/14/2024 | Claims PMA IV - Eric Stephens | | Designate Preferred Language ToDo Organization | |
| Add Position | Assign Members Using Rules | 10/15/2023 04:47:56 PM | 10/15/2023 | SIU Operationa Analyst | | Designate Preferred Language ToDo Organization | |
| Add Position | Assign Members Using Rules | 08/18/2023 09:29:24 AM | 08/18/2023 | SIU Trainer - S | | 2023 Confidentiality Agreement | |
| Remove Position | Assign Members Using Rules | 06/17/2022 07:45:44 PM | 06/17/2022 | SIU Trainer - S | GEICO Confidentiality Agreement Exclude Bonus Eligible Custom Organization | | |
| Add Position | Assign Members Using Rules | 06/17/2022 02:41:07 PM | 06/17/2022 | SIU Trainer - S | | GEICO Confidentiality Agreement Exclude Bonus Eligible Custom Organization | |
| Remove Position | Assign Workers | 02/19/2021 02:39:17 PM | 02/19/2021 | SIU Trainer - S | GEICO Confidentiality Agreement Exclude Bonus Eligible Custom Organization | | |
| Add Position | Assign Workers | 02/19/2021 10:49:03 AM | 02/19/2021 | SIU Trainer - S | | GEICO Confidentiality Agreement Exclude Bonus Eligible Custom Organization | |
| Remove Position | Assign Workers | 01/13/2021 08:29:33 PM | 01/13/2021 | SIU Trainer - S | Workers to Opt In for Electronic W2 | | |
| Add Position | Assign Workers | 01/06/2021 05:46:18 PM | 01/06/2021 | SIU Trainer - S | | Workers to Opt In for Electronic W2 | |
| Remove Position | Assign Workers | 04/08/2020 02:54:14 PM | 04/08/2020 | SIU Trainer - S | Exempt Temporary Work from Home Agreement Distribution Group | | |
| Add Position | Assign Workers | 04/08/2020 02:25:09 PM | 04/08/2020 | SIU Trainer - S | | Exempt Temporary Work from Home Agreement Distribution Group | |

**Job History**

| Job History | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Position | Process | Supervisory Organization | Worker Type | Job Profile (based on effective date) | Job Title | Business Title | Time Type | Location | Default Weekly Hours | Scheduled Weekly Hours | Pay Rate Type | Pay Group | Staffing Organizations | Entry Date |
| 06/29/2024 | Claims PMA IV - Eric Stephens | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 07/05/2024 06:02:44.533 PM |

Confidentia

G024258

Case 2:23-cv-0448-SJB-SIL   Document 173-38   Filed 04/24/26   Page 3 of 5 PageID #: 11905

W | G

| Job History | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Effective Date | Position | Process | Supervisory Organization | Worker Type | Job Profile (based on effective date) | Job Title | Business Title | Time Type | Location | Default Weekly Hours | Scheduled Weekly Hours | Pay Rate Type | Pay Group | Staffing Organizations | Entry Date |
| 06/29/2024 | Claims PMA IV - Eric Stephens | Data Change: Eric Stephens | SIU Org - SIU - 137 (Douglas Koontz) | 1 - Regular | Claims PMA IV | Claims PMA IV | Claims PMA IV | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 07/05/2024 06:02:44.533 PM |
| 02/19/2024 | | Move Worker (Supervisory): Eric Stephens | SIU Org - SIU - 137 (Douglas Koontz) | | | | | | | | | | | | 02/19/2024 09:10:17.586 AM |
| 09/09/2023 | | Move Worker (Supervisory): Eric Stephens | SIU Org - SIU - 32 (Jerry Malon) | | | | | | | | | | | | 09/07/2023 11:09:15.544 AM |
| 08/26/2023 | SIU Operational Analyst | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 08/25/2023 02:59:29.255 PM |
| 08/26/2023 | SIU Operational Analyst | Data Change: Eric Stephens | SIU Org - SIU - 24 (Jennifer Fogarty) | 1 - Regular | SIU Operational Analyst | SIU Operational Analyst | SIU Operational Analyst | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 08/25/2023 02:59:29.255 PM |
| 07/01/2023 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 06/22/2023 10:31:48.980 AM |
| 07/01/2023 | SIU Trainer - S | Transfer: Eric Stephens | SIU Org - SIU - 24 (Jennifer Fogarty) | 1 - Regular | SIU Trainer - S | SIU Trainer - S | SIU Trainer - S | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 06/22/2023 10:31:48.930 AM |
| 06/14/2023 | | Move Worker (Supervisory): Eric Stephens | SIU Org - SIU - 32 (Jerry Malon) | | | | | | | | | | | | 06/14/2023 06:44:49.823 AM |
| 05/22/2023 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 05/23/2023 09:30:36.673 AM |
| 05/22/2023 | SIU Trainer - S | Transfer: Eric Stephens | SIU Org - SIU - 23 (Jeremy Connor (Inherited)) (inactive) | 1 - Regular | SIU Trainer - S | SIU Trainer - S | SIU Trainer - S | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 05/23/2023 09:30:36.672 AM |
| 05/06/2023 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 05/03/2023 07:48:54.511 AM |
| 05/06/2023 | SIU Trainer - S | Transfer: Eric Stephens | SIU Org - SIU - 74 (Nicole Hurley) | 1 - Regular | SIU Trainer - S | SIU Trainer - S | SIU Trainer - S | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company SI3800 SIU | 05/03/2023 07:48:54.510 AM |
| 11/01/2022 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company SI3800 SIU | 10/31/2022 06:26:50.657 PM |
| 10/08/2022 | SIU Trainer - S | Data Change: Eric Stephens | SIU Org - SIU - 32 (Jerry Malon) | 1 - Regular | SIU Trainer - S | SIU Trainer - S | SIU Trainer - S | Full time | NY Buffalo (Office) - JPS | 38.75 | 38.75 | Salary | | BU3800 DNU - BU SIU (inactive) Government Employees Insurance Company | 09/27/2022 12:18:28.893 PM |

Geico Confidential Data

W G

### Job History

| Effective Date | Position | Process | Supervisory Organization | Worker Type | Job Profile (based on effective date) | Job Title | Business Title | Time Type | Location | Default Weekly Hours | Scheduled Weekly Hours | Pay Rate Type | Pay Group | Staffing Organizations | Entry Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2022 | SIU Trainer - S | Data Change: Eric Stephens | SIU Org - SIU - 32 (Jerry Malon) | 1 - Regular | SIU Trainer - S | SIU Trainer - S | SIU Trainer - S | Full time | MA Boston - JPS | 38.75 | 38.75 | Salary | | BU3800 DNU - BU SIU (inactive) Government Employees Insurance Company | 04/01/2022 01:00:33.91 PM |
| 01/18/2022 | | Move Worker (Supervisory): Eric Stephens | SIU Org - SIU - 32 (Jerry Malon) | | | | | | | | | | | | 01/18/2022 11:12:08.793 AM |
| 12/19/2020 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | BU3800 DNU - BU SIU (inactive) Government Employees Insurance Company | 12/22/2020 07:46:52.705 PM |
| 04/27/2019 | SIU Trainer - S | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company V110GG SIU (inactive) | 04/29/2019 08:24:11.628 AM |
| 04/27/2019 | SIU Trainer - S | Promotion: Eric Stephens | SIU Org - SIU - 3 (Jeremy Connor (Inherited)) (inactive) | 1 - Regular | SIU Trainer | SIU Trainer | SIU Trainer | Full time | MA Boston - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company V110GG SIU (inactive) | 04/29/2019 08:24:11.628 AM |
| 07/08/2017 | Sr. Outside Scrty Invest | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company V111 SIU MA (inactive) | 06/29/2017 01:07:54.102 PM |
| 07/08/2017 | Sr. Outside Scrty Invest | Data Change: Eric Stephens | SIU Org - SIU - 75 (Andrew Gelderman) | 1 - Regular | Sr. Outside Scrty Invest | Sr. Outside Scrty Invest | Sr. Outside Scrty Invest | Full time | MA Boston - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company V111 SIU MA (inactive) | 06/29/2017 01:07:54.102 PM |
| 03/26/2012 | CAT Resident Adjuster II | Assign Pay Group: Eric Stephens | | | | | | | | | | | Regular | | 06/02/2017 07:15:04.989 PM |
| 03/26/2012 | CAT Resident Adjuster II | Assign Organizations: Eric Stephens | | | | | | | | | | | | Government Employees Insurance Company V210 AD MA 7 (inactive) | 05/17/2017 07:10:33.895 PM |
| 03/26/2012 | CAT Resident Adjuster II | Hire: Eric Stephens | AD Field - AD Field - 473 (Bryan Flora (Inherited)) (inactive) | 1 - Regular | CAT Resident Adjuster II | CAT Resident Adjuster I | CAT Resident Adjuster II | Full time | MA Boston - JPS | 38.75 | 38.75 | Salary | | Government Employees Insurance Company V210 AD MA 7 (inactive) | 05/17/2017 05:37:32.913 PM |

## Manager History

Manager History

| Position | Start Date | End Date | Manager History | | |
|---|---|---|---|---|---|
| | | | Manager | Managed From | Managed To |
| Claims PMA Iv | 06/29/2024 | | Douglas Koontz | 09/02/2025 | |
| | | | Jerry Malon | 09/01/2025 | 09/01/2025 |
| | | | Douglas Koontz | 06/29/2024 | 08/31/2025 |
| SIU Operational Analyst | 08/26/2023 | 06/28/2024 | Douglas Koontz | 02/19/2024 | 06/28/2024 |
| | | | Jerry Malon | 10/24/2023 | 02/18/2024 |

Confidential

G024260