# EXHIBIT 38

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
----------------------------------------X
KEITH FISCHER, MICHAEL O'SULLIVAN,
JOHN MOESER, LOUIS PIA, THOMAS
BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf
of all others similarly situated,

        Plaintiffs,

                              Case No.:
                              2:23 Civ. 2848
                              (GRB)(ARL)
        -against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,

        Defendants.
----------------------------------------X

DEPOSITION OF

        DANIEL JOSEPH KING

     Tuesday, January 7th, 2025

     Garden City, Long Island, New York

Reported By:

Marina Dubson

Job #: J12200285



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

DATE: January 7th, 2025

TIME: 10:00 a.m.


    DEPOSITION of DANIEL JOSEPH KING, an opt-in Plaintiff herein, taken by the Defendant, pursuant to Federal Rules of Civil Procedure, and Notice, held at Esquire Deposition Solutions, 1225 Franklin Avenue, Suite 325, Garden City, New York 11530, at the above-mentioned date and time, before MARINA DUBSON, a Notary Public of the State of New York.



APPEARANCES:


OUTTEN & GOLDEN, LLP
Attorney for Plaintiffs
685 Third Avenue, 25th Floor,
New York, New York 10017
(212) 245-1000
BY: SABINE JEAN, ESQ.
    Sjean@outtengolden.com

    JARRON MCALLISTER, ESQ.
    Jmcallister@outtengolden.com



DUANE MORRIS, LLP
Attorney for Defendant
1540 Broadway, 14th Floor,
New York, New York 10036
(212)471-1856
BY: GREG SLOTNICK, ESQ.
Gsslotnick@duanemorris.com



Sam Shereck, Shereck Video, videographer
Sshereck1@gmail.com



IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, as follows:

THAT all objections, except as to the form of the questions, shall be reserved to the time of the trial;

THAT the within examination may be signed and sworn to before any Notary Public with the same force and effect as if signed and sworn to before the Court;

THAT filing of the original transcript of the examination is waived.



D. King

THE REPORTER:  Please confirm your orders?

MR. SLOTNICK: 5-day expedite final.

MS. JEAN:  Copy, regular turnaround.

XXXX

THE VIDEOGRAPHER:  We're on the record.  The time is 10:10 a.m. Today's date is Tuesday, January 7, 2025.  This is the video deposition of Daniel King in the matter of Fischer et al. v. Government Employees Insurance Company d/b/a GEICO, case number 23CIV2848 in the United States District Court for the Eastern District of New York.

My name is Sam Shereck, legal videographer with Shereck Video in association with Esquire.  Today, we are at the offices of Esquire located at 1225 Franklin Avenue, Garden City, New York.  Will counsels please voice identify yourselves and state who you



D. King

represent?

MS. JEAN:  Good morning.  This is Sabine Jean for plaintiffs.  I'm Sabine Jean of Outten & Golden, and with me is my colleague, Jarron McAllister.

MR. SLOTNICK:  Good morning.  My name is Greg Slotnick.  I am from the law firm of Duane Morris, LLP, representing defendant GEICO in this case.

THE VIDEOGRAPHER:  And the court reporter is Marina Dubson with Esquire.  Please swear in the witness.

(Whereupon, the witness was sworn in by the Court Reporter.)

EXAMINATION

BY MR. SLOTNICK:

Q.    Good morning, Mr. King.

A.    Good morning.

Q.    Could you please state and spell your name for the record?

A.    Sure.  Daniel King, K-I-N-G.


ESQUIRE
DEPOSITION SOLUTIONS

D. King

Q.    Do you recall whether your submitted time was always approved?

A.    That I recall, yes.

Q.    Did you have any issues with respect to time that you submitted that was not correctly paid?

A.    Not that I recall.

Q.    And do you recall the name of the app that you used to submit your time?

A.    I don't.

Q.    Was it potentially called Workday?

A.    Yes.

Q.    Do you remember if you used Workday as the only app to submit your time online or was there previously another application?

A.    I don't recall.

Q.    Did you certify the accuracy of the time that you recorded when you submitted it?

A.    I don't understand what you mean by that.

Q.    Were you required to confirm



                        D. King

that the time entry you were submitting was

accurate when --

        A.    I believe so.

        Q.    Did you always have to do that

before you submitted your time?

        A.    Yes.

              (Defendant's Exhibit 4,

        Declaration of Daniel King, was

          marked for identification as of this

          date by the Reporter.)

BY MR. SLOTNICK:

        Q.    Mr. King, you've been handed

what's been marked Defendant's Exhibit 4.

              Have you seen this document

before?

        A.    Yes.

        Q.    And did you help prepare this

document?

        A.    I'd have to look it over and

see if there's anything from me on this.

        Q.    Yeah.  Please take a minute to

review it.  I should have said that at the

outset.

        A.    Yes, I did.



D. King

THE VIDEOGRAPHER:  Okay.  We're off the record at 3:54, and that concludes the deposition.

(Whereupon, at 3:55 P.M., the Examination of this Witness was concluded.)

_____
DANIEL KING


Subscribed and sworn to before me this _____ day of _____ 20____.

_____
NOTARY PUBLIC



800.211.DEPO (3376)
EsquireSolutions.com

D. King

C E R T I F I C A T E


STATE OF NEW YORK        )
                          :
COUNTY OF RICHMOND        )


    I, MARINA DUBSON, a Notary Public for and within the State of New York, do hereby certify:

    That the witness whose examination is hereinbefore set forth was duly sworn and that such examination is a true record of the testimony given by that witness.

    I further certify that I am not related to any of the parties to this action by blood or by marriage and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 7th day of January 2025.


_____
              MARINA DUBSON

