# EXHIBIT 42

Message

---

| **From:** | Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE] |
|---|---|
| **Sent:** | 12/8/2016 1:10:07 PM |
| **To:** | Pfleging, Douglas [DPfleging@geico.com]; Pia, Louis [LPia@geico.com]; Tellerman, Paula [PTellerman@geico.com]; Diniso, Vito [VDiNiso@geico.com]; Fischer, Keith [KFischer@geico.com]; Lewonka, Jeffrey [JLewonka@geico.com]; Brogna, Chris [CBrogna@geico.com]; Caniglia, Louis [LoCaniglia@geico.com] |
| **Subject:** | Timesheets |

Greetings,

For those of you who have submitted your time sheets already, thank you.

If you still have to submit, please do so by tomorrow. If you plan on working any overtime today or tomorrow, you must enter it into this timesheet. After I approve the time sheet, and the hours are not correct, I must put in a special correction through HR to adjust it.

If you get stuck working overtime after you submitted your sheet, contact me immediately so I can make the correction before I approve it and send it in.

Thanks

*Gerry Cassagne*
*SIU Field Supervisor*
*Region 2*
*917-940-6644*
*516-704-2134 - Fax*

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Confidential

G011548