# EXHIBIT 45

Message

---

**From:**  Cassagne, Gerard [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0790A917857F4777B79215898D05ADB4-CASSAGNE, G]
**Sent:**  6/2/2020 11:19:27 AM
**To:**  Pia, Louis [LPia@geico.com]
**Subject:**  RE: Overtime, Cases, caseload

I sent the timesheet back to you so you can add each day as needed.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

**From:** Pia, Louis
**Sent:** Tuesday, June 2, 2020 7:10 AM
**To:** Cassagne, Gerard <GCassagne@geico.com>
**Subject:** RE: Overtime, Cases, caseload

I read the email. Thanks Again. I submitted my time sheet for the week already . If I need to change things can I just go in and change or do I have to send to you to update?

Sensitivity: General/Internal

**From:** Cassagne, Gerard
**Sent:** Monday, June 1, 2020 6:13 PM
**To:** R2 Gerry Cassagne Section <R2gerrycassagnesect@geico.com>
**Cc:** D'Agata, Toni <TDagata@geico.com>; Campbell, Dara <DVetriCampbell@geico.com>
**Subject:** Overtime, Cases, caseload

To All,

Here is what we have new:

- Investigators will have the ability to use 10 hours a week overtime to work on cases during the month of June. You can use two hours a day, three the next, one the next, etc. No more than 10 hours for the week. Overtime is time and half. If you do overtime on a specific day, you must send me an email with the case numbers you are working on during the OT. You also must put the hours into workday as overtime.

- Manager Courtney Wolfs team, the medical team guys, will be handling the INJY cases starting tomorrow.  We had approximately 160 INJY cases that were assigned in May which includes pedestrians, jump-ins, questionable treatment and AONI's.  We will not send them the AONI's but they will attempt to take all of the other cases in an effort to help out.

Confidential

G011582

- We also received approval to hire 6 new investigators (they were already interviewed and were ready to start with SIU just prior to Covid). They will be inside investigators who will be handling velm cases etc.

The overtime is there to be USED. USE IT IF YOU NEED IT. I believe most people can use it.

We are trying to do more things to assist with caseload also.

Hang in there everybody.



**Gerry Cassagne** | Field Supervisor
Region 2 / Special Investigations Unit
Phone: 1-917-940-6644 | Fax: 1-516-704-2134
Email  gcassagne@geico.com

*The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.*

Sensitivity: General/Internal

Confidential