# EXHIBIT 46

Message

**From:** Cassagne, Gerard [/O=GEICO/OU=PLAZA/CN=RECIPIENTS/CN=GCASSAGNE]
**Sent:** 11/28/2016 6:54:14 PM
**To:** Brogna, Chris (CBrogna@geico.com) [CBrogna@geico.com]; Diniso, Vito [VDiNiso@geico.com]; Caniglia, Louis [LoCaniglia@geico.com]; Fischer, Keith (KFischer@geico.com) [KFischer@geico.com]; Lewonka, Jeffrey [JLewonka@geico.com]; Tellerman, Paula [PTellerman@geico.com]; Pfleging, Douglas [DPfleging@geico.com]; Pia, Louis [LPia@geico.com]
**Subject:** FW: Overtime
**Attachments:** ATT35417

To all,
See Dara's email below.

If you are putting in overtime on any specific day, you MUST update your calendar for that day.    **THIS MUST BE DONE.**

**From:** Campbell, Dara
**Sent:** Monday, November 28, 2016 12:26 PM
**To:** R2 Dara Vetri Campbell Section
**Cc:** Cassagne, Gerard; D'Agata, Toni; Kilgen, Richard
**Subject:** Overtime

We need to be able to justify all overtime if asked. On a daily basis please update your calendar **if** overtime comes into play. You can do something like I have below.    In addition at the end of each day you have to go into Time and Labor and report daily. If you did not work overtime, leave it at the 7.75 hours. If you work an additional two hours you will enter 9.75.    Remember that we back out a 45 minute lunch every day.    Example    you work 9-6 one day.    Instead of entering 9.0 you would enter 8.25 in time and labor.    Please    let me know if you have any questions.

Confidential                                                                                              G011540



Dara Campbell
SIU Supervisor (917) 418-8193

**The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.**

Confidential

G011541