# EXHIBIT 47

Message

| | |
|---|---|
| **From:** | Portnoy, Brian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=866F6E3E03274C6389E451CA3E5125B1-PORTNOY, BR] |
| **Sent:** | 8/26/2019 2:41:39 PM |
| **To:** | Mangan, Constance [CMangan@geico.com]; David, Eric [EDavid@geico.com]; Lenihan, Richard [RLenihan@geico.com]; O'Sullivan, Michael [MOSullivan@geico.com] |
| **Subject:** | Workday |

As a reminder please make sure you are keying any additional hours worked into workday. This is in reference to overtime.

Thanks



**Brian Portnoy** | Supervisor
Special Investigations Unit
Desk Phone: 516-714-7085
Cell Phone: 917-272-3249
Fax: 516-213-7716
Email: Bportnoy@geico.com

Sensitivity: Confidential

Confidential

G019913