# EXHIBIT 49

Coaching log for Ted Wendling

Week ending 4/13

Discussed reviewing older pending to move toward closure since incoming is low.

-2128526-trying to get statement from clmt via attny instead of EUO. Attny has not returned Ted's messages. Discussed with Ted on attempting to get PH statement to review for next step. It was a PKD case where ph stated no contact. Ted contacted the NYPD who confirmed ph driver struck pkd and was arrested for leaving scene with injury.

2179684-discussed with Ted that I see his injury files all have the feature BI—when in fact, the PIP examiner referred it. I explained that he needs to be mindful on the coverage we are investigating and what features are being put into the SICM case.

2291056-Ted received this file and was not familiar on how to handle. He has not seen an affidavit of insurance claim. I explained the reason for referral and how background checks can confirm if there is any other household insurance that would cover this loss.

Sensitivity: General/Internal

Confidential                                                                    G016093

2187088—conference this case with Ted.  The interview was not uploaded into evidence.  PH was upset on questions Ted asked. We discussed the interview questions. PH was paying for rental oop and he was upset with the overall delay in getting paid for claim.

2188363-conferenced case with Ted-his backgrounds check revealed a driver on policy is deceased. He did not know if he should send c51 and if he can take an impact.

Field meeting via webex. Explained such topics as how the field investigator is temporarily changed. We will be all desk investigators. We will be getting all types of cases. Ted has a few EUOs pending but he is looking to settle without an EUO if possible. Discussed the telephone process as well. Made investigators aware on using webex and skype for business. Discussed the process of uploading photos onto the company applications.

Notes for week ending 4/17

Sensitivity: General/Internal

Confidential                                                                                          G016094

2164438-Ted called to discuss how to submit a new EUO— explained that he can put in request with date TBD at this point.

2127052-reviewed case together. No attny on file-Ted will look to obtain a statement and see if case can get medically managed. Ted ended up closing case without EUO.

Week ending 4/24

Transferred an extra case to Ted this week.  We discussed the reason for referral together and his steps to investigate.

Sent one case of Ted's to legal to set up telephone EUO.

Week ending 5/1

2214909

-Ted received a AONI case which he did not know how to handle. Went over AONI protocol looking for household insurance.

Sent one of Ted's case to legal to schedule a telephone EUO.

Sensitivity: General/Internal

Confidential

G016095

Also , Ted did not receive letters for previous submissions, explained he should follow up with original scheduler.

2208051-Reviewed case with Ted. He was confused on the referral. It did not say social media but it is a bi claim which needed backgrounds and told him to call a/c to see if they have any concerns.

Sent a power point to field on how to save evidence in SICM as a PDF file.

Week ending 5/8

Ted called me this week stating he had a few personal issues –

One being that his wife works in health care and his 2 school aged children must be home schooled so he was having some scheduling issues-he will be working a later shift so he can handle both his personal and business life.

2214909-Ted still having some issues with putting the correct feature in SICM>

I explaiend to Ted that: A great way to find out what you are investigating, is look at who referred it-

Sensitivity: General/Internal

Confidential                                                                 G016096

PIP, BI examiner, etc.

Look at atlas to see what features are open-

But please be aware of the feature you are investigating to put the correct on in SICM>

Held team meeting about the increase of assignments and some teams are getting more cases than others. I explained that management is working out the logistics to evenly distribute the new cases.


Week ending 5/15


Had a conference with Ted-he was feeling a bit overwhelmed -he was receiving 4 cases a day all week ( one day he received 5)—I told him I will keep an eye on his receive and I can take some cases away ( I sent an INJ case to Desto )=he appreciated the help


2330575-ted wanted to know how to handle cases with a minor ( 13 year old)—I explained any information he needed he would have to speak to parent


Week ending 5/22


2199146-asked Ted to review to see if pip needs EUOs or are they medically managing case

No billing—no EUos needed at this time.

Sensitivity: General/Internal

Confidential                                                                        G016097

2234365-this case was a questionable referral. Explained he should call claims to see where the fraud is—after reviewing case—I told Ted to just do social media as claims has not called attny, does not have FOL confirmed—

0628919840000001-transferred this case to Ted as per Bill. Ted will investigate to see if it is a covered loss or a domestic dispute.


Ted said he had a hard time keeping up this week—he had 3 telephone EUOs and received 4 cases a day is hard to manage. I explained if needed, and he works extra—put in for the time worked. I will review his case load as well.

Sensitivity: General/Internal

Confidential

G016098