# EXHIBIT 51

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - -x
KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN,
and CHARISE JONES, individually and on behalf of
all others similarly situated,

                              Plaintiffs,


        -against-                    Case No.:
                              23-Civ-02848(GRB)(ARL)



GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - -x


                         December 13, 2024
                         9:31 a.m.


EXAMINATION BEFORE TRIAL of GERRY CASSAGNE, a
Non-Party Witness herein, taken by the
Plaintiffs, held via Zoom, pursuant to Subpoena,
taken before DANIELLE DEYOUNG, a Shorthand
Reporter and Notary Public in and for the State
of New York.


              MAGNA LEGAL SERVICES
                (866) 624-6221



Page 2

A P P E A R A N C E S:


        OUTTEN & GOLDEN LLP
            Attorneys for Plaintiffs
            685 Third Avenue, 25th Floor
            New York, New York 10017


        BY: HANNAH COLE-CHU, ESQ.


        DUANE MORRIS LLP
            Attorneys for Defendant
            190 South LaSalle Street, Suite 3700
             Chicago, Illinois 60603


        BY: GREGORY TSONIS, ESQ.



ALSO PRESENT:
JARRON McALLISTER, OUTTEN & GOLDEN LLP



Page 3

S T I P U L A T I O N S

IT IS HEREBY STIPULATED AND AGREED, by and among counsel for the respective parties hereto, that the filing, sealing and certification of the within deposition shall be and the same are hereby waived;

IT IS FURTHER STIPULATED AND AGREED that all objections, except as to form of the question, shall be reserved to the time of the trial;

IT IS FURTHER STIPULATED AND AGREED that the within deposition may be signed before any Notary Public with the same force and effect as if signed and sworn to before the Court.

*       *       *



Page 4

                    G. CASSAGNE

G E R R Y   C A S S A G N E, after having first been duly sworn by a Notary Public of the State of New York, was examined and testified as follows:

          THE COURT REPORTER:  State your name for the record, please.

          THE WITNESS:  Gerry Cassagne.

          THE COURT REPORTER:  State your address for the record, please.

          THE WITNESS:  35 Jasmine Lane, Kings Park, New York 11754.

EXAMINATION BY

MS. COLE-CHU:

     Q     Good morning, Mr. Cassagne.

     A     Good morning.

     Q     My name is Hannah Cole-Chu. I'm an attorney representing the Plaintiffs in this lawsuit.  With me is Jarron McAllister, who also represents the Plaintiffs.

          For the record, can you please state and spell your name.

     A     Gerry Cassagne, G-E-R-R-Y, Cassagne, C-A-S-S-A-G-N-E.



MAGNA
LEGAL SERVICES

G. CASSAGNE

week, they could contact you and tell you and they would be paid for that time, but if they knew ahead of time that they needed the hours, you couldn't approve them?

MR. TSONIS:  Objection, form, mischaracterizes testimony.

You can answer.

A     I don't know what "inadvertently" means.

Q     I am not trying to mischaracterize your testimony.  I am trying to understand what your testimony is.

Are you saying that you couldn't approve an overtime request unless it was a special situation?

MR. TSONIS:  Objection, form, mischaracterizes testimony.

MS. COLE-CHU:  Let me actually ask it again.

BY MS. COLE-CHU:

Q     Are you saying that you couldn't preapprove an overtime request



Page 198

G. CASSAGNE

unless it was a special situation, like the ten hours per week example that we've been talking about?

MR. TSONIS:  Same objection.

You can answer.

A      I did not have the ability to preapprove overtime ahead of time.  It would have to be told to me that it was needed on that specific case at that specific time, yes.

Q      And what do you mean, "at that specific time"?

A      Well, if an investigator was in the field and he was coming to the end of his day and he had to finish up an interview or if he had to do something at a police station or the interview -- whatever, or the EUO ran over and he was running past his time, then he would contact me at the end of the day and say I had to work two hours today to finish what I needed to do on this case.

I would have him send me the information, I would say, fine, put it on



                     G. CASSAGNE

your timesheet, and I would approve it.

    Q        So it sounds like it had to be
on a day-by-day basis, that you would
approve overtime?

         MR. TSONIS:  Objection, form,
    mischaracterizes testimony.

                   You can answer.

    A        Yes, it was pretty much on a
day-to-day basis.  Yes.

    Q        And it was also in situations
where the overtime had already been
worked because -- you know, the example
that you gave, they, you know, got stuck
in the city maybe and worked two hours
later, they let you know and then you
permitted them to record the overtime?

         MR. TSONIS:  Objection, form.

                   You can answer.

    A        Yeah.  Either -- sometimes I
found out after the fact or sometimes
they contacted me and said, I am on my
way to this location, I have to finish
this up, I am going to be stuck here for
two hours, and I would say okay.



Page 278

G. CASSAGNE

Does the number of cases assigned to an investigator determine how much work is required for those cases?

A      No.

MR. TSONIS:  No further questions.  Thank you, Gerry.

MS. COLE-CHU:  I don't have anything further.

MR. TSONIS:  We will reserve to read and sign.

(Whereupon, the examination of GERRY CASSAGNE was concluded at 4:54 p.m.)

_____

GERRY CASSAGNE


Subscribed and sworn to before me on this_____ day of _____, _____.


_____

Notary Public



Page 281

G. CASSAGNE

C E R T I F I C A T E

I, DANIELLE DeYOUNG, a Shorthand Reporter and Notary Public of the State of New York, do hereby certify:

That the WITNESS whose examination is hereinbefore set forth, was duly sworn, and that such examination is a true record of the testimony given by such WITNESS.

I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

_____
DANIELLE DeYOUNG



MAGNA
LEGAL SERVICES