# EXHIBIT 55



P00001713



P00001714



P00001715