# EXHIBIT 61

Message

| | |
|---|---|
| **From**: | Grey, Michael [MGrey@geico.com] |
| **Sent**: | 4/27/2018 5:53:41 PM |
| **To**: | Janik, Chet [CJanik@geico.com] |
| **Subject**: | RE: Overtime pay |

Not looking for OT pay but would like to not have repercussions if I sign on to work on and close some (specifically social media) files tomorrow .

Michael Grey
Senior Field Investigator
Special Investigation Unit
716-255-5926 Cell
866-261-8285 Fax
mgrey@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

---

**From:** Janik, Chet
**Sent:** Thursday, April 19, 2018 1:58 PM
**To:** R2 Chet Janik Section
**Subject:** Overtime pay

Hi Guys,

You are aware that you are eligible for overtime pay, per the guidelines. If you are working beyond 7.75 hours in a day, you should be putting in for the overtime pay. If you do work overtime on a case, I require that you update your outlook calendar with the amount of hours worked along with the sicm case number.
There is no need to contact me if you go over 7.75 hours on a day, unless you decide there is a need to work on the weekend ( Saturday or Sunday ). If this is the case either email or call to discuss.

Thanks and have a safe day out there,

Chet Janik
SIU Supervisor R2
716-435-8461 – phone
516-213-7700 – fax
cjanik@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this

Confidential

transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Confidential

G012465