**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GOVERNMENT EMPLOYEES INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:23-CV-02848 <br><br> District Judge Sanket J. Bulsara <br><br> Magistrate Judge Steven I. Locke |

**DECLARATION OF GERALD L. MAATMAN, JR. IN SUPPORT OF DEFENDANT'S
<u>MOTION TO DECERTIFY THE COLLECTIVE ACTION</u>**

I, Gerald L. Maatman, Jr., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Duane Morris LLP and lead counsel for Defendant Government Employees Insurance Company ("Defendant") in the above-captioned matter.

2. I make this declaration in support of Defendant's Motion to Decertify the Collective Action and accompanying Memorandum of Law in Support of Defendant's Motion to Decertify the Collective Action.

3. I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

4. Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Defendant's First Set of Requests for Admission under Fed. R. Civ. P. Rule 36 issued by Defendant upon all Phase II Opt-in Plaintiffs on October 31, 2025.

5. The Phase II Opt-in Plaintiffs on which Defendant served its First Set of Requests for Admission on October 31, 2025, include, but are not limited to, Opt-in Plaintiffs Mary Ann Betro, Eugene Connell, Geoffrey Mills, Kenneth Baker, Cristobal Cruz, Dario DeMeo, John Diblosi, Kevin Dux, Karen Gotterbarn, Christopher Hirsch, Joseph Krattinger, John McEvoy, Patricia Ohrnberger, Theresa Sarlo, Stephen Stemmler, Eric Michael Stephens, Brian Trentowski.

6. As of the execution date of this Declaration, Opt-in Plaintiffs Mary Ann Betro, Eugene Connell, and Geoffrey Mills have not responded to Defendant's First Set of Requests for Admission or any other written discovery issued on October 31, 2025.

7. On January 23, 2026, Plaintiffs' counsel Jarron McAllister emailed Defendant's counsel to inform us that Eugene Connell passed away on an unspecified date since the filing of his consent to join form, and that Plaintiffs' counsel anticipated filing a motion to substitute the executor of Mr. Connell's estate in his stead.

8.     As of the execution date of this Declaration, Defendant has not received a response to its written discovery issued to Eugene Connell, nor have Plaintiffs filed any motion to substitute.

9.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Kenneth Baker's Responses to Defendant's First Set of Requests for Admission, served on Defendant on January 13, 2026.

10.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Cristobal Cruz's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

11.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Dario DeMeo's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

12.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of opt-in Plaintiff John Diblosi's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 10, 2025.

13.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Kevin Dux's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

14.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Karen Gotterbarn's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 12, 2025.

15.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Christopher Hirsch's Responses to Defendant's First Set of Requests for Admission, served on Defendant on January 23, 2026.

3

16.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Joseph Krattinger's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

17.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff John McEvoy's Responses to Defendant's First Set of Requests for Admission, served on December 15, 2025.

18.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Patricia Ohrnberger's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

19.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Theresa Sarlo's Responses to Defendant's First Set of Requests for Admission, served on December 8, 2025.

20.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Stephen Stemmler's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 22, 2025.

21.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Eric Michael Stephens' Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 8, 2025.

22.     Included within **Exhibit 62** of Defendant's Memorandum of Law is a true and correct copy of Opt-in Plaintiff Brian Trentowski's Responses to Defendant's First Set of Requests for Admission, served on Defendant on December 22, 2025.

23.     On December 1, 2025, Plaintiffs serve responses to Defendant's First Set of Requests for Admission for only Opt-in Plaintiffs Lindsay Marie Buzak, Sheena Faublas, Angela

4

Gresham, Lindsay Volk, Michael Manzolillo, Matthew McNally, Jeffrey Lewonka, Jason Snair, Arlana Cranston, and Tracy McCarthy.


I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.


**Dated: March 6, 2026**

Respectfully submitted,

/s/ _Gerald L. Maatman, Jr._
Gerald L. Maatman, Jr.