**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>Defendant. | No. 23 Civ. 02848 (SJB) (SIL) |

**DECLARATION OF MICHAEL J. SCIMONE**
**IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO**
**DECERTIFY THE COLLECTIVE ACTION**

I, Michael J. Scimone, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Outten & Golden LLP ("O&G") and one of the primary attorneys responsible for this matter.

2.      I make this declaration in support of Plaintiffs' Opposition to Defendant's Motion to Decertify the Collective Action ("Opposition"). I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

**Relevant Litigation History**

3.      On June 13, 2025, GEICO filed a letter motion with the Court, seeking leave to file a motion for summary judgment on the claims of the Named Plaintiffs. Dkt. No. 100. The Court held a status conference to discuss the request, during which it noted that partial summary judgment would not dispose of the case. The Court also informed GEICO that it would only

entertain one motion for summary judgment, and it invited GEICO to reconsider its proposed motion. *See* July 1, 2025 Minute Order. In a joint letter to the Court filed on July 8, 2025, GEICO reaffirmed its intent to file a motion for summary judgment. Dkt. No. 105.

4.        On January 14, 2026, Plaintiffs proposed that the parties enter into a stipulation about how to handle the claims of Major Case investigators, including whether to treat them as a separate sub-group for purposes of trial and to discuss whether additional discovery about them was necessary in light of the record already established. The parties conferred over this issue on January 22, 2026. On February 10, 2026, GEICO declined to enter into any stipulation about Major Case Investigators and announced its intent to continue seeking full discovery from them.

5.        On March 26, 2026, Plaintiffs' counsel discovered that GEICO failed to produce all the data relied on its Motion to Decertify the Collective Action. GEICO produced all the remaining data on March 30, 2026.

6.        On March 26, 2026, in the related matter, *Alvarez v. Gov't Emps. Ins. Co.*, No. 24 Civ. 722 (D. Md.), Plaintiffs asked the court in a letter motion to substitute their technical "admissions" with their actual responses to GEICO's Requests for Admissions. On April 10, 2026, the Parties appeared before Magistrate Judge Chelsea J. Crawford, who ruled that the Plaintiffs' substantive RFA responses would be substituted for the technical "admissions" wrought by the timing of the responses.

**Exhibits**

7.        True and correct copies of the exhibits in support of Plaintiffs' Opposition are attached hereto. An index of the exhibits is appended to this declaration and provided for the Court's convenience.

*        *        *

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: April 10, 2026
       Nyack, NY

Respectfully submitted,

*/s/ Michael J. Scimone*
Michael J. Scimone
**OUTTEN & GOLDEN LLP**
685 Third Avenue, 25th Floor
New York, NY 10017
Telephone: 212-245-1000
Facsimile: 646-509-2060
mscimone@outtengolden.com

*Attorney for Plaintiffs and the Putative Class and Collective*

K. Fischer, et al. v. Government Employees Insurance Company

Case No. 2:23-cv-02848-SJB-SIL

<u>Plaintiffs' Exhibit List ISO Opposition to GEICO's Motion to Decertify the Collective Action</u>

| Exhibit No. | Description |
| --- | --- |
| A | Cristobal Cruz Deposition, Transcript Excerpts |
| B | Auto Damage Unit Presentation (GA0010734-56) |
| C | Scott Goss Deposition, Transcript Excerpts |
| D | Sarah Greenman Deposition, Transcript Excerpts |
| E | Rene Cubas November 18, 2024 Email to Arineh Nazari (GA0012309-10) |
| F | Rene Cubas *Fischer* Deposition, Transcript Excerpts |
| G | Supervisor Team Rankings Spreadsheet (G017524) |
| H | Example Team Rankings Spreadsheet PowerPoint Slides (G017930-31) |
| I | Rene Cubas *Alvarez* Deposition Transcript, Excerpts |
| J | Scott Goss Email Exchanges from April 12 to May 9, 2024 (GA0010111-18) |
| K | Deposition Testimony Chart |
| L | Charise Jones Deposition, Transcript Excerpts |
| M | Constance Mangan Deposition, Transcript Excerpts |
| N | John Moeser Deposition, Transcript Excerpts |
| O | Keith Fischer Deposition, Transcript Excerpts |
| P | Louis Pia Deposition, Transcript Excerpts |
| Q | Michael O'Sullivan Deposition Transcript Excerpts |
| R | Thomas Barden Deposition, Transcript Excerpts |
| S | Albert Brust Deposition, Transcript Excerpts |
| T | Craig Costanzo Deposition, Transcript Excerpts |
| U | Daniel King Deposition, Transcript Excerpts |

| V | Louis Caniglia Jr. Deposition, Transcript Excerpts |
|---|---|
| W | Maria Munoz Deposition, Transcript Excerpts |
| X | Michael Grey Deposition, Transcript Excerpts |
| Y | Michael Reed Deposition, Transcript Excerpts |
| Z | Kenneth Baker Deposition, Transcript Excerpts |
| AA | Stephen Stemmler Deposition, Transcript Excerpts |
| BB | Lindsay Marie Buzak Deposition, Transcript Excerpts |
| CC | John Diblosi Deposition, Transcript Excerpts |
| DD | Christopher Hirsch Deposition, Transcript Excerpts |
| EE | Michael Manzolillo Deposition, Transcript Excerpts |
| FF | Margaret Fischer Deposition, Transcript Excerpts |
| GG | Jason Snair Deposition, Transcript Excerpts |
| HH | Patricia Ohrnberger Deposition, Transcript Excerpts |
| II | Karen Gotterbarn Deposition, Transcript Excerpts |
| JJ | Written Discovery Response Chart |
| KK | Plaintiffs' Interrogatory Responses Exhibit |
| LL | Plaintiffs' Declarations Exhibit |
| MM | William Newport Deposition, Exhibit No. 7 (G010868-71) |
| NN | William Newport Deposition, Transcript Excerpts |
| OO | Second Amended Complaint in *Rieske v. GEICO* |
| PP | Scott Goss Deposition, Exhibit No. 19 (GA0011613-15) |
| QQ | Scott Goss Deposition, Exhibit No. 4 (GA0010734-56) |
| RR | Sarah Greenman August 16, 2024 Email to Rene Cubas (G017489-90) |

2

| SS | Sample Set of Requests for Admission |
|----|--------------------------------------|
| TT | Chart of Discovery Response Productions |
| UU | Jarron McAllister December 8, 2025 Email to GEICO |
| VV | Greg Tsonis December 22, 2025 Email to Plaintiffs |

3