K. Fischer, et al. v. Government Employees Insurance Company

Case No. 2:23-cv-02848-SJB-SIL

Plaintiffs' Exhibit List ISO Opposition to GEICO's Motion to Decertify the Collective Action

| Exhibit No. | Description |
| --- | --- |
| A | Cristobal Cruz Deposition, Transcript Excerpts |
| B | Auto Damage Unit Presentation (GA0010734-56) |
| C | Scott Goss Deposition, Transcript Excerpts |
| D | Sarah Greenman Deposition, Transcript Excerpts |
| E | Rene Cubas November 18, 2024 Email to Arineh Nazari (G025158-59) |
| F | Rene Cubas *Fischer* Deposition, Transcript Excerpts |
| G | Supervisor Team Rankings Spreadsheet (G017524) |
| H | Example Team Rankings Spreadsheet PowerPoint Slides (G017930-31) |
| I | Rene Cubas *Alvarez* Deposition Transcript, Excerpts |
| J | Scott Goss Email Exchanges from April 12 to May 9, 2024 (G025166-73) |
| K | Deposition Testimony Chart |
| L | Charise Jones Deposition, Transcript Excerpts |
| M | Constance Mangan Deposition, Transcript Excerpts |
| N | John Moeser Deposition, Transcript Excerpts |
| O | Keith Fischer Deposition, Transcript Excerpts |
| P | Louis Pia Deposition, Transcript Excerpts |
| Q | Michael O'Sullivan Deposition Transcript Excerpts |
| R | Thomas Barden Deposition, Transcript Excerpts |
| S | Albert Brust Deposition, Transcript Excerpts |
| T | Craig Costanzo Deposition, Transcript Excerpts |
| U | Daniel King Deposition, Transcript Excerpts |

| V | Louis Caniglia Jr. Deposition, Transcript Excerpts |
|---|---|
| W | Maria Munoz Deposition, Transcript Excerpts |
| X | Michael Grey Deposition, Transcript Excerpts |
| Y | Michael Reed Deposition, Transcript Excerpts |
| Z | Kenneth Baker Deposition, Transcript Excerpts |
| AA | Stephen Stemmler Deposition, Transcript Excerpts |
| BB | Lindsay Marie Buzak Deposition, Transcript Excerpts |
| CC | John Diblosi Deposition, Transcript Excerpts |
| DD | Christopher Hirsch Deposition, Transcript Excerpts |
| EE | Michael Manzolillo Deposition, Transcript Excerpts |
| FF | Margaret Fischer Deposition, Transcript Excerpts |
| GG | Jason Snair Deposition, Transcript Excerpts |
| HH | Patricia Ohrnberger Deposition, Transcript Excerpts |
| II | Karen Gotterbarn Deposition, Transcript Excerpts |
| JJ | Written Discovery Response Chart |
| KK | Plaintiffs' Interrogatory Responses Exhibit |
| LL | Plaintiffs' Declarations Exhibit |
| MM | William Newport Deposition, Exhibit No. 7 (G010868-71) |
| NN | William Newport Deposition, Transcript Excerpts |
| OO | Second Amended Complaint in *Rieske v. GEICO* |
| PP | Scott Goss Deposition, Exhibit No. 19 (GA0011613-15) |
| QQ | Auto Damage Unit Presentation (GA0010734-56) (*Duplicate of Ex. B*) |
| RR | Sarah Greenman August 16, 2024 Email to Rene Cubas (G017489-90) |

| SS | Sample Set of Requests for Admission |
|----|--------------------------------------|
| TT | Chart of Discovery Response Productions |
| UU | Jarron McAllister December 8, 2025 Email to GEICO |
| VV | Greg Tsonis December 22, 2025 Email to Plaintiffs |