# Exhibit E

Message

---

**From:**    Nazari, Arineh [ArNazari@geico.com]
**Sent:**    11/18/2024 1:10:50 PM
**To:**    Cubas, Rene [RCubas@geico.com]
**Subject:**    RE: question

Good morning,

I figured it was worth asking. Nothing different with the work, just higher volume lately. We'll see how this week goes 😊

Sensitivity: Company-Internal

**From:** Cubas, Rene <RCubas@geico.com>
**Sent:** Monday, November 18, 2024 6:25 AM
**To:** Nazari, Arineh <ArNazari@geico.com>
**Subject:** RE: question

Good morning, no OT at this time. It looks like they had a busy few weeks but others are within range. Is there something going on different with their work? We have other teams going in the field at that rate, they are not alone. Lets talk this week, we may have staffing issues we need to address in the area. Take care.

| Current Supervisor | Investigator Name | New Assigned Cases | Closed Cases |
|---|---|---|---|
| (KC)Nazari, Arineh | (KC)Halpin, Kevin | 26 | 30 |
| (KC)Nazari, Arineh | (KC)Costanza, Joseph | 24 | 23 |
| (KC)Greenman, Sarah E | (KC)Ruano, Mauricio | 23 | 26 |
| (KC)Nazari, Arineh | (KC)Brady, Scott M | 23 | 24 |
| (KC)Nazari, Arineh | (KC)Stemmler, Stephen Paul | 23 | 20 |
| (KC)Nazari, Arineh | (KC)Munoz, Maria | 23 | 21 |
| (KC)Gelderman, Andrew M | (KC)Ferguson, Donald Scott | 23 | 18 |
| (KC)Cobb, Brian W | (KC)Booker, Shaun M | 23 | 19 |
| (KC)Nunez, Mekhi O | (KC)Gonzalez, Alejandro J | 22 | 21 |
| (KC)Nazari, Arineh | (KC)Dux, Kevin | 22 | 21 |
| (KC)Gelderman, Andrew M | (KC)Cummings, Tiffany | 22 | 25 |
| (KC)Greenman, Sarah E | (KC)Hauck, Rachel Jennifer | 21 | 27 |
| (KC)Greenman, Sarah E | (KC)Laroche, Lionel | 21 | 23 |
| (KC)Gelderman, Andrew M | (KC)Sheridan, Alicia A | 21 | 29 |
| (KC)Greenman, Sarah E | (KC)Crozier, Brian Arnold | 20 | 27 |
| (KC)Carlisle, Sara M | (KC)Reid, James Timothy | 20 | 16 |
| (KC)Carlisle, Sara M | (KC)Nazario-Romero, Jose Enrique | 20 | 21 |
| (KC)Carlisle, Sara M | (KC)Washer, Jonathan D | 20 | 17 |
| (KC)Carlisle, Sara M | (KC)Ford, James Edward | 20 | 18 |
| (KC)Carlisle, Sara M | (KC)Reynoso, Jeffrey | 20 | 17 |

Confidential

G025158

| (KC)Perez, Louis | (KC)Rodriguez Lopez, Liz A | 20 | 21 |
| (KC)Nunez, Mekhi O | (KC)Bernadotte, Stephan Dimitri | 19 | 16 |
| (KC)Nunez, Mekhi O | (KC)Cueto, Bienvenido Adolfo | 19 | 22 |
| (KC)Nunez, Mekhi O | (KC)Nelson, Martine | 19 | 13 |
| (KC)Carlisle, Sara M | (KC)Taylor, Trenton L | 19 | 18 |
| (KC)Carlisle, Sara M | (KC)Gonzalez-White, Rebeca | 19 | 20 |
| (KC)Lopez, Jessica | (KC)Ficco, Shannon Danielle | 19 | 23 |
| (KC)Gelderman, Andrew M | (KC)Gendreau, Jarren R | 19 | 11 |
| (KC)Cobb, Brian W | (KC)Brown, Troy G | 19 | 22 |



**René Cubas, Jr.** | FCLA, CIFI
Special Investigation Unit Manager
Investigative Division/ BOAT USA
Phone: 954-658-1533
Email: rcubas@geico.com

Sensitivity: Company-Internal

**From:** Nazari, Arineh <ArNazari@geico.com>
**Sent:** Friday, November 15, 2024 9:35 AM
**To:** Cubas, Rene <RCubas@geico.com>
**Subject:** question

Good morning,

Just to verify, is OT still not allowed ?

My team has been feeling overwhelmed with caseload lately. They are averaging close to 12-13 cases each by the end of the week (most of which require driving into the boroughs so dealing with lots of traffic).
This week, they had 78% of their cases require field work.

Thank you,



Arineh Nazari | SIU Supervisor
Northeast Investigative Division
Phone: 516-496-5048
Email: arnazari@geico.com

The information in this electronic transmission may be confidential and/or privileged. This transmission is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this transmission and its attachments, if any, or the information contained herein is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by return email and delete this transmission from your system.

Sensitivity: Company-Internal

Confidential

G025159