# Exhibit G

| Supervisor | Overall Rank | Overall Percentile | Prod Rank | Prod | Feat Impact Rank | Feat Impact Ratio | Case Life Rank | Avg Case Life Days | Case Count | Hours Worked |
|---|---|---|---|---|---|---|---|---|---|---|
| Lopez, Eduardo | 1 | 98.14814815 | 11 | 0.3047 | 2 | 78.15% | 2 | 2.77173913 | 130 | 597.27 |
| Bosworth, Kerri | 2 | 96.2962963 | 13 | 0.3001 | 3 | 73.02% | 4 | 3.239130435 | 106 | 469.90 |
| Nunez, Mekhi | 3 | 94.44444444 | 2 | 0.3252 | 1 | 79.50% | 41 | 5.778571429 | 192 | 750.37 |
| Cutrer, Chris | 4 | 92.59259259 | 8 | 0.3110 | 11 | 59.88% | 31 | 5.164122137 | 279 | 955.11 |
| Gelderman, Andrew | 5 | 90.74074074 | 6 | 0.3197 | 4 | 65.22% | 52 | 7.348958333 | 233 | 850.72 |
| Haggett, Neill | 6 | 88.88888889 | 10 | 0.3076 | 9 | 61.20% | 43 | 5.925925926 | 221 | 835.53 |
| Siegler, Suilma | 7 | 87.03703704 | 19 | 0.2892 | 8 | 61.76% | 27 | 4.91509434 | 239 | 930.06 |
| Carlisle, Sara | 8 | 85.18518519 | 4 | 0.3199 | 25 | 55.87% | 24 | 4.828451883 | 301 | 1,203.38 |
| Constantino, Alexandra | 9 | 83.33333333 | 5 | 0.3199 | 13 | 59.06% | 53 | 7.552941176 | 277 | 865.83 |
| Vietri, Dean | 10 | 81.48148148 | 9 | 0.3092 | 18 | 58.20% | 47 | 6.130742049 | 297 | 1,031.63 |
| Gonzalez, Daniel | 11 | 79.62962963 | 7 | 0.3147 | 42 | 49.73% | 6 | 3.490196078 | 325 | 1,150.33 |
| Poole, Cheryl | 12 | 77.77777778 | 52 | 0.2065 | | | 1 | 0.907407407 | 54 | 261.50 |
| Cope, Brant | 13 | 75.92592593 | 20 | 0.2889 | 23 | 56.30% | 20 | 4.685082873 | 199 | 799.67 |
| Mitchell, Kevin | 13 | 75.92592593 | 3 | 0.3229 | 41 | 49.74% | 18 | 4.615384615 | 316 | 1,161.45 |
| Rowe, Darrin | 15 | 72.22222222 | 38 | 0.2655 | 7 | 61.83% | 19 | 4.61965812 | 250 | 1,032.18 |
| Hall, Paige | 16 | 70.37037037 | 33 | 0.2740 | 16 | 58.49% | 12 | 4.054945055 | 188 | 733.54 |
| Keller, Robert | 17 | 68.51851852 | 18 | 0.2909 | 22 | 56.32% | 32 | 5.170731707 | 213 | 890.41 |
| Swilley, Eric | 18 | 66.66666667 | 36 | 0.2686 | 14 | 58.58% | 13 | 4.09375 | 198 | 941.91 |
| Brugnone, Anthony | 19 | 64.81481481 | 40 | 0.2581 | 12 | 59.34% | 11 | 3.996563574 | 310 | 1,201.25 |
| Lopez, Jessica | 19 | 64.81481481 | 34 | 0.2732 | 4 | 65.22% | 39 | 5.476821192 | 172 | 735.83 |
| Hall, Vernice | 21 | 61.11111111 | 21 | 0.2889 | 33 | 53.79% | 14 | 4.256038647 | 223 | 772.00 |
| Kirby, Ray | 22 | 59.25925926 | 15 | 0.2942 | 39 | 51.32% | 17 | 4.503703704 | 285 | 1,077.66 |
| Winston, Steven | 22 | 59.25925926 | 25 | 0.2862 | 19 | 57.54% | 37 | 5.462151394 | 262 | 1,082.99 |
| Merritt, Josh | 24 | 55.55555556 | 42 | 0.2557 | 21 | 56.46% | 3 | 2.965853659 | 210 | 915.00 |
| Nazari, Arineh | 24 | 55.55555556 | 1 | 0.3483 | 38 | 51.53% | 51 | 6.995145631 | 229 | 852.64 |
| Moore, Chadwick | 26 | 51.85185185 | 26 | 0.2852 | 20 | 56.78% | 40 | 5.587096774 | 163 | 638.25 |
| Passarelli, Daniel | 27 | 50 | 50 | 0.2321 | 10 | 60.07% | 15 | 4.322147651 | 162 | 788.42 |
| Potocki, Jeremy | 28 | 48.14814815 | 39 | 0.2634 | 24 | 56.27% | 9 | 3.904761905 | 217 | 903.56 |
| Ketcham, Alysha | 29 | 46.2962963 | 37 | 0.2657 | 29 | 55.17% | 8 | 3.869791667 | 204 | 929.69 |
| Yoakam, Mark | 29 | 46.2962963 | 46 | 0.2456 | 6 | 62.50% | 36 | 5.432432432 | 193 | 859.16 |
| Perez, Louis | 31 | 42.59259259 | 14 | 0.2953 | 34 | 53.20% | 45 | 6.084615385 | 191 | 924.50 |
| Conway, Jennifer | 32 | 40.74074074 | 12 | 0.3043 | 46 | 48.74% | 26 | 4.900332226 | 316 | 1,038.50 |
| Pagan, Christopher-Marc | 33 | 38.88888889 | 27 | 0.2850 | 32 | 54.15% | 25 | 4.832579186 | 233 | 859.53 |

Sensitivity: Company-Internal

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Shira, Tyler | 33 | 38.88888889 | 16 | 0.2932 | 52 | 40.81% | 7 | 3.572093023 | 229 | 917.31 |
| Randall, Andrea | 35 | 35.18518519 | 17 | 0.2929 | 28 | 55.34% | 54 | 7.713675214 | 248 | 846.75 |
| Greenman, Sarah | 36 | 33.33333333 | 23 | 0.2878 | 26 | 55.75% | 46 | 6.130136986 | 163 | 694.85 |
| Adkinson, Travis | 37 | 31.48148148 | 24 | 0.2868 | 44 | 49.05% | 10 | 3.967213115 | 196 | 683.50 |
| Binder, Matthew | 38 | 29.62962963 | 35 | 0.2707 | 31 | 54.61% | 16 | 4.407079646 | 232 | 986.23 |
| Moreau, Ryan | 39 | 27.77777778 | 22 | 0.2887 | 35 | 52.87% | 35 | 5.346320346 | 253 | 917.96 |
| Stewart, Ben | 40 | 25.92592593 | 28 | 0.2847 | 40 | 50.45% | 22 | 4.731428571 | 189 | 734.07 |
| Savage, Jason | 41 | 24.07407407 | 48 | 0.2407 | 17 | 58.36% | 30 | 5.104477612 | 209 | 922.19 |
| Brown, Shane | 42 | 22.22222222 | 31 | 0.2788 | 27 | 55.43% | 49 | 6.159609121 | 323 | 1,413.41 |
| Hagan, James | 43 | 20.37037037 | 30 | 0.2791 | 36 | 52.17% | 34 | 5.248677249 | 193 | 816.80 |
| Heard, Stanley | 44 | 18.51851852 | 53 | 0.1929 | 15 | 58.53% | 44 | 5.974193548 | 164 | 948.53 |
| McConnell, Michael | 44 | 18.51851852 | 32 | 0.2746 | 37 | 51.58% | 42 | 5.860759494 | 269 | 979.60 |
| Cobb, Brian | 46 | 14.81481481 | 29 | 0.2843 | 48 | 47.29% | 29 | 4.953307393 | 288 | 1,195.97 |
| Duet, Shawn | 46 | 14.81481481 | 51 | 0.2263 | 30 | 55.12% | 21 | 4.686746988 | 177 | 972.00 |
| Jones, Lois | 48 | 11.11111111 | 54 | 0.1207 | 45 | 48.89% | 5 | 3.388888889 | 108 | 894.50 |
| Celestial, Charlene | 49 | 9.259259259 | 45 | 0.2461 | 47 | 48.02% | 23 | 4.803418803 | 252 | 1,023.93 |
| Thomas, Mandy | 50 | 7.407407407 | 41 | 0.2564 | 43 | 49.06% | 48 | 6.132352941 | 138 | 616.34 |
| Mollon, Kathryn | 51 | 5.555555556 | 43 | 0.2514 | 50 | 46.15% | 33 | 5.197740113 | 197 | 835.22 |
| Bustillos, Christopher | 52 | 3.703703704 | 47 | 0.2453 | 49 | 46.58% | 28 | 4.951086957 | 194 | 872.26 |
| Craig, Christopher | 53 | 1.851851852 | 44 | 0.2503 | 51 | 46.08% | 38 | 5.468619247 | 257 | 1,026.93 |
| Eurto, Jeremy | 54 | 0 | 49 | 0.2329 | 53 | 37.86% | 50 | 6.903553299 | 209 | 936.13 |

on or after 04/01/24 and is before 04/30/24Job_Function is Field or Internal

G017524

Sensitivity: Company-Internal