# Exhibit H



Confidential

G017930



Confidential

G017931