# Exhibit I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

----------------------------x

ASHLEY ALVAREZ and MARK      :

SOWELL, individually and on :

behalf of all others        :

similarly situated,         :

        Plaintiffs,         :

v.                          :    CASE NO.

GOVERNMENT EMPLOYEES        :    1:24-cv-00722 (GLR)

INSURANCE COMPANY, d/b/a    :

GEICO,                      :

        Defendants.         :

----------------------------x

Videotaped Zoom Deposition of RENE CUBAS, JUNIOR

Tuesday, March 31, 2026

10:06 a.m.

BEFORE: Cassandra E. Ellis,

CA-CSR #14448, CA-CCG, HI-CSR, WA-CCR,

RMR, RDR, CRR, Realtime Systems Administrator

Page 210

just -- I'll just, for the record, repeat what I said before, which is, he writes: Do I continue to drown? Do I do my best to just keep my head down and get the work done even if it goes outside 4:30 p.m.? Well, one affects my metrics and, therefore, yours. Falling behind on cases will lead to untimely investigations and failing to communicate with the adjusters, failing the audit, and dropping our numbers.

Do you agree with Mr. Blakeslee's characterization that his metrics are tied up with the team's metrics?

A. Every investigators's metrics go to the supervisor, and the supervisor's metrics go to mine.

Q. Got it.

And so do you agree with this characterization that falling behind on cases will lead to untimely investigations and failing to communicate with adjusters, failing the audit, and dropping our numbers?

A. Well, there's a misnomer here. I'm not going to agree with you. The issue isn't he's falling behind. What you are not seeing is here why? What is the root cause of why he's

Page 211

falling behind.

Q. Mr. Cubas, excuse me.

A. Hold on. You can't cut me off. Let me finish.

He's falling behind because he is ineffective. He's falling behind because he has childcare issues. So I'm not going to say that he's falling behind and it impacts my metrics because he's falling behind because he can't do the job.

So that's my answer to your answer [sic]. And so I'm not going to agree with the statement because he's falling behind because he's ineffective.

Q. Okay. But that's not my question. I'm going to move to strike that answer.

My question is whether you agree with the sentence: Falling behind on cases will lead to untimely investigations and failing to communicate with adjusters, failing the audit, and dropping our numbers.

I'm not asking --

MR. TSONIS: Go ahead, Ryan.

BY MR. COWDIN:

Q. I'm just -- just -- I'm just

Page 212

clarifying. I'm not -- I'm not asking for your opinion for the reasons behind the numbers.

I'm just asking if you agree with that sentence.

MR. TSONIS: I'm going to object here and move to strike. The witness explained his answer and why that is his answer, and to that extent, objection, asked and answered.

You can answer it again, Mr. Cubas.

A. So I'm a little confused, because I thought I answered it the first time.

An investigator's goals or his performance, his metrics, roll up to supervisors; thus, it rolls up to a manager. I answered that before.

Q. Understood on that. On that, yes, I agree you've answered that. I understand.

It is the question I asked after that, which is whether or not you agree with Mr. Blakeslee's sentence, and I'll read it one more time and that's it.

A. You don't have to read it again, Counselor. I already answered. I'm not agreeing to what he said. You don't have to read it again. I've answered it twice, and I

Page 213

don't agree with what he said.

Q. So you -- you -- okay.

I'm pausing here because I don't think that this is that controversial. You know, he's -- my reading of this sentence is just that he's saying: Falling behind on cases will lead to things being untimely and bad things will result. And so I'm a little -- I'm a little surprised by the pushback because I assumed --

A. There's no pushback. I'm answering to you that his metrics roll up to his supervisor; thus, they roll up to the manager.

So his metrics performance or lack thereof goes to the supervisor. So I'm answering your question. I'm just not agreeing to the way he said it. I've just answered your question three times.

Q. Okay. And so Mr. Blakeslee posed a few questions there: Do I continue to drown? Do I do my best to keep my head down and just get the work done even if it goes outside 4:30 p.m.?

How did you advise him when you spoke to him?

RENE CUBAS, JUNIOR
MARCH 31, 2026

JOB NO. 2486453

Page 354

readout.

This concludes the deposition of Rene Cubas, Jr., for Ashley Alvarez, et al., versus Government Employees Insurance Company doing business as Geico.

We are now off the record. The time is 7:32 p.m. Eastern Time.

MR. TSONIS: Court reporter, we'll also reserve signature.

(Signature having not been waived, the deposition of RENE CUBAS, JUNIOR, was concluded at 7:32 p.m.)

Page 355

ACKNOWLEDGMENT OF DEPONENT

I, RENE CUBAS, JUNIOR, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_____          _____
(DATE)                              (SIGNATURE)

Page 356

REPORTER'S CERTIFICATION ORAL DEPOSITION OF
RENE CUBAS, JUNIOR
March 31, 2026

I, Cassandra E. Ellis, Certified Shorthand Reporter hereby certify to the following: That the witness, SCOTT GOSS, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent:

___X___ was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of receipt of the transcript.

If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

_____ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken.

Further, I am not a relative or employee of any attorney of record in this cause, nor do I have a financial interest in the action.

Subscribed and sworn to on this the 2nd day of April 2026.

*Cassandra F. Ellis, CSR*

CASSANDRA E. ELLIS, CA CSR; HI CSR; WA CCR RMR, RDR, CRR

Page 357

E R R A T A   S H E E T

IN RE: ASHLEY ALVAREZ, et al., v. GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.

RETURN BY: _____

PAGE     LINE     CORRECTION AND REASON

____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____
____     ____     _____

_____          _____
(DATE)                   (SIGNATURE)