# Exhibit J

Message

---

**From:**        Cubas, Rene [RCubas@geico.com]
**Sent:**        5/9/2024 7:49:52 PM
**To:**          Goss, Scott [SGoss@geico.com]
**Subject:**     RE: Performance Review Notices
**Attachments:** Nicole Quitana April 1st to May 9th 2024 closed.xlsx

Big man for me, when you can, we can talk. Most of my associates are moving forward well, including Tiffany Cummings, she got the memo with the NY visit by Andrew and I. I have one concern, Nicole Quintana we can talk about it when you get a chance. I am asking Lou, to fill out her last months cases but at first glance, she takes 3 or four days to "begin" her work every time and she is running 38 in MIAMI! Quiet quit to me, we put her on coaching and she then proceeded to ask for time off. Once Lou get this to me, we can talk further. He is filling out columns D,E,F for me to send to you but I already took a precursory glance.

| Case Investigator | Case Number | Assign to SIU Close | Date Assigned | First date of Initial documentation | First date of field work | Cleara Leve |
|---|---|---|---|---|---|---|
| (KC)Quintana, Nicole Terese | 3984833 | 22 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3984149 | 19 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3990802 | 19 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3994324 | 19 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3994756 | 19 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4001272 | 19 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3968542 | 18 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3987754 | 15 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3993701 | 15 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3979593 | 14 | | | | P20-Fi |

Confidential

G025166

| | | | | | | |
|---|---|---|---|---|---|---|
| (KC)Quintana, Nicole Terese | 3973506 | 13 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3977304 | 13 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3975921 | 13 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3992769 | 13 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4008430 | 13 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3978897 | 12 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3979588 | 12 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3991164 | 12 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 4010138 | 12 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3979727 | 11 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3996568 | 11 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3996220 | 11 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4012574 | 11 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4012725 | 11 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3983158 | 10 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3982826 | 10 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3994209 | 10 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3998907 | 10 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4013779 | 10 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3980848 | 9 | | | | P21-De |

Confidential

G025167

| (KC)Quintana, Nicole Terese | 4004488 | 9 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4013513 | 9 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4018189 | 8 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4024603 | 8 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4024337 | 8 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 3986201 | 7 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 3998720 | 6 | | | | P21-De |
| (KC)Quintana, Nicole Terese | 4027590 | 6 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4011634 | 5 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4029497 | 5 | | | | P20-Fi |
| (KC)Quintana, Nicole Terese | 4030596 | 2 | | | | P20-Fi |

| Investigator Name | Activity Month | New Assigned Cases | Closed Cases | Feature Impact Ratio | Assign to SIU Close Without EUO/EUO Attend | Clinc Review | Face to Face Interview | P20-Field | P21-Desk |
|---|---|---|---|---|---|---|---|---|---|
| (KC)Quintana, Nicole Terese | 2024-04 | 36 | 44 | 32.43% | 12.82 | 1 | 8 | 27 | 17 |
| (KC)Quintana, Nicole Terese | 2024-03 | 34 | 29 | 29.17% | 13.52 | 2 | 9 | 18 | 11 |
| (KC)Quintana, Nicole Terese | 2024-02 | 35 | 29 | 75.00% | 13.77 | 0 | 15 | 17 | 12 |
| (KC)Quintana, Nicole Terese | 2024-01 | 30 | 36 | 51.43% | 19.53 | 1 | 7 | 21 | 15 |



**René Cubas, Jr.** | FCLA, CIFI
Special Investigation Unit Manager
Investigative Division/ BOAT USA
Phone: 954-658-1533
Email: rcubas@geico.com

Confidential

G025168

Sensitivity: Company-Internal

**From:** Goss, Scott <SGoss@geico.com>
**Sent:** Thursday, May 9, 2024 1:55 PM
**To:** Hammonds, Jim <JHammonds@geico.com>; Cubas, Rene <RCubas@geico.com>; Lutz, Michael <MiLutz@geico.com>; Jackson, Dale <DalJackson@geico.com>; Newport, William <WNewport@geico.com>
**Cc:** Davich, Dave <DDavich@geico.com>; Fogarty, Jennifer <JFogarty@geico.com>; Afre, Eric <EricAfre@geico.com>
**Subject:** RE: Performance Review Notices

Doing a little work today trying to understand if we are making progress or loosing ground on our bottom 10% associates who were issued a Performance Memo. At this point, we have less than 30 days for those not making progress before we will evaluate them for potential action (June 30th). The first set of results was 1Q and, the comparison results are YTD 5/4. This is an FYI where they stand today for you to trigger some really focused conversation and action plans provided we think the associate is doing their part to get better. If they are not, we cannot help those folks who do not want them to be here. I think the results here are:

-     Did they get out of the bottom 10% (best case scenario)
-     Are they improving but still under 10% (what is the plan and measurement points to continue to improve)
o     These folks will be difficult decisions, we will be seeking to keep the right folks who are going to improve
o     Some folks are just so low, we will need huge effort to save them
-     Those who have not improved or gotten worse

**as always there will be a case by case discussion on these associates. Please be thinking ahead on the associates who are improving and worthy of our efforts past June 30th**

| Associate | 1Q Percentile | 5-4 Percentile |
|---|---|---|
| Crozier, Brian | 8.284 | 44.92 |
| Washer, Jonathan | 0.592 | 15.51 |
| Andry, Amber | 5.325 | 13.90 |
| Rodriguez Lopez, Liz | 3.550 | 10.70 |
| Everett, Seth | 6.509 | 10.16 |
| Quintana, Nicole | 3.550 | 8.56 |
| Thompson, Michael | 2.367 | 8.56 |
| Taga, Tiffany | 9.467 | 7.49 |
| Bailey, Kelly | 7.101 | 5.35 |
| Lopez, Ryan | 4.734 | 4.81 |
| Smith, Corey | 7.101 | 3.74 |
| David, Erwin | 4.142 | 3.21 |
| Cummings, Tiffany | 1.183 | 2.67 |
| Hayes, Robert | 0.000 | 2.14 |
| Taylor, Robert | 5.917 | 1.07 |
| Fawcett, Mike | 1.775 | 0.53 |

| Associate | Overall Percentile | 5-4 Percentile |
|---|---|---|
| Hill, Bradd | 8.966 | 12.18 |
| Duggins, Charmaine | 6.897 | 22.44 |
| McMullen, Dennis | 5.517 | 13.46 |

Confidential

G025169

| Mittler, Jennifer | 5.517 | 8.33 |
| Aguirre, Bianca | 2.069 | 9.62 |
| Effertz, Donald | 8.276 | 0.64 |
| Heller, Paul | 7.586 | 2.56 |
| Byrd, Sandra | 6.897 | 5.77 |
| Grey, Michael | 4.138 | 4.49 |
| Grieco, Tricia | 3.448 | 1.28 |
| Parker, David | 2.759 | 3.21 |
| Dayao, Dean | 1.379 | 7.05 |
| Genovese, Ross | 0.690 | 1.92 |
| Tilton, Kristin | 0.000 | 0.00 |

Thanks,



**Scott Goss**
Senior Manager
Special Investigations Unit- Investigations Division
4295 Ocmulgee E. Blvd, Macon, GA 31295
Ofc (478) 321-9436 Cell (470) 304-5482
✉ sgoss@GEICO.com

Sensitivity: Confidential

Sensitivity: Company-Internal

**From:** Goss, Scott
**Sent:** Thursday, April 18, 2024 1:35 PM
**To:** Hammonds, Jim <JHammonds@geico.com>; Cubas, Rene <RCubas@geico.com>; Lutz, Michael <MiLutz@geico.com>; Jackson, Dale <DalJackson@geico.com>; Newport, William <WNewport@geico.com>
**Cc:** Davich, Dave <DDavich@geico.com>; Fogarty, Jennifer <JFogarty@geico.com>; Afre, Eric <EricAfre@geico.com>
**Subject:** Performance Review Notices
**Importance:** High

Good Afternoon,

Now that we have vetted and pushed our score cards for the investigative division we now need to complete the Performance Process for 1Q24. Please review the overall performance rank for all associates from January to March 31, 2024. I have listed all the ID associates in the bottom 10% below. *For those in the **bottom 10%** please take the following steps by May 1st 2024. We are seeking to ensure everyone below has a minimal of 60 days coaching to correct their performance*:

1.        Have a conversation with the associate, to let them know they are in the bottom decile of performance for the first quarter of the year.  Remind them we are halfway through the Jan-June Performance Review cycle.

2.        Implement the Performance notification, by completing and uploading to Workday by 5/1 (Template here: 📄 Performance Notification - Copy.docx)

3.        Prepare and send the associate a coaching "focus" plan (please use the Coaching App) with measurable goals and check ins to demonstrate your commitment to helping them succeed over the upcoming months

4.        Go over the notification letter, coaching focus, and next steps in a single meeting with the associate.

a)    Manager and Supervisor need to do the meeting together

For us to be clear, we will place these individuals are on a close coaching focus. We will give them, through the direct supervisor, high levels of support with regular check in's and measures. If the individual cannot improve by the June 30th GPS review. Potentially we will be taking additional administrative steps; if we do not see significant improvement, moving them out of the bottom 10%, or we tighten our quartile gaps within a 10% range,. Reminder, performance is not like behavior, we DO NOT follow the same 3 step process. The Coaching Focus and subsequent coaching is the warning and the associate is in jeopardy without improvement. Last, if our supervisors fail to handle this as requested above and/or keep normal documentation for performance issues will be a failure of meeting the basic requirements of a supervisor and we move through behavioral measure with them as well.

Filed Investigator bottom 10%:

| Associate | Overall Rank | Overall Percentile | Prod Rank | Prod | Quality Rank | File Quality | Case Count | Hours Worked | Avg Case Life Days |
|---|---|---|---|---|---|---|---|---|---|
| Taga, Tiffany | 153 | 9.467456 | 86 | 0.2928 | 168 | 87.80% | 104 | 406.38 | 8.574257 |
| Roussel, Ryan | 154 | 8.87574 | 126 | 0.2767 | 159 | 92.33% | 100 | 426.41 | 5.340206 |
| Crozier, Brian | 155 | 8.284024 | 136 | 0.2721 | 120 | 95.17% | 101 | 470.42 | 9.151163 |
| Bailey, Kelly | 157 | 7.100592 | 153 | 0.2607 | 111 | 95.60% | 112 | 487.12 | 8.443396 |
| Smith, Corey | 157 | 7.100592 | 114 | 0.2819 | 152 | 93.00% | 91 | 408.00 | 8.211111 |
| Everett, Seth | 158 | 6.508876 | 153 | 0.2588 | 100 | 95.83% | 102 | 471.39 | 14.40625 |
| Taylor, Robert | 159 | 5.91716 | 135 | 0.2727 | 121 | 95.00% | 81 | 333.65 | 13.18519 |
| Andry, Amber | 160 | 5.325444 | 162 | 0.2486 | 151 | 93.20% | 64 | 317.75 | 4.33871 |
| Lopez, Ryan | 161 | 4.733728 | 148 | 0.2631 | 164 | 91.67% | 107 | 459.90 | 4.438095 |
| David, Erwin | 162 | 4.142012 | 160 | 0.2509 | 149 | 93.33% | 100 | 486.24 | 6.484211 |
| Quintana, Nicole | 163 | 3.550296 | 139 | 0.2711 | 140 | 94.33% | 94 | 472.23 | 15.47945 |
| Rodriguez Lopez, Liz | 163 | 3.550296 | 131 | 0.2752 | 149 | 93.33% | 96 | 483.36 | 14.94118 |
| Thompson, Michael | 165 | 2.366864 | 113 | 0.2828 | 166 | 89.60% | 82 | 364.25 | 16.94737 |
| Fawcett, Mike | 166 | 1.775148 | 156 | 0.2543 | 130 | 94.71% | 93 | 491.61 | 11.70455 |
| Cummings, Tiffany | 167 | 1.183432 | 169 | 0.1845 | 129 | 94.83% | 67 | 444.33 | 9.166667 |
| Washer, Jonathan | 168 | 0.591716 | 155 | 0.2566 | 143 | 94.00% | 89 | 416.94 | 10.53333 |
| Hayes, Robert | 169 | 0 | 161 | 0.2501 | 161 | 92.17% | 100 | 487.75 | 10.75 |

Desk Investigator bottom 10%:

| Associate | Overall Rank | Overall Percentile | Prod Rank | Prod | Quality Rank | File Quality | Case Count | Hours Worked | Avg Case Life Days |
|---|---|---|---|---|---|---|---|---|---|
| Hill, Bradd | 132 | 8.965517 | 97 | 0.3259 | 119 | 94.60% | 149 | 457.25 | 7.208333 |
| Effertz, Donald | 133 | 8.275862 | 73 | 0.3338 | 122 | 93.83% | 161 | 482.35 | 10.36486 |
| Heller, Paul | 134 | 7.586207 | 101 | 0.3239 | 98 | 96.00% | 131 | 404.50 | 10.46923 |
| Byrd, Sandra | 135 | 6.896552 | 139 | 0.2187 | 61 | 97.67% | 62 | 283.50 | 10.7931 |
| Duggins, Charmaine | 135 | 6.896552 | 113 | 0.3170 | 91 | 96.43% | 146 | 460.50 | 10.11719 |
| McMullen, Dennis | 137 | 5.517241 | 128 | 0.2925 | 112 | 95.00% | 114 | 389.75 | 6.09 |
| Mittler, Jennifer | 137 | 5.517241 | 126 | 0.2966 | 98 | 96.00% | 120 | 408.00 | 8.310345 |
| Grey, Michael | 139 | 4.137931 | 123 | 0.3032 | 81 | 96.67% | 127 | 428.75 | 15.36842 |
| Grieco, Tricia | 140 | 3.448276 | 93 | 0.3274 | 123 | 93.60% | 141 | 436.83 | 9.910448 |
| Parker, David | 141 | 2.758621 | 131 | 0.2834 | 135 | 83.50% | 123 | 434.00 | 4.766667 |
| Aguirre, Bianca | 142 | 2.068966 | 140 | 0.2017 | 112 | 95.00% | 58 | 287.52 | 6.754717 |
| Dayao, Dean | 143 | 1.37931 | 104 | 0.3226 | 130 | 93.17% | 150 | 465.00 | 9.153846 |
| Genovese, Ross | 144 | 0.689655 | 127 | 0.2962 | 120 | 94.00% | 136 | 459.21 | 7.821138 |
| Tilton, Kristin | 145 | 0 | 137 | 0.2439 | 132 | 92.67% | 91 | 373.09 | 12.18605 |

Confidential

G025171

Thanks,



**Scott Goss**
Senior Manager
Special Investigations Unit- Investigations Division
4295 Ocmulgee E. Blvd, Macon, GA 31295
Ofc (478) 321-9436 Cell (470) 304-5482
✉ sgoss@GEICO.com

Sensitivity: Confidential

**From:** Dwigun, Tricia TDwigun@geico.com
**Sent:** Friday, April 12, 2024 5:24 PM
**To:** Goss, Scott SGoss@geico.com; Fogarty, Jennifer JFogarty@geico.com; Davich, Dave DDavich@geico.com
**Cc:** Afre, Eric EricAfre@geico.com
**Subject:** Poor Performance Associate Notifications

Good afternoon.  Now that we are halfway through our current January – June 2024 GPS process we'd like to make sure we're meeting with "at risk" associates to advise them of their current performance levels and demonstrate support through a solid coaching plan for the remainder of the term (through June).  *The goal is to make sure our associates are aware of their current rank/performance and our **commitment to help them succeed**.*  However, they should also be aware that if their performance does not improve when we do the July reviews, their employment could be in jeopardy.

To ensure consistency in communication, we're asking that all leaders use the "Performance Notification" document below as a guide to **communicate with their associates who are in the bottom decile** compared to their relative peers for 1Q24.  This notice should be supplemented with the supportive coaching plan in the Coaching App and the completed performance notification document should be uploaded to the associate's worker documents in Workday.  It's important that this is viewed as a supportive process with the intent to drive improved performance, and not a threat to their job security.  Please work with each of your teams to work through that message and provide the directions below as next steps.

**\*\* This is a separate initiative than the follow up of those rated a 1 or 2 on their 2023 PA.  This is addressing those that are in the bottom decile YTD as part of our 2024 GPS\*\***

As always, please let me know if you have any follow up questions!  **Thank you for your partnership.**

_____

Please review the overall performance rank for all associates from January to March 31, 2024. *For those in the bottom decile please take the following steps by April 21, 2024*:

1.      Have a conversation with the associate, to let them know they are in the bottom decile of performance for the first quarter of the year.  Remind them we are halfway through the Jan-June Performance Review cycle.

2.      Implement the Performance notification, by completing and uploading to Workday by 4/18 (Template here: 📄 Performance Notification - Copy.docx

3.      Prepare and send the associate a coaching plan (please use the Coaching App) with measurable goals and check ins to demonstrate your commitment to helping them succeed over the upcoming months

Sensitivity: Company-Internal

Confidential                                                                                                                G025172

Confidential

G025173