# Exhibit K

| Plaintiffs' Deposition Testimony | | | |
|---|---|---|---|
| **Plaintiff** | **Average Weekly Hours Testimony** | **Complaints to GEICO** | **Workload and Metrics Pressure?** |
| **Charise Jones** | **51 to 58 hours**<br><br>Ex. L, Tr. 152:22-154:21. | **Complained 4 or 5 times to Supervisor April Neyland.**<br><br>Ex. L, Tr. 122:2-123:20. | **Yes.**<br><br>Ex. L, Tr. 151:18-152:18; 161:21-162:11. |
| **Constance Mangan** | **50 to 60 hours**<br><br>Ex. M, Tr. 138:9-17. | **Told SIU Manager Bill Newport at office-wide luncheon that investigators "were working past our scheduled hours" and "I told [supervisors] I was working overtime every day[.]"**<br><br>Ex. M, 150:4-6;182:24-184:20. | **Yes.**<br><br>Ex. M, Tr. 111:5-112:10. |
| **John Moeser** | **52.5 hours**<br><br>Ex. N, Tr. 139:14-23. | **Told supervisors he was working unpaid overtime (e.g., told Bill Newport that "we were forced to work more hours than what they are documenting").**<br><br>Ex. N, Tr. 95:24-96:8, 96:23-97:3; 100:10-22, 108:7-14. | **Yes.**<br><br>Ex. N, Tr. 73:7-16. |
| **Keith Fischer** | **50 to 65 hours**<br><br>Ex. O, Tr. 120:9-121:3. | **"Brought numerous concerns to Jerry [Cassagne] and Toni D'Agata and Dara at quarterly meetings, semiannual meetings" and complained to Bill Newport in meeting around 2019.**<br><br>Ex. O, Tr. 87:7-18, 91:1-92:16. | **Yes.**<br><br>Ex. O, Tr. 130:20-131:2, 151:16-152:4. |
| **Louis Pia** | **55 to 65 hours**<br><br>Ex. P, Tr. 109:18-22, 189:17-190:20. | **"[R]epeatedly … voice[d] my dissension to Gerry [Cassagne] and he was well aware that we were working over and above the 38.5."** | **Yes.**<br><br>Ex. P, Tr. 67:22-68:8. |

|  |  |  |  |
|---|---|---|---|
|  |  | Ex. P, Tr. 128:4-8. |  |
| **Michael O'Sullivan** | **47.5 to 50 hours**<br><br>Ex. Q, Tr. 90:6-15. | **Supervisor Brian Portnoy told him overtime was not authorized just for "typing."**<br><br>Ex. Q, Tr. 67:10-20. | **Yes.**<br><br>Ex. Q, Tr. 41:16-20, 59:14-21. |
| **Thomas Barden** | **55 to 60 hours**<br><br>Ex. R, Tr. 97:15-99:21, 105:17-21. | **Complained to Chester Janik (supervisor) and Bill Newport.**<br><br>Ex. R, Tr. 70:9-17. | **Yes.**<br><br>Ex. R, Tr. 45:9-12, 94:21-95:7. |
| **Albert Brust** | **50 to 60 hours**<br><br>Ex. S, Tr. 246:9-249:6. | **Told Gerry Cassagne and supervisor, Toni D'Agata, was working additional unpaid hours.**<br><br>Ex. S, Tr. 126:24-127:22, 130:13-22, 136:13-25. | **Yes.**<br><br>Ex. S, Tr. 111:1-8, 133:13-19. |
| **Craig Costanzo** | **42 to 48 hours**<br><br>Ex. T, Tr. 231:24-232:9, 236:25-237:6, 243:17-244:3. | **Told supervisor could not complete work without working extra hours.**<br><br>Ex. T, Tr. 136:23-137:3. | **Yes.**<br><br>Ex. T, Tr. 19:17-22. |
| **Daniel King** | **50 hours**<br><br>Ex. U, Tr. 110:20-111:10; 113:3-15. | **Told not to record OT hours despite complaining of heavy caseload.**<br><br>Ex. U, Tr. 113:16-116:7; 139:14-140:6 | **Yes.**<br><br>Ex. U, Tr. 113:3-23; 139:14-140:6; 148:17-151:3. |
| **Louis Caniglia Jr.** | **45 to 50 hours**<br><br>Ex. V, Tr. 151:4-153:16. | **Told his supervisors, Gerry Cassagne and Toni D'Agata, about working beyond 7.75 hours per day to keep up with his workload and not getting paid for that time.**<br><br>Ex. V, Tr. 53:10–54:6; 170:17-24; 266:9-15 | **Yes.**<br><br>Ex. V, Tr. 232:17-233:16. |
| **Maria Munoz** | **46 to 52 hours (until 2023)**<br><br>Ex. W, Tr. 149:5- | **Told supervisors about clocking in early and cried about the workload, but not told she could work overtime.** | **Yes.**<br><br>Ex. W, Tr. 161:12-162:9; 199:2-6 |

| | | | |
|---|---|---|---|
| | 149:16, 168:20-169:9. | Ex. W, Tr. 161:12-162:9; 177:4-178:2. | |
| **Michael Grey** | **45 to 50 hours per week**<br><br>Ex. X, Tr. 178:7-10 | **Had "dozens" of conversations with supervisor about unpaid overtime**<br><br>Ex. X, Tr. 94:3-95:25; 264:13-265:13. | **Yes.**<br><br>Ex. X, Tr. 194:3-11; 235:19-24. |
| **Michael Reed** | **52 to 57 hours**<br><br>Ex. Y, Tr. 127:12-14. | **Extensive knowledge by supervisors and managers. "[Bill Newport] knew it. They all knew it. But it was all a numbers game for them to be top dog, have the most cases, get the most cases done . . . and they did that on the backs of all the SIU . . . investigators."**<br><br>Ex. Y, Tr. Ex. 70:12-71:11; 94:20-25; 186:13-187-24. | **Yes.**<br><br>Ex. Y Tr. . 70:18-71:11; 110:20-24. |
| **Kenneth Baker** | **45 to 47 hours**<br><br>Ex. Z, Tr. 17:14-15. | **Testified that he had conversations with three supervisors: Danielle Perdomo, Brian Portnoy, and Bradley Waltman**<br><br>Ex. Z, Tr. 64:8-68:22. | **Yes.**<br><br>Ex. Z, Tr. 76:5-21; 139:24-140:23. |
| **Stephen Stemmler** | **50 hours**<br><br>Ex. AA, Tr. 12:19-24. | **Reported it to supervisors Toni D'Agata and Dara Campbell on several occasions, but eventually stopped because knew the answer was no.**<br><br>Ex. AA, Tr. 80:2-6; 130:2-10. | **Yes.**<br><br>Ex. AA, Tr. 129:25-132:9. |
| **Linsday Marie Buzak** | **42 to 45 hours**<br><br>Ex. BB, Tr. 56:2-10. | **N/A** | **Yes.**<br><br>Ex. BB, Tr. 61:6-14. |
| **John Diblosi** | **41 to 43 hours**<br><br>Ex. CC, Tr. 44:11-19. | **N/A** | **Yes.**<br><br>Ex. CC, Tr. 45:18-22; 48:10-14; 55:4-20. |

| | | | |
|---|---|---|---|
| **Christopher Hirsch** | **52 to 55 hours**<br><br>Ex. DD, Tr. 48:13-19. | **Discussed excessive workload and doing tasks outside of workday during team meetings with supervisor Bradley Waltman.**<br><br>Ex. DD, Tr. 99:15-102:24. | **Yes.**<br><br>Ex. DD, Tr. 99:15-102:24; 105:19-106:1. |
| **Michael Manzolillo** | **45 to 50 hours**<br><br>Ex. EE, Tr. 15:14-22. | **Discussed in team meetings with supervisor Bradley Waltman**<br><br>Ex. EE, Tr. 48:8-49:6; 63:8-9. | **Yes.**<br><br>Ex. EE, Tr. 48:8-49:6. |
| **Margaret Fischer** | **41 to 42 hours**<br><br>Ex. FF, Tr. 35:21-36:11. 122:19-22. | N/A | **Yes.**<br><br>Ex. FF, Tr. 190:7-191:24. |
| **Jason Snair** | **42.5 hours**<br><br>Ex. GG, Tr. 13:8-11; 65:15-18. | **Discussed OTC work with supervisor Doreen Bogoff during team meeting, who denied overtime requests.**<br><br>Ex. GG, Tr. 60:2-11; 80:4-22 | **Yes.**<br><br>Ex. GG, Tr. 77:17-20. |
| **Patricia Ohrnberger** | **41 to 43.5 hours**<br><br>Ex. HH, Tr. 86:11-13. | **Told supervisor it was "hard to get everything done… in this time frame," and intimated could not get work done in 38.75 hours.**<br><br>Ex. HH, Tr. 57:19-24; Tr. 61:16-21 | **Yes.**<br><br>Ex. HH, Tr. 18:18-19:18. |
| **Cristobal Cruz** | **1 to 2 hours (per month)**<br><br>Ex. A, Tr. 67:17-68:10. | N/A | **Yes.**<br><br>Ex. A, Tr. 9:4-11. |
| **Karen Gotterbarn** | **50 hours**<br><br>Ex. II, Tr. 90:9-10. | **Informed supervisor Danielle Perdomo over the phone and in emails.**<br><br>Ex. II, Tr. 94:21-22; 98:19-99:9. | **Yes.**<br><br>Ex. II, Tr. 104:4-14. |