# Exhibit JJ

| Written Discovery Responses | | |
| --- | --- | --- |
| **Plaintiff** | **Hours Testimony** | **Complained to GEICO** |
| **Anthony Geraci** | **42-50 hours per week**<br><br>Ex. LL, Geraci Decl. ¶ 9 | **Complained to Bill Newport and Mike DeGrocco in Spring 2018.**<br><br>Ex. LL, Geraci Decl. ¶ 12. |
| **Evan Teatum** | **50.75-70.75 hours per week**<br><br>Ex. LL, Teatum Decl. ¶ 8 | **Complained to supervisor about caseload, verbally and in writing.**<br><br>Ex. LL, Teatum Decl. ¶ 14 |
| **George McManus** | **43-45 hours per week**<br><br>Ex. LL, McManus Decl. ¶ 7 | N/A |
| **Joseph Costanza** | **38.75-50 hours per week**<br><br>Ex. KK, Costanza Resp. Rog. No. 7 | N/A |
| **Joseph Neenan** | **47.5 hours per week**<br><br>Ex. LL, Neenan Decl. ¶ 9 | N/A |
| **Louis Caniglia Sr.** | **43-50 hours per week**<br><br>Ex. LL, Caniglia Decl. ¶ 13 | **Complained in meetings with management, one-on-ones and other meetings.**<br><br>Ex. LL, Caniglia Decl. ¶ 16-17 |
| **Mark Giambalvo** | **50-53 hours per week between 2018 and 2020**<br><br>Ex. LL, Giambalvo Decl. ¶7 | **Complained in meetings and through email to supervisors.**<br><br>Ex. LL, Giambalvo Decl. ¶ 11 |
| **Scott Brady** | **49-71 hours per week**<br><br>Ex. LL, Brady Decl. ¶ 12 | **Complained about workload to supervisors on phone calls.**<br><br>Ex. LL, Brady Decl. ¶ 15 |
| **Ted Wendling** | **57.625-60 hours per week**<br><br>Ex. LL, Wendling Decl. ¶¶ 9-10 | **Complained about caseload.**<br><br>Ex. LL, Wendling Decl. ¶ 13 |
| **Vito DiNiso** | **44-46 hours per week**<br><br>Ex. LL, DiNiso Decl. ¶¶ 7-10 | **Complained to supervisor verbally and in writing.**<br><br>Ex. LL, DiNiso Decl. ¶ 13 |
| **Angela Gresham** | **39.5-53.75 per week**<br><br>Ex. KK, Gresham Resp. Rog. No. 11 | **Told to work whenever she could to close as many cases as possible.**<br><br>Ex. KK, Gresham Resp. Rog. No. 5 |
| **Arlana Cranston** | **45 hours per week**<br><br>Ex. KK, Cranston Resp. Rog. No. 11 | N/A |

| | | |
|---|---|---|
| **Brian Trentowski** | **43 hours per week**<br><br>Ex. KK, Trentowski Resp. Rog. No. 11 | N/A |
| **Dario DeMeo** | **41 hours per week**<br><br>Ex. KK, DeMeo Resp. Rog. No. 11 | **Supervisors had actual knowledge.**<br><br><br>Ex. KK, DeMeo Resp. Rog. No. 5 |
| **Eric Michael Stephens** | **43 hours per week**<br><br>Ex. KK, Stephens Resp. Rog. No. 11 | **Told supervisor that he was working outside of regular hours.**<br><br>Ex. KK, Stephens Resp. Rog. No. 5 |
| **Jeffrey Lewonka** | **50-55 hours per week**<br><br><br>Ex. KK, Lewonka Resp. Rog. No. 11 | **Superiors noticed that he had submitted reports after hours.**<br><br>Ex. KK, Lewonka Resp. Rog. No. 5 |
| **John C. McEvoy** | **48.75 hours per week**<br><br>Ex. KK, McEvoy Resp. Rog. No. 11 | **Told supervisor that he was working unpaid overtime.**<br><br>Ex. KK, McEvoy Resp. Rog. No. 5 |
| **Joseph Krattinger** | **42 hours per week between 2017 and 2022 or 2023**<br><br>Ex. KK, Krattinger Resp. Rog. No. 11 | N/A |
| **Kevin Dux** | **41-50 hours per week**<br><br>Ex. KK, Dux Resp. Rog. No. 11 | N/A |
| **Lindsay Marie Volk** | **43.75 hours per week between 2018 and late 2023**<br><br>Ex. KK, Volk Resp. Rog. No. 11 | N/A |
| **Matthew Ryan McNally** | **42-48 hours per week**<br><br>Ex. KK, McNally Resp. Rog. No. 11 | **SIU Manager asked about work submitted on Saturday.**<br><br>Ex. KK, McNally Resp. Rog. No. 5 |
| **Sheena Faublas** | **56 hours per week**<br><br>Ex. KK, Faublas Resp. Rog. No. 11 | **Spoke and emailed with supervisor outside of business hours.**<br><br>Ex. KK, Faublas Resp. Rog. No. 5 |
| **Theresa Sarlo** | **42 hours per week**<br><br>Ex. KK, Sarlo Resp. Rog. No. 11 | **Supervisors had actual knowledge.**<br><br>Ex. KK, Sarlo Resp. Rog. No. 5 |
| **Tracy McCarthy** | **45-50 hours per week**<br><br>Ex. KK, McCarthy Resp. Rog. No. 5 | **Complained to supervisor that needed overtime to complete work.**<br><br>Ex. KK, McCarthy Resp. Rog. No. 5 |