# Exhibit MM

Message

**From:**      Shiring, Douglas [DShiring@geico.com]
**Sent:**      12/31/2018 1:08:30 PM
**To:**        Newport, Bill [WNewport@geico.com]
**Subject:**   RE: SIU Trainer Job Evaluation

Good plan – we can chat about some ideas on Wed.

Sensitivity: Confidential

**From:** Newport, Bill
**Sent:** Monday, December 31, 2018 7:53 AM
**To:** Shiring, Douglas
**Subject:** RE: SIU Trainer Job Evaluation

It will be shy of 15, my approved staffing model from 2 months ago had 81 associates total. Recently Rick appears open to hiring staff.  My plan has me at 10% in 2020, here's the targets for 2019 and 2020:

2019 NCA Targets:
-       Every 2/10ths of a point equates roughly 80 cases
-       December 2019 would be roughly 2,730 cases

| Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5.33 | 5.56 | 5.79 | 6.02 | 6.25 | 6.48 | 6.71 | 6.94 | 7.17 | 7.4 | 7.63 | 7.86 |

2020 NCA Targets:

| Dec | Jan | Feb | March | April | May | June | July | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7.86 | 8.19 | 8.52 | 8.85 | 9.18 | 9.51 | 9.84 | 10.17 | 10.5 | 10.83 | 11.16 | 11.49 | 11.82 |

The 66 post will pull from my current 65's and will not be replaced – we want to use it as a career path/promotional opportunity.

Right now they have an increased productivity goal.  Part of what I wanted to discuss on Wednesday was the right way to get the most out of the 66 position.  With increased salary we must have increased responsibility and expectations.  I want to make the 5 goal for quality 100% and give them an increased received  but make the additional cases related to field work for major cases.

Here's what I have mocked up so far:

Lead Security Investigator
Region: Woodbury Region 2
Grade: 66

Requirements:
The Region 2 Special Investigations Unit is recruiting highly motivated individuals to join our team as a Grade 66 Lead Investigator.

• Candidates must have a minimum of three (3) years SIU Field Investigator experience

• Handle 10% more case assignments than Grade 65 (Still bouncing this around on how we measure/execute)

Confidential

G010868

o        The increase in case assignments will be related to internal major cases, executive complaint cases, multi claim cases, sensitive cases and pattern/ring investigations

•        Candidates must have obtained an overall core metric rating of 4.5 or higher for the last rating period

•        Candidates will work with current SIU Supervisors to train and mentor current SIU Investigators as well as claims personnel.

•        Candidates will represent SIU at investigative meetings and discussions with NICB, NYSIFB and Law Enforcement - with or in place of Supervisor

•        Participate in Planning Session meetings as needed

•        Candidate will have increased quality and productivity expectations

•        Investigator will have self-approval for cases

Candidate  Qualifications:
PC experience – Public contact-

---

**From:** Shiring, Douglas
**Sent:** Monday, December 31, 2018 7:42 AM
**To:** Newport, Bill
**Subject:** RE: SIU Trainer Job Evaluation

The Trainer is a grade is a grade 66.  So you all are looking at around +15?  Will that get you all to around 10% NCA? – I haven't seen the numbers.

For the 66 investigator – if that is a promotion for a current grade 65, will you be backfilling?

I've received a request from a couple regions to standardize the grade 66 so it mirrors what liability and AD do.  What do you have them do – additionally, to support the higher grade?

---

Sensitivity: Confidential

**From:** Newport, Bill
**Sent:** Monday, December 31, 2018 7:29 AM
**To:** Shiring, Douglas
**Subject:** RE: SIU Trainer Job Evaluation

Good Morning Douglas,

What grade is the trainer position?

Our plan number for 2018 is 81 which is up from an avg. of 66-68 associates in 2018.

Here is where we are and we are going:

**Recently Approved Job Posts**
Internal SIU Investigator – post was approved and we are getting 3 associates from various levels of liability in January

Confidential                                                                                    G010869

Internal Major Case – post was approved and we are working out release dates for 2 associates to work no fault major cases

Field Investigator – post was approved and we have 1 associate coming from AD in January

**Current Job Posts**
We have a field position posted externally and the interviews will start/end next week.  Possible 1 to 2 positions.

**Pending our Discussion Next Week**
66 SPP
66 Investigator

**Will Post Shortly**
Supervisor

---

**From:** Shiring, Douglas
**Sent:** Monday, December 31, 2018 7:23 AM
**To:** SIU Managers
**Subject:** FW: SIU Trainer Job Evaluation

Morning –

A quick FYI on the regional trainer role – it has been approved and the job description is being finalized.  We should have it soon.

When you have a few minutes, can you send me an update on your progress for hiring additional associates anticipating our drive to 10% NCA?

Thanks,

Sensitivity: Confidential

---

**From:** Shiring, Douglas
**Sent:** Thursday, December 27, 2018 4:08 PM
**To:** Muharram, Michelle; Rinella, Angela
**Cc:** Hardy, Jason
**Subject:** RE: SIU Trainer Job Evaluation

Afternoon, Michelle –

The associates in the role may need to travel within the respective region for observation and training for associates, and they may been to travel to Plaza for a conference.

Sensitivity: Confidential

---

**From:** Muharram, Michelle
**Sent:** Thursday, December 27, 2018 8:44 AM
**To:** Rinella, Angela; Shiring, Douglas
**Cc:** Hardy, Jason
**Subject:** SIU Trainer Job Evaluation

We have completed our review of the SIU Trainer position and have determined the grade to be a grade 66. I have attached our proposed job description. If you have no questions or concerns, we will create the job code in Workday and finalize the job description.

Confidential

G010870

I had one final question on the job description before we finalize it. Will this associate ever be expected to work in the field or travel, given he/she will be expected to train both internal and field SIU associates? If so, we'll need to add physical requirements to the description.

Thanks,
Michelle Muharram

Sensitivity: Confidential

Confidential

G010871