# Exhibit NN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

----------------------------------------x

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER,
LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf of
all others similarly situated,

Plaintiffs, Docket No.
                23CIV.02848
                (GRB)(ARL)

        -against-

GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a
GEICO,

Defendant.

----------------------------------------x

                Zoom Deposition
                New York

                January 13, 2025
                9:26 a.m.


            CONFIDENTIAL


        Examination Before Trial of WILLIAM
NEWPORT, pursuant to Notice, before Deirdre
Plevritis, a Notary Public of the State of New
York.



Page 134

134

Douglas Shiring; is that right?

A    Yes, it looks like it.

Q    This is December 31st of 2018. I am sorry. Can you refresh my memory what Doug Shiring's position was at that time?

A    Sure. At that time, he had a director role of what I guess at that time was called claims home office.

Q    I am going to start earlier in time in the thread and walk through some of the information being exchanged here.

So I am going to refer you to the email from you, bottom of 10869. It continues onto the next page dated December 31st, 2018 at 7:29 a.m.

Do you see that?

A    I am sorry. Can you give me the date again, Michael?

Q    It is December 31st, 2018 at 7:29 a.m.

A    I am missing it. I think I see part of it on the bottom of what I am

Page 135

135

seeing as page -- hold on one second. Yes, I see it, Michael. I apologize.

Q    Okay. No problem.

So you are emailing here with Doug Shiring about a trainer position in SIU; is that right?

A    That appears to be the question I posed to him, yes.

Q    You write in this email our plan number for 2018 is 81. My question is: What does plan number refer to here?

A    In this context it appears to be in regards to staffing.

Q    Was 81 a number of employees?

A    It appears so.

Q    What category of employees was that? Was that investigators or the total number for the unit?

A    In this context it appears total number for the unit.

Q    That includes, for example, intake and analysts and people like that?

A    It would, yes.

Q    And then looking at the next

Page 136

136

email in time, so scrolling up from there.

A    Mm-hmm.

Q    To Doug Shiring's response. He says -- he writes:

"The trainer is a grade 66. So you all are looking at around plus 15? Will that get you all to around 10 percent NCA?"

So my first question is: What does that mean when he says he is asking whether plus 15 will get you to 10 percent NCA? Do you have an understanding of what that means?

A    Yes.

Q    What is he asking you there?

A    Based on the email string it looks like the plus 15 is in regards to my average of 66 to 68 associates and moving to 81. In terms of what he meant to will that get you to around ten percent NCA, you have to ask -- I won't pretend to speak for Douglas on how he translated the staffing number into the

Page 137

137

10 percent NCA.

Q    Well, he seems to be asking you a question about that?

A    He -- I agree. I see that on the email.

Q    So we saw NCA before. That is new cases assigned?

A    Mm-hmm. What is not apparent to me is the correlations you would make from just simply hiring 15 people to get an NCA number.

Q    Well, does 10 percent NCA based on the context here reflect a goal of some kind to you?

A    Not necessarily a goal. I am not sure what he was -- I under -- I see the question, Michael, and he is asking is that add going to get you to NCA 10 percent, and obviously, I know what NCA is.

It appears that 10 percent was the target that Douglas was asking. What I don't understand now, say roughly seven years later, of the context he was



Page 138

138

drawing to simply adding associates getting to a 10 percent NCA. That is the part I am not sure of.

Q    Okay. But, in general, it seems he was asking you whether the additional staff would help you get to a different level of cases assigned?

A    It looks like it -- yes, that is what his question looks like.

Q    Let's move up to the next email in time. So this is the one that begins on page 10868 of Exhibit 7, and I'm looking at the email from you sent at 7:53 a.m.

Let me know when you are there.

A    I am there, sir.

Q    Okay. Just read the first two lines of that email to yourself. Let me know when you are done.

A    The first two lines?

Q    Yes.

A    Okay.

Q    I am really focused on the

Page 139

139

second sentence here where you wrote:

"Recently Rick appears open to hiring staff."

My question is: Just who is Rick?

A    It would have been Rick Hoagland.

Q    What was his position at this time in December of 2018?

A    I am not sure of his exact title. He had a few titles over the years, but he would have been -- I worked for Rick. He ran region 2 and some other -- he had various responsibilities.

Q    Was he in a position to approve hiring plans?

A    Yes.

Q    And the overall exchange here, I am gathering that you had proposed a staffing model for your unit; is that correct?

MR. TSONIS: Object to form.

You can answer.

A    It appears based on the

Page 140

140

context of the email, I must have provided Rick some information to review for staffing.

Q    So speaking generally now, not specific to this year, but as a general matter was this part of your practice that, you know, as part of your planning for the unit you would make proposals about how many staff to hire?

A    Sure. I would say we evaluated staffing based on, obviously, a lot of different inputs and levers and things of that nature. Sure.

Q    And there were times when you proposed to hire more staff for your unit?

A    Yeah, over the years. I don't remember the specifics of each one, but sure.

Q    Were your requests to hire more staff typically granted?

MR. TSONIS: Object to form.

You can answer.

A    Um, I don't want to say a

Page 141

141

hundred percent of the time. I can't remember a specific one where maybe it was turned down, but not I would say, not always approved, but I can't remember the reason or context. I can't say it with a hundred percent certainty I always got it.

Q    Yeah, that is anticipating a little bit my next question which was: Do you have an understanding of what factors determined whether or not Rick approved staffing plans?

A    It probably changed over a given time, but I wouldn't know his reasoning, you know, per se, of whether he would give a green light or not.

Q    Based on your discussions with him and the work you did as part of the planning process and data you provided, you don't have any understanding of which factors effected those decisions?

A    I didn't say I didn't have any inclination. I am just not going to

36 (Pages 138 to 141)




MAGNA
LEGAL SERVICES

Page 338

338

4   Excel file Bates labeled   94
G10837

5   Document Bates stamped   113
G12112

6   Document Bates stamped   118
10798

7   Document Bates stamped   133
G10868 running through
G10871

8   Document Bates stamped   160
G10797

9   Document Bates stamped   168
G12116 running through
12134

10   Document Bates stamped   173
G10914

11   Document Bates stamped   192
G11778 through 11798

12   Document Bates stamped   197
10856 running through
10866

13   Document Bates stamped   224
7938

14   Document Bates stamped   235

Page 339

339

12059 through 12060

15   Document Bates stamped   241
11859 through 11862

16   Document Bates stamped   262
G12062

17   Document Bates stamp 12091   264
running through 12092

18   Document Bates stamped   269
G10848 through 10851

19   PDF Bates stamped G10847   279

20   Excel file Bates stamped   279
G10846

21   Document Bates stamped   286
G12086 through 12087

22   Document Bates number   292
G12152 running through
12153

23   Document Bates stamped   294
G12065 through 12066

24   Document Bates stamped   297
12064

25   Document Bates stamp 12325   299
through 12326

26   Document Bates stamped   309

Page 340

340

G5838

27   Document Bates stamped   314
G4003

Page 341

341
C E R T I F I C A T E
STATE OF NEW YORK   )
          ) ss.:
COUNTY OF NASSAU   )
      I, Deirdre Plevritis, a
Notary Public within and for the
State of New York, do hereby certify:
      That WILLIAM NEWPORT, the
witness whose deposition is
hereinbefore set forth, was duly
sworn by me and that such
deposition is a true record of the
testimony given by such witness.
      I further certify that I am not
related to any of the parties to this
action by blood or marriage; and that I
am in no way interested in the outcome
of this matter.
      IN WITNESS WHEREOF, I have
hereunto set my hand this 16th day
of January, 2025.
      Deirdre Plevritis
      ----------------------
      DEIRDRE PLEVRITIS

