# Exhibit QQ (Duplicate of Ex. B)