# Exhibit RR

Message

| | |
|---|---|
| **From**: | Greenman, Sarah [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E91B59E16DCC4DA5B210CF342E8E30AD-GREENMAN, S] |
| **Sent**: | 9/12/2024 1:05:43 PM |
| **To**: | Cubas, Rene [RCubas@geico.com] |
| **Subject**: | RE: SICM time review Greenman.xlsx |
| **Attachments**: | Abrams Time review 2.xlsx; 08/26 Meeting Minutes |

Good Morning-

I reviewed 8 Closures form last week and the behavior has continued.  See attached with my notes included.

After the first review, I did not address it with Joe directly. I wanted to wait for your direction.  I did however discuss it in general as a group in a staff meeting on 8/26.  Staff was advised verbally, and the meeting minutes are sent via email summarizing same. ( Minutes attached)

Please let me know how I should proceed.

Thanks,

Sarah

**From:** Cubas, Rene <RCubas@geico.com>
**Sent:** Monday, September 9, 2024 7:07 PM
**To:** Greenman, Sarah <SGreenman@geico.com>
**Subject:** RE: SICM time review Greenman.xlsx

Sarah how are you? I wanted to give this a minute to review. Check him again and if the behavior has continued let me know.

Thanks,



**René Cubas, Jr.** | FCLA, CIFI
Special Investigation Unit Manager
Investigative Division/ BOAT USA
Phone: 954-658-1533
Email: rcubas@geico.com

Sensitivity: Company-Internal

**From:** Greenman, Sarah <SGreenman@geico.com>
**Sent:** Friday, August 16, 2024 1:09 PM
**To:** Cubas, Rene <RCubas@geico.com>
**Subject:** SICM time review Greenman.xlsx
**Importance:** High

Rene-

Confidential

G017489

Please see the attached.  Joe Abrams is not compliant and working during meals/after shift. Please let me know how you would like to proceed/address this issue.

All other investigators were compliant in my review.

Thanks,



**Sarah Greenman, SCLA**
SIU Supervisor | Investigative Division
(716) 292-0767

Get a quote and use my referral code: **121704**

Sensitivity: Company-Internal

Confidential

G017490