# Exhibit TT

| No. | Opt-In | Request Date | Initial Deadline | Response Service Date |
|---|---|---|---|---|
| | **Chart of Opt-In Responses by Service Date** | | | |
| 1 | Angela Gresham | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 2 | Arlana Cranston | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 3 | Jason Snair (MC) | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 4 | Jeffrey Lewonka (MC) | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 5 | Lindsay Marie Buzak | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 6 | Lindsay Marie Volk | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 7 | Matthew Ryan McNally | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 8 | Michael Manzolillo | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 9 | Sheena Faublas | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 10 | Tracy McCarthy | 2025-10-31 | 2025-12-01 | 2025-12-01 |
| 11 | Amanda Smith (MC) | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 12 | Cristobal Cruz (MC) | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 13 | Dario DeMeo (MC) | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 14 | Eric Michael Stephens | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 15 | Joseph Krattinger | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 16 | Kevin Dux | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 17 | Patricia Ohrnberger (MC) | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 18 | Theresa Sarlo | 2025-10-31 | 2025-12-01 | 2025-12-08 |
| 19 | John Diblosi | 2025-10-31 | 2025-12-01 | 2025-12-10 |
| 20 | Karen Gotterbarn (MC) | 2025-10-31 | 2025-12-01 | 2025-12-12 |
| 21 | John C. McEvoy | 2025-10-31 | 2025-12-01 | 2025-12-15 |
| 22 | Brian Trentowski | 2025-10-31 | 2025-12-01 | 2025-12-22 |
| 23 | Stephen P. Stemmler | 2025-10-31 | 2025-12-01 | 2025-12-22 |
| 24 | Kenneth F. Baker | 2025-10-31 | 2025-12-01 | 2026-01-05 |
| 25 | Christopher T. Hirsch | 2025-10-31 | 2025-12-01 | 2026-01-23 |