# Exhibit UU

Case 2:23-cv-02848-SJB-SIL     Document 174-52     Filed 04/24/26     Page 2 of 2 PageID #: 13393

 **Outlook**

---

## Fischer v. GEICO - Discovery Responses

---

**From** McAllister, Jarron D. <JMcAllister@outtengolden.com>

**Date** Mon 12/8/2025 4:31 PM

**To** S-GM-Fischer v. GEICO <s-gm-fischervgeico@duanemorris.com>

**Cc** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>

Counsel,

We write regarding opt-in plaintiffs' responses and objections to GEICO's requests for production, requests for admissions, and interrogatories. Although Plaintiffs have diligently worked to collect responses, due to the volume of requests, Plaintiffs need an extension of time to respond. Accordingly, following today's service of responses and objections, Plaintiffs will endeavor to serve any remaining responses and objections on or before **December 15, 2025**.

Best,
Jarron

### Jarron D. McAllister
Associate

---

685 Third Ave, 25th Floor, New York, NY 10017

(w) 347-390-2126

JMcAllister@outtengolden.com

**outtengolden.com**

## Outten&Golden

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.