# Exhibit VV

 **Outlook**

---

## [EXTERNAL] RE: Fischer, et al. v. Government Employees Insurance Company – Proposed Stipulation

---

**From**  Tsonis, Gregory <GTsonis@duanemorris.com>

**Date**  Mon 12/22/2025 5:11 PM

**To**  Cowdin, Ryan C. <rcowdin@outtengolden.com>; McAllister, Jarron D. <JMcAllister@outtengolden.com>; Scimone, Michael <mscimone@outtengolden.com>; Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>; Mahar, Kaelyn <KMahar@outtengolden.com>

**Cc**  S-GM-Alvarez v. GEICO <S-GM-AlvarezvGEICO@duanemorris.com>; S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>

📎 1 attachment (59 KB)

Fischer v. GEICO - Letter to Judge Bulsara re Discovery Extension Request (DM Draft).docx;

Counsel,

Can you provide an ETA on when you will be able to respond regarding the joint status report in *Alvarez*?

With regard to *Fischer*:

1. Attached is our draft letter brief to Judge Bulsara regarding modification of the scheduling order.  We included much of the language that you previously inserted into the proposed stipulation, though we omitted certain portions that we do not think are material at all, particularly the number of hours expended by Plaintiffs' counsel.  We also keyed dates for Phase III to the pending motion for class certification, which the parties discussed on the call and which we believe makes most sense.  Please provide any edits to the motion at your earliest convenience.

2. As to the data production that the parties discussed for *Fischer*, GEICO will agree to produce compensation data and SICM data for the named and opt-in plaintiffs, but will not agree to produce compensation or SICM data regarding putative class members.  Given the fully-briefed motion for class certification and a scheduling order that provides for potential discovery regarding damages in Phase III, we think this is appropriate.  Further, as we discussed, GEICO is prioritizing the collection and production of the same data in *Alvarez*, so we will need to get back to you regarding the timing of production (particularly for SICM data).

Regards,

Greg

**Gregory Tsonis**
Partner

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652