## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated, | Case No. 2:23-CV-02848 |
| Plaintiffs, | District Judge Sanket J. Bulsara |
| v. | Magistrate Judge Steven I. Locke |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

**DECLARATION OF GREGORY TSONIS  IN SUPPORT OF DEFENDANT'S MOTION TO DECERTIFY THE COLLECTIVE ACTION AND REPLY IN SUPPORT THEREOF**

I, Gregory Tsonis, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Duane Morris LLP and counsel for Defendant Government Employees Insurance Company ("GEICO") in the above-captioned matter.

2.      I make this declaration in support of Defendant's Motion to Decertify the Collective Action and Reply in Support Thereof.

3.      I have personal knowledge of the matters set forth herein and would so testify if called as a witness at trial.

4.      Attached as **Exhibit 1** is a true and correct copy of the Declaration of Jennifer Fogarty dated May 15, 2024.

5.      Attached as **Exhibit 2** is a true and correct copy of the Declaration of William Newport dated May 15, 2024.

6.    Attached as **Exhibit 3** is a true and correct copy of the Declaration of Kristin Slack dated May 12, 2025.

7.    Attached as **Exhibit 4** is a true and correct copy of the Declaration of Sarah Greenman dated May 12, 2025.

8.    Attached as **Exhibit 5** is a true and correct copy of the Declaration of Courtney Wolfe dated May 12, 2025.

9.    Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition of Cristobal Cruz, dated January 9, 2026.

10.    Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition of René Cubas, Jr., dated November 21, 2025.

11.    Attached as **Exhibit 8** is a true and correct copy of the Declaration of Matthew R. Thompson dated March 6, 2026.

12.    Attached as **Exhibit 9** is a true and correct copy of excerpts from the deposition of Michael Grey, dated January 22, 2025.

13.    Attached as **Exhibit 10** is a true and correct copy of excerpts from the deposition of Maria Munoz, dated December 17, 2024.

14.    Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition of Craig Costanzo, dated January 10, 2025.

15.    Attached as **Exhibit 12** is a true and correct copy of Stephen Stemmler's Responses and Objections to Defendant's First Set of Interrogatories.

16.    Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition of Stephen Stemmler, dated January 15, 2026.

2

17.     Attached as **Exhibit 14** is a true and correct copy of Patricia Ohrnberger's Responses and Objections to Defendant's First Set of Interrogatories.

18.     Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition of Patricia Ohrnberger, dated December 9, 2025.

19.     Attached as **Exhibit 16** is a true and correct copy of Karen Gotterbarn's Responses and Objections to Defendant's First Set of Interrogatories.

20.     Attached as **Exhibit 17** is a true and correct copy of excerpts from the deposition of Karen Gotterbarn, dated December 15, 2025.

21.     Attached as **Exhibit 18** is a true and correct copy of John Diblosi's Responses and Objections to Defendant's First Set of Interrogatories.

22.     Attached as **Exhibit 19** is a true and correct copy of excerpts from the deposition of John Diblosi, dated January 8, 2026.

23.     Attached as **Exhibit 20** is a true and correct copy of Michael Manzolillo's Responses and Objections to Defendant's First Set of Interrogatories.

24.     Attached as **Exhibit 21** is a true and correct copy of excerpts from the deposition of Michael Manzolillo, dated February 4, 2026.

25.     Attached as **Exhibit 22** is a true and correct copy of Cristobal Cruz's Responses and Objections to Defendant's First Set of Interrogatories.

26.     Attached as **Exhibit 23** is a true and correct copy of Lindsay Buzak's Responses and Objections to Defendant's First Set of Interrogatories.

27.     Attached as **Exhibit 24** is a true and correct copy of excerpts from the deposition of Lindsay Buzak, dated January 27, 2026.

3

28.     Attached as **Exhibit 25** is a true and correct copy of excerpts from the deposition of Keith Fischer, dated August 28, 2024.

29.     Attached as **Exhibit 26** is a true and correct copy of excerpts from the deposition of Constance Mangan, dated August 9, 2024.

30.     Attached as **Exhibit 27** is a true and correct copy of excerpts from the deposition of Margaret Fischer, dated December 19, 2024.

31.     Attached as **Exhibit 28** is a true and correct copy of excerpts from the deposition of Louis Pia, dated August 13, 2024.

32.     Attached as **Exhibit 29** is a true and correct copy of excerpts from the deposition of Thomas Barden, dated August 8, 2024.

33.     Attached as **Exhibit 30** is a true and correct copy of excerpts from the deposition of Michael Reed, dated January 8, 2025.

34.     Attached as **Exhibit 31** is a true and correct copy of excerpts from the deposition of Kenneth Baker, dated January 16, 2026.

35.     Attached as **Exhibit 32** is a true and correct copy of excerpts from the deposition of Christopher Hirsch, dated January 30, 2026.

36.     Attached as **Exhibit 33** is a true and correct copy of the Declaration of Theresa Bishop dated May 12, 2025.

37.     Attached as **Exhibit 34** is a true and correct copy of excerpts from the deposition of Charise Jones, dated August 12, 2024.

38.     Attached as **Exhibit 35** is a true and correct copy of Eric Stephens's Workday profile.

4

39.    Attached as **Exhibit 36** is a true and correct copy of Charise Jones's Responses to the Court's Interrogatories, including her declaration dated November 8, 2023.

40.    Attached as **Exhibit 37** is a true and correct copy of excerpts from GEICO's employee handbook, produced in this action and Bates-stamped G000195-196.

41.    Attached as **Exhibit 38** is a true and correct copy of excerpts from the deposition of Daniel King, dated January 7, 2025.

42.    Attached as **Exhibit 39** is a true and correct copy of excerpts from the deposition of Louis Caniglia, Jr., dated January 17, 2025.

43.    Attached as **Exhibit 40** is a true and correct copy of the email chain produced in this action and Bates-stamped G012010-12.

44.    Attached as **Exhibit 41** is a true and correct copy of the email produced in this action and Bates-stamped P00000077.

45.    Attached as **Exhibit 42** is a true and correct copy of the email produced in this action and Bates-stamped G011548.

46.    Attached as **Exhibit 43** is a true and correct copy of the email chain produced in this action and Bates-stamped G012903.

47.    Attached as **Exhibit 44** is a true and correct copy of the email produced in this action and Bates-stamped G011586.

48.    Attached as **Exhibit 45** is a true and correct copy of the email chain produced in this action and Bates-stamped G011582-83.

49.    Attached as **Exhibit 46** is a true and correct copy of the email chain produced in this action and Bates-stamped G011540-41.

50.　　Attached as **Exhibit 47** is a true and correct copy of the email produced in this action and Bates-stamped G019913.

51.　　Attached as **Exhibit 48** is a true and correct copy of the email chain produced in this action and Bates-stamped G012482-83.

52.　　Attached as **Exhibit 49** is a true and correct copy of the coaching log for Ted Wendling, produced in this action and Bates-stamped G016093-98.

53.　　Attached as **Exhibit 50** is a true and correct copy of the Declaration of Andrew Gelderman dated May 12, 2025.

54.　　Attached as **Exhibit 51** is a true and correct copy of excerpts from the deposition of Gerry Cassagne, dated December 13, 2024.

55.　　Attached as **Exhibit 52** is a true and correct copy of excerpts from the deposition of Theresa Bishop, dated November 7, 2025.

56.　　Attached as **Exhibit 53** is a true and correct copy of the email produced in this action and Bates-stamped G021788.

57.　　Attached as **Exhibit 54** is a true and correct copy of excerpts from the deposition of Sarah Greenman, dated October 16, 2025.

58.　　Attached as **Exhibit 55** is a true and correct copy of text message chain produced in this action and Bates-stamped P00001713-15.

59.　　Attached as **Exhibit 56** is a true and correct copy of excerpts from the deposition of Albert Brust, dated January 15, 2025.

60.　　Attached as **Exhibit 57** is a true and correct copy of Michael O'Sullivan's Responses to the Court's Interrogatories, including his declaration dated November 8, 2023.

6

61.     Attached as **Exhibit 58** is a true and correct copy of excerpts from the deposition of John Moeser, dated August 2, 2024.

62.     Attached as **Exhibit 59** is a true and correct copy of the Declaration of Brian Portnoy dated May 15, 2024.

63.     Attached as **Exhibit 60** is a true and correct copy of excerpts from the deposition of Michael O'Sullivan, dated August 26, 2024.

64.     Attached as **Exhibit 61** is a true and correct copy of the email chain Bates-stamped G012464-65.

65.     Attached as **Exhibit 62** is a true and correct copy of Plaintiffs' Responses to Requests for Admission (Group Exhibit).

66.     Attached as **Exhibit 63** is a true and correct copy of the Declaration of Gerald L. Maatman, Jr. in Support of Defendant's Motion to Decertify the Collective Action.

67.      Attached as **Exhibit 64** is a true and correct copy of Keith Fischer's Responses to the Court's Interrogatories, including his declaration dated November 6, 2023.

68.     Attached as **Exhibit 65** is a true and correct copy of John McEvoy's time block data produced in this action and Bates-stamped G024044.

69.     Attached as **Exhibit 66** is a true and correct copy of John McEvoy's Responses and Objections to Defendant's First Set of Interrogatories.

70.     Attached as **Exhibit 67** is a true and correct copy of *Alvarez v. GEICO*, No. 24 Civ. 722 (D. Md.) ("*Alvarez*") DE 72, November 5, 2024 Order.

71.     Attached as **Exhibit 68** is a true and correct copy of *Alvarez* DE 123, January 30, 2025 Protective Order.

72.     Attached as **Exhibit 69** is a true and correct copy of an email chain dated from April 8, 2026 to April 10, 2026.  The email chain discusses two documents which Plaintiffs

attached to their Response as Exhibits B, PP, and QQ.  Plaintiffs filed a motion seeking leave to file these documents under seal (DE 170), in accordance with the terms of the protective order in the Alvarez litigation (DE 123 (Ex. 68)), thus GEICO is filing those exhibits under seal but will refile them publicly pending this Court's resolution of Plaintiffs' related letter motion (DE 170).

73.    Attached as **Exhibit 70** is a true and correct copy of excerpts from the deposition of Ryan McElvain, dated April 8, 2026.

74.    Attached as **Exhibit 71** is a true and correct copy of the document produced in this action and Bates-stamped G011913.

75.    Attached as **Exhibit 72** is a true and correct copy of excerpts from the deposition of Craig Costanzo, dated January 10, 2025.

76.    Attached as **Exhibit 73** is a true and correct copy of excerpts from the deposition of Maria Munoz, dated December 17, 2024.

77.    Attached as **Exhibit 74** is a true and correct copy of excerpts from the deposition of John Diblosi, dated January 8, 2026.


I declare under penalty of perjury that the foregoing is true and correct.


**Dated: April 24, 2026**

Respectfully submitted,

*/s/ Gregory Tsonis*

Gregory Tsonis