**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY d/b/a GEICO,<br><br>        Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven I. Locke |

**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DECERTIFY THE COLLECTIVE ACTION AND REPLY IN SUPPORT THEREOF**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| 67. | Alvarez v. GEICO., No. 24 Civ. 722 (D. Md.) ("*Alvarez*") DE 72, November 5, 2025 Order |
| 68. | *Alvarez* DE 123, January 30, 2025 Protective Order |
| 69. | April 8, 2026 to April 10, 2026 Emails |
| 70. | Transcript Excerpts of Deposition of Ryan McElvain |
| 71. | G021788 |
| 72. | Transcript Excerpts of Deposition of Craig Costanzo |
| 73. | Transcript Excerpts of Deposition of Maria Munoz |
| 74. | Transcript Excerpts of John Diblosi |

1