# EXHIBIT 67

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ASHLEY ALVAREZ, et al.,                    *

    Plaintiffs,                            *

v.                                         *        Civil Action No. GLR-24-722

GOVERNMENT EMPLOYEES                        *
INSURANCE COMPANY,

                                           *

    Defendant.

                   ***

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 5th day of

November, 2024, by the United States District Court for the District of Maryland hereby:

ORDERED that Defendant GEICO's Motion to Dismiss (ECF No. 27) is DENIED

as MOOT;

IT IS FURTHER ORDERED that GEICO's Motion to Un-relate and Reassign this

Case (ECF No. 42) is DENIED;

IT IS FURTHER ORDERED that GEICO's Motion to Dismiss Amended Complaint

(ECF No. 48) is GRANTED IN PART and DENIED IN PART.

IT IS FURTHER ORDERED that GEICO's Motion to Dismiss Amended Complaint

(ECF No. 48) is GRANTED to the extent it seeks dismissal of Claims Two, Three, Four,

and Five of the Amended Complaint.

IT IS FURTHER ORDERED that Claims Two, Three, Four, and Five of the

Amended Complaint are DISMISSED;

IT IS FURTHER ORDERED that GEICO's Motion to Dismiss Amended Complaint

Case 2:23-cv-02848-SJB-SIL    Document 175-3    Filed 04/24/26    Page 3 of 5 PageID
Case 1:24-cv-00722-GLR    Document 72    Filed 11/05/24    Page 2 of 4
#: 13426

(ECF No. 48) is otherwise DENIED;

IT IS FURTHER ORDERED that GEICO shall ANSWER the remaining Claims of the Amended Complaint in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court;

IT IS FURTHER ORDERED that Plaintiffs' Motion to Seal (ECF No. 52) is DENIED. If no further motions to seal or redact are filed within fourteen (14) days, the following exhibits will be unsealed: Performance Appraisal Standards, ECF No. 51-1; Excerpts from HR Handbook, ECF No. 51-2; and Excerpts from HR Supervisor's Guide, ECF No. 51-3;

IT IS FURTHER ORDERED that GEICO's Motion to Seal (ECF No. 66) is DENIED. If no further motions to seal or redact are filed within fourteen (14) days, the following exhibits will be unsealed: Senior Field Security Investigator Job Description, ECF No. 63-2; Lead Security Investigator Job Description, ECF No. 63-3; Internal Security Investigator Job Description, ECF No. 63-4; and Excerpts of GEICO Assoc. Handbook, ECF No. 63-5;

IT IS FURTHER ORDERED that GEICO's Motion to Strike Declaration Testimony (ECF No. 64) is DENIED;

IT IS FURTHER ORDERED that Plaintiffs' Motion for Court-Authorized Notice under 29 U.S.C. § 216(b) (ECF No. 50) is GRANTED IN PART and DENIED IN PART;

IT IS FURTHER OREDERED that the Motion for Court-Authorized Notice under 29 U.S.C. § 216(b) (ECF No. 50) is DENIED to the extent that Plaintiffs seek to provide notice through a standalone website, to the extent Plaintiffs seek to provide a reminder

2

Case 2:23-cv-02848-SJB-SIL   Document 175-3   Filed 04/24/26   Page 4 of 5 PageID
Case 1:24-cv-00722-GLR   Document 72   Filed 11/05/24   Page 3 of 4
#: 13427

notice via text message, and to the extent Plaintiffs seek to toll the statute of limitations;

IT IS FURTHER ORDERED that the Motion for Court-Authorized Notice under 29 U.S.C. § 216(b) (ECF No. 50) is otherwise GRANTED;

IT IS FURTHER ORDERED that the Court conditionally certifies a Fair Labor Standards Act ("FLSA") collective action of all Special Investigators who work or worked for GEICO throughout the United States (with the exception of those who work or worked in New York) at any time from three years prior to the date on which the list of Opt-In Plaintiffs is due (the "FLSA Collective");

IT IS FURTHER ORDERED that within 14 business days of this Order, GEICO is directed to produce to Plaintiffs' counsel a class list in electronic (i.e., Excel) format containing the FLSA Collective members' full names, addresses, telephone numbers, dates and locations of employment, work and personal email addresses, and the last four digits of Social Security numbers for individuals whose notices are returned undeliverable. The Court approves Plaintiffs' proposed notices which are attached as Proposed Notice, ECF No. 50-13; Proposed Email & Text Notice, ECF No. 50-14; and Reminder Notice, ECF No. 50-15; and

IT IS FURTHER ORDERED that the Court also approves Plaintiffs' method of initial distribution of Notice via U.S. mail, email, and text message. One reminder notice shall be sent by postcard and email 45 days after the initial mailing of the Notice to the FLSA Collective members. Completed Consent to Join Forms must be filed with the Court within 90 days of the initial mailing of the notice to the FLSA Collective members.

_____/s/_____
George L. Russell III
Chief United States District Judge