# EXHIBIT 70

                    UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF MARYLAND

----------------------------x

ASHLEY ALVAREZ and MARK       :

SOWELL, individually and on :

behalf of all others          :

similarly situated,           :

          Plaintiffs,         :

v.                            :   CASE NO.

GOVERNMENT EMPLOYEES          :   1:24-cv-00722 (GLR)

INSURANCE COMPANY, d/b/a      :

GEICO,                        :

          Defendants.         :

----------------------------x


          Zoom Deposition of RYAN MCELVAIN

             Wednesday, April 8, 2026

                   10:02 a.m.


BEFORE: Cassandra E. Ellis,

CA-CSR #14448, CA-CCG, HI-CSR, WA-CCR,

RMR, RDR, CRR, Realtime Systems Administrator

ZOOM DEPOSITION of RYAN MCELVAIN, taken before CASSANDRA E. ELLIS, Registered Professional Reporter, Registered Merit Reporter, Registered Diplomate Reporter, Certified Realtime Reporter; California Certified Shorthand Reporter; California Certified CART Generalist; Washington State Certified Court Reporter; Hawaii Certified Shorthand Reporter; Notary Public, held remotely, on Wednesday, April 8, 2026, commencing at 10:02 a.m. and concluding at 7:32 p.m.

A P P E A R A N C E S

ON BEHALF OF PLAINTIFF:

    ZARKA SHABIR D'SOUZA, ESQUIRE (via Zoom)

    MICHAEL J. SCIMONE, ESQUIRE (via Zoom)

    OUTTEN & GOLDEN, LLP

    685 Third Avenue, 25th Floor

    New York, New York  10017

    (212) 245-1000

    Zdsouza@outtengolden.com

    Mscimone@outtengolden.com


ON BEHALF OF DEFENDANTS:

    GREGORY TSONIS, ESQUIRE (via Zoom)

    DUANE MORRIS, LLP

    190 South LaSalle Street, Suite 3700

    Chicago, Illinois  60603

    (312) 499-6700

    S-gm-alvarezgeico.duanemorris.com

P R O C E E D I N G S

THE REPORTER:  My name is Cassandra Ellis, and I am the certified stenographic court reporter.  My CSR number for California is 14448.

And I have a stipulation to read before I swear the witness.

The parties and their counsel agree that while I am a licensed notary in the State of Maryland and certified in California, the witness may be in a state where I am not licensed.  The parties stipulate that this deposition may be taken before me.

If any party does have an objection to this manner of reporting or anything stated above, please state so now.

MR. TSONIS:  No objection.

MS. D'SOUZA:  No objection.

THE REPORTER:  The attorneys appearing in this deposition acknowledge that I am not physically present in the deposition room, that I will be reporting on this deposition remotely, and that I will administer the oath to the witness remotely.

///

RYAN MCELVAIN

having been duly sworn, testified as follows:

EXAMINATION

BY MS. D'SOUZA:

Q.   Okay.  So thank you for being here, Mr. McElvain.  I just want to make sure, before we begin, am I pronouncing your name correctly?

A.   McElvain, yes.

Q.   McElvain?  Okay.  Thank you.

My name is Zarka, Zarka D'Souza, I'm an attorney with Outten and Golden, and I represent the plaintiffs in this case.

Would you please state and spell your name for the record?

A.   Ryan McElvain, R-y-a-n, last name McElvain, M-c-E-l, V as in Victor, a-i-n.

Q.   What is your current address?

A.   310 Del Sol Drive, Apartment 704, San Diego, California  92108.

Q.   And are you physically located in California today?

A.   Yes, I am.

Q.   Have you ever been deposed before?

A.   I have.

Q.   When was the last time you were

developing I was referring to was the quality

metric.

Q. So here Mr. Goss is talking about

productivity, and he mentions the hidden

overtime piece. You testified earlier that you

did not know what that -- what that meant?

A. Correct, I do not -- I do not know

what he's referring to.

Q. Did you ask, at any point?

A. No, I don't believe I did.

Q. Do you believe that in your role as

director you were -- you should -- that would --

that might have been a question that you should

have asked?

A. No. You know, I probably -- I

interpreted it, even now, looking at it we

always looked at budgeting, staffing, as we

previously discussed earlier today, in terms of,

like, what our projected overtime was going to

be, what our projected staffing was going to be,

how many people would we need to complete the

work that we anticipated based on claims coming

in, so there's a lot of pieces that play into

that overall equation.

And so I guess, even now, looking

at it, I assume what he is referring to, in terms of how do we quantify this, how do we look at in terms of what we need in terms of overtime projections, how do we know what we need in terms of staffing, so no, there was no reason for me to clarify it.

Q. Okay. And the -- the looming new AD suit, did you ask Mr. Goss what that meant?

A. No, not that I recall.

Q. And why is that?

A. I didn't see any need to, I -- I'm -- the -- nothing we were working on for productivity would have any relevance to anything that auto damage was doing.

Q. So does AD mean, auto damage, here?

A. Yes, it does.

Q. Did you talk to anybody else about either of these pieces that Mr. Goss is talking about?

A. No.

MR. TSONIS: Object to form.

You can answer.

A. No, I did not.

Q. Did you hear from anybody else about them?

REPORTER'S CERTIFICATION ORAL DEPOSITION OF

RYAN MCELVAIN

April 8, 2026

I, Cassandra E. Ellis, Certified Shorthand Reporter hereby certify to the following: That the witness, RYAN MCELVAIN, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(e)(1) that the signature of the deponent:

___X___ was requested by the deponent or a party before the completion of the deposition and returned within 30 days from date of receipt of the transcript.

If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

_____ was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither attorney nor counsel for, related to, nor employed by any of the parties to the action in which this testimony was taken.

Further, I am not a relative or employee of any attorney of record in this cause, nor do I have a financial interest in the action.

Subscribed and sworn to on this the 17th day of April 2026.

_Cassandra E. Ellis, CSR_

_____
CASSANDRA E. ELLIS, CA CSR; HI CSR; WA CCR RMR, RDR, CRR