# EXHIBIT 71

Confidential Information of the Government Employees Insurance Companies

# Region 2 2022 Strategy and Vision
# SIU

## SIU Vision – Bill Newport

In 2021 we improved upon our investigative metrics and we were able to bring some of our major cases to completion. The information uncovered during the major cases did yield positive results, but we still view this as an area of opportunity, particularly with PIP and AD. Part of our focus moving forward is to leverage our opportunity with the new access we've gained that until recently never available. It will be an exciting time as we learn how to use this information to increase our detection efforts, improve our investigations and identify additional major cases. We are positioned well to lead the country in these efforts and to have a larger overall impact on our business in NY in 2022 and beyond.

Our action plans outline our focus on fraud detection, improved efficiency and investigative outcomes and customer interaction with claims. For this plan we wanted to implement quality action items that are feasible, actionable and we can be held accountable for. We need to increase our brand within the claims departments to drive awareness and improve our manual referrals. In 2021 most of our cases were established as a result of SIU processes or SIU proactively mined cases. One of our main focuses will be to drive our New Cases Assigned by increasing the manual referrals we see from our claim partners.

Our loss report volume in 2021 is running 12 points higher than in 2020 and 14 points lower when compared to 2019 but our cases assigned in 2021 exceed 2019 results for the same time period. We've opened approximately 840 fewer cases this year compared to the same time in 2020 but we have exceeded the 2019 openings by over 2,900 cases. The NCA percent exceeds 2019 but is below where we ended 2020, this is an area of opportunity for the region and YTD we are at 7.27%. Claims Home Office SIU is working on expanding the automated referral process to include all coverages to create additional cases which will impact our features investigated and our NCA. The expansion of the automated referrals will play a role in our short, mid and long-term outlook by increasing the cases funneled to SIU based on suspicious activity as result of our prior investigative outcomes.

The company has started to shift from reviewing NCA as a target and is moving towards a percent of features investigated. We still need to develop this metric and there is going to be a separate target for injury and non-injury features. We have worked with home office to develop the reporting and we are confident that the proper features will be captured. We fair well compared to other regions when reviewing injury features as a percent opened and we are on the lower side of non-injury features investigated. This is despite lowering our VELM cut score which generates more collision and comprehensive claims. It will be a joint effort between SIU and the claim departments to make sure we receive the right referrals to investigate.

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                 G011913

We have seen an improvement in our effectiveness since we established our team approach where we assign files by case type. The overall result has gone from 25.6% to 28.9% but there's opportunity at the team, case and investigator level to drive this result higher. We have been working with CHO SIU to calculate loss avoidance dollars so we can accurately report our contribution to the bottom line and the value of improving our investigative results. We need more granular information to determine the loss avoidance dollars associated to each point of improvement by case type and/or coverage. We will continue to partner with CHO SIU to drive this initiative because this will have long term implications on how to prioritize our work and maximize our impact. We've submitted our ideas and a framework for review to help developing a model with Claims Home Office.

We continue to evaluate the benefit of field work and in-person EUO's and it is still our stance that whenever there is an element of an intentional act (staged or caused), a questionable theft or questionable shop activity field work will be required. Even when we return to normalcy there will be a place for the telephonic EUO process. We are currently piloting having internal investigators becoming EUO certified which will increase our capacity to hold EUO's and have productivity and case life implications.

We've been working files as desk investigations which is the "model operation" that was proposed by CHO prior to the pandemic. In addition to working cases and assigning "assists" from desk investigators to field investigators we started a new process that involves pairing a field and an internal investigator. The file is initially assigned to a field investigator and an internal investigator is responsible for drafting the initial case assessment and running all obvious backgrounds. When the field investigator reviews the case, they will go directly into the investigative portion of the file making contacts, completing field work and establishing EUO's if warranted. We have seen favorable results from the small-scale pilot (1 field paired with 1 inside investigator) and we will be expanding it 4Q21. This process if successful may lead to a decrease in cost (possible lower paygrade for completing backgrounds/ICA), increased productivity and decrease in case life.

One of our main focuses in 2021 was working on non-medical major cases and bringing them to closure. We have presented cases to PIP and AD and this is where we feel there is still opportunity. We need to get the cases to the finish line faster and see the results of our work to make it a worthwhile effort. Part of our plan is to develop timeframes and expectations for our main major case types and draft step by step who is responsible once the cases are presented. Having a clear process will improve the regions time to action and it will be a joint process between the departments. Claims and SIU agree that presenting cases that may lead to DJ's is the direction we should be heading. We've had limited success in filing them thus far and recently received CHO Legal approval to explore utilizing different counsel for this task. The DJ process will have a long-term impact on our business and effect multiple coverages. This is something that needs to happen, and we will partner with claims to get it done.

In BI we have continued to increase our CARPE Data process and we have included UM/UIM into the process this year. YTD we have established an additional 337 cases as a result of CARPE Data which allows us to get to the case quicker and may provide periodic updates through the life of the feature. To improve the communication with the BI Department we will include additional information on our monthly summary to include attorney information on suspicious claims we've investigated for

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential

intentional losses. The DJ process will have a side benefit for BI once the DJ's are filed and become public knowledge.

To be the Amazon of insurance in SIU we need support and more horsepower.  We made traction this year in gaining access to information we never had, and we are grateful to those that assisted us.  The fact is there are gaps in our processes (Claims, UW and SIU), systems and tools that are available to us. Over the mid-term we need to bring SIU into the fold with a new system that is user friendly and more flexible. The biggest frustration is that if we are identifying issues in SIU it's too late, the fraud has already come in the door. The tools we have available to us are reactive, we can find claims or policies only after they are reported or sold.  We need tools and technology that allow claims and underwriting to stop the fraudsters at the front door before we write the policy. This needs to be part of the short, mid and long-term outlook for the company and it's not specific to R2 SIU.  We can send underwriting the bad policies we identify the next day, or same day, but that does not help the claim department if a claim comes in before the policy clears our books.

The Carpe Data Project and automated referrals are steps in the right direction but leave much to be desired.  VELM is still limited to collision and comprehensive coverages while Carpe Data still requires a manual review of documents and information to be entered.  Ideally in a new system we would not have information in shared folders to enter SICM and we would have an accurate way to identify possible fraud across all coverages.  In the next 5 years we need to be more proactive, aggressive and get the needed support to combat fraud countrywide.

## SIU Action Plans

## **Customer and Associate Focus**

**Customer. A:**    Update the monthly reporting of SIU results to the officers and the planning department to include:

- The count of case types (Staged, VELM, SM, Etc) closed each month with the effectiveness results currently furnished
- Include case life metrics by case type
- Quartiles in productivity for specialty teams
- EDR Metrics/Status
- EUO Metrics/Status

**DRI:** B. Newport                          **Team Members:** SIU Supervisors
**Impact:**  Increase Fraud Awareness          **Start Date:** October 2021

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                                                    G011915

**Customer. B:**    SIU will recognize associates and supervisors with the top number of referrals and the highest acceptance rate for each department.  Below are options we can utilize to show our recognition:

- Star Rewards
- Gift Cards
- Deliver lunch
- Gift Baskets

Email to the department and include Manager, Director and AVP

**DRI:** B. Newport    **Team Members:** Claim Managers
**Impact:**  Increase Referrals and    **Start Date:** September 2021
Acceptance rate

**Customer. C:**    SIU will facilitate a monthly meeting with the top quartile supervisors in referrals from each department to organize best practices and discuss what they are seeing.  We will solicit feedback on investigations, awareness and other things we can do to improve.

**DRI:** B. Newport    **Team Members:** A. Nazari
**Impact:**  Increase Referrals and    **Start Date:** November 2021
Acceptance rate

**Customer. D:**    Expand on our monthly Director and Manager meetings.  In addition to reviewing market sectors, case types and supervisor activity we will review rejected referrals at the supervisor level.  We will review the referral, verify intake attempted to rectify and discuss if we agree with the decision.  This information will result in an improved acceptance rate for each department and a better understanding for both sides. Part of our monthly submission to the officers will include information reviewed with each department.

**DRI:** B. Newport    **Team Members:** T. Bishop
**Impact:**   Increase Referrals and    **Start Date:** October 2021
Acceptance rate

**Customer. E:**    Track the 4th quartile supervisors for referrals and acceptance by department and meet with them monthly to discuss best practices in their area and work the referral queue with them.

**DRI:** B. Newport    **Team Members:** T. Bishop

4 | P a g e
Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                                          G011916

**Impact:** Increase Referrals and Acceptance rate          **Start Date:** October 2021

**Customer. F:**    Utilize SICM to track cases to provide feedback to the claim department managers on the following situations:

- Cases where a 3rd/4th EUO were requested due to untimely handling
- Claims that were paid while an investigation was ongoing

**DRI:** B. Newport          **Team Members:** T. D'Agata
**Impact:** Increase Awareness and Improved Efficiency          **Start Date:** November 2021

**Customer. G:**    SIU will develop and own the EUO reporting for fraud related cases for the region.  We will create a process to track how many EUO's are scheduled (by IP and Occurrence), held (by IP and Occurrence), status of EUO's held and how many resulted in multiple no shows.  This information will be included in our monthly report to the officers on SIU metrics.

**DRI:** B. Newport          **Team Members:** C. Wolfe
**Impact:** Improve Awareness          **Start Date:** October 2021

**Customer. H:**    SIU Managers will collaborate monthly to recognize 4 associates and 2 supervisors for outstanding work and/or achievements and publish the results to the department.  In addition to public recognition we will utilize the Star Rewards program.

**DRI:** B. Newport          **Team Members:** C. Wolfe
**Impact:** Improve AOS          **Start Date:** October 2021

**Customer. I:**    Regional SIU "Hot Topic" will be drafted and shared with the entire region.  The notification will include:

- Successful referrals that developed into cases with positive findings
- Bio's and pictures of the Investigators and Supervisors involved
- Steps taken to investigate the files of the investigations
- Theft recoveries
- Arrests
- Successful EDR and Telematic Cases

**DRI:** B. Newport          **Team Members:** SIU Supervisors

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                             G011917

**Impact:** Increase Fraud Awareness          **Start Date:** September 2021

**Customer. J:**     SIU will hold a quarterly meeting to include a rotation of liability mangers, RLA's and AD management to roundtable current trends and issues.  We will review cases that involve multiple departments and follow the investigations from the referral to the claims decision to identify areas for improved communication, investigation and decision making.  Part of the discussion will be fraud investigation vs. claims investigation, proper handling of subpoena's, NICB requests, State Complaint handling and EDR Cases.

**DRI:** B. Newport                **Team Members:** A. Neyland
**Impact:**  Increase Loss Avoidance         **Start Date:** January 2022

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                                       G011918

## Leveraging Data to Increase Detection and Non-Medical Major Cases

**Detection. A:**    Increase EDR utilization as a tool in our investigations.  We will develop the information to increase identification by loss type, verify compatibility and improved intake processes.  Summary of monthly outcomes to be sent to officers and directors for review.

- Identify hit and run cases with inspections established
- UM/UIM/PIP claims with phantom vehicles/unknown V2
- Intake will update the referral and funnel it an EDR Certified Investigator
- Upon completion of the EDR and the investigation the closing summary will be sent to the examiner and the supervisor for review
- SIU will provide a daily summary to the managers of cases that closed where the tool was utilized so they can review for possible decisions

**DRI:** B. Newport                              **Team Members:** A. Neyland
**Impact:**  Improve Effectiveness          **Start Date:** September 2021


**Detection. B:**    Increase identification of claims by cross referencing all new open claims against known characteristics daily.  This includes a bulk review of IP Address, SaneId and multiple other factors on the policy and claims transaction tables.  Previously we were limited to information entered Atlas, we now can query tables behind the scenes for possible links.

- Investigators handling current cases will be supplied the information that links their case to other claims to be used as part of the investigation
- The information gathered will be updated in the closing summary providing the claim departments with more information to make the proper decision

**DRI:** B. Newport                              **Team Members:** SIU Analysts
**Impact:**  Increase New Cases Assigned and      **Start Date:** October 2021
Improved Effectiveness

**Detection. C:**    As we identify additional claims attributes, we will review them against the policy tables to identify additional broker activity or suspicious underwriting activity.

**DRI:** B. Newport                              **Team Members:** SIU Analysts
**Impact:**  Increase New Cases Assigned and      **Start Date:** November 2021
Broker Identification

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                                  G011919

**Detection. D:**  Leverage our new access against our current KSD database to find additional matching characteristics weekly.

> **DRI:** B. Newport  **Team Members:** SIU Analysts
> **Impact:**  Increase New Cases Assigned  **Start Date:** October 2021

**Detection. E:**  SIU will develop a proactive mining run for seasoned business UM/BI claims when an attorney is added and there are no inspections, or payments made, for the occupant's vehicle.  If an inspection is established, we will review cases with 12 labor hours or less. This list will be reviewed by an analyst in SIU daily to determine if the case should be assigned for further investigation. We will trend the information by attorney monthly for claims and cases to report our findings to the BI management team along with the investigative results.  This will be in addition to reviewing all NBUS UM/RBI opens which are currently completed daily by SIU.

> **DRI:** B. Newport  **Team Members:** SIU Analysts
> **Impact:**  Increase New Cases Assigned  **Start Date:** October 2021

**Detection. F:**  Execute on expanding review of Carpe lookback period every three months.  This will result in more reviews of UM & BI features to have an impact on the overall coverage. Our plan is to have Carpe complete a monthly review for each RBI/UM feature going back 27 months by November of 2022.

> **DRI:** B. Newport  **Team Members:** T. Bishop
> **Impact:**  Increase New Cases Assigned  **Start Date:** October 2021

**Detection. G:**  Utilize PIP data to extract CPT codes by attorney to identify possibly questionable treatment plans regardless of loss type and initially reported injury. The information will be used to identify cases to investigate and all findings of the project will be shared with the BI Management team.

> **DRI:** B. Newport  **Team Members:** Directors
> **Impact:**  Increase New Cases Assigned  **Start Date:** October 2021

**Detection. H:**  Prior to a UM being validated it will be referred to SIU for review based on fraud flags:
- No police report
- No witness
- No tow bills
- No vehicle inspection or minimal damage
- Phantom losses
- No photos

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                                G011920

- Only MV104 received

**DRI:** B. Newport                              **Team Members:** A. Neyland
**Impact:** Increase New Cases Assigned          **Start Date:** October 2021

**Detection. I:**   Meet with Liability, PIP and AD Directors monthly to review loss ratios by coverage to identify areas of opportunity by sector.  Based on the discussion we will establish the information that should be reviewed and an expected timeframe for completion.

**DRI:** B. Newport                              **Team Members:** Directors
**Impact:** Increase New Cases Assigned          **Start Date:** October 2021

**Detection. J:**   All SIU closed claims will be run through a program to extract characteristics to be reviewed and when a pattern is discovered it will be updated to KSD to flag new claims reported. This will be done weekly, monthly and quarterly and may lead to additional major cases.

**DRI:** B. Newport                              **Team Members:** SIU Analysts
**Impact:** Increase New Cases Assigned          **Start Date:** October 2021

## Improving Our Associates and Investigations

**Investigations. A:** Assist in developing cases for CHO SIU and Legal for the telematics data that is available.  The data includes actual and predictive information about the road type, speed limit, weather, direction of travel, speed at impact and severity.

**DRI:** B. Newport                              **Team Members:** D. Campbell
**Impact:**   Improved Effectiveness             **Start Date:** October 2021

**Investigations. B:** Institute timeliness guidelines for non-medical major cases and verify adherence by including the timeframes in our quality audits.  The protocol includes the steps and timeframes (by day) that need to be completed including presenting findings to supervisor and manager by major case type.

- This will result in a minimum of 5 new major cases per month

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential                                                              G011921

- Institute productivity goal for major cases that will include case assignments and presentations to management, claims, counsel, referrals to law enforcement and closures
- Target expectation is to have 2 major cases presented that would be considered for claims to file affirmative action
  - Opportunity for more DJ's by filing on single staged losses once the process is up and running

**DRI:** B. Newport
**Impact:**  Improved Case Life for Major Cases

**Team Members:** A. Neyland
**Start Date:** September 2021

**Investigations. C:** Utilize AA database to track major cases presented to claims that may result in possible affirmative actions or DJ's.  This will allow us to track where the case is, who is responsible for the next step and verify it's being worked to completion.  SIU will present their case findings to claims and claims home office legal for a decision to be made.  If the decision is made to move forward with legal action it will be updated into the database.  Once entered into the database claims will establish communication with fee counsel to advise of their decision to pursue legal action.  SIU will provide the evidence and investigative for claims and fee counsel to determine the viability of possible action.

- SIU and the involved claims department will meet monthly to review the status of any pending actions
- The results will be reported monthly to the officers and directors

**DRI:** B. Newport
**Impact:**  Increase Loss Avoidance

**Team Members:** A. Neyland
**Start Date:** Ongoing

**Investigations. D:** In addition to CHO Re-Reviews the manager will conduct 15 reviews of audits completed by the supervisory team.  These files will be reviewed monthly at a calibration session to verify the following:

- All backgrounds noted in the investigation are loaded as a document into evidence
- RI's are secured and if they are not needed it is clearly documented
- All leads are followed
- All relevant closing documents and summaries are loaded to the Atlas file

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential

G011922

> **DRI:** B. Newport
> **Impact:** Improve Quality

> **Team Members:** SIU Supervisors
> **Start Date:** September 2021

**Investigations. E:** Conduct training for each specialized team on our expectations by case type. The protocols will outline step by step what our investigative expectations on all Staged, VELM, Social Media, Theft and Shop Cases.  Our regional audits will utilize the protocols to hold ourselves accountable.  During case calibrations we will verify each case follows the established protocol.

> **DRI:** B. Newport
> **Impact:** Improve Effectiveness

> **Team Members:** G. Cassagne
> **Start Date:** September 2021

**Investigations. F:** All internal investigators will become EUO Certified.  This requires them to observe EUO's, complete an online course and pass a knowledge test.  Once completed internal investigators will conduct telephonic EUO's when appropriate and no longer require an "assist" for these cases.

> **DRI:** B. Newport
> **Impact:** Improve Efficiency

> **Team Members:** A. Nazari
> **Start Date:** October 2021

**Investigations. G:** Conduct adverse audits on intake decisions.  Each intake analyst will receive 10 target audits per week by the intake supervisor on cases they rejected.  These will be used to calibrate the analysts and a case will be established if the supervisor disagrees with the decision.  These cases will be reviewed with claims as part of the manager and director meetings and reported in the SIU monthly summary

> **DRI:** B. Newport
> **Impact:** Increase Loss Avoidance

> **Team Members:** T. Bishop
> **Start Date:** October 2021

**Investigations. H:** Assist in developing cases for CHO SIU and Legal for the telematics data that is available.  The data includes actual and predictive information about the road type, speed limit, weather, direction of travel, speed at impact and severity.

> **DRI:** B. Newport
> **Impact:** Improved Effectiveness

> **Team Members:** D. Campbell
> **Start Date:** October 2021

**Investigations. I:** Expand current pilot program to the UCW Team to fully realize the efficiency, productivity and capacity gains.  This program is like the model operation except the

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential

G011923

file remains with the assigned investigator.  Upon establishing the case it is worked by an internal investigator and they complete the initial case assessment and conduct all backgrounds.  The assigned investigator completes all necessary investigative steps and any field work that is required.  The investigator completing the backgrounds will be held accountable for the activities and time to ICA.  The assigned investigator will have increased productivity expectations while being held to the audit guidelines for timeliness.  Downstream there is potential for onboarding associates at a lower grade to complete the initial portion of the case if successful.

**DRI:** B. Newport
**Impact:**  Improved Case life and Decreased cost

**Team Members:** C. Janik
**Start Date:** October 2021

**Investigations. J:** All "assist" cases sent to a field investigator from an internal investigator must be reviewed by both supervisors if the "assist" is going to be closed without action.  The field supervisor is responsible for documenting the case that it was reviewed and agreed upon with the internal supervisor.  These cases will be target audited monthly by the manager.

**DRI:** B. Newport
**Impact:**  Improve Effectiveness

**Team Members:** G. Cassagne
**Start Date:** September 2021

Confidential Information of the GEICO Companies

Sensitivity: Confidential
Sensitivity: General/Internal

Highly Confidential

G011924