# EXHIBIT 73

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
------------------------------------------X
KEITH FISCHER, MICHAEL O'SULLIVAN,
JOHN MOESER, LOUIS PIA, THOMAS
BARDEN, CONSTANCE MANGAN, and
CHARISE JONES, individually and on behalf
of all others similarly situated,

    Plaintiffs,

           Case No.:
           2:23 Civ. 2848
           (GRB)(ARL)
    -against-

GOVERNMENT EMPLOYEES INSURANCE
COMPANY d/b/a GEICO,

    Defendants.
------------------------------------------X


DEPOSITION OF

    MARIA MUNOZ

    Tuesday, December 17th, 2024

    New York, New York


Reported By:

Marina Dubson


Job #: J12144279



DATE: December 17th, 2024

TIME: 10:00 a.m.

DEPOSITION of MARIA MUNOZ, an opt-in Plaintiff herein, taken by the Defendant, pursuant to Federal Rules of Civil Procedure, and Notice, held at Duane Morris, LLP, 1540 Broadway, 14th Floor, New York, New York 10036, at the above-mentioned date and time, before MARINA DUBSON, a Notary Public of the State of New York.



APPEARANCES:


OUTTEN & GOLDEN, LLP
Attorney for Plaintiffs
685 Third Avenue, 25th Floor,
New York, New York 10017
(212) 245-1000
BY: SABINE JEAN, ESQ.
    Sjean@outtengolden.com

    JARRON MCALLISTER, ESQ.
    Jmcallister@outtengolden.com



DUANE MORRIS, LLP
Attorney for Defendant
1540 Broadway, 14th Floor,
New York, New York 10036
(212)471-1856
BY: GREG SLOTNICK, ESQ.
Gsslotnick@duanemorris.com



Gil Peretz, Shereck Video, videographer


ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties, as follows:

THAT all objections, except as to the form of the questions, shall be reserved to the time of the trial;

THAT the within examination may be signed and sworn to before any Notary Public with the same force and effect as if signed and sworn to before the Court;

THAT filing of the original transcript of the examination is waived.



M. Munoz

THE REPORTER:  Please confirm your orders?

MR. SLOTNICK:  Rough draft and 5-day expedite final.

MS. JEAN:  Copy, regular turnaround.

XXXX

THE VIDEOGRAPHER:  Good morning.  We're on the record, and the time now is 10:07 a.m.  Today's date is December 17, 2024.

This is media one in the video deposition of Ms. Maria Munoz in the matter of Keith Fischer versus Government Employee Insurance Company.

The index number is 2:23 Civ. 2848(GRB) (ARL).

My name is Gil Peretz.  I am the legal videographer with Shereck Video in association with Esquire.

Today, we're at the office of Duane Morris LLP located at 1540 Broadway on the 14th floor in New



M. Munoz

York City.

Would counsel please identify themselves and state whom they represent?

MS. JEAN:  Good morning.  This is Sabine Jean from Outten & Golden on behalf of plaintiffs and opt-in plaintiffs.  Along with me is my colleague, Jarron McAllister, also from Outten & Golden.

MR. SLOTNICK:  Good morning. My name is Greg Slotnick.  I am an attorney with Duane Morris, LLP, representing the defendant, Geico, in this case.

THE VIDEOGRAPHER:  Thank you. The court reporter with us today is Marina Douglas [sic] with Esquire --

(Clarified by the Court Reporter.)

THE VIDEOGRAPHER:  Dubson, my apology, with Esquire.

Would the court reporter please swear in the witness?



                    M. Munoz

              (Whereupon, the witness was

          sworn in by the Court Reporter.)


M A R I A   M U N O Z,

          after having first been duly sworn by

          a Notary Public of the State of New

          York, was examined and testified as

          follows:

EXAMINATION

BY MR. SLOTNICK:

          Q.    Good morning, Ms. Munoz.

          A.    Good morning.

          Q.    Could you please state and

spell your name for the record?

          A.    Maria Munoz, M-A-R-I-A,

M-U-N-O-Z.

          Q.    And what is your current

address?

          A.    207 Central Park Road,

Plainview, New York 11803.

          Q.    Thank you, Ms. Munoz.  And

before we get started, I introduced myself,

I am going to introduce myself again for

the record.  So, my name is Greg Slotnick.



M. Munoz

A.    No.

Q.    Do you know what your current performance metrics are?

A.    Yes.

Q.    What are they?

A.    I am rated on my file audits, case life and productivity.

Q.    Can you describe what you mean by file audits?

A.    So, we have an audit team who audits the SIU department.  And I don't know the number, it's based on your hours worked per month of how many audits you get.  So, it's a grade for your case.  They take a case, and they grade it.

Q.    Do you know what they grade it based on?

A.    Oh, yeah.  There -- I mean, there's many different things.  I mean, it goes from the investigative quality up until did you upload a document that was supposed to be uploaded.  I mean, there's many other factors.

Q.    And you mentioned case life.



M. Munoz

What do you mean by case life?

A.    Close your case quick.

Q.    When you say close your case quick, what do you mean?

A.    So, the goal is to get your cases closed.  The higher your case life, the more it's detrimental to your number, so you want your case life to be low.  That would be -- and you would be in the higher percentage, so get it done quick.

Q.    What do you mean by detrimental to your number?

A.    So, with those three, with the file audits, productivity and case life, each are rated something different, a percentage, right?  Case life is the lowest one.  I think it's 20 percent.  I'm not sure of the exact number.

But, again, your case life, you want to be within the -- the top percentile, or at least the second quartile with your number.  But we don't know the exact number of what that is.

Q.    Is there a target case life for



M. Munoz

your cases?

A.    I've never been told a number.

Q.    Do you know if that exists?

A.    I don't know.

Q.    And then you mentioned productivity.

What do you mean by productivity?

A.    So, that's basically the work -- the cases you close.  So, it's based somehow between your hours worked, cases received and cases closed.  So, you're -- when you close your cases, you're being productive.

Q.    Do you know if the same metrics applied to all of the field investigators in SIU?

A.    At this time?

Q.    Yes.

A.    Yes.  They all do at this time. It's a countrywide thing now.

Q.    And you say now.

What was it previously?

A.    When we were a region,



M. Munoz

A.    At minimum, it's 38.75.  At maximum, it's 39.99999.  As long as it doesn't go over 40.  So, I -- I am all in between.

Q.    Are you still working your general set schedule from 7:00 a.m. to 3:30?

A.    That is my general schedule. But that's -- if you looked at my Workday submissions the last few months, this whole year, I have been working almost over eight hours Monday through Thursday.  And then by the time Friday comes, I only have like whatever's left of the 38 to 39 hours and then I have to clock off.

And then that's when I've asked for, if needed, additional time to work. Because I am willing to work, but they, you know, don't want me to, so I stop. Computer goes off.  Phone's on the charger. I don't do anything after the hours.  I don't pick up calls.

Q.    And those requests you just mentioned, those were the requests you



M. Munoz

A.    Most of the complaints were in regard to the workload but then would lead to hours worked, because in order to get the work done, you just had to work more than what was expected of you.

Q.    Do you currently feel that in order to get the work done, you have to work more than what's expected of you?

A.    Well, currently, I don't.  So, my case life might be a little higher than -- I mean, I think I am about average right now.  But currently, no.  It feels, I mean, a little different.  It's just they still don't have it all together.  They're trying.

Q.    Did any manager or supervisor at Geico ever directly tell you that you should work off the clock?

A.    No.  I -- I don't believe so.

Q.    Did any manager or supervisor at Geico ever directly tell you you should not accurately record all of your hours worked?

A.    I don't recall.



800.211.DEPO (3376)
EsquireSolutions.com

                              M. Munoz

                    C E R T I F I C A T E


STATE OF NEW YORK        )
                         :
COUNTY OF RICHMOND       )


        I, MARINA DUBSON, a Notary Public for

and within the State of New York, do hereby

certify:

        That the witness whose examination is

hereinbefore set forth was duly sworn and

that such examination is a true record of

the testimony given by that witness.

        I further certify that I am not

related to any of the parties to this

action by blood or by marriage and that I

am in no way interested in the outcome of

this matter.

        IN WITNESS WHEREOF, I have hereunto

set my hand this 17th day of December 2024.



                    _____
                              MARINA DUBSON

