# EXHIBIT 74

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

KEITH FISCHER, MICHAEL O'SULLIVAN, )
JOHN MOESER, LOUIS PIA, THOMAS      )
BARDEN, CONSTANCE MANGAN, and       )
CHARISE JONES, individually and on )
behalf of all others similarly      )
situated,                           )
                                    )
            Plaintiffs,             ) Case No.
                                    ) 2:23 Civ. 2848
            vs.                     ) (GRB)(ARL)
                                    )
GOVERNMENT EMPLOYEES INSURANCE      )
COMPANY d/b/a GEICO,                )
                                    )
            Defendant.              )
------------------------------------)

REMOTE DEPOSITION OF JOHN VINCENT DIBLOSI

East Islip, New York

Thursday, January 8, 2026

Reported by:

KRISTIN KOCH, RPR, RMR, CRR

JOB NO. J13981783



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

                    January 8, 2026

                    10:01 a.m. EST


        Deposition of JOHN VINCENT DIBLOSI,

held remotely before Kristin Koch, a

Registered Professional Reporter, Registered

Merit Reporter, Certified Realtime Reporter,

Electronic and Traditional Notary Public of

the State of New York.



A P P E A R A N C E S:   (Via Zoom)


      OUTTEN & GOLDEN LLP

      Attorneys for Plaintiffs

            685 Third Avenue

            New York, New York 10017

      BY:   ZARKA SHABIR DSOUZA, ESQ.



      DUANE MORRIS LLP

      Attorneys for Defendant

            190 South LaSalle Street

            Chicago, Illinois 60603

      BY:   GREGORY TSONIS, ESQ.



J. Diblosi

J O H N   V I N C E N T   D I B L O S I,

called as a witness, having been duly sworn

by a Notary Public, was examined and

testified as follows:

EXAMINATION BY

MR. TSONIS:

Q.    Mr. Diblosi, could you just state and spell your name for the record.

A.    Sure.  My name is John Diblosi.  First name J-O-H-N, last name D-I-B-L-O-S-I.

Q.    And where do you currently reside?

A.    4903 Thomas Drive, East Islip, New York 11730.

Q.    How long have you resided at that address?

A.    Four and a half years.

Q.    Prior to that, where did you reside?

A.    I was in 3902 Southwest 22nd Street in Fort Lauderdale, Florida.

Q.    I see.  So about when did you move from Florida to New York?

A.    In May of 2021.

Q.    Ah, okay.

A.    Yeah.



J. Diblosi

within the week that you were assigned that inspection.  So if you got the assignment on -- I forgot what it was, like on a Thursday or a Friday, it had to be completed by the end of the following week.  So you had two business days for interviews, to write up the interviews and close the case, and you had about seven days to do -- or five business days to do a field inspection.

Q.    If I am understanding right, you had -- after an EUO was actually conducted, you had two business days to document that EUO --

A.    Correct.

Q.    -- in the system?

A.    Correct.

Q.    And similarly, if there was an inspection that had to be done, you had five business days to complete the documentation?

A.    Yes.

Q.    Any other timelines that you recall?

A.    I do not recall any other at this time.

Q.    How was your, I guess, job performance covered, was it something that was regularly discussed by your supervisor, what form did that take?



J. Diblosi

A.    For the most part, it was favorable. It wasn't towards -- it wasn't until the last few months of my employment, I had a very difficult time keeping pace with the metrics and the expectations of GEICO, so I did have a discussion about not being available for training or completing training by GEICO and for lacking on the what we call the mining of cases, developing cases, within the monthly time frame.  That's another thing I recall now.  They gave us a month to create so many cases.  They wanted us to generate I believe it was 18 cases a month, 18 EUOs on our own, develop clients to interview, and we had to develop a certain amount every month. So I remember I was having a very difficult time keeping up with that pace, yeah.

Q.    So I think, if I am understanding correctly, you said your performance was pretty strong and solid up until, I guess, the last few months of your time with GEICO; is that accurate?

A.    Yeah, I would say up until the last three or four months I was starting to have difficulty.

Q.    In the last three or four months is



800.211.DEPO (3376)
EsquireSolutions.com

C E R T I F I C A T E

STATE OF NEW YORK     )

                      ) ss.:

COUNTY OF NASSAU      )


           I, KRISTIN KOCH, a Notary Public within and for the State of New York, do hereby certify:

           That JOHN VINCENT DIBLOSI, the witness whose deposition is hereinbefore set forth, was duly sworn by me and that such deposition is a true record of the testimony given by such witness.

           I further certify that I am not related to any of the parties to this action by blood or marriage; and that I am in no way interested in the outcome of this matter.

           IN WITNESS WHEREOF, I have hereunto set my hand this 13th day of January, 2026.


    ---------------------------
           KRISTIN KOCH, RPR, RMR, CRR