# Exhibit B



# Workday
## Check-In/Check-Out Enablement
Management Announcement

Sensitivity: General/Internal

# What is changing?

Field associates will be entering time both in/out of work real time on their phones through a WD app



# What Will Change

All adjusters should use the Workday **mobile app** over the desktop app for check-in

- Eliminates any delayed **Boot Up Time** for the associate
- Allows Adjuster to check in from their vehicle/home/office/shop (depending on their line of work)

The adjuster will **not be able to edit/correct** improperly stamped time in Workday

- All requested updates will need to be made by the supervisor or manager
- Management must enforce how important it is for an adjuster to check-in and check-out in real time

Sensitivity: General/Internal

GA0010736

Confidential

## Understanding Except vs Non-Except

| Except (clock in/out NOT required) | Non-Except (clock in/out required) |
|---|---|
| Earn more than $23k Annually | Paid on hourly basis |
| Salary Basis | Must be paid minimal wage |
| No overtime | Take Direction from Supv/Manager |
| Administrative Duties (Total Organization) | Task functions |
| Typically controls time, functions entirely | Non administrative functions |

Sensitivity: General/Internal



Sensitivity: General/Internal

GA0010738

# Why is this changing?



This provides documentation from the associate when they worked in real time; true documentation of hours worked

This allows those not starting the day on a computer to enter the time they start work from vehicle/home/office/shop/canvas location

We have not had a great way to manage field associates

We have endured multiple legal challenges to our exempt/nonexempt time policies

This places the responsibility on the associate to report the correct time and for management to approve it daily



Sensitivity: General/Internal



Sensitivity: General/Internal

# START TIMES BASED ON WORK TYPE AND LOCATION



**OFFICE LOCATION**
Check-In:
Time begins when associate reaches your office desk location
Check-Out:
Time ends at desktop sign-off

**WORKING FROM HOME**
Check-In:
Time begins when associate opens their laptop
Check-Out:
Time ends at desktop sign-off

**FIELD ADJUSTERS/INVESTIGATORS**
Check-In:
Time begins when associate begins their admin time from place of residence or starting location
Check-Out:
Time ends after last appointment. Drive Time not considered.

**Drive-By**
Check-In:
Time starts when associate arrives at their drive-by location.
Check-Out:
Time ends after last appointment. Drive time not considered.

Sensitivity: General/Internal



Sensitivity: General/Internal

GA0010743

Sensitivity: General/Internal



## Backend Reporting

- We are not aware of what or how they will double check our entries
    - Based on the expectation of "close management", we expect reporting/auditing at some point
- Bottom line, integrity is always an issue
    - Please be honest and manager your time
    - If you are working, be clocked in
    - If you are not working, be clocked out
    - DO NOT work while clocked out
    - DO NOT be handing personal business while on the clock

# Rollout Timeline

- 12/20- AD/SIU Associate Email Communication
- 12/21- AD MDP Discussion- Basics of Time Tracking, Pilot
- 12/21- AD MDP Training Sent to MDP's
- 12/31- Rollout to AD MDP's
- 1/12/2023- AD MDP Feedback and Alterations to Training
- 1/16- AD/SIU Training Sent to All Associates
- 1/28- Rollout of Time Tracking to All AD and SIU Associates

Sensitivity: General/Internal

Confidential

GA0010746



# Associate FAQ

**What if I forget to check in and check out? What if I make an error checking in or out?**

If you forget to check in or out or make an error in time entry, immediately notify your direct supervisor via email. Provide the time block that needs to be corrected (first, second, or both) and the correct time to input, and your supervisor will make the updates.

**How will my supervisor know if my check in/check out times are accurate?**

It is your responsibility to communicate if you require a correction to a time block. It is important that you check in and out in real time to accurately reflect your hours worked. However, if you make a mistake, your direct supervisor can make a correction in Workday.

**What if I can't access Workday?**

If you can't access Workday, you should **immediately report the issue to your direct supervisor.**

For example, if you can't log-in to Workday due to a password issue, **reset your password** using the proper Workday **help channels** for your mobile device. for your mobile device.

If you cannot log-in due to connectivity, check-**in as soon as you regain connectivity and check-out as normal.** Immediately notify your supervisor of the issue and correction.

Sensitivity: Confidential

Sensitivity: General/Internal

Confidential      GA0010747

# Check-In/Out Trainees And Orientation

## Trainee Transitions

- While associates are attending AD Basic Training, they will **not** have check-in/check-out enabled in Workday.

- Associates will begin to receive mobile phones during their basic course; however, they are not guaranteed on day one. We are encouraging associates to rely on their phones to check in and out. As a result, we will be blocking the check-in/check-out feature from this group of associates.

- Associates will have their time tracking activated in Workday for check-in/out once they've completed the training program and are moved into AD 'Orientation' job codes.

- All current AD Trainees will be updated in January so they are in the revised 'Orientation' job code roles.

Sensitivity: General/Internal

Confidential     GA0010748



Sensitivity: General/Internal



Sensitivity: General/Internal



Sensitivity: General/Internal

GA0010751



Confidential



## Management FAQ

**Is there an official process when I do not make necessary corrections to an associate's time that day?**

You should **make corrections daily**. If there is an extenuating circumstance that prevents you from making same-day corrections, you should make corrections **immediately the next working day**.

If you are unable to make corrections prior to the end of the pay period, you must contact your direct manager to make the corrections or assign a Workday delegate.

**What should I do if an associate has checked out but needs to take another call?**

The associate should check in whenever they are performing work duties, like handling a customer call. However, you should remind the associate that they should not perform any work duties, like handling customer calls or emails, once their work shift has ended and they have checked out for the day.

**If an associate asks me a question that I can't answer, where can I go for help?**

If the question is related to time and attendance, contact local HR. If the question is related to the time tracking functionality in Workday (desktop or mobile), refer your question to Elisabeth Bassen, EBassen@geico.com.

Sensitivity: Confidential

Sensitivity: General/Internal

Confidential

GA0010753



GA0010754



Sensitivity: General/Internal

GA0010755



Confidential

GA0010756