# Exhibit PP

Message

---

| | |
|---|---|
| **From**: | Goss, Scott [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=23F16057A89642909E4B34AAFE699AC6-GOSS, SCOTT] |
| on behalf of | Goss, Scott [SGoss@geico.com] |
| **Sent**: | 12/1/2021 4:54:13 PM |
| **To**: | McElvain, Ryan [RMcElvain@geico.com] |
| **Subject**: | RE: Quick Goals update |

What if, we took what is already built into the system and used it. We assigned an initial weight on PROD, say a "1" for each case. At the end of the case, if we did any of the following, we would up tick the 1 to something higher based on the activity. I am not stuck on the weighting below; this was off top of my head for an example.

F2F - .15
Forensics - .10
EUO - .2
EDR - .2
Canvas - .2
LE Referral - .1
Arrest - .15

Thus, if inv A starts a case his prod is (1.0 count/Hrs worked)*155......then they complete a Paint Transfer Kit (.10) and an EDR (.2) then PROD would be (1.3 count/hrs wked)*155.

Example A where it is a stock case without the kickers (1/8 hrs)*155 = 19.375 and Example B where kicker Activities exist (1.3/8hrs)*155 = 25.18

This would enable MIP to pull from our already existing tables and apply "kickers" to prod at closing. We have a couple we do not use, if there were a category of activity someone else thinks is super important. We do not use the withdrawal table. We can repurpose EUO attended and Interview Recorded if needed.



The last thing I think we need to take some time and consider is "what is the right PROD". This is an excellent time to reset since the entire apple cart is changing, I am not sure either of us believe 69 PROD is productive and 30 something may be under productive. I am concerned at the hidden overtime piece and looming new AD suit. I am concerned with the repeated workload AOS issues. I want to get 105% out of the team. I am just not sure what that means. All cases are not created equal.

Thanks,

**EXHIBIT**

**19**

exhibitsticker.com

GA0011613

 **Scott Goss**

Regional Manager | Special Investigative Unit
4295 Ocmulgee E. Blvd, Macon, GA 31295
Cell📱(470) 304-5482 | ✉ sgoss@GEICO.com

Get a quote and use my referral code: 93021

Sensitivity: Confidential

---

Sensitivity: General/Internal

**From:** McElvain, Ryan <RMcElvain@geico.com>
**Sent:** Wednesday, December 1, 2021 10:37 AM
**To:** Goss, Scott <SGoss@geico.com>
**Subject:** RE: Quick Goals update

Are you free around noon?

---

**From:** Goss, Scott <SGoss@geico.com>
**Sent:** Wednesday, December 1, 2021 6:42 AM
**To:** McElvain, Ryan <RMcElvain@geico.com>
**Subject:** RE: Quick Goals update

Let me know if I can be part of either conversation. But specifically, the PROD conversation. I think this would be a great time to reset our PROD to more accurately fit our work.

Thanks,

 **Scott Goss**

Regional Manager | Special Investigative Unit
4295 Ocmulgee E. Blvd, Macon, GA 31295
Cell📱(470) 304-5482 | ✉ sgoss@GEICO.com

Get a quote and use my referral code: 93021

Sensitivity: Confidential

---

Sensitivity: General/Internal

**From:** McElvain, Ryan <RMcElvain@geico.com>
**Sent:** Wednesday, December 1, 2021 8:42 AM
**To:** SIU Managers <SIUMANAGERS@geico.com>
**Subject:** Quick Goals update

Morning all, hope your week is going well. Just wanted to provide a quick update on goals/metrics. Last week it was decided that we would move to a more simplified goal package for associates, supervisors and managers. It will look similar to the slides we shared in the last meeting where there will be one primary metric that must be met in order to stay in the job. For almost all areas (SIU included) this metric will be related to productivity. The second metric that will be used for our associates will be Quality. There will be a third metric for supervisors and four for managers. Those are still being worked out, but effectiveness will likely be included in the manager goals.

Confidential

GA0011614

For productivity, we are working on a weighted scale that would give credit based on case types and field work. For Quality we are trying not to change the criteria, but just better define what we are focusing on so we can be calibrated countrywide. We are trying to complete everything within the next several days so we can get it to you and the officer group for feedback. Let me know if you have any questions.



**Ryan McElvain** | Director
Special Investigations
Phone: (619) 318-2018
Email: rmcelvain@geico.com

Confidential                                                                                                                                GA0011615