# Exhibit QQ



Confidential

GA0010734

EXHIBIT

4

## What is changing?

Field associates will be entering time both in/out of work real time on their phones through a WD app



GA0010735



Confidential

GA0010736



Confidential

GA0010737



Confidential

GA0010738



# Why is this changing?

This provides documentation from the associate when they worked in real time; true documentation of hours worked

This allows those not starting the day on a computer to enter the time they start work from vehicle/home/office/shop/canvas location

We have not had a great way to manage field associates

We have endured multiple legal challenges to our exempt/nonexempt time policies

This places the responsibility on the associate to report the correct time and for management to approve it daily

Confidential

GA0010739



Confidential

GA0010740



Confidential

GA0010741



Confidential

GA0010742



Confidential

GA0010743



Confidential

GA0010744

# Backend Reporting

- We are not aware of what or how they will double check our entries
  - Based on the expectation of "close management", we expect reporting/auditing at some point
- Bottom line, integrity is always an issue
  - Please be honest and manager your time
  - If you are working, be clocked in
  - If you are not working, be clocked out
  - DO NOT work while clocked out
  - DO NOT be handing personal business while on the clock

Confidential

GA0010745



Confidential

GA0010746



Confidential

GA0010747

# Check-In/Out Trainees And Orientation

**Trainee Transitions**

- While associates are attending AD Basic Training, they will **not** have check-in/check-out enabled in Workday.

- Associates will begin to receive mobile phones during their basic course; however, they are not guaranteed on day one. We are encouraging associates to rely on their phones to check in and out. As a result, we will be blocking the check-in/check-out feature from this group of associates.

- Associates will have their time tracking activated in Workday for check-in/out once they've completed the training program and are moved into AD 'Orientation' job codes.

- All current AD Trainees will be updated in January so they are in the revised 'Orientation' job code roles.

12/15/2022                    WORKDAY Time Tracking                    7

Sensitivity: General/Internal

Confidential

GA0010748



GA0010749



Confidential

GA0010750



Confidential

GA0010751



Confidential

GA0010752



Confidential

GA0010753



Confidential

GA0010754



Confidential

GA0010755



Confidential

GA0010756