**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>        Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL)<br><br>**[PROPOSED] AMENDED DISCOVERY SCHEDULING ORDER** |

Now before the Court is the Plaintiffs' Motion To Extend the Existing Discovery Schedule, filed pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 16(b)(4), and the undersigned Individual Motion Practices, Rules 1(C) & 2(B).  Based on the motion and for good cause shown, the Court hereby:

**GRANTS** Plaintiffs' Motion to Extend the Existing Discovery Schedule, and **AMENDS** the existing scheduling order as follows:

| **Deadline** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Plaintiffs' Disclosures | June 1, 2026 | 45 days after ruling on decertification motion |
| Defendants' Disclosures | July 15, 2026 | 90 days after ruling on decertification motion |
| Rebuttal Disclosures | September 1, 2026 | 120 days after ruling on decertification motion |
| Phase III Complete | September 30, 2026 | 165 days after ruling on decertification motion |

SO ORDERED.

Dated: _____          _____

                                    **HON. STEVEN I LOCKE, U.S.M.J.**
                                    United States District Court for the Eastern
                                    District of New York