**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>     v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>     Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Sophia Jane Balkoski is no longer associated with the law firm of Outten & Golden LLP as of July 21, 2026.  Pursuant to Local Rule 1.4(b), Plaintiffs request that Ms. Balkoski be withdrawn as attorney of record in this case and that all further electronic notices in the matter to Ms. Balkoski be terminated.  Counsel of record for Plaintiffs otherwise remain the same.

Dated: July 23, 2026
     Oakland, CA

Respectfully submitted,

_____
Sophia Jane Balkoski*
**OUTTEN & GOLDEN LLP**
1999 Harrison St. Suite 1500
Oakland, CA 94612
Telephone: 415-638-8800
Facsimile: 415-638-8810
jbalkoski@outtengolden.com

*Admitted *pro hac vice*

*Attorney for Plaintiffs and the Putative Classes and Collective*