**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

Case No. 2:23-CV-02848

District Judge Sanket J. Bulsara

Magistrate Judge Steven I. Locke

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME AND ENLARGEMENT OF WORD COUNT**

Now before the Court is Defendant's Unopposed Motion for Extension of Time and Enlargement of Word Count, filed pursuant to District Judge Bulsara's Individual Practices (Civil), Rule V.C, and in connection with Defendant's forthcoming Objections pursuant to Federal Rule of Civil Procedure 72 regarding Magistrate Judge Steven I. Locke's August 14, 2026 Order and Recommendation concerning Defendant's Motion for Summary Judgment and Motion for Decertification (DE 181).

Based on the motion and for good cause shown, Defendant's Motion for Extension of Time and Enlargement of Word Count is **GRANTED.** Defendant shall file its Rule 72 objections by September 11, 2026, Plaintiffs shall file any response by October 9, 2026, and the Parties' respective briefs shall contain no more than 5,000 words each.

__________________________________

District Judge Sanket J. Bulsara
United States District Court for the Eastern District of New York