**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT THE EASTERN DISTRICT OF NEW YORK**

KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,

Plaintiffs,
v.

GOVERNMENT EMPLOYEES INSURANCE COMPANY,

Defendant.

Case No. 2:23-CV-02848 (SJB) (SIL)

**[PROPOSED] AMENDED DISCOVERY SCHEDULING ORDER**

Now before the Court is the Plaintiffs' Motion to Extend the Existing Discovery Schedule, filed pursuant to Fed. R. Civ. P. 6(b), Fed. R. Civ. P. 16(b)(4), and the undersigned Individual Motion Practices, Rules 1(C) & 2(B). Based on the motion and for good cause shown, the Court hereby:

**GRANTS** Plaintiffs' Motion to Extend the Existing Discovery Schedule, and **AMENDS** the existing scheduling order as follows:

| Deadline | Current Deadline | New Deadline |
|---|---|---|
| Plaintiffs' Disclosures | June 1, 2026 | October 30, 2026 |
| Rebuttal Disclosures | September 1, 2026 | December 2, 2026 |
| Phase III Complete | September 30, 2026 | January 31, 2027 |

**SO ORDERED.**

Dated: ____________________

____________________________________
**HON. STEVEN I. LOCKE**
United States Magistrate Judge