# EXHIBIT A

**From:** Tsonis, Gregory
**Sent:** Wednesday, July 15, 2026 8:02 PM
**To:** tkessler@kesslermatura.com; gkaske@kesslermatura.com; mscimone@outtengolden.com; jmcallister@outtengolden.com; JSwartz@outtengolden.com; sjean@outtengolden.com; ZDSouza@outtengolden.com; RCowdin@outtengolden.com; Geico-O&G@outtengolden.com
**Cc:** S-GM-Fischer v. GEICO
**Subject:** Fischer, et al. v. Government Employees Insurance Company – Defendant's Expert Disclosure
**Attachments:** Thompson Declaration w Exhibits - 2026-07-15.pdf

***RE: Fischer, et al. v. Government Employees Insurance Company – Defendant's Expert Disclosure***
***Case No. 23-CV-02848 (E.D.N.Y.)***

Counsel –

Pursuant to the operative scheduling order (ECF No. 166) and Federal Rule of Civil Procedure 26(a)(2), attached is Defendant's expert disclosure in this matter.

Regards,

Greg

**Gregory Tsonis**
Partner

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652

GTsonis@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.