# EXHIBIT B

**From:** Tsonis, Gregory
**Sent:** Monday, March 30, 2026 4:49 PM
**To:** GEICO-SIU; Cowdin, Ryan C.
**Cc:** S-GM-Fischer v. GEICO
**Subject:** RE: Fischer SICM Data Questions

Counsel,

I write in follow up to your March 26, 2026 email. Each of your questions is addressed below.

1. The documents identified in your email have been produced at G025153-G025157.

2. (a) The hours data from July through December 2023 does not populate in GEICO's reporting. Our understanding is that the report was being updated during GEICO's reorganization and that the changes in the reporting functions affected the input of hours data for that period, with the hours data updating again beginning in January 2024. However, the time data produced by Defendant for each plaintiff contains the time data for this period, if applicable.

   (b) Pending cases is a field that shows the number of pending cases assigned to that individual at the time the report is generated. Given that this is historical data, the data field correctly reflects a zero value for essentially all time periods.

3(a). See 2(a).

3(b) The data in the second source tab (i.e., G025149/G025150) represents the criteria in use during the timeframe queried, and is not meant to be combined with G024036.

Regards,

Greg

**Gregory Tsonis**
Partner

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652

GTsonis@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

---

**From:** Cowdin, Ryan C. <rcowdin@outtengolden.com>
**Sent:** Thursday, March 26, 2026 1:29 PM
**To:** S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>
**Cc:** Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Fischer SICM Data Questions

Counsel,

We're writing with some time-sensitive questions about the SICM data produced in this matter related to Defendant's motion for decertification, filed March 6. As you know, GEICO produced the bulk of SICM data just before the close of business on March 3. Our response to the motion is due April 10. We have been analyzing the data and the Thompson Declaration attached to the motion as Exhibit 8 and have identified a few issues. Please provide a response as soon as possible, and no later than next Monday, March 30:

1. Has GEICO produced all SICM data to us that it has relied on in its motion for decertification? The "SICM Data" that Mr. Thompson relied on appears on page 31 of Exhibit 8, and contains no bates numbers – presumably because GEICO had not yet produced the data to us while it was working with Mr. Thompson to prepare his declaration. We did a search based on document title and could not find five of the excel spreadsheets listed on page 31. Please either produce these or direct us to the appropriate bates numbers as soon as possible:

    a. SIU_Case_Investigation Craig Costanzo 1-17-12-22.xlsx
    b. SIU_Case_Investigation Craig Costanzo 1-23-6-23.xlsx
    c. SIU_Case_Investigation Craig Costanzo 7-23-6-25.xlsx
    d. SIU_Case_Investigation Gerrd Cassagne 1-20-12-20 sup, inv, mth.xlsx
    e. SIU_Case_Investigation Peg Fischer- Keith- Fischer – Louis Pia 1-17-12-22.xlsx

2. For the datasets produced on March 3, it appears that there might be some missing pieces of data:

    a. The total reported hours from August through December 2023 is zero. Is this a data omission?

    b. Pending Cases is zero in every month except April 2023 and February 2026, which have non-zero pending cases. Is this a data omission?

3. For the datasets produced on March 3, it appears that there might be some split and/or conflicting data:

    a. For July 2023, 33 investigators appear in two separate source tabs (e.g., G025144 and G025147) where each tab contains a distinct, non-overlapping subset of metrics - one tab records Hours only, while the other records case counts and activity metrics. Could you confirm whether these split entries represent a single reporting period that was intentionally submitted across two tabs, or whether they reflect a data export issue? Should the records be treated as one combined monthly record per investigator or is there a different authoritative source for July 2023?

    b. For November and December 2020, 36 investigators appear in both G024036 and a second source tab (i.e., G025149/G025150) for the same month, with different values across the same fields (e.g., Hours, New Assigned Cases, Closed Cases). Could you confirm whether this data should be combined or if one source tab is authoritative over the other?

Best,
Ryan

**Ryan C. Cowdin**
Associate (he/him/his)

1225 New York Avenue, NW Suite 1200B, Washington, DC 20005
(w) 202-847-4409
rcowdin@outtengolden.com
**outtengolden.com**

Outten & Golden

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.