# EXHIBIT E

**From:** Cowdin, Ryan C. <rcowdin@outtengolden.com>
**Sent:** Wednesday, September 2, 2026 1:33 PM
**To:** Tsonis, Gregory; S-GM-Fischer v. GEICO
**Cc:** Stromberg, Daniel; Brooks, Molly; Geico-O&G@outtengolden.com
**Subject:** RE: Fischer v. GEICO Damages Discovery - Meet and Confer Requested

Hi Greg,

Looking forward to chatting later. On the pay data topic, I just realized that I misspoke in my previous email. We know that GEICO produced additional pay data in September 2025 and December 2025 for certain opt ins. Apologies for the mix-up. Just wanted to correct that before our meet and confer.

Thanks,
Ryan

**Ryan C. Cowdin**
Associate (he/him/his)
202-847-4409

---

**From:** Tsonis, Gregory <GTsonis@duanemorris.com>
**Sent:** Monday, August 31, 2026 2:42 PM
**To:** Cowdin, Ryan C. <rcowdin@outtengolden.com>; S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>
**Cc:** Stromberg, Daniel <dstromberg@outtengolden.com>; Brooks, Molly <mbrooks@outtengolden.com>; Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** [EXTERNAL] RE: Fischer v. GEICO Damages Discovery - Meet and Confer Requested

Ryan,

We are available on Wednesday at 3pm CST / 4pm EST to confer on all issues below, including issue number 4.

Regards,

Greg

**Gregory Tsonis**
Partner

Duane Morris LLP
190 South LaSalle Street, Suite 3700
Chicago, IL 60603-3433
**P:** +1 312 499 6779
**F:** +1 312 896 5652

GTsonis@duanemorris.com
www.duanemorris.com

Visit www.duanemorrisinstitute.com for information on training on employment, labor, benefits and immigration.

---

**From:** Cowdin, Ryan C. <rcowdin@outtengolden.com>
**Sent:** Friday, August 28, 2026 10:00 AM
**To:** S-GM-Fischer v. GEICO <S-GM-FischervGEICO@duanemorris.com>; Tsonis, Gregory <GTsonis@duanemorris.com>
**Cc:** Stromberg, Daniel <dstromberg@outtengolden.com>; Brooks, Molly <mbrooks@outtengolden.com>; Geico-O&G@outtengolden.com <Geico-OG@outtengolden.com>
**Subject:** Fischer v. GEICO Damages Discovery - Meet and Confer Requested

Greg,

We're writing to request a meet and confer on a number of damages issues in Fischer.

1. **Time-Stamped Data.** As we've been discussing in our *Alvarez* conferrals, Plaintiffs have requested GEICO produce timestamped data and documents reflecting Plaintiffs and the Collective's work (RFP 5), including (but not limited to) any data from sources like (1) SICM, (2) VPN, and (3) GEICO-issued email addresses and phone numbers. Please let us know what data GEICO has available, what data it intends to produce, when GEICO will produce the data, and if GEICO objects to producing available data, the basis for its objections. We also request GEICO reproduce GA0015798 in *Fischer*, which contains some work activity timestamps for *Fischer* Plaintiffs and opt-in Plaintiffs.

2. **30(b)(6) Deposition.** As you know, in *Alvarez*, we're scheduling a 30(b)(6) deposition that will cover topics that are equally relevant to *Fischer* related to SICM and time-stamped data. To avoid taking duplicate depositions on the same topics, but with slightly different timeframes, we'd like GEICO to consent to providing testimony extending back to the beginning of the relevant period in *Fischer*. We can revise the "Relevant Period" in the 30(b)(6) notice to reflect this.

3. **Pay Data.** GEICO has produced pay data only through August 2023 for 28 employees. Please supplement this data production as soon as possible so it encompasses all compensation information paid to all Plaintiffs and opt-in Plaintiffs to date.

4. **Thompson Declaration and Communications.** Based on our prior meet and confers and GEICO's refusal to provide additional information related to our SICM data questions and Thompson's report, we intend to move to strike Mr. Thompson's report and/or compel GEICO to produce Mr. Thompson's analysis file. We believe we are at impasse on this issue based on GEICO's email from July 24, 2026, which refused to produce additional information and ignored our July 13 email asking for further information about specific SICM issues we flagged in the meet and confers (this email also attached specific examples that provided context for our questions). Nonetheless, we are offering to meet and confer now that GEICO has notice of our intent to file a motion to strike/compel. Please let us know on Monday whether GEICO wishes to meet and confer again on this topic.

5. **Extension of Time to Complete Damages and Expert Discovery.** Judge Locke has not ruled on our prior request to extend damages and expert discovery. We intend to submit a renewed request now that summary judgment and decertification has been decided, but would like to discuss what a reasonable timetable should look like given all of these issues.

6. **Initial Disclosures.** This process has taken longer than anticipated, but we are close to being able to serve revised disclosures. Thank you for your patience. Please note we may need to revise them further as damages discovery continues, such as after GEICO produces complete and updated pay data for the Collective.

We are available to meet and confer next Tuesday, from 12-1:30 ET or 4-5 ET, and next Wednesday from 3-5 ET. Let us know GEICO's availability.

Best,
Ryan

**Ryan C. Cowdin**
Associate (he/him/his)

1225 New York Avenue, NW Suite 1200B, Washington, DC 20005
(w) 202-847-4409
rcowdin@outtengolden.com
**outtengolden.com**

Outten & Golden

This message was sent by the law firm Outten & Golden LLP and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender immediately and delete the message and any attachments.

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.