**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL)<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven I. Locke |

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO DEPOSE THE REMAINING OPT-IN PLAINTIFFS**

UPON CONSIDERATION of Defendant Government Employees Insurance Company ("Defendant" or "GEICO")'s Motion for Leave to Depose the 25 Remaining Opt-in Plaintiffs, the Court, having considered the submissions of the Parties and for good cause shown, it is hereby **ORDERED** on this ____ day of __________, 2026, that the Motion is **GRANTED**, and GEICO may seek depositions of the 25 Remaining Opt-in Plaintiffs during Phase III of discovery. The Parties are **ORDERED** to meet and confer regarding the necessary time to complete depositions and submit a joint proposal within seven (7) days of this Order establishing the date by which such depositions will be completed.

**SO ORDERED**

______________________________

**Hon. Steven I. Locke**
**United States Magistrate Judge**
**Eastern District of New York**