**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O' SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARLES JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848 (SJB) (SIL) |

**NOTICE OF WITHDRAWAL OF COUNSEL**

PLEASE TAKE NOTICE that as of October 23, 2026, I, Kaelyn Mahar, will no longer be associated with the firm Outten & Golden and hereby withdraw my appearance as counsel for Plaintiffs Keith Fischer, Michael O' Sullivan, John Moeser, Louis Pia, Thomas Barden, Canstance Mahgan and Charles Jones and all other aggrieved employees. Plaintiffs continue to be represented by Michael Scimone, Jarron McAllister, Zarka DSouza and Ryan Cowdin of Outten & Golden LLP and will not be prejudiced by my withdrawal.

Dated: October 22, 2026
Oakland, CA

Respectfully submitted,

Kaelyn Mahar*
**OUTTEN & GOLDEN LLP**
1999 Harrison St. Suite 1500
Oakland, CA 94612
Telephone: 415-638-8800
Facsimile: 415-638-8810
kmahar@outtengolden.com

*Admitted *pro hac vice*

*Attorney for Plaintiffs and the Putative Classes and Collective*