**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEITH FISCHER, MICHAEL O'SULLIVAN, JOHN MOESER, LOUIS PIA, THOMAS BARDEN, CONSTANCE MANGAN, and CHARISE JONES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-CV-02848<br><br>District Judge Sanket J. Bulsara<br><br>Magistrate Judge Steven I. Locke |

**CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7.1(C)**
**AND JUDGE BULSARA'S INDIVIDUAL PRACTICES, RULE V(C)**

In accordance with Local Civil Rule 7.1(c) and Your Honor's Individual Practices, Rule V(C), I hereby certify that GEICO's Objections to Magistrate Judge Steven I. Locke's October 8, 2026 Order Denying GEICO's Letter Motion For Leave To Depose The Remaining Opt-In Plaintiffs (the "Objections") contains 3,455 words, including footnotes, as established by Microsoft Word, the software used to prepare the Objections. The word count does not include the Objections' cover page, table of contents, table of authorities, signature block, and certificate of service, which are exempted by the applicable Rules.

**DATED: October 22, 2026**

Respectfully submitted,

GOVERNMENT EMPLOYEES INSURANCE COMPANY

By: *<u>/s/ Gerald L. Maatman, Jr.</u>*
One of Its Attorneys

Gerald L. Maatman, Jr.
Jennifer A. Riley
Gregory Tsonis
**DUANE MORRIS LLP**
190 S. LaSalle Street, Suite 3700
Chicago, IL 60603
Telephone: (312) 499-6700
Fax: (312) 499-6701
gmaatman@duanemorris.com
jariley@duanemorris.com
gtsonis@duanemorris.com

*Attorneys for Defendant Government Employees Insurance Company*

**CERTIFICATE OF SERVICE**

I, Gerald L. Maatman, Jr., hereby certify that on October 22, 2026, I caused a true and correct copy of the foregoing to be served on counsel of record via email in compliance with applicable Federal and Local Rules.

*/s/ Gerald L. Maatman, Jr.*
Gerald L. Maatman, Jr.